AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Kansas

United States of America
v.

LORENZO BLACK  28002-031
*Defendant*

Case No. 16-mj-8080-TJJ

**FILED**
APR 11 2016
TIMOTHY M. O'BRIEN CLERK
By: _____ Deputy

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    LORENZO BLACK,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1: Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), and 846 and Title 18, United States Code, Section 2 - Conspiracy to distribute methamphetamine; Ct. 2: Title 18, United States Code, Sections 1791(a)(1), (b)(1), and 2 - Provide and attempt to provide methamphetamine to inmates of a prison facility; Ct. 3: Title 18, United States Code, Sections 1791(a)(1), (b)(5), and 2 - Provide and attempt to provide synthetic cannabis to inmates of a prison facility; Ct. 4: Title 18, United States Code, Sections 1791(a)(1), (b)(5), and 2 - Provide and attempt to provide tobacco to inmates of a prison facility

Date:    04/11/2016

*Issuing officer's signature*

City and state:    Kansas City, KS

Mike Mort, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 4/11/16, and the person was arrested on *(date)* 4/11/16
at *(city and state)*    KCK

Date:    4/11/16

*Arresting officer's signature*

B.M. Flanigan    DUSM
*Printed name and title*