AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 16-mj-8080-TJJ |
| KARL CARTER | ) |
| a.k.a. "KC"  12835-045 | ) |
| Defendant | ) |

**FILED**
APR 11 2016
TIMOTHY M. O'BRIEN CLERK
By: _____ Deputy

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* KARL CARTER a.k.a. "KC",

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1: Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), and 846 and Title 18, United States Code, Section 2 - Conspiracy to distribute methamphetamine; Ct. 5: Title 18, United States Code, Section 1791(a)(2), (b)(1), and 2 - Inmate of a prison facility in possession of methamphetamine; Ct. 6: Title 18, United States Code, Section 1791(a)(2), (b)(5), and 2 - Inmate of a prison facility in possession of synthetic cannabis; Ct. 7: Title 18, United States Code, Section 1791(a)(2), (b)(5), and 2 - Inmate of a prison facility in possession of tobacco

Date: 04/11/2016

*Issuing officer's signature*

City and state: Kansas City, Kansas

Mike Mort, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on (date) 4/11/16, and the person was arrested on (date) 4/11/16
at (city and state) KCK.

Date: 4/11/16

*Arresting officer's signature*

B.W. Flannigan, DUSM
*Printed name and title*