AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| United States of America<br>v.<br><br>ANTHON AIONO,<br>28005-031<br>Defendant | Case No. 16-mj-8080-TJJ<br><br>**FILED**<br>APR 11 2016<br>TIMOTHY M. O'BRIEN CLERK<br>By: _____ Deputy |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested) ANTHON AIONO,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1: Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), and 846 and Title 18, United States Code, Section 2 - Conspiracy to distribute methamphetamine; Ct. 2: Title 18, United States Code, Section 1791(a)(2), (b)(1), and 2 - Provide and attempt to provide methamphetamine to inmates of a prison facility; Ct. 3: Title 18, United States Code, Section 1791 (a)(2), (b)(5), and 2 - Provide and attempt to provide synthetic cannabis to inmates of a prison facility; Ct. 4: Title 18, United States Code, Section 1791(a)(2), (b)(5), and 2 - Provide and attempt to provide tobacco to inmates of a prison facility

Date: 04/11/2016

_____
Issuing officer's signature

City and state: Kansas City, Kansas

Mike Mort, Deputy Clerk
Printed name and title

---

**Return**

This warrant was received on (date) 4/11/16, and the person was arrested on (date) 4/11/16
at (city and state) KCK

Date: 4/11/16

_____
Arresting officer's signature

B.M. Flannigan   Deputy USM
Printed name and title