AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 16-mj-8080-TJJ |
| | ) | |
| ALICIA TACKETT, | ) | |
| 28003-031 | ) | |
| _Defendant_ | | |

**FILED**
APR 11 2016
TIMOTHY M. O'BRIEN CLERK
By: _____ Deputy

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_  ALICIA TACKETT,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Ct. 4: Title 18, United States Code, Section 1791(a)(2), (b)(5), and 2 - Provide and attempt to provide tobacco to inmates of a prison facility

Date:  04/11/2016

_Issuing officer's signature_

City and state:  Kansas City, Kansas

Mike Mort, Deputy Clerk
_Printed name and title_

---

### Return

This warrant was received on _(date)_ 4/11/16, and the person was arrested on _(date)_ 4/11/16
at _(city and state)_ KCK.

Date: 4/11/16

_Arresting officer's signature_

B.M. Flannigan    DUSM
_Printed name and title_