AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Kansas

| | |
|---|---|
| United States of America<br>v.<br><br>CATHERINE ROWLETTE<br>a.k.a. "CATHY," 28000-031<br>*Defendant* | ) ) ) ) Case No. 16-mj-8080-TJJ<br>) )<br>) )<br>) ) |

**FILED**
APR 11 2016
TIMOTHY M. O'BRIEN CLERK
By: _____ Deputy

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* CATHERINE ROWLETTE a.k.a. "CATHY,"
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1: Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), and 846 and Title 18, United States Code, Section 2 - Conspiracy to distribute methamphetamine; Ct. 2: Title 18, United States Code, Section 1791(a)(2), (b)(1), and 2 - Provide and attempt to provide methamphetamine to inmates of a prison facility; Ct. 3: Title 18, United States Code, Section 1791 (a)(2), (b)(5), and 2 - Provide and attempt to provide synthetic cannabis to inmates of a prison facility; Ct. 4: Title 18, United States Code, Section 1791(a)(2), (b)(5), and 2 - Provide and attempt to provide tobacco to inmates of a prison facility

Date: 04/11/2016

*Issuing officer's signature*

City and state: Kansas City, Kansas

Mike Mort, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4/11/16, and the person was arrested on *(date)* 4/11/16
at *(city and state)* KCK

Date: 4/11/16

*Arresting officer's signature*

B.M. Flanigan  DUSM
*Printed name and title*