CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

UNITED STATES OF AMERICA

vs.

LORENZO BLACK

| | |
|---|---|
| Case No: | 16-mj-8080-01-TJJ |
| Age: | 40 |
| Education: | GED |
| AUSA: | Jared Maag for Erin Tomasic |
| Deft. Atty.: | John Jenab, AFPD |
| __X__ Appointed | _____ Retained |

| | |
|---|---|
| JUDGE: Sebelius | DATE: APRIL 11, 2016 |
| DEPUTY CLERK: Gilchrist | REPORTER: Network @ 2:14 PM |
| LOCATION: Topeka, Kansas | PRETRIAL/PROBATION: COREY KIRK |

Length of Hearing:   Rule 5:   8 min.
Hearing Completed:   yes

## PROCEEDINGS

| | | | | | | |
|---|---|---|---|---|---|---|
| (x) | Rule 5 Hearing | ( ) | Initial Revocation Hearing | | ( ) | Bond Hearing |
| ( ) | ID/Removal Hearing | ( ) | Held   ( ) Waived | | ( ) | Bond Revocation Hearing |
| ( ) | Preliminary Hearing | ( ) | Held   ( ) Waived | | ( ) | Discovery Conference |
| ( ) | Detention Hearing | ( ) | Held   ( ) Waived | | ( ) | |
| ( ) | Arraignment | ( ) | Held   ( ) Waived | | | |

( ) Interpreter:
(x) Charges and penalties explained to defendant
(x) Defendant sworn and examined re: financial ability to retain counsel
(x) Counsel appointed               ( ) At defendant's expense
(x) Constitutional rights explained   (x) Felony        ( ) Misdemeanor
( ) Defendant declined to waive indictment ( ) Will be presented by next Grand Jury
( ) Signed Waiver of Indictment
( ) Advised of rights under   ( ) Rule 20   ( ) Rule 5
( ) Signed Consent to Transfer (Rule 20)
( ) Petition to Enter Plea Filed   ( ) Plea Agreement Attached
( ) Transfer under Rule 5 to:

( ) ARRAIGNMENT AND PLEA:                                        ( ) No. of Counts
   ( ) Waived Reading of   ( ) Indictment   ( ) Information   ( ) Read to Defendant
   ( ) Previous Plea        ( ) Guilty       ( ) Not Guilty   Counts:       Withdrawn
   ( ) Guilty                                                   Counts:       Accepted
   ( ) Not Guilty                                               Counts:

| | | | | | |
|---|---|---|---|---|---|
| ( ) | Bail Denied | ( ) | Bail fixed at | ( ) | Bail remain at |
| ( ) | $ | ( ) | Unsecured | ( ) | Secured |
| ( ) | Release Order | ( ) | Executed | ( ) | Continued in effect |
| (x) | Deft. remanded to custody | ( ) | Pending compliance with conditions of release | | |
| ( ) | Detention Ordered | | | | |

Deft's next appearance:   Detention hearing and Preliminary hearing 4/14/16 at 2:30 PM before Magistrate Judge James

Miscellaneous: Defendant appears in person.   The court appoints John Jenab, CJA attorney, to represent the defendant. Government moves for pretrial detention.   Detention hearing is set for 4/14/16 at 2:30 PM before Magistrate Judge James. Preliminary hearing set for 4/14/16 at 2:30 PM before Magistrate Judge James.   Defendant remanded to custody.