# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
    *Plaintiff,*

**v.**                                           Case No. **16-8080-01-TJJ**

**LORENZO BLACK,**
    *Defendant.*

___

## ORDER APPOINTING COUNSEL
___

NOW on this <u>11th</u> day of April, 2016, the Court, upon a showing that the defendant is financially unable to employ counsel and does not wish to waive counsel, hereby orders that John Jenab is appointed as counsel for Lorenzo Black pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A.

This appointment is effective April 11, 2016.

                                                   s/ K. Gary Sebelius
                                                   The Honorable K. Gary Sebelius
                                                   United States Magistrate Judge