<u>CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE</u>

UNITED STATES OF AMERICA

vs.

KARL CARTER
a.k.a "KC"

| | |
|---|---|
| Case No: | 16-mj-8080-02-TJJ |
| Age: | 41 |
| Education: | GED + 2 years of college |
| AUSA: | Skip Jacobs for Erin Tomasic |
| Deft. Atty.: | David Guastello, CJA |
| _____X_____Appointed | _____Retained |

| | | | |
|---|---|---|---|
| JUDGE: | Sebelius | DATE: APRIL 11, 2016 | |
| DEPUTY CLERK: | Gilchrist | REPORTER: Network @ 2:40 PM | |
| LOCATION: | Topeka, Kansas | PRETRIAL/PROBATION: COREY KIRK | |

Length of Hearing:          Rule 5:      7 min.
                         Hearing Completed:     yes

## PROCEEDINGS

| | | | | | | |
|---|---|---|---|---|---|---|
| (x) | Rule 5 Hearing | ( ) | Initial Revocation Hearing | | ( ) | Bond Hearing |
| ( ) | ID/Removal Hearing | ( ) | Held  ( ) | Waived | ( ) | Bond Revocation Hearing |
| ( ) | Preliminary Hearing | ( ) | Held  ( ) | Waived | ( ) | Discovery Conference |
| ( ) | Detention Hearing | ( ) | Held  ( ) | Waived | ( ) | |
| ( ) | Arraignment | ( ) | Held  ( ) | Waived | | |

( )    Interpreter:
(x)    Charges and penalties explained to defendant
(x)    Defendant sworn and examined re: financial ability to retain counsel
(x)    Counsel appointed      ( )    At defendant's expense
(x)    Constitutional rights explained    (x)    Felony      ( )    Misdemeanor
( )    Defendant declined to waive indictment ( )    Will be presented by next Grand Jury
( )    Signed Waiver of Indictment
( )    Advised of rights under      ( )    Rule 20      ( )    Rule 5
( )    Signed Consent to Transfer (Rule 20)
( )    Petition to Enter Plea Filed      ( )    Plea Agreement Attached
( )    Transfer under Rule 5 to:

( )    ARRAIGNMENT AND PLEA:      ( )    No. of Counts
     ( )    Waived Reading of    ( )    Indictment    ( )    Information    ( )    Read to Defendant
     ( )    Previous Plea    ( )    Guilty    ( )    Not Guilty    Counts:      Withdrawn
     ( )    Guilty      Counts:      Accepted
     ( )    Not Guilty      Counts:

( )    Bail Denied      ( )    Bail fixed at      ( )    Bail remain at
( )    $      ( )    Unsecured      ( )    Secured
( )    Release Order      ( )    Executed      ( )    Continued in effect
(x)    Deft. remanded to custody      ( )    Pending compliance with conditions of release
( )    Detention Ordered

Deft's next appearance:   Detention hearing and Preliminary hearing 4/14/16 at 2:30 PM before Magistrate Judge James

Miscellaneous: Defendant appears in person.   The court appoints David Guastello, CJA attorney, to represent the defendant. Government moves for pretrial detention.   Detention hearing is set for 4/14/16 at 2:30 PM before Magistrate Judge James. Preliminary hearing set for 4/14/16 a 2:30 PM before Magistrate Judge James.   Defendant remanded to custody.