## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
    *Plaintiff,*

**v.**                                            Case No. **16-8080-02-TJJ**

**KARL CARTER,**
    *Defendant.*

___

### ORDER APPOINTING COUNSEL
___

NOW on this 11th day of April, 2016, the Court, upon a showing that the defendant is financially unable to employ counsel and does not wish to waive counsel, hereby orders that David Guastello is appointed as counsel for Karl Carter pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A.

This appointment is effective April 11, 2016.

                                                            s/ K. Gary Sebelius
                                                            The Honorable K. Gary Sebelius
                                                             United States Magistrate Judge