# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
            *Plaintiff,*

**v.**                                              Case No. **16-8080-05-TJJ**

**ALICIA TACKETT,**
            *Defendant.*

---

## ORDER APPOINTING COUNSEL

---

NOW on this <u>11th</u> day of April, 2016, the Court, upon a showing that the defendant is financially unable to employ counsel and does not wish to waive counsel, hereby orders that Kathleen Ambrosio is appointed as counsel for Alicia Tackett pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A.

This appointment is effective April 11, 2016.


<u>s/ K. Gary Sebelius</u>
The Honorable K. Gary Sebelius
United States Magistrate Judge