CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

UNITED STATES OF AMERICA

vs.

CATHERINE ROWLETTE
a.k.a. "Cathy"

| | |
|---|---|
| Case No: | 16-mj-8080-06-TJJ |
| Age: | 59 |
| Education: | 12 |
| AUSA: | Jared Maag for Erin Tomasic |
| Deft. Atty.: | Michael Jackson, CJA |
| | __X__ Appointed    _____ Retained |

| | | | |
|---|---|---|---|
| JUDGE: | Sebelius | DATE: | APRIL 11, 2016 |
| DEPUTY CLERK: | Gilchrist | REPORTER: | Network @ 2:14 PM |
| LOCATION: | Topeka, Kansas | PRETRIAL/PROBATION: | COREY KIRK |

Length of Hearing:  Rule 5:  8 min.
Hearing Completed:  yes

## PROCEEDINGS

| | | | | | | |
|---|---|---|---|---|---|---|
| (x) | Rule 5 Hearing | ( ) | Initial Revocation Hearing | | ( ) | Bond Hearing |
| ( ) | ID/Removal Hearing | ( ) | Held  ( ) Waived | | ( ) | Bond Revocation Hearing |
| ( ) | Preliminary Hearing | ( ) | Held  ( ) Waived | | ( ) | Discovery Conference |
| ( ) | Detention Hearing | ( ) | Held  ( ) Waived | | ( ) | |
| ( ) | Arraignment | ( ) | Held  ( ) Waived | | | |

( )  Interpreter:
(x)  Charges and penalties explained to defendant
(x)  Defendant sworn and examined re: financial ability to retain counsel
(x)  Counsel appointed              ( )  At defendant's expense
(x)  Constitutional rights explained    (x)  Felony          ( )  Misdemeanor
( )  Defendant declined to waive indictment ( )  Will be presented by next Grand Jury
( )  Signed Waiver of Indictment
( )  Advised of rights under          ( )  Rule 20        ( )  Rule 5
( )  Signed Consent to Transfer (Rule 20)
( )  Petition to Enter Plea Filed       ( )  Plea Agreement Attached
( )  Transfer under Rule 5 to:

( )  ARRAIGNMENT AND PLEA:                              ( )  No. of Counts
    ( )  Waived Reading of    ( )  Indictment   ( )  Information   ( )  Read to Defendant
    ( )  Previous Plea       ( )  Guilty       ( )  Not Guilty    Counts:            Withdrawn
    ( )  Guilty                                                Counts:            Accepted
    ( )  Not Guilty                                            Counts:

| | | | | | | |
|---|---|---|---|---|---|---|
| ( ) | Bail Denied | ( ) | Bail fixed at | | ( ) | Bail remain at |
| ( ) | $ | ( ) | Unsecured | | ( ) | Secured |
| ( ) | Release Order | ( ) | Executed | | ( ) | Continued in effect |
| ( ) | Deft. remanded to custody | ( ) | Pending compliance with conditions of release | | | |
| ( ) | Detention Ordered | | | | | |

Deft's next appearance:  Detention hearing and Preliminary hearing 4/14/16 at 2:30 PM before Magistrate Judge James

Miscellaneous: Defendant appears in person.  The court appoints Michael Jackson, CJA attorney, to represent the defendant. Government moves for pretrial detention.  Detention hearing is set for 4/14/16 at 2:30 PM before Magistrate Judge James. Preliminary hearing set for 4/14/16 a 2:30 PM before Magistrate Judge James.  Defendant remanded to custody.