IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
                Plaintiff,

vs.                                               Case No. 16-MJ-8080

CATHERINE ROWLETTE,
      a.k.a "CATHY,"
                Defendant.

## ENTRY OF APPEARANCE

      Comes now Michael M. Jackson, attorney at law, and respectfully enters his appearance in the above captioned matter as attorney of record for defendant, Catherine Rowlette.

                                            Respectfully submitted,

                                            **s/ Michael M. Jackson**
                                            Michael M Jackson
                                            Bar Number 10642
                                            Attorney for Defendant
                                            727 S. Kansas, Suite 2
                                            Topeka, KS  66603
                                            Telephone:  785-234-6553
                                            Fax: 785-234-8715
                                            E-mail Address: Jacksonmm@aol.com

## CERTIFICATE OF SERVICE

      I hereby certify that on April 12, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the interested parties.   I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/EFC participants: None

                                            **s/ Michael M. Jackson**
                                            Michael M Jackson