CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

UNITED STATES OF AMERICA

vs.

DAVID BISHOP
a.k.a. "Mr. Green"

| | |
|---|---|
| Case No: | 16-mj-8080-07-TJJ |
| Age: | 68 |
| Education: | 8th grade |
| AUSA: | Skip Jacobs for Erin Tomasic |
| Deft. Atty.: | Cynthia Dodge, CJA |
| | __X__ Appointed  _____ Retained |

| | | | |
|---|---|---|---|
| JUDGE: | Sebelius | DATE: | APRIL 11, 2016 |
| DEPUTY CLERK: | Gilchrist | REPORTER: | Network @ 3:06 PM |
| LOCATION: | Topeka, Kansas | PRETRIAL/PROBATION: | COREY KIRK |

Length of Hearing:   Rule 5:   9 min.
                     Hearing Completed:   yes

## PROCEEDINGS

| | | | | | | |
|---|---|---|---|---|---|---|
| (x) | Rule 5 Hearing | ( ) | Initial Revocation Hearing | | ( ) | Bond Hearing |
| ( ) | ID/Removal Hearing | ( ) | Held  ( ) | Waived | ( ) | Bond Revocation Hearing |
| ( ) | Preliminary Hearing | ( ) | Held  ( ) | Waived | ( ) | Discovery Conference |
| ( ) | Detention Hearing | ( ) | Held  ( ) | Waived | ( ) | |
| ( ) | Arraignment | ( ) | Held  ( ) | Waived | | |

- ( )  Interpreter:
- (x)  Charges and penalties explained to defendant
- (x)  Defendant sworn and examined re: financial ability to retain counsel
- (x)  Counsel appointed              ( )  At defendant's expense
- (x)  Constitutional rights explained   (x)  Felony          ( )  Misdemeanor
- ( )  Defendant declined to waive indictment ( )  Will be presented by next Grand Jury
- ( )  Signed Waiver of Indictment
- ( )  Advised of rights under        ( )  Rule 20       ( )  Rule 5
- ( )  Signed Consent to Transfer (Rule 20)
- ( )  Petition to Enter Plea Filed   ( )  Plea Agreement Attached
- ( )  Transfer under Rule 5 to:

( )  ARRAIGNMENT AND PLEA:                                                ( )  No. of Counts
    ( )  Waived Reading of    ( )  Indictment   ( )  Information   ( )  Read to Defendant
    ( )  Previous Plea         ( )  Guilty        ( )  Not Guilty     Counts:       Withdrawn
    ( )  Guilty                                                        Counts:       Accepted
    ( )  Not Guilty                                                    Counts:

| | | | | | | |
|---|---|---|---|---|---|---|
| ( ) | Bail Denied | ( ) | Bail fixed at | | ( ) | Bail remain at |
| ( ) | $ | ( ) | Unsecured | | ( ) | Secured |
| ( ) | Release Order | ( ) | Executed | | ( ) | Continued in effect |
| (x) | Deft. remanded to custody | ( ) | Pending compliance with conditions of release | | | |
| ( ) | Detention Ordered | | | | | |

Deft's next appearance:   Detention hearing and Preliminary hearing 4/14/16 at 2:30 PM before Magistrate Judge James

Miscellaneous: Defendant appears in person.   The court appoints Cynthia Dodge, CJA attorney, to represent the defendant. Government moves for pretrial detention.   Detention hearing is set for 4/14/16 at 2:30 PM before Magistrate Judge James. Defendant moves for a detention hearing immediately – DENIED. Preliminary hearing set for 4/14/16 a 2:30 PM before Magistrate Judge James.   Defendant remanded to custody.