CLERK'S COURTROOM MINUTE SHEET – **CRIMINAL**

UNITED STATES OF AMERICA,
                Plaintiff,

v.

                              16-8080-01-TJJ

LORENZO BLACK,
                Defendant

USA Attorney: Erin Tomasic; John Jenab (CJA)

| JUDGE: | Teresa J. James | DATE: | 4/14/2016 |
|---|---|---|---|
| CLERK: | Carol Kuhl | TAPE/REPORTER: | Kim Greiner |
| INTERPRETER: | N/A | PROBATION: | Amanda Hudson |

**Length of Hearing:** __3__ Hr(s) __30__ Min(s)         Location: Kansas City, Kansas
**Hearing Concluded:** (x) Yes ( ) No

### PROCEEDINGS

| | | | | | | |
|---|---|---|---|---|---|---|
| ( ) | Rule 5 Hearing | ( ) | Initial Revocation | | ( ) | Bond Hearing |
| ( ) | Arraignment | ( ) | Held | ( ) Waived | ( ) | Bond Revocation |
| (X) | **Preliminary Hearing** | (X) | **Held** | ( ) Waived | ( ) | Identity Hearing |
| (X) | **Detention Hearing** | (X) | **Held** | ( ) Waived | ( ) | |
| ( ) | Scheduling Conference | ( ) | Held | ( ) Waived | ( ) | |
| ( ) | Interpreter | ( ) | Sworn | | ( ) | Previously sworn |

( ) Charges and penalties explained to defendant
( ) Defendant placed under oath
( ) Counsel appointed            ( ) At defendant's expense
( ) Constitutional rights explained    ( ) Felony    ( ) Misdemeanor
( ) Defendant declined to waive indictment    ( ) Will be presented by next Grand Jury
( ) Signed Waiver of Indictment
( ) Advised of rights under Rule 20x
( ) Signed Consent to Transfer (Rule 20)
( ) Petition to Enter Plea Filed    ( ) Plea Agreement Attached
( ) Transferred to:
( ) **ARRAIGNMENT AND PLEA:**    ( ) No. of Counts:
    ( ) Waived Reading of    ( ) Indictment    ( ) Read to Defendant
    ( ) Previous Plea    ( ) Guilty    ( ) Not Guilty    Count:
    ( ) Guilty    ( ) Counts:
( ) Bail denied    ( ) Bail fixed at    ( ) Bail remains at
( ) $    ( ) Unsecured    ( ) Secured
( ) Release Order    ( ) Executed    ( ) Continued in effect
(X) **Deft. remanded to custody**    ( ) Pending compliance with conditions of release
(X) **Detention Ordered**

Preliminary Hearing – The Court finds probable cause has been established.

Scheduling:
- Status Conference set before Magistrate Judge Teresa J. James on Tuesday, May 10, 2016 at 2:00 PM.