## MINUTE SHEET – Page 2

## 16-8080-01/02/03/04/06/07-TJJ

**2:30** - All defendants' request a preliminary hearing with the exception of Stephen Rowlette (03) who waives his detention and preliminary hearing.  (Waivers to be filed).

The Court finds probable cause is established as to defendants' Lorenzo Black (01), Karl Karter (02), Anthon Aiono (04), Catherine Rowlette (06) and David Bishop (07).

Defendant Karl Carter (02) waives his detention hearing.  (Waiver to be filed).

**2:38** – Testimony begins by the Government

| WITNESS LIST FOR GOVERNMENT | | |
|---|---|---|
| 1. Henry Herron | 2:38 | |
| 2. Mike McAtee | 3:51 | |
| 3. Jeff Stokes | 3:59 | |
| 4. Matthew Cahill | 4:01 | |
| **EXHIBIT LIST FOR GOVERNMENT** | | |
| Govt Exhibit 4 | I.D, Offered, Admitted | Witness:  Henry Herron |
| Govt Exhibit 3 | I.D, Offered, Admitted | Witness:  Henry Herron |
| Govt Exhibit 1 | I.D, Offered, Admitted | Witness:  Henry Herron |
| Govt Exhibit 5-15 | I.D, Offered, Admitted | Witness:  Henry Herron |
| Govt. Exhibit 16 | I.D, Offered, Admitted | Witness:  Mike McAtee |

- **4:02** – Closing Arguments – Government
- **4:13** – Closing Argument – Defendant Lorenzo Black (01)
- **4:18** – Closing Argument – Defendant Anthon Aiono (04)
- **4:22** – Closing Argument – Defendant Catherine Rowlette (06)

  Defendant Catherine Rowlette calls witness for closing.

| WITNESS LIST FOR DEFENDANT CATHERINE ROWLETTE |
|---|
| 1.   Rose Rowlette  -  4:22 PM |

- **4:33** – Closing Argument – Defendant David Bishop (07)

Recess

**5:30** – Defendant Lorenzo Black is detained pending further hearing. (Order to follow).

Defendants' Anthon Aiono (04), Catherine Rowlette (06) and David Bishop (07) are released with conditions.  (Order to follow).    Court stands in recess at 6:00.  (Government retains exhibits).