CLERK'S COURTROOM MINUTE SHEET – **CRIMINAL**

UNITED STATES OF AMERICA,
               Plaintiff,

v.

                                   16-8080-02-TJJ

KARL CARTER,
               Defendant

USA Attorney:  Erin Tomasic;  David Guastello  (CJA)

| JUDGE: | Teresa J. James | DATE: | 4/14/2016 |
|---|---|---|---|
| CLERK: | Carol Kuhl | TAPE/REPORTER: | Kim Greiner |
| INTERPRETER: | N/A | PROBATION: | Amanda Hudson |

**Length of Hearing:**  0  Hr(s) 00  Min(s)   (Time calculated on deft 1).
**Location:**  Kansas City, Kansas
**Hearing Concluded:**(x) Yes( ) No

PROCEEDINGS

| | | | | | | |
|---|---|---|---|---|---|---|
| ( ) | Rule 5 Hearing | ( ) | Initial Revocation | | ( ) | Bond Hearing |
| ( ) | Arraignment | ( ) | Held    ( ) | Waived | ( ) | Bond Revocation |
| **(X)** | **Preliminary Hearing** | **(X)** | **Held**    ( ) | Waived | ( ) | Identity Hearing |
| **(X)** | **Detention Hearing** | ( ) | Held    **(X)** | **Waived** | ( ) | |
| ( ) | Scheduling Conference | ( ) | Held    **( )** | Waived | ( ) | |
| ( ) | Interpreter | ( ) | Sworn | | ( ) | Previously sworn |

( )  Charges and penalties explained to defendant
( )  Defendant placed under oath
( )  Counsel appointed             ( )  At defendant's expense
( )  Constitutional rights explained      ( )  Felony    ( )  Misdemeanor
( )  Defendant declined to waive indictment   ( )  Will be presented by next Grand Jury
( )  Signed Waiver of Indictment
( )  Advised of rights under Rule 20x
( )  Signed Consent to Transfer (Rule 20)
( )  Petition to Enter Plea Filed       ( )  Plea Agreement Attached
( )  Transferred to:
**( )  ARRAIGNMENT AND PLEA:**   ( )  No. of Counts:
    ( )  Waived Reading of   ( )  Indictment     ( ) Read to Defendant
    ( )  Previous Plea     ( )  Guilty       ( ) Not Guilty   Count:
    ( )  Guilty         ( ) Counts:
( )  Bail denied        ( )  Bail fixed at    ( )  Bail remains at
( )  $            ( )  Unsecured      ( )  Secured
( )  Release Order       ( )  Executed      ( )  Continued in effect
**(X)  Deft. remanded to custody**   ( )  Pending compliance with conditions of release
**(X)  Detention Ordered**

    Preliminary Hearing – The Court finds probable cause has been established.
    Scheduling:
- Status Conference set before Magistrate Judge Teresa J. James on Tuesday, May 10, 2016 at 2:00 PM.