FILED
APR 14 2016
TIMOTHY M. O'BRIEN CLERK
By_____Deputy

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

UNITED STATES OF AMERICA,     )
                              )
           Plaintiff,         )
                              )
vs.                           )   Case No.   16-8080-02-TJJ
                              )
KARL CARTER,                  )
                              )
           Defendant.         )

## WAIVER OF DETENTION HEARING

I, Karl Carter, charged in a criminal complaint, and having been advised of my rights under the Bail Reform Act, 18 U.S.C. § 3142, including my right to have a detention hearing, do hereby waive (give up) my right to a detention hearing.

Date: 4/14/16

_____
Defendant

_____
Counsel for the Defendant