CLERK'S COURTROOM MINUTE SHEET – **CRIMINAL**

UNITED STATES OF AMERICA,
        Plaintiff,

v.

        16-8080-04-TJJ

ANTHON AIONO,
        Defendant

USA Attorney: Erin Tomasic; Jason Hoffman (CJA)

| JUDGE: | Teresa J. James | DATE: | 4/14/2016 |
|---|---|---|---|
| CLERK: | Carol Kuhl | TAPE/REPORTER: | 2:30 |
| INTERPRETER: | N/A | PROBATION: | Amanda Hudson |

**Length of Hearing:** __0__ Hr(s) __00__ Min(s)   (Time Calculated for deft 1)
**Location:** Kansas City, Kansas
**Hearing Concluded:** (x) Yes ( ) No

PROCEEDINGS

( )  Rule 5 Hearing         ( )  Initial Revocation         ( )  Bond Hearing
( )  Arraignment            ( )  Held    ( )  Waived        ( )  Bond Revocation
(X)  **Preliminary Hearing**  (X)  **Held**    ( )  Waived        ( )  Identity Hearing
(X)  **Detention Hearing**    (X)  **Held**    **( )**  Waived        ( )
( )  Scheduling Conference  ( )  Held    **( )**  Waived        ( )
( )  Interpreter            ( )  Sworn                        ( )  Previously sworn
( )  Charges and penalties explained to defendant
( )  Defendant placed under oath
( )  Counsel appointed                ( )  At defendant's expense
( )  Constitutional rights explained  ( )  Felony    ( )  Misdemeanor
( )  Defendant declined to waive indictment   ( )  Will be presented by next Grand Jury
( )  Signed Waiver of Indictment
( )  Advised of rights under Rule 20x
( )  Signed Consent to Transfer (Rule 20)
( )  Petition to Enter Plea Filed     ( )  Plea Agreement Attached
( )  Transferred to:
( )  ARRAIGNMENT AND PLEA:            ( )  No. of Counts:
    ( )  Waived Reading of      ( )  Indictment       ( ) Read to Defendant
    ( )  Previous Plea          ( )  Guilty           ( ) Not Guilty   Count:
    ( )  Guilty                 ( )  Counts:
( )  Bail denied               ( )  Bail fixed at         ( )  Bail remains at
( )  $                         ( )  Unsecured             ( )  Secured
(X)  **Release Order**         (X)  **Executed**          ( )  Continued in effect
( )  Deft. remanded to custody ( )  Pending compliance with conditions of release
( )  Detention Ordered

Preliminary Hearing – The court finds probable cause has been established.
   Scheduling:
- Status Conference set before Magistrate Judge Teresa J. James on Tuesday, May 10, 2016 at 2:00 PM.