CLERK'S COURTROOM MINUTE SHEET – **CRIMINAL**

UNITED STATES OF AMERICA,
        Plaintiff,

v.

        16-8080-06-TJJ

CATHERINE ROWLETTE,
        Defendant

USA Attorney:  Erin Tomasic;  Michael M. Jackson (CJA)

| JUDGE: | Teresa J. James | DATE: | 4/14/2016 |
|---|---|---|---|
| CLERK: | Carol Kuhl | TAPE/REPORTER: | Kim Greiner |
| INTERPRETER: | N/A | PROBATION: | Amanda Hudson |

**Length of Hearing:** 0 Hr(s) 00 Min(s)   (Time calculated for dft 1).
**Location:** Kansas City, Kansas
**Hearing Concluded:** (x) Yes ( ) No

PROCEEDINGS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ( ) | Rule 5 Hearing | ( ) | Initial Revocation | | | ( ) | Bond Hearing |
| ( ) | Arraignment | ( ) | Held | ( ) | Waived | ( ) | Bond Revocation |
| (X) | **Preliminary Hearing** | **(X)** | **Held** | ( ) | Waived | ( ) | Identity Hearing |
| (X) | **Detention Hearing** | **(X)** | **Held** | **( )** | Waived | ( ) | |
| ( ) | Scheduling Conference | ( ) | Held | **( )** | Waived | ( ) | |
| ( ) | Interpreter | ( ) | Sworn | | | ( ) | Previously sworn |

( ) Charges and penalties explained to defendant
( ) Defendant placed under oath
( ) Counsel appointed   ( ) At defendant's expense
( ) Constitutional rights explained   ( ) Felony   ( ) Misdemeanor
( ) Defendant declined to waive indictment   ( ) Will be presented by next Grand Jury
( ) Signed Waiver of Indictment
( ) Advised of rights under Rule 20x
( ) Signed Consent to Transfer (Rule 20)
( ) Petition to Enter Plea Filed   ( ) Plea Agreement Attached
( ) Transferred to:
**( )** **ARRAIGNMENT AND PLEA:**   ( ) No. of Counts:
    ( ) Waived Reading of   ( ) Indictment   ( ) Read to Defendant
    ( ) Previous Plea   ( ) Guilty   ( ) Not Guilty   Count:
    ( ) Guilty   ( ) Counts:
( ) Bail denied   ( ) Bail fixed at   ( ) Bail remains at
( ) $   ( ) Unsecured   ( ) Secured
**(X)** **Release Order**   **(X)** **Executed**   ( ) Continued in effect
( ) Deft. remanded to custody   ( ) Pending compliance with conditions of release
( ) Detention Ordered

Preliminary Hearing held – The Court finds probable cause is established.

Scheduling:
- Status Conference set before Magistrate Judge Teresa J. James on Tuesday, May 10, 2016 at 2:00 PM.