CLERK'S COURTROOM MINUTE SHEET – **CRIMINAL**

UNITED STATES OF AMERICA,
        Plaintiff,
v.

          16-20032-02-JAR-TJJ

KARL CARTER,
        Defendant

Attorney's: Erin Tomasic (USA)  David Guastello (CJA)

| JUDGE: | Teresa J. James | DATE: | 5/10/2016 |
|---|---|---|---|
| CLERK: | Carol Kuhl | TAPE/REPORTER: | 2:00 pm |
| INTERPRETER: | N/A | PROBATION: | Amanda Hudson |

**Length of Hearing:** __0__ Hr(s) __00__ Min(s) (Minutes calculated on Def. 1 Minute Sheet).   Location: Kansas City, KS
**Hearing Concluded:** (x) Yes

PROCEEDINGS

( ) Rule 5 Hearing Indictment ( ) Initial Revocation ( ) Bond Hearing
( ) Arraignment ( ) Held ( ) Waived ( ) Bond Revocation
( ) Preliminary Hearing ( ) Held ( ) Waived ( ) Identity Hearing
( ) Detention Hearing ( ) Held **( )** **Waived** **(X)** **Arraignment**
( ) Scheduling Conference ( ) Held ( ) Waived ( )
( ) Interpreter ( ) Sworn ( ) Previously sworn
( ) Charges and penalties explained to defendant
( ) Defendant placed under oath
( ) Counsel appointed ( ) At defendant's expense
( ) Constitutional rights explained ( ) Felony ( ) Misdemeanor
( ) Defendant declined to waive indictment ( ) Will be presented by next Grand Jury
( ) Signed Waiver of Indictment
( ) Advised of rights under Rule 20x
( ) Signed Consent to Transfer (Rule 20)
( ) Petition to Enter Plea Filed ( ) Plea Agreement Attached
( ) Transferred to:
**(X)** **ARRAIGNMENT AND PLEA:** **(X)** No. of Counts: **5**
    ( ) Waived Reading of ( ) Indictment ( ) Read to Defendant
    ( ) Previous Plea ( ) Guilty **(X) Not Guilty Counts: 1, 5, 6, 7, 9**
    ( ) Guilty ( ) Counts:
( ) Bail denied ( ) Bail fixed at ( ) Bail remains at
( ) $ ( ) Unsecured ( ) Secured
( ) Release Order ( ) Executed ( ) Continued in effect
**(X)** **Deft. remanded to custody** ( ) Pending compliance with conditions of release
( ) Detention Ordered

    **Scheduling:**
- **Meet and Confer on or before May 18, 2016.**
- **Speed Trial Motion Filing Deadline – June 7, 2016**
- **Status Hearing before Judge Robinson; courtroom 427  -  June 14, 2016 at 9:00 AM.**