CLERK'S COURTROOM MINUTE SHEET – **CRIMINAL**

UNITED STATES OF AMERICA,
        Plaintiff,
v.

        16-20032-03-JAR-TJJ

ANTHON AIONO,
        Defendant

Attorney's:  Erin Tomasic (USA);   Jason P. Hoffman (CJA)

| | | | |
|---|---|---|---|
| **JUDGE:** | **Teresa J. James** | **DATE:** | **5/10/2016** |
| **CLERK:** | **Carol Kuhl** | **TAPE/REPORTER:** | **2:00 pm** |
| **INTERPRETER:** | **N/A** | **PROBATION:** | **Amanda Hudson** |

**Length of Hearing:** __0__ Hr(s) __00__ Min(s) (Min calculated on Def. 1 Minute Sheet).  Location: Kansas City, KS
**Hearing Concluded:** (x) Yes ( ) No

### PROCEEDINGS

( ) Rule 5 Hearing Indictment   ( ) Initial Revocation         ( ) Bond Hearing
( ) Arraignment                 ( ) Held   ( ) Waived           ( ) Bond Revocation
( ) Preliminary Hearing         ( ) Held   ( ) Waived           ( ) Identity Hearing
( ) Detention Hearing           ( ) Held   **( )** Waived       **(X) Arraignment**
( ) Scheduling Conference       ( ) Held   **( )** Waived       ( )
( ) Interpreter                 ( ) Sworn                       ( ) Previously sworn
( ) Charges and penalties explained to defendant
( ) Defendant placed under oath
( ) Counsel appointed                      ( ) At defendant's expense
( ) Constitutional rights explained        ( ) Felony    ( ) Misdemeanor
( ) Defendant declined to waive indictment ( ) Will be presented by next Grand Jury
( ) Signed Waiver of Indictment
( ) Advised of rights under Rule 20x
( ) Signed Consent to Transfer (Rule 20)
( ) Petition to Enter Plea Filed           ( ) Plea Agreement Attached
( ) Transferred to:
**(X) ARRAIGNMENT AND PLEA:**   **(X)** No. of Counts: **5**
   ( ) Waived Reading of        ( ) Indictment              ( ) Read to Defendant
   ( ) Previous Plea            ( ) Guilty                  **(X) Not Guilty Counts: 1, 2, 3, 4, 8**
   ( ) Guilty                   ( ) Counts:
( ) Bail denied                 ( ) Bail fixed at              ( ) Bail remains at
( ) $                           ( ) Unsecured                  ( ) Secured
**(X) Release Order**           ( ) Executed                   **(X) Continued in effect**
( ) Deft. remanded to custody   ( ) Pending compliance with conditions of release
( ) Detention Ordered

**Scheduling:**
- **Meet and Confer on or before May 18, 2016.**
- **Speed Trial Motion Filing Deadline – June 7, 2016**
- **Status Hearing before Judge Robinson; courtroom 427  -  June 14, 2016 at 9:00 AM.**