CLERK'S COURTROOM MINUTE SHEET – **CRIMINAL**

UNITED STATES OF AMERICA,
                            Plaintiff,

v.

                                              16-20032-04-JAR-TJJ

ALICIA TACKETT (04),
                            Defendant

Attorney's:  Erin Tomasic (USA);        Kathleen Ambrosio (CJA)

| JUDGE: | **Teresa J. James** | **DATE:** | **5/10/2016** |
|---|---|---|---|
| CLERK: | **Carol Kuhl** | TAPE/REPORTER: | **2:00** |
| INTERPRETER: | **N/A** | PROBATION: | **Amanda Hudson** |

**Length of Hearing:** __0__ Hr(s) __ Min(s) (Minutes calculated on Def. 1 Minute Sheet).  **Location:**  Kansas City, KS
**Hearing Concluded:**(x) Yes

PROCEEDINGS

( )    Rule 5 Hearing Indictment  ( )    Initial Revocation              ( )        Bond Hearing
( )    Arraignment              ( )  Held  ( )      Waived          ( )        Bond Revocation
( )    Preliminary Hearing      ( )  Held  ( )      Waived          ( )        Identity Hearing
( )    Detention Hearing        ( )  Held  **( )**    Waived          **(X)**      **Arraignment**
( )    Scheduling Conference    ( )  Held  **( )**    Waived          ( )
( )    Interpreter              ( )  Sworn                            ( )        Previously sworn
( )    Charges and penalties explained to defendant
( )    Defendant placed under oath
( )    Counsel appointed                            ( )    At defendant's expense
( )    Constitutional rights explained             ( )    Felony    ( ) Misdemeanor
( )    Defendant declined to waive indictment      ( )    Will be presented by next Grand Jury
( )    Signed Waiver of Indictment
( )    Advised of rights under Rule 20x
( )    Signed Consent to Transfer (Rule 20)
( )    Petition to Enter Plea Filed                ( )    Plea Agreement Attached
( )    Transferred to:
**(X)**   **ARRAIGNMENT AND PLEA:**       **(X)**    No. of Counts:  **5**
       ( )    Waived Reading of         ( )    Indictment  ( ) Read to Defendant
       ( )    Previous Plea             ( )    Guilty     **(X)** **Not Guilty Counts: 3, 4, 9, 10, 11**
       ( )    Guilty                    ( ) Counts:
( )    Bail denied              ( )    Bail fixed at        ( )    Bail remains at
( )    $                        ( )    Unsecured            ( )    Secured
**(X)**   **Release Order**          ( )    Executed             **(X)**   **Continued in effect**
( )    Deft. remanded to custody  ( )    Pending compliance with conditions of release
( )    Detention Ordered

**Scheduling:**
- **Meet and Confer on or before May 18, 2016.**
- **Speed Trial Motion Filing Deadline – June 7, 2016**
- **Status Hearing before Judge Robinson; courtroom 427  -  June 14, 2016 at 9:00 AM.**