CLERK'S COURTROOM MINUTE SHEET – **CRIMINAL**

UNITED STATES OF AMERICA,
                Plaintiff,
v.

                                          16-20032-05-JAR-TJJ

Catherine Rowlette (05),
                Defendant

                Attorney's:  Erin Tomasic (USA);      Michael M. Jackson (CJA)

| JUDGE: | Teresa J. James | DATE: | 5/10/2016 |
|---|---|---|---|
| CLERK: | Carol Kuhl | TAPE/REPORTER: | 2:00 |
| INTERPRETER: | N/A | PROBATION: | Amanda Hudson |

**Length of Hearing:** __0__ Hr(s) __ Min(s)  (Min calculated on Def. 1 Minute Sheet).   Location:  Kansas City, Kansas
**Hearing Concluded:**(x) Yes(  ) No

PROCEEDINGS

| | | | | | | |
|---|---|---|---|---|---|---|
| ( ) | Rule 5 Hearing Indictment | ( ) | Initial Revocation | | ( ) | Bond Hearing |
| ( ) | Arraignment | ( ) | Held | ( ) Waived | ( ) | Bond Revocation |
| ( ) | Preliminary Hearing | ( ) | Held | ( ) Waived | ( ) | Identity Hearing |
| ( ) | Detention Hearing | ( ) | Held | **( )** Waived | **(X)** | **Arraignment** |
| ( ) | Scheduling Conference | ( ) | Held | **( )** Waived | ( ) | |
| ( ) | Interpreter | ( ) | Sworn | | ( ) | Previously sworn |

( ) Charges and penalties explained to defendant
( ) Defendant placed under oath
( ) Counsel appointed          ( ) At defendant's expense
( ) Constitutional rights explained     ( ) Felony   ( ) Misdemeanor
( ) Defendant declined to waive indictment   ( ) Will be presented by next Grand Jury
( ) Signed Waiver of Indictment
( ) Advised of rights under Rule 20x
( ) Signed Consent to Transfer (Rule 20)
( ) Petition to Enter Plea Filed       ( ) Plea Agreement Attached
( ) Transferred to:
**(X)** **ARRAIGNMENT AND PLEA:**  **(X)** No. of Counts: **5**
    ( ) Waived Reading of   ( ) Indictment  ( ) Read to Defendant
    ( ) Previous Plea       ( ) Guilty   **(X) Not Guilty Counts: 1, 2, 3, 4, 9**
    ( ) Guilty              ( ) Counts:
( ) Bail denied          ( ) Bail fixed at     ( ) Bail remains at
( ) $                    ( ) Unsecured         ( ) Secured
**(X)** **Release Order**      ( ) Executed          **(X) Continued in effect**
( ) Deft. remanded to custody  ( ) Pending compliance with conditions of release
( ) Detention Ordered

**Scheduling:**
- **Meet and Confer on or before May 18, 2016.**
- **Speed Trial Motion Filing Deadline – June 7, 2016**
- **Status Hearing before Judge Robinson; courtroom 427  -  June 14, 2016 at 9:00 AM.**