CLERK'S COURTROOM MINUTE SHEET – **CRIMINAL**

UNITED STATES OF AMERICA,
                    Plaintiff,

v.

                                        16-20032-06-JAR-TJJ

 DAVID BISHOP (06),
                    Defendant

Attorney's:  Erin Tomasic (USA);        Cynthia Dodge (CJA)

| JUDGE: | Teresa J. James | DATE: | 5/10/2016 |
|---|---|---|---|
| CLERK: | Carol Kuhl | TAPE/REPORTER: | 2:00 |
| INTERPRETER: | N/A | PROBATION: | Amanda Hudson |

**Length of Hearing:** __0__ Hr(s) _00_ Min(s) (Min. calculated on Def. 1 Minute Sheet).  **Location:** Kansas City, KS
**Hearing Concluded:**(x) Yes( ) No

PROCEEDINGS

( )   Rule 5 Hearing Indictment   ( )   Initial Revocation                ( )        Bond Hearing
( )   Arraignment                 ( )   Held   ( )   Waived              ( )        Bond Revocation
( )   Preliminary Hearing         ( )   Held   ( )   Waived              ( )        Identity Hearing
( )   Detention Hearing           ( )   Held   **( )**  Waived           **(X)**    **Arraignment**
( )   Scheduling Conference       ( )   Held   **( )**  Waived           ( )
( )   Interpreter                       ( )   Sworn                      ( )        Previously sworn
( )   Charges and penalties explained to defendant
( )   Defendant placed under oath
( )   Counsel appointed                 ( )        At defendant's expense
( )   Constitutional rights explained   ( )        Felony      ( )  Misdemeanor
( )   Defendant declined to waive indictment   ( )   Will be presented by next Grand Jury
( )   Signed Waiver of Indictment
( )   Advised of rights under Rule 20x
( )   Signed Consent to Transfer (Rule 20)
( )   Petition to Enter Plea Filed         ( )        Plea Agreement Attached
( )   Transferred to:
**(X)**   **ARRAIGNMENT AND PLEA:**   **(X)**   No. of Counts: **5**
        ( )   Waived Reading of   ( )   Indictment   ( ) Read to Defendant
        ( )   Previous Plea       ( )   Guilty       **(X)** **Not Guilty Counts: 1, 2, 3, 4, 9**
        ( )   Guilty              ( ) Counts:
( )   Bail denied            ( )   Bail fixed at        ( )        Bail remains at
( )   $                      ( )   Unsecured            ( )        Secured
**(X)**   **Release Order**    ( )   Executed         **(X)**    **Continued in effect**
( )   Deft. remanded to custody   ( )   Pending compliance with conditions of release
( )   Detention Ordered

   **Scheduling:**
   - **Meet and Confer on or before May 18, 2016.**
   - **Speed Trial Motion Filing Deadline – June 7, 2016**
   - **Status Hearing before Judge Robinson; courtroom 427  - June 14, 2016 at 9:00 AM.**