IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.                                          Case No. 16-20032-03-JAR

ANTHON AIONO,
    *Defendant*.
_____

**ORDER REGARDING CASE BUDGETING**
_____

    The Court orders that CJA counsel whose representation may exceed 300 attorney hours or $39,000 in combined attorney and service provider fees are required to submit a proposed case budget for the Court's review and approval. Any CJA counsel who reasonably expects to meet either of these thresholds shall contact and work with the Tenth Circuit Case Budgeting Attorney, Cari Waters, to timely prepare a proposed budget. Counsel may reach Ms. Waters at (303) 335-2826 or cari_waters@ca10.uscourts.gov.

Dated: June 13, 2016

                                            S/ Julie A. Robinson
                                            JULIE A. ROBINSON
                                            UNITED STATES DISTRICT JUDGE