# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**

    *Plaintiff*,

v.                                            Case No. 16-20032-04-JAR

**ALICIA TACKETT,**
    *Defendant*.

_____

## ORDER REGARDING CASE BUDGETING
_____

      The Court orders that CJA counsel whose representation may exceed 300 attorney hours or $39,000 in combined attorney and service provider fees are required to submit a proposed case budget for the Court's review and approval. Any CJA counsel who reasonably expects to meet either of these thresholds shall contact and work with the Tenth Circuit Case Budgeting Attorney, Cari Waters, to timely prepare a proposed budget. Counsel may reach Ms. Waters at (303) 335-2826 or cari_waters@ca10.uscourts.gov.

Dated: June 13, 2016

                                                         S/ Julie A. Robinson
                                                         JULIE A. ROBINSON
                                                         UNITED STATES DISTRICT JUDGE