IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | |
| Plaintiff,  ) | |
| ) | |
| vs.  ) | Case No. 16-20032-03-JAR |
| ) | |
| LORENZO BLACK et al.,  ) | |
| Defendants.  ) | |

WAIVER OF APPEARANCE AT DISCOVERY CONFERENCE

I, Anthon Aiono, after consultation with my attorney and being advised of my right to personally appear for the Discovery Conference set for July 21, 2016, hereby waive my appearance at said proceeding.

Executed this _14th_ day of _July_, 20_16_, at _Platte City, Missouri_.

_____
ANTHON AIONO

Prepared by:

/s/ *Jason P. Hoffman*

Donald R. Hoffman (KS#07332)
Jason P. Hoffman (KS#17637)
HOFFMAN & HOFFMAN
CoreFirst Bank Bldg.– 3rd Floor East
100 E. 9th Street
Topeka, KS 66612
Ph. (785) 233-5887
Fax (785) 233-2173
E-mail jphoffman@sbcglobal.net

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on this 19th day July, 2016, the foregoing document was filed with the Clerk of the Court by using the CM/ECF system, which provides notice of electronic filing to all parties.

/s/ Jason P. Hoffman

Donald R. Hoffman
Jason P. Hoffman
HOFFMAN & HOFFMAN