## CLERK'S COURTROOM MOTIONS/MISCELLANEOUS MINUTE SHEET
### Kansas City, KS

| | |
|---|---|
| UNITED STATES OF AMERICA | AUSA: Chris Oakley |
| v. | CASE NO. 16-20032-JAR |
| LORENZO BLACK (01) | Deft Attys: John Jenab |
| KARL CARTER (02) | David Guastello |
| ANTHON AIONO (03) | Jason Hoffman |
| ALICIA TACKETT (04) | Kathleen Ambrosio |
| CATHERINE ROWLETTE (05) | Michael Jackson |
| DAVID BISHOP (06) | Cynthia Dodge |

| JUDGE: | Julie A. Robinson | DATE: | 7/21/2016 |
|---|---|---|---|
| DEPUTY CLERK: | Bonnie Wiest | REPORTER: | Kelli Stewart |
| INTERPRETER: | | PRETRIAL/PROBATION: | |

### CASE BUDGETING STATUS CONFERENCE

This matter comes before the Court for a status conference. Defendants Black and Carter appear in custody and by their counsel. Defendants Rowlette and Bishop appear in person and by their counsel. Defendants Aiono and Tackett waived appearance and appeared by their counsel.

The Court set this matter for a case budgeting status conference. Defense Counsel will be required to provide 63 terabyte hard drives to the US Attorney in order to download surveillance videos. After hearing from counsel and Laura Shaneyfelt, The Court approves the purchase of six hard drives and labor for transferring the materials to the hard drives, for a total sum of $10,800. Ms. Shaneyfelt will prepare one voucher and then divide it between the defendants. The US Attorney is in the process of copying the index for each defense counsel and should go out by Monday.

Counsel for Catherine Rowlette (Michael Jackson) suggested appointing a coordinating discovery attorney to organize the receipt and distribution of all discovery. Mr. Jackson will proceed by filing a motion.

All parties were excused from the courtroom except for AUSA, Defendant Black and his counsel, John Jenab, to discuss a letter Mr. Black wrote to the Court requesting that he be sent back to CCA where he would have an opportunity to a meaningful law library. The Government opposes. Counsel to file motion.

Case 2:16-cr-20032-JAR   Document 74   Filed 07/21/16   Page 2 of 2