### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
*Plaintiff,*

**v.**                                              Case No. **2:16-cr-20032-JAR**

**LORENZO BLACK,**
**KARI CARTER,**
**ANTHON AIONO,**
**ALICIA TACKETT,**
**CATHERINE ROWLETTE,**
**DAVID BISHOP,**
*Defendants.*

---

## MOTION FOR ACCESS TO CCA LEGAL VISITATION ROOMS

---

The Federal Public Defender, with the agreement of the U.S. Attorney's office, asks this Court for an Order allowing the FPD to inspect, photograph, and video record the legal visitation rooms at CCA Leavenworth, where many federal pretrial detainees are housed. In the last week or so, we have learned that the confidentiality of communications between attorneys and clients at CCA has been compromised in at least two ways: first, CCA video recorded legal visits in the rooms that the defense seeks to inspect. Second, those recordings were provided to the government. The Court has scheduled an evidentiary hearing this Tuesday, August 9, 2016, at 1:30 p.m. At that

hearing, CCA's ability to record legal communication will be central to the issues before the Court.

As a matter of policy, CCA will not allow cameras into the facility (other than their own). But we need to present current and accurate evidence to the Court about the set-up of the legal visitation rooms. Not all have cameras and not all have the same communication mechanisms. Photographs and video, we believe, would be of assistance to the Court's determination. We are not asking for access to any restricted or confidential areas, just the areas that we routinely visit.

Thus we ask the Court for the opportunity for a Federal Public Defender attorney and investigator to have access to all legal visitation rooms at CCA to diagram, videotape, and photograph the rooms, including any visible recording or communication mechanisms inside and just outside the rooms (red lights are above some doors). Also, we ask for the opportunity to test the audio devices, because on occasion they have not worked. This may go to issues of security. We will work with CCA to arrange a time during business hours on Monday to accomplish this.

The government, through Criminal Chief Debra L. Barnett, does not object and agrees this information may be of value at the scheduled hearing.

Respectfully submitted,

s/Melody Brannon
MELODY BRANNON, #17612
Federal Public Defender
117 SW 6th Avenue, Suite 200
Topeka, Kansas  66603
Telephone: (785)-232-9828
Fax: (785)232-9886
E-mail: melody_brannon@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Donald Christopher Oakley
Assistant United States Attorney
Office of the United States Attorney – Kansas City
chris.oakley@usdoj.gov

Erin S. Tomasic
Assistant United States Attorney
Office of the United States Attorney – Kansas City
erin.tomasic@usdoj.gov

Debra L. Barnett
Criminal Chief
Assistant United States Attorney
Office of the United States Attorney – Wichita
debra.barnett@usdoj.gov

John Jenab
Jenab Law Firm, PA
john.jenab@gmail.com

David J. Guastello
The Guastello Law Firm, LLC
david@guastellolaw.com

Jason P. Hoffman
Hoffman & Hoffman
jphoffman@sbcglobal.net

Kathleen A. Ambrosio
Ambrosio & Ambrosio Chtd.
kaambrosio@yahoo.com

Michael M. Jackson
jacksonmm@aol.com

Cynthia M. Dodge
Cynthia M. Dodge, LLC
cindy@cdodgelaw.com

Shazzie Naseem
Berkowitz Oliver LLP - KCMO
snaseem@berkowitzoliver.com

s/ Melody Brannon
Melody Brannon