# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
    *Plaintiff,*

**v.**            Case No. **2:16-cr-20032-JAR**

**LORENZO BLACK,**
**KARI CARTER,**
**ANTHON AIONO,**
**ALICIA TACKETT,**
**CATHERINE ROWLETTE,**
**DAVID BISHOP,**
    *Defendants.*

---

## MOTION FOR PRODUCTION OF WITNESSES
## PURSUANT TO FED. R. CRIM. PROC. 17(b)

---

Melody Brannon, undersigned counsel, asks the Court, pursuant to subsection (b) of Rule 17 of the Federal Rules of Criminal Procedure, for authority to subpoena the following witnesses for the Motion Hearing on **August 9, 2016, at 1:30 p.m.**, in the above-captioned case:

1. Richard Ney
   Attorney at Law
   Wichita, KS.

2. Randall Rathbun
   Attorney at Law
   Wichita, KS.

3. Michael Bussell
   Archangel Investigations, LLC
   Kansas City, MO.

4. Chief Roger Moore, Jr.
   Chief of Security
   Corrections Corporation of America
   Leavenworth, KS.

Counsel filed a motion in this case for the return of property, pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure, based upon a good faith belief that privileged communications at CCA Leavenworth between Federal Public Defender clients and staff are recorded and have been provided to the government. This Court set the matter for an emergency hearing on August 9, 2016 at 1:30 p.m. The Federal Public Defender, on behalf of its clients, intends to present testimony that recording legal visitation violates confidential, privileged legal communication. Further, that the government seizure, review, or dissemination of this privileged information was wrongful, thus entitling the FPD clients to return of the video recordings. Mr. Rathbun and Mr. Ney can speak to these issues, and are willing to attend.

Mr. Bussell can speak to factual issues regarding the actual recordings that are in the USAO custody and that have been made available to counsel. He, too, has been contacted and is willing to accept a subpoena.

Mr. Moore can speak to CCA's ability to record legal communications, the policies and practice of recording legal communication, the placement of cameras, and issues of security. Counsel has not yet been in contact with Mr. Moore.

The Federal Public Defender Office operates under the Criminal Justice Act, providing representation to defendants that have been determined indigent and unable to financially unable to pay the fees and expenses for the procurement and production of said witnesses.  Its clients have been determined to be indigent. The witnesses requested in this Rule 17(b) motion are necessary to litigate the pending motion.

WHEREFORE, counsel asks the Court for an order directing that a subpoena be issued for the above-named witnesses; that the costs incurred for the procurement and production of said witness be paid by the United States; and that the United States Marshal for the District of Kansas, or his duly appointed deputies, be authorized to disburse such funds necessary to pay the fees and costs incurred for the procurement and production of said witness at the **Motion Hearing** on **August 9, 2016, at 1:30 p.m.**

Respectfully submitted,

s/Melody Brannon
MELODY BRANNON, #17612
Federal Public Defender
117 SW 6th Avenue, Suite 200
Topeka, Kansas  66603
Telephone: (785)-232-9828,
Fax: (785)232-9886
E-mail: melody_brannon@fd.org

4

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Donald Christopher Oakley
Assistant United States Attorney
Office of the United States Attorney – Kansas City
chris.oakley@usdoj.gov

Erin S. Tomasic
Assistant United States Attorney
Office of the United States Attorney – Kansas City
erin.tomasic@usdoj.gov

Debra L. Barnett
Criminal Chief
Assistant United States Attorney
Office of the United States Attorney – Wichita
debra.barnett@usdoj.gov

John Jenab
Jenab Law Firm, PA
john.jenab@gmail.com

David J. Guastello
The Guastello Law Firm, LLC
david@guastellolaw.com

Jason P. Hoffman
Hoffman & Hoffman
jphoffman@sbcglobal.net

Kathleen A. Ambrosio
Ambrosio & Ambrosio Chtd.
kaambrosio@yahoo.com

Michael M. Jackson
jacksonmm@aol.com

Cynthia M. Dodge
Cynthia M. Dodge, LLC
cindy@cdodgelaw.com

Shazzie Naseem
Berkowitz Oliver LLP - KCMO
snaseem@berkowitzoliver.com

                                                 s/ Melody Brannon
                                                 Melody Brannon