## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
             *Plaintiff,*

**v.**                                    Case No. **2:16-CR-20032-JAR**

**LORENZO BLACK,**
**KARI CARTER,**
**ANTHON AIONO,**
**ALICIA TACKETT,**
**CATHERINE ROWLETTE,**
**DAVID BISHOP,**
             *Defendants.*

---

## ORDER FOR PRODUCTION OF WITNESS PURSUANT TO RULE 17(b) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

---

   **NOW ON** this 8th day of August, 2016, on the application of the Federal Public Defender for the District of Kansas, pursuant to Rule 17(b) of the Federal Rules of Criminal Procedure, and for good cause shown, the Court hereby finds that the presence of the following named witnesses for testimonial purposes set out below at the **Motion Hearing** in the above-captioned case on **August 9, 2016, at 1:30 p.m.,** is necessary for an adequate defense. The Court further finds that the accused is financially unable to pay the costs incurred for the procurement and production of said witness.

**IT IS THEREFORE ORDERED** that the following witnesses be produced on behalf of the accused at the **Motion Hearing** on **August 9, 2016, at 1:30 p.m.**, in the above-captioned case:

1. Richard Ney, Attorney at Law, Wichita, KS
   Attorney at Law
   Wichita, KS

2. Randall Rathbun
   Attorney at Law
   Wichita, KS

3. Michael Bussell
   Archangel Investigations LLC
   Kansas City, MO

4. Chief Roger Moore, Jr.
   Chief of Security
   Corrections Corporation of America
   Leavenworth, KS

IT IS FURTHER ORDERED that a subpoena be issued for the above-named witnesses, pursuant to Rule 17(b) of the Federal Rules of Criminal Procedure; that the costs incurred for the procurement and production of said witnesses be paid by the United States; and that the United States Marshal for the District of Kansas, or his duly appointed deputies, are hereby authorized to disburse such funds necessary to pay the fees and costs incurred for the procurement and production of said witness at the **Motion Hearing** on **August 9, 2016, at 1:30 p.m.**, in the above-captioned case.

**IT IS SO ORDERED.**

Dated: <u>August 8, 2016</u>

          <u>S/ Julie A. Robinson</u>
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE