IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
*Plaintiff,*

v.                                                                  Case No. **2:16-cr-20032-JAR**

**LORENZO BLACK,**
**KARI CARTER,**
**ANTHON AIONO,**
**ALICIA TACKETT,**
**CATHERINE ROWLETTE,**
**DAVID BISHOP,**
*Defendants.*

## ORDER GRANTING ACCESS TO CCA
## LEGAL VISITATION ROOMS

The Court hereby orders that a Federal Public Defender attorney and investigator shall have access to all legal visitation rooms at CCA to diagram, videotape, and photograph the rooms, including any visible recording or communication mechanisms inside and outside the rooms, and have the opportunity to test the audio mechanisms that allow staff to be contacted from inside the visitation rooms. The FPD staff shall be permitted to bring the electronic equipment necessary to document this inspection. A member of the USAO may attend the inspection, as well. The Court notes that the

parties have agreed to this Order and that an evidentiary hearing is scheduled for Tuesday, August 9, 2016, at 1:30 p.m.

By 5:00 p.m. on August 8, 2016, CCA shall grant access to the rooms and assist in testing the audio mechanisms as needed.

**IT IS SO ORDERED.**

Dated: August 8, 2016

S/ Julie A. Robinson
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE