# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                                **CASE NO. 16-CR-20032-JAR**

**LORENZO BLACK,**
**KARL CARTER,**
    a.k.a. "KC"
**ANTHON AIONO**
    a.k.a. "The Samoan,"
**ALICIA TACKETT**
    a.k.a. "Alicia Stanfield,"
    a.k.a. "Alicia Rowlette"
**CATHERINE ROWLETTE,**
    a.k.a. "Cathy,"
**DAVID BISHOP,**

      **Defendants.**

### ENTRY OF APPEARANCE AS CO-COUNSEL

Please take notice that the undersigned attorney enters her appearance as co-counsel for plaintiff, United States of America, in the above-captioned case. All documents related to the above-captioned case should also be served on Debra L. Barnett, Assistant United States Attorney, at the address stated below.

Respectfully Submitted,

THOMAS E. BEALL
Acting United States Attorney

s/ Debra L. Barnett
DEBRA L. BARNETT
Ks. S.Ct. No. 12729
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas 67202
(316) 269-6481
(316) 269-6484 (FAX)
debra.barnett@usdoj.gov

## CERTIFICATE OF MAILING

This is to certify that a copy of the foregoing was delivered to the appropriate parties through the electronic filing procedures of the United States District Court, District of Kansas on this 8th day of August, 2016.

s/ Debra L. Barnett
DEBRA L. BARNETT
Assistant United States Attorney