IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
   *Plaintiff,*

**v.**            Case No. **2:16-cr-20032-JAR**

**LORENZO BLACK,**
**KARI CARTER,**
**ANTHON AIONO,**
**ALICIA TACKETT,**
**CATHERINE ROWLETTE,**
**DAVID BISHOP,**
   *Defendants.*

**MOTION TO JOIN AMENDED MOTION
FOR FED. R. CRIM. P. 41(g)
RETURN OF INFORMATION**

On August 2, 2016, Counsel for Richard Dertinger, Jacquelyn E. Rokusek, learned that the United States Attorney's Office for the District of Kansas had access to privileged communications with my clients at CCA Leavenworth[1]. Specifically, attorney/client visits have been recorded by CCA staff and, at times, provided to the government upon request.[2] Counsel learned this information after speaking with AUSA Kim Flannigan and

---

[1] CCA, or Corrections Corporation of America, houses some District of Kansas federal pretrial detainees

[2] Counsel reviewed the videotaped attorney/client privileged meetings on Friday, August 5, 2016 at the United States Attorney's Office.

SAUSA Erin Tomasic who summoned counsel to a meeting at the USAO regarding a potential conflict of interest. The two prosecutors told counsel that an agent was reviewing videotaped attorney/client meetings at CCA to determine whether counsel had provided a document to my client, Richard Dertinger. Counsel requested the opportunity to review the videotaped meetings on August 4, 2016. Counsel was denied access to the videos on that date after SAUSA Tomasic communicated that the IT employee in the office could not be located. Counsel was granted access to the videos on August 5, 2016.

Counsel reviewed two of the attorney/client videos in which counsel is meeting with two of her clients, although many other attorney/client privileged meetings were recorded and available for review. Notably, counsel had access to videotaped attorney/client meetings of defendant's who are not represented counsel Rokusek. Counsel does not yet know whether or when audio recordings were made. Counsel understands that all legal calls are also recorded, and the content of those calls are provided to the USAO.

Counsel was not notified that the attorney/client meetings at CCA were being recorded until the meeting at the USAO on August 2, 2016. Counsel has numerous clients housed at CCA pending trial or sentencing.

Richard Dertinger is not currently indicted in 16-CR-20032-JAR, but his name is referenced in the Indictment as an unindicted co-conspirator and

the USAO has provided notice of intent to indict additional defendants. Counsel is moving to join the Rule 41(g) Amended Motion for Return of Information for the reasons set forth in Document 82.

Respectfully submitted,

s/Jacquelyn E. Rokusek
JACQUELYN E. ROKUSEK #16308
Rokusek Law, LLC
11658 W. 75th Street
Shawnee, Kansas  66214
Phone: 913.948.9311
Fax: 913.273.1890
E-mail: Rokuseklawoffice@yahoo.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 8, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the all interested parties.

                                       s/Jacquelyn E. Rokusek
                                       JACQUELYN E. ROKUSEK