IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
    *Plaintiff,*

v.           Case No. **2:16-CR-20032-JAR**

LORENZO BLACK,
KARI CARTER,
ANTHON AIONO,
ALICIA TACKETT,
CATHERINE ROWLETTE,
DAVID BISHOP,
    *Defendants.*

## ORDER FOR PRODUCTION PURSUANT TO RULE 17(c) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

**NOW ON** this 8th day of August, 2016, on the application of the Federal Public Defender for the District of Kansas, pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure, and for good cause shown, the Court hereby finds that the issuance of a subpoena duces tecum for production of records set out herein below to be produced on or before **August 9, 2016, at 10:00 a.m.**, by the following:

1. Michelle Jensen-Schubert, Inmate Records
   Corrections Corporation of America
   Leavenworth, KS

> You are directed to bring with you any subpoenas, records requests or communications from the District of Kansas United States Attorney's Office (USAO) in the last two years for video, audio, legal visitation logs, legal visitation, phone records, and phone recordings.
>
> You are also directed to bring with you CCA's past (since 2008) and current policies, practices, rules, regulations, or other documents regarding:
>
> - Video and/or audio recording of legal visitations, including attorneys, experts, investigators, paralegals and interpreters;
> - Video and/or audio monitoring of legal visitations, including attorneys, experts, investigators, paralegals and interpreters;
> - Recording and/or monitoring of attorney/client telephone communications;
> - Management and/or handling requests, subpoenas, court orders for records that include information related to legal communications.

The Court, after reviewing the motion and being fully advised in the premises, finds that the documents and other requested items are necessary to adequately prepare for the motions hearing and that the motion should therefore be granted.

The Court further finds that the accused is financially unable to pay the costs incurred for the procurement and production of said documents.

IT IS FURTHER ORDERED that the Clerk of this Court issue a subpoena duces tecum for service on the above-named agencies, pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure; that the costs incurred for the procurement and production of said documents be paid by the United States;

and that the United States Marshal for the District of Kansas, or his duly appointed deputies are hereby authorized to disburse such funds necessary to pay the fees and costs incurred for the procurement and production of said records at the motions hearing in the above-captioned case.

The Court further finds that the material sought in the subpoena duces tecum should be returned on or before August 9, 2016, by 10:00 a.m., to the chambers of The Honorable Julie A. Robinson, 500 State Avenue, Suite 511, Kansas City, Kansas 66101, and to allow the Federal Public Defender to inspect the documents upon their arrival.

IT IS SO ORDERED.

Dated: <u>August 8, 2016</u>

<u>S/ Julie A. Robinson</u>
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE