# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
   *Plaintiff,*

**v.**          Case No. **2:16-cr-20032-JAR**

**LORENZO BLACK,**
**KARI CARTER,**
**ANTHON AIONO,**
**ALICIA TACKETT,**
**CATHERINE ROWLETTE,**
**DAVID BISHOP,**
   *Defendants.*

## MOTION TO JOIN MOTION FOR FED. R. CRIM. P. 41(g) RETURN OF INFORMATION

On August 2, 2016, Counsel for David Lougee, Catherine A. Zigtema, learned that the United States Attorney's Office for the District of Kansas had access to privileged communications with my clients at CCA Leavenworth[1]. Furthermore, it is Counsel's good faith belief that such information was in the process of being or had been disseminated to other counsel as part of the discovery in the above captioned matter and available for review to other counsel whose clients were connected to the ongoing CCA Leavenworth investigation and prosecution. Notice of this matter was not provided by the United States Attorney's Office but through

---

[1] CCA, or Corrections Corporation of America, houses some District of Kansas federal pretrial detainees

the efforts and investigation by CJA personnel and the Federal Public Defender Office.

David Lougee is not currently indicted in 16-CR-20032-JAR, but his name is referenced in the Indictment as an unindicted co-conspirator and the USAO has provided notice of intent to indict additional defendants.  Counsel is moving to join the Rule 41(g) Amended Motion for Return of Information for the reasons set forth in Document 82.

        Respectfully Submitted,

        /s/ Catherine A Zigtema
        #23299
        ATTORNEY FOR INTERESTED PARTY
        DAVID LOUGEE
        Zigtema Law Office LC
        11660 W 75th Street
        Shawnee, KS  66214
        kate@zigtemalaw.com

## CERTIFICATE OF DELIVERY

I, Catherine A Zigtema, hereby certify that on August 8, 2016, I electronically filed the foregoing Motion with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the counsel of record in this case.

        /S/ CATHERINE ZIGTEMA
        Kate Zigtema, #23299