Ambrosio & Ambrosio, Chtd.
Kathleen Ambrosio, #16174
800 SW Jackson, Suite 817
Topeka, KS 66612
(785) 233-0524 Office
(785) 233-6832 Facsimile
kaambrosio@yahoo.com
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
          Plaintiff,

v.

                                                                    Case No. 16-20032-JAR-04

ALICIA TACKETT,
          Defendant.

## WAIVER OF APPEARANCE AT MOTION HEARING
## SCHEDULED FOR AUGUST 9, 2016

**COMES NOW** the defendant, Alicia Tackett, by and through her counsel, Kathleen Ambrosio of Ambrosio & Ambrosio, Chtd., and hereby provides notice to the Court that she voluntarily waives her appearance at the Motion Hearing scheduled in this matter for August 9, 2016, at 1:30 p.m.

    1.    Counsel has advised Ms. Tackett the Court has scheduled a Motion Hearing for August 9th at 1:30 pm. Counsel has advised Ms. Tackett that the purpose of the Motion Hearing is to discuss issues concerning the visitation room at CCA. Further, Ms. Tackett has been advised that she is allowed to be present at the Motion Hearing, but the Court does not require her presence if she chooses to waive the same. A Motion for Return of Property pursuant to Fed. R. Crim.P.41(g), (Doc.85), has been filed alleging the government has procured and reviewed attorney-client communications from CCA as to defendants in this case as well as others. This issue has arisen while counsel has been out of state. Counsel is unable to attend the hearing scheduled for today as she will be on a return flight. Counsel has not, as this time, joined this motion on behalf of Ms. Tackett. Ms. Tackett was never

incarcerated at CCA and would not have any visits with counsel recorded.

2. After thorough discussion with her counsel, Ms. Tackett advises she does not desire to be present at the hearing, as it will require her to miss scheduled hours at her employment. Accordingly, she hereby waives her appearance at the Motion Hearing.

3. Ms. Tackett is on Pre-Trial release and is compliant with all of her conditions of release. Ms. Tackett and her counsel have frequent contact regarding this case.

Respectfully Submitted,

*/s/ Kathleen Ambrosio*
Kathleen Ambrosio, #16174
Ambrosio & Ambrosio, Chtd.
800 SW Jackson, Suite 817
Topeka, KS 66612
(785) 233-0524 Office
(785) 233-6832 Facsimile
kaambrosio@yahoo.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 9th day of August, 2016 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties.

*/s/ Kathleen Ambrosio*
Kathleen Ambrosio, #16174
Ambrosio & Ambrosio, Chtd.
800 SW Jackson, Suite 817
Topeka, KS 66612
(785) 233-0524 Office
(785) 233-6832 Facsimile
kaambrosio@yahoo.com
Attorney for Defendant