**CLERK'S COURTROOM MOTIONS/MISCELLANEOUS MINUTE SHEET**

UNITED STATES OF AMERICA         AUSA:  Debra Barnett/Duston Slinkard

v.                               CASE NO. 16-20032-JAR

LORENZO BLACK (01)               Deft Atty:  John Jenab
KARL CARTER (02)                 Deft Atty:  David Guastello
ANTHON AIONO (03)                Deft Atty:  Jason Hoffman
ALICIA TACKETT (04)              Deft Atty:  Kathleen Ambrosio
CATHERINE ROWLETTE (05)          Deft Atty:  Michael Jackson
DAVID BISHOP (6)                 Deft Atty:  Cynthia Dodge

PUBLIC DEFENDER                  Melody Brannon/Kirk Redmond

| JUDGE: | Julie A. Robinson | DATE: | 8/9/2016 |
| --- | --- | --- | --- |
| DEPUTY CLERK: | Bonnie Wiest | REPORTER: | Kelli Stewart |
| INTERPRETER: |  | PRETRIAL/PROBATION: |  |

## MOTION HEARING – SPECIAL SETTING

Case comes on before the Court on the Federal Public Defender's Amended Motion for Return of Property Pursuant to Fed.R.Crim.P. 4(g) (DOC. 85).  The Government appears by Debra Barnett and Duston Slinkard.  Defendants Black and Carter appear in custody and by their counsel.  Defendant Aiono appears by counsel, Defendants Tackett and Bishop waive appearance. The Federal Public Defender appears by Melody Brannon and Kirk Redmond.

The Court hears evidence and testimony.  Pursuant to the specific findings set forth in full on the record, the Court takes the Motion under advisement and will submit a written order.

The Federal Public Defender requested a Special Master and Government agreed one should be appointed.

The Court will set a follow-up hearing within seven days.  Date and time of this hearing will be included in the Court's Order.

The Government turns over to the Court original and all copies of videos from CCA.

Court recesses – Defendants remanded to custody.

Exhibit and Witness Lists attached.