# EXHIBIT LIST

## United States v. Black, et al., Case No. 2:16-cr-20032-JAR

## Motion for Return of Property Pursuant to Fed. R. Crim. P. 41(g)

| Exh. # | Description | Offered | Admitted | Witness |
|---|---|---|---|---|
| 401 | Evacuation Diagram of rooms at CCA | x | x | **Thompson** |
| 402 | Room 107A Hallway | x | x | **Thompson** |
| 403 | Room 107A Intercom | x | x | **Thompson** |
| 404 | Room 107B & 107 Hallway | x | x | **Thompson** |
| 405 | Room 107B Intercom | x | x | **Thompson** |
| 406 | Room 107 Camera | x | x | **Thompson** |
| 407 | Room 107 Intercom | x | x | **Thompson** |
| 408 | Visitation hallway | x | x | **Thompson** |
| 409 | Visitation hallway | x | x | **Thompson** |
| 410 | Visitation hallway | x | x | **Thompson** |
| 411 | Room 4 Camera | x | x | **Thompson** |
| 412 | Room 4 Intercom | x | x | **Thompson** |
| 413 | Room 5 Intercom | x | x | **Thompson** |
| 414 | Room 5 Camera | x | x | **Thompson** |
| 415 | Room 6 Table | x | x | **Thompson** |
| 416a | Room 6 Table | x | x | **Thompson** |
| 416b | Room 6 Table | x | x | **Thompson** |
| 417 | Room 6 Intercom | x | x | **Thompson** |
| 418 | Room 6 Camera | x | x | **Thompson** |
| 419 | Visitation Hallway Intersection | x | x | **Thompson** |
| 420 | Room 7 Intercom | x | x | **Thompson** |
| 421 | Room 7 Camera | x | x | **Thompson** |
| 422 | Room 7 Light | x | x | **Thompson** |
| 423 | Room 8 Light button | x | x | **Thompson** |
| 424 | Room 8 Intercom | x | x | **Thompson** |
| 425 | Room 8 Camera | x | x | **Thompson** |
| 426 | Room 9 Camera | x | x | **Thompson** |
| 427 | Room 9 Intercoms & light button | x | x | **Thompson** |
| 428 | Visitation Hallway-Room 8 & 9 lights | x | x | **Thompson** |
| 429 | Visitation Hallway-Room 7 & 8 lights | x | x | **Thompson** |
| 430 | Visitation Hallway-end | x | x | **Thompson** |
| 431 | Foyer & bathroom area | x | x | **Thompson** |
| 432 | Foyer & bathroom area-camera 1 | x | x | **Thompson** |
| 433 | Foyer & bathroom area-camera 2 | x | x | **Thompson** |