## CLERK'S COURTROOM MINUTE SHEET - WITNESS LIST

### CASE NO. : 16-20032-JAR - SPECIAL SETTING

| WITNESSES FOR GOV'T | | WITNESSES FOR DEFENDANT | |
|---|---|---|---|
| Name | Sworn | Name | Sworn |
| | | Zay Thompson - investigator For FPD | (X) |
| | | Jackie Rokusek, attorney, KC | (X) |
| | | Michelle Jensen-Schubert, Inmate Records Clerk | (X) |
| | | Richard Ney, attorney, Wichita | (X) |
| | | Randy Rathbun, attorney, Wichita | (X) |
| | | Professor Peter Joy, attorney, Missouri | (X) |