IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>    Plaintiff                             )<br>         v.                                       )<br>                                                  )<br>LORENZO BLACK, et al.,             )<br>    Defendants                         ) | Case No. 16-20032-JAR |

### ENTRY OF APPEARANCE for INTERESTED PARTY DAVID LOUGEE

The undersigned attorney, Jonathan Laurans, enters his appearance as counsel for interested party David Lougee, whose motion for joinder (Document 94, filed August 8, 2016 by CJA counsel Catherine Zigtema) is pending.

| | |
|---|---|
| **Certificate of Service**<br>I certify that a copy of the above and foregoing was transmitted to all counsel of record by the ECF system on August 11, 2016.<br><br>*/s/ Jonathan Laurans*<br>Jonathan Laurans, #15807 | Respectfully submitted,<br>*/s/ Jonathan Laurans*<br>Jonathan Laurans  #15807<br>The 1609 Law Building<br>1609 West 92nd Street<br>Kansas City, Missouri  64114<br>(816)421-5200/jlaurans@msn.com<br>Counsel for Defendant Lougee |

1