Ambrosio & Ambrosio, Chtd.
Kathleen Ambrosio, #16174
800 SW Jackson, Suite 817
Topeka, KS 66612
(785) 233-0524 Office
(785) 233-6832 Facsimile
kaambrosio@yahoo.com
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
                Plaintiff,

v.

                                        Case No. 16-20032-JAR-04

ALICIA TACKETT,
                Defendant.

**MOTION TO JOIN PRETRIAL MOTIONS**

**COMES NOW** the defendant, Alicia Tackett, by and through her counsel, Kathleen Ambrosio of Ambrosio & Ambrosio, Chtd., and moves the Court for an Order permitting the defendant to adopt and join the Amended Motion for Fed. R. Crim. P. 41(g) Return of Information filed August 7, 2016 (Doc. 85) and any pretrial motions filed by defendant and or interested parties that may benefit the defendant.

                                        Respectfully Submitted,

                                        */s/ Kathleen Ambrosio*
                                        Kathleen Ambrosio, #16174
                                        Ambrosio & Ambrosio, Chtd.
                                        800 SW Jackson, Suite 817
                                        Topeka, KS 66612
                                        (785) 233-0524 Office
                                        (785) 233-6832 Facsimile
                                        kaambrosio@yahoo.com
                                        Attorney for Defendant

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 15th day of August, 2016 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties.

/s/ Kathleen Ambrosio
Kathleen Ambrosio, #16174
Ambrosio & Ambrosio, Chtd.
800 SW Jackson, Suite 817
Topeka, KS 66612
(785) 233-0524 Office
(785) 233-6832 Facsimile
kaambrosio@yahoo.com
Attorney for Defendant