IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 16-20032-03-JAR |
| | ) | |
| LORENZO BLACK *et al*., | ) | |
| Defendants. | ) | |
| _____ | ) | |

MOTION TO JOIN IN PRETRIAL MOTIONS

COMES NOW Anthon Aiono, by through counsel Jason P. Hoffman, Hoffman & Hoffman, and moves the Court for an Order allowing him to join in the Amended Motion for Fed. R. Crim. P. 41(g) Return of Information (Doc. 85) filed herein on August 7, 2016 and all subsequent motions or memoranda filed by any other interested party or co-defendant herein concerning the subject matter of attorney-client communications and the government's access to, possession and dissemination thereof.

WHEREFORE, defendant prays the Court enter an Order allowing him to join in the Amended Motion for Fed. R. Crim. P. 41(g) Return of Information (Doc. 85) filed herein on August 7, 2016 and related motions and memoranda filed by any other interested party or co-defendant herein and for such and other further relief as the Court deems appropriate under the circumstances.

Respectfully submitted,

/s/ *Jason P. Hoffman*

_____

Donald R. Hoffman  (KS#07332)
Jason P. Hoffman (KS#17637)
HOFFMAN & HOFFMAN
CoreFirst Bank & Trust – 3rd Floor East
100 E. 9th Street
Topeka, KS 66612
Ph. (785) 233-5887
Fax (785) 233-2173
E-mail jphoffman@sbcglobal.net

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of August, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to: Assistant United States Attorney and other counsel of record in the case.

/s/ *Jason P. Hoffman*

_____

Donald R. Hoffman  (KS#07332)
Jason P. Hoffman (KS#17637)
HOFFMAN & HOFFMAN
CoreFirst Bank & Trust – 3rd Floor East
100 E. 9th Street
Topeka, KS 66612
Ph. (785) 233-5887
Fax (785) 233-2173
E-mail jphoffman@sbcglobal.net