IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
   *Plaintiff,*

v.          Case No. **2:16-cr-20032-JAR**

**LORENZO BLACK,**
**KARI CARTER,**
**ANTHON AIONO,**
**ALICIA TACKETT,**
**CATHERINE ROWLETTE,**
**DAVID BISHOP,**
   *Defendants.*

---

**ORDER**

The Court extends its August 10, 2016, Order (D.E.102) as follows:

At the hearing on August 16, 2016, counsel for the Government announced that Community Corporation of America (CCA) possesses video recordings of the professional visitation rooms that were recorded between May 1, 2016, and August 16, 2016. The Court finds that these videos contain attorney-client communications that are confidential and privileged. To prevent further review and dissemination of these protected communications, the Court hereby ORDERS:

CCA shall, forthwith, provide to the United States Marshal Service, any and all video recordings, both originals and copies, of the attorney-client

visitation rooms, including, without limitation, video recordings from May 1, 2016, to August 16, 2016. CCA shall also provide written confirmation of whether these recordings have been disseminated to, or viewed by, any person or entity. The USMS shall immediately deliver those recordings, and CCA's written confirmation, to the Court.

**It is so Ordered.**

**Dated this 18th day of August, 2016.**

                                      **s/ Julie A. Robinson**
                                      **Judge Julie A. Robinson**
                                      **U.S. District Judge**