AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____District of Kansas_____

## APPEARANCE

UNITED STATES OF AMERICA,
                Plaintiff,

    vs.                                 CASE NUMBER: 2:16-cr-20032-JAR

LORENZO BLACK, et al.,
                Defendants.

To the Clerk of this court and all parties of record:

      Enter my appearance as counsel in this case for

            FEDERAL PUBLIC DEFENDER, Movant.

      I certify that I am admitted to practice in this court.

| | |
|---|---|
| August 19, 2016 | s/Kirk C. Redmond        18914 |
| | Name                         Bar Number |

First Assistant Federal Public Defender
117 SW 6th Avenue, Suite 200
Address

Topeka, Kansas         66603-3840
City      State                     Zip Code

785/232-9828         785/232-9886
Phone Number                     Fax Number

E-mail address: kirk_redmond@fd.org