IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

LORENZO BLACK,
KARL CARTER,
ANTHON AIONO,
ALICIA TACKETT, and
CATHERINE ROWLETTE

    Defendants.

Case No. 16-20032-JAR

## ORDER

The Court amends as follows its previous Order directing the Corrections Corporation of America Leavenworth Detention Center ("CCA Leavenworth") to provide to the United States Marshals Service ("USMS") all video recordings of attorney-client rooms from May 1, 2016 through August 16, 2016 (Doc. 114):

The Court has learned that CCA Leavenworth is in the process of obtaining replacement DVR hard drives to place in its system once the current hard drives are submitted to the USMS. Therefore, the Court directs CCA Leavenworth to provide to the USMS all video recordings, both originals and copies, of the attorney-client visitation rooms, including, without limitation, video recordings from May 1, 2016 through the date on which CCA Leavenworth provides such video recordings to the USMS. CCA Leavenworth shall also provide written confirmation of whether these recordings have been disseminated to, or viewed by, any person or entity. The USMS shall immediately deliver the recordings and CCA Leavenworth's written confirmation to the Court. CCA Leavenworth shall comply with this Order by no later than Tuesday, August 23,

2016.  In any event that it cannot comply by that date, CCA Leavenworth shall submit to the

Court in writing an explanation why it cannot comply.

    **IT IS SO ORDERED.**

    Dated: August 19, 2016

                                                S/ Julie A. Robinson
                                                JULIE A. ROBINSON
                                                UNITED STATES DISTRICT JUDGE