# INMATE HANDBOOK
## Corrections Corporation of America
## Leavenworth Detention Center

## INTRODUCTION

The Leavenworth Detention Center, Leavenworth, KS is a maximum security facility operated by Corrections Corporation of America under contract for the U.S. Marshal Service (USMS) and Wyandotte County. The facility provides a safe and secure environment for U.S. Marshal and Wyandotte County inmates/detainees.

This admission and orientation handbook will provide specific rules and regulations of which all inmates/detainees will be expected to follow and comply. It also provides general information about the operational aspects of the facility. Inmates/detainees will be held accountable for their conduct while housed at this facility therefore it is the inmate/detainee's responsibility to become familiar with the contents of this handbook.

Assistance will be provided for any inmate/detainee with reading or understanding difficulties or those who need a translator.

The Leavenworth Detention Center works closely with the Federal Probation and Parole Officers from numerous jurisdictions. Information concerning an inmate/detainee's activities while incarcerated will be provided to the Federal Officers to be included as part of a Pre-Sentence Investigation (PSI), which may impact length of sentence, location, custody level, an inmate's program needs, and security needs. If you are already sentenced, bad behavior can result in a higher custody classification and re-designation to a high security institution.

## FACILITY STRUCTURE

Warden
Assistant Warden
Chief of Security / Chief of Unit Management
Shift Supervisor / Unit Manager
Assistant Shift Supervisor / Case Manager
Senior Correctional Officer / Correctional Counselor
Correctional Officer

Your mailing address while at this facility is:

Your Name: _____
Your Register Number: _____
Leavenworth Detention Center
100 Highway Terrace
Leavenworth, Kansas 66048

Advise all correspondents to provide the full address on all of your correspondence. The full address must also appear on all your outgoing correspondence as a return address. Your inmate/detainee register number must be noted on all incoming correspondence. All mail not properly addressed is returned to sender.

## TOBACCO POLICY
Leavenworth Detention Center (LDC) is a tobacco free facility. Any form of tobacco is considered contraband and will result in disciplinary action (Policy 15-2, Disciplinary Procedures).

## GENERAL HOUSING UNIT
General housing units include inmate/detainee sleeping areas and day rooms. Day rooms are a multifunctional area in which the following activities occur, meal dining area, television viewing, telephone access and indoor recreation area.

## SEGREGATION HOUSING UNIT
Segregation housing unit consists of inmates/detainees who threaten the physical safety of other inmates, staff, or the orderly operations; who pose the risk of escape; and/or, have requested protective custody may be separated from the general population.

Segregation Housing Rules:
- All attorney phone calls will be made between 8 a.m. and 4 p.m. Monday through Friday unless otherwise scheduled and by request.

**Inspections of persons and property:** You are subject to a search upon admission into the facility and when there is reasonable cause to believe you may have contraband concealed on your person or in your cell. Searches are routine requirements upon entering the facility and visual strip search will occur after any contact visit including attorney visits. Staff will conduct routine unscheduled searches of the facility, inmates/detainees and property as deemed necessary.

**Evacuation drills:** Per local, state and federal laws, the facility is required to perform at least one (1) practice evacuation drill per quarter, per shift for every department of the facility. These drills are not designed to inconvenience you, but rather to insure that you know where the exits are located in case of an actual danger such as a fire, gas leak, or other damages. Fire exit diagrams are posted throughout all buildings, and are not to be tampered with.

**Access to telephone:** Telephones are provided for inmates/detainees in the housing unit dayroom. Dayroom telephones are subject to monitoring. For access to a Telecommunications Device for the Deaf (TDD), contact the Unit Manager or Case Manager, or Correctional Counselor. The Shift Supervisor should be notified if any of the unit staff are not available.

**Procedures for telephone use include:**

1. You will be issued a pin number during the intake/booking process, which will be activated within 3 business days after 12:00 p.m. not including weekends and holidays. Your pin number is required to gain access to an outside line. Your pin number is your inmate issued federal number plus four (4) random numbers selected by the computer on the top of your ID badge. Wyandotte County inmates will add a zero (0) to the front of their number and drop the "W". **Using another inmates/detainees pin number is not allowed and will result in disciplinary action.**

2. CCA Leavenworth Detention Center uses the Securus phone company. Their contact number is 1-800-844-6591, Spanish speaking 1-866-561-6718

3. Outgoing telephone calls may only be made collect or by phone card.

4. Use of the telephones will be on a first come first serve basis. Phone calls are limited to 15 minutes; overuse of the phones will result in disciplinary actions and can result in loss of privileges.

5. **Three-way phone calls are not permitted. If detected, your call will be terminated by the phone company and/or phone number blocked. Repeated violations of this rule will result in disciplinary actions and loss of telephone privileges.**

6. Your attorney may request of our facility that calls to their office not be recorded to ensure Attorney/Client privilege. They may request this by way of sending CCA/LDC a fax on their office letterhead. This request must include contact information and signature. They may fax it to (913)727-2231. **IT IS YOUR RESPONSIBILITY TO ENSURE THAT YOUR ATTORNEY IS AWARE OF THIS PROCEDURE; THEIR TELEPHONE CALLS ARE SUBJECT TO BEING RECORDED IF THEY DO NOT REQUEST THEY BE RESTRICTED.**

7. Telebranch lines are not permitted. Any inmate caught doing so will be subject to a disciplinary report and may lose their telephone privileges.

8. 40-minute phone cards are available for purchase from the Commissary on assigned commissary days.

9. You may purchase a maximum of five phone cards each week. The cost of phone cards is not counted against your weekly commissary limit.

10. Incoming telephone calls are not authorized at this facility.

11. Emergency messages will be accepted through the Chaplain during duty hours, Monday through Friday; if the Chaplain is unavailable the Unit Management staff or Shift Supervisor will relay the message to the inmate.

12. Attorneys/Legal Aids may fax a message to the Facility to have their client contact them. This call will be made from the dayroom phone by the inmate, unless it requires a three-way call.

13. A copy of the faxed message will be provided to you after you have signed and verified that you have received the message.

    Do not tamper with or cause damage to telephone equipment.

15. Do not try to contact a victim or alleged victim of another detainee on his/her behalf.