# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **v.**                                          Case No. 16-CR-20032-JAR

**LORENZO BLACK, et al.,**

    **Defendants.**

## ORDER

    The Court issues the following Order setting a hearing on the Oral Motion to Appoint Special Master, which remains under advisement.  The parties have filed memoranda as to the motion to appoint special master.  After reviewing the parties' filings, the Court finds that a multitude of questions of fact remain.  The Court therefore sets a hearing for **Wednesday, September 7, 2016 at 1:30 p.m.** to address the remaining questions of fact.  All counsel of record who have entered their appearances in this case shall appear at the aforementioned hearing and be prepared to address the Court's questions.  This includes all counsel of record, counsel for movants, counsel for interested parties, and Government counsel Christopher Oakley, Erin Tomasic, and Kim Flannigan.  The Court does not intend to entertain oral argument on the motion.  At the conclusion of the hearing, the Court will consider the record as to the motion closed.  Any reply briefs concerning the motion to appoint special master shall be filed by no later than Tuesday, September 6, 2016.

    **IT IS SO ORDERED.**

    <u>Dated: August 30, 2016</u>

                                                               S/ Julie A. Robinson  
                                                               JULIE A. ROBINSON  
                                                               UNITED STATES DISTRICT JUDGE