Ambrosio & Ambrosio, Chtd.
Kathleen Ambrosio, #16174
800 SW Jackson, Suite 817
Topeka, KS 66612
(785) 233-0524 Office
(785) 233-6832 Facsimile
kaambrosio@yahoo.com
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
          Plaintiff,

v.

                                                    Case No. 16-20032-JAR-04

ALICIA TACKETT,
          Defendant.

## WAIVER OF APPEARANCE AT HEARING
## SCHEDULED FOR SEPTEMBER 7, 2016

**COMES NOW** the defendant, Alicia Tackett, by and through her counsel, Kathleen Ambrosio of Ambrosio & Ambrosio, Chtd., and hereby provides notice to the Court that she voluntarily waives her appearance at the Hearing scheduled in this matter for September 7, 2016, at 1:30 p.m.

1. Counsel has advised Ms. Tackett the Court has scheduled a Hearing for September 7th at 1:30 pm. Further, Ms. Tackett has been advised that she is allowed to be present at the Hearing, but the Court does not require her presence if she chooses to waive the same. Ms. Tackett is aware that the hearing is to discuss the details of the appointment of a special master.

2. After discussion with her counsel, Ms. Tackett advises she does not desire to be present at the hearing, as it will require her to miss scheduled hours at her employment. Accordingly, she hereby waives her appearance at the Hearing.

3. Ms. Tackett is on Pre-Trial release and is compliant with all of her conditions of release. Ms. Tackett and her counsel have frequent contact regarding this case.

Respectfully Submitted,

*/s/ Kathleen Ambrosio*
Kathleen Ambrosio, #16174
Ambrosio & Ambrosio, Chtd.
800 SW Jackson, Suite 817
Topeka, KS 66612
(785) 233-0524 Office
(785) 233-6832 Facsimile
kaambrosio@yahoo.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 30th day of August, 2016 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties.

*/s/ Kathleen Ambrosio*
Kathleen Ambrosio, #16174
Ambrosio & Ambrosio, Chtd.
800 SW Jackson, Suite 817
Topeka, KS 66612
(785) 233-0524 Office
(785) 233-6832 Facsimile
kaambrosio@yahoo.com
Attorney for Defendant