IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                            Case No. 16-20032-01-JAR

LORENZO BLACK,

    Defendant.

## WAIVER OF APPEARANCE AT HEARING ON ORAL MOTION TO APPOINT SPECIAL MASTER

Defendant Lorenzo Black, by and through undersigned counsel, and in accordance with Fed. R. Crim. P. 43 and 47, waives his presence at the hearing on the oral motion to appoint special master scheduled for September 7, 2016 at 1:30 p.m. Counsel for Mr. Black has discussed the purpose of the hearing with Mr. Black, who freely and voluntarily waives his right to be present at the hearing.

                                          Respectfully submitted,
                                          s/John Jenab
                                          John Jenab, KS #18069
                                          JENAB LAW FIRM, P.A.
                                          110 S. Cherry St., Suite 103
                                          Olathe, KS 66061
                                          (913) 390-5023
                                          (913) 764-5539 Fax
                                          john.jenab@gmail.com
                                          Attorney for Defendant

<u>Certificate of Service</u>

I certify that I filed the foregoing on August 31, 2016, using the Court's CM/ECF filing system, which provides electronic notice to all counsel of record.

<u>s/John Jenab</u>
John Jenab