# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
   *Plaintiff,*

**v.**             Case No. **2:16-cr-20032-JAR**

**LORENZO BLACK,**
**KARI CARTER,**
**ANTHON AIONO,**
**ALICIA TACKETT,**
**CATHERINE ROWLETTE,**
**DAVID BISHOP,**
   *Defendants.*

## MOTION TO WITHDRAW
## FROM REPRESENTATION OF INTERESTED PARTY

  COMES NOW, Counsel for Interested Party David Lougee, Catherine A. Zigtema, and hereby moves to withdraw.  Counsel was appointed to represent the Mr. Lougee as CJA counsel and Mr. Lougee has retained alternate counsel to represent him.  Mr. Jonathan Laurans entered his appearance on August 11, 2016.

  WHEREFORE, Counsel moves for leave to withdraw from further representation of interested party David Lougee.

            Respectfully Submitted,

            ZIGTEMA LAW OFFICE LC

            /s/ CATHERINE A. ZIGTEMA
            Kate Zigtema, #23299
            ATTORNEY FOR DAVID LOUGEE
            11660 W. 75th Street
            Shawnee KS  66214
            Ph: (913) 647-7567
            Fax: (913)227-4415
            Kate@zigtemalaw.com

## CERTIFICATE OF DELIVERY

I, Catherine A Zigtema, hereby certify that on September 2, 2016, I electronically filed the foregoing Motion to Withdraw with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the counsel of record in this case.

/S/ CATHERINE ZIGTEMA
_____
Kate Zigtema, #23299