IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
        Plaintiff

Vs.                Case No. 16-20032-JAR

LORENZO BLACK, et al,
        Defendant

## ORDER ALLOWING WITHDRAWAL OF COUNSEL

The above-entitled matter comes before the Court upon Motion to Withdraw as Counsel (Doc. 128). The Court has reviewed the motion and is fully advised of the premises.

On August 11, 2016, Jonathan L. Laurans entered his appearance as attorney of record for Interested Party, David Lougee (*Criminal Case No. 14-20068-CM-5*).

IT IS HEREBY ORDERED that Catherine Zigtema is allowed to withdraw as counsel for Mr. Lougee.

IT IS FURTHER ORDERED that the Clerk's Office shall remove Catherine Zigtema's name from the electronic notification list related to this case after the filing of this Order.

IT IS SO ORDERED.

Dated: September 2, 2016

                                  S/ Julie A. Robinson
                                  JULIE A. ROBINSON
                                  UNITED STATES DISTRICT JUDGE