**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 16-20032-02-JAR-TJJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KARL CARTER | ) | |
| | ) | |
| Defendant. | ) | |

<u>WAIVER OF APPEARANCE AT THE HEARING ON ORAL
MOTION TO APPOINT SPECIAL MASTER</u>

Defendant Karl Carter, by and through undersigned counsel, and in accordance with Fed.

R. Crim. P. 43 and 47, waives his presence at the hearing on the oral motion to appoint special

master scheduled for September 7, 2016 at 1:30 PM.  Undersigned counsel has discussed the

purpose of the hearing with Mr. Carter, who freely, voluntarily, and intelligently waives his right

to be present at the hearing.

Respectfully submitted,

*/s/ David J. Guastello*
David J. Guastello, KS #22525
4010 Washington St., Suite 501
Kansas City, MO 64111
(816) 753-7171
(816) 753-7227 Fax
david@guastellolaw.com

<u>Certificate of Service</u>

     I hereby certify that on September 5, 2016, I electronically filed the foregoing motion using the Court's CM/ECF system which will send a notice of electronic filing to all counsel of record.

<u>*/s/ David J. Guastello*</u>
David J. Guastello