

# AFFIDAVIT OF GARY W. HART

COMES NOW Gary W. Hart, and having first been duly sworn, upon his oath, states as follows:

1. I was appointed, as a Criminal Justice Act (CJA) Panel Attorney, on April 4. 2016, to represent Domingo Uriarte in District of Kansas Case Number 15-cr-20043-1-JAR. Mr. Uriarte was previously represented by Assistant Federal Public Defender (AFPD) Thomas W. Bartee from April 30, 2015, to July 6, 2015, and by CJA Panel Attorney Tricia A. Bath from July 6, 2015, to April 4, 2016.

2. Mr. Uriarte has been in the custody of the United States Marshal since April 29, 2015, and has been detained at the Community Corrections of America (CCA) facility in Leavenworth, Kansas. Various periods of time have been excluded for Speedy Trial Act calculations, at the request of Mr. Uriarte. The current period of exclusion ends on October 3, 2016, when a Status Conference has been set. The current period of exclusion was requested due to the proceedings in United States v. Black, et al, District of Kansas Case Number 16-cr-20032, concerning the possible appointment of a Special Master to determine whether various recordings, video and audio, made at CCA have established breaches of the Sixth Amendment.

3. There have been multiple attorney visits with Mr. Uriarte at CCA, and there have been multiple telephone calls to his Counsel placed by Mr. Uriarte from telephones accessible to inmates at CCA. The affiant consulted with AFPD Bartee and Ms. Bath to identify the dates of any attorney visits they conducted with Mr. Uriarte at CCA, and to identify the telephone numbers they provided to Mr. Uriarte. It is intended that the dates of the attorney visits and of the telephone calls to Counsel will be provided to the Special Master in the future.

4. The affiant first became aware in 2000 of the capability of CCA's inmate telephone monitoring and recording system to prevent the monitoring and recording of inmate telephone calls to their attorneys, provided the attorney's telephone number was first programmed into the system. This knowledge was acquired in the affiant's hands-on access to the system while carrying out the provisions of the Court's order of September 14, 2000, in Western District of Missouri Case Number 00-00004-08/09-CR-W-3 (a copy of the order is attached as Exhibit A and is incorporated herein by reference). Subsequently, the affiant sent letters to various CCA Wardens on March 8, 2001, April 25, 2011, June 5,

2012, and April 10, 2014, requesting that no inmate calls to affiant's telephone number be monitored or recorded (copies of those letters are attached as Exhibits B, C, D, and E, and are incorporated herein by reference). In response to the April 25, 2011, request, the Warden caused the attached email to be sent to the affiant on April 26, 2011, with a screen shot of the computer entry showing the affiant's number was entered into the system as a "Private" number, meaning the system would automatically not monitor or record any inmate call to that number. A copy of this email is attached as Exhibit F and is incorporated herein by reference. Notwithstanding those letters and assurances, some of the inmate calls to the affiant's number were recorded in 2011 and 2012. Further comparison of the Call Detail Reports and the recordings provided may identify additional discrepancies.

5. The Custodian of Records for Securus Technologies in Addison, Texas, exercises custody and control of telephone calls placed by inmates at CCA, Leavenworth. The Custodian requested that a Subpoena for any records be sent to her via email or facsimile. On August 19, 2016, a Subpoena was sent to her via email, and requested the following:

> For telephone calls originating from the inmates named on the attached list at CCA, Leavenworth, Kansas, to telephone number (913) 491-0989 from January 1, 2000, to the present, all logs listing the date, time, duration, name of inmate placing the call, and whether the call was recorded or not, and all recordings of such calls, linked if possible to the corresponding log entry; and for Domingo Uriarte only the same data described above for the time period April 2015 through April 2016 to telephone numbers (913) 652-9800, (913) 551-6712, and (913) 551-6921. In lieu of a personal appearance, you can provide the data to the attorney listed below within ten business days, if possible, but NLT 9/15/16.

6. Securus' Custodian of Records, via email to affiant on August 24, 2016, forwarded Call Detail Reports, in pdf format, for the years 2005, 2006, 2007, 2009, 2010, 2011, 2012, and 2013, and a link to download recordings of calls, which enabled the affiant to burn to a disc the 208 downloaded recordings. Included in the production made by Securus are Call Detail Reports and recordings to the numbers of the FPD and Ms. Bath from inmates other than Mr. Uriarte and outside the April 2015 through April 2016 time frame. Affiant has not played any of the recordings from inmates other than Mr. Uriarte to numbers of the FPD and Ms. Bath, except that at the specific request of a FPD representative a few seconds

of one call to a number of the FPD was played with that representative listening on a speaker phone to determine if in fact the call could be played.

      7. As a consequence of the affiant being provided with data concerning the FPD and Ms. Bath not related to Mr. Uriarte, the affiant has engaged a vendor recommended by the Coordinating Discovery Attorney in the *Black* case to prepare redacted versions of the Call Detail Reports and the recordings so that just the data pertaining to the FPD and Ms. Bath can be provided to them for their own review and any appropriate action deemed by them to be necessary. The original disc with the 208 recordings, and a USB drive with the unredacted Call Detail Reports in pdf format, have been placed in a sealed envelope and delivered to the FPD Office with the intent that a request by the FPD will be made of the Court to impound that envelope for possible later delivery to a Special Master.

      8. Finally, it should be noted that Securus' Custodian of Records orally advised the affiant that recorded inmate calls are routinely purged after five years. Pending the designation of a Special Master, it may be appropriate to seek an Order directing Securus and CCA to cease purging recorded inmate calls. The Special Master can ultimately decide if and when the purging can be resumed.

_____
GARY W. HART

STATE OF KANSAS

COUNTY OF Wyandotte

Subscribed and sworn this 6th day of September 2016.

JAMI S. KRAUSE
Notary Public - State of Kansas
My Appt. Expires 9/18/20

Notary Public
My Appointment Expires: 9/18/20

3

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 00-00004-08/09-CR-W-3 |
| ANGELO PORRELLO and ) | |
| JOSEPH ANTHONY PORRELLO, ) | |
| ) | |
| Defendant. ) | |

## AMENDED ORDER

Pending before the Court is the motion of defendants Angelo Porrello and Joseph Anthony Porrello (Doc. No. 143) for discovery of certain tape recordings of government witnesses. In this motion, defendants seek to discover, review and copy certain tape recorded telephone conversations of Clarence Burnett, Thomas Benton, Torin Riley and Bobbi Bolton while these individuals were in the custody of the United States at a facility operated by the Corrections Corporation of America located in Leavenworth, Kansas. The government has no objection to the review by defendants of these tape recorded conversations. For this reason, it is

ORDERED the motion of defendants Angelo Porrello and Joseph Anthony Porrello filed on August 9, 2000 (Doc. No. 143), for discovery, review and copying of certain tape recorded telephone conversations of Clarence Burnett, Thomas Benton, Torin Riley and Bobbi Bolton while these individuals were in the custody of the United States at a facility operated by the Corrections Corporation of America in Leavenworth, Kansas is GRANTED. Counsel for defendants, counsel for the government and the Corrections Corporation of America are directed to cooperate in order to achieve a timely and efficient review and copying of these tape recordings.

JOHN T. MAUGHMER
Chief United States Magistrate Judge

Kansas City, Missouri

AFFIANT EXHIBIT A

March 8, 2001

Warden Bruno Stolc
Corrections Corporation of America
100 Highway Terrace
Leavenworth, Kansas 66048

    Re:    **Joseph Porrello**

Dear Warden Stolc:

    We represent the above-listed inmate.

    Please take the action necessary to ensure that Mr. Porrello's telephone calls to us at the following telephone numbers are not subjected to monitoring or recording:

        (314) 725-9100 - Main office number for Helfrey, Simon & Jones, P.C.

        (314) 275-8178 - Residence number for David B.B. Helfrey

        (913) 491-0989 - Residence number for Gary W. Hart

Thank you.

        Very truly yours,

        HELFREY, SIMON & JONES, P.C.

        David B.B. Helfrey

        Gary W. Hart

AFFIANT EXHIBIT B

# HART LAW OFFICE, LLC

A PROFESSIONAL LIMITED LIABILITY COMPANY
FEDERAL TAX EIN 27-3298615

LICENSED IN KANSAS AND MISSOURI

ADMITTED TO PRACTICE BEFORE THE
SUPREME COURT OF THE UNITED STATES,
UNITED STATES COURTS OF APPEALS
FOR THE EIGHTH, TENTH, AND
ELEVENTH CIRCUITS, AND
ALL UNITED STATES DISTRICT COURTS IN
KANSAS AND MISSOURI

GARY W. HART
ATTORNEY AT LAW
12120 STATE LINE ROAD
LEAWOOD, KANSAS 66209

(913) 491-0989, FAX (913) 491-0748
CELL (913) 915-9700
E-MAIL: GaryWHart@me.com

April 25, 2011

**Via Hand Delivery**
Warden Shelton Richardson
Leavenworth Detention Center

**RE: Request for Non-Monitoring or Recording of Attorney-Client Conversations directed to (913) 491-0989, the Office Number of Gary W. Hart, Attorney at Law**

Dear Warden:

Several years ago former Warden Lawrence had my office number programmed into the inmate telephone monitoring system so that no calls to my number would be monitored or recorded.

I request that it be confirmed that my number is still so programmed, or if not, that you direct that no calls to my number be monitored or recorded.

If you would have a member of your staff confirm with me, preferably via email, fax or telephone that the requested action has been taken, I would be most appreciative.

I am a member of the Kansas Bar (#17245) and Missouri Bar (#47447). My date of birth is ▮▮▮▮ and my SSAN is ▮▮▮▮.

Thank you for your assistance.

Very truly yours,

Gary W. Hart

AFFIANT EXHIBIT C

# HART LAW OFFICE, LLC

A PROFESSIONAL LIMITED LIABILITY COMPANY
FEDERAL TAX EIN 27-3298615

LICENSED IN KANSAS AND MISSOURI

ADMITTED TO PRACTICE BEFORE THE
SUPREME COURT OF THE UNITED STATES,
UNITED STATES COURTS OF APPEALS
FOR THE EIGHTH, TENTH, AND
ELEVENTH CIRCUITS, AND
ALL UNITED STATES DISTRICT COURTS IN
KANSAS AND MISSOURI

GARY W. HART
ATTORNEY AT LAW
12120 STATE LINE ROAD
LEAWOOD, KANSAS 66209

(913) 491-0989, FAX (913) 491-0748
CELL (913) 915-9700
E-MAIL: GaryWHart@me.com

June 5, 2012

**Via Facsimile (913) 727-2231**
Warden Shelton Richardson
Leavenworth Detention Center

**RE: Request for Non-Monitoring or Recording of Attorney-Client Conversations directed to (913) 491-0989, the Office Number of Gary W. Hart, Attorney at Law**

Dear Warden:

Several years ago former Warden Lawrence had my office number programmed into the inmate telephone monitoring system so that no calls to my number would be monitored or recorded. By letter to you last year dated April 25, 2011, I requested that you have a member of your staff confirm that my telephone number – (913) 491-0989 – was still not being monitored or recorded. A member of your staff subsequently confirmed shortly thereafter that my number was still programmed in the inmate telephone monitoring system so that any inmate calls to my number would not be monitored or recorded.

I request that it be confirmed that my number is still so programmed, or if not, that you direct that no calls to my number be monitored or recorded.

If you would have a member of your staff confirm with me, preferably via email, fax or telephone that the requested action has been taken, I would be most appreciative.

I am a member of the Kansas Bar (#17245) and Missouri Bar (#47447). My date of birth is ▇▇▇▇ and my SSAN is ▇▇▇▇▇▇▇.

Thank you for your assistance.

Very truly yours,

Gary W. Hart

AFFIANT EXHIBIT D

# HART LAW OFFICE, LLC

A PROFESSIONAL LIMITED LIABILITY COMPANY
FEDERAL TAX EIN 27-3298615

LICENSED IN KANSAS AND MISSOURI

ADMITTED TO PRACTICE BEFORE THE
SUPREME COURT OF THE UNITED STATES,
UNITED STATES COURTS OF APPEALS
FOR THE EIGHTH, TENTH, AND
ELEVENTH CIRCUITS, AND
ALL UNITED STATES DISTRICT COURTS IN
KANSAS AND MISSOURI

GARY W. HART
ATTORNEY AT LAW
12120 STATE LINE ROAD
LEAWOOD, KANSAS 66209

(913) 491-0989, FAX (913) 491-0748
CELL (913) 915-9700
E-MAIL: GaryWHart@me.com

April 10, 2014

**Via Facsimile (913) 727-2231**
Warden Isaac Johnston
Leavenworth Detention Center

   RE:  **Request for Non-Monitoring or Recording of Attorney-Client Conversations directed to (913) 491-0989, the Office Number of Gary W. Hart, Attorney at Law**

Dear Warden:

   Several years ago former Warden Lawrence had my office number programmed into the inmate telephone monitoring system so that no calls to my number would be monitored or recorded. By letters to Warden Richardson dated April 25, 2011, and June 5, 2012, I requested that he have a member of his staff confirm that my telephone number – (913) 491-0989 – was still not being monitored or recorded. In response to each letter, a member of his staff subsequently confirmed shortly thereafter that my number was still programmed in the inmate telephone monitoring system so that any inmate calls to my number would not be monitored or recorded.

   I request that it be confirmed that my number is still so programmed, or if not, that you direct that no calls to my number be monitored or recorded.

   If you would have a member of your staff confirm with me, preferably via email, fax or telephone that the requested action has been taken, I would be most appreciative.

   I am a member of the Kansas Bar (#17245) and Missouri Bar (#47447). My date of birth is ▓▓▓▓ and my SSAN is ▓▓▓▓▓▓.

   Thank you for your assistance.

                                        Very truly yours,

                                        Gary W. Hart

                                                      AFFIANT EXHIBIT E

From: **Parish, Connie** Connie.Parish@cca.com 
Subject: FW: Attorney Number
Date: April 26, 2011 at 9:18 AM
To: garywhart@me.com

Here is the e-mail confirming your private number. See below.

# Connie Parish

*Address: Leavenworth Detention Center*
*100 Highway Terrace*
*Leavenworth, KS 66048*
Phone: *913-680-6804*
E-mail: *connie.parish@cca.com*



America's Leader in Partnership Corrections

**From:** Collins, Matthew
**Sent:** Tuesday, April 26, 2011 8:56 AM
**To:** Parish, Connie
**Cc:** Richardson, Shelton
**Subject:** Attorney Number

Connie,

Attorney number (913)491-0989 is entered as a private number now in the Securus telephone system.



AFFIANT EXHIBIT F