AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____District of Kansas_____

## APPEARANCE

UNITED STATES OF AMERICA,
               Plaintiff,


      vs.                         CASE NUMBER: 2:16-cr-20032-JAR


LORENZO BLACK, et al.,
               Defendants.


To the Clerk of this court and all parties of record:

     Enter my appearance as counsel in this case for

        FEDERAL PUBLIC DEFENDER, Movant.

     I certify that I am admitted to practice in this court.


September 7, 2016               s/Branden A. Bell          22618
                                Name                           Bar Number

               Assistant Federal Public Defender
               117 SW 6th Avenue, Suite 200
               Address

               Topeka, Kansas          66603-3840
               City        State                      Zip Code

               785/232-9828          785/232-9886
               Phone Number                    Fax Number

               E-mail address: branden_bell@fd.org