**CLERK'S COURTROOM MOTIONS/MISCELLANEOUS MINUTE SHEET**

| | |
|---|---|
| UNITED STATES OF AMERICA | AUSA:  Debra Barnett/Erin Tomasic |
| | Chris Oakley/Duston Slinkard |
| v. | CASE NO. 16-20032-JAR |
| LORENZO BLACK (01) | Deft Atty:  John Jenab |
| KARL CARTER (02) | Deft Atty:  David Guastello |
| ANTHON AIONO (03) | Deft Atty:  Jason Hoffman |
| ALICIA TACKETT (04) | Deft Atty:  Kathleen Ambrosio |
| CATHERINE ROWLETTE (05) | Deft Atty:  Michael Jackson |
| DAVID BISHOP (6) | Deft Atty:  Cynthia Dodge |
| PUBLIC DEFENDER | Melody Brannon/Kirk Redmond |
| DAVID LOUGEE (interested party) | Jonathan Laurans |

| JUDGE: | Julie A. Robinson | DATE: | 9/7/2016 |
|---|---|---|---|
| DEPUTY CLERK: | Bonnie Wiest | REPORTER: | Kelli Stewart |
| INTERPRETER: | | PRETRIAL/PROBATION: | |

# MOTION HEARING

Case comes on before the Court for a hearing on the oral motion to appoint Special Master, which remains under advisement.  The Government appears by Debra Barnett, Chris Oakley, Erin Tomasic and Duston Slinkard.  Counsel for Defendant Black was available to appear by telephone but was inadvertently left out and will be provided a transcript of this hearing.  Defendants Carter, Aiono, and Tackett appear by their counsel.  Defendants Rowlette and Bishop appear in person and by their counsel.  Appearance by Jonathan Laurans on behalf of interested party, David Lougee.  The Federal Public Defender appears by Melody Brannon and Kirk Redmond.

The Court hears evidence and testimony.  Pursuant to the specific findings set forth in full on the record, the Court will appoint a Special Master to review all of the audio-recordings and video-recordings and provide the Court with recommendations as to potential remedies.  The Court will issue order.

Witness and Exhibit Lists attached.  Exhibits delivered to the Clerk's office to be placed in the vault.