## CLERK'S COURTROOM MINUTE SHEET - WITNESS LIST

### CASE NO. : 16-20032-1-6-JAR

| WITNESSES FOR GOV'T | | | WITNESSES FOR DEFENDANT | | |
|---|---|---|---|---|---|
| Date | Name | Sworn | Date | Name | Sworn |
| 9/7/2016 | Wayne L. Bigelow<br>Security Threat Group Coordinator, CCA | (X) | | | |
| 9/7/2016 | Laurie Harrison<br>R&D Intake Officer, CCA | (X) | | | |
| 9/7/2016 | Matthew Cahill<br>Retired Deputy Marshal - KC | (X) | | | |