Ambrosio & Ambrosio, Chtd.
Kathleen Ambrosio, #16174
800 SW Jackson, Suite 817
Topeka, KS 66612
(785) 233-0524 Office
(785) 233-6832 Facsimile
kaambrosio@yahoo.com
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
    Plaintiff,
v.
              Case No. 16-20032-JAR-04
ALICIA TACKETT,
    Defendant.

## **MOTION TO CONTINUE**

**COMES NOW** the defendant, Alicia Tackett, by and through her counsel, Kathleen Ambrosio of Ambrosio & Ambrosio, Chtd., and moves this Court for an Order to Continue the status conference for twenty-one (21) days. In support of this motion, counsel would advise the Court that:

1. The Status Conference is currently scheduled for September 19, 2016 at 9:00 a.m.

2. Due to the unexpected issues that have arisen in this case, dissemination of discovery was delayed. Counsel has just recently received a large amount of discovery which will require a substantial amount of time to review.

3. Counsel is not in a position to provide the Court with more detailed information other than what is contained in this motion and believes a status docket would not be productive at this time.

4. Counsel is scheduled to be in a jury trial in Shawnee County, Kansas starting Monday September 19, 2016.

5.  Counsel for Catherine Rowlette and counsel for Anthon Aiono do not object to this request. Counsel for Ms. Tackett is unaware of the position of the remaining parties.

Respectfully Submitted,

*/s/ Kathleen Ambrosio*
Kathleen Ambrosio, #16174
Ambrosio & Ambrosio, Chtd.
800 SW Jackson, Suite 817
Topeka, KS 66612
(785) 233-0524 Office
(785) 233-6832 Facsimile
kaambrosio@yahoo.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 14th day of September, 2016 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties.

*/s/ Kathleen Ambrosio*
Kathleen Ambrosio, #16174
Ambrosio & Ambrosio, Chtd.
800 SW Jackson, Suite 817
Topeka, KS 66612
(785) 233-0524 Office
(785) 233-6832 Facsimile
kaambrosio@yahoo.com
Attorney for Defendant