### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 16-20032-JAR |
| | ) |
| **LORENZO BLACK,** | ) |
| **KARL CARTER,** | ) |
| **ANTHON AIONO,** | ) |
| **ALICIA TACKETT,** | ) |
| **CATHERINE ROWLETTE,** | ) |
| and | ) |
| **DAVID BISHOP,** | ) |
| | ) |
| **Defendants.** | ) |

### NOTICE OF NO RESPONSIVE MATERIAL

The United States of America, by undersigned counsel, provides notice to the Court and other parties that the United States Attorney's Office has no video recording responsive to the Court's September 14, 2016 Order. On September 14, 2016, the United States Attorney's Office forwarded the Court's Order to the United States Marshals Service so that the United States Marshals Service may separately respond to the Court's order as appropriate.

Respectfully submitted,

THOMAS E. BEALL
Acting United States Attorney

s/ *Debra Barnett*
Debra Barnett
Assistant United States Attorney
1200 Epic Center
301 N. Main

        Wichita, KS  67202-4812
        (316) 269-6481 (telephone)
        (316) 268-6484 (facsimile)

        /s/*Erin S. Tomasic*
        Erin S. Tomasic
        Special Assistant U.S. Attorney
        District of Kansas
        500 State Avenue, Suite 360
        Kansas City, Kansas  66101
        (913) 551-6730 (telephone)
        (913) 551-6541 (facsimile)
        D. Kan. No. 78430

        s/ D. Christopher Oakley
        D. Christopher Oakley, 19248
        Assistant United States Attorney
        500 State Avenue; Suite 360
        Kansas City, Kansas 66101
        Telephone: 913-551-6730
        Facsimile: 913-551-6541
        E-mail: chris.oakley@usdoj.gov
        Attorneys for Plaintiff

## Certificate of Service

I hereby certify that on the 15th day of September, 2016, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel.

        s/ D. Christopher Oakley
        Assistant United States Attorney