**Ambrosio & Ambrosio, Chtd.**
**Kathleen Ambrosio, #16174**
**800 SW Jackson, Suite 817**
**Topeka, KS 66612**
**(785) 233-0524 Office**
**(785) 233-6832 Facsimile**
kaambrosio@yahoo.com
**Attorney for Defendant**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
            **Plaintiff,**
v.
                                            Case No. 16-20032-JAR-04
**ALICIA TACKETT,**
            **Defendant.**

## WAIVER OF APPEARANCE AT STATUS CONFERENCE
## SCHEDULED FOR OCTOBER 17, 2016

**COMES NOW** the defendant, Alicia Tackett, by and through her counsel, Kathleen Ambrosio of Ambrosio & Ambrosio, Chtd., and hereby provides notice to the Court that she voluntarily waives her appearance at the Status Conference scheduled in this matter for October 17, 2016 at 9:00 a.m.

1.  Counsel has advised Ms. Tackett the Court has scheduled a status conference for October 17 at 9:00 a.m. Ms. Tackett understands that this hearing is for the purpose of discussing discovery and budgeting issues.

2.  After thorough discussion with her counsel, Ms. Tackett advises she does not desire to be present at the hearing, as it will require her to miss scheduled hours at her employment. Accordingly, she hereby waives her appearance at the Status Conference.

3.  Ms. Tackett is on Pre-Trial release and is compliant with all of her conditions of release. Ms. Tackett and her counsel have frequent contact regarding this case.

Respectfully Submitted,

*/s/ Kathleen Ambrosio*
Kathleen Ambrosio, #16174
Ambrosio & Ambrosio, Chtd.
800 SW Jackson, Suite 817
Topeka, KS 66612
(785) 233-0524 Office
(785) 233-6832 Facsimile
kaambrosio@yahoo.com
Attorney for Defendant

### CERTIFICATE OF SERVICE

I do hereby certify that on this 11th day of October, 2016 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties.

*/s/ Kathleen Ambrosio*
Kathleen Ambrosio, #16174
Ambrosio & Ambrosio, Chtd.
800 SW Jackson, Suite 817
Topeka, KS 66612
(785) 233-0524 Office
(785) 233-6832 Facsimile
kaambrosio@yahoo.com
Attorney for Defendant