**Affidavit of David R. Cohen**
**Tendered Pursuant to Fed. R. Civ. P. 53**

STATE OF OHIO           )
                         ) SS.                             AFFIDAVIT
COUNTY OF CUYAHOGA )


David R. Cohen, being first duly sworn according to law, states the following:

1. I am an attorney at law, duly licensed to practice law in the States of Ohio, Colorado, and New York. My bar admissions are as follows:

   | | |
   |---|---|
   | Ohio Supreme Court, Atty. No. 0055347 | Nov. 18, 1991 |
   | Colorado Supreme Court, Atty. No. 022420 | Feb. 24, 1993 |
   | New York Supreme Court, Atty. No. 5082193 | Dec. 5, 2012 |
   | United Stated District Court, Northern District of Ohio | Dec. 10, 1992 |
   | Sixth Circuit Court of Appeals | Mar. 2, 1993 |
   | United States Supreme Court | Jan. 16, 2007 |

2. I have familiarized myself with the issues and persons involved in the case captioned *United States v. Black*, case no. 16-20032 (D. Kansas). As a result of my knowledge of that case, I can attest and affirm that there are no non-disclosed grounds for disqualification under 28 U.S.C. §455 that would prevent me from serving as Special Master in the captioned matter.

FURTHER AFFIANT SAYETH NAUGHT.

_____
David R. Cohen

Sworn to before me and subscribed in my presence this  11th  day of October, 2016.

_____
Notary Public

[Notary Seal: ADAM C. DOXSEY, NOTARY PUBLIC, STATE OF OHIO, SUMMIT COUNTY, My Commission Never Expires]