# *In the United States District Court*
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NUMBER: 16-20032-JAR |
| ) | |
| LORENZO BLACK, ) | |
| KARL CARTER, ) | |
| ANTHON AIONO, ) | |
| ALICIA TACKETT, ) | |
| CATHERINE ROWLETTE, ) | |
| and ) | |
| DAVID BISHOP, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to D. Kan. Rule 83.5.5, Erin S. Tomasic, Special Assistant United States Attorney for the District of Kansas, hereby withdraws as counsel for plaintiff. The United States will continue to be represented by D. Christopher Oakley, Duston Slinkard, and Debra L. Barnett.

Respectfully submitted,

THOMAS E. BEALL
Acting United States Attorney

_s/Erin S. Tomasic_
ERIN S. TOMASIC, # 78430
Special Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas   66101-2433
(913) 551-6730
FAX: (913) 551-6541
E-mail: Erin.Tomasic@usdoj.gov
ELECTRONICALLY FILED
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of October, 2016, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        *s/Erin S. Tomasic*
ERIN S. TOMASIC, # 78430
Special Assistant United States Attorney