**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>            Plaintiff,    )<br>                                              )<br>v.                                            )  CASE NO: 16-cr-20032-JAR<br>                                              )<br>LORENZO BLACK,    *et al.,*    )<br>            Defendant.    )    | |

**ENTRY OF APPEARANCE**

COMES NOW, Erin C. Thompson of Foland, Wickens, Eisfelder, Roper & Hofer, P.C., and hereby enters her appearance as co-counsel in the above captioned case on behalf of interested party, Richard Dertinger.

Respectfully submitted,

FOLAND, WICKENS, EISFELDER,
ROPER & HOFER, P.C.

/s/ Erin C. Thompson
Erin C. Thompson**,** #22117
1200 Main Street
Suite 2200
Kansas City, Missouri 64105
816-423-5300 (Tel)
816-472-6262 (Fax)
Email:  ethompson@fwpclaw.com

ATTORNEYS FOR INTERESTED PARTY
DERTINGER

1

## **CERTIFICATE OF SERVICE**

I do hereby certify that on the 17th day of October, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing and a copy of the filing to all counsel of record.

/s/Erin C. Thompson
Erin C. Thompson