IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff, )<br>            )<br>vs.            )<br>            )<br>LORENZO BLACK *et al*.,    )<br>        Defendants. )<br>_____) | Case No. 16-20032-03-JAR |

### WAIVER OF APPEARANCE AT MOTION HEARING

COMES NOW Anthon Aiono, by and through counsel Jason P. Hoffman, Hoffman & Hoffman, and hereby gives notice to the Court that, after consultation with his attorney, he voluntarily waives the right to personally appear for the Motion Hearing set for October 28, 2016.

              Respectfully submitted,

              /s/ *Jason P. Hoffman*
              _____
              Donald R. Hoffman (KS#07332)
              Jason P. Hoffman (KS#17637)
              HOFFMAN & HOFFMAN
              CoreFirst Bank & Trust – 3rd Floor East
              100 E. 9th Street
              Topeka, KS 66612
              Ph. (785) 233-5887
              Fax (785) 233-2173
              E-mail jphoffman@sbcglobal.net

## CERTIFICATE OF SERVICE

 I hereby certify that on the 20th day of October, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to: Assistant United States Attorney and other counsel of record in the case.

            /s/ *Jason P. Hoffman*
            _____
            Donald R. Hoffman  (KS#07332)
            Jason P. Hoffman (KS#17637)
            HOFFMAN & HOFFMAN
            CoreFirst Bank & Trust – 3rd Floor East
            100 E. 9th Street
            Topeka, KS 66612
            Ph. (785) 233-5887
            Fax (785) 233-2173
            E-mail jphoffman@sbcglobal.net