# UNITED STATES DISTRICT COURT
## District of Kansas

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                Case No. 16-20032-01-06-JAR

LORENZO BLACK,
KARL CARTER,
ANTHON AIONO,
ALICIA TACKET,
CATHERINE ROWLETTE, and
DAVID BISHOP,

      Defendants.

### UNITED STATES' MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR RECONSIDERATION OF COURT'S APPOINTMENT ORDER (Doc. 146) AND OBJECTIONS

Comes now the United States of America, by and through Debra L. Barnett, Assistant United States Attorney, and respectfully moves this Court for an order extending the United States' deadline to file a Motion for Reconsideration of the Court's Appointment Order (Doc. 146) for an additional two days, from October 25, 2016, until and including October 27, 2016.

-2-

In support of said motion, the United States would show the following:

1. On October 11, 2016, the Court issued its *Appointment Order* (Doc. 146).

2. Government's motion for reconsideration and/or objections are due on October 25, 2016.

3. The government is consulting with the Executive Office of the Department of Justice regarding information necessary to the motion for reconsideration and additional time is needed to finalize the motion.

4. Defendants Lorenzo Black and Karl Carter are currently in custody. Defendants Anthon Aiono, Alicia Tacket, Catherine Rowlette and David Bishop are on bond.

5. The movant, federal public defender, as well as counsel for all named defendants were contacted with respect to the instant motion. The movant indicated that she objects to the requested extension. Counsel for defendants Lorenzo Black, Anthon Aiono, Alicia Tackett, Catherine Rowlette, and David Bishop indicated that they had no objection. Counsel for defendant Karl Carter was not in a position to provide a response when contacted and no such response was received prior to the need to file the motion.

-3-

WHEREFORE, the United States moves this Court for an order extending the government's date to file a motion to reconsider the Court's *Appointment Order* (Doc. 146) to and including October 27, 2016.

    Respectfully submitted,

    THOMAS E. BEALL
    Acting United States Attorney

    /s/ Debra L. Barnett _____
    DEBRA L. BARNETT
    Assistant United States Attorney
    United States Attorney's Office
    301 N. Main, Suite 1200
    Wichita, Kansas 67202
    316-269-6481
    K.S.Ct.No. 12729
    debra.barnett@usdoj.gov

    /s/ Dustin Slinkard _____
    DUSTIN SLINKARD
    Assistant United States Attorney
    United States Attorney's Office
    444 SE Quincy, Suite 290
    Topeka, Kansas 66101
    K.S.Ct.No. 21294
    dustin.slinkard@usdoj.gov

-4-

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                        s/ Debra L. Barnett
                                        DEBRA L. BARNETT
                                        Assistant U.S. Attorney