IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
  Plaintiff,

v.               Case No. 16-20032-JAR

LORENZO BLACK, et al.,
  Defendants.
_____

UNITED STATES OF AMERICA,
  Plaintiff,

v.               Case No. 14-CR-40005-DDC

MICHELLE REULET,
  Defendant.
_____

**Pretrial Detainee Michelle Reulet's Motion to Join in as Interested Party in all Motions Related to Rule 41(g) Seeking a Return of Information**

Pending before the Court is a matter of utmost concern to detainees at CCA Leavenworth - the manner and scope of how privileged attorney-client communications have been breached by the government and its agents. To assist the Court, the Court appointed a special master (Doc. 146). In turn, the special master has issued a Discovery Conference Order seeking additional information from the parties and interested parties. (Doc. 155) Because Ms. Reulet is a detainee at CCA Leavenworth, and because her calls to legal counsel were not only recorded but *listened to* by one or more members of the prosecution team in the Topeka United States Attorney's office, Ms. Reulet seeks to join in the motions[1] filed in this case as an interested party. The undersigned has filed a separate motion for *Return*

---

[1] Docs. 82, 85, 105, 106, 119, 130, 132 are pending before this Court.

*of Information Pursuant to Federal Rule of Criminal Procedure 41(g) and for Transfer of Said Motion* to this Court. (*United States v. Reulet*, Case. No., Dkt. 812)[2] yesterday and the matter is scheduled to be heard on November 7, 2016.  In that motion, counsel advised that she would be separately requesting permission to join in the pending litigation in the instant matter as an interested party.

For these reasons and the reasons contained within the attached motion, incorporated by reference, counsel requests that Ms. Reulet be permitted to join in the motions related to this issue.

Respectfully Submitted,

/s/ Melanie S. Morgan
Melanie S. Morgan, KS Bar #16088
Morgan Pilate LLC
926 Cherry St.
Kansas City, MO 64106
816-471-6694  Telephone
Email: mmorgan@morganpilate.com
Attorney for Michelle Reulet

## CERTIFICATE OF SERVICE

I certify that on October 25, 2016, this Motion was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all parties.

/s/ Melanie S. Morgan
Melanie S. Morgan, KS Bar #16088

---

[2] Exhibit 1:  Defendant's motion filed in her own case.

Case 2:16-cr-20032-JAR    Document 159    Filed 10/26/16    Page 3 of 3