CLERK'S COURTROOM MINUTE SHEET – **CRIMINAL**

UNITED STATES OF AMERICA,

                         Plaintiff,

v.                                             16-20032-01-JAR

  LORENZO BLACK,

                   Defendant

Attorney for Plaintiff: Chris Oakley      Attorney for Defendant:  John Jenab

| JUDGE: | Teresa J. James | DATE: | 10/26/2016 |
|---|---|---|---|
| CLERK: | Carol Kuhl | TAPE/REPORTER: | 3:15 -TJJ |
| INTERPRETER: | n/a | PROBATION: | Amanda Hudson |

Length of Hearing: __0__  Hr(s) 12  Min(s)               Location:  Kansas City, Kansas
Hearing Concluded:    (x) Yes   ( ) No

<u>PROCEEDINGS</u>

- **Motion Hearing – Doc. 153**

| 0/25/2016 | view153 | UNOPPOSED MOTION for Release from Custody by Lorenzo Black. (Jenab, John) Modified on 10/25/2016 - The event selected for this document was Motion for Bond. The event type has been modified/recategorized as a Motion for Release from Custody. (Entered: 10/25/2016) |
|---|---|---|

- Discussions ensued regarding Motion for Release.
- The Court grants Motion for release from Custody.

(X)      Release Order               (X)      Executed          ( )       Continued in effect
( )      Deft. remanded to custody     ( )      Pending compliance with conditions of release
( )      Detention Ordered