IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.   16-20032-01-JAR |
| ) | |
| LORENZO BLACK, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

In accordance with the court's directive during the hearing today, October 26, 2016, the court hereby grants defendant Lorenzo Black's Motion for Pretrial Release, (Doc. 153).

The defendant shall be released from the custody of the U.S. Marshal, subject to the Order Setting Conditions of Release also entered today.

Dated October 26, 2016, at Kansas City, Kansas.

*Teresa J. James*
Teresa J. James
U.S. Magistrate Judge