IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                                Case No. 16-20032-01-JAR

LORENZO BLACK,

    Defendant.

## WAIVER OF APPEARANCE AT DISCOVERY CONFERENCE

Defendant Lorenzo Black, after consultation with counsel, hereby gives notice that he voluntarily waives his right to personally appear at the discovery conference scheduled for October 28, 2016 in this case..

                                                Respectfully submitted,
                                                s/John Jenab
                                                John Jenab, KS #18069
                                                JENAB LAW FIRM, P.A.
                                                110 S. Cherry St., Suite 103
                                                Olathe, KS 66061
                                                (913) 390-5023
                                                (913) 764-5539 Fax
                                                john.jenab@gmail.com
                                                Attorney for Defendant

## Certificate of Service

    I certify that I filed the foregoing on October 28, 2016, using the Court's CM/ECF filing system, which provides electronic notice to all counsel of record.

                                                  s/John Jenab
                                                  John Jenab