CLERK'S COURTROOM MINUTE SHEET – **CRIMINAL**

| | |
|---|---|
| UNITED STATES OF AMERICA | Debra Barnett, Chris Oakley and Duston Slinkard |
| Plaintiff, | |
| v. | Case No: 16-20032-JAR |
| LORENZO BLACK (01) | John Jenab |
| KARL CARTER (02) | David Guastello |
| ANTHON AIONO (03) | Jason Hoffman |
| ALICIA TACKETT (04) | Kathleen Ambrosio |
| CATHERINE ROWLETTE (05) | Michael Jackson |
| DAVID BISHOP (06), | Cynthia Dodge |
| Defendants. | Melody Brannon |
| | Kirk Redmond |
| | Melanie Morgan |
| | Jonathan Laurens |

| JUDGE: | Julie A. Robinson | DATE: | 10/28/2016 |
|---|---|---|---|
| **CLERK:** | **Sharon Scheurer** | **TAPE/REPORTER:** | **Kim Greiner** |
| **INTERPRETER:** | **None** | **PROBATION:** | **none** |

# MOTION HEARING/CONFERENCE

Special Master David Cohen appears.

Attorney Elisa Brockert appears as local counsel for CCA.

The Court acknowledges receipt of the government's Motion to Reconsider (doc 163). The Court sets a response deadline of **November 14, 2016** and no reply is necessary. The Court will consider the motion under advisement upon the filing of the response.

The Court discusses with counsel the preservation of any and all records and expects that to be district wide in the US Attorney's Office – Kansas City, Topeka and Wichita.

The Court **GRANTS** Pretrial Detainee Michelle Reulet's Motion to Join in as Interested Party in all Motions Related to Rule 41(g) Seeking a Return of Information (doc. 159).

Special Master to meet with counsel as directed.