CLERK'S COURTROOM MINUTE SHEET – **CRIMINAL**

**PRETRIAL PROCEEDINGS**

UNITED STATES OF AMERICA,
                Plaintiff,

v.                                                    Case No:   16-20032-05-JAR

CATHERINE ROWLETTE ,
                Defendant.

Counsel for Plt:  Chris Oakley     Counsel for Dft:   Michael Jackson

| JUDGE: | Teresa J. James | DATE: | 11/3/2016 |
|---|---|---|---|
| CLERK: | Carol Kuhl | TAPE/REPORTER: | Kelli Stewart |
| INTERPRETER: | None | PROBATION: | |

Time in Court:  10:29 – 11:01; 30 minutes

PROCEEDINGS

☐ Arraignment & Plea        ☐ Waiver of Indictment  ☐ Felony
☒ **Change of Plea**           ☐ Appearance          ☒ **Misdemeanor (B)**

☐ Interpreter    ☐ Sworn    ☐ Previously Sworn

☒ **Petition to Enter Plea Filed**    ☒ **Plea Agreement Attached**
☐ Previous Plea  of:

        ☐ Guilty   ☐ Not Guilty  Counts: __ withdrawn

☒ **Plea of GUILTY as to Counts 4  Accepted**
☐ Plea of NOT GUILTY as to Counts

☒ **PSI Ordered**    ☒ **Sentencing set for January 30, 2016 at 1:30 PM – JAR Courtroom 427.**
☒ **Continued on Present Bail**    ☐ Remanded to Custody
☐ Counts to be dismissed on Motion of the US at sentencing:
☐ OTHER:
- Defendant sworn at 1:30 PM
- Defendant remains on release.