IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FILED**
NOV 03 2016

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>CATHERINE ROWLETTE,  )<br>Defendant.  ) | Case No. 16-20032-04-JAR |

## CONSENT TO PROCEED WITH GUILTY PLEA BEFORE A UNITED STATES MAGISTRATE JUDGE IN A MISDEMEANOR CASE

I, Catherine Rowlette, have been fully informed and advised by my attorney of record, Michael Jackson, of my legal right to trial and to enter a plea of guilty in this criminal case before a U.S. District Judge. Knowingly and voluntarily, I hereby waive (that is, give up) my right to enter my guilty plea before a U.S. District Judge. And I hereby consent to entering my guilty plea before U.S. Magistrate Judge Teresa J. James. *See* Fed. R. Crim P. 58 § (b)(3)(A).

_____
Catherine Rowlette, Defendant

_____
Michael Jackson, Attorney for Defendant

Dated:     November 3, 2016

Before:    _____
           U. S. Magistrate Judge Teresa J. James