

**DAVID R. COHEN**
Attorney at Law

24400 Chagrin Blvd., Suite 300
Cleveland, Ohio 44122
Telephone: 216.831.0001
Facsimile: 866.357.3535
David@SpecialMaster.Biz

**Summary Billing Statement / Proposed Order**
**Billing Period: October, 2016**

United State of America v. Lorezo Black
US District Court
District of Kansas
16-20032

| Item | Government total |
|---|---|
| New Fees (DRC 70.0 hours @ $500.00/hr.) | $35,000.00 |
| New Expenses *DRC* | $2,000.60 |
| New Expenses *American Discovery* | $3,240.00 |
| **Total New Charges** | **$40,240.60** |
| Prior Balance | $0.00 |
| Payments – Thank You! | $0.00 |
| **Total Now Due** | **$40,240.60** |

s/ Julie A. Robinson
_____
Judge Julie A. Robinson