## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.                                                                              Case No. 16-20032-JAR

**LORENZO BLACK,**
**KARL CARTER,**
**ANTHON AIONO,**
**ALICIA TACKETT, and**
**CATHERINE ROWLETTE**

    **Defendants.**

## ORDER

Pursuant to the Court's October 11, 2016 Appointment Order[1] of David R. Cohen as Special Master, the United States is ordered to pay the attached Summary Bill for Billing Period November, 2016, in the total amount of $35,644.83, which this Court has approved after *in camera* reviewing a detailed an itemized billing.  The United States is directed to make the check payable to David R. Cohen, within 20 days.  The United States is directed to mail the check to the following,

Clerk of the Court
Attn:  Jeff Breon, Finance
United States District Court
500 State Avenue, Room 259
Kansas City, Kansas 66101
.

    **IT IS SO ORDERED.**

    Dated: December 20, 2016

                                                      S/ Julie A. Robinson
                                                      JULIE A. ROBINSON
                                                      UNITED STATES DISTRICT JUDGE

---

[1] Doc. 146



# DAVID R. COHEN
### ATTORNEY AT LAW

24400 CHAGRIN BLVD., SUITE 300
CLEVELAND, OHIO 44122
TELEPHONE: 216.831.0001
FACSIMILE: 866.357.3535
DAVID@SPECIALMASTER.LAW

Summary Billing Statement / ▮▮▮▮ Order
Billing Period: November, 2016

United State of America v. Lorezo Black
US District Court
District of Kansas
16-20032

| Item | Government total |
|---|---|
| New Fees (DRC 41.8 hours @ $500.00/hr.) (BB 1.8 hours @ $130.00/hr.) | $20,900.00 $234.00 |
| New Expenses *DRC* | $0.00 |
| New Expenses *American Discovery* | $14,510.83 |
| **Total New Charges** | **$35,644.83** |
| Prior Balance | $40,240.60 |
| Payments – Thank You! | $40,240.60 |
| **Total Now Due** | **$35,644.83** |

*[signature]*
Judge Julie A. Robinson