

# DAVID R. COHEN
## ATTORNEY AT LAW

24400 CHAGRIN BLVD., SUITE 300
CLEVELAND, OHIO 44122
TELEPHONE: 216.831.0001
FACSIMILE: 866.357.3535
DAVID@SPECIALMASTER.LAW

**Summary Billing Statement / ▉▉▉▉▉ Order**
**Billing Period: November, 2016**

United State of America v. Lorezo Black
US District Court
District of Kansas
16-20032

| Item | Government total |
|---|---|
| New Fees (DRC 41.8 hours @ $500.00/hr.) (BB 1.8 hours @ $130.00/hr.) | $20,900.00 $234.00 |
| New Expenses *DRC* | $0.00 |
| New Expenses *American Discovery* | $14,510.83 |
| **Total New Charges** | **$35,644.83** |
| Prior Balance | $40,240.60 |
| Payments – Thank You! | $40,240.60 |
| **Total Now Due** | **$35,644.83** |

Judge Julie A. Robinson