# DAVID R. COHEN
### FEDERAL SPECIAL MASTER

24400 CHAGRIN BLVD., SUITE 300
CLEVELAND, OHIO 44122
TELEPHONE: 216.831.0001
FACSIMILE: 866.357.3535
DAVID@SPECIALMASTER.LAW

## Summary Billing Statement / Proposed Order
### Billing Period: December, 2016

United State of America v. Lorezo Black
US District Court
District of Kansas
16-20032

| Item | Government total |
|---|---:|
| New Fees (DRC 73.0 hours @ $500.00/hr.) | $36,500.00 |
| (BB 2.1 hours @ $130.00/hr.) | $273.00 |
| New Expenses *DRC* | $3,090.57 |
| New Expenses *American Discovery* | $14,170.57 |
| **Total New Charges** | **$54,034.14** |
| Prior Balance | $35,644.83 |
| Payments – Thank You! | $0.00 |
| **Total Now Due** | **$89,678.97** |

_____
Judge Julie A. Robinson