# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
*Plaintiff,*

v.   Case No. **16-20032-02-JAR-TJJ**

**KARL CARTER,**
*Defendant.*

## NOTICE OF CHANGE OF ADDRESS

David J. Guastello provides notice to the Court and to counsel that undersigned counsel's firm address has changed. The new address is 811 Grand Blvd., Suite 101, Kansas City, Missouri 64106 with facsimile number (816) 421-5403. Undersigned counsel's phone number remains unchanged.

Respectfully submitted,

s/ David J. Guastello
DAVID J. GUASTELLO, KS#22525
811 Grand Blvd., Suite 101
Kansas City, MO 64106
Telephone: (816) 753-7171,
Fax: (816) 421-5403
E-mail: david@guastellolaw.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on February 1, 2017, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

                                      /s/ David J. Guastello