AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____District of Kansas_____

**APPEARANCE**

UNITED STATES OF AMERICA,
               Plaintiff,

      vs.                                         CASE NUMBER: 2:16-cr-20032-JAR

LORENZO BLACK, et al.,
               Defendants.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

        FEDERAL PUBLIC DEFENDER, Movant.

    I certify that I am admitted to practice in this court.


February 15, 2017                    s/ Rich Federico                 IN 23818-89
                                             Name                                        Bar Number

                                 Staff Attorney

                                 117 SW 6th Avenue, Suite 200
                                 Address

                                 Topeka, Kansas                 66603-3840
                                 City        State                                    Zip Code

                                 785/232-9828                    785/232-9886
                                 Phone Number                            Fax Number

                                 E-mail address: rich_federico@fd.org