CLERK'S COURTROOM MINUTE SHEET – **CRIMINAL**

## PRETRIAL PROCEEDINGS

UNITED STATES OF AMERICA,                           AUSA:  Chris Oakley

                Plaintiff,

v.                                                  Case No:  16-20032-04-JAR

ALICIA TACKETT                                      Deft Atty: Kathleen Ambrosio

                Defendant.

| JUDGE: | Julie A. Robinson | DATE: | 3/13/2017 |
|---|---|---|---|
| CLERK: | Bonnie Wiest | TAPE/REPORTER: | Kelli Stewart |
| INTERPRETER: | | PROBATION: | |

## PROCEEDINGS

☐**Arraignment & Plea**　　　☐**Waiver of Indictment**　　☒**Felony**
☒**Change of Plea**　　　　　☐**Appearance**　　　　　　☐**Misdemeanor**


☐ **Interpreter**　　　　☐**Sworn**　　☐**Previously Sworn**

☒**Constitutional Rights Explained**
☐**Declines to Waive Indictment**　　　☐**Will be presented to next Grand Jury**
☐**Signed Waiver of Indictment**　　　☐**Information filed**
☐**Signed Consent to Transfer (Rule 20)**

☒ **Waived Reading of:**　　☐ **Read to Defendant:**
　　　　　☒ **Indictment**
　　　　　☐ **Information**
　　　　　☒ **Number of Counts :  5**

☒ **Petition to Enter Plea Filed**　　　☒ **Plea Agreement Attached**

　　　☒ **Previous Plea  of**
　　　　　☐ **Guilty**　☒ **Not Guilty**　　**Counts:  3-4, 9-11 withdrawn**

　　　☒ **Plea of GUILTY as to Counts  10  Accepted**

　　　☐ **Plea of NOT GUILTY as to Counts**

☒**Judgment Deferred**　　☒**PSI Ordered**　☒ **Sentencing set for: May 30, 2017 at 1:30 p.m.**
☒**Continued on Present Bail**　　　☐**Remanded to Custody**
☒**Counts to be dismissed on Motion of the US at sentencing:**
☐**OTHER:  Alicia Dawn Rowlette is current legal name.  The Court accepts the 11(c)(1)(C) Plea Agreement.  The Court finds Motions 82, 85 and 202 as moot as to this defendant.**