CLERK'S COURTROOM MINUTE SHEET – **CRIMINAL**

**PRETRIAL PROCEEDINGS**

UNITED STATES OF AMERICA,  AUSA: Chris Oakley

        Plaintiff,

v.  Case No: 16-20032-01-JAR

LORENZO BLACK  Deft Atty: John Jenab

        Defendant.

| JUDGE: | Julie A. Robinson | DATE: | 3/13/2017 |
|---|---|---|---|
| CLERK: | Bonnie Wiest | TAPE/REPORTER: | Kelli Stewart |
| INTERPRETER: | | PROBATION: | |

**PROCEEDINGS**

☐ Arraignment & Plea  ☐ Waiver of Indictment  ☒ Felony
☒ Change of Plea  ☐ Appearance  ☐ Misdemeanor

☐ Interpreter  ☐ Sworn  ☐ Previously Sworn

☒ Constitutional Rights Explained
☐ Declines to Waive Indictment  ☐ Will be presented to next Grand Jury
☐ Signed Waiver of Indictment  ☐ Information filed
☐ Signed Consent to Transfer (Rule 20)

☒ Waived Reading of:  ☐ Read to Defendant:
    ☒ Indictment
    ☐ Information
    ☒ Number of Counts : 5

☒ Petition to Enter Plea Filed  ☒ Plea Agreement Attached

    ☒ Previous Plea of
        ☐ Guilty  ☒ Not Guilty  Counts: 1, 2-4, 9 withdrawn

    ☒ Plea of GUILTY as to Counts 9  Accepted

    ☐ Plea of NOT GUILTY as to Counts

☒ Judgment Deferred  ☒ PSI Ordered  ☒ Sentencing set for: May 30, 2017 at 1:30 p.m.
☒ Continued on Present Bail  ☐ Remanded to Custody
☒ Counts to be dismissed on Motion of the US at sentencing:
☒ OTHER: The Court finds Motions 82, 85 and 202 as moot as to this defendant.