## CLERK'S COURTROOM MINUTE SHEET – CRIMINAL

### SENTENCING

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.           Case No: 16-20032-05-JAR

**CATHERINE ROWLETTE,**

        Defendant.

**Atty for Govt: Chris Oakley**
**Atty for Deft: Michael Jackson**

| JUDGE: | Julie A. Robinson | DATE: | 3/15/2017 |
|---|---|---|---|
| CLERK: | Bonnie Wiest | TAPE/REPORTER: | Kelli Stewart |
| INTERPRETER: | | PRETRIAL/PROBATION: | Michelle Caples |

☒ For Details of Sentence See Judgment and Commitment Order

☒ Restitution Ordered under 18:3663    $    on count(s)
   $

☒ **Total Restitution:**    $

☐ Defendant Fined    $ _____ on count(s)
   $ _____ on count(s)

☐ **Total Fine:**    $

☒ Defendant Assessed under 18:3013    $ 10.00 on count(s) 4
   $ on count(s)

☒ **Total Assessment:**    $ **10.00**

☒ Counts 1, 2, 3 & 9 are    dismissed by the court on the motion of the United States.
☒ Government ☒ Defendant    - Advised of right to appeal
☐ Defendant to voluntarily surrender:
☐ Defendant remanded to custody
☐ Stay of Execution    ☐ Granted    ☐ Denied
☒ Notes: The Court imposes a sentence of supervised probation for a term of two years with standard and special conditions. Motions 82, 85 and 202 are denied as moot as to this defendant.