IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
*Plaintiff,*
**v.**                                          Case No. **16-20032-JAR**

**LORENZO BLACK,** *et al.***,**
*Defendants.*

**FEDERAL PUBLIC DEFENDER'S RESPONSE TO SPECIAL MASTER'S REPORT REGARDING OTHER ISSUES RELATED TO RECORDINGS AT CCA-LEAVENWORTH (D.E. 214)**

The Federal Public Defender (FPD) submits an initial response[1] to the Special Master's Report filed on March 16, 2017.[2] In particular, the FPD requests the Special Master provide to the defense additional information concerning the 188 recorded inmate calls to attorneys referenced in the Report.

The Report revealed that the Securus Data collected between November 26, 2012 and December 15, 2016 contains recordings of 188 phone calls from inmates to their attorneys *and* these calls were "selected" for review by law enforcement or produced by a subpoena. This finding raises

---

[1] The FPD anticipates it will file an additional response and objections to the Report, including Proposed Findings of Fact and Request for Expanded Investigation, within the 14 day deadline, as ordered by the Court in the Appointment Order (D.E. 146 at para. D).

[2] D.E. 214.

1

grave concerns amongst the defense attorneys practicing in the District of Kansas. It further invokes significant concerns that the constitutional rights of our clients at CCA-Leavenworth Detention Facility have been violated. This also triggers professional responsibility concerns of the lawyers representing those clients. The production of additional information concerning these recorded calls between the clients and lawyers is critical, especially because the government has invoked the waiver doctrine and challenged standing to defend its actions in this case.

As such, the FPD requests the Special Master provide the following, in a manner and format that is most efficient and expeditious for all parties:

1. Identify to each lawyer individually if they have any of the 188 calls referenced in the report, or that a call to their "Known Attorney Number" by an inmate-client was recorded and "selected" in the Securus Data;

2. The inmate names, account number, call type, and call status of each of the 188 calls;

3. The dates, duration, port location, and termination category of each of the calls;

4. How the Special Master was able to determine each of the 188 calls was "selected" for review by law enforcement or otherwise produced to the government responsive to a subpoena;

5. Whether the Special Master can identify who obtained access to the recorded calls and how; and

6. Any additional information regarding the "selection" of the recorded calls by the government.

Respectfully submitted,

s/ Melody Brannon
MELODY BRANNON #17612
Federal Public Defender
for the District of Kansas
117 SW 6th Avenue, Suite 200
Topeka, Kansas 66603-3840
Phone: 785-232-9828
Fax: 785-232-9886
Melody_Brannon@fd.org

s/ Kirk C. Redmond
KIRK C. REDMOND #18914
First Assistant Federal Public Defender
for the District of Kansas
117 SW 6th Avenue, Suite 200
Topeka, Kansas 66603-3840
Phone: 785-232-9828
Fax: 785-232-9886
Kirk_Redmond@fd.org

s/ Branden A. Bell
BRANDEN A. BELL #22618
Assistant Federal Public Defender
for the District of Kansas
117 SW 6th Avenue, Suite 200
Topeka, Kansas 66603-3840
Phone: 785-232-9828
Fax: 785-232-9886
Branden_Bell@fd.org

s/ Rich Federico
RICH FEDERICO, IN# 23818-89
Staff Attorney
for the District of Kanas
117 SW 6th Avenue, Suite 200
Topeka, Kansas 66603-3840
Phone: 785-232-9828
Fax: 785-232-9886
Rich_Federico@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2017, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

David R. Cohen
David R. Cohen Co., LPA
Special Master
david@specialmaster.law

Donald Christopher Oakley
Assistant United States Attorney
Office of the United States Attorney – Kansas City
chris.oakley@usdoj.gov

Debra L. Barnett
Criminal Chief
Assistant United States Attorney
Office of the United States Attorney – Wichita
debra.barnett@usdoj.gov

Duston J. Slinkard
Assistant United States Attorney
Office of the United States Attorney- Topeka
duston.slinkard@usdoj.gov

John Jenab
Jenab Law Firm, PA
john.jenab@gmail.com

David J. Guastello
The Guastello Law Firm, LLC
david@guastellolaw.com

Jason P. Hoffman
Hoffman & Hoffman
jphoffman@sbcglobal.net

Kathleen A. Ambrosio
Ambrosio & Ambrosio Chtd.
kaambrosio@yahoo.com

Michael M. Jackson
jacksonmm@aol.com

Cynthia M. Dodge
Cynthia M. Dodge, LLC
cindy@cdodgelaw.com

Shazzie Naseem
Berkowitz Oliver LLP - KCMO
snaseem@berkowitzoliver.com

Erin C. Thompson
Foland, Wickens, Eisfelder, Roper, Hofer, PC
ethompson@fwpclaw.com

Jacquelyn E. Rokusek
Rokusek Law, LLC
rokuseklawoffice@yahoo.com

Jonathan L. Laurans
jlaurans@msn.com

Melanie S. Morgan
Morgan Pilate LLC
mmorgan@morganpilate.com

                                        s/ Melody Brannon
                                        Melody Brannon