CLERK'S COURTROOM MINUTE SHEET – **CRIMINAL**

UNITED STATES OF AMERICA,

          Plaintiff,

v.                      16-20032-02-JAR

KARL CARTER,
          Defendant

Attorney for Plaintiff: Chris Oakley     Attorney for Defendant: David J. Guastello

| | | | |
|---|---|---|---|
| **JUDGE:** | Teresa J. James | **DATE:** | 3/28/2017 |
| **CLERK:** | Carol Kuhl | **TAPE/REPORTER:** | 2:06- TJJ |
| **INTERPRETER:** | n/a | **PROBATION:** | |

Length of Hearing: 0 Hr(s) 00 Min(s)  **(Time calculated on 03 case)**  Location: Kansas City, Kansas
Hearing Concluded: X Yes.

PROCEEDINGS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ( ) | Rule 5 Hearing | ( ) | Initial Revocation | | | ( ) | Bond Hearing |
| ( ) | Identity Hearing | ( ) | Held | ( ) | Waived | ( ) | Bond Revocation |
| ( ) | Preliminary Hearing | ( ) | Held | ( ) | Waived | **(X)** | **Arraignment on Superseding Indictment** |
| ( ) | Detention Hearing | ( ) | Held | ( ) | Waived | ( ) | |
| ( ) | Scheduling Conference | ( ) | Held | ( ) | Waived | ( ) | |
| ( ) | Interpreter | ( ) | Sworn | | | ( ) | Previously sworn |

**(X)**   **Charges and penalties explained to defendant**
( )   Defendant placed under oath
( )   Counsel appointed  FPD             ( )   At defendant's expense
( )   Constitutional rights explained       ( )   Felony    ( ) Misdemeanor
( )   Defendant declined to waive indictment   ( )   Will be presented by next Grand Jury
( )   Signed Waiver of Indictment
( )   Advised of rights under Rule 20x
( )   Signed Consent to Transfer (Rule 20)
( )   Petition to Enter Plea Filed          ( )   Plea Agreement Attached
( )   Transferred to:
**(X)**   **ARRAIGNMENT AND PLEA:**   **(X)**   No. of Counts: 3
      ( )   Waived Reading of       ( )   Indictment     ( ) Read to Defendant
      **(X)**   **Not Guilty**          **(X)**   **Counts: 2,3,9**
( )   Bail denied         ( )   Bail fixed at       ( )   Bail remains at
( )   $                   ( )   Unsecured       ( )   Secured
( )   Release Order       ( )   Executed        ( )   Continued in effect
**(X)**   **Deft. remanded to custody**   ( )   Pending compliance with conditions of release
( )   Detention Ordered

    Scheduling: