CLERK'S COURTROOM MINUTE SHEET – **CRIMINAL**

UNITED STATES OF AMERICA,

          Plaintiff,

v.                                    16-20032-03-JAR

ANTHON AIONO,
          Defendant

Attorney for Plaintiff:  Chris Oakley    Attorney for Defendant:  Jason Hoffman

| JUDGE: | Teresa J. James | DATE: | 3/28/2017 |
|---|---|---|---|
| CLERK: | Carol Kuhl | TAPE/REPORTER: | 2:06 - TJJ |
| INTERPRETER: | n/a | PROBATION: | |

Length of Hearing:   0   Hr(s)  2   Min(s)         Location:  Kansas City, Kansas
Hearing Concluded: X Yes.

                                PROCEEDINGS

| | | | | | | |
|---|---|---|---|---|---|---|
| ( ) | Rule 5 Hearing | ( ) | Initial Revocation | | ( ) | Bond Hearing |
| ( ) | Identity Hearing | ( ) | Held | ( ) Waived | ( ) | Bond Revocation |
| ( ) | Preliminary Hearing | ( ) | Held | ( ) Waived | **(X)** | **Arraignment on Superseding Indictment** |
| ( ) | Detention Hearing | ( ) | Held | ( ) Waived | ( ) | |
| ( ) | Scheduling Conference | ( ) | Held | ( ) Waived | ( ) | |
| ( ) | Interpreter | ( ) | Sworn | | ( ) | Previously sworn |

**(X)**   **Charges and penalties explained to defendant**
( )   Defendant placed under oath
( )   Counsel appointed  FPD          ( )   At defendant's expense
( )   Constitutional rights explained     ( )   Felony     ( ) Misdemeanor
( )   Defendant declined to waive indictment   ( )   Will be presented by next Grand Jury
( )   Signed Waiver of Indictment
( )   Advised of rights under Rule 20x
( )   Signed Consent to Transfer (Rule 20)
( )   Petition to Enter Plea Filed        ( )   Plea Agreement Attached
( )   Transferred to:
**(X)**   **ARRAIGNMENT AND PLEA:**   **(X)**   **No. of Counts: 2**
      ( )   Waived Reading of     ( )   Indictment     ( ) Read to Defendant
      **(X)**   **Not Guilty**     **(X)**   **Counts:  1, 11**
( )   Bail denied       ( )   Bail fixed at       ( )   Bail remains at
( )   $                 ( )   Unsecured        ( )   Secured
**(X)**   **Release Order**     ( )   Executed       **(X)**   **Continued in effect**
( )   Deft. remanded to custody   ( )   Pending compliance with conditions of release
( )   Detention Ordered

    Scheduling: