CLERK'S COURTROOM MINUTE SHEET – **CRIMINAL**

UNITED STATES OF AMERICA,

        Plaintiff,
v.                                                  16-20032-06-JAR

DAVID BISHOP,
        Defendant

Attorney for Plaintiff: Chris Oakley     Attorney for Defendant: Cynthia Dodge

| **JUDGE:** | **Teresa J. James** | **DATE:** | **3/28/2017** |
|---|---|---|---|
| **CLERK:** | **Carol Kuhl** | **TAPE/REPORTER:** | **2:06 - TJJ** |
| **INTERPRETER:** | **n/a** | **PROBATION:** | |

Length of Hearing: __0__ Hr(s) __00__ Min(s)  (Minutes calculated in 03 case).  Location: Kansas City, Kansas
Hearing Concluded: X Yes.

### PROCEEDINGS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ( ) | Rule 5 Hearing | | ( ) | Initial Revocation | | ( ) | Bond Hearing |
| ( ) | Identity Hearing | ( ) | Held | ( ) | Waived | ( ) | Bond Revocation |
| ( ) | Preliminary Hearing | ( ) | Held | ( ) | Waived | **(X)** | **Arraignment on Superseding Indictment** |
| ( ) | Detention Hearing | ( ) | Held | ( ) | Waived | ( ) | |
| ( ) | Scheduling Conference | ( ) | Held | ( ) | Waived | ( ) | |
| ( ) | Interpreter | ( ) | Sworn | | | ( ) | Previously sworn |

**(X)**    **Charges and penalties explained to defendant**
( )    Defendant placed under oath
( )    Counsel appointed  FPD         ( )    At defendant's expense
( )    Constitutional rights explained       ( )    Felony     ( )    Misdemeanor
( )    Defendant declined to waive indictment    ( )    Will be presented by next Grand Jury
( )    Signed Waiver of Indictment
( )    Advised of rights under Rule 20x
( )    Signed Consent to Transfer (Rule 20)
( )    Petition to Enter Plea Filed        ( )    Plea Agreement Attached
( )    Transferred to:
**(X)**    **ARRAIGNMENT AND PLEA:**    **(X)**    **No. of Counts: 6**
       ( )    Waived Reading of      ( )    Indictment      ( )    Read to Defendant
       **(X)**    **Not Guilty**        **(X)**    **Counts: 3, 4-8, 10**
( )    Bail denied            ( )    Bail fixed at        ( )    Bail remains at
( )    $                     ( )    Unsecured         ( )    Secured
**(X)**    **Release Order**      ( )    Executed         **(X)**    **Continued in effect**
( )    Deft. remanded to custody    ( )    Pending compliance with conditions of release
( )    Detention Ordered

Scheduling: