# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

      Plaintiff,

      v.                        CASE NO. 16-20032-JAR

**LORENZO BLACK, et al.,**

      Defendants.

---

### UNITED STATES' MOTION FOR LEAVE TO RESPOND TO THE FEDERAL PUBLIC DEFENDER'S RESPONSE (Doc. 220), OBJECTION (Doc. 229) AND PROPOSED FINDINGS OF FACT AND SUPPLEMENTAL REQUEST TO EXPAND THE SPECIAL MASTER'S INVESTIGATION (Doc. 230)

---

The United States of America, by and through undersigned counsel, requests permission from the Court to file a response to the Federal Public Defender's Response to Special Master's Report Regarding Other Issues Related to Recordings at CCA-Leavenworth (Doc. 220), Objection to the Special Master's Report Regarding Other Issues Related to Recordings at CCA-Leavenworth (Doc. 229) and Proposed Findings of Fact and Supplemental Request to Expand the Special Master's Investigation (Doc. 230) no later than 14 days from the issuance of the order.

The Court previously notified the parties that within 14 calendar days of the filing of the Special Master's findings or reports objections should be filed. The United States did not object to the Special Master's Report Regarding Other Issues Related to Recordings at CCA-Leavenworth (Doc. 214). The Federal Public Defender raised objections to the Report in three documents. (Docs. 220, 229 and 230.) The United States requests the opportunity to file a response no later than 14 days from the issuance of an order.

The United States has contacted Federal Public Defender Melody Brannon regarding this motion. The Federal Public Defender does not oppose the filing of a response by the United States. If granted, the response will be filed no later than 14 days from the issuance of the order.

Wherefore, the United States requests the opportunity to file a response to the Federal Public Defender's Response to Special Master's Report Regarding Other Issues Related to Recordings at CCA-Leavenworth (Doc. 220), Objection to the Special Master's Report Regarding Other Issues Related to Recordings at CCA-Leavenworth (Doc. 229) and Proposed Findings of Fact and Supplemental Request to Expand the Special Master's Investigation (Doc. 230) no later than 14 days from the issuance of the order.

THOMAS E. BEALL
United States Attorney

/s/ Debra L. Barnett
DEBRA L. BARNETT
Assistant United States Attorney
United States Attorney's Office
301 N. Main, Suite 1200
Wichita, Kansas 67202
316-269-6481
K.S.Ct.No. 12729
debra.barnett@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the attorneys for the defendants.

s/ Debra L. Barnett
DEBRA L. BARNETT
Assistant U.S. Attorney