# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

      Plaintiff,

      v.                        Case No. 16-20032-JAR

**LORENZO BLACK, et al.,**

      Defendants.

## ORDER

Now on this 3rd day of April, 2017, the above matter comes before the Court upon the motion of counsel for the United States for leave to respond to the Federal Public Defender's Response to Special Master's Report Regarding Other Issues Related to Recordings at CCA-Leavenworth (Doc. 220), Objection to the Special Master's Report Regarding Other Issues Related to Recordings at CCA-Leavenworth (Doc. 229) and Proposed Findings of Fact and Supplemental Request to Expand the Special Master's Investigation (Doc. 230), and being satisfied good cause exists,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the United States shall file responses to the Federal Public Defender's Response to

Special Master's Report Regarding Other Issues Related to Recordings at CCA-Leavenworth (Doc. 220), Objection to the Special Master's Report Regarding Other Issues Related to Recordings at CCA-Leavenworth (Doc. 229) and Proposed Findings of Fact and Supplemental Request to Expand the Special Master's Investigation (Doc. 230), no later than 14 days from the date of this Order.

**IT IS SO ORDERED.**

Dated: April 3, 2017

S/ Julie A. Robinson
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE
