CLERK'S COURTROOM MINUTE SHEET – **CRIMINAL**

**PRETRIAL PROCEEDINGS**

UNITED STATES OF AMERICA,                              AUSA:  Chris Oakley

        Plaintiff,

v.                                                                              Case No: 16-20032-03-JAR

ANTHON AIONO                                            Deft Atty: Jason Hoffman

        Defendant.

| JUDGE: | Julie A. Robinson | DATE: | 4/5/2017 |
|---|---|---|---|
| CLERK: | Bonnie Wiest | TAPE/REPORTER: | Kelli Stewart |
| INTERPRETER: | | PROBATION: | |

**PROCEEDINGS**

☐Arraignment & Plea            ☐Waiver of Indictment            ☒Felony
☒Change of Plea                    ☐Appearance                              ☐Misdemeanor


☐ Interpreter            ☐Sworn            ☐Previously Sworn

☒Constitutional Rights Explained
☐Declines to Waive Indictment            ☐Will be presented to next Grand Jury
☐Signed Waiver of Indictment              ☐Information filed
☐Signed Consent to Transfer (Rule 20)

☒ Waived Reading of:            ☐ Read to Defendant:
        ☒ Indictment  (superseding indictment filed 3/16/2017)
        ☐ Information
        ☒ Number of Counts :  2

☒ Petition to Enter Plea Filed            ☒ Plea Agreement Attached

    ☒ Previous Plea  of
        ☐ Guilty     ☒ Not Guilty        Counts: 1s & 11s  withdrawn

    ☒ Plea of GUILTY as to Counts __ Accepted

    ☐ Plea of NOT GUILTY as to Counts

☒Judgment Deferred       ☒PSI Ordered   ☒ Sentencing set for: July 10, 2017 at 1:30 p.m.
☒Continued on Present Bail        ☐Remanded to Custody
☐Counts to be dismissed on Motion of the US at sentencing:
☐OTHER: