IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
    *Plaintiff,*

    **v.**                         Case No. **16-20032-JAR**

**LORENZO BLACK, *et al.*,**
    *Defendants.*

## ORDER

NOW on this 19th day of April, 2017, the Court upon the motion of the Federal Public Defender's for leave to file a reply to the government's consolidated response (D.E. 237), and being satisfied good cause exists,

IT IS HEREBY ORDERED that the Federal Public Defender's shall file responses to the government's consolidated response (D.E. 237), not later than 7 days from the date of this Order.

IT IS SO ORDERED.

Dated: <u>April 19, 2017</u>

                                          <u>s/ Julie A. Robinson</u>
                                          The Honorable Julie A. Robinson
                                          United States District Judge