IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
KANSAS CITY, KANSAS

UNITED STATES OF AMERICA,
         Plaintiff,         CASE NO:  16-CR-20032-JAR
VS.

RICHARD DERTINGER,
         Defendant.

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

COMES NOW Jacquelyn E. Rokusek, an attorney representing Richard Dertinger, an interested party on the instant matter, and hereby moves this honorable Court for leave to withdraw as counsel of record.  The defendant states the following in support of this request:

Counsel Rokusek and Erin Thompson were appointed to represent Richard Dertinger concerning case 14-CR-20067-06-CM.  Counsel Rokusek requested leave to withdraw as counsel of record as Erin Thompson was capable of providing the necessary legal assistance to the client.  The government alleged that counsel was operating under a conflict of interest, without agreeing with their position, and in the interest of not compromising Mr. Dertinger's representation, counsel requested leave to withdraw.  Counsel inadvertently did not file the Motion to Withdraw on the *United States v. Black* case.  Counsel has not continued her representation of Mr. Dertinger on the *Black* case since Ms. Thompson is the attorney of record on the underlying case, *United States v. Rapp* and has entered her appearance on the *Black* case.

Mr. Dertinger has been advised of the filing of this Motion to Withdraw as Attorney of Record.

WHEREFORE, counsel Rokusek hereby seeks leave to withdraw as counsel of record. The client will have continuity of legal representation as provided by Erin Thompson.

> Respectfully submitted,
>
> /s/*Jacquelyn E. Rokusek*
> Rokusek Stein Law, LLC
> Jacquelyn E. Rokusek  #16308
> 11658 W. 75th Street
> Shawnee, Kansas  66214
> (913) 948.9311
> (913) 273.1890 (FAX)
> jackie@rs-lawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of May, 2017, a copy of the Motion to Withdraw as Attorney of Record was sent via electronic filing to all interested parties.

> /s/Jacquelyn E. Rokusek  #16308