IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>LORENZO BLACK,<br><br>        Defendant. | Case No. 16-CR-20032-01-JAR |

## MOTION FOR WRIT OF HABEAS CORPUS

COMES NOW the United States, by and through undersigned counsel, moves the Court for the issuance of a Writ of Habeas Corpus Ad Prosequendum to defendant, **LORENZO BLACK**. In support of this Motion, the United States avers:

1. Defendant was charged in this district by Indictment on May 4, 2016.

2. Defendant is detained and currently in the custody of the El Dorado CF-RDU.

3. Appearance is necessary by the defendant in this district for sentencing on the charges contained in the plea agreement.

WHEREFORE, the United States of America moves the Court for an order issuing a Writ of Habeas Corpus Ad Prosequendum directing the United States Marshal and any other federal law enforcement agency for this district, to produce the defendant, **LORENZO BLACK** and for

any further proceedings to be held in this cause.

> Respectfully submitted,
>
> THOMAS E. BEALL
> United States Attorney
>
> s/ D. Christopher Oakley
> D. CHRISTOPHER OAKLEY
> Assistant United States Attorney
> 500 State Ave., Suite 360
> Kansas City, KS   66101
> Tele:   913-551-6730
> Fax:    913-551-6541
> Chris.Oakley@usdoj.gov
> Ks S.Ct.No. 19248

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

> s/ D. Christopher Oakley
> D. CHRISTOPHER OAKLEY
> Assistant United States Attorney