## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA**

        **Plaintiff,**

**v.**

**LORENZO BLACK,**

        **Defendant.**

**Case No. 16-CR-20032-01-JAR**

## ORDER FOR WRIT OF HABEAS CORPUS

This matter comes on for hearing on the Government's Motion to issue a Writ of Habeas Corpus Ad Prosequendum to defendant **LORENZO BLACK**.  The United States appears by and through the undersigned Assistant United States Attorney D. Christopher Oakley.  There are no other appearances.

After reviewing the Government's motion, the Court finds that the motion should be granted.

IT IS THEREFORE ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued directing the United States Marshal and any other federal law enforcement agency for this district to produce the defendant, **LORENZO BLACK**, and for any further proceedings to be held in this cause.

IT IS FURTHER ORDERED that at the conclusion of these proceedings the United States Marshal shall return the defendant to the aforementioned custodian.

IT IS SO ORDERED.

Dated: May 4, 2017

                                           S/ Julie A. Robinson
                                          JULIE A. ROBINSON
                                          UNITED STATES DISTRICT JUDGE