# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

        Plaintiff,

        v.                                    CASE NO. 16-20032-JAR

**LORENZO BLACK, et al.,**

        Defendants.

## UNITED STATES' MOTION FOR LEAVE TO FILE SUR-REPLY

        The United States of America respectfully requests leave of the Court to file a Sur-Reply to the Federal Public Defender's Reply to the United States' Consolidated Response (Doc. 240). The filing of a Sur-Reply is sought for the purpose of clarifying certain potential mischaracterizations in the Federal Public Defender's Reply regarding the government's position and evidence.

        A copy of the Sur-Reply is attached. The Federal Public Defender has been contacted concerning the filing of the Sur-Reply and opposes the filing due to the fact that the Federal Public Defender's Reply to the United States' Consolidated Response was filed nine days ago.

Wherefore, the United States respectfully requests leave of the Court to file a Sur-Reply to the Federal Public Defender's Reply to the United States' Consolidated Response (Doc. 240).

THOMAS E. BEALL
United States Attorney

 /s/ Debra L. Barnett
DEBRA L. BARNETT
Assistant United States Attorney
United States Attorney's Office
301 N. Main, Suite 1200
Wichita, Kansas 67202
316-269-6481
K.S.Ct.No. 12729
debra.barnett@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/ Debra L. Barnett
DEBRA L. BARNETT
Assistant U.S. Attorney
