IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               **Plaintiff,**<br><br>    v.<br><br>LORENZO BLACK,<br><br>               **Defendant.** | Case No. 16-CR-20032-01-JAR |

**AMENDED MOTION FOR WRIT OF HABEAS CORPUS**

COMES NOW the United States, by and through undersigned counsel, moves the Court for the issuance of a Writ of Habeas Corpus Ad Prosequendum to defendant, **LORENZO BLACK**. In support of this Motion, the United States avers:

1. Defendant was charged in this district by Indictment on May 4, 2016.

2. Defendant is detained and currently in the custody of the Kansas Department of Corrections (KDC).

3. Appearance is necessary by the defendant in this district for sentencing on the charges contained in the plea agreement.

WHEREFORE, the United States of America moves the Court for an order issuing a Writ of Habeas Corpus Ad Prosequendum directing the United States Marshal and any other federal

1

law enforcement agency for this district, to produce from any facility with KDC the defendant,

**LORENZO BLACK** and for any further proceedings to be held in this cause.

                                              Respectfully submitted,

                                              THOMAS E. BEALL
                                              United States Attorney

                                              s/ D. Christopher Oakley
                                              D. CHRISTOPHER OAKLEY
                                              Assistant United States Attorney
                                              500 State Ave., Suite 360
                                              Kansas City, KS   66101
                                              Tele:   913-551-6730
                                              Fax:    913-551-6541
                                              Chris.Oakley@usdoj.gov
                                              Ks S.Ct.No. 19248

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the 18th day of May, 2017, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all Counsel.

                                              s/ D. Christopher Oakley
                                              D. CHRISTOPHER OAKLEY
                                              Assistant United States Attorney