**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL**

**SENTENCING**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.          Case No: 16-20032-04-JAR

**ALICIA TACKETT-04,**

      **Defendant.**

**Atty for Govt: Chris Oakley**
**Atty for Deft: Kathleen Ambrosio**

| JUDGE: | Julie A. Robinson | DATE: | 5/30/2017 |
|---|---|---|---|
| CLERK: | Yolanda Holman | TAPE/REPORTER: | Kelli Stewart |
| TIME: | 20 minutes | PRETRIAL/PROBATION: | Cassidi Lundell |

☒ For Details of Sentence See Judgment and Commitment Order

☐ Restitution Ordered under 18:3663    $ _____ on count(s)
    $ _____ on count(s)

☐ **Total Restitution:**    $

☐ Defendant Fined    $ _____ on count(s) _____
    $ _____ on count(s)

☐ **Total Fine:**    $

☒ Defendant Assessed under 18:3013    $ 100.00 on count(s) 10
    $ _____ on count(s)

☒ **Total Assessment:**    $ 100.00

☐ Count(s) _____ dismissed by the court on the motion of the United States.
☒ Government ☒ Defendant  - Advised of right to appeal
☒ Defendant to voluntarily surrender: No earlier than September 6, 2017
☐ Defendant remanded to custody
☒ Stay of Execution  ☒ Granted  ☐ Denied
☒ Notes: The Court imposes a sentence of imprisonment of 12 months and 1 day as to Count 10 of the Indictment, followed by 3 years supervised release. The Court will recommend designation to FCI Illinois for reasons set forth on the record. Mandatory, special and standard conditions imposed.

Government's Motion for Forfeiture of Property (ECF #260), by the Government is granted. The Court will enter a final order of forfeiture.