IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16-20032-01-JAR |
| | ) | |
| LORENZO BLACK | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PRELIMINARY ORDER OF FORFEITURE**

Before the Court is the United States' Motion for a Preliminary Order of Forfeiture.

1. The Court finds that the defendant has consented to the forfeiture of the following property to the United States:

   A. $2,790.00 in United States currency;

   B. A Silver 2004 Dodge Neon, VIN No. 1B3ES56C64D527099.

2. The Court further finds that the property identified in paragraph 1, constitutes proceeds derived from the commission of Count Nine, and accordingly, the property is forfeitable to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461.

3. Pursuant to Fed. R. Crim. P. 32.2(b)(3), the United States is authorized to seize the property listed in paragraph 1, above, if it has not already done so.

4. Upon the entry of this Order, the United States shall post to www.forfeiture.gov, for a period of thirty consecutive days, notice of this Order, notice of the United States' intent to dispose of the property according to law, and notice that any person, other than the defendant, having or claiming a legal interest in any of the above-listed forfeited property must file a

petition with this Court within thirty days of the final publication of notice or receipt of actual notice, whichever is earlier.

5. Further, the notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property, and any additional facts supporting the petitioner's claim and the relief sought.

6. The United States may also, to the extent practicable, provide written notice to any person known to have alleged an interest in the forfeited property.

7. Pursuant to Fed. R. Crim. P. 32.2(b)(3), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture.

9. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to Fed. R. Crim. P 32.2(e).

IT IS SO ORDERED.

Dated: June 1, 2017

 S/ Julie A. Robinson  
JULIE A. ROBINSON  
UNITED STATES DISTRICT JUDGE