**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | |
|          Plaintiff,                                           ) | |
|                                                                           ) | |
| v.                                                                       ) CASE NO: 16-cr-20032-JAR | |
|                                                                           ) | |
| LORENZO BLACK, *et al.,*                           ) | |
|          Defendant.                                       ) | |

**NOTICE OF CHANGE OF ADDRESS**

Attorney Erin Thompson files this Notice of Change of Address in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

    Law Firm:    Morgan Pilate

    Address:     926 Cherry St.
                      Kansas City, MO 64106

    E-mail:       ethompson@morganpilate.com

                                    Respectfully submitted,

                                    **s/ Erin Thompson**
                                    Erin Thompson (#22117)
                                    **MORGAN PILATE**
                                    926 Cherry St.
                                    Kansas City, MO 64106
                                    Telephone:  (816) 471-6694
                                    Fax:           (816) 472-3516
                                    E-mail:     ethompson@morganpilate.com

1

2

## **CERTIFICATE OF SERVICE**

I do hereby certify that on the 2nd day of June, 2017, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing and a copy of the filing to all counsel of record.

/s/Erin C. Thompson
Erin C. Thompson