**CLERK'S COURTROOM MOTIONS/MISCELLANEOUS MINUTE SHEET**

UNITED STATES OF AMERICA,               AUSA:  Chris Oakley
               Plaintiff

   v.                                                                     CASE NO:  16-20032-JAR

KARL CARTER (02),                             Deft Attys:  David Guastello
DAVID BISHOP (06),                                                 Cynthia Dodge
               Defendant

| JUDGE: | Julie A. Robinson | DATE: | 9/12/2017 |
| --- | --- | --- | --- |
| DEPUTY CLERK: | Bonnie Wiest | REPORTER: | Kelli Stewart |
| INTERPRETER: | | PRETRIAL/PROBATION: | |

## STATUS CONFERENCE

Case comes on before the Court for a status conference.  Government appears by Chris Oakley.  Defendant Carter appears in custody and by his counsel, David Guastello.  Defendant Bishop appears in custody and by his counsel, Cynthia Dodge.

The Court previously entered an order designating this case as complex (Doc. 64). The Government advises the Court that discovery has mostly been accomplished and will be providing additional discovery to defendant, including unredacted proffer statements of witnesses and tax records. The parties agree to the following dates set by the Court:

- Motions deadline:           December 18, 2017
- Response deadline:          January 16, 2017
- Motion hearing:             February 27, 2018 at 9:00 a.m.
- Jury Trial:                 May 14, 2018 at 9:00 a.m.
- ETT:                        6-7 days

Pursuant to the specific findings set forth in full on the record, the Court finds that the ends of justice served by allowing the defendant the additional time requested outweigh the best interest of the public and the defendant in a speedy trial and that the continuance shall be granted. The period of delay resulting from the additional time granted pursuant to the court's order, **September 12, 2017 through May 14, 2017** shall be deemed excludable time as provided for in 18 U.S.C. § 3161(h)(7)(A), in that the ends of justice served by the granting of an extension outweigh the best interest of the public and the defendant in a speedy trial.

Defendant Carter is remanded to the custody of the US Marshal's Service.  Defendant Bishop remains on release.