IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
        Plaintiff,

vs.                                        Case No. 16-20032-JAR

KARL CARTER (02),
DAVID BISHOP (06),

        Defendants.

## SCHEDULING ORDER

The Court held a Status Conference on September 12, 2017, at which time counsel requested dates for pretrial deadlines and motions hearing. The Court has determined that the deadlines discussed at the status conference should be adopted, and that any period of delay resulting from the schedule below shall be excludable time as provided for by the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

WHEREFORE, the following deadlines are hereby established. All pretrial motions for defendant shall be filed on or before December 18, 2017. Responses shall be filed on or before January 16, 2018. A pretrial motions hearing is set for February 27, 2018 at 9:00 a.m. Jury Trial is set for May 14, 2018 at 9:00 a.m. Estimated time of trial is 6-7 days.

IT IS ORDERED that the time September 12, 2017 until May 14, 2018, is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

IT IS SO ORDERED.

Dated: September 13, 2017

                                                  S/ Julie A. Robinson
                                                  JULIE A. ROBINSON
                                                  UNITED STATES DISTRICT JUDGE