Print  |  Close Window

**Subject:** RE: FW: Preservation Email -- US v. Black et al
**From:** "David R. Cohen" <David@SpecialMaster.Law>
**Date:** Thu, Jan 26, 2017 5:08 pm
**To:** "Metzger, Emily (USAKS)" <Emily.Metzger@usdoj.gov>, "Steeby, David (USAKS)" <David.Steeby@usdoj.gov>, "Beall, Thomas (USAKS) 1" <Thomas.Beall@usdoj.gov>, "Barnett, Debra (USAKS) 1"
**Cc:** <Debra.Barnett@usdoj.gov>, "Slinkard, Duston (USAKS)" <Duston.Slinkard@usdoj.gov>, "Rask, Scott (USAKS)" <Scott.Rask@usdoj.gov>, "Ken Smiley" <ksmiley@americandiscovery.com>

Hi Emily.  I hope you are doing well.

I'm checking in to see how your document search is going?

Also, as you know, Securus and CCA are producing information to me.  A very recent production shows that the individuals listed below gathered and forwarded CCA inmate phone-recordings.  Some of these are new to me.  Thus, I wonder if you could please add them to the list of search terms?  E.g., their email addresses, and /or a search syntax of [their last names] and (call! or video! or record! or monitor!) .

Thanks.

-David

| First Name | Last Name | User Name/Email |
|---|---|---|
| Harlan | Anderson | Harlan.Anderson@CCA.com |
| Wayne | Bigelow | wayne.bigelow@cca.com |
| Wayne | Bigelow | wbigelow@I003006.KS |
| Angela | Cash | angela.cash@cca.com |
| Kathy | Clem | kclem@I003006.KS |
| Matthew | Collins | MCollins@I003006.KS |
| Moises | Guerrero | MGuerrero@SECUR.TX |
| Wayne | Hall | whall@I003006.KS |
| Ruben | Hernandez | rhernandez@SECUR.TX |
| Rene | Hinojosa | RHinojosa@SECUR.TX |
| Shaquieda | Hodges | shodges@SECUR.TX |
| Jake | Hood | jhood@I003006.KS |
| Bobby | Howell | bobby.howell@cca.com |
| Bianca | Hudson | Bianca.hudson@cca.com |
| Dane | Hundley | dhundley@I003006.KS |
| Michael | Kenyon | mkenyon@SECUR.TX |
| Debra | Kinney | DKinney@I003006.KS |
| Kennith | Lajiness | klajiness@I003006.KS |
| Jorge | Marques | jorge.marques@cca.com |
| Leigh | McClain | leigh.mcclain@cca.com |
| Amanda | Parrish | aparrish@I003006.KS |
| Angela | Perry | aperry@SECUR.TX |
| Irma | Potter | irma.potter@cca.com |
| Marcella | Preciado | marcella.preciado@cca.com |
| Ryan | Roberts | rroberts@I003006.KS |
| Melissa | Strickler | Melissa.Strickler@cca.com |
| Joe | Trujillo | JTrujillo@SECUR.TX |
| Manuel | Vargas | manuel.vargas2@cca.com |
|  |  | AJack@SECUR.TX |
|  |  | GJohnson@SECUR.TX |
|  |  | johnj@SECUR.TX |

==============================
This email sent from:
David R. Cohen Co. LPA
24400 Chagrin Blvd., Suite 300
Cleveland, OH 44122
216-831-0001 tel
866-357-3535 fax
**www.SpecialMaster.law**

-------- Original Message --------
Subject: RE: FW: Preservation Email -- US v. Black et al
From: "Metzger, Emily (USAKS)" <Emily.Metzger@usdoj.gov>
Date: Wed, January 11, 2017 7:54 pm
To: "David R. Cohen" <David@SpecialMaster.Law>, "Steeby, David (USAKS)" <David.Steeby@usdoj.gov>
Cc: "Beall, Thomas (USAKS) 1" <Thomas.Beall@usdoj.gov>, "Barnett, Debra (USAKS) 1" <Debra.Barnett@usdoj.gov>, "Slinkard, Duston (USAKS)" <Duston.Slinkard@usdoj.gov>, "Rask, Scott (USAKS)" <Scott.Rask@usdoj.gov>, "Ken Smiley" <ksmiley@americandiscovery.com>

We will continue to run our test with these new terms and report back to you. Thank you.

Emily

---

**From:** David R. Cohen [mailto:David@SpecialMaster.Law]
**Sent:** Wednesday, January 11, 2017 6:52 PM
**To:** Metzger, Emily (USAKS) <EMetzger@usa.doj.gov>; Steeby, David (USAKS) <DSteeby@usa.doj.gov>
**Cc:** Beall, Thomas (USAKS) 1 <TBeall1@usa.doj.gov>; Barnett, Debra (USAKS) 1 <DBarnett1@usa.doj.gov>; Slinkard, Duston (USAKS) <DSlinkard@usa.doj.gov>; Rask, Scott (USAKS) <SRask@usa.doj.gov>; Ken Smiley <ksmiley@americandiscovery.com>
**Subject:** RE: FW: Preservation Email -- US v. Black et al

Dear Emily and David:

I have come across some other potential custodians at CCA who downloaded audio recordings at the request of agents. Accordingly, please add these searches:

Milliken and (call! or video! or record! or monitor!) OR
Roberts and (call! or video! or record! or monitor!) OR

Also, could you please amend the first search line listed below from

record! /s (call! or video! or audio!) OR

to

record! /s (call! or video! or audio! or CCTV or tape) OR

Thanks,

-David

```
============================
```
This email sent from:
David R. Cohen Co. LPA
24400 Chagrin Blvd., Suite 300
Cleveland, OH 44122
216-831-0001 tel
866-357-3535 fax
**www.SpecialMaster.law**

> -------- Original Message --------
> Subject: RE: FW: Preservation Email -- US v. Black et al
> From: "David R. Cohen" <David@SpecialMaster.Law>
> Date: Wed, January 04, 2017 6:37 pm
> To: "Metzger, Emily (USAKS)" <Emily.Metzger@usdoj.gov>, "Steeby, David (USAKS)" <David.Steeby@usdoj.gov>
> Cc: "Beall, Thomas (USAKS) 1" <Thomas.Beall@usdoj.gov>, "Barnett, Debra (USAKS) 1" <Debra.Barnett@usdoj.gov>, "Slinkard, Duston (USAKS)" <Duston.Slinkard@usdoj.gov>, "Rask, Scott (USAKS)" <Scott.Rask@usdoj.gov>, "Ken Smiley" <ksmiley@americandiscovery.com>
>
> Dear Emily and David -
>
> Sorry it has taken me a while to get back to you with search terms.
>
> I ask that you use the terms set out below. If you want to test them first, as David did earlier on his own account, that is fine; we should chat if you think any combinations are too broad.
>
> The syntax used below is what I would use in Westlaw; of course, please modify the syntax as appropriate for your system. Examples of what the syntax means are:
> /s means within same sentence
> /5 means within 5 words
> ! means any or no following letters, so that call! would include call, calls, caller, calling, calligraphy, etc.
>
> Here are my search terms:
>
> record! /s (call! or video! or audio!) OR
> monitor! /s (call! or video! or audio!) OR
> jail /s (call! or video! or record! or monitor!) OR
> prison! /s (call! or video! or record! or monitor!) OR
> CCA! /s (call! or video! or record! or monitor!) OR
> "Corrections Corporation" /s (call! or video! or record! or monitor!) OR
> Securus OR
> inmate! /s (call! or video! or record! or monitor!) OR
> detainee! /s (call! or video! or record! or monitor!) OR
> audio! /5 record! OR
> video! /5 record! OR
> audio! /5 monitor! OR
> video! /5 monitor! OR
> inmate! /2 account! OR
> prisoner! /2 account! OR
> inmate! /2 PIN! OR

prisoner! /2 PIN! OR
Lajiness and (call! or video! or record! or monitor!) OR
Bigelow and (call! or video! or record! or monitor!) OR
Atkins and (call! or video! or record! or monitor!) OR
Hall and (call! or video! or record! or monitor!) OR
Kinney and (call! or video! or record! or monitor!) OR
Thomas and (call! or video! or record! or monitor!) OR
Johnston and (call! or video! or record! or monitor!) OR
Cahill and (call! or video! or record! or monitor!) OR
Seubert and (call! or video! or record! or monitor!) OR
Hoffer and (call! or video! or record! or monitor!) OR
Hanika and (call! or video! or record! or monitor!) OR
Fitzpatrick and (call! or video! or record! or monitor!) OR
Schuster and (call! or video! or record! or monitor!) OR
Tomasic and (call! or video! or record! or monitor!) OR
Flannigan and (call! or video! or record! or monitor!) OR
Martin and (call! or video! or record! or monitor!) OR
Catania and (call! or video! or record! or monitor!) OR
McCracken and (call! or video! or record! or monitor!) OR
Moorehead and (call! or video! or record! or monitor!) OR
Rask and (call! or video! or record! or monitor!) OR
Treadway and (call! or video! or record! or monitor!) OR
"covert alert" OR
prison! and (listen! /s call!) OR
inmate! and (listen! /s call!) OR
prison! and (watch! /s video!) OR
inmate! and (watch! /s video!) OR
prison! and (watch! /s record!) OR
inmate! and (watch! /s record!) OR
prison! and (listen! /s record!) OR
inmate! and (listen! /s record!) OR
prison! and (view! /s video!) OR
inmate! and (view! /s video!) OR
prison! and (view! /s record!) OR
inmate! and (view! /s record!)

============================
This email sent from:
David R. Cohen Co. LPA
24400 Chagrin Blvd., Suite 300
Cleveland, OH 44122
216-831-0001 tel
866-357-3535 fax
**www.SpecialMaster.law**

> -------- Original Message --------
> Subject: RE: FW: Preservation Email -- US v. Black et al
> From: "Metzger, Emily (USAKS)" <Emily.Metzger@usdoj.gov>
> Date: Mon, December 05, 2016 5:18 pm
> To: "David R. Cohen" <David@SpecialMaster.Law>
> Cc: "Beall, Thomas (USAKS) 1" <Thomas.Beall@usdoj.gov>, "Barnett, Debra (USAKS) 1" <Debra.Barnett@usdoj.gov>, "Slinkard, Duston (USAKS)" <Duston.Slinkard@usdoj.gov>, "Rask, Scott (USAKS)" <Scott.Rask@usdoj.gov>

Mr. Cohen,

After running some initial test searches with the assistance of our district's IT specialist, I suggest the following search inquiry:

`"recorded calls" OR "recorded call" OR "jail calls" OR "jail call" OR "CCA" OR "Corrections Corporation" OR "Securus" OR "inmate call" OR "inmate calls" OR "jail call" OR "audio call" OR "audio calls" OR "CCA video recordings" OR "CCA video recording" OR "telecon".`

During our test searches, we discovered that "telephone call" or "phone call" will produce far too many unrelated results. For example, our IT Specialist, who has never requested any of this material and has been here only a few years, produced more than 1,000 results just from a search of his own records. I, too, as a civil AUSA, for example, frequently send letters or e-mails confirming a telephone call with clients or opposing counsel, and, therefore, would produce a number of results to this search, but I have never sought or obtained any CCA material.

Similarly, I shortened "Corrections Corporation of America" to "Corrections Corporation", which should encompass all "Corrections Corporation of America" documents, but will avoid the volumes and volumes of unrelated material that contain the word "America", since we represent the United States of America in every case.

For the same reason, I did not include the word "Leavenworth". The word "Leavenworth" alone would produce volumes of documents pertaining to unrelated civil litigation that we handle in Leavenworth County, from the Leavenworth Military Base, the voluminous habeas cases we have from both Leavenworth Penitentiary and Leavenworth Military Prison, etc. I think any subpoena or request to CCA-Leavenworth will contain the term "CCA", so use of that term should adequately cover CCA-Leavenworth.

Please let me know if this revised search term and process is acceptable to you and I will proceed.

Thank you.

Emily
Emily B. Metzger
Assistant United States Attorney
301 N. Main St., Suite 1200
Wichita, KS 67202
Telephone:  (316) 269-6685
Fax:  (316) 269-6484
E-mail:  Emily.metzger@usdoj.gov

**From:** David R. Cohen [mailto:David@SpecialMaster.Law]
**Sent:** Wednesday, November 30, 2016 2:50 PM
**To:** Metzger, Emily (USAKS) <EMetzger@usa.doj.gov>
**Cc:** Barnett, Debra (USAKS) 1 <DBarnett1@usa.doj.gov>
**Subject:** RE: FW: Preservation Email -- US v. Black et al

BTW As to the search terms, I would add as follows:

**yours**: "recordings, jail calls, CCA, Corrections Corporation of America and Securus."

**add**: recording, inmate call, inmate calls, jail call, audio call, telephone call, phone call, telecon,

also: Leavenworth, if you think that won't be over-inclusive

thx

============================
This email sent from:
David R. Cohen Co. LPA
24400 Chagrin Blvd., Suite 300
Cleveland, OH 44122
216-831-0001 tel
866-357-3535 fax
[www.SpecialMaster.law](www.SpecialMaster.law)

-------- Original Message --------
Subject: RE: FW: Preservation Email -- US v. Black et al
From: "Metzger, Emily (USAKS)" <Emily.Metzger@usdoj.gov>
Date: Wed, November 30, 2016 3:12 pm
To: "David R. Cohen" <David@SpecialMaster.Law>
Cc: "Barnett, Debra (USAKS) 1" <Debra.Barnett@usdoj.gov>

Mr. Cohen,

Thank you for your time in speaking with us yesterday and in addressing these issues. I will make the corrections noted in blue and yellow below.

As to the suggested language in bold, I propose the following alternative language in bold below. The reason for the change in the last sentence is that I have no authority to be the litigation hold repository for the agencies nor any enforcement mechanism for such. I also have no authority to produce any of their documentation. It is my hope that the below language will be a suitable alternative to accomplish a prompt preservation and collection of responsive documentation.

**In addition, please forward a copy of this message to any agent with whom you have worked in the last five years who may have responsive information, as the Court's Order applies to these agents as well. You should inform any such agent that the court's order requires that the responsive information be preserved, and the Court's Special Master has directed that the information be collected and held pending further directive.**

As to the proposed search terms for the responsive information, we propose the following: "recordings, jail calls, CCA, Corrections Corporation of America and Securus."

Please let me know if the above language and search terms are acceptable to you. If so, I will include them in the preservation e-mail to staff and issue the litigation hold notice.

Thank you.

Emily

Emily B. Metzger
Assistant United States Attorney
301 N. Main St., Suite 1200
Wichita, KS 67202
Telephone:  (316) 269-6685
Fax:  (316) 269-6484
E-mail:  Emily.metzger@usdoj.gov

**From:** David R. Cohen [mailto:David@SpecialMaster.Law]
**Sent:** Tuesday, November 29, 2016 1:45 PM
**To:** Metzger, Emily (USAKS) <EMetzger@usa.doj.gov>
**Cc:** Barnett, Debra (USAKS) 1 <DBarnett1@usa.doj.gov>
**Subject:** RE: FW: Preservation Email -- US v. Black et al

Hi Emily, please see additional sentences below in **bold**.

Also note that the blue-highlighted sentence is no longer appropriate.

Thanks.

> -------- Original Message --------
> Subject: FW: Preservation Email -- US v. Black et al
> From: "Metzger, Emily (USAKS)"
> <Emily.Metzger@usdoj.gov>
> Date: Tue, November 22, 2016 6:03 pm
> To: "David@SpecialMaster.Law" <David@SpecialMaster.Law>
> Cc: "Barnett, Debra (USAKS) 1" <Debra.Barnett@usdoj.gov>
>
> Mr. Cohen,
>
> I am the Civil Chief and Litigation Hold Coordinator for the District of Kansas United States Attorney's Office.  I am working with Criminal Chief Deb Barnett on the *Black* preservation matter.  Thank you for your review and comments concerning the proposed preservation notice.  With your permission, I propose to add the following to the below e-mail to our staff.
>
> "Please note that, at this time, this is only a preservation notice, not a production request.  Therefore, you must preserve the information and inform me that you may have such information; you do not at this time need to provide or produce it."
>
> The purpose would be to inform staff that, although the information must be maintained and preserved, it should not be produced to me at this time.
>
> Please let me know if this proposed change is acceptable to you.  Thank you.
>
>> My proposed e-mail is as follows:

Colleagues,

Due to a preservation order entered by the United States District Court, I am advising you in my capacity as District Litigation Hold Coordinator to please immediately retain, preserve and prevent any destruction, deletion or purging of any and all written and electronic materials (including files, work product, pleadings, memoranda, subpoenas, administrative requests, handwritten notes, calendar items, e-mails, phone records, tasks and any other electronic records), wherever located or recorded (please note that this includes ceasing purging of closed files that contain any such materials), and regardless of when created, that may contain information about any of the items set forth in the list following this e-mail.

**In addition, please forward a copy of this message to any agent with whom you have worked in the last five years who may have responsive information, as the Court's Order applies to these agents as well.  You should direct any such agent to produce responsive information to me.**

As used in the list below, the phrase "attorney-client communication" means "any communication between an attorney and client, whether or not it is believed to be or may be privileged".

**Excepting items 18 and 19, [*You can delete this phrase, the time frame is the same for all items*]** the time frame at issue is January 1, 2011 through the present and continuing.  If you believe you have any of the following information, regardless of how much or how little, please let me know immediately.

As you are likely aware, there has been ongoing litigation in the case of *United States v. Black et al.* concerning much of the above information.   Please note, however, this preservation hold is not limited to the *Black* case and covers any and all such information that is in the possession of this office.  Further, this litigation hold is mandatory, not discretionary, and applies to each and every employee of the United States Attorney's Office for the District of Kansas.  If you have any questions about this, please contact me.  If you are uncertain whether an item falls within this hold, please error on the side of retention and contact me.

Finally, please acknowledge your receipt and thorough review of this e-mail by either 1) signing and dating a copy of it and sending it to me; or 2) responding to this e-mail with an e-mail

acknowledging that you have received and reviewed this e-mail in its entirety.

Thank you for your cooperation and assistance.

Emily

1) When, how, and/or why CCA has produced any video-recordings to the USAO or to any attorney, agent, agency, entity or individual, whether government (local, state, or federal) or non-government

2) When, how and/or why Securus has produced audio recordings to the USAO or to any attorney, agents, agency, entity or individuals, whether government (local, state or federal) or non-government

3) Any steps taken by Securus or CCA or other pretrial holding facilities to protect attorney-client audio, video or audio-video communications, such as blocking certain phone numbers or warning callers

4) Whether and how any measures described in item 3 above were communicated to either detainees or their attorneys

5) Whether other attorney-client communications, such as legal mail or videoconferencing, were **copied or** recorded by Securus or CCA or other pretrial holding facilities

6) Whether any information described in item 5 above was obtained by the USAO, any attorney, agent, agency, entity or individual, whether government (local, state or federal) or non-government

7) How the USAO or any attorney, agent, agency, entity or individual, whether government or non-government, came into possession of

any attorney-client communications, such as described in items 1 through 5 above

8) Any Government policy or practice related to obtaining materials described in items 1 through 5 above

9) Any specific cases in which **or [*delete*]** specific AUSAs, attorneys, or any other agent, agency, entity or individual, whether government (local, state or federal) or non-government, **who [*delete*]** obtained the materials described in items 1 through 5 above

10) Any prior policy and/or practice of Securus, CCA or any other pretrial holding facilities with regard to recording attorney-client communications

11) Occasions when Securus or CCA or other pretrial holding facilities have made available recordings of attorney-client communications to the USAO, or to any other attorney, agent, agency, entity or individual, whether government (local, state, or federal) or non-government

12) Any instances in which the USAO, or any attorney, agent, agency, entity or individual, whether government (local, state, or federal) or non-government, sought production, formally or informally, of any attorney-client communication from Securus **or CCA** or any pretrial holding facility for use in an investigation, grand jury proceeding, or prosecution or for any other reason

13) The means by which the USAO, any attorney, agent, agency, entity or individual, whether government (local, state, or federal) or non-government, sought production of the material described in item 12 above

14) Any instances in which the USAO, or any attorney, agent, agency, entity or individual, whether government (local, state, or federal) or non-government, came into possession of attorney-client materials from Securus or **CCA or** any pretrial holding facility

15) Any instances in which remedial or protective measures were taken to notify parties or otherwise protect the security of the materials described in **items 1 through 5 and 14 above**

16) Whether and how the USAO, any attorney, agent, agency, entity or individual, whether government (local, state, or federal) or non-government, has used or attempted to use attorney-client material in any investigation, grand jury proceeding, or litigation, or any other matter, regardless of whether the use or attempted use was disclosed to the Court or to the parties

17) Whether the USAO, any attorney, agent, agency, entity or individual, whether government (local, state, or federal) or non-government, did or attempted to request information from any entity concerning an attorney-client relationship, such as information concerning attorney fees or alleging conflicts of interest

18) Identification, by using visitation logs and other facility records, of attorneys and clients who met during the time span covered by any of the video or audio recordings described in the above items

19) Identification of attorneys and clients who communicated by phone or videoconferencing during the time span covered by the audio recordings described in the above items

**Debra L. Barnett** | Criminal Division Chief | United States Attorney's Office | District of Kansas | 301 N. Main, Suite 1200, Wichita, KS 67202 | ☎: **(316) 269-6481** | ✉: debra.barnett@usdoj.gov