Print | Close Window

| | |
|---|---|
| **Subject:** | search terms |
| **From:** | "David R. Cohen" <David@SpecialMaster.Law> |
| **Date:** | Thu, May 18, 2017 11:13 am |
| **To:** | "Metzger, Emily (USAKS)" <Emily.Metzger@usdoj.gov>, "Steeby, David (USAKS)" <David.Steeby@usdoj.gov>, "Beall, Thomas (USAKS) 1" <Thomas.Beall@usdoj.gov>, "Barnett, Debra (USAKS) 1" |
| **Cc:** | <Debra.Barnett@usdoj.gov>, "Slinkard, Duston (USAKS)" <Duston.Slinkard@usdoj.gov>, "Rask, Scott (USAKS)" <Scott.Rask@usdoj.gov>, "Ken Smiley" <ksmiley@americandiscovery.com> |
| **Attach:** | OUSA search terms.pdf |

Hi Emily,

In light of the Judge's recent "Phase III" order, I would like to finally resolve our discussion regarding search terms, and then have the OUSA produce responsive documents.

As of late January, David Steeby had created a set of search terms, using ProofPoint syntax, that incorporated my requests. For purposes of review, I reformatted those terms to make them more readable (by simply listing each "OR" segment on its own line) and also added several terms that I had requested but David had not yet added (e.g., last names of various additional individuals). The result is attached.

As I recall, however, David ran a search on his own repository and believed these search terms yielded many non-relevant results. To correct this, we discussed: (1) trying to determine whether certain "OR" segments were especially problematic, and (2) running the searches for only certain custodians. But I do not believe we came to any resolution.

We need to move forward on this as soon as possible. Please let me know when you and Mr. Steeby are available to discuss this.

Thanks,

-David

===========================
This email sent from:
David R. Cohen Co. LPA
24400 Chagrin Blvd., Suite 300
Cleveland, OH 44122
216-831-0001 tel
866-357-3535 fax
**www.SpecialMaster.law**

```
("record* call*"~20) OR
("record* video*"~20) OR
("record* audio*"~20) OR
("record* CCTV"~20) OR
("record* tape"~20) OR
("monitor* call*"~20) OR
("monitor* video*"~20) OR
("monitor* audio*"~20) OR
("monitor* CCTV"~20) OR
("monitor* tape"~20) OR
("view* video*"~20) OR
("review* video*"~20) OR
("jail call*"~20) OR
("jail video*"~20) OR
("jail record*"~20) OR
("jail monitor*"~20) OR
("prison* call*"~20) OR
("prison* video*"~20) OR
("prison* record*"~20) OR
("prison* monitor*"~20) OR
("CCA* call*"~20) OR
("CCA* video*"~20) OR
("CCA* record*"~20) OR
("CCA* monitor*"~20) OR
("Corrections call*"~20) OR
("Corrections video*"~20) OR
("Corrections record*"~20) OR
("Corrections monitor*"~20) OR
("Corporation call*"~20) OR
("Corporation video*"~20) OR
("Corporation record*"~20) OR
("Corporation monitor*"~20) OR
Securus OR
("inmate* call*"~20) OR
("inmate* video*"~20) OR
("inmate* record*"~20) OR
("inmate* monitor*"~20) OR
("detainee* call*"~20) OR
("detainee* video*"~20) OR
("detainee* record*"~20) OR
("detainee* monitor*"~20) OR
("audio* record*"~5) OR
("video* record*"~5) OR
("audio* monitor*"~5) OR
("video* monitor*"~5) OR
("inmate* account*"~2) OR
```

("prisoner* account*"~2) OR
("inmate* PIN*"~2) OR
("prisoner* PIN*"~2) OR
(Lajiness AND (call* OR video* OR record* OR monitor*)) OR
(Bigelow AND (call* OR video* OR record* OR monitor*)) OR
(Atkins AND ((call* OR video* OR record* OR monitor*)) OR
(Hall AND ((call* OR video* OR record* OR monitor*)) OR
(Kinney AND ((call* OR video* OR record* OR monitor*)) OR
(Thomas AND ((call* OR video* OR record* OR monitor*)) OR
(Johnson AND ((call* OR video* OR record* OR monitor*)) OR
(Johnston AND ((call* OR video* OR record* OR monitor*)) OR
(Cahill AND ((call* OR video* OR record* OR monitor*)) OR
(Seubert AND ((call* OR video* OR record* OR monitor*)) OR
(Hoffer AND ((call* OR video* OR record* OR monitor*)) OR
(Hanika AND ((call* OR video* OR record* OR monitor*)) OR
(Fitzpatrick AND ((call* OR video* OR record* OR monitor*)) OR
(Schuster AND ((call* OR video* OR record* OR monitor*)) OR
(Tomasic AND ((call* OR video* OR record* OR monitor*)) OR
(Flannigan AND ((call* OR video* OR record* OR monitor*)) OR
(Martin AND ((call* OR video* OR record* OR monitor*)) OR
(Catania AND ((call* OR video* OR record* OR monitor*)) OR
(McCracken AND ((call* OR video* OR record* OR monitor*)) OR
(Milliken AND ((call* OR video* OR record* OR monitor*)) OR
(Moorehead AND ((call* OR video* OR record* OR monitor*)) OR
(Rask AND ((call* OR video* OR record* OR monitor*)) OR
(Roberts AND ((call* OR video* OR record* OR monitor*)) OR
(Treadway AND ((call* OR video* OR record* OR monitor*)) OR
(Anderson AND ((call* OR video* OR record* OR monitor*)) OR
(Cash AND ((call* OR video* OR record* OR monitor*)) OR
(Clem AND ((call* OR video* OR record* OR monitor*)) OR
(Collins AND ((call* OR video* OR record* OR monitor*)) OR
(Guerrero AND ((call* OR video* OR record* OR monitor*)) OR
(Hall AND ((call* OR video* OR record* OR monitor*)) OR
(Hernandez AND ((call* OR video* OR record* OR monitor*)) OR
(Hinojosa AND ((call* OR video* OR record* OR monitor*)) OR
(Hodges AND ((call* OR video* OR record* OR monitor*)) OR
(Hood AND ((call* OR video* OR record* OR monitor*)) OR
(Howell AND ((call* OR video* OR record* OR monitor*)) OR
(Hudson AND ((call* OR video* OR record* OR monitor*)) OR
(Hunley AND ((call* OR video* OR record* OR monitor*)) OR
(Kenyon AND ((call* OR video* OR record* OR monitor*)) OR
(Marques AND ((call* OR video* OR record* OR monitor*)) OR
(McClain AND ((call* OR video* OR record* OR monitor*)) OR
(Parrish AND ((call* OR video* OR record* OR monitor*)) OR

(Perry AND ((call* OR video* OR record* OR monitor*)) OR
(Potter AND ((call* OR video* OR record* OR monitor*)) OR
(Preciado AND ((call* OR video* OR record* OR monitor*)) OR
(Roberts AND ((call* OR video* OR record* OR monitor*)) OR
(Strickler AND ((call* OR video* OR record* OR monitor*)) OR
(Trujillo AND ((call* OR video* OR record* OR monitor*)) OR
(Twaddle AND ((call* OR video* OR record* OR monitor*)) OR
(Vargas AND ((call* OR video* OR record* OR monitor*)) OR
(Fletcher AND ((call* OR video* OR record* OR monitor*)) OR
(Sallee AND ((call* OR video* OR record* OR monitor*)) OR
(Krug AND ((call* OR video* OR record* OR monitor*)) OR
(Gillespie AND ((call* OR video* OR record* OR monitor*)) OR
(Schloemer AND ((call* OR video* OR record* OR monitor*)) OR
(Gurin AND ((call* OR video* OR record* OR monitor*)) OR
(Wamble AND ((call* OR video* OR record* OR monitor*)) OR
"covert alert" OR
(prison* AND ("listen* call*"~20)) OR
(inmate* AND ("listen* call*"~20)) OR
(prison* AND ("watch* video*"~20)) OR
(inmate* AND ("watch* video*"~20)) OR
(prison* AND ("watch* record*"~20)) OR
(inmate* AND ("watch* record*"~20)) OR
(prison* AND ("listen* record*"~20)) OR
(inmate* AND ("listen* record*"~20)) OR
(prison* AND ("view* video*"~20)) OR
(inmate* AND ("view* video*"~20)) OR
(prison* AND ("view* record*"~20)) OR
(inmate* AND ("review* record*"~20)) OR
(prison* AND ("review* video*"~20)) OR
(inmate* AND ("review* video*"~20)) OR
(prison* AND ("review* record*"~20)) OR
(inmate* AND ("review* record*"~20)) OR
("request for CCA recorded")