# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 16-cr-20032-JAR |
| Plaintiff, ) | |
| ) | |
| v. ) | Entry of Appearance |
| ) | |
| LORENZO BLACK, ) | |
| KARL CARTER, ) | |
| ANTHONY AIONO, ) | |
| ALICIA TACKETT, and ) | |
| CATHERINE ROWLETTE, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Steven D. Clymer, Assistant United States Attorney for Northern District of New York and Special Attorney, appointed pursuant to 28 U.S.C. § 515 to represent the United States of America in connection with Phase III of the special master's investigation, hereby enters his appearance in this matter as attorney for the United States.

/////

/////

/////

/////

/////

/////

/////

Copies of all pleadings and correspondence should be served on Steven D. Clymer at the office of the United States Attorney for Northern District of New York shown below.

          Respectfully submitted,

          */s/ Steven D. Clymer*

          Steven D. Clymer
          Assistant United States Attorney
          U.S. Attorney's Office for the
          Northern District of New York
          900 Federal Building
          100 South Clinton Street
          Syracuse, New York 13261-7198
          Voice: (315) 448-0672
          Facsimile: (315) 448-0689
          steven.d.clymer@usdoj.gov

## Certificate of Service

I hereby certify that on the 3rd day of November, 2017, the foregoing was electronically filed with the clerk of the court for the District of Kansas using the CM/ECF system, which will send a notice of electronic filing to all counsel.

*S/Deanna Lieberman*
Deanna Lieberman
Paralegal Specialist
United States Attorney's Office
Northern District of New York
