# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  ) | |
| ) | Case No. 16-cr-20032-JAR |
| **Plaintiff,**  ) | |
| ) | |
| v.  ) | Motion to Reschedule Hearing |
| ) | |
| **LORENZO BLACK,**  ) | |
| **KARL CARTER,**  ) | |
| **ANTHONY AIONO,**  ) | |
| **ALICIA TACKETT, and**  ) | |
| **CATHERINE ROWLETTE,**  ) | |
| ) | |
| **Defendants.**  ) | |
| _____  ) | |

The United States of America, by and through its counsel of record, Assistant United States Attorney Steven Clymer, appointed as Special Attorney pursuant to 28 U.S.C. § 515 to represent the United States in connection with Phase III of the Special Master Investigation, hereby moves the Court to reschedule the hearing now set for November 28, 2017, due to a conflict with a required appearance in the Court of Appeals for the Second Circuit on that date. This motion is based on the files and records of this case and the affidavit of Steven D. Clymer, filed in conjunction with this motion.       .

                                              Respectfully submitted,

                                              Steven D. Clymer
                                              Special Attorney for the United States

## Certificate of Service

I hereby certify that on the 3rd day of November, 2017, the foregoing was electronically filed with the clerk of the court for the District of Kansas using the CM/ECF system, which will send a notice of electronic filing to all counsel.

*S/Deanna Lieberman*
Deanna Lieberman
Paralegal Specialist
United States Attorney's Office
Northern District of New York