# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | Case No. 16-CR-20032-JAR |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Notice of *Ex Parte* and Under Seal |
| ) | Filing of a Grand Jury Matter |
| **LORENZO BLACK,** ) | |
| **KARL CARTER,** ) | |
| **ANTHON AIONO,** ) | |
| **ALICIA TACKETT, and** ) | |
| **CATHERINE ROWLETTE,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

The United States of America, by and through its counsel of record, Assistant United States Attorney Steven Clymer, appointed as Special Attorney pursuant to 28 U.S.C. § 515 to represent the United States in connection with Phase III of the Special Master Investigation, hereby gives notice that it has filed a grand jury matter with the Court *ex parte* and under seal.

Respectfully submitted,

s/ Steven D. Clymer
STEVEN D. CLYMER
Assistant United States Attorney
United States Attorney's Office
For the Northern District of New York
900 Federal Building
100 South Clinton Street
Syracuse, New York 13261-7198
Phone: 315-448-0672
Fax:  315-448-0689
NDNY Bar # 509281
steven.d.clymer@usdoj.gov
*Special Attorney for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of November, 2017, the foregoing was electronically filed with the clerk of the court for the District of Kansas using the CM/ECF system, which will send a notice of electronic filing to all counsel.

s/ Steven D. Clymer
STEVEN D. CLYMER
