In the United States District Court
for the District of Kansas

**United States of America**,
   Plaintiff,

v.                                   Case No. **2:16-cr-20032-JAR**

**Lorenzo Black, et al.,**
   Defendants.

## Order for Production of Witnesses
### Fed. R. Crim. P. 17(b)

 The Federal Public Defender for the District of Kansas seeks one or more subpoenas under Rule 17(b) of the Federal Rules of Criminal Procedure. Based on the motion, this Court finds good cause to issue the subpoenas, and that each witness is necessary to present evidence relevant to matters before the Court. This Court further finds that the FPD, as movant, cannot pay the costs and fees associated with the subpoena(s).

 The clerk shall therefore issue the subpoenas detailed below. The United States shall pay the costs and fees associated with each subpoena. The United States Marshal for the District of Kansas (or a duly appointed deputy) is authorized to disburse the necessary funds to pay the costs and fees associated with each subpoena.

Name(s) of person(s) to be subpoenaed:

1. Tom Beall
   United States Attorney, District of Kansas
   44 S.E. Quincy, Suite 290
   Topeka, Kansas 66683

2. Emily Metzger
   First Assistant, United States Attorney
   1200 Epic Center, 301 N. Main
   Wichita, Kansas 67202

3. Debra Barnett
   Criminal Chief, Assistant United States Attorney
   1200 Epic Center, 301 N. Main
   Wichita, Kansas 67202

4. Kim Flannigan
   Assistant United States Attorney
   500 State Avenue, Suite 360
   Kansas City, Kansas 66101

5. Tris Hunt
   Assistant United States Attorney
   500 State Avenue, Suite 360
   Kansas City, Kansas 66101

6. Christopher Oakley
   Assistant United States Attorney
   500 State Avenue, Suite 360
   Kansas City, Kansas 66101

7. Scott Rask
   Criminal Coordinator, Assistant United States Attorney
   500 State Avenue, Suite 360
   Kansas City, Kansas 66101

8. Erin Tomasic
   *To be served through counsel:*
   Deatherage, Myers & Lackey, PLLC
   701 South Main Street
   P. O. Box 1065
   Hopkinsville, Kentucky 42241-1065

9. Lanny Welch
   Assistant United States Attorney
   1200 Epic Center, 301 N. Main
   Wichita, Kansas 67202

10. David Zabel
    Assistant United States Attorney
    500 State Avenue, Suite 360
    Kansas City, Kansas 66101

11. Pauletta Boyd
    Litigation Support Specialist
    500 State Avenue, Suite 360
    Kansas City, Kansas 66101

12. Dave Steeby
    Systems Manager
    500 State Avenue, Suite 360
    Kansas City, Kansas 66101

Place and time of appearance:

On January 18, 2018 at 9:00 a.m., in Courtroom No. 427 of the Kansas City, Kansas Courthouse.

IT IS SO ORDERED.

Dated: December 15, 2017

 S/ Julie A. Robinson
JULIE A. ROBINSON
CHIEF UNITED STATES DISTRICT JUDGE