| AGENCY # | AGENCY | INMATE NAME | HOUSING | VISITOR ID | VISITOR NAME | START DATE/TIME | END DATE/TIME | VISIT LENGTH | OFFICIAL VISIT |
|---|---|---|---|---|---|---|---|---|---|
| 17878045 | WMO | CARTER, DUANE C | | 1710942 | CARTER, TAMECA  - NON-CONTACT | 10/24/2014 18:50 | 10/24/2014 19:22 | 0:31 | N |
| 17878045 | WMO | CARTER, DUANE C | | 1681310 | CALLAHAN, LUKE F  - ATTORNEY | 10/07/2014 13:26 | 10/07/2014 15:49 | 2:22 | Y |
| 17878045 | WMO | CARTER, DUANE C | | 212754 | OCONNOR, PATRICK JAMES  - ATTORNEY | 10/07/2014 13:26 | 10/07/2014 15:49 | 2:23 | Y |
| 17878045 | WMO | CARTER, DUANE C | | 136542 | HOLLOMAN-HUGHES, RONNA ANN  - ATTORNEY | 04/07/2014 13:41 | 04/07/2014 15:27 | 1:45 | Y |
| 17878045 | WMO | CARTER, DUANE C | | 1710942 | CARTER, TAMECA  - NON-CONTACT | 12/21/2014  9:03 | 12/21/2014 10:03 | 1:00 | N |
| 17878045 | WMO | CARTER, DUANE C | | 43563 | BUSH, DOUGLAS ALLEN  - ATTORNEY | 07/11/2014  9:02 | 07/11/2014 11:51 | 2:49 | Y |
| 17878045 | WMO | CARTER, DUANE C | | 212754 | OCONNOR, PATRICK JAMES  - ATTORNEY | 10/31/2014 13:21 | 10/31/2014 15:14 | 1:53 | Y |
| 12835045 | WMO | CARTER, KARL ROBERT | | 1719111 | HERNADEZ, LAURA  - NON-CONTACT | 10/21/2014 17:42 | 10/21/2014 18:15 | 0:33 | N |
| 12835045 | WMO | CARTER, KARL ROBERT | | 1719111 | HERNADEZ, LAURA  - NON-CONTACT | 10/07/2014 17:03 | 10/07/2014 17:38 | 0:35 | N |
| 12835045 | WMO | CARTER, KARL ROBERT | | 1719111 | HERNADEZ, LAURA  - NON-CONTACT | 12/30/2014 17:12 | 12/30/2014 18:11 | 0:59 | N |
| 12835045 | WMO | CARTER, KARL ROBERT | | 1719111 | HERNADEZ, LAURA  - NON-CONTACT | 12/02/2014  0:00 | 12/03/2014  9:00 | 33:00 | N |
| 12835045 | WMO | CARTER, KARL ROBERT | | 47954 | JOHNSTON, JOHN JUSTIN  - ATTORNEY | 09/10/2014  9:01 | 09/10/2014 12:25 | 3:24 | Y |
| 12835045 | WMO | CARTER, KARL ROBERT | | 1726963 | ALLEN, VANESSA  - NON-CONTACT | 08/05/2014 17:20 | 08/05/2014 17:50 | 0:30 | N |
| 12835045 | WMO | CARTER, KARL ROBERT | | 1719111 | HERNADEZ, LAURA  - NON-CONTACT | 08/12/2014 17:20 | 08/12/2014 17:50 | 0:30 | N |
| 12835045 | WMO | CARTER, KARL ROBERT | | 1719111 | HERNADEZ, LAURA  - NON-CONTACT | 09/09/2014 17:32 | 09/09/2014 18:02 | 0:29 | N |
| 12835045 | WMO | CARTER, KARL ROBERT | | 44297 | EDINGTON, EIMEE E  - ATTORNEY | 08/22/2014  9:43 | 08/22/2014 12:13 | 2:29 | Y |
| 12835045 | WMO | CARTER, KARL ROBERT | | 1719111 | HERNADEZ, LAURA  - NON-CONTACT | 11/04/2014 17:29 | 11/04/2014 18:16 | 0:46 | N |
| 12835045 | WMO | CARTER, KARL ROBERT | | 1719111 | HERNADEZ, LAURA  - NON-CONTACT | 09/23/2014 17:30 | 09/23/2014 18:17 | 0:47 | N |
| 12835045 | WMO | CARTER, KARL ROBERT | | 1719111 | HERNADEZ, LAURA  - NON-CONTACT | 12/16/2014 16:53 | 12/16/2014 17:26 | 0:32 | N |
| 24457031 | KCK | CARTER, RICHARD DENNIS JR | | 1740097 | WILLIAMSON, SUE - NON-CONTACT | 09/12/2014 18:43 | 09/12/2014 19:15 | 0:32 | N |
| 24457031 | KCK | CARTER, RICHARD DENNIS JR | | 1646384 | RAMSEY, CHEKASHA FAWN  - ATTORNEY | 07/02/2014  8:27 | 07/02/2014 11:11 | 2:44 | Y |
| 24457031 | KCK | CARTER, RICHARD DENNIS JR | | 1703620 | CARTER, ALICIA MARRIE  - NON-CONTACT | 06/24/2014 16:51 | 06/24/2014 17:18 | 0:26 | N |
| 24457031 | KCK | CARTER, RICHARD DENNIS JR | | 1646384 | RAMSEY, CHEKASHA FAWN  - ATTORNEY | 06/04/2014 13:31 | 06/04/2014 16:48 | 3:16 | Y |
| 24457031 | KCK | CARTER, RICHARD DENNIS JR | | 1646384 | RAMSEY, CHEKASHA FAWN  - ATTORNEY | 09/22/2014 12:50 | 09/22/2014 16:07 | 3:16 | Y |
| 24457031 | KCK | CARTER, RICHARD DENNIS JR | | 1646384 | RAMSEY, CHEKASHA FAWN  - ATTORNEY | 05/20/2014  9:51 | 05/20/2014 15:12 | 5:21 | Y |
| 24457031 | KCK | CARTER, RICHARD DENNIS JR | | 1646384 | RAMSEY, CHEKASHA FAWN  - ATTORNEY | 09/11/2014  9:46 | 09/11/2014 12:29 | 2:43 | Y |
| 24457031 | KCK | CARTER, RICHARD DENNIS JR | | 1703619 | WILLIAMSON, SUE V.  - NON-CONTACT | 06/17/2014 17:15 | 06/17/2014 18:01 | 0:46 | N |
| 24457031 | KCK | CARTER, RICHARD DENNIS JR | | 1740096 | CARTER, ALICIA  - NON-CONTACT | 09/19/2014 20:25 | 09/19/2014 21:07 | 0:42 | N |
| 24457031 | KCK | CARTER, RICHARD DENNIS JR | | 1740096 | CARTER, ALICIA  - NON-CONTACT | 09/12/2014 18:43 | 09/12/2014 19:15 | 0:31 | N |
| 24457031 | KCK | CARTER, RICHARD DENNIS JR | | 1703620 | CARTER, ALICIA MARRIE  - NON-CONTACT | 06/17/2014 17:15 | 06/17/2014 18:01 | 0:46 | N |
| 24457031 | KCK | CARTER, RICHARD DENNIS JR | | 1703620 | CARTER, ALICIA MARRIE  - | 07/01/2014 17:30 | 07/01/2014 18:08 | 0:38 | N |
| 24457031 | KCK | CARTER, RICHARD DENNIS JR | | 1646384 | RAMSEY, CHEKASHA FAWN  - ATTORNEY | 05/16/2014 12:56 | 05/16/2014 16:07 | 3:10 | Y |

CCA DRIVE-274024

| AGENCY # | AGENCY | INMATE NAME | HOUSING | VISITOR ID | VISITOR NAME | START DATE/TIME | END DATE/TIME | VISIT LENGTH | OFFICIAL VISIT |
|---|---|---|---|---|---|---|---|---|---|
| 25040045 | WMO | CARRIZALES, MIGUEL ANGEL | | 1742320 | TELLEZ, ELIZABETH  - | 02/19/2015 18:22 | 02/19/2015 19:18 | 0:56 | N |
| 26745045 | WMO | CARROLL, AMBER E | | 44154 | KNIGHT, JOHN  - LAW ENFORCEMENT | 02/11/2015 10:30 | 02/11/2015 11:07 | 0:36 | Y |
| 27600045 | WMO | CARROLL, CHARLES | | 43564 | BURNS, ANITA L.  - | 04/24/2015  8:10 | 04/24/2015 13:31 | 5:21 | Y |
| 17878045 | WMO | CARTER, DUANE C | | 212754 | OCONNOR, PATRICK JAMES  - ATTORNEY | 06/03/2015 14:52 | 06/03/2015 16:20 | 1:27 | Y |
| 17878045 | WMO | CARTER, DUANE C | | 1710942 | CARTER, TAMECA  - NON-CONTACT | 03/29/2015  9:20 | 03/29/2015 10:06 | 0:45 | N |
| 17878045 | WMO | CARTER, DUANE C | | 212754 | OCONNOR, PATRICK JAMES  - ATTORNEY | 03/12/2015 15:27 | 03/12/2015 17:14 | 1:46 | Y |
| 12835045 | WMO | CARTER, KARL ROBERT | | 47954 | JOHNSTON, JOHN JUSTIN  - ATTORNEY | 05/27/2015 13:33 | 05/27/2015 16:37 | 3:04 | Y |
| 12835045 | WMO | CARTER, KARL ROBERT | | 47954 | JOHNSTON, JOHN JUSTIN  - ATTORNEY | 04/16/2015  8:28 | 04/16/2015  9:53 | 1:25 | Y |
| 12835045 | WMO | CARTER, KARL ROBERT | | 1719111 | HERNADEZ, LAURA  - | 06/18/2015 16:45 | 06/18/2015 17:14 | 0:28 | N |
| 12835045 | WMO | CARTER, KARL ROBERT | | 1726963 | ALLEN, VANESSA  - | 06/18/2015 16:45 | 06/18/2015 17:14 | 0:28 | N |
| 12835045 | WMO | CARTER, KARL ROBERT | | 1719111 | HERNADEZ, LAURA  - | 11/05/2015 16:49 | 11/05/2015 17:26 | 0:37 | N |
| 12835045 | WMO | CARTER, KARL ROBERT | | 1719111 | HERNADEZ, LAURA  - | 03/09/2015 18:45 | 03/09/2015 21:12 | 2:27 | N |
| 12835045 | WMO | CARTER, KARL ROBERT | | 1835784 | BLACK, LOPRENZO  - | 12/10/2015 16:14 | 12/10/2015 18:16 | 2:01 | N |
| 12835045 | WMO | CARTER, KARL ROBERT | | 47954 | JOHNSTON, JOHN JUSTIN  - ATTORNEY | 02/20/2015 13:20 | 02/20/2015 16:05 | 2:45 | Y |
| 12835045 | WMO | CARTER, KARL ROBERT | | 47954 | JOHNSTON, JOHN JUSTIN  - ATTORNEY | 05/20/2015  9:05 | 05/20/2015 10:22 | 1:17 | Y |
| 12835045 | WMO | CARTER, KARL ROBERT | | 1835784 | BLACK, LOPRENZO  - NON-CONTACT | 12/31/2015 16:45 | 12/31/2015 19:32 | 2:47 | N |
| 12835045 | WMO | CARTER, KARL ROBERT | | 1719109 | CARTER, CARL  - | 06/18/2015 16:45 | 06/18/2015 17:14 | 0:28 | N |
| 12835045 | WMO | CARTER, KARL ROBERT | | 47954 | JOHNSTON, JOHN JUSTIN  - ATTORNEY | 10/05/2015  8:41 | 10/05/2015 10:49 | 2:08 | Y |
| 12835045 | WMO | CARTER, KARL ROBERT | | 1719109 | CARTER, CARL  - NON-CONTACT | 12/31/2015 16:45 | 12/31/2015 19:32 | 2:47 | N |
| 12835045 | WMO | CARTER, KARL ROBERT | | 1835784 | BLACK, LOPRENZO  - | 12/24/2015 17:37 | 12/24/2015 18:17 | 0:39 | N |
| 23181045 | WMO | CARTWRIGHT, JAMES PAUL | C/G/105/H | 911635 | KELLY, DAVID ANDREW  - ATTORNEY | 12/30/2015 13:23 | 12/30/2015 16:19 | 2:56 | Y |
| 1299500W | WCO | CASAS-ESTRADA, JULIO CEASER | | 1812398 | GUERRERO, MARIA  - | 05/30/2015 17:31 | 05/30/2015 18:27 | 0:56 | N |
| 1299500W | WCO | CASAS-ESTRADA, JULIO CEASER | | 1821330 | SNELLER, KELLY J  - OTHER | 07/14/2015 13:45 | 07/14/2015 14:40 | 0:55 | Y |
| 1299500W | WCO | CASAS-ESTRADA, JULIO CEASER | | 1823053 | GUERRERO, MARIA  - | 08/08/2015 17:42 | 08/08/2015 19:05 | 1:22 | N |
| 1299500W | WCO | CASAS-ESTRADA, JULIO CEASER | | 1817320 | GUERRERO, MARIA  - | 07/11/2015 17:02 | 07/11/2015 17:27 | 0:24 | N |
| 1299500W | WCO | CASAS-ESTRADA, JULIO CEASER | | 1812398 | GUERRERO, MARIA  - | 06/06/2015 17:17 | 06/06/2015 17:48 | 0:31 | N |
| 1299500W | WCO | CASAS-ESTRADA, JULIO CEASER | | 1823053 | GUERRERO, MARIA  - NON-CONTACT | 07/25/2015 17:26 | 07/25/2015 18:03 | 0:36 | N |
| 1299500W | WCO | CASAS-ESTRADA, JULIO CEASER | | 1817320 | GUERRERO, MARIA  - | 06/27/2015 16:55 | 06/27/2015 17:26 | 0:31 | N |
| 1299500W | WCO | CASAS-ESTRADA, JULIO CEASER | | 1817320 | GUERRERO, MARIA  - | 07/18/2015 16:49 | 07/18/2015 17:20 | 0:30 | N |
| 25128031 | KCK | CASAS-TARIM, GERALDO | C/H/204/F | 1803243 | MONTOYA, ESTER DEL CARMEN RODRIGUEZ  - | 08/09/2015 10:47 | 08/09/2015 11:16 | 0:28 | N |
| 25128031 | KCK | CASAS-TARIM, GERALDO | C/H/204/F | 1803238 | MONTOYA, JESSICA IVETTE RODRI  - | 07/05/2015 10:24 | 07/05/2015 11:11 | 0:47 | N |
| 25128031 | KCK | CASAS-TARIM, GERALDO | C/H/204/F | 209861 | BROSTE, ISAURA DOLORES  - INTERPRETER | 08/05/2015 12:15 | 08/05/2015 14:06 | 1:50 | Y |
| 25128031 | KCK | CASAS-TARIM, GERALDO | C/H/204/F | 1803238 | MONTOYA, JESSICA IVETTE RODRI  - NON-CONTACT | 07/26/2015  9:25 | 07/26/2015 11:22 | 1:57 | N |

DAILY VISITATION LOG

CCA DRIVE-274612