

Camera No            : Camera 10
Camera Name       :
Date & Time          : 04-08-2016 19:32:08
Resolution            : 320 X 240
DX8100 Server Name :