AO 110 (Rev 01/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

SUBPOENA TO TESTIFY BEFORE A GRAND JURY    2016R00166-49

To: Custodian of Records: Correction Corporation of America - Leavenworth
100 Highway Terrace, Leavenworth, KS 66048

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | Date and Time: |
|---|---|
| United States Courthouse<br>444 SE Quincy<br>Topeka, KS 66683 | 5/4/2016 @ 9:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*: Please see attachment for requested documents and/or objects

IN LIEU OF YOUR PERSONAL APPEARANCE before the Federal Grand Jury, the requested material may be sealed and mailed addressed to the following before: 5/4/2016

John Seubert, U.S. Secret Service
1150 Grand Avenue, Suite 510, Kansas City, MO 64106
Tele: 816-283-0321 (Fax)

Date: 4/12/2016

TIMOTHY M. O'BRIEN
CLERK OF COURT

*Signature of Clerk or Deputy Clerk* — Mike Mort

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:

Erin S. Tomasic, Special Assistant U.S. Attorney
500 State Ave., Suite 360
Kansas City, KS 66101  (913) 551-6730

**EXHIBIT 3**

## ATTACHMENT TO GRAND JURY SUBPOENA

The following information is requested from Corrections Corporation of America (CCA) for its facility in Leavenworth, Kansas:

All video footage or still images currently retained by the Corrections Corporation of America (CCA) depicting any internal or external surveillance video or still image taken between July 2014 and April 12, 2016 at the CCA facility in Leavenworth, Kansas.