In the United States District Court
for the District of Kansas

---

**United States of America**,
        Plaintiff,

v.                                          Case No. **2:16-cr-20032-JAR**

**Lorenzo Black, et al.,**
        Defendants.

---

**Order for Production of Witnesses**
**Fed. R. Crim. P. 17(b)**

---

The Federal Public Defender for the District of Kansas seeks one or more subpoenas under Rule 17(b) of the Federal Rules of Criminal Procedure. Based on the motion, this Court finds good cause to issue the subpoenas, and that each witness is necessary to present evidence relevant to matters before the Court. This Court further finds that the FPD, as movant, cannot pay the costs and fees associated with the subpoena(s).

The clerk shall therefore issue the subpoenas detailed below. The United States shall pay the costs and fees associated with each subpoena. The United States Marshal for the District of Kansas (or a duly appointed deputy) is authorized to disburse the necessary funds to pay the costs and fees associated with each subpoena.

2

Name(s) of person(s) to be subpoenaed:

1. Sgt. Wayne Bigelow
   Corrections Corporation of America/CoreCivic
   100 Highway Terrace
   Leavenworth, Kansas 66048

2. Sgt. Ken Lajiness
   Corrections Corporation of America/CoreCivic
   100 Highway Terrace
   Leavenworth, Kansas 66048

Place and time of appearance:

On January 18, 2018 at 9:00 a.m., in Courtroom No. 427 of the Kansas City, Kansas Courthouse.

So ordered on this 27th day of December, 2017.

S/ Julie A. Robinson
Honorable Julie A. Robinson
United States District Court Chief Judge
