# U.S. District Court
## Western District of Missouri (Kansas City)
### CRIMINAL DOCKET FOR CASE #: 4:14-cr-00193-DGK-1

Case title: USA v. Carter et al  
Magistrate judge case number: 4:14-mj-00112-JTM

Date Filed: 07/08/2014  
Date Terminated: 05/24/2016

Assigned to: Chief District Judge Greg Kays  
Referred to: Magistrate Judge John T. Maughmer

### Defendant (1)

**Karl Robert Carter**  
*TERMINATED: 05/24/2016*

represented by **FPD**  
Federal Public Defender  
818 Grand Boulevard  
Suite 300  
Kansas City, MO 64106  
(816) 471-8282  
Email: belinda_bye@fd.org  
*TERMINATED: 09/05/2014*  
*LEAD ATTORNEY*  
*Designation: Public Defender or Community Defender Appointment*

**John Justin Johnston**  
Johnston Law Firm LLC  
811 Grand Blvd.  
#101  
Kansas City, MO 64106  
816-739-4538  
Fax: 816-421-5403  
Email: jjj@johnstonlawkc.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: CJA Appointment*

**Travis Poindexter**  
Federal Public Defender's Office - KCMO  
818 Grand Avenue  
Suite 300  
Kansas City, MO 64106  
(816) 471-8282  
Fax: (816) 471-8008  
Email: travis_poindexter@fd.org

TERMINATED: 09/05/2014
LEAD ATTORNEY
Designation: Public Defender or
Community Defender Appointment

| **Pending Counts** | **Disposition** |
|---|---|
| CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (1) | The defendant pleaded guilty to Count 1 (lesser included) of the Indictment on June 4, 2015. The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of 230 months, with 3 years of supervised release to follow. MPA of $100 imposed. No fine. No restitution. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| UNLAWFUL TRANSPORT OF FIREARMS, ETC. (2) | Dismissed upon Government motion. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| On or about June 25, 2014, in the Western District of Missouri, the defendant, Karl Robert Carter, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowing possess, in and affecting commerce, a firearm, to wit, a Ruger, Model LC9, 9mm pistol, Serial Number 324-03416, which had been transported in interstate commerce, contrary to the provisions of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2)., 18:922G.F | |

**Plaintiff**
**USA**                                             represented by

**Rudolph Robert Rhodes , IV**
United States Attorney's Office-KCMO
400 E 9th Street
Suite 5510
Kansas City, MO 64106
816-426-4293
Fax: 816-426-3126
Email: rudolph.rhodes@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/26/2014 | 1 | COMPLAINT as to Karl Robert Carter (1). (Attachments: # 1 Affidavit) (Martinez, Kerry) [4:14-mj-00112-JTM] (Entered: 06/26/2014) |
| 06/26/2014 | | ARREST of Karl Robert Carter (Martinez, Kerry) [4:14-mj-00112-JTM] (Entered: 06/26/2014) |
| 06/26/2014 | 2 | MOTION for detention hearing by USA as to Karl Robert Carter. (Martinez, Kerry) [4:14-mj-00112-JTM] (Entered: 06/26/2014) |
| 06/26/2014 | 3 | MOTION to continue detention hearing by USA as to Karl Robert Carter. (Martinez, Kerry) [4:14-mj-00112-JTM] (Entered: 06/26/2014) |
| 06/26/2014 | 4 | Minute Entry for proceedings held before Magistrate Judge John T. Maughmer: INITIAL APPEARANCE as to Karl Robert Carter held on 6/26/2014. Financial affidavit completed. Counsel to be appointed. The Court grants Government's 2 motion for detention hearing and 3 motion to continue detention hearing as to Karl Robert Carter (1). Detention Hearing and Preliminary Hearing set for 7/1/2014 02:30 PM in Courtroom 7E, Kansas City (JTM) before Magistrate Judge John T. Maughmer. To order a transcript of this hearing please contact Kerry Martinez, 816-512-5759. (Martinez, Kerry) [4:14-mj-00112-JTM] (Entered: 06/26/2014) |
| 06/26/2014 | 5 | AFFIDAVIT of Financial Status of Karl Robert Carter. (Martinez, Kerry) [4:14-mj-00112-JTM] (Entered: 06/26/2014) |
| 06/26/2014 | 6 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Karl Robert Carter. Signed on 6/26/14 by Magistrate Judge John T. Maughmer.(Martinez, Kerry) [4:14-mj-00112-JTM] (Entered: 06/26/2014) |
| 06/26/2014 | 7 | ORDER AUTHORIZING TEMPORARY TRANSFER OF CUSTODY ON CONSENT as to Karl Robert Carter.. Signed on 6/26/14 by Magistrate Judge John T. Maughmer.(Martinez, Kerry) [4:14-mj-00112-JTM] (Entered: 06/26/2014) |
| 06/26/2014 | | Attorney update in case Travis Poindexter for Karl Robert Carter added. (Chorny, Traci) (Entered: 07/09/2014) |
| 07/01/2014 | 10 | Minute Entry for proceedings held before Magistrate Judge John T. Maughmer: DETENTION HEARING AND PRELIMINARY HEARING as to Karl Robert |

| | | |
|---|---|---|
| | | Carter held on 7/1/2014. Defendant waived preliminary hearing. Government's motion for pretrial detention granted. Defendant is remanded to custody. To order a transcript of this hearing please contact Kerry Martinez, 816-512-5759. (Martinez, Kerry) [4:14-mj-00112-JTM] (Entered: 07/02/2014) |
| 07/01/2014 | 11 | WAIVER of Preliminary Hearing by Karl Robert Carter. This document contains original signatures of non attorneys and is being maintained in a paper file at the court. (Martinez, Kerry) [4:14-mj-00112-JTM] (Entered: 07/02/2014) |
| 07/02/2014 | 9 | ORDER OF DETENTION. Signed on 7/2/14 by Magistrate Judge John T. Maughmer.(Rollheiser, Sandy) [4:14-mj-00112-JTM] (Entered: 07/02/2014) |
| 07/08/2014 | 12 | ARREST WARRANT RETURNED EXECUTED on 06/26/2014 as to Karl Robert Carter. This document contains original signatures of non attorneys and is being maintained in a paper file at the court.(Houston, Kiambu) [4:14-mj-00112-JTM] (Entered: 07/08/2014) |
| 07/08/2014 | 13 | INDICTMENT as to Karl Robert Carter (1) count(s) 1, 2, Mary E Lester (2) count(s) 1. (Attachments: # 1 Criminal Cover Sheet, # 2 Criminal Cover Sheet) (Martin, Jan) (Entered: 07/09/2014) |
| 07/08/2014 | 14 | ORDER REFERRING CASE to Magistrate Judge John T Maughmer as to Karl Robert Carter, Mary E Lester. Signed on July 8, 2014 by Chief District Judge Greg Kays.(Martin, Jan) (Entered: 07/09/2014) |
| 07/14/2014 | 15 | NOTICE OF HEARING as to Karl Robert Carter. This is the official notice for this hearing. Initial Appearance and Arraignment set for 7/15/2014 10:30 AM in Courtroom 7E, Kansas City (JTM) before Magistrate Judge John T. Maughmer. This is a TEXT ONLY ENTRY. No document is attached.(Martinez, Kerry) (Entered: 07/14/2014) |
| 07/15/2014 | 18 | Minute Entry for proceedings held before Magistrate Judge John T. Maughmer: INITIAL APPEARANCE AND ARRAIGNMENT as to Karl Robert Carter (1) Count 1,2 held on 7/15/2014. Scheduling Conference set for 7/29/2014 02:45 PM in Courtroom 7E, Kansas City (JTM) before Magistrate Judge John T. Maughmer. Case set on the 8/18/14 trial docket. To order a transcript of this hearing please contact Kerry Martinez, 816-512-5759. (Martinez, Kerry) (Entered: 07/15/2014) |
| 07/29/2014 | 28 | Minute Entry for proceedings held before Magistrate Judge John T. Maughmer: SCHEDULING CONFERENCE as to Karl Robert Carter, Mary E Lester held on 7/29/2014. Defendant Lester's motion to continue the trial setting will be granted. Trial date is continued to 1/12/15. To order a transcript of this hearing please contact Kerry Martinez, 816-512-5759. (Martinez, Kerry) (Entered: 07/30/2014) |
| 08/01/2014 | 29 | SCHEDULING AND TRIAL ORDER as to Karl Robert Carter, Mary E Lester granting 27 motion to continue. Accelerated Jury Trial is continued from 8/18/14 to 1/12/2015. See Order for deadlines. Signed on 8/1/14 by Magistrate Judge John T. Maughmer.(Rollheiser, Sandy) (Entered: 08/01/2014) |
| 08/26/2014 | 32 | |

| | | |
|---|---|---|
| | | MOTION to withdraw as attorney by Travis D. Poindexter. by Karl Robert Carter. Suggestions in opposition/response due by 9/12/2014 unless otherwise directed by the court. (Poindexter, Travis) (Entered: 08/26/2014) |
| 09/05/2014 | 33 | ORDER granting 32 motion to withdraw as attorney. FPD and Travis Poindexter withdrawn from case and appointing J. Justin Johnston as new counsel as to Karl Robert Carter (1). Signed on 9/5/14 by Magistrate Judge John T. Maughmer. (Rollheiser, Sandy) (Entered: 09/05/2014) |
| 10/06/2014 | 34 | MOTION for extension of time to file *pretrial motions* by Karl Robert Carter. Suggestions in opposition/response due by 10/23/2014 unless otherwise directed by the court. (Johnston, John) (Entered: 10/06/2014) |
| 10/19/2014 | 35 | ORDER granting 34 motion for extension of time to file as to Karl Robert Carter (1) to 10/20/14 to file pretrial motions. Signed on 10/19/14 by Magistrate Judge John T. Maughmer. (Rollheiser, Sandy) (Entered: 10/19/2014) |
| 12/11/2014 | 37 | ORDER setting pretrial conference as to Karl Robert Carter, Mary E Lester. Pretrial Conference set for 12/30/2014 02:20 PM in Courtroom 7E, Kansas City (JTM) before Magistrate Judge John T. Maughmer.(Martinez, Kerry) (Entered: 12/11/2014) |
| 12/15/2014 | 38 | MOTION to continue *jury trial* by Karl Robert Carter. Suggestions in opposition/response due by 1/2/2015 unless otherwise directed by the court. (Johnston, John) (Entered: 12/15/2014) |
| 12/19/2014 | 39 | ORDER granting motion to continue 38 as to Karl Robert Carter (1). Accelerated Jury Trial set for 1/12/2015 is set for 6/8/2015. Signed on 12/19/2014 by Magistrate Judge John T. Maughmer. (Stepp, Jane) (Entered: 12/19/2014) |
| 12/21/2014 | | NOTICE OF HEARING CANCELLATION as to Karl Robert Carter, Mary E Lester. The Pretrial Conference scheduled for 12/30/14 at 2:20 p.m. has been cancelled. The trial setting has been continued to 6/8/15. This is a TEXT ONLY ENTRY. No document is attached.(Martinez, Kerry) (Entered: 12/21/2014) |
| 05/13/2015 | 47 | ORDER setting pretrial conference as to Karl Robert Carter, Mary E Lester. Pretrial Conference set for 5/28/2015 09:20 AM in Courtroom 7E, Kansas City (JTM) before Magistrate Judge John T. Maughmer.. Signed on 5/13/15 by Magistrate Judge John T. Maughmer.(Martinez, Kerry) (Entered: 05/13/2015) |
| 05/26/2015 | 48 | NOTICE OF HEARING as to Karl Robert Carter and NOTICE OF HEARING CANCELLATION as to Karl Robert Carter. The Pretrial Conference as to Deft. Carter scheduled for 5/28/15 has been cancelled. Change of Plea Hearing set for 6/4/2015 01:30 PM in Courtroom 7E, Kansas City (JTM) before Magistrate Judge John T. Maughmer.This is a TEXT ONLY ENTRY. No document is attached.(Martinez, Kerry) (Entered: 05/26/2015) |
| 05/27/2015 | 50 | ORDER granting motion to continue 49 as to Mary E Lester (2). The case as to Karl Robert Carter, Mary E Lester is continued. Accelerated Jury Trial set for 6/8/2015 is continued to 7/13/2015. Signed on 5/27/2015 by Magistrate Judge John T. Maughmer. (Stepp, Jane) (Entered: 05/27/2015) |
| 06/04/2015 | 51 | |

| | | |
|---|---|---|
| | | Minute Entry for proceedings held before Magistrate Judge John T. Maughmer: CHANGE OF PLEA HEARING as to Karl Robert Carter held on 6/4/2015. Defendant entered plea of guilty to lesser included offense in Count One of the indictment. Court will enter a report and recommendation. To order a transcript of this hearing please contact Kerry Martinez, 816-512-5759. (Martinez, Kerry) (Entered: 06/04/2015) |
| 06/04/2015 | 52 | REPORT AND RECOMMENDATIONS on Plea of Guilty as to Karl Robert Carter. Objections to R&R due by 6/22/2015. Signed on 6/4/15 by Magistrate Judge John T. Maughmer.(Martinez, Kerry) (Entered: 06/04/2015) |
| 06/04/2015 | 53 | PLEA AGREEMENT as to Karl Robert Carter (Rhodes, Rudolph) (Entered: 06/04/2015) |
| 06/24/2015 | 56 | ORDER granting motion to continue 55 as to Mary E Lester (2). Accelerated Jury Trial set for 7/13/2015 is continued to 8/17/2015. Signed on 6/25/2015 by Magistrate Judge John T. Maughmer. (Stepp, Jane) (Entered: 06/24/2015) |
| 07/06/2015 | 58 | ACCEPTANCE of Plea of guilty and Adjudication of Guilt as to Karl Robert Carter (1). Signed on 7/6/15 by Chief District Judge Greg Kays. (Francis, Alexandra) (Entered: 07/06/2015) |
| 09/14/2015 | 65 | NOTICE OF HEARING as to Karl Robert Carter. This is the official notice for this hearing. Sentencing set for 10/6/2015 02:00 PM in Courtroom 8D, Kansas City (DGK) before Chief District Judge Greg Kays. **Optional sentencing memorandum due 15 days before hearing. Mandatory response due 5 days thereafter. Counsel who plan to argue variance under Gall v. U. S. should submit a memo outlining factors which support the variance; mandatory response required. Failure to timely file may result in case being removed from the docket.** Signed on 9/14/15 by Chief District Judge Greg Kays.(Francis, Alexandra) (Entered: 09/14/2015) |
| 09/14/2015 | 66 | NOTICE OF HEARING (CORRECTING DATE) as to Karl Robert Carter. This is the official notice for this hearing. Sentencing set for 10/7/2015 02:00 PM in Courtroom 8D, Kansas City (DGK) before Chief District Judge Greg Kays. Signed on 9/14/15 by Chief District Judge Greg Kays.(Francis, Alexandra) (Entered: 09/14/2015) |
| 09/21/2015 | 67 | MOTION for leave to file *Motion to Continue Sentencing Hearing Under Seal* by Karl Robert Carter. Suggestions in opposition/response due by 10/8/2015 unless otherwise directed by the court. (Johnston, John) (Entered: 09/21/2015) |
| 09/23/2015 | 68 | ORDER granting 67 motion for leave to file under seal as to Karl Robert Carter (1). Signed on 9/23/15 by Chief District Judge Greg Kays. This is a TEXT ONLY ENTRY. No document is attached.(Francis, Alexandra) (Entered: 09/23/2015) |
| 09/23/2015 | 69 | MOTION for Order(SEALED) by Karl Robert Carter. Suggestions in opposition/response due by 10/13/2015 unless otherwise directed by the court. (Johnston, John) (Entered: 09/23/2015) |
| 09/28/2015 | 70 | NOTICE OF HEARING as to Karl Robert Carter granting 69 motion for order. This is the official notice for this hearing. Sentencing RESET for 3/17/2016 |

| | | |
|---|---|---|
| | | 10:00 AM in Courtroom 8D, Kansas City (DGK) before Chief District Judge Greg Kays. Signed on 9/28/15 by Chief District Judge Greg Kays. This is a TEXT ONLY ENTRY. No document is attached.(Francis, Alexandra) (Entered: 09/28/2015) |
| 03/02/2016 | 83 | MOTION for downward departure *and Sentencing Memorandum* by Karl Robert Carter. Suggestions in opposition/response due by 3/21/2016 unless otherwise directed by the court. (Johnston, John) **Modified on 3/2/2016:** Main Document 83 replaced at request of filing counsel. NEF regenerated. (Melvin, Greg) (Entered: 03/02/2016) |
| 03/15/2016 | 84 | NOTICE OF HEARING as to Karl Robert Carter. This is the official notice for this hearing. Sentencing RESET for 5/23/2016 02:00 PM in Courtroom 8D, Kansas City (DGK) before Chief District Judge Greg Kays. **Optional sentencing memorandum due 15 days before hearing. Mandatory response due 5 days thereafter. Counsel who plan to argue variance under Gall v. U. S. should submit a memo outlining factors which support the variance; mandatory response required. Failure to timely file may result in case being removed from the docket.** Signed on 3/15/16 by Chief District Judge Greg Kays.This is a TEXT ONLY ENTRY. No document is attached.(Francis, Alexandra) (Entered: 03/15/2016) |
| 05/23/2016 | 89 | Minute Entry for proceedings held before Chief District Judge Greg Kays: SENTENCING held on 5/23/2016 for Karl Robert Carter (1), Count(s) 1. Time in court: 1:57 pm to 2:38 pm. To order a transcript of this hearing please contact Reggie Lambrecht, 816-512-5623. (Francis, Alexandra) (Entered: 05/23/2016) |
| 05/24/2016 | 90 | JUDGMENT and COMMITMENT as to Karl Robert Carter (1), Count(s) 1. The defendant pleaded guilty to Count 1 (lesser included) of the Indictment on June 4, 2015. The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of 230 months, with 3 years of supervised release to follow. MPA of $100 imposed. No fine. No restitution. Count(s) 2 is dismissed upon Government motion. Signed on 5/24/16 by Chief District Judge Greg Kays.(Francis, Alexandra) (Entered: 05/24/2016) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/26/2017 13:00:55 | | | |
| PACER Login: | jbrown4114:3378568:4299065 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 4:14-cr-00193-DGK |
| Billable Pages: | 6 | Cost: | 0.60 |