# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.

**LORENZO BLACK,**
**KARL CARTER,**
**ANTHON AIONO,**
**ALICIA TACKETT, and**
**CATHERINE ROWLETTE**

    **Defendants.**

Case No. 16-20032-JAR

## ORDER

Pursuant to the Court's October 11, 2016 Appointment Order[1] of David R. Cohen as Special Master, the United States is ordered to pay the attached Summary Bill for Billing Period November – December, 2017, in the total amount of $49,899.40, which this Court has approved after *in camera* reviewing a detailed an itemized billing. The Clerk of the Court is directed to make the check payable to David R. Cohen, within 20 days.

**IT IS SO ORDERED.**

Dated: December 29, 2017

                                                    S/ Julie A. Robinson
                                                  JULIE A. ROBINSON
                                                  UNITED STATES DISTRICT JUDGE

---

[1] Doc. 146

# DAVID R. COHEN
## Federal Special Master

24400 Chagrin Blvd., Suite 300
Cleveland, Ohio 44122
Telephone: 216.831.0001
Facsimile: 866.357.3535
David@SpecialMaster.law

**Summary Billing Statement / Proposed Order**
**Billing Period: November - December, 2017**

United States of America v. Lorenzo Black
US District Court
District of Kansas
16-CR-20032

| Item | Government total |
|---|---|
| New Fees (DRC 71.2 hours @ $500.00/hr.) (BB 4.9 hours @ $130.00/hr.) | $36,237.00 |
| New Expenses *DRC* | $1,876.33 |
| New Expenses *American Discovery* | $6,548.57 $5,237.50 |
| **Total New Charges** | **$49,899.40** |
| Prior Balance | $17,286.34 |
| Payments – Thank You! | $17,286.34 |
| **Total Now Due** | **$49,899.40** |

s/Julie A. Robinson
_____
Judge Julie A. Robinson