IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 16-20032-03-JAR |
| | ) |
| LORENZO BLACK et al., | ) |
| Defendants. | ) |
| | ) |

WAIVER OF APPEARANCE AT HEARING

I, Anthon Aiono, after consultation with my attorney and being advised of my right to personally appear for the Hearing set for January 18-19, 2018, hereby waive my appearance at said proceeding.

Executed this 8th day of January, 2018, at Kansas City, MO.

_____
ANTHON AIONO

Prepared by:

/s/ Jason P. Hoffman

_____
Donald R. Hoffman (KS#07332)
Jason P. Hoffman (KS#17637)
HOFFMAN & HOFFMAN
CoreFirst Bank Bldg.– 3rd Floor East
100 E. 9th Street
Topeka, KS 66612
Ph. (785) 233-5887
Fax (785) 233-2173
E-mail jphoffman@sbcglobal.net