IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    Plaintiff,

                                      Case No. 16-20032-01-JAR

v.

LORENZO BLACK,

    Defendant.

## WAIVER OF APPEARANCE AT MOTIONS HEARING

Defendant Lorenzo Black, by and through undersigned counsel, and in accordance with Fed. R. Crim. P. 43 and 47, waives his presence at the motions hearing scheduled for January 18-19, 2018. Counsel for Mr. Black has discussed the purpose of the hearing with Mr. Black, who freely and voluntarily waives his right to be present in personat the hearing.

                                        Respectfully submitted,
                                        s/John Jenab
                                        John Jenab, KS #18069
                                        JENAB LAW FIRM, P.A.
                                        7431 Broadway #9
                                        Kansas City, MO 64114
                                        Tel (816) 759-8686
                                        Fax (816) 759-8685
                                        john.jenab@gmail.com
                                        Attorney for Defendant

Certificate of Service

    I certify that I filed the foregoing on January 15, 2018, using the Court's CM/ECF filing system, which provides electronic notice to all counsel of record.

                                                       s/John Jenab
                                                       John Jenab