IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>    Plaintiff   )  <br>        v.   )  <br>   )  <br>LORENZO BLACK, et al.,   )  <br>    Defendants   ) | Case No. 16-20032-JAR |

### WAIVER OF APPEARANCE for INTERESTED PARTY DAVID LOUGEE

The undersigned attorney, Jonathan Laurans, provides notice pursuant to Federal Rule of Criminal Procedure 43 that Mr. Lougee, after consultation with the undersigned, waives his presence and counsel's appearance at the hearing scheduled for January 18-19, 2018.

| | |
|---|---|
| **Certificate of Service**<br>I certify that a copy of the above and foregoing was transmitted to all counsel of record by the ECF system on January 16, 2018.<br><br>*/s/ Jonathan Laurans*<br>Jonathan Laurans, #15807 | Respectfully submitted,<br>*/s/ Jonathan Laurans*<br>Jonathan Laurans  #15807<br>The 1609 Law Building<br>1609 West 92nd Street<br>Kansas City, Missouri  64114<br>(816)421-5200/jlaurans@msn.com<br>Counsel for Defendant Lougee |

1