Print Form


000000000068409

# KBI SUBMISSION SLIP
FOR USE WITH ATTACHMENTS
AND ELECTRONIC MEDIA

TO BE COMPLETED BY **REPORT WRITER**

NOTE: Submit this form as a cover sheet to *all* paper attachments and electronic media submissions before forwarding to the Report Processor.

| 2 | 2 | 8 |

**SUBMITTER CREDENTIAL NO.**

05 / 09 / 2016
**DATE**

CASE No. KBI16-84      REPORT No. 349     ATTACHMENT No. 3

☑ PAPER ATTACHMENT (No. of Pages  4  )    ☐ ELECTRONIC MEDIA

ITEM DESCRIPTION: ECR

TO BE COMPLETED BY **IMAGING SECTION**

_____        ___/___/___
**RECEIVER**                        **DATE**

NOTES:

Received By
MAY 0 9 2016
OP Report Processing

2-004913

# KANSAS BUREAU OF INVESTIGATION
## FORENSIC LABORATORY
### EVIDENCE CUSTODY RECEIPT

| Field | Value |
|---|---|
| Contributing Agency/Address | Kansas Bureau of Inv., 1620 SW Tyler, Topeka, Kansas 66612 |
| Nature of Offense | Money Laundering/Distribution Cont Sub |
| Victim(s) | United States of America |
| KBI Case | KBI16-84 |
| Send Report To | SSA Kerry Hommertzheim |
| Suspect(s) | Catherine Rowlette; David Bishop |
| Agency Case # | KBI16-84 |
| Agency ORI # | KSKBI0000 |
| Previous evidence submitted in this case? | YES X  NO |
| Brief Case Synopsis (See Back) | YES   NO X |

| Exhibit Number | Number of Items | Exhibit Description | Requested Examination |
|---|---|---|---|
| 1 | 1 | Tracphone ZTE Black w/Pink Case cellular phone found on computer desk near front door. S/N 326E52991B09, found by HOMMERTZHEIM. | Hold |
| 2 | 1 | Envelope from computer desk near front door containing bank receipts. Found by TURNER. | Hold |
| 3 | N/A | $543.00 Cash from black wallet w/ chain (Cathy Rowlette's ID inside of wallet, wallet and ID not taken.) Found on Computer desk near front door by HOMMERTZHEIM. | Hold |
| 4 | N/A | $62.00 Cash, Straighttalk card, Walmart receipt, checking balance receipt, and handwritten note on credit union receipt in envelope, found on computer desk near front door. | Hold |
| 5 | N/A | $148.00 Cash in Money envelope, inside envelope contained receipts and $344.00 Cash in additional envelop. Found on computer desk near front door by HOMMERTZHEIM. | Hold |
| 6 | 1 | Release of Funds Authorization found on Cumputer desk near front door by HOMMERTZHEIM. | Hold |
| 7 | N/A | One envelope containing $200.00 Cash ($100 bill x 2), envelope with $50.00 Cash ($50.00 bill), envelope with $220.00 ($10 bills), envelope with $175.00 ($5 bills), envelope with $12.00 ($1.00 bills) and $1,320 loose cash ($20 bills) all taken from Coleman shoe box near front door. Found by HOMMERTZHEIM. | Hold |
| 8 | N/A | Athletec Box containing numerous receipts, documents, prepaid cards. Found on bookshelf North wall between computer desks, found by HOMMERTZHEIM. | Hold |

KBI Laboratory Case Number T16-01528
CONTRIBUTOR: KANSAS BUREAU OF INVESTIGATION

If Charges are filed under the Illegal Drug Tax Stamp Law, weighing or counting must be requested

Do any of the items submitted constitute a Safety or Health Hazard  ☐ Yes  ☒ No
(If answer is Yes, describe hazard in case synopsis)

| Date Collected | Printed or Typed Name of Collector | Written Signature of Collector |
|---|---|---|
| April 8, 2016 | SSA Kerry Hommertzheim | [signature] |

Item Nos. | Date | Received From (Name and Title) | Received by (Name and Title) | Purpose of Transfer

SUBMIT ORIGINAL ONLY
All Requested Information Must Be Legible

FORM KBI-L04 Rev. 10/87

2-004914

# KANSAS BUREAU OF INVESTIGATION
## FORENSIC LABORATORY
## EVIDENCE CUSTODY RECEIPT

**Contributing Agency/Address:** Kansas Bureau of Inv., 1620 SW Tyler, Topeka, Kansas 66612

**Nature of Offense:** Money Laundering/Distribution Cont Sub

**Victim(S):** United States of America

**Send Report To:** SSA Kerry Hommertzheim

**Agency Case #:** KBI16-84

**Suspect(s):** Catherine Rowlette; David Bishop

**KBI Case:** KBI16-84

**Agency ORI #:** KSKBI0000

**Previous evidence submitted in this case?** YES X NO

**Brief Case Synopsis (See Back):** YES  NO X

| Exhibit Number | Number of Items | Exhibit Description | Requested Examination |
|---|---|---|---|
| 9 ✓ | 1 | HP Pavilion Desktop tower MXX5030N4C front desk near front door found by HOMMERTZHEIM. | Hold |
| 10 ✓ | 1 | Dell Inspirion Laptop Serv Tag 8KTK9N1 found in between computer desks on top of cushion, on top of item #11. Found by HOMMERTZHEIM. | Hold |
| 11 ✓ | 1 | Compaq Laptop CNF4271480 found on cushion below item #10. Found by HOMMERTZHEIM. | Hold |
| 12 ✓ | N/A | Documents containing bank records and 2015 Tax Records found on top shelf of computer desk near kitchen by HOMMERTZHEIM. | Hold |
| 13 ✓ | 1 | Tracphone ZTE IMEI: 866739020163990 S/N: 326E52260072 found on Computer desk near kitchen by HOMMERTZHEIM. | Hold |
| 14 ✓ | 1 | HP Desktop PC S/N: MXX5030N8J on second desk near kitchen on top shelf. Found by HOMMERTZHEIM. | Hold |
| 15 ✓ | N/A | $61.00 removed from brown wallet of Bishop's on kitchen table by HOMMERTZHEIM. | Hold |
| 16 ✓ | 1 | Dell Desktop PC found in West Bedroom S/N: CK6QQL1 found by HOMMERTZHEIM. | Hold |

**KBI Laboratory Case Number**
**T16-01528**
CONTRIBUTOR: KANSAS BUREAU OF INVESTIGA

If Charges are filed under the Illegal Drug Tax Stamp Law, weighing or counting must be requested.

Do any of the items submitted constitute a Safety or Health Hazard (If answer is Yes, describe hazard in case synopsis): Yes ☐  No X

| Date Collected | Printed or Typed Name of Collector | | Written Signature of Collector |
|---|---|---|---|

| Item Nos. | Date | Received From (Name and Title) | Received by (Name and Title) | Purpose of Transfer |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

SUBMIT ORIGINAL ONLY
All Requested Information Must Be Legible

FORM KBI-L04
Rev 10/87

2-004915

| Item No. | Date | Received from | Received by | Purpose of transfer |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Brief Case Synopsis**
(Not Needed for Drug Cases)

2-004916