Print Form


000000000068412

# KBI SUBMISSION SLIP
## FOR USE WITH ATTACHMENTS AND ELECTRONIC MEDIA

TO BE COMPLETED BY **REPORT WRITER**

NOTE: Submit this form as a cover sheet to *all* paper attachments and electronic media submissions before forwarding to the Report Processor.

SUBMITTER CREDENTIAL NO.: 2 2 8

DATE: 05 / 09 / 2016

CASE No. **KBI16-84**      REPORT No. **350**     ATTACHMENT No. **3**

☑ PAPER ATTACHMENT (No. of Pages **3**)     ☐ ELECTRONIC MEDIA

ITEM DESCRIPTION: ECR

TO BE COMPLETED BY **IMAGING SECTION**

RECEIVER: _____

DATE: ___ / ___ / ___

NOTES:

Received By

MAY 0 9 2016

OP Report Processing

2-004965

# KANSAS BUREAU OF INVESTIGATION
## EVIDENCE CUSTODY RECEIPT

**Contributing Agency/Address:** KBI
**Phone:**

**Nature of Offense:**
**Victim:**
Last / First / Middle
DOB:
SSN/ID:

**KBI Case Number:** KBI 16-84
Sex: ☐ Male  ☐ Female
Race: ☐ White  ☐ Black
       ☐ Indian ☐ Hispanic
       ☐ Asian  ☐ Unknown
       ☐ Other

**Send Report To:** SSA Virden
**Agency Case #:** KBI 16-84
**Co. of Offense:** Pettis Co, MO
**Agency ORI:** KSKBI0000

**Suspect:**
Last:
DOB:
SSN/ID:

KBI Laboratory Case Number
**T16-01528**
CONTRIBUTOR: KANSAS BUREAU OF INVESTIGATION

Sex: ☐ Male ☐ Female
     ☐ White ☐ Black
     ☐ Indian ☐ Hispanic
     ☐ Asian ☐ Unknown
     ☐ Other

FOR ADDITIONAL SUSPECTS AND VICTIMS, USE CASE SYNOPSIS AREA ON THE BACK SIDE OF THIS FORM.

| EXHIBIT NUMBER | NUMBER OF ITEMS | EXHIBIT DESCRIPTION | REQUESTED EXAMINATION |
|---|---|---|---|
| 1 | 1 | HP laptop with case found on bookshelf in front room | Hold |
| 2 | 1 | Dell laptop in box found on bookshelf in front room | Hold |
| 3 | 1 | Memory cards found on desk in front room | Hold |
| 4 | 1 | Notes in glass jar found on desk in front room | Hold |
| 5 | 1 | Shoebox of notes found on desk in front room | Hold |
| 6 | 1 | Notebook found on front room desk | Hold |
| 7 | 1 | Western Union receipts found by front room desk | Hold |
| 8 | 1 | Misc. documents found by desk in front room | Hold |
| 9 | 1 | $100 bill found in large lock box under bed in master BR | Hold |
| 10 | 1 | U.S. currency totaling at or about $10,976 in three separate envelopes found in small lock box under bed in master BR | Hold |
| 11 | 1 | Receipt found in small lock box under bed in master BR | Hold |

IF CHARGES ARE FILED UNDER THE ILLEGAL DRUG TAX STAMP LAW, WEIGHING OR COUNTING MUST BE REQUESTED

Previous evidence submitted in this case? ☑ YES ☐ NO    Brief Case Synopsis (See Back) ☐ YES ☑ NO
Do any of the items submitted present a safety or a health hazard? (If answer is yes, describe hazard in case synopsis.) ☐ YES ☑ NO

**Date Collected:** 04-14-2016
**Printed or Typed Name of Collector:** SA Nick Pistin
**Written Signature of Collector:** [signature]

SUBMIT ORIGINAL ONLY
ALL REQUESTED INFORMATION MUST BE LEGIBLE

2-004966 FORM KBI-L04
REV. 12-18-07

# KANSAS BUREAU OF INVESTIGATION
## EVIDENCE CUSTODY RECEIPT

**Contributing Agency/Address:** KBI

**Phone:**

**Nature of Offense:**

**Victim** — Last / First / Middle
DOB:
SSN/ID:

**KBI Case Number:** KBI 16-84

Sex: ☐ Male  ☐ Female
Race: ☐ White  ☐ Black  ☐ Indian  ☐ Hispanic  ☐ Asian  ☐ Unknown  ☐ Other

**Send Report To:** SSA VIRDEN

**Agency Case #:** KBI 16-84
**Co. of Offense:** PETTIS CO, MO

**Suspect** — Last
DOB:
SSN/ID:

**KBI Laboratory Case Number:** T16-01528
CONTRIBUTOR: KANSAS BUREAU OF INVESTIGATION

Sex: ☐ Male  ☐ Female
Race: ☐ White  ☐ Black  ☐ Indian  ☐ Hispanic  ☐ Asian  ☐ Unknown  ☐ Other

**Agency ORI:** KSKBI0000

FOR ADDITIONAL SUSPECTS AND VICTIMS, USE CASE SYNOPSIS AREA ON THE BACK SIDE OF THIS FORM.

| EXHIBIT NUMBER | NUMBER OF ITEMS | EXHIBIT DESCRIPTION | REQUESTED EXAMINATION |
|---|---|---|---|
| 12 | 1 | MISC. TITLES FOUND IN SMALL LOCK BOX UNDER BED IN MASTER BR | HOLD |
| 13 | 1 | MISC. DOCUMENTS FOUND BY DESK IN FRONT ROOM | HOLD |
| 14 | 1 | BLANK MONEY GRAMS FOUND IN SHOE BOX IN FRONT ROOM | HOLD |
| 15 | 1 | MISC. DOCUMENTS FOUND BY DESK IN FRONT ROOM | HOLD |
| 16 | 1 | MISC. DOCUMENTS FOUND BY DESK IN KITCHEN | HOLD |
| 17 | 1 | DOCUMENTS FOUND IN EYEGLASS CASE ON KITCHEN TABLE | HOLD |
| 18 | 1 | MISC. DOCUMENTS FOUND ON DESK IN FRONT ROOM | HOLD |
| ~~19~~ | 1 | ~~DELL DESK TOP COMPUTER FOUND~~ | |
| 19 | 1 | SUPERSONIC ANDROID TABLET FOUND IN WEST BEDROOM IN PINK CASE | HOLD |
| 20 | 1 | STRAIGHT TALK CELL PHONE IN BOX FOUND IN WEST BEDROOM | HOLD |
| 21 | 1 | MISC. DOCUMENTS FOUND ON DESK IN KITCHEN | HOLD |
| 22 | 1 | BLANK MONEY GRAMS FOUND IN SHOE BOX FRONT ROOM | HOLD |
| 23 | 1 | MISC. DOCUMENTS OUT OF SHOE BOX FRONT ROOM | HOLD |
| 24 | 1 | VERIZON PHONE IN BOX MASTER BR | HOLD |
| 25 | 1 | STARTECH EXTERNAL HARD DRIVE FOUND IN MASTER BR | HOLD |
| 26 | 1 | ENVELOPE W/ MISC. DOCUMENTS CHAIR FRONT ROOM | HOLD |

IF CHARGES ARE FILED UNDER THE ILLEGAL DRUG TAX STAMP LAW, WEIGHING OR COUNTING MUST BE REQUESTED

Previous evidence submitted in this case?  ☒ YES  ☐ NO    Brief Case Synopsis (See Back)  ☐ YES  ☒ NO

Do any of the items submitted present a safety or a health hazard? (If answer is yes, describe hazard in case synopsis.)  ☐ YES  ☒ NO

**Date Collected:** 04-14-2016
**Printed or Typed Name of Collector:** SA Nick Pipkin
**Written Signature of Collector:** [signed]

SUBMIT ORIGINAL ONLY
ALL REQUESTED INFORMATION MUST BE LEGIBLE

2-004967 FORM KBI-L04
REV. 12-18-07