In the United States District Court
for the District of Kansas

**United States of America**,
   Plaintiff,

v.             Case No. **2:16-cr-20032-JAR**

**Lorenzo Black, et al.,**
   Defendants.

Order for Production of Witnesses
Fed. R. Crim. P. 17(b)

 The Federal Public Defender, joined by Karl Carter and David Bishop, seeks a subpoena under Rule 17(b) of the Federal Rules of Criminal Procedure. D.E. 373. Based on the motion, this Court finds good cause to issue the subpoena *ad testificundum*, and that the witness is necessary to present evidence relevant to matters before the Court. This Court further finds that the defense cannot pay the costs and fees associated with the subpoena.

 The clerk shall therefore issue the subpoena detailed below. The United States shall pay the costs and fees associated with each subpoena. The United States Marshal for the District of Kansas (or a duly appointed deputy) is ordered to serve the subpoena or arrange for service, at the defense

request, and authorized to disburse the necessary funds to pay the costs and fees associated with each subpoena. The normal ten-day notice for service is hereby ordered waived by the Court.

Names of persons to be subpoenaed:

1. Jeff Stokes
   Agent, Kansas Bureau of Investigation
   1620 SW Tyler St.
   Topeka, KS 66612

Place and time of appearance:

On January 18, 2018 at 9:00 a.m., in Courtroom No. 427 of the Kansas City, Kansas Courthouse.

So ordered on this 16th day of January, 2018.

S/ Julie A. Robinson
Honorable Julie A. Robinson
United States District Court Chief Judge

2