| D/KS Prob. 22 (Rev 06/13) | | DOCKET NUMBER (Trans. Court) PACTS# 2290163 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 1083 2:16CR20032-005 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 4:17-00398-01-CR-W-BP |

| NAME AND ADDRESS OF PROBATIONER / SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| | District of Kansas | Kansas City |
| Catherine Rowlette | NAME OF SENTENCING JUDGE | |
| | Honorable Julie A. Robinson | |
| | DATES OF PROBATION / SUPERVISED RELEASE: | FROM 03/15/2017 — TO 03/14/2019 |

OFFENSE:

Providing or Possessing Contraband in Prison in violation of 18 U.S.C. §§ 1791(a)(1) and 1791(b)(5), a Class B Misdemeanor

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the court to the United States District Court for the Western District of Missouri upon that court's order of acceptance of jurisdiction.

This court hereby expressly consents that the period of probation or supervised release may be changed by the district court to which this transfer is made without further inquiry of this court.*

    12/19/2017                                      s/Julie A. Robinson
     *Date*                                           *United States District Judge*

*This sentence may be deleted at the discretion of the transferring court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

    12/21/2017                                      /s/ Beth Phillips
   *Effective Date*                                    *United States District Judge*