# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

January 16, 2018

Chris Wolpert
Chief Deputy Clerk

Mr. William A. Glaser
U.S. Department of Justice
Appellate Section, Criminal Division
950 Pennsylvania Avenue, NW
1264
Washington, DC 20530

**RE:** **18-3007, In re: United States**
Dist/Ag docket: 2:16-CR-20032-JAR-1

Dear Counsel:

Your petition for extraordinary writ of mandamus was docketed today. Please note the case number above. You will be notified as soon as the court takes action on this matter.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:   Melody Brannon
      David R. Cohen
      Frederick A. Duchardt Jr.
      John Jenab
      Jonathan Laurans
      Melanie Susan Morgan
      Shahzad "Shazzie" Naseem
      Erin C. Thompson

EAS/jm