## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
*Plaintiff,*

**v.**                                              Case No. **16-20032-JAR**

**LORENZO BLACK,** *et al.*,
*Defendants.*

---

## ORDER FOR ACCESS TO SECURUS DATA

---

The Federal Public Defender seeks permission (Doc. 383) for the Special Master to release Securus data to the FPD. Based on this motion, the Court finds good cause to allow the Special Master to provide, to the FPD, all Securus data and records involving calls to the FPD telephone numbers, including any information about which FPD calls have been accessed and provided to third parties.

The Special Master, therefore, may release to the FPD all Securus data involving calls to the FPD telephone numbers. This may be accomplished in whatever form or fashion the Special Master determines to be appropriate.

So ordered on this  17th day of January, 2018.

  s/  Julie A. Robinson
The Honorable Julie A. Robinson
United States Chief District Judge

1