IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 16-20032-JAR |
| ) | |
| **LORENZO BLACK *et al.*,** ) | |
| ) | |
| Defendants. ) | |

**GOVERNMENT'S CONSOLIDATED RESPONSE TO MOTIONS FOR RETURN OF PROPERTY FILED BY THE INTERESTED PARTIES HEREIN**

COMES NOW the United States of America, by and through Stephen R. McAllister, United States Attorney for the District of Kansas, and Duston J. Slinkard, Assistant United States Attorney, and hereby responds to the motions for return of property pursuant to Federal Rule of Criminal Procedure 41(g) filed herein by defendants and other parties in this case (Docs. 82, 85, 94, 96, 97, and 109).

The Court has previously issued orders taking possession of video and audio recordings in conjunction with this matter (Docs. 102, 113, and 114). The government does not oppose the Court granting the movants the relief provided in Rule 41(g) by delivering any such recordings to the movants, as sought by their motions, through their respective counsel. By this response, the government does not concede that Fed. R. Crim. P. 41(g) applies in the circumstances present here.

        Respectfully submitted,

        Stephen R. McAllister
        United States Attorney
        District of Kansas

        s/Duston J. Slinkard
        Duston J. Slinkard, #21294
        Assistant United States Attorney
        District of Kansas
        290 Carlson Federal Building
        444 SE Quincy Street
        Topeka, KS 66683
        Phone: (785) 295-2850
        Fax: (785) 295-2853
        duston.slinkard@usdoj.gov

### CERTIFICATE OF SERVICE

        I hereby certify that on this 26th day of February, 2017, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

        s/Duston J. Slinkard
        Duston J. Slinkard, #21294
        Assistant United States Attorney