**CLERK'S COURTROOM MOTIONS/MISCELLANEOUS MINUTE SHEET**

UNITED STATES OF AMERICA,                     AUSA:  Chris Oakley
              Plaintiff

   v.                                                                        CASE NO. 16-20032-06-JAR

DAVID BISHOP,                                             Deft Atty:  Cynthia Dodge
              Defendant

| JUDGE: | Julie A. Robinson | DATE: | 2/27/2018 |
| --- | --- | --- | --- |
| DEPUTY CLERK: | Bonnie Wiest | REPORTER: | Kim Greiner |
| INTERPRETER: | | PRETRIAL/PROBATION: | |

Time: 9:30 am – 9:40 am

## MOTION HEARING

This case comes on before the Court on Defendant Bishop's Motion to Suppress (Doc. 338). The defendant appears in person and by his counsel, Cynthia Dodge. The government appears by its counsel, Chris Oakley.

Following statements made by counsel regarding the search warrants of 4/8/2016 and 4/14/2016, and for all reasons set forth more specifically on the record, the Court finds the defendant's motion as being moot.

Another matter was discussed by defendant regarding two vehicles that were seized and another vehicle that Mr. Bishop turned title over to co-defendant, Alicia Tackett.  Defendant requests that Ms. Tackett's conditions of her supervised release be modified to direct Ms. Tackett to register the vehicle in her name.  The Court directs counsel to file a motion to modify Ms. Tackett's bond and the Court will set a hearing.

The government will also check on the matter of the other two vehicles and whether they are included in the forfeiture order.

Defense counsel advises the court that Mr. Bishop's guns have been returned to him by the government.

The defendant remains on release.