# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS
### (Kansas City Docket)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>LORENZO BLACK,<br>KARL CARTER,<br>ANTHON AIONO,<br>ALICIA TACKETT, and<br>CATHERINE ROWLETTE,<br>    Defendants. | )<br>)<br>)<br>)    Case No. 16-20032-JAR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## UNITED STATES' NOTICE OF INTENT TO RESPOND TO FEDERAL PUBLIC DEFENDER'S "MOTION FOR ORDER PROHIBITING PROSECUTORIAL INTERFERENCE WITH DEFENSE INVESTIGATION"

The United States of America, by and through undersigned counsel, provides notice to the Court that it intends to respond to the Federal Public Defender's "Motion for Order Prohibiting Further Prosecutorial Interference with Defense Investigation." (Doc. 403, filed 3/9/18). The United States respectfully requests two weeks to prepare and file its response, and therefore requests the Court allow the response to be filed by March 26, 2018.

Respectfully submitted,

STEPHEN R. MCALLISTER
United States Attorney

s/ D. Christopher Oakley
D. CHRISTOPHER OAKLEY
Assistant United States Attorney
500 State Ave., Suite 360
Kansas City, KS  66101
Tele:  913-551-6730
Fax:  913-551-6541
Chris.Oakley@usdoj.gov
Ks S.Ct.No. 19248

>Scott C. Rask
>Assistant United States Attorney
>500 State Ave., Suite 360
>Kansas City, KS  66101
>Tele:  913-551-6730
>Fax:   913-551-6541
>Scott.Rask@usdoj.gov
><u>Ks S.Ct.No. 15643</u>

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of March, 2018, I electronically filed the foregoing motion with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

>/s/ D. Christopher Oakley
>D. Christopher Oakley #19248
>Assistant United States Attorney