IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
*Plaintiff,*

**v.**  Case No. **16-20032-JAR**

**LORENZO BLACK, *et al.*,**
*Defendants.*

## Motion to Withdraw D.E. 403

On March 9, 2018, the Federal Public Defender moved this Court for an order prohibiting further governmental interference with our investigation in *United States v. Black, et al.* D.E. 403. On March 15, 2018, we moved the Court to stay consideration of that motion, explaining that the parties were attempting to negotiate a resolution to the issue. D.E. 407. The Court granted our motion to stay on March 19, 2018 and asked that we provide a status report by April 2, 2018. D.E. 413.

We can report that the parties have resolved the issue raised in D.E. 403. The interview we sought to conduct has been completed. Therefore, we move to withdraw D.E. 403.

The government has no objection to this motion to withdraw D.E. 403.

For the reasons explained, we ask the Court to withdraw our motion for order prohibiting further prosecutorial interference with defense investigation, D.E. 403, in this case.

Respectfully submitted,

s/ Melody Brannon
MELODY BRANNON #17612
Federal Public Defender
for the District of Kansas
117 SW 6th Avenue, Suite 200
Topeka, Kansas 66603-3840
Phone: 785-232-9828
Fax: 785-232-9886
E-mail Address: Melody_Brannon@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all interested parties.

s/ Melody Brannon
Melody Brannon