# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.

**LORENZO BLACK, et al.,**

    **Defendants.**

Case No. 16-CV-20032-JAR

## ORDER

On March 23, 2018, the Tenth Circuit issued an order denying the Government's Motion for Reconsideration, or, in the Alternative, Panel Rehearing. The Tenth Circuit's mandate will not enter until after the hearing in this matter scheduled for April 4, 2018.[1] Accordingly, the Court continues the April 4, 2018 hearing to a date to be determined later.

**IT IS THEREFORE ORDERED BY THE COURT** that the April 4, 2018 hearing is continued to a date to be determined later.

**IT IS SO ORDERED.**

Dated: March 26, 2018

                                              S/ Julie A. Robinson
                                              JULIE A. ROBINSON
                                              CHIEF UNITED STATES DISTRICT JUDGE

---

[1] *See* Fed. R. App. P. 41(b) (stating that court's mandate "must issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, *whichever is later*"), (d); Fed. R. App. P. 35; Fed. R. App. P. 40.