# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 16-20032-02-JAR |
| ) | |
| v. ) | |
| ) | |
| KARL CARTER ) | |
| ) | |
| Defendant. ) | |

## UNOPPOSED MOTION TO CONTINUE TRIAL SETTING

COMES NOW defendant, Karl Carter, by and through counsel, David J. Guastello, and moves the court pursuant to 18 U.S.C. §3161(h)(7) to continue the jury trial commencing on May 14, 2018 to a later date convenient to the Court and the remaining parties. The following is offered in support of the unopposed request:

## SUGGESTIONS IN SUPPORT

1. On April 9, 2016, defendant Carter and six co-defendants were charged by criminal complaint based on the alleged drug conspiracy at Leavenworth CCA.[1]

2. On May 4, 2016, defendant Carter and five co-defendants were charged in an 11 count indictment with a variety of offense stemming from an alleged drug conspiracy at Leavenworth CCA.[2]

3. On October 11, 2016, this Court appointed a special master for the purpose of determining whether the Government intentionally sought production, formally or informally, of

---

[1] D.E. 1.
[2] D.E. 52.

any protected communication from any pretrial holding facility for use in an investigation, grand jury proceeding, or prosecution; and by what means, among others.[3].

4.     On December 16, 2016 the special master submitted a Report indicated that he reviewed 48,333 telephone audio files for calls made to known attorney numbers including calls between Mr. Carter and his attorneys.[4]

5.     On May 17, 2017 this Court authorized Phase III for the purpose of allowing the Court to fashion individual and/or global remedies to address any and all intrusions into privileged attorney-client communications, and any and all corresponding violations of the Sixth Amendment rights of defendants.[5]

6.     On December 18, 2017 Defendant's Motion to Dismiss was filed citing in part the special master's December 16, 2016 report and the government's lack of cooperation with Phase III of the special master's investigation defendants.[6]

7.     On January 18, 2018, after the Government filed a Petition for a writ of mandamus, the Tenth Circuit granted an emergency stay pending a ruling on the government's mandamus petition.[7]

8.     As of the writing of this motion, the hearings regarding Phase III of the special master's findings and for defendant Carter's Motion to Dismiss have not been scheduled.

9.     This matter is currently scheduled for jury trial commencing on May 14, 2018.

10.    Defendant Carter is requesting that the May 14, 2018 jury trial be continued to allow the Court to schedule and hold the hearings on Phase III of the special master's investigation and defendant Carter's Motion to Dismiss.

---

[3] D.E. 146 at 8.
[4] D.E. 183 at 3.
[5] D.E. 253.
[6] D.E. 333.
[7] D.E. 387.

11. Undersigned counsel has been informed by AUSA Chris Oakley that the government does not object to this request.

12. Undersigned counsel has also been informed by Cindy Dodge, counsel for defendant David Bishop that her client does not object to the requested continuance.

13. This continuance is sought not for the purpose of dilatory delay, but to ensure that defendant Carter is afforded due process of law and effective assistance of counsel under the Fifth and Sixth Amendments.

14. The above-stated reasons for a continuance outweigh the best interests of the public and defendant Carter to a speedy trial, and pursuant to 18 U.S.C. §3161(h)(7) the period of time until the next trial date should be excluded in computing the period of time in which defendant should be brought to trial.

WHEREFORE, the defendant, Karl Carter, requests the court to continue the trial date of this matter to a later date convenient to the Court and the remaining parties.

Respectfully submitted,

s/ David J. Guastello
DAVID J. GUASTELLO     KS# 22525
811 Grand Boulevard
Suite 101
Kansas City, MO 64106
Tele:   (816) 753-7171
david@guastellolaw.com
ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of April 2018, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which sent notification of such filing to all registered participants.

>*/s/ David J. Guastello*
>Attorney for Defendant