# IN THE UNITED STATES DISTRICT COURT DISTRICT OF KANSAS

UNITED STATES OF AMERICA

        Plaintiff

VS.                              Case No. 16-20032-JAR

KARL CARTER (02),
DAVID BISHOP (06),

        Defendants

## ORDER CONTINUING JURY TRIAL

The above matter comes before the Court on Defendant Karl Carter's Unopposed Motion to Continue Trial Setting (Doc. 427).

Defendant Carter is requesting a continuance of the current jury trial to allow the Court to schedule and hold the hearings on Phase III of the special master's investigation and defendant Carter's Motion to Dismiss.

Counsel for defendant has been informed by AUSA Chris Oakley that the government does not object to this request.

Counsel for defendant has also been informed by Cynthia Dodge, counsel for Defendant David Bishop, that her client does not object to the requested continuance.

For the reasons stated above and being well and truly advised in the premises, the Court finds that the motion should be and the same is hereby sustained.

The Court further finds that the period of delay resulting from the continuance granted pursuant to this order shall be excludable time as provided for by the Speedy Trial Act, 18 U.S.C. § 3161(h)(7) in that the ends of justice are served by granting such continuances and outweigh the best interest of the public and defendant in a speedy trial.

IT IS THEREFORE ORDERED that the jury trial scheduled for May 14, 2018 is continued to **August 13, 2018 at 9:00 a.m.**

IT IS FURTHER ORDERED that the time period from **May 14, 2018** through **August 13, 2018**, shall be excluded when calculating speedy trial time.

IT IS SO ORDERED.

Dated: April 16, 2018

                                                   S/ Julie A. Robinson
                                                  JULIE A. ROBINSON
                                                  UNITED STATES DISTRICT JUDGE