# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Case No. 16-20032-JAR |
| **LORENZO BLACK, et al.,** | |
| Defendants. | |

## ORDER

This matter comes before the Court on the Federal Public Defender's ("FPD") Motion to Supplement the Record (Doc. 395).  The FPD moves to admit two exhibits that it argues are relevant to its claims of Sixth Amendment violations and to the Special Master's investigation.  The Government has not responded to the FPD's motion.  Because the motion is unopposed, and for good cause shown, the Court grants the FPD's motion to supplement the record.

**IT IS THEREFORE ORDERED BY THE COURT** that the FPD's Motion to Supplement the Record (Doc. 395) is **granted**.  Exhibits 521 and 537 are admitted into the record in this case.

**IT IS SO ORDERED.**

Dated: April 18, 2018

                                                       S/ Julie A. Robinson
                                                       JULIE A. ROBINSON
                                                       CHIEF UNITED STATES DISTRICT JUDGE