IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
        *Plaintiff,*

v.                                                    Case No. **2:16-cr-20032-JAR**

**LORENZO BLACK, et al.,**
        *Defendants.*

**MOTION FOR PRODUCTION OF WITNESSES
PURSUANT TO FED. R. CRIM. PROC. 17(b)**

Melody Brannon, undersigned counsel, asks the Court, pursuant to subsection (b) of Rule 17 of the Federal Rules of Criminal Procedure, for authority to subpoena the following witnesses in the above-captioned case:

1.    Tom Beall
   United States Attorney, District of Kansas
   44 S.E. Quincy, Suite 290
   Topeka, Kansas 66683

2.    Emily Metzger
   First Assistant, United States Attorney
   1200 Epic Center, 301 N. Main
   Wichita, Kansas 67202

3.    Debra Barnett
   Criminal Chief, Assistant United States Attorney
   1200 Epic Center, 301 N. Main
   Wichita, Kansas 67202

1

4. Kim Flannigan
   Assistant United States Attorney
   500 State Avenue, Suite 360
   Kansas City, Kansas 66101

5. Tris Hunt
   Assistant United States Attorney
   500 State Avenue, Suite 360
   Kansas City, Kansas 66101

6. Christopher Oakley
   Assistant United States Attorney
   500 State Avenue, Suite 360
   Kansas City, Kansas 66101

7. Scott Rask
   Criminal Coordinator, Assistant United States Attorney
   500 State Avenue, Suite 360
   Kansas City, Kansas 66101

8. Erin Tomasic
   *To be served through counsel:*
   Deatherage, Myers & Lackey, PLLC
   701 South Main Street
   P. O. Box 1065
   Hopkinsville, Kentucky 42241-1065

9. Lanny Welch
   Assistant United States Attorney
   1200 Epic Center, 301 N. Main
   Wichita, Kansas 67202

10. David Zabel
    Assistant United States Attorney
    500 State Avenue, Suite 360
    Kansas City, Kansas 66101

11. Pauletta Boyd
    Litigation Support Specialist
    500 State Avenue, Suite 360
    Kansas City, Kansas 66101

12. Dave Steeby
    Systems Manager
    500 State Avenue, Suite 360
    Kansas City, Kansas 66101

13. Sheri Catania
    Assistant United States Attorney
    500 State Avenue, Suite 360
    Kansas City, Kansas 66101

Place and time of appearance:

On May 15, 2018 at 9:00 a.m., in Courtroom No. 427 of the Kansas City, Kansas Courthouse.

## Basis for Subpoenas

The Court set a hearing to discuss the Special Master's findings concerning the government's failure to comply with the Phase III investigation.[1] The Court's Phase III Order[2] makes clear the current investigation is focused on the conduct of the U.S. Attorneys' Office and whether the government committed misconduct and violated CCA-Leavenworth inmates' Sixth Amendment rights. Many factual questions remain concerning the government's conduct that the Special Master has not yet been able to answer due to the government's failure to comply and participate with his investigation.

---

[1] Docket Entry (D.E.) 300.
[2] D.E. 253.

At the next hearing, the Federal Public Defender intends to present evidence that will assist the Court in making findings and conclusions about the government's failure to comply with the Phase III investigation and, ultimately, whether any Sixth Amendment violations occurred. This evidence will be limited to matters not previously put forward as evidence or discussed in a Special Master report, or will serve to further explain or provide context to information previously presented to the Court.

All witnesses requested are employees of the United States Attorneys' Office for the District of Kansas. As such, a *Touhy* request was submitted to counsel representing the government in this matter, in compliance with Department of Justice regulations. The *Touhy* request summarizes the testimony each witness will provide that is relevant to matters before the Court at the next hearing. The *Touhy* request is attached to this motion as an exhibit and its contents, including the witness testimony summaries, are incorporated herein.

## Conclusion

The Federal Public Defender Office operates under the Criminal Justice Act, providing representation to defendants that have been determined indigent and financially unable to pay the fees and expenses for the procurement and production of said witnesses. The witnesses requested in this Rule 17(b) motion are necessary to litigate the pending motion.

WHEREFORE, counsel asks the Court for an order directing that a subpoena be issued for the above-named witnesses; that the costs incurred for the procurement and production of said witnesses be paid by the United States; and that the United States Marshal for the District of Kansas, or his duly appointed deputies, be authorized to disburse such funds necessary to pay the fees and costs incurred for the procurement and production of said witnesses at the Motion Hearing on May 15, 2018, at 9:00 a.m.

Respectfully submitted,

s/Melody Brannon
MELODY BRANNON, #17612
Federal Public Defender
117 SW 6th Avenue, Suite 200
Topeka, Kansas  66603
Telephone: (785)-232-9828,
Fax: (785)232-9886
E-mail: melody_brannon@fd.org

## CERTIFICATE OF SERVICE

    I hereby certify that on April 30, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the Special Master and all parties, including Movant Parties and Interested Parties in the case.

                                                         s/ Melody Brannon
                                                         Melody Brannon