In the United States District Court
for the District of Kansas

**United States of America**,
        Plaintiff,

v.                                        Case No. **2:16-cr-20032-JAR**

**Lorenzo Black, et al.,**
        Defendants.

### Order for Production of Witness Pursuant to Fed. R. Crim. P. 17(b)

The Federal Public Defender seeks a subpoena under Rule 17(b) of the Federal Rules of Criminal Procedure. D.E. 440. Based on the motion, this Court finds good cause to issue the subpoena *ad testificandum*, and that the witness is necessary to present evidence relevant to matters before the Court. This Court further finds that the defense cannot pay the costs and fees associated with the subpoena.

The clerk shall therefore issue the subpoena detailed below. The United States shall pay the costs and fees associated with each subpoena. The United States Marshal for the District of Kansas (or a duly appointed deputy) is ordered to serve the subpoena or arrange for service, at the defense request, and authorized to disburse the necessary funds to pay the costs and

fees associated with each subpoena. The normal ten-day notice for service is hereby ordered waived by the Court.

Name of person to be subpoenaed:

1. Jeff Stokes
   Agent, Kansas Bureau of Investigation
   1620 SW Tyler St.
   Topeka, KS 66612

Place and time of appearance:

On May 15, 2018 at 9:00 a.m., in Courtroom No. 427 of the Kansas City, Kansas Courthouse.

So ordered on this 30th day of April, 2018.

S/ Julie A. Robinson
Honorable Julie A. Robinson
United States District Court Chief Judge