## In the United States District Court
## for the District of Kansas

---

**United States of America**,
             Plaintiff,

v.                                              Case No. **2:16-cr-20032-JAR**

**Lorenzo Black, et al.,**
             Defendants.

---

## Order for Production of Witness Pursuant to
## Fed. R. Crim. P. 17(b)

---

The Federal Public Defender for the District of Kansas seeks one or more subpoenas on behalf of the accused under Rule 17(b) of the Federal Rules of Criminal Procedure.  D.E. 441. Based on the motion, this Court finds good cause to issue the subpoena, and that this witness is necessary to present an adequate defense. This Court further finds that the accused is financially unable to pay the costs and fees associated with the subpoena(s).

The clerk shall therefore issue the subpoena detailed below. The United States shall pay the costs and fees associated with each subpoena. The United States Marshal for the District of Kansas (or a duly appointed deputy) is authorized to disburse the necessary funds to pay the costs and fees associated with each subpoena.

Name(s) of person(s) to be subpoenaed:

1.  Deborah Kinney
    ███████████████

Place and time of appearance:

On May 15, 2018 at 9:00 a.m., in Courtroom No. 427 of the Kansas
City, Kansas Courthouse.

So ordered on this 30th day of April, 2018.


S/ Julie A. Robinson
Honorable Julie A. Robinson
United States District Court Chief Judge