IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
    *Plaintiff,*

**v.**                                             Case No. **16-20032-JAR**

**LORENZO BLACK, *et al.*,**
    *Defendants.*

## MOTION FOR ORDER LIFTING STAY

The Federal Public Defender moves for this Court to lift its stay of compliance with orders of production. In advance of the evidentiary hearing in this case, both this Court[1] and the Special Master,[2] entered orders of production. On December 21, 2017, this Court stayed the government's obligation to comply with those orders.[3]

The FPD now asks the Court to lift that stay. Specifically, the FPD asks the Court to order that:

(1) CoreCivic comply with the Court's December 6, 2017 order[4] no later than May 8, 2018;

---

[1] Doc. 329.
[2] Doc. 317.
[3] Doc. 345.
[4] Doc. 329.

(2) the United States Attorney's Office comply with the Special Master's December 4, 2017 order[5] no later than May 8, 2018.

>Respectfully submitted,
>
>s/ Melody Brannon
>MELODY BRANNON #17612
>Federal Public Defender
>for the District of Kansas
>117 SW 6th Avenue, Suite 200
>Topeka, Kansas 66603-3840
>Phone: 785-232-9828
>Fax: 785-232-9886
>E-mail Address: Melody_Brannon@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the Special Master and all parties, including Movant Parties and Interested Parties in the case.

>s/ Melody Brannon
>Melody Brannon

---

[5] Doc. 317.