IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS
(Kansas City Docket)

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|     Plaintiff,    ) | |
| ) | |
| VS.    ) | Case No. 16-20032-01-06-JAR |
| ) | |
| DAVID BISHOP,    ) | |
|     Defendant.    ) | |
| ) | |

**MOTION TO JOIN IN
MOTION FOR ORDER TO LIFT STAY**

**COMES NOW** Mr. David Bishop, through undersigned counsel, and seeks to join in the Federal Public Defender's Motion For Order Lifting Stay[1] in anticipation of the hearing now set for May 15, 2018. Specifically, Mr. Bishop requests the Court order:

(1) CoreCivic to comply with the Court's December 6, 2017 order[2] no later than May 8, 2018; and, (2) the United States Attorney's Office comply with the Special Master's December 4, 2017 order[3] no later than May 8, 2018.

For the above reasons, Mr. Bishop asks the Court to grant this motion.

                                          Respectfully submitted,

                                          __/S/ Cynthia M. Dodge_____
                                          Cynthia M. Dodge
                                          Cynthia M. Dodge, LLC
                                          312 SW Greenwich Drive, # 10
                                          Lee's Summit MO 64082
                                          816-246-9200
                                          816-246-9201 (fax)
                                          cindy@cdodgelaw.com
                                          Attorney for Defendant David Bishop

---

[1] Doc. 451.
[2] Doc. 349.
[3] Doc. 317.

CERTIFICATE REGARDING SERVICE

I hereby certify that it is my belief and understanding that counsel for plaintiff, and counsel for the co-defendants in this matter are participants in the Court's CM/ECF program and that separate service of the foregoing document is not required beyond the Notification of Electronic Filing to be forwarded on May 2, 2018 upon the filing of the foregoing document.

/s/ Cynthia M. Dodge
_____
CYNTHIA M. DODGE