IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS
(Kansas City Docket)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>VS.<br><br>DAVID BISHOP,<br>    Defendant. | )<br>)<br>)<br>)  Case No. 16-20032-01-06-JAR<br>)<br>)<br>)<br>) |

**MOTION TO JOIN IN MOTIONS PURSUANT TO RULE 17(b)**

COMES NOW David Bishop, through defense counsel, and asks to join motions for witness subpoenas and subpoenas duces tecum filed by the Federal Public Defender. Specifically, Mr. Bishop requests to join docket entries 439, 440, 441, 442, 443, and 444 filed pursuant to Federal Rule of Criminal Procedure 17. Each entry has been granted by the Court, and corresponding subpoenas have been issued and served. For the same reasons set forth in each FPD motions, the requested material is relevant and necessary to Mr. Bishop's litigation and standing in this matter.

For the above reasons, Mr. Bishop asks the Court to grant this motion.

Respectfully submitted,

\_\_/S/ Cynthia M. Dodge_____
Cynthia M. Dodge
Cynthia M. Dodge, LLC
312 SW Greenwich Drive, # 10
Lee's Summit MO 64082
816-246-9200
816-246-9201 (fax)
cindy@cdodgelaw.com
Attorney for Defendant David Bishop

Motion to Join
USA v. David Bishop
16-cr-20032

CERTIFICATE REGARDING SERVICE

I hereby certify that it is my belief and understanding that counsel for plaintiff, and counsel for the co-defendants in this matter are participants in the Court's CM/ECF program and that separate service of the foregoing document is not required beyond the Notification of Electronic Filing to be forwarded on May 2, 2018 upon the filing of the foregoing document.

/s/ Cynthia M. Dodge
_____
CYNTHIA M. DODGE

Motion to Join
USA v. David Bishop
16-cr-20032