# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,           )
                                    )
                    Plaintiff,      )        Case No. 16-20032-02-JAR
                                    )
                                    )
v.                                  )
                                    )
KARL CARTER                         )
                                    )
                    Defendant.      )

## MOTION TO JOIN
## MOTION FOR ORDER LIFTING STAY

Comes now Karl Carter, through undersigned counsel, and asks to join the Motion for Order Lifting Stay filed by the Federal Public Defender.[1]   Prior to the evidentiary hearing in this case, both this Court[2] and the Special Master[3] entered orders or production.  This Court stayed the government's obligations to comply with these orders.[4]

Mr. Carter, moves to join in the request filed by the FPD that this Court lift the stay and order that:

(1) CoreCivic comply with the Court's December 6, 2017 order[5] no later than May 8, 2018.

(2) The United States Attorney's Office comply with the Special Master's December 4, 2017 order[6] no later than May 8, 2018.

---

[1] DCD 451
[2] DCD 329
[3] DCD 317
[4] DCD 345
[5] DCD 329
[6] DCD 317

Respectfully submitted,

*/s/ David J. Guastello*
David J. Guastello, KS #22525
811 Grand Blvd., Suite 101
Kansas City, MO 64106
(816) 753-7171
david@guastellolaw.com

<u>Certificate of Service</u>

I hereby certify that on May 2, 2018, I electronically filed the foregoing motion using the Court's CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ David J. Guastello*