IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 16-20032-02-JAR |
| | ) | |
| v. | ) | |
| | ) | |
| KARL CARTER | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO JOIN MOTIONS PURSUANT TO RULE 17(b)**

Comes now Karl Carter, through undersigned counsel, and asks to join motions for witness subpoenas filed by the Federal Public Defender. Specifically, Mr. Carter asks to join docket entries 439, 440, 441, 442, 443 and 444. Each motion was filed pursuant to Federal Rule of Criminal Procedure 17. Each has already been granted by the Court, and corresponding subpoenas have been issued and served.

For the same reasons set forth in each FPD motions, the requested material is relevant and necessary to Mr. Carter's litigation, including his Motion to Dismiss[1]. Undersigned counsel has been appointed to represent Mr. Carter as he has been determined indigent and is financially unable to pay the fees and expenses for the procurement and production of the witnesses. The witness requests in the Rule 17(b) motions are necessary to litigate the pending issues before this Court.

WHEREFORE, counsel asks the Court for an order directing that a subpoena be issued for the named witnesses in docket entries 439, 440, 441, 442 and 433; that the costs incurred for the procurement and production of the named witnesses be paid by the United States; and that

---

[1] D.E. 333

the United States Marshal for the District of Kansas (or duly appointed deputy) be ordered to serve the subpoena or arrange for service and authorized to disburse the necessary funds to pay the costs and fees incurred for the procurement and production of said witnesses at the Motion Hearing on May 15, 2018, at 9:00 a.m.

                              Respectfully submitted,

                              */s/ David J. Guastello*
                              David J. Guastello, KS #22525
                              811 Grand Blvd., Suite 101
                              Kansas City, MO 64106
                              (816) 753-7171
                              david@guastellolaw.com

Certificate of Service

     I hereby certify that on May 2, 2018, I electronically filed the foregoing motion using the Court's CM/ECF system which will send a notice of electronic filing to all counsel of record.

                              /*s/ David J. Guastello*