IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,                    )
                          Plaintiff,       )
                                 )
             vs.                       )       Case No. 16-20032-03-JAR
                                 )
LORENZO BLACK *et al.*,                       )
                    Defendants.     )
_____)

## WAIVER OF APPEARANCE AT HEARING

I, Anthon Aiono, after consultation with my attorney and being advised of my right to personally appear for the Hearing set for May 15-16, 2018, hereby waive my appearance at said proceeding.

Executed     this     3rd     day     of     May     , 20 18 , at Kansas City , MO .

_____
ANTHON AIONO

Prepared by:

/s/ *Jason P. Hoffman*

_____
Donald R. Hoffman  (KS#07332)
Jason P. Hoffman (KS#17637)
HOFFMAN & HOFFMAN
CoreFirst Bank Bldg.– 3rd Floor East
100 E. 9th Street
Topeka, KS 66612
Ph. (785) 233-5887
Fax (785) 233-2173
E-mail jphoffman@sbcglobal.net

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of May, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to: Assistant United States Attorney and other counsel of record in the case.

/s/ *Jason P. Hoffman*

Donald R. Hoffman  (KS#07332)
Jason P. Hoffman (KS#17637)
HOFFMAN & HOFFMAN
CoreFirst Bank & Trust – 3rd Floor East
100 E. 9th Street
Topeka, KS 66612
Ph. (785) 233-5887
Fax (785) 233-2173
E-mail jphoffman@sbcglobal.net