### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 16-20032-02-JAR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KARL CARTER | ) | |
| | ) | |
| Defendant. | ) | |

### WAIVER OF APPEARANCE AT THE HEARING

Defendant Karl Carter, by and through undersigned counsel, and in accordance with Fed. R. Crim. P. 43 and 47, waives his presence at the hearings scheduled for May 15th and 16th. Undersigned counsel has discussed the purpose of the hearing with Mr. Carter, who freely, voluntarily, and intelligently waives his right to be present at the hearing.

          Respectfully submitted,

          */s/ David J. Guastello*
          David J. Guastello, KS #22525
          811 Grand Blvd., Suite 101
          Kansas City, MO 64106
          (816) 753-7171
          david@guastellolaw.com

Certificate of Service

I hereby certify that on May 10, 2018, I electronically filed the foregoing motion using the Court's CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                           */s/ David J. Guastello*
                                           David J. Guastello