

# DAVID R. COHEN
### Federal Special Master

24400 Chagrin Blvd., Suite 300
Cleveland, Ohio 44122
Telephone: 216.831.0001
Facsimile: 866.357.3535
David@SpecialMaster.law

**Summary Billing Statement / Proposed Order**
**Billing Period: April, 2018**

United States of America v. Lorenzo Black
US District Court
District of Kansas
16-CR-20032

| Item | Government total |
|---|---|
| New Fees (2.2 hours @ $500.00/hr.) | $1,100.00 |
| New Expenses *DRC* | $0.00 |
| New Expenses *American Discovery* | $5,596.67 |
| Credit | ($378.00) |
| **Total New Charges** | **$6,318.67** |
| Prior Balance | $12,272.22 |
| Payments – Thank You! | $12,272.22 |
| **Total Now Due** | **$6,318.67** |

s/Julie A. Robinson
_____
Judge Julie A. Robinson