IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Case No. 16-20032-01-JAR

LORENZO BLACK,

    Defendant.

## WAIVER OF APPEARANCE AT MOTIONS HEARING

Defendant Lorenzo Black, by and through undersigned counsel, and in accordance with Fed. R. Crim. P. 43 and 47, waives his presence at the Hearing re Special Master David R. Cohen's Investigation scheduled for May 15-16, 2018. Counsel for Mr. Black has discussed the purpose of the hearing with Mr. Black, who freely, knowingly and voluntarily waives his right to be present in person at the hearing.

                                                Respectfully submitted,
                                                s/John Jenab
                                                John Jenab, KS #18069
                                                JENAB LAW FIRM, P.A.
                                                7431 Broadway #9
                                                Kansas City, MO 64114
                                                Tel (816) 759-8686
                                                Fax (816) 759-8685
                                                john.jenab@gmail.com
                                                Attorney for Defendant

<u>Certificate of Service</u>

  I certify that I filed the foregoing on May 14, 2018, using the Court's CM/ECF filing system, which provides electronic notice to all counsel of record.

                <u>s/John Jenab</u>
                John Jenab