IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:16-cr-20032-JAR |
| ) | |
| LORENZO BLACK, et al., ) | |
| ) | |
| Defendants. ) | |

**ENTRY OF APPEARANCE AS CO-COUNSEL**

Please take notice that the undersigned attorney enters her appearance as co-counsel for Linda Thomas and Wayne Bigelow in their capacity as employees of CoreCivic, Inc. in the above-captioned case. All documents related to the above-captioned case should also be served on Alyssa C. Brockert of Wallace Saunders at the address stated below.

WALLACE SAUNDERS

By: /s/Alyssa Brockert
Alyssa C. Brockert          KS #24627
10111 W. 87th Street
Overland Park, Kansas 66212
(913) 888-1000   Fax: (913) 888-1065
abrockert@wallacesaunders.com

ATTORNEYS FOR LINDA THOMAS AND WAYNE BIGELOW

I hereby certify that the original of this pleading was signed by counsel and the above and foregoing was filed with the Clerk of the Court using the CM/ECF system.

/s/Alyssa C. Brockert
For the Firm

1