IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:16-cr-20032-JAR |
| ) | |
| LORENZO BLACK, et al., ) | |
| ) | |
| Defendants. ) | |

**ENTRY OF APPEARANCE AS CO-COUNSEL**

Please take notice that the undersigned attorney enters his appearance as co-counsel for Linda Thomas and Wayne Bigelow, in the above-captioned case. All documents related to the above-captioned case should also be served on Hal D. Meltzer of Baker Sterchi Cowden & Rice at the address stated below.

                                          BAKER STERCHI COWDEN & RICE

                                          By: /s/Hal D. Meltzer
                                          Hal D. Meltzer        KS #10121
                                          2400 Pershing Road, Suite 500
                                          Kansas City, Missouri 64108
                                          (816) 471-2121   Fax: (816) 472-0288
                                          meltzer@bscr-law.com

                                          ATTORNEYS FOR LINDA THOMAS
                                          AND WAYNE BIGELOW

I hereby certify that the original of this pleading was signed by counsel and the above and foregoing was filed with the Clerk of the Court using the CM/ECF system.

/s/Hal D. Meltzer
For the Firm

1