## CLERK'S COURTROOM MOTIONS/MISCELLANEOUS MINUTE SHEET
## CASE NO. 16-20032-JAR

|  |  |
|---|---|
|  | **APPEARANCES:** |
| UNITED STATES OF AMERICA, | US Attorney Stephen McAllister |
|  | AUSA Steve Clymer |
|  | AUSA Duston Slinkard |
| Plaintiff |  |
| v. |  |
| LORENZO BLACK (01) – waived appearance | Deft Attys: John Jenab |
| KARL CARTER (02) – waived appearance | David Guastello |
| ANTHON AIONO (03) – waived appearance | Jason Hoffman |
| DAVID BISHOP (06) – in person | Cynthia Dodge |
| Defendants |  |

*************************************************************************

| FEDERAL PUBLIC DEFENDER | Attys: Branden A. Bell |
|---|---|
| *(MOVANT)* | Kirk Redmond |
|  | Melody Brannon |

*************************************************************************

| CORRECTIONS CORPORATION OF AMERICA | Atty: Hal D. Meltzer |
|---|---|
| *(INTERESTED PARTY)* |  |

*************************************************************************

| SPECIAL MASTER, | Attys: David R. Cohen |
|---|---|
| DAVID R. COHEN | Alleen C. Vanbebber |


| JUDGE: | Julie A. Robinson | DATE: | 5/15-16/2018 |
|---|---|---|---|
| DEPUTY CLERK: | Bonnie Wiest | REPORTER: | Kelli Stewart |
| INTERPRETER: |  | PRETRIAL/PROBATION: |  |

# EVIDENTIARY HEARING

## MAY 15, 2018

This case comes on before the Court for an evidentiary hearing.

The Court finds as moot the following motions:

   Doc. 340 – Motion to Quash Subpoenas Issued by FPD filed by USA
   Doc. 341 – Motion to Quash the Special Master's Subpoena filed by USA

Rule of Sequestration is invoked. For purposes of this hearing, the Court admits FPD's previously admitted exhibits from other hearings in this case:

Exhibits 401-464; 521 and 537

Preliminary matters discussed. Discussion regarding Touhy evidence.

Federal Public Defender begins presentation of evidence and testimony. Testimony of Leslie West begins at 9:40 a.m. Excused at 9:53 a.m.

Testimony of Agent Jeff Stokes begins at 9:54 a.m. Excused at 12:54 p.m., subject to recall. Court recesses for lunch.

Testimony of AUSA Scott Rask begins at 2:04 p.m. Excused at 4:21 p.m., subject to recall.

Testimony of Erin Tomasic, begins at 4:22 p.m. Excused at 5:22 p.m.

Discussion regarding government's request to meet with witnesses to discuss Special Master's questions. The Court denies request. Special Master's exhibits will be scanned and emailed to counsel this evening.

The Court adjourns at 5:39 p.m. and will reconvene on May 16, 2018 at 8:45 a.m.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MAY 16, 2018

Court reconvenes at 8:45 a.m. The parties make their appearances. Counsel for Defendant Bishop advises the Court that her client will be waiving his appearance at today's hearing. The Court directs counsel to file a waiver.

Government's counsel requests a recess to continue conversation with defendants and FPD's attorneys.

Court recesses at 8:50 a.m.

Court reconvenes at 10:49 a.m. United States Attorney Stephen McAllister addresses the Court. The government moves to dismiss charges with prejudice as against Defendants Carter and Bishop. The parties intend to work together to come up with a standing order regarding recorded calls at facilities. The Federal Public Defender moves to admit its remaining exhibits. The following exhibits shall remain under seal:

Exhibits 438, 464, 469, 471, 473, 475, 544-547, 554.

FPD reserves the right to unseal these exhibits if it becomes necessary. Government reserves its right to make objections.

Witnesses will remain under sequestration with proviso that US Attorney McCallister and AUSA Slinkard may talk to witnesses to conduct their own investigation about certain pending cases.

The following exhibits are admitted by stipulation, subject to objections to relevance:

Exhibits 465-476, 478, 481-490, 493, 495, 496, 499-502, 504-507, 509-511, 513-520, 522-536, 538-540, 543-544, 546, 548-554.

Special Master's exhibits, per an agreed exhibit list to be submitted, are admitted by stipulation subject to relevance.

The Court keeps all pending motions in abeyance until status conference. There are no objections.

The Court grants government's motion to dismiss Mr. Bishop with prejudice.

The Court will hold government's motion to dismiss Mr. Carter with prejudice in abeyance.

This evidentiary hearing will be held open if matters are not worked out among the parties. All witnesses who have or have not yet testified are subject to recall.

Attorney Hal Meltzer objects to Witnesses Bigelow and Thomas testifying due to government's moving to dismiss Defendants Carter and Bishop. The Court overrules objection.

Testimony of Wayne Bigelow begins at 11:09 a.m. Excused at 12:02 p.m., subject to recall.

Testimony of Linda Thomas begins at 12:04 p.m. Excused at 12:19 p.m., subject to recall.

The Court sets status conference for **June 12, 2018 at 9:00 a.m.** to see how matters are progressing and will take up pending motions at that time.

Court adjourns at 12:21 p.m.

FPD's exhibit are returned to counsel.

FPD's Exhibit List attached.
Special Master's Exhibit List to be filed at a later date.