# EXHIBIT LIST
## (Federal Public Defender's Exhibits)
### United States v. Black, et al., Case No. 2:16-cr-20032-JAR

| Exh. # | Description | Offered | Admitted | Witness |
|---|---|---|---|---|
| 401 | Evacuation Diagram of rooms at CCA | x | x | Thompson |
| 402 | Room 107A Hallway | x | x | Thompson |
| 403 | Room 107A Intercom | x | x | Thompson |
| 404 | Room 107B & 107 Hallway | x | x | Thompson |
| 405 | Room 107B Intercom | x | x | Thompson |
| 406 | Room 107 Camera | x | x | Thompson |
| 407 | Room 107 Intercom | x | x | Thompson |
| 408 | Visitation hallway | x | x | Thompson |
| 409 | Visitation hallway | x | x | Thompson |
| 410 | Visitation hallway | x | x | Thompson |
| 411 | Room 4 Camera | x | x | Thompson |
| 412 | Room 4 Intercom | x | x | Thompson |
| 413 | Room 5 Intercom | x | x | Thompson |
| 414 | Room 5 Camera | x | x | Thompson |
| 415 | Room 6 Table | x | x | Thompson |
| 416a | Room 6 Table | x | x | Thompson |
| 416b | Room 6 Table | x | x | Thompson |
| 417 | Room 6 Intercom | x | x | Thompson |
| 418 | Room 6 Camera | x | x | Thompson |
| 419 | Visitation Hallway Intersection | x | x | Thompson |
| 420 | Room 7 Intercom | x | x | Thompson |
| 421 | Room 7 Camera | x | x | Thompson |
| 422 | Room 7 Light | x | x | Thompson |
| 423 | Room 8 Light button | x | x | Thompson |
| 424 | Room 8 Intercom | x | x | Thompson |
| 425 | Room 8 Camera | x | x | Thompson |
| 426 | Room 9 Camera | x | x | Thompson |
| 427 | Room 9 Intercoms & light button | x | x | Thompson |
| 428 | Visitation Hallway-Room 8 & 9 lights | x | x | Thompson |
| 429 | Visitation Hallway-Room 7 & 8 lights | x | x | Thompson |
| 430 | Visitation Hallway-end | x | x | Thompson |
| 431 | Foyer & bathroom area | x | x | Thompson |
| 432 | Foyer & bathroom area-camera 1 | x | x | Thompson |

| | | | | |
|---|---|---|---|---|
| 433 | Foyer & bathroom area-camera 2 | x | x | Thompson |
| 434 | Investigative Report of Zay Thompson | x | x | Thompson |
| 435 | CCA - Protecting Inmate Rights | x | x | Thompson |
| 436 | CCA Policies Produced by 17(c) Subpoena | x | x | Thompson |
| 437 | Affidavit of Michael Bussell | x | x | Thompson |
| 438 | Grand Jury Subpoena | x | x **UNDER SEAL** | Thompson |
| 439 | Index | x | x | Thompson |
| 440 | Index w Properties | x | x | Thompson |
| 441 | Email string: Rokusek/Tomasic/Flannigan re viewing videos of attorney-client conferences | x | x | Thompson |
| 442 | Email string: Rokusek/Tomasic re asserting attorney-client privilege in videotaped conferences | x | x | Thompson |
| 443 | Email from Barnett relaying information from USM Deputy Oberly | x | x | Thompson |
| 444 | Email from USMS, WDMO re CCA videotapes attorney-client conferences | x | x | Thompson |
| 445 | Email: Tomasic to Black counsel and Bonnie Wiest re videotapes of attorney-client conferences | x | x | Thompson |
| 446 | Email string: Tomasic/Shaneyfelt re USAO created videotape index | x | x | Thompson |
| 447 | Transcript of July 22, 2016 Status Conference, United States v. Black [pp 5-6: index] [pp 11-12: videos][pp 15, 23 additional defendants] | x | x | Thompson |
| 448 | CV of Professor Peter Joy | x | x | Thompson |
| 449 | Index of recorded attorney-client phone calls | x | x | |
| 450 | Transcript, *United States v. Huff* (May 16, 2016) | x | x | |
| 451 | Affidavit of Gary Hart (to be provided) | x | x | |
| 452 | Email from Tomasic to Judge Robinson (Aug. 22, 2016) | x | x | |
| 453 | Email from Brannon to Barnett (Aug. 3, 2016) | x | x | |
| 454 | Transcript, *United States v. Wright* (Aug. 5, 2016) | x | x | |
| 455 | Email from Oakley re: phone calls (Aug. 18, 2016) | x | x | |
| 456 | Transcript, *United States v. Huff* (Aug. 22, 2016) | x | x | |
| 457 | Transcript, *United States v. Benimon* (Aug. 22, 2016) | x | x | |
| 458 | Email from Craig Beam (Aug. 5, 2016) | x | x | Stokes |

| | | | | |
|---|---|---|---|---|
| 459 | Affidavits from CJA attorneys – Christopher Joseph, Kathleen Ambrosio, Robert Calbi, Cynthia Dodge, John Jenab, Deb Vermillion, Michael Jackson, Jackie Rokusek, Tom Haney, Robin Fowler, Thomas Johnson, and Melanie Morgan | x | x | |
| 460 | Email from CCA local counsel with CCA inmate intake form (Aug. 24, 2016) | x | x | |
| 461 | Docket sheet excerpts, *United States v. Dertinger* | x | x | |
| 462 | Transcript, *United States v. Black et al.* I (Aug. 9, 2016) | x | x | |
| 463 | Transcript, *United States v. Black et al.* II (Aug. 16, 2016) | x | x | |
| 464 | Under Seal: Audio Recordings Subpoenaed by Gary Hart from Securus | x | x **UNDER SEAL** | |
| 465 | Email from Tomasic to Kinney – 3/24/16 | | x stipulated | |
| 466 | Email from Kinney to Tomasic – 3/24/16 | | X stipulated | |
| 467 | Email from Kinney to Tomasic – 3/24/16 | | X stipulated | |
| 468 | Email from Seubert to Thomas – 3/24/16 | | X stipulated | |
| 469 | Grand Jury Subpoena attached to Ex. 469 | | X stipulated **UNDER SEAL** | |
| 470 | Email from Seubert to Thomas – 3/28/16 | | x stipulated | |
| 471 | Grand Jury Subpoena attached to Ex. 471 | | X stipulated **UNDER SEAL** | |
| 472 | Email from Seubert to Thomas – 4/6/16 | | x stipulated | |
| 473 | Grand Jury Subpoena attached to Ex. 473 | | X stipulated **UNDER SEAL** | |
| 474 | Email from Seubert to Thomas – 4/14/16 | | x stipulated | |
| 475 | Grand Jury Subpoena attached to Ex. 475 | | X stipulated **UNDER SEAL** | |
| 476 | United States v. Huff Sentencing Transcript – 8/3/16 | | x stipulated | |

| | | | | |
|---|---|---|---|---|
| 477 | Response to Huff's Rule 41(g) motion – 9/12/16 | x | x | Stokes |
| 478 | United States v. Dertinger – Excerpt of Hearing Transcript (Seubert testimony) – 6/20/17 | | x stipulated | |
| 479 | United States v. Huff – Sentencing Agreement – 3/7/17 | x | x | Stokes |
| 480 | United States v. Huff – Supplement to Motion to Clarify – 7/6/17 | x | x | Stokes |
| 481 | Special Master's First Report on Phase III Investigation – 10/20/17 | | x stipulated | |
| 482 | Letter Denying Permission to Testify – 1/12/18 | | x stipulated | |
| 483 | Email chain between Bigelow and Andrew – 11/17/16 | | x stipulated | |
| 484 | Email chain between Bigelow and Andrew – 11/17/16 | x | x | Stokes Bigelow |
| 485 | Email from Securus to Bigelow – 11/17/16 | | x stipulated | |
| 486 | Email from Bigelow to Securus – 11/22/16 | | x stipulated | |
| 487 | United States v. Black – Doc. 120 – 8/23/16 | | x stipulated | |
| 488 | United States v. Black – Doc. 121 – 8/23/16 | | x stipulated | |
| 489 | United States v. Black – Doc. 133 – 9/6/16 | | x stipulated | |
| 490 | United States v. Black – Hearing Tran. – 9/7/16 | | x stipulated | |
| 491 | Email chain between Tomasic and Rask – 1/5/17 | x | x | Rask |
| 492 | United States v. Huff – Motion to Clarify – 6/19/17 | x | x | Stokes |
| 493 | United States v. Herrera-Zamora – Post-Trial Motion – 2/20/17 | | x stipulated | |
| 494 | Email chain between Zabel and Treadway – 3/7/17 | x | x | Rask |

| | | | | |
|---|---|---|---|---|
| 495 | Email from Treadway to Zabel – 3/10/17 | | x stipulated | |
| 496 | Email from Zabel to Moran – 3/7/17 | | x stipulated | |
| 497 | United States v. Herrera-Zamora – Correction of Record – 6/19/17 | x | x | Rask |
| 498 | United States v. Wright – Hearing Tran. – 8/9/16 | x | x | Stokes |
| 499 | Email from Tomasic to Hunt – 10/7/16 | | x stipulated | |
| 500 | Letter from Hunt to Moran – 3/15/17 | | x stipulated | |
| 501 | CCA IT Subpoena spreadsheet | | x stipulated | |
| 502 | United States v. Dertinger – Excerpt of Hearing Transcript (Boyd testimony) – 6/20/17 | | x stipulated | |
| 503 | United States v. Dertinger – Doc. 503 – 5/1/17 | x | x | Stokes |
| 504 | United States v. Dertinger – Excerpt of Hearing Transcript (Flannigan testimony) – 6/21/17 | | x stipulated | |
| 505 | Email chain between Kinney and Hoffer – 7/7/15 | | x stipulated | |
| 506 | Email chain between Lajiness and Cahill – 4/21/16 | | x stipulated | |
| 507 | Email chain between Stokes and Cahill – 3/8/16 | | x stipulated | |
| 508 | United States v. Dertinger – Excerpt of Hearing Transcript (Stokes testimony) – 6/20/17 | x | x | Stokes |
| 509 | Email between Tomasic and Kinney – 7/12/16 | | x stipulated | |
| 510 | Subpoena acknowledgement form from Tomasic – 1/12/16 | | x stipulated | |
| 511 | Email chain between Tomasic and Bigelow – 7/13/16 | x | x stipulated | Bigelow |
| 512 | Email chain between Lajiness and Cahill – 3/14/16 | x | x | Stokes |

| | | | | |
|---|---|---|---|---|
| 513 | Email chain between Tomasic and Cahill – 3/11/16 | | x stipulated | |
| 514 | Email between Tomasic and Flannigan – 8/5/16 | | x stipulated | |
| 515 | Email chain between Cahill and Lajiness – 6/2/16 | x | x stipulated | Bigelow |
| 516 | Email chain between Rokusek and Tomasic | | x stipulated | |
| 517 | Herrera-Zamora sub 1 | | x stipulated | |
| 518 | Herrera-Zamora sub 2 | | x stipulated | |
| 519 | Herrera-Zamora call log | | x stipulated | |
| 520 | Federal Public Defender attorney affidavits | | x stipulated | |
| 521 | Letter from Erin Tomasic to Judge Robinson (May 23, 2017) | x | x | Order (Doc. 430) |
| 522 | CCA contract – Effective 1/1/07 | | x stipulated | |
| 523 | United States v. Dertinger – Affidavit of Jacquelyn E. Rokusek – 5/15/17 | | x stipulated | |
| 524 | Email chain between Cook and others – 5/17/13 | x | x stipulated | |
| 525 | Email chain between Collins and others – 7/8/13 | | x stipulated | |
| 526 | Email chain between Cahill and others – 3/8/16 | | x stipulated | |
| 527 | Email chain between Tomasic and others – 3/14/16 | | x stipulated | |
| 528 | Email chain between Bigelow and Cook – 4/7/16 | | x stipulated | |
| 529 | Email chain between Guthrie and others – 4/27/16 | | x stipulated | |
| 530 | Email chain between Cook and Moore – 12/29/15 | | x stipulated | |

| | | | | |
|---|---|---|---|---|
| 531 | Email chain between Cook and Moore – 1/6/16 | | x stipulated | |
| 532 | Email from Cook to Lajiness – 1/20/16 | | x stipulated | |
| 533 | Email chain between Cook and Moore – 12/8/15 | | x stipulated | |
| 534 | Email chain between Cook and Moore – 12/16/15 | | x stipulated | |
| 535 | United States v. Dertinger – Excerpt of Hearing Transcript (Bussell testimony) – 6/20/17 | | x stipulated | |
| 536 | United States v. Dertinger – Show Cause Motion - D.E. 551 – 9/8/17 | | x stipulated | |
| 537 | Declaration of Carlos Moran – 1/25/18 | x | x | Order (Doc. 430) |
| 538 | Letter from Melody Brannon to Roger Moore, Jr. – 8/15/16 | | x stipulated | |
| 539 | Fax from Sgt. Wayne Bigelow to Kansas Federal Public Defender – 8/19/16 | | x stipulated | |
| 540 | Email chain between Laura Shaneyfelt and Alyssa Brockert – 11/16/16 | | x stipulated | |
| 541 | United States v. Ashley Huff – Notice of Clarification and Correction – 6/19/17 | x | x | Rask |
| 542 | United States v. Ashley Huff – Supplemental Notice of Clarification and Correction – 7/6/17 | x | x | Rask |
| 543 | United States v. Black – Doc. 276 – Notice of Record Clarification and Correction – 6/19/17 | | x stipulated | |
| 544 | United States v. Herrera-Zamora – Notice of Submission of Interview Summary - | | X stipulated **UNDER SEAL** | |
| 545 | Summary of Rask and Metzger Interview of Sara Gardner – 1/26/18 | x | x **UNDER SEAL** | Rask |
| 546 | Summary of Allman and Britton Interview of Sara Gardner – 1/26/18 | | x stipulated | |
| 547 | Notice of Inquiry – Filed In Camera | x | x **UNDER SEAL** | Rask |
| 548 | Email chain between Michael Kenyon and Wayne Bigelow – 9/12/16 | x | x stipulated | Bigelow |

| | | | | |
|---|---|---|---|---|
| 549 | List of phone numbers | | x stipulated | |
| 550 | Email chain between Michael Kenyon and Wayne Bigelow – 7/27/16 | x | x stipulated | Bigelow |
| 551 | Email chain between Michael Kenyon and Wayne Bigelow – 12/10/15 | x | x stipulated | Bigelow |
| 552 | Letter from Duston Slinkard to David Cohen – 11/5/16 | | x stipulated | |
| 553 | Reply to Government's Recommendation Related to Scope of Special Master (D.E. 120) and Government's Response to Motion to Impound Evidence (D.E. 121) | | x stipulated | |
| 554 | Transcript of 3/21/18 Interview of Sara Gardner | x | x stipulated **UNDER SEAL** | Rask |