*(Revised 5/93)* **CLERK'S COURTROOM MINUTE SHEET - WITNESS LIST**

**CASE NO: 16-20032-JAR**

| **WITNESSES FOR  Federal Public Defender** | | | **WITNESSES FOR  Defendant** | | |
|---|---|---|---|---|---|
| Date | Name | Sworn | Date | Name | Sworn |
| 5/15/2018 | Leslie West | ( x ) | | | ( ) |
| 5/15/2018 | Jeff Stokes | ( x ) | | | ( ) |
| 5/15/2018 | Scott Rask | ( x ) | | | ( ) |
| 5/15/2018 | Erin Tomasic | ( x ) | | | ( ) |
| 5/16/2018 | Wayne Bigelow | ( x ) | | | ( ) |
| 5/16/2018 | Linda Thomas | ( x ) | | | ( ) |