EXHIBIT LIST

CASE NO. 16-20032                                                                 Special Master's Exhibits

| No. | Description | I.D. | Off. | Adm./Stip. | Deposition or Witness |
|---|---|---|---|---|---|
| SM_Stokes 1 | No exhibit | | | | |
| SM_Stokes 2 | Email authored by Stokes to Erin Tomasic | X | X | X | Stokes |
| SM_Stokes 3 | No exhibit | | | | |
| SM_Stokes 4 | Email authored by Stokes to Pauletta Boyd | X | X | X | Stokes |
| SM_Rask 1 | Email exchange between Metger and Tomasic 8/15/2016 | X | X | X | Rask |
| SM_Rask 2 | Email exchange between Mr. Welch and Deb Barnett | X | X | X | Rask |
| SM_Rask 3 | No Exhibit | | | | |
| SM_Rask 4 | Email exchange from Erin Tomasic to Emily Metzger | X | X | X | Rask |
| SM_Rask 5 | Email exchange between Rask, Flannigan and Tomasic | X | X | X | Rask |
| SM_Rask 6 | Email exchange between Rask, Flannigan, Tomasic and Oakley | X | X | X | Rask |
| SM_Rask 7 | Email exchange from Tomasic to Rask and Flannigan | X | X | X | Rask |
| SM_Rask 8 | Email exchange from Barnett to Oakley, Tomasic, Rask, Flannigan, Beall, Slinkard, Metzber, MacNeil 8/9/2016 | X | X | X | Rask |
| SM_Tom 1 | August 26, 2016 emails | X | X | X | Tomasic |
| SM_Tom 2 | September 8, 2016 emails | X | X | X | Tomasic |
| SM_Tom 3 | September 8–9, 2016 emails between Flannigan and Beall | X | X | X | Tomasic |
| SM_Tom 4 | September 8–11, 2016 emails between Tomasic, Beall, Metzger | X | X | X | Tomasic |
| SM_Tom 5 | September 8, 2016 emails between Zabel, Hunt, Beall | X | X | X | Tomasic |
| SM_Tom 6 | (Withdrawn) | | | | |
| SM_Tom 7 | August 17–18, 2016 emails between Boyd and Tomasic | X | X | X | Tomasic |
| SM_Tom 8 | August 17, 2016 email from Flannigan | X | X | X | Tomasic |
| SM_Tom 9 | August 19, 2016 emails between Tomasic and Shew | X | X | X | Tomasic |

EXHIBIT LIST

CASE NO. 16-20032                                                Special Master's Exhibits

| Exhibit | Description | | | | |
|---|---|---|---|---|---|
| SM_Tom 10 | January 20, 2016 email from Agent Stokes | | | | |
| SM_Tom 11 | March 31, 2016 email from DUSM Cahill | x | x | x | Tomasic |
| SM_Tom 12 | September 6, 2016 email from Herron | | | | |
| SM_Tom 13 | August 5, 2016 emails between Barnett and Tomasic | | | | |
| SM_Tom 14 | August 8, 2016 email from Flannigan | | | | |
| SM_Tom 15 | April 2016 emails between Barnett and Tomasic   **REDACTED** | | | X stipulated | |
| SM_Tom 16 | August 5, 2016 email from Tomasic | | | X stipulated | |
| SM_Tom 17 | August 9, 2016 email from Tomasic | | | X stipulated | |
| SM_Tom 19 | August 24, 2016 email from Rask | | | X stipulated | |
| SM_Tom 20 | January 17, 2017 email from Tomasic | | | X stipulated | |
| SM_Tom 21 | February 2017 emails between Tomasic and Metzger | | | X stipulated | |
| SM_Tom 22 | August 2016 emails between Seubert and Barnett | | | X stipulated | |
| SM Tom 25 | E-mail from Welch to Tomasic, 8/7/16 re: CCA surveillance footage | | | X stipulated | |
| SM_Tom 46 | August 2016 emails between Rask, Flannigan, Tomasic | | | X stipulated | |
| SM_Big 1 | Administrative subpoena | x | x | X stipulated | Bigelow |
| SM_Big 2 | Request for CCA phone calls | x | x | X stipulated | Bigelow |
| SM_Big 3 | Request for CCA phone calls | x | x | X stipulated | Bigelow |
| SM_Big 4 | May 2013 Securus email | x | x | X stipulated | Bigelow |
| SM_Big 5 | February 13, 2015 Stokes email | x | x | X stipulated | Bigelow |
| SM_Big 6 | March 3, 2015 email from Hundley | x | x | X stipulated | Bigelow |
| SM_Big 7 | April 7, 2016 emails between Cook and Bigelow | x | x | X stipulated | Bigelow |
| SM_Big 8 | June 2016 emails between Lajiness and Duncan | x | x | X stipulated | Bigelow |
| SM_Big 9 | June 20, 2016 email re administrative subpoena | x | x | X stipulated | Bigelow |

| | | | | | | |
|---|---|---|---|---|---|---|
| SM_Big 10 | June 2016 emails between Lajiness, Bigelow, Ryan | x | x | X stipulated | Bigelow |
| SM_Big 11 | August 4, 2016 email from Bigelow | x | x | X stipulated | Bigelow |
| SM_Big 12 | October 31, 2016 emails between Bigelow and Kenyon | x | x | X stipulated | Bigelow |
| SM_Big 13 | November 17, 2016 emails between Bigelow, Andrew, Kinney | x | x | X stipulated | Bigelow |
| SM_Big 14 | December 19, 2016 email from Bigelow | x | x | X stipulated | Bigelow |
| SM_Big 15 | May 2014 emails between Buell and Rhodes | x | x | X stipulated | Bigelow |
| SM_Big 16 | September 12, 2016 emails between Bigelow and Whitaker | x | x | X stipulated | Bigelow |
| SM_Thom 1 | October 26, 2016 CCA Memo | x | x | X stipulated | Bigelow |
| SM_Barn 1 | August 13, 2016 email from Barnett | | | X stipulated | |
| SM_Barn 2 | August 2016 emails between Barnett, Rask, Welch | | | X stipulated | |
| SM_Barn 3 | August 17, 2016 Flannigan email | | | X stipulated | |
| SM_Barn 4 | August 23, 2016 emails between Tomasic, Barnett, Rask | | | X stipulated | |
| SM_Barn 5 | May 2014 emails between Buell and Rhodes | | | X stipulated | |
| SM_Barn 6 | August 2016 emails between Tomasic, Barnett, Flannigan | | | X stipulated | |
| SM_Barn 7 | Agusut 24, 2016 emails between Barnett, Papish, Graham | | | X stipulated | |
| SM_Barn 8 | April 2016 emails between Barnett and Tomasic | | | X stipulated | |
| SM_Barn 9 | August 9, 2016 email from Barnett | | | X stipulated | |
| SM_Barn 10 | September 8, 2016 emails between Beall, Flannigan | | | X stipulated | |
| SM_Barn 11 | February 6, 2017 email from Tomasic | | | X stipulated | |
| SM Barn 13 | August 15, 2016 email between Flannigan and Beal | | | X stipulated | |
| SM Barn 14 | August 15, 2016 email from Tomasic to Barnett | | | X stipulated | |
| SM Barn 16 | September 11, 2016 email from Metzger to Beal | | | X stipulated | |
| SM_Beall 1 | August 23, 2016 emails between Tomasic, Barnett, Metzger | | | X stipulated | |

EXHIBIT LIST

CASE NO. 16-20032                                         Special Master's Exhibits

| | | | | | |
|---|---|---|---|---|---|
| SM_Beall 4 | August 15, 2016 email from Flannigan | | | X stipulated | |
| SM_Beall 5 | September 8, 2016 emails between Beall and Flannigan | | | X stipulated | |
| SM_Beall 6 | September 8, 2016 emails between Beall, Zabel, Hunt | | | X stipulated | |
| SM_Beall 7 | September 2016 emails between Flannigan and Beall | | | X stipulated | |
| SM_Beall 8 | September 2016 emails between Beall, Metzger, Tomasic | | | X stipulated | |
| SM_Beall 9 | October 8, 2016 email from Catania | | | X stipulated | |
| SM_Boyd 1 | December 7, 2016 emails from Rask | | | X stipulated | |
| SM_Boyd 2 | August 19, 2016 email from Oakley | | | X stipulated | |
| SM_Boyd 3 | August 2016 emails between Boyd and Tomasic | | | X stipulated | |
| SM_Boyd 4 | August 17, 2016 email from Boyd | | | X stipulated | |
| SM_Boyd 5 | July 12, 2016 emails between Stokes and Boyd | | | X stipulated | |
| SM_Boyd 6 | July 12, 2016 email from Stokes | | | X stipulated | |
| SM_Cat 1 | December 7, 2016 emails from Rask | | | X stipulated | |
| SM_Cat 3 | October 8, 2016 email from Catania | | | X stipulated | |
| SM_Flan 1 | August 17, 2016 email from Flannigan | | | X stipulated | |
| SM_Flan 2 | August 8, 2016 emails between Flannigan and Tomasic | | | X stipulated | |
| SM_Flan 4 | August 8, 2016 emails between Flannigan and Rask | | | X stipulated | |
| SM_Flan 5 | August 9, 2016 email from Tomasic | | | X stipulated | |
| SM_Flan 6 | August 24, 2016 emails between Tomasic and Rask | | | X stipulated | |
| SM_Flan 7 | January 17, 2017 email from Tomasic | | | X stipulated | |
| SM_Flan 8 | December 7, 2016 emails from Rask | | | X stipulated | |
| SM_Flan 9 | September 9, 2016 email from Flannigan | | | X stipulated | |
| SM_Flan 10 | August 26, 2016 emails between Flannigan and Metzger | | | X stipulated | |

4

EXHIBIT LIST

CASE NO. 16-20032                                              Special Master's Exhibits

| | | | | | |
|---|---|---|---|---|---|
| SM_Flan 11 | September 2016 emails between Flannigan and Beall | | | X stipulated | |
| SM_Kinn 1 | May 2013 emails between Collins and Andrew | | | X stipulated | |
| SM_Kinn 2 | January 2015 emails between Kinney and Hoffer | | | X stipulated | |
| SM_Kinn 3 | March 2015 emails between Hoffer, Hall, Kinney | | | X stipulated | |
| SM_Kinn 4 | March 2015 emails between Kinney and Quick | | | X stipulated | |
| SM_Kinn 5 | March 2015 emails between Hoffer, Hall, Kinney | | | X stipulated | |
| SM_Kinn 6 | March 2015 emails between Anderson, Hundley | | | X stipulated | |
| SM_Kinn 7 | April 9, 2015 emails between Hoffer and Hundley | | | X stipulated | |
| SM_Kinn 8 | April 2016 emails between Bigelow, Cook, Kinney | | | X stipulated | |
| SM_Kinn 9 | June 2016 emails between Lajiness and Duncan | | | X stipulated | |
| SM_Kinn 10 | June 16, 2016 email from Hoffer | | | X stipulated | |
| SM_Kinn 11 | June 21, 2016 emails between Ryan, Lajiness, Bigelow, Kinney | | | X stipulated | |
| SM_Kinn 12 | August 4, 2016 email from Bigelow | | | X stipulated | |
| SM_Kinn 13 | November 17, 2016 emails from Andrew, Bigelow | | | X stipulated | |
| SM_Kinn 14 | November 22, 2016 email from Bigelow | | | X stipulated | |
| SM_Metz 1 | December 7, 2016 emails from Rask | | | X stipulated | |
| SM_Metz 2 | February 21, 2017 emails between Metzger and Tomasic | | | | |
| SM_Metz 3 | August 9, 2016 email from Barnett | | | X stipulated | |
| SM_Metz 4 | August 16, 2016 emails between Metzger, Tomasic, Barnett **- REDACTED** | | | X stipulated | |
| SM_Metz 5 | September 8, 2016 emails between Beall and Flannigan | | | X stipulated | |
| SM_Metz 6 | September 11, 2016 emails between Metzger, Beall, Tomasic | | | X stipulated | |
| SM_Metz 7 | August 15, 2016 email from Flannigan | | | X stipulated | |
| SM_Welch 1 | August 7, 2016 emails between Barnett, Tomasic, Welch | | | X stipulated | |

EXHIBIT LIST

CASE NO. 16-20032                                           Special Master's Exhibits

| Exhibit | Description | | | Status | |
|---|---|---|---|---|---|
| SM_Seub 1 | March 31, 2016 email from Cahill | | | X stipulated | |
| SM_Seub 2 | August 8, 2016 emails between Seubert and Dougherty | | | X stipulated | |
| SM_Seub 3 | September 6, 2016 email from Herron | | | X stipulated | |
| SM_Seub 4 | August 2016 emails between Barnett and Seubert | | | X stipulated | |
| SM_Seub 5 | No Exhibit | | | | |
| SM_Seub 6 | August 2016 emails between Flannigan and Seubert | | | X stipulated | |
| SM_Steeb 1 | August 17, 2016 email from Boyd | | | X stipulated | |
| SM_Steeb 2 | August 2016 emails between Tomasic and Boyd | | | X stipulated | |
| SM_Steeb 3 | November 4, 2016 letter from Slinkard | | | X stipulated | |
| SM_Zabel 1 | September 8, 2016 emails between Zabel, Hunt, Beall | | | X stipulated | |
| SM Oakley 1 | E-mail from Oakley to Seubert, 11/18/16 re: CCA calls | | | X stipulated | |
| SM Oakley 2 | E-mail from Barnett to Oakley, 8/9/16 re: hearing | | | X stipulated | |
| SM Oakley 3 | E-mail from Metzger to Tomasic, 8/16/16 re: facts | | | X stipulated | |
| SM Oakley 4 | E-mail from Shew to Tomasic, 8/19/16 re: availability of unrecorded legal calls | | | X stipulated | |
| SM Oakley 5 | E-mail from Rask to Flannigan, 8/24/16 re: activity in case | | | X stipulated | |
| SM Oakley 6 | E-mail from Flannigan to Beal, 8/15/16 re: meeting | | | X stipulated | |
| SM Oakley 7 | E-mail from Oakley to Barnett, 8/19/16 re: CCA calls | | | X stipulated | |
| SM Oakley 8 | E-mail from Boyd to Steeby, 8/17/16 re: CCA calls | | | X stipulated | |
| SM Oakley 9 | E-mail from Herron to Tomasic, 9/6/16 re: Ashley Huff transcript | | | X stipulated | |