## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **v.**                                  Case No. 16-20032-JAR

**DAVID BISHOP,**
**KARL CARTER, et. al,**

    **Defendants.**

## ORDER

At the May 16, 2018, hearing in this case, the Government orally moved to dismiss Defendants David Bishop and Karl Carter from this case with prejudice. For the reasons stated fully on the record at the May 16 hearing, the Government's Oral Motion to Dismiss Charges Against Defendant David Bishop is granted. The Government's Oral Motion to Dismiss Charges Against Karl Carter is held in abeyance.

**IT IS THEREFORE ORDERED BY THE COURT** that the Government's Oral Motion to Dismiss Charges Against Defendant David Bishop is **granted**. The charges against Defendant David Bishop are **dismissed with prejudice**.

**IT IS FURTHER ORDERED BY THE COURT** that the Government's Oral Motion to Dismiss Charges Against Defendant Karl Carter is **held in abeyance**.

**IT IS SO ORDERED.**

Dated: May 23, 2018

                                                        s/Julie A. Robinson
                                                        JULIE A. ROBINSON
                                                        CHIEF UNITED STATES DISTRICT JUDGE