IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 16-20032-03-JAR |
| ) | |
| LORENZO BLACK *et al.*, ) | |
| Defendants. ) | |

## WAIVER OF APPEARANCE

I, Anthon Aiono, after consultation with my attorney and being advised of my right to personally appear for the Status Conference set for June 12, 2018, hereby waive my appearance at said proceeding.

Executed this 7th day of June, 2018, at Kansas City, MO.

_____
ANTHON AIONO

Prepared by:

/s/ *Jason P. Hoffman*

Donald R. Hoffman (KS#07332)
Jason P. Hoffman (KS#17637)
HOFFMAN & HOFFMAN
CoreFirst Bank Bldg.– 3rd Floor East
100 E. 9th Street
Topeka, KS 66612
Ph. (785) 233-5887
Fax (785) 233-2173
E-mail jphoffman@sbcglobal.net

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of June, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to: Assistant United States Attorney and other counsel of record in the case.

/s/ *Jason P. Hoffman*

---

Donald R. Hoffman (KS#07332)
Jason P. Hoffman (KS#17637)
HOFFMAN & HOFFMAN
CoreFirst Bank & Trust – 3rd Floor East
100 E. 9th Street
Topeka, KS 66612
Ph. (785) 233-5887
Fax (785) 233-2173
E-mail jphoffman@sbcglobal.net