## CLERK'S COURTROOM MOTIONS/MISCELLANEOUS MINUTE SHEET
## CASE NO. 16-20032-JAR

**APPEARANCES:**

UNITED STATES OF AMERICA,   US Attorney Stephen McAllister (by phone)
                            AUSA Duston Slinkard (by phone)

   Plaintiff

   v.

LORENZO BLACK (01) – waived appearance   Deft Attys:  John Jenab
KARL CARTER (02) – waived appearance                  David Guastello

*************************************************************************

FEDERAL PUBLIC DEFENDER   Atty:  Kirk Redmond
*(MOVANT)*

*************************************************************************

SPECIAL MASTER,   Attys:  David R. Cohen (by phone)
DAVID R. COHEN           Alleen C. Vanbebber

*************************************************************************

US Marshal's Service   General Counsel:  Gerald Auerbach (by Phone)

| JUDGE: | Julie A. Robinson | DATE: | 6/15/2018 |
|---|---|---|---|
| DEPUTY CLERK: | Bonnie Wiest | REPORTER: | Kim Griener |
| INTERPRETER: | | PRETRIAL/PROBATION: | |

## STATUS CONFERENCE

This case comes on for a status conference.

The Federal Public Defender advises the Court they are still in negotiations and would request the Court set a two-day evidentiary hearing to keep the momentum going. The Court sets an evidentiary hearing for July 18, 2018 at 9:00 a.m. and July 19, 2018 at 9:00 a.m.

The Court takes up with the parties the two proposed standing orders prepared by the Federal Public Defender. The Court hears statements and argument from counsel. For reasons set forth more specifically on the record, the Court takes this matter under advisement and invites the parties to submit recommendations for modifications to the proposed orders.