**CLERK'S COURTROOM MOTIONS/MISCELLANEOUS MINUTE SHEET**
**CASE NO. 16-20032-JAR**

|  |  |
|---|---|
|  | **APPEARANCES** |
| UNITED STATES OF AMERICA, | Attys: US Attorney Stephen McAllister |
| Plaintiff | AUSA Duston Slinkard |
|  | AUSA Steven Clymer |
| v. |  |
|  |  |
| LORENZO BLACK (01) – waived appearance | Deft Attys: John Jenab |
| KARL CARTER (02) – waived appearance | David Guastello |
| ANTHON AIONO (03) – waived appearance | Jason Hoffman, |
| Defendants |  |

*********************************************************************

| | |
|---|---|
| FEDERAL PUBLIC DEFENDER | Attys: FPD Melody Brannon |
| *(MOVANT)* | Kirk Redmond |
| | Branden Bell |

*********************************************************************

| | |
|---|---|
| SPECIAL MASTER, | Attys: David R. Cohen |
| DAVID R. COHEN | Alleen C. Vanbebber |

*********************************************************************

| | |
|---|---|
| US Marshal's Service: | USM Ron Miller |
| | DUSM Craig Beam |

| JUDGE: | Julie A. Robinson | DATE: | 7/5/2018 |
|---|---|---|---|
| DEPUTY CLERK: | Bonnie Wiest | REPORTER: | Kelli Stewart |
| INTERPRETER: |  | PRETRIAL/PROBATION: |  |

STATUS CONFERENCE

This matter comes before the court for a telephonic status conference. The parties continue to make progress regarding an agreement on retrospective relief, and they intend to meet on Monday, July 9, 2018 to further negotiate this agreement. A two-day evidentiary hearing, scheduled for July 18 and 19, 2018, will remain on the Court's calendar in the event the parties are unable to reach an agreement. The parties will meet with the United States Marshals Service on Monday, July 9, 2018, regarding prospective relief.

If the parties reach an agreement regarding retrospective relief and the need for a two-day evidentiary hearing is obviated, Special Master David Cohen will accompany the USMS to inspect detention facilities on those dates.