AO 442 (Rev. 11/11) Arrest Warrant

FILED
JUL 11 2018
TIMOTHY M. O'BRIEN CLERK
By \_\_\_\_TW\_\_\_\_ Deputy

SEALED

# UNITED STATES DISTRICT COURT
for the
District of Kansas

United States of America
v.
LORENZO BLACK

28002-031

Defendant

Case No. 2:16CR20032-001

RECEIVED
UNITED STATES MARSHAL

DISTRICT OF KANSAS
(KANSAS CITY OFFICE)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* LORENZO BLACK,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☑ Order of the Court

This offense is briefly described as follows:

Violation of conditions of pretrial release.

Date: 07/05/2018

*Issuing officer's signature*

City and state: Kansas City, KS

H. Ledwig, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 7-5-18, and the person was arrested on *(date)* 7-11-18
at *(city and state)* KCK  66101.

Date: 7/11/18

*Arresting officer's signature*

RB Hoffer  DUSM
*Printed name and title*