**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL**

**PRETRIAL PROCEEDINGS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Chris Oakley |
| **Plaintiff,** | |
| v. | Case No: 16-20032-01-JAR |
| **LORENZO BLACK** | John Jenab |
| **Defendant.** | |

| JUDGE: | Judge O'Hara | DATE: | 7/11/2018 |
|---|---|---|---|
| CLERK: | Sarah Spegal | TAPE/REPORTER: | FTR Network @ 3:40 (15 minutes) |
| INTERPRETER: | N/A | PROBATION: | Melissa Conn |

## PROCEEDINGS

☐ Initial Rule 5/Rule 5(c)(3)    ☒ **Initial Revocation Hearing (Pretrial Release)**    ☐ Bond Hearing
☐ Detention Hearing    ☐ Preliminary Hearing    ☐ Bond Revocation Hearing
☐ Arraignment
☐ Discovery Conference

☒ **Violations explained to defendant**    ☒ Defendant sworn
☒ **Counsel previously appointed (John Jenab)**

☒ Constitutional Rights Explained
☐ Felony    ☐ Misdemeanor
☐ Declines to Waive Indictment    ☐ Will be presented to next Grand Jury
☐ Signed Waiver of Indictment    ☐ Information filed Click here to enter text.
☐ Advised of Rights Under Rule _____
☐ Signed Consent to Transfer _____

☐ Waived Reading of:    ☐ Read to Defendant:
    ☐ Indictment
    ☐ Information
    ☐ Number of Counts:
☐ Guilty   ☐ Not Guilty
☐ Bail Revoked
☐ Bail Fixed at: $_____
☒ **Release Order-given to Marshals in courtroom.**
☐ Remanded to Custody

☐ Case Management Order will be issued by Magistrate Judge James
☐ Defendant's next appearance set for

☐ OTHER