IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16-20032-01-JAR |
| | ) | |
| LORENZO BLACK, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

In accordance with the court's directive during the hearing today, July 11, 2018, the defendant shall be released from the custody of the U.S. Marshal. The previous conditions of release shall remain in effect.

Dated July 11, 2018, at Kansas City, Kansas.

                                                        s/ James P. O'Hara
                                                        James P. O'Hara
                                                        U.S. Magistrate Judge