IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                    Case No. 16-20032-01-JAR

LORENZO BLACK,

    Defendant.

## WAIVER OF APPEARANCE AT STATUS CONFERENCE

Defendant Lorenzo Black, by and through undersigned counsel, and in accordance with Fed. R. Crim. P. 43 and 47, waives his personal presence at the Status Conference scheduled for July 17, 2018. Mr. Black understands the purpose of the hearing and freely, knowingly and voluntarily waives his right to be present in person at the hearing.

                                      Respectfully submitted,
                                      s/John Jenab
                                      John Jenab, KS #18069
                                      JENAB LAW FIRM, P.A.
                                      7431 Broadway St #9
                                      Kansas City, MO 64114
                                      Tel (816) 759-8686
                                      Fax (816) 759-8685
                                      john.jenab@gmail.com
                                      Attorney for Defendant

<u>Certificate of Service</u>

    I certify that I filed the foregoing on July 16, 2018, using the Court's CM/ECF filing system, which provides electronic notice to all counsel of record.

                                              <u>s/John Jenab</u>
                                              John Jenab