# CLERK'S COURTROOM MOTIONS/MISCELLANEOUS MINUTE SHEET
# CASE NO. 16-20032-JAR

**APPEARANCES:**

UNITED STATES OF AMERICA,  US Attorney Stephen McAllister (by phone)
    AUSA   Steven Clymer (by phone)
    Duston Slinkard (in person)

    Plaintiff

v.

LORENZO BLACK (01) – waived appearance   Deft Attys:  John Jenab (by phone)
KARL CARTER (02) – waived appearance   David Guastello (by phone)
ANTHON AIONO (03) – waived appearance   Jason Hoffman (by phone)

*********************************************************************

FEDERAL PUBLIC DEFENDER   Atty:  Melody Brannon (in person)
*(MOVANT)*   Kirk Redmond (in person)

*********************************************************************

SPECIAL MASTER,   Attys:  David R. Cohen (by phone)
DAVID R. COHEN   Alleen C. Vanbebber (by phone)

*********************************************************************

Present in the courtroom:  Craig Beam, Chief Deputy, US Marshals Service
    Milt Ruble, Assistant Deputy Chief Probation Officer

| JUDGE: | Julie A. Robinson | DATE: | 7/17/2018 |
|---|---|---|---|
| DEPUTY CLERK: | Bonnie Wiest | REPORTER: | Kelli Stewart |
| INTERPRETER: |  | PRETRIAL/PROBATION: |  |

## STATUS CONFERENCE

This case comes on before the Court for a status conference.

The parties continue to negotiate the scope of the proposed standing order regarding prospective relief.  The parties have reached an agreement in principle regarding retrospective relief, and will continue to finalize this agreement.  The Court previously entered Standing Order 18-3, which appoints the FPD in cases involving post-conviction Sixth Amendment claims related to recorded attorney-client communications.  The FPD's office will continue to identify cases that are appropriate for resolution of post-conviction claims according to the terms of the parties' agreement. The parties are awaiting information from General Counsel for the USMS that will

aid in finalizing the proposed standing order regarding prospective relief. The Court sets a hearing date of August 1 at 2 p.m. for purposes of the FPD requesting subpoenas. This is not a setting for an evidentiary hearing. The Court will set a future status conference when the parties notify the Court that they are prepared to update the Court on the status of this case.