IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                           CRIMINAL ACTION
                                                               No. 16-20032-02-JAR

KARL CARTER,

    Defendant.

## **TRIAL ORDER**

This case is scheduled for jury trial beginning **August 13, 2018 at 9:00 a.m.** in Kansas City, Kansas in Courtroom #427. Estimated time of trial is 6-7 days. The Court therefore sets the following trial deadlines in this case:

**IT IS ORDERED BY THE COURT** that the parties shall file witness and exhibit lists no later than **July 30, 2018.**

**EXHIBITS**: Parties are expected to use presentation technology available in the courtroom to display evidence to the jury. Training on the equipment should be arranged well in advance of trial with the courtroom deputy. See "Courtroom Technology" link on the district website at www.ks.uscourts.gov. Counsel shall provide in electronic format any exhibits of documents, photographs, videos, and any other evidence that may be reduced to an electronic file no later than **August 6, 2018**, for the use of Court personnel and the Court's Jury Evidence Recording System (JERS) during trial.

Documents and photographs shall be in **.pdf, .jpg, .bmp, .tif,** or **.gif** format; video and audio recordings shall be in **.avi, .wmv, .mpg, .mp3, .wma,** or **.wav** format.

Each electronic exhibit shall be saved as a separate, independent file, and provided to the Court on a storage device, such as cd, dvd, or flash drive. **Exhibit files shall be named consistent with their order and name on the exhibit list.**

**IT IS FURTHER ORDERED** that motions in limine shall be filed by **July 30, 2018** and responses thereto shall be filed by **August 6, 2018**.  If needed, the Court will set a limine conference at a later date**.**

**IT IS FURTHER ORDERED** that the government shall provide notice pursuant to Rule 404(b) no later than **July 23, 2018.**

**IT IS FURTHER ORDERED** that the parties shall make expert disclosures by **July 30, 2018.**

**IT IS FURTHER ORDERED** that the parties shall submit proposed jury instructions no later **August 6, 2018.**

**IT IS FURTHER ORDERED** that this case is set for jury trial beginning on **August 13, 2018 at 9:00 a.m.** in Kansas City, Kansas, in Courtroom #427.

**IT IS SO ORDERED.**

Dated: July 18, 2018

                             S/ Julie A. Robinson
                             JULIE A. ROBINSON
                             UNITED STATES DISTRICT JUDGE