## CLERK'S COURTROOM MINUTE SHEET – CRIMINAL

### SENTENCING

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**v.**                           **Case No:  16-20032-01-JAR**

**LORENZO BLACK**

        **Defendant.**

                                    **Atty for Govt: Chris Oakley/Duston Slinkard**
                                         **Atty for Deft: John Jenab**

| JUDGE: | Julie A. Robinson | DATE: | 7/30/2018 |
|---|---|---|---|
| CLERK: | Bonnie Wiest | TAPE/REPORTER: | Kelli Stewart |
| INTERPRETER: | | PRETRIAL/PROBATION: | Michelle Caples |

☒  For Details of Sentence See Judgment and Commitment Order

☐  Restitution Ordered under 18:3663        $ _____    on count(s)
                                                $ _____    on count(s)

☐  **Total Restitution:**                   $

☐  Defendant Fined                      $ _____    on count(s)
                                              $ _____    on count(s)

☐  **Total Fine:**                          $

☒  Defendant Assessed under 18:3013     $ 100.00        on count(s) 9

☒  **Total Assessment:**          **$ 100.00**

☒  All remaining counts and charging documents as they pertain to this defendant are dismissed by the court on the motion of the United States.
☒  Government ☒ Defendant    - Advised of right to appeal
☐  Defendant to voluntarily surrender:
☐  Defendant remanded to custody
☐  Stay of Execution    ☐ Granted      ☐ Denied
☒  Notes:   The Court grants government's Motion (Doc. 523).  The Court imposes sentence of imprisonment for a term of time served on Count 9 of the indictment.  Defendant shall be placed on supervised release for a term of 1 year. Mandatory, special and standard conditions imposed. The Court imposes forfeiture judgment of the following property: $2790.00 and a silver 2004 Dodge Neon.