1                     UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF KANSAS
2

3   UNITED STATES OF AMERICA,

4        Plaintiff,

5   v.                              Docket No. 16-20032-01-JAR

6   LORENZO BLACK,                  Kansas City, Kansas
                                    Date:  07/30/2018
7        Defendant.
    .....................
8

9          TRANSCRIPT (EXCERPT) OF SENTENCING HEARING
                   (THE COURT'S CLOSING REMARKS)
10        BEFORE THE HONORABLE JULIE A. ROBINSON
                 UNITED STATES DISTRICT JUDGE
11

12  APPEARANCES:

13  For the Government:   Mr. D. Christopher Oakley
                          Office of United States Attorney
14                        500 State Avenue
                          Suite 360
15                        Kansas City, Kansas 66101

16                        Mr. Duston J. Slinkard
                          Office of United States Attorney
17                        444 Southeast Quincy
                          Suite 290
18                        Topeka, Kansas 66683-3592

19  For the Defendant Lorenzo Black:
                          Mr. John Jenab
20                        Jenab Law Firm, P.A.
                          7431 Broadway, #9
21                        Kansas City, Missouri 64114

22

23  _____

        Kelli Stewart, CSR-KS, CRR-MO, RPR, CRR, RMR
24                   Official Court Reporter
          259 U.S. Courthouse, 500 State Avenue
25               Kansas City, Kansas 66101

1        (The following closing remarks by the Court

2    were ordered transcribed).

3        THE COURT:  I'm going to have this

4    conversation with Mr. Clymer, who I guess is only going

5    to appear by phone.  But I don't understand-- I think

6    it's artificial line-drawing, and I-- I don't think the

7    Tenth Circuit, frankly, understood that.  The evidence

8    in the *Black* case is the evidence in the *Black* case.

9    Even if it pertains to other people that weren't charged

10   in this case, it was part of that investigation, all of

11   these recordings, and it's going to generate 2255

12   litigation.  It already has.

13       I hear today for the first time that Mr.

14   Black's two-and-a-half-hour attorney-client meeting was

15   supposedly video-recorded.  Now, he is a defendant in

16   this case.

17       I mean, I think it's fair to say that we

18   haven't obviously had a full-fledged evidentiary hearing

19   on all these matters.  But I'm just concerned that

20   whatever the division of duties may be, the Justice

21   Department needs to understand that I think they need to

22   be here for everything because there's so much overlap.

23       They should've been here today to hear what

24   Mr. Jenab said as far as I'm concerned because that

25   pertains to the Special Master's investigation.  That's

1    evidence that came out of the Special Master's

2    investigation.

3          And I'm just concerned-- I'm telling you

4    this, Mr. Slinkard and Mr. Oakley, if you want to give

5    them a heads-up, but I-- obviously I'll talk to Mr.

6    Clymer about it directly because it doesn't really have

7    anything to do with you all if what he's going to do is

8    continue to represent the government's interest in the

9    Special Master investigation.  And if it goes beyond

10   that with 2255 litigation-- I mean, I don't know.  But I

11   mean, he's the one that needs to answer for this, not

12   you.

13          But so I just say that in case you want to

14   convey the message back to him, that that's something

15   I'm going to need to hear and hear with real clarity

16   about where the lines are, because my sense is I had a

17   misunderstanding of what the scope of Mr. Clymer's

18   authorization was.  It sounds to me like everybody else

19   in this case did too; U.S. Attorney's Office, the

20   defense.  And so it sounds like the terrain has changed

21   and I'd like to know what the contours of it are now.

22   So we'll talk about that on Wednesday I guess, August 1.

23          MR. SLINKARD:  Yes, Your Honor.

24          THE COURT:  All right.  We'll be in recess.

25          MR. SLINKARD:  Thank you.

1          (2:19 p.m., proceedings recessed).

2

3                    C E R T I F I C A T E

4

5

6

7     I, Kelli Stewart, a Certified Shorthand Reporter and

8  the regularly appointed, qualified and acting official

9  reporter of the United States District Court for the

10  District of Kansas, do hereby certify that as such

11  official reporter, I was present at and reported in

12  machine shorthand the above and foregoing proceedings.

13     I further certify that the foregoing transcript,

14  consisting of 3 pages, is a full, true, and correct

15  reproduction of my shorthand notes as reflected by this

16  transcript.

17     SIGNED July 31, 2018.

18

19

20

21          /s/ Kelli Stewart

22          Kelli Stewart, CSR, RPR, CCR, RMR

23

24

25