IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 16-20032-03-JAR |
| | ) | |
| LORENZO BLACK et al., | ) | |
| Defendants. | ) | |

## WAIVER OF APPEARANCE AT HEARING

I, Anthon Aiono, after consultation with my attorney and being advised of my right to personally appear for the Status Conference set for August 1, 2018, hereby waive my appearance at said proceeding.

Executed this 31st day of July, 2018, at Kansas City, MO.

_____
ANTHON AIONO

Prepared by:

/s/ *Jason P. Hoffman*

_____
Donald R. Hoffman (KS#07332)
Jason P. Hoffman (KS#17637)
HOFFMAN & HOFFMAN
CoreFirst Bank Bldg.– 3rd Floor East
100 E. 9th Street
Topeka, KS 66612
Ph. (785) 233-5887
Fax (785) 233-2173
E-mail jphoffman@sbcglobal.net