**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL**

**SENTENCING**

UNITED STATES OF AMERICA,

      Plaintiff,

v.   Case No: 16-20032-03-JAR

ANTHON AIONO

      Defendant.

Atty for Govt: Duston Slinkard
Atty for Deft: Jason Hoffman

| JUDGE: | Julie A. Robinson | DATE: | 8/1/2018 |
|---|---|---|---|
| CLERK: | Bonnie Wiest | TAPE/REPORTER: | Kelli Stewart |
| INTERPRETER: |  | PRETRIAL/PROBATION: | Michelle Caples |

☒ For Details of Sentence See Judgment and Commitment Order

☐ Restitution Ordered under 18:3663     $           on count(s)

☐ **Total Restitution:**     $

☐ Defendant Fined     $           on count(s)
                       $           on count(s)

☐ **Total Fine:**     $

☒ Defendant Assessed under 18:3013     $ 100.00     on count(s) 1s
                                        $           on count(s)

☒ **Total Assessment:**     **$100.00**

☒ All counts in the original indictment and Count 11 of the Superseding Indictment, as they pertain to this defendant, are dismissed by the court on the motion of the United States.
☒ Government  ☒ Defendant   - Advised of right to appeal
☐ Defendant to voluntarily surrender:
☐ Defendant remanded to custody
☐ Stay of Execution   ☐ Granted   ☐ Denied
☒ Notes:   The Court grants government's motion (Doc. 550).  The Court imposes a sentence of supervised probation for a term of two years with standard and special conditions.