## CLERK'S COURTROOM MOTIONS/MISCELLANEOUS MINUTE SHEET
## CASE NO. 16-20032-JAR

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | **APPEARANCES:** |
|  | US Attorney Stephen McAllister |
|  | Steven Clymer (by telephone) |
|  | AUSA Duston Slinkard (in person) |
| Plaintiff |  |
| v. |  |
| KARL CARTER (02) – waived appearance | David Guastello (by telephone) |

**********************************************************************

|  |  |
|---|---|
| FEDERAL PUBLIC DEFENDER | Atty:  Melody Brannon (in person) |
| *(MOVANT)* | Kirk Redmond (in person) |
|  | Brandon Bell (in person) |

**********************************************************************

|  |  |
|---|---|
| SPECIAL MASTER, | Attys:  David R. Cohen (by phone) |
| DAVID R. COHEN | Alleen C. VanBebber (in person) |

**********************************************************************

Present in the courtroom:  Ron Miller and Craig Beam, US Marshals Service; Jason Hoffman

Alyssa Brockert, CoreCivic, joins in by telephone.

| JUDGE: | Julie A. Robinson | DATE: | 8/1/2018 |
|---|---|---|---|
| DEPUTY CLERK: | Bonnie Wiest | REPORTER: | Kelli Stewart |
| INTERPRETER: |  | PRETRIAL/PROBATION: |  |

## MOTION HEARING

This case comes on before the Court for a motion hearing.

The Court asks questions of the parties.  Following discussion and argument, and for specific reasons set out more specifically on the record, the Court takes the Federal Public Defender's Motion to Reconvene Evidentiary Hearing (Doc. 536) under advisement and will issue an order. The Court will set a status conference to discuss dates for evidentiary hearing.  The Court encourages parties to negotiate.  The Special Master advises the Court he would like to meet with Mr. Clymer and Mr. Rosenstein to discuss the case from his perspective.  The Court grants oral motion of the FPD ordering the Department of Justice to return documents related to the settlement negotiations - FPD to submit proposed order to the Court.  The Court further orders Mr. Clymer to produce written delegation of authority.