EXHIBIT SHEET

| No. | Description | I.D. | Off. | Adm./ Stip. | Deposition or Witness |
|-----|-------------|------|------|-------------|----------------------|
| 555 | Letter from Deputy Atty General Rod J. Rosenstein | X | X | x | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |