# CLERK'S COURTROOM MOTIONS/MISCELLANEOUS MINUTE SHEET
## CASE NO. 16-20032-JAR

**APPEARANCES:**

UNITED STATES OF AMERICA,   Steve Clymer, DOJ-USAO (by telephone)
US Atty Stephen McAllister (by telephone)
AUSA Duston Slinkard

        Plaintiff
  v.

KARL CARTER (02) – waived appearance   David Guastello (by telephone)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FEDERAL PUBLIC DEFENDER   Attys: Melody Brannon, Kirk Redmond,
*(MOVANT)*   Branden Bell

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SPECIAL MASTER,   Attys: David R. Cohen (by phone)
DAVID R. COHEN   Alleen C. Vanbebber (by phone)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Present in the courtroom: Craig Beam, US Marshal's Service

Alyssa Brockert, CoreCivic, joins in by telephone

| JUDGE: | Julie A. Robinson | DATE: | 8/14/2018 |
|---|---|---|---|
| DEPUTY CLERK: | Bonnie Wiest | REPORTER: | Kelli Stewart |
| INTERPRETER: | | PRETRIAL/PROBATION: | |

## STATUS CONFERENCE

This case comes on for a status conference.

The Court begins with follow-up questions for the government that were previously discussed at the last status conference.

The Court grants oral motion of the Federal Public Defender for a specific and new preservation order for DOJ and US Attorney's Office to preserve and maintain all audio recordings that they have obtained from CCA and other detention facilities. The Court directs FPD to submit a proposed order for preservation that is within the parameters of the Special Master's Phase III investigation.

The Court sets an evidentiary hearing to begin on October 2, 2018, and to continue on October 3, 4, 9, 10, 11 & 12. A scheduling order setting out these dates, as well as prehearing deadlines, will be issued.