## In the United States District Court
## for the District of Kansas

---

**United States of America**,

Plaintiff,

v.

Case No. **16-cr-20032-JAR-02**

**Karl Carter,**

Defendant.

---

## ORDER TO PRESERVE EVIDENCE

---

On August 14, 2018, the Federal Public Defender asked this Court to issue an Order requiring the government to preserve certain evidence related to the United States Attorney's Office's possession of recorded attorney-client communications. The Department of Justice was represented by Steven Clymer, Special Counsel for DOJ (appearing by telephone). The U.S. Attorney's Office for the District of Kansas was represented by U.S. Attorney Stephen McAllister and Criminal Chief AUSA Duston Slinkard. The Federal Public Defender was represented by Melody Brannon, Kirk Redmond, and Branden Bell.

After hearing from the parties, the Court overrules the Government's objection and Orders the Department of Justice and USAO as follows:

The United States Department of Justice and USAO is ordered to preserve:

(1) any recording of telephone calls made to or received by a person while they were detained in federal custody in the District of Kansas, and that was requested or obtained by the United States Attorney's Office for the District of Kansas (USAO) or its agents, and (2) any information related to these recordings, the content, or their procurement, including law enforcement agency reports, subpoenas, written requests, emails, or other documents containing a reference to the request, acquisition, review, or disposal of such recordings.

The United States Department of Justice is also ordered to immediately notify every employee and agent of the contents of this order, including IT employees, the United States Marshal's Service, clerical staff, and any DOJ entity responsible for the maintenance and security of this information.

IT IS SO ORDERED.

This  15th  day of August, 2018.


 s/  Julie A. Robinson
Honorable Julie A. Robinson
United States District Court Judge