IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
                Plaintiff,

v.                                                        Case No. 16-CR-20032-JAR

LORENZO BLACK, *et al.,*
                Defendants.

ENTRY OF APPEARANCE

Please take notice that the undersigned, Alleen Castellani VanBebber, has

entered her appearance as attorney of record for the Special Master, David R.

Cohen.  All documents related to this case should be served on her at the

address(es) stated below.

                                        Respectfully submitted,

                                        /s/ Alleen C. VanBebber
                                        Alleen Castellani VanBebber
                                        Kansas Bar Number 10214
                                        VanBebber Law Firm, LLC
                                        2029 West 95th Street
                                        Leawood, KS  66206
                                        (913)384-5359
                                        vanbebberlaw@aol.com

                                        Attorney for the Special Master

I hereby certify that the original
of this document was signed by the
attorney and the foregoing filed
with the District Court Clerk, using
the CM/ECF system.

/s/Alleen C. VanBebber