**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>        **Plaintiff,**<br><br>        v.<br><br>**LORENZO BLACK,**<br>**KARL CARTER,**<br>**ANTHON AIONO,**<br>**ALICIA TACKETT, and**<br>**CATHERINE ROWLETTE**<br><br>        **Defendants.** | Case No. 16-20032-JAR |

## ORDER

Pursuant to the Court's October 11, 2016 Appointment Order[1] of David R. Cohen as Special Master, the United States is ordered to pay the attached Summary Bill for Billing Period July, 2018, in the total amount of $24,039.76, which this Court has approved after *in camera* reviewing a detailed an itemized billing.   The Clerk of the Court is directed to make the check payable to David R. Cohen, within 20 days.

   **IT IS SO ORDERED.**

   Dated: August 28, 2018

                                        S/ Julie A. Robinson
                                        JULIE A. ROBINSON
                                        UNITED STATES DISTRICT JUDGE

---

[1] Doc. 146

1



24400 Chagrin Blvd., Suite 300<br>
Cleveland, Ohio  44122<br>
Telephone:  216.831.0001<br>
Facsimile:  866.357.3535<br>
David@SpecialMaster.law

**Summary Billing Statement / Proposed Order**
**Billing Period: July, 2018**

United States of America v. Lorenzo Black
US District Court
District of Kansas
16-CR-20032

| Item | Government total |
|---|---:|
| New Fees (DRC 8.6 hours @ $600.00/hr.) | $22,080.00 |
| New Expenses *DRC* | $1,522.26 |
| New Expenses *VanBebber* | $437.50 |
| **Total New Charges** | **$24,039.76** |
| Prior Balance | $5,751.27 |
| Payments – Thank You! | $5,751.27 |
| **Total Now Due** | **$24,039.76** |

s/Julie A. Robinson
_____
Judge Julie A. Robinson