# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 16-CR-20032-JAR |
| Plaintiff, ) | |
| ) | |
| v. ) | Government's Motion to Stay |
| ) | Special Master's Subpoena *Duces* |
| LORENZO BLACK, ) | *Tecum* Dated August 17, 2018; |
| KARL CARTER, ) | Exhibits |
| ANTHON AIONO, ) | |
| ALICIA TACKETT, ) | |
| CATHERINE ROWLETTE, and ) | |
| DAVID BISHOP, ) | |
| ) | |
| Defendants. ) | |

The United States of America, by and through its counsel of record, Assistant United States Attorney Steven Clymer, appointed as Special Attorney pursuant to 28 U.S.C. § 515 to represent the United States in connection with Phase III of the Special Master Investigation, hereby respectfully moves to stay the Special Master's subpoena *duces tecum* directed to District of Kansas United States Attorney Stephen R. McAllister and dated August 17, 2018, pending Mr. McAllister's receipt of instructions regarding the demand. This motion is made pursuant to 28 C.F.R. § 16.27 and is based on the files and records of this case and the attached exhibits.

1. On or about August 17, 2018, the Special Master caused a *subpoena duces tecum* issued under the authority of Fed. R. Crim. P. 17 to be served on United States Attorney McAllister. The subpoena, a copy of which is attached as Exhibit A, demands production of 13 categories of

information for a date range of January 1, 2014 through May 1, 2017. The subpoena requires production on or before August 31, 2018 at 1:00 p.m.

2. The subpoena *duces tecum* was distributed to appropriate Department of Justice officials for their prompt consideration. The United States Attorney's Office is locating and collecting documents and materials responsive to the subpoena so that they can be reviewed by Department of Justice officials before a disclosure decision is made and instructions regarding disclosure/production are provided to United States Attorney McAllister.

3. On August 23, 2018, government counsel sent an electronic mail message to the Special Master explaining that the Department of Justice was evaluating the document and information requests in the subpoena and that it was unlikely that this process would be completed before the August 31, 2018 deadline for production. The message requested that the deadline for production be extended by 14 days.

4. On August 28, 2018, Alleen VanBebber, counsel for the Special Master, sent an electronic mail message to government counsel and others explaining that the Special Master would not join in a motion for enlargement of time and would respond to such motion if it were to be filed.

5. On Thursday, August 30, 2018, government counsel and Assistant United States Attorney Duston Slinkard spoke with Ms. VanBebber. Ms. VanBebber recommended that the government file a motion to enlarge time.

6. The government will endeavor to have as many responsive documents as possible collected and reviewed within 14 days of August 31, 2018. If the Special Master and his counsel prefer, the government will make production on a rolling basis of any responsive documents that it concludes should be produced.

7. Federal law provides that "[i]f response to a demand is required before the instructions from the appropriate Department official are received, the responsible official or other Department attorney designated for the purpose shall appear and furnish the court or other authority with a copy of the regulations contained in this subpart and inform the court or other authority that the demand has been or is being, as the case may be, referred for the prompt consideration of the appropriate Department official and shall respectfully request the court or authority to stay the demand pending receipt of the requested instructions." 28 C.F.R. § 16.27.

8. Accordingly, I have attached a copy of the regulations in Subpart B, Part 16, Chapter I of Title 28 of the Code of Federal Regulations as Exhibit B and respectfully request that this Court stay the demand in the subpoena *duces tecum* pending receipt of instructions from the appropriate Department official.

Respectfully submitted,

Steven D. Clymer
Assistant United States Attorney
Special Attorney for the United States
NDNY Bar Roll #509281

**Certificate of Service**

I hereby certify that on the 30th day of August, 2018, the foregoing was electronically filed with the clerk of the court for the District of Kansas using the CM/ECF system, which will send a notice of electronic filing to all counsel.

                                                 *S/Deanna Lieberman*
                                                 Deanna Lieberman
                                                 Paralegal Specialist
                                                 United States Attorney's Office
                                                 Northern District of New York