In the United States District Court
for the District of Kansas

---

**United States of America**,

                Plaintiff,

v.

                Case No. **16-cr-20032-JAR-2**

**Karl Carter,**

                Defendant.

---

### Notice of Errata

    Yesterday, the government filed a response (D.E. 587) to our motion for phone discovery (D.E. 573), and we quickly replied, perhaps too quickly.

    The government and defense have been negotiating a resolution to the motion. There was some misunderstanding on our part as to whether that had stalled based on methodology. We read the response as an objection to our motion that should be addressed.

    Our reply did not acknowledge the negotiations, and should have. While we still believe that the government, to date, has not identified or produced the Rule 41(g) phone calls, it has expressed a willingness to do so.

    Should we reach an impasse, we will notify the Court. We ask the Court to hold our motion in abeyance for now.

        Respectfully submitted,

        <u>s/ Melody Brannon</u>
        MELODY BRANNON #17612
        Federal Public Defender
        for the District of Kansas
        117 SW 6th Avenue, Suite 200
        Topeka, Kansas 66603-3840
        Phone: 785-232-9828
        Fax: 785-232-9886
        E-mail: Melody_Brannon@fd.org

## CERTIFICATE OF SERVICE

I certify that on 9/5/18, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the Special Master and all parties, including Movant Parties and Interested Parties.

s/ Melody Brannon
Melody Brannon
