# In the United States District Court
# for the District of Kansas

**United States of America**,
      Plaintiff,

v.                                              Case No. **2:16-cr-20032-JAR-02**

**Karl Carter,**
      Defendant.

## Order for Production of Witnesses Pursuant to
## Fed. R. Crim. P. 17(b) and (c)

The Federal Public Defender for the District of Kansas seeks two subpoenas under Rule 17(b) and (c) of the Federal Rules of Criminal Procedure. Based on the motion, this Court finds good cause to issue the subpoenas, and that the witnesses are necessary to present evidence relevant to matters before the Court. This Court further finds that the FPD, as movant, cannot pay the costs and fees associated with the subpoenas.

The clerk shall therefore issue the subpoenas detailed below. The United States shall pay the costs and fees associated with the subpoenas. The United States Marshal for the District of Kansas (or a duly appointed deputy) is authorized to disburse the necessary funds to pay the costs and fees associated with the subpoenas.

Name of persons to be subpoenaed:

Captain Jared Schechter
Sedgwick County Detention Facility
141 W. Elm Street
Wichita, KS 67203

Captain Toby Stewart
Butler County Detention Facility
701 S. Stone Road
El Dorado, KS 67042

Capt. Schechter and Capt. Stewart should bring the following:

The name and profession or job title of each person or entity that was provided access to the Securus phone system using the facilities PIN, code, or other access authorization. Further, any written documents, emails, correspondence, memos or other information that reflects the following: who authorized that outside access; whether there was any limitation or restriction imposed; how outside use was recorded or documented; how to handle attorney-client communication; and whether that authorization was ever cancelled or revoked.

Place and time of appearance:

On October 2, 2018 at 9:00 a.m., in Courtroom No. 427 of the Kansas City, Kansas Courthouse.

IT IS SO ORDERED.

Dated: September 7, 2018

                                         S/ Julie A. Robinson
                                         JULIE A. ROBINSON
                                         CHIEF UNITED STATES DISTRICT JUDGE