## In the United States District Court
### for the District of Kansas

---

**United States of America**,

Plaintiff,

v.

Case No. **16-cr-20032-JAR-2**

**Karl Carter,**

Defendant.

---

## Motion to Join Compulsory Process

---

The FPD asks this Court to allow us to join the Special Master's compulsory process rather than obtain the Court's permission for separate, but duplicative, testimonial subpoenas pursuant to Fed. R. Crim. P. 17(b).

Before the May 15, 2018, evidentiary hearing, both the FPD and two remaining defendants in this case sought and issued subpoenas for several USAO employees. The Court ordered the witnesses to be sequestered.[1] After hearing from just a few witnesses, the Court recessed the hearing at the request of the parties. The Court ordered that the rule of sequestration remain in effect in the interim.[2] Now the hearing is scheduled to resume on October 2, 2018.

---

[1] Tr. hearing May 15, 2018, at 10.

[2] Tr. hearing May 16, 2018, at 329.

The Special Master has re-issued subpoenas to most of those
employees, and issued subpoenas to some witnesses who were not slated to
testify at the earlier hearing. Rather than issue duplicate subpoenas to the
same people, the FPD asks to join in the Special Master's compulsory process.
To the extent necessary, we have complied or will comply with 28 C.F.R. §§
16.21(a) and (b) and 28 C.F.R. § 16.23 (*Touhy* requests). Specifically, we ask
to join the subpoenas compelling the following people to testify at the October
2, 2018, hearing:

> Debra Barnett
> Thomas Beall
> Pauletta Boyd
> Sheri Catania
> Kim Flannigan
> Tristan Hunt
> Emily Metzger
> Christopher Oakley
> Leon Patton
> Scott Rask
> David Steeby
> Erin Tomasic
> James Ward
> Lanny Welch
> David Zabel

For these reasons, the FPD asks the Court to grant this motion.

The FPD consulted with First Assistant AUSA Duston Slinkard and the government does not object to this motion.

Respectfully submitted,

s/ Melody Brannon
MELODY BRANNON #17612
Federal Public Defender
for the District of Kansas
117 SW 6th Avenue, Suite 200
Topeka, Kansas 66603-3840
Phone: 785-232-9828
Fax: 785-232-9886
E-mail: Melody_Brannon@fd.org

## CERTIFICATE OF SERVICE

I certify that on 9/10/18, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the Special Master and all parties, including Movant Parties and Interested Parties.

s/ Melody Brannon
Melody Brannon

4