# In the United States District Court
# for the District of Kansas

**United States of America**,
   Plaintiff,

v.             Case No. **2:16-cr-20032-JAR-02**

**Karl Carter,**
   Defendant.

## Order for Production of Witnesses Pursuant to
## Fed. R. Crim. P. 17(b)

  The Federal Public Defender for the District of Kansas seeks four subpoenas under Rule 17(b) of the Federal Rules of Criminal Procedure. Based on the motion, this Court finds good cause to issue the subpoenas, and that the witnesses are necessary to present evidence relevant to matters before the Court. This Court further finds that the FPD, as movant, cannot pay the costs and fees associated with the subpoenas.

  The clerk shall therefore issue the subpoenas detailed below. The United States shall pay the costs and fees associated with the subpoenas. The United States Marshal for the District of Kansas (or a duly appointed deputy) is ordered to serve the subpoena or arrange for service, at the defense's

request, and is authorized to disburse the necessary funds to pay the costs and fees associated with each subpoena.

Name of persons to be subpoenaed:

Jabari Wamble
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101

Trent Krug
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101

Terra Morehead
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101

Tanya Treadway
5914 Longleaf Drive
Lawrence, KS 66049

Place and time of appearance:

On **October 2, 2018 at 9:00 a.m.**, in Courtroom No. 427 of the Kansas City, Kansas Courthouse.

IT IS SO ORDERED.

Dated: September 13, 2018

                                    S/ Julie A. Robinson
                                    JULIE A. ROBINSON
                                    CHIEF UNITED STATES DISTRICT JUDGE