In the United States District Court
for the District of Kansas

**United States of America**,
                    Plaintiff,

v.                                  Case No. **16-cr-20032-02-JAR**

**Karl Carter,**
                    Defendant.

**Motion for Production of Documents and Objects Pursuant to Fed. R. Crim. P. 17(b) and (c)**

The Federal Public Defender for the District of Kansas seeks (1) a subpoena duces tecum under Rule 17(c) of the Federal Rules of Criminal Procedure; (2) payment of costs and fees for the subpoena under Rule 17(b); and (3) a records-custodian affidavit under Rule 902(11) of the Federal Rules of Evidence, as follows:

Name of person to be subpoenaed:

   Securus Technologies
   Attn: Joshua Martin
   14651 Dallas Parkway, Suite 600
   Dallas, Texas 75254

Documents and objects to be produced:

1

Record of Privatization Reports of FPD's primary numbers:

(913) 551-6712
(785) 232-9828
(316) 269-6445
(800) 359-9492
(800) 736-3793
(800) 735-1355

beginning in 2008, including any de-privatization requests or actions.

Deadline and place for production:

On or before **September 24, 2018**, to the Federal Public Defender's Office, 117 S.W. 6th Street, Suite 200, Topeka, Kansas, 66603.

## Background

In reviewing the call access logs and other information provided by Securus, it is clear that FPD numbers were recorded, even after requests were made to CCA to privatize or assurances that the privatization had been implemented. Nonetheless, FPD's three front desk phone numbers, our primary numbers, have been recorded, sometimes on long-term bases, and sometimes randomly. The privatization logs will show if Securus privatized, de-privatized, whether this was done through CCA, and who the account user was that initiated the action. Mr. Martin assures that this information is available. It is Securus's policy to have a subpoena before providing the information.

## Procedure

Rule 17(c) authorizes this Court to issue subpoenas for the production of documents. The rule authorizes production before the documents are offered in evidence, and inspection upon production. The rule reaches essential, relevant documents, unable to be obtained by a party exercising due diligence, so long as the party's request is in good faith.[1]

The FPD is a party in this litigation and not authorized to pay the costs and fees associated with a subpoena. We were appointed by District of Kansas Standing Order 18-3 to represent all persons who may be eligible for relief under this agreement. We therefore request payment of any costs and fees "in the same manner as those paid for witnesses the government subpoenas."[2]

## Records-Custodian Affidavit

If the custodian of the subpoenaed records executes an affidavit that complies with Federal Rule of Evidence 902(11), it will be less likely that the custodian will need to present live testimony at trial. *See* Fed. R. Evid. 803(6)(D). We therefore ask the Court to direct the custodian of the subpoenaed records to execute a records-custodian affidavit that complies with Rule 902(11).

---

[1] *United States v. Nixon*, 418 U.S. 683, 699-700 (1974).

[2] Fed. R. Crim. P. 17(b).

## Conclusion

The requested documents are material, and unavailable without a subpoena. The putative clients are unable to pay the costs and fees associated with the subpoena. We therefore request (1) a subpoena duces tecum as described above under Rule 17(c); and (2) payment of costs and fees under Rule 17(b); (3) a records-custodian affidavit under Rule 902(11).

Respectfully submitted,

s/Melody Brannon
MELODY BRANNON, #17612
Federal Public Defender
117 SW 6th Avenue, Suite 200
Topeka, Kansas  66603
Telephone: (785)-232-9828,
Fax: (785)232-9886
E-mail: melody_brannon@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the Special Master and all parties, including Movant Parties and Interested Parties in the case.

s/ Melody Brannon
Melody Brannon