# In the United States District Court
# for the District of Kansas

**United States of America**,
   Plaintiff,

v.                Case No. **16-cr-20032-JAR-02**

**Karl Carter,**
   Defendant.

## Order for Production of Documents and Objects Pursuant to Fed. R. Crim. P. 17(b) and (c)

  The Federal Public Defender for the District of Kansas seeks a subpoena duces tecum under Rules 17(b) and (c) of the Federal Rules of Criminal Procedure, and a records-custodian affidavit under Rule 902(11) of the Federal Rules of Evidence. Based on the motion, this Court finds good cause to issue the subpoena and order the affidavit. This Court further finds that the accused is financially unable to pay the costs and fees associated with the subpoena.

  The clerk shall therefore issue the subpoena detailed below. The United States shall pay the costs and fees associated with the subpoena.

 Name of person or entity to be subpoenaed:

 Securus Technologies
 Attn: Joshua Martin
 14651 Dallas Parkway, Suite 600
 Dallas, Texas 75254

Documents and objects to be produced:

Record of Privatization Reports of FPD's primary numbers:

(913) 551-6712
(785) 232-9828
(316) 269-6445
(800) 359-9492
(800) 736-3793
(800) 735-1355

beginning in 2008, including any de-privatization requests or actions.

Deadline and place for production:

On or before **September 24, 2018**, to the Federal Public Defender's Office, 117 S.W. 6th Street, Suite 200, Topeka, Kansas, 66603.

The subpoena shall further direct the custodian of the subpoenaed records to execute an affidavit that complies with Federal Rule of Evidence 902(11). The affidavit may be drafted by the Federal Public Defender and attached to the subpoena for the records custodian to complete.

IT IS SO ORDERED.

Dated: September 17, 2018

                                     S/ Julie A. Robinson
                                     JULIE A. ROBINSON
                                     CHIEF UNITED STATES DISTRICT JUDGE