# In the United States District Court for the District of Kansas

**United States of America**,
        Plaintiff,

v.                                                   Case No. **16-cr-20032-JAR-02**

**Karl Carter,**
        Defendant.

## Order for Production of Documents and Objects Pursuant to Fed. R. Crim. P. 17(b) and (c)

The Federal Public Defender for the District of Kansas seeks a subpoena duces tecum under Rules 17(b) and (c) of the Federal Rules of Criminal Procedure, and a records-custodian affidavit under Rule 902(11) of the Federal Rules of Evidence. Based on the motion, this Court finds good cause to issue the subpoena and order the affidavit. This Court further finds that the accused is financially unable to pay the costs and fees associated with the subpoena.

The clerk shall therefore issue the subpoena detailed below. The United States shall pay the costs and fees associated with the subpoena.

Name of person or entity to be subpoenaed:

Securus Technologies
Attn: Joshua Martin
14651 Dallas Parkway, Suite 600
Dallas, Texas 75254

Documents and objects to be produced:

1. Copies of all subpoenas, including administrative subpoenas, to Securus for phone calls recorded through CCA-Leavenworth (now known as Corecivic) between January 1, 2010, and October 1, 2018. Please include requests for call-recording data, such as call access logs and call detail reports.

2. A list of all active Securus Secure Platform User accounts for CCA-Leavenworth, Sedgwick County Detention Facility, and Butler County Jail, and the date each user account was activated.

3. A list of all Securus Secure Platform User accounts for CCA-Leavenworth, Sedgwick County Detention Facility, and Butler County Jail, that have been deactivated since January 1, 2010, and the dates of activation and deactivation.

For each Secure Platform User account requested above, please include the User Name (e.g. dhundley@1003006.KS) and the name of the person (e.g., Dane Hundley) to whom the account was assigned.

Deadline and place for production:

On or before **September 24, 2018**, to the Federal Public Defender's Office, 117 S.W. 6th Street, Suite 200, Topeka, Kansas, 66603.

The subpoena shall further direct the custodian of the subpoenaed records to execute an affidavit that complies with Federal Rule of Evidence 902(11). The affidavit may be drafted by the Federal Public Defender and attached to the subpoena for the records custodian to complete.

IT IS SO ORDERED.

Dated: September 17, 2018

                                           S/ Julie A. Robinson
                                           JULIE A. ROBINSON
                                           CHIEF UNITED STATES DISTRICT JUDGE