# In the United States District Court
## for the District of Kansas

---

**United States of America**,

                Plaintiff,

v.

                              Case No. **16-cr-20032-JAR-02**

**Karl Carter,**

                Defendant.

---

## Motion For Discovery Of Impeachment Information

---

The Federal Public Defender asks this Court to order the United States Attorney's Office to disclose the existence, nature, and status of all complaints of professional misconduct either pending or resolved in (1) the Kansas Disciplinary Administrator's Office, (2) the United States Department of Justice Office of Inspector General and Office of Professional Responsibility, and (3) the state and federal courts, against any of the current and former attorneys for the USAO who have been subpoenaed to testify or are otherwise expected to be called to the witness stand at the evidentiary hearing scheduled to reconvene on October 2, 2018, for the following reasons:

This Court is scheduled to continue receiving evidence on October 2, 2018, on the question posed by the FPD's Rule 41(g) motion: whether the government violated the Sixth Amendment rights of defendants in custody of CCA-Leavenworth when it obtained video and audio recordings of attorney-client communications from CCA. A number of current and former USAO attorneys are expected to testify. The previous testimony of such witnesses in this matter has raised questions about credibility, motive, and the propriety of the government's repeated invocation of certain claimed testimonial privileges.[1] The information requested by this motion is relevant to all of these questions and will shed necessary light on any particular witness's personal stake—as well as on the government's institutional stake—in the outcome of these proceedings.

Rule 41(g) authorizes this request. The rule directs that "[t]he court *must* receive evidence on *any* factual issue necessary to decide the motion."[2] Other courts have recognized the right to discovery on a Rule 41(g) motion.[3]

---

[1] *See, e.g.,* D.E. 560, Trans. of 08/01/2018 Hrg. at 12 (this Court noting that, at the last evidentiary hearing, the Department of Justice "engaged in a strategy of invoking in my view blanket *Touhy* objections"), 67 (Special Master Cohen noting that "the hearing suggested that the two witnesses whom I questioned may have committed perjury, to be frank").

[2] Fed. R. Crim. P. 41(g) (emphasis added).

[3] *See, e.g., Bokel v. NYPD Property Clerk Div.*, 2008 WL 899404 (E.D.N.Y. 2008); *United States v. Maximov*, 2012 WL 2874369 (D. Ariz. 2012).

In *Bokel v. NYPD Property Clerk Div.*, for example, a magistrate judge in New York found that the government had not adequately explained the whereabouts of the plaintiff's property in a Rule 41(g) action. The magistrate therefore ordered the U.S. Marshals Service to serve process on a state property clerk to determine what had happened to the property, and ordered the United States to seek out and disclose additional information about the disposition and location of the plaintiff's property.[4]

In *United States v. Maximov*, the defendant sought the return of watches seized by the government. The government responded that the watches were contraband and not returnable because they were counterfeit, citing its own experts' opinions. The defendant then sought discovery related to those expert opinions. The District Court of Arizona granted the defendant's motion, holding that "[b]ecause the government has relied on these experts in opposing Defendant's motion, discovery concerning their opinions will be permitted."[5]

The evidence sought by this motion is relevant, responsive to issues raised by the government itself, and necessary for this Court to decide the pending Rule 41(g) motion. Wherefore, the FPD asks the Court to grant this

---

[4] *Bokel*, 2008 WL 899404 at **4-6.

[5] *Maximov*, 2012 WL 2874369 at *1.

motion, and require the government to produce this information by

September 28, 2018.

Respectfully submitted,


s/ Melody Brannon
MELODY BRANNON #17612
Federal Public Defender
for the District of Kansas
117 SW 6th Avenue, Suite 200
Topeka, Kansas 66603-3840
Phone: 785-232-9828
Fax: 785-232-9886
E-mail Address: Melody_Brannon@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the Special Master and all parties, including Movant Parties and Interested Parties in the case.

s/ Melody Brannon
Melody Brannon