# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

LORENZO BLACK, ET. AL,

    Defendants.

Case No. 16-20032-JAR

## ORDER

On May 17, 2017 this Court entered the Memorandum and Order Directing Phase III Investigation (Doc. 253), which included ordering that the "Compensation" section of the Court's order appointing David Cohen as Special Master be modified such that the Special Master's compensation and costs for third-party assistance would be paid by Timothy M. O'Brien, the Clerk of Court, up to $350,000, from funds appropriated for this specific purpose.

The Court now further modifies the Compensation provision in the May 17, 2017 order, to direct that the Special Master's compensation and costs for third-party assistance shall be paid by Timothy M. O'Brien, the Clerk of Court, up to $500,000 ($350,000 previously authorized + $150,000 additional), from funds appropriated for this specific purpose.

    **IT IS SO ORDERED.**

Dated: September 25, 2018

                                               S/ Julie A. Robinson
                                               JULIE A. ROBINSON
                                               CHIEF UNITED STATES DISTRICT JUDGE