# In the United States District Court
# for the District of Kansas

**United States of America**,
        Plaintiff,

v.                                        Case No. **2:16-cr-20032-JAR-02**

**Karl Carter,**
        Defendant.

## Order for Production of Witnesses Pursuant to
## Fed. R. Crim. P. 17(b)

The Federal Public Defender for the District of Kansas seeks four subpoenas under Rule 17(b) of the Federal Rules of Criminal Procedure. Based on the motion, this Court finds good cause to issue the subpoenas, and that the witnesses are necessary to present evidence relevant to matters before the Court. This Court further finds that the FPD, as movant, cannot pay the costs and fees associated with the subpoenas.

The clerk shall therefore issue the subpoenas detailed below. The United States shall pay the costs and fees associated with the subpoenas. The United States Marshal for the District of Kansas (or a duly appointed deputy) is authorized to disburse the necessary funds to pay the costs and fees associated with each subpoena.

Name of persons to be subpoenaed:

Michael Bussell
Archangel Investigations
4414 Aminda Street
Shawnee, KS 66226

Tom Haney
Stevens & Brand, LLP
917 SW Topeka Blvd.
Topeka, KS 66612

Christopher Joseph
Joseph, Hollander & Craft, LLC
1508 SW Topeka Blvd.
Topeka, KS 66612

Jacquelyn Rokusek
Rokusek Stein Law, LLC
11658 W 75th Street
Shawnee, KS 66214

Mark Thomason
Law Office of Mark Thomason, LLC
929 Walnut Street, Suite 101
Kansas City, MO 64106

Warden Linda Thomas
Corrections Corporation of America/CoreCivic
100 Highway Terrace
Leavenworth, KS 66048

Place and time of appearance:

On **October 9 and 10, 2018 at 9:00 a.m.**, in Courtroom No. 427 of the Kansas City, Kansas Courthouse.

2

IT IS SO ORDERED.

Dated: September 28, 2018

                                         S/ Julie A. Robinson
                                         JULIE A. ROBINSON
                                         CHIEF UNITED STATES DISTRICT JUDGE