# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **Case No. 16-CR-20032-2-JAR** |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Order** |
| | ) | |
| **KARL CARTER,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

For good cause shown, the Government's Motion re: Limited Contacts with Sequestered Witnesses (Doc. 619) is hereby granted.

**IT IS THEREFORE ORDERED BY THE COURT** that government counsel is permitted to have contact with and pose questions to sequestered witnesses in preparation for the upcoming hearing scheduled to begin on October 2, 2018. This permission is subject to the following agreed-upon limitations: the government will (a) not share a *Touhy* summary with any subpoenaed witness other than the witness to whom the summary pertains; (b) not share with any sequestered witness any exhibits introduced on May 15-16, 2018; and (c) refrain from reviewing any proposed exhibits that the Special Master and FPD identify before the hearing with any subpoenaed witness.

**IT IS SO ORDERED**.

Dated: October 1, 2018         /s Julie A. Robinson
                               JULIE A. ROBINSON
                               Chief United States District Judge