# In the United States District Court for the District of Kansas

**United States of America**,

                Plaintiff,

v.

                                       Case No. **16-cr-20032-JAR-02**

**Karl Carter,**

                Defendant.

## Federal Public Defender's Witness List

The Federal Public Defender's Office, by and through undersigned counsel, provides the following list of witnesses below that it may call during the evidentiary hearing:

1. Wayne Bigelow
2. Michael Bussell
3. Christian Cox
4. Rich Federico
5. Justin Gelfand
6. Rebecca Hamilton
7. Thomas Haney
8. Nicholas Harris

9. Christopher Joseph

10. Peter Joy

11. Trent Krug

12. Tami Loehrs

13. Joshua Martin

14. Carlos Moran

15. Terra Morehead

16. Melanie Morgan

17. Kirk Redmond

18. Jacquelyn Rokusek

19. Captain Jared Schechter

20. John Seubert

21. Captain Toby Stewart

22. Warden Linda Thomas

23. Mark Thomason

24. Tanya Treadway

25. Jabari Wamble

26. Michael Warner

27. Any witness listed by or under subpoena from the Special Master.

Respectfully submitted,

s/ Melody Brannon
MELODY BRANNON #17612
Federal Public Defender
for the District of Kansas
117 SW 6th Avenue, Suite 200
Topeka, Kansas 66603-3840
Phone: 785-232-9828
Fax: 785-232-9886
E-mail: Melody_Brannon@fd.org

## CERTIFICATE OF SERVICE

    I hereby certify that on October 1, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the Special Master and all parties, including Movant Parties and Interested Parties in the case.

                                          s/ Melody Brannon
                                          Melody Brannon