# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 16-cr-20032-JAR-2 |
| ) | |
| **KARL CARTER,** ) | |
| Defendant ) | |
| _____ ) | |

## GOVERNMENT'S UNOPPOSED MOTION
## FOR A PROTECTIVE ORDER

The United States of America, by and through its counsel of record, Assistant United States Attorney Steven Clymer, appointed as Special Attorney pursuant to 28 U.S.C. § 515 to represent the United States in connection with Phase III of the Special Master Investigation, hereby respectfully requests that this Court enter a protective order limiting the use of the documents and materials provided by the United States Attorney's Office in response to the Special Master's subpoena duces tecum, dated August 17, 2018. In support of its motion, the government submits the following:

1.  On August 17, 2018, Special Master David R. Cohen obtained a subpoena, pursuant to Rule 17 of the Federal Rules of Criminal Procedure, directing the United States Attorney for the District of Kansas to produce certain documents and materials in his possession, custody, or control.

2.      In response to that subpoena, the government has produced and continues to produce documents and materials to the Special Master.

3.      The proposed protective order would limit the use of the documents and materials provided by the government to the Special Master, in response to the August 17, 2018 subpoena duces tecum, and shared with counsel of record in this matter, to use for litigation purposes in the above-captioned case, or the related litigation pursuant to 28 U.S.C. § 2255.

4.      The need for the proposed protective order is a result of the sensitive material within the overall production.

5.      The government has discussed the proposed protective order with the Special Master and counsel of record in this matter, and they do not oppose the entry of the proposed protective order.

Respectfully submitted,

Steven D. Clymer
Special Attorney for the United States


s/ Duston J. Slinkard
DUSTON SLINKARD
First Assistant United States Attorney
444 SE Quincy, Suite 290
Topeka, KS  66683
Tele:  785-295-2850
Fax:   785-295-2853
duston.slinkard@usdoj.gov
Ks S.Ct.No. 21294

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of October, 2018, the foregoing was electronically filed with the clerk of the court for the District of Kansas using the CM/ECF system, which will send a notice of electronic filing to all counsel.

s/ Duston J. Slinkard
DUSTON SLINKARD
First Assistant United States Attorney
