# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 16-cr-20032-JAR-2** |
| | ) | |
| **KARL CARTER,** | ) | |
| **Defendant** | ) | |
| _____ | ) | |

## PROTECTIVE ORDER

Upon the unopposed motion by the United States in this case for the entry of a protective order, it is hereby ORDERED that:

1.      All documents and materials provided by the government to the Special Master, in response to the August 17, 2018 subpoena duces tecum, and shared with counsel of record in this matter, are subject to this protective order and may be used by the Special Master and defense counsel solely in connection with litigation in the above-captioned case, as well as in the related litigation pursuant to 28 U.S.C. § 2255.

2.      Nothing contained in this Order shall preclude any party from applying to this Court for further relief for modification of any provision hereof.

2

3.    Any party violating this Order is subject to sanction by the Court.

SO ORDERED.

Dated: <u>October 3, 2018</u>

<u>S/ Julie A. Robinson</u>
JULIE A. ROBINSON
CHIEF UNITED STATES DISTRICT JUDGE