In the United States District Court
for the District of Kansas

**United States of America**,
        Plaintiff,

v.

        Case No. **16-cr-20032-JAR-2**

**Karl Carter,**
        Defendant.

### Order for Transportation Funds

Ms. Tanya Treadway, a fact witness in this case who is under subpoena, requires unusual accommodations in order to travel to the courthouse for a hearing. Based on the statements of counsel, the Court hereby authorizes the United States Marshals Service to reimburse Ms. Tanya Treadway in an amount not to exceed $700 for the expenses she incurs for transportation to the courthouse for her testimony.

It is so ORDERED this 4th day of October, 2018, at Kansas City, KS.

        s/Julie A. Robinson
        HONORABLE JULIE A. ROBINSON
        UNITED STATES DISTRICT JUDGE