# In the United States District Court
# for the District of Kansas

**United States of America**,

        Plaintiff,

v.

        Case No. **16-cr-20032-JAR-02**

**Karl Carter,**

        Defendant.

## Stipulation of the Parties

The parties stipulate that these are Kansas Federal Public Defender's phone numbers, and that these facts are true and correct and should be entered into evidence:

FPD Kansas City, Kansas office main phone number: (913) 551-6712

FPD Kansas City, Kansas office toll-free number: 1 (800) 736-3793

FPD Topeka, Kansas office main phone number: (785) 232-9828

FPD Topeka, Kansas office toll-free number: 1 (800) 359-9492

FPD Wichita, Kansas office main phone number: (316) 269-6445

FPD Wichita, Kansas office toll free number: 1 (800) 735-1355

Respectfully submitted,


s/ Melody Brannon
MELODY BRANNON #17612
Federal Public Defender
for the District of Kansas
117 SW 6th Avenue, Suite 200
Topeka, Kansas 66603-3840
Phone: (785) 232-9828
E-mail: Melody_Brannon@fd.org


s/ Steven D. Clymer
STEVEN D. CLYMER
Assistant United States Attorney
100 S Clinston Street, Suite 9000
Syracuse, NY 13261
Phone: (315) 448-0672
Email: steven.d.clymer@usdoj.gov


s/ David J. Guastello
DAVID J. GUASTELLO #22525
The Guastello Law Firm, LLC
811 Grand Blvd., Suite 101
Kansas City, MO 64106
Phone: (816) 753-7171
Email: david@guastellolaw.com