**GOVERNMENT'S EXHIBIT LIST FOR OCTOBER 2018 EVIDENTIARY HEARING**

**U.S. v. Alonzo Black, et al.**
**Case No. 16-20032-JAR**

| Exh. | Description | Witness | ID | Offered | Admitted |
|---|---|---|---|---|---|
| 1 | CCA acknowledgment form regarding "Monitoring of Inmate/Detainee Telephone Call" form | Lori Harrison | | | Prev. admitted 9/7/2016 |
| 2 | CCA Inmate Handbook | Lori Harrison | | | Prev. admitted 9/7/2016 |
| 3 | Photograph of sign at CCA above Securus phone | Wayne Bigelow | | | Prev. admitted 9/7/2016 |
| 4 | Photograph of sign on CCA phone | Wayne Bigelow | | | Prev. admitted 9/7/2016 |
| 5 | Photograph of sign on CCA phone | Wayne Bigelow | | | Prev. admitted 9/7/2016 |
| 6 | Photograph of Securus Sign | Wayne Bigelow | | | Prev. admitted 9/7/2016 |
| 7 | Screenshot of Securus computer system showing "block" calling restriction | Wayne Bigelow | | | Prev. admitted 9/7/2016 |
| 8 | Copies of e-mails from SAUSA Erin Tomasic to counsel regarding CCA video recording | | | | Prev. admitted 9/7/2016 |
| 9 | E-mail from CCA to USAO sending camera index | | | | Prev. admitted 9/7/2016 |
| 10 | E-mail from Erin Tomasic to Rick Johnson | | | | Prev. admitted 9/7/2016 |
| 11 | CCA acknowledgment forms for all 40 inmates whose calls were obtained | | | | Prev. admitted 9/7/2016 Under seal |
| 12-21 | SEALED | | | | Prev. admitted 9/7/2016 Under seal |
| 22 | Barnett-Brannon e-mail exchange re: CCA recordings of attorney/client meetings | -- | | | |
| 23 | Tomasic e-mail re: CCA surveillance footage | Tomasic | x | x | x 10/9 |
| 24 | Rokusek-Tomasic e-mails on August 4, 2016 | Tomasic | x | x | x 10/9 |
| 25 | E-mail traffic re attorney-client meetings | Tomasic | x | x | x 10/9 |
| 26 | Barnett e-mail re CCA warden's response re: video of attorney-client meetings | Tomasic | x | x | x 10/9 |

1

| Exh. | Description | Witness | ID | Offered | Admitted |
|---|---|---|---|---|---|
| 27 | Rokusek privilege assertion and resulting e-mail traffic | Tomasic | x | x | x 10/9 |
| 28 | Tomasic-Rokusek e-mail traffic re viewing CCA video | Tomasic | x | x | x 10/9 |
| 29 | CM/ECF notification re filing of Dkt. #82 | Tomasic | x | x | x 10/9 |
| 30 | E-mail traffic re CCA video and audio | Tomasic | x | x | x 10/9 |
| 31 | CM/ECF notification re filing of Dkt. #85 | Tomasic | | | |
| 32 | Table showing events related to Rokusek privilege assertion | Tomasic | x | x | x - as demonstrataive only 10/9 |
| 33 | E-mail traffic regarding attorney-inmate telephone calls | Tomasic Welch | x | x | x 10/9 |
| 34 | Docket #82: FPD Rule 41(g) motion | Tomasic | x- | | |
| 34A | Docket #82: FPD Rule 41(g) motion | Tomasic Welch | x | x | x 10/9 |
| 35 | Docket #85: FPD amended Rule 41(g) motion | Tomasic | | | |
| 36 | Docket #146: Special Master Appointment Order | Tomasic | x | | |
| 37 | Docket #253: Phase III Order | Tomasic | x | x | x 10/9 |
| 38 | Docket #214: Special Master Report | Tomasic Martin | x | x | x 10/9 |
| 39 | Docket #298: Special Master Report | Tomasic | | | |
| 40 | E-mail Chris Oakley and Agents regarding jail calls | Tomasic Oakley | x | x | x 10/10 |
| 41 | Email from Scott Rask | Tomasic | x 10/3 | x | X 10/12 |
| 42 | E-mail Maria Gallup to Ryan Roberts USMS Regarding Calls | Wamble | x | x | X 10/3/18 |
| 43 | Page 562A modified | | x | x | x – as demonstrative 10/9 |
| 44 | | | | | |

2

| Exh. | Description | Witness | ID | Offered | Admitted |
|---|---|---|---|---|---|
| 45 | | | | | |
| 46 | | | | | |