*(Revised 5/93)* **CLERK'S COURTROOM MINUTE SHEET - WITNESS LIST**

**CASE NO: 16-20032-JAR**

| **WITNESSES FOR Special Master/FPD** | | |
|---|---|---|
| Date | Name | Sworn |
| 10/2/2018 | Erin Tomasic | x |
| 10/3/2018 | Erin Tomasic (cont'd) | |
| | Agent John Seubert | x |
| | Jabari Wamble, AUSA | x |
| | Thomas Christian Cox, Atty | x |
| | Capt. Jared Schechter | x |
| | Capt. Toby Stewart | x |
| | Pauletta Boyd, USA | x |
| 10/4/2018 | Erin Tomasic - recalled | x |
| | David Steeby, USA IT | x |
| | David Zabel, AUSA | x |
| | Carlos Moran, Atty | x |
| | Lanny Welch, USA | x |
| | Emily Metzger, USA | x |
| 10/9/2018 | Joshua Martin, Atty Securus | x |
| | Wayne Bigelow, CoreCivic | x |
| | Rich Federico | x |
| | Sheri Catania | x |
| 10/10/2018 | Peter Joy, Professor, Atty | x |
| 10/10/2018 | Justin Gelfund, atty | x |
| | Tami Loehrs, forensic expert | x |
| | Leon Patton, AUSA | x |
| | Chris Oakley, AUSA | x |
| | Terra Morehead, AUSA | x |
| 10/11/2018 | Mike Warner, Atty | x |
| | Melanie Morgan, Atty | x |
| | Tanya Treadway | x |
| Recalled | Melanie Morgan | |
| | Christopher Joseph, Atty | x |
| | Trent Krug, AUSA | x |
| Gov't called | Tris Hunt, AUSA | x |
| 10/12/2018 | Kim Flannigan, AUSA | x |
| | Debra Barnett | x |
| | Tom Haney | x |
| Gov't called | Scott Rask | x |
| | Tom Beall | x |