IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 16-20032-01,03-JAR |
| ) | |
| LORENZO BLACK, ) | |
| ANTHON AIONO, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## **DECLARATION OF PUBLICATION**

Under 21 U.S.C. § 853(n)(1), and the Attorney General's authority to determine the manner of publication of an Order of Forfeiture in a criminal case, notice of the forfeiture was posted on an official government internet site www.forfeiture.gov for at least 30 consecutive days, beginning on August 22, 2018 and ending on September 20, 2018 as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 22, 2018.

STEPHEN R. McALLISTER
United States Attorney
District of Kansas

/s/Annette B. Gurney
Annette B. Gurney
Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Fax (316) 269-6484
KS. S. Ct. #11602
Annette.gurney@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that on October 22, 2018, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to counsel for defendant.

/s/Annette B. Gurney
Annette B. Gurney
Assistant United States Attorney