IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,          )
                                   )
                    Plaintiff,     )
                                   )
          v.                       )          Case No. 16-20032-01,03-JAR
                                   )
LORENZO BLACK,                     )
ANTHON AIONO,                      )
                                   )
                    Defendants.    )
_____    )

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2018, a copy of the Notice of Forfeiture and Preliminary

Order of Forfeiture (Doc. 266 & 267) were sent by first class mail and by certified mail, return

receipt requested, to John Seubert, an agent with the United States Secret Service.

Executed on October 22, 2018.

                              STEPHEN R. McALLISTER
                              United States Attorney
                              District of Kansas


                              /s/Annette Gurney
                              ANNETTE GURNEY, #11602
                              Assistant United States Attorney
                              1200 Epic Center, 301 N. Main
                              Wichita, Kansas 67202
                              (316) 269-6481
                              Fax: (316) 269-6484
                              Annette.gurney@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on October 22, 2018, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.


/s/Annette Gurney
ANNETTE GURNEY, #11602
Assistant United States Attorney