In the United States District Court
for the District of Kansas

**United States of America**,
                Plaintiff,

v.

                                  Case No. **16-cr-20032-JAR-02**

**Karl Carter,**
                Defendant.

## Second Supplemental Motion to Show Cause

The Federal Public Defender asks this Court to take the following additional matters into account when considering the FPD's Motion to Show Cause filed October 25, 2017 (D.E. 301), and Supplemental Motion to Show Cause filed August 31, 2018 (D.E. 585):

1. Whether any of the current or former USAO attorneys who testified during the last two hearings violated any laws or their duty of candor toward the tribunal during their testimony.

2. Whether the government has exhibited good faith in its responses to requests for information from the Special Master, particularly in its

    a. failure to maintain a privilege log,

    b. late production, and

   c. selective production (compare, for instance, the government's thorough production regarding *former* USAO attorneys with its less-thorough production regarding *current* USAO attorneys).

3. Whether the government's selective privilege claims and *Touhy* objections during the last two hearings were justified, appropriate, and made in good faith.

4. Whether, when the government knew it was in possession of attorney-client communications, it complied with its obligations of disclosure under the Kansas Rules of Professional Conduct, *Brady*, and this Court's standing discovery order.

5. Whether the government's conduct unreasonably and vexatiously multiplied these proceedings such that liability for excessive costs, expenses, and attorneys' fees should be imposed under 28 U.S.C. § 1927.

In making this request, we reassert and incorporate all previously submitted facts and authorities in our Motion to Show Cause.

Respectfully submitted,


<u>s/ Melody Brannon</u>
MELODY BRANNON #17612
Federal Public Defender
for the District of Kansas
117 SW 6th Avenue, Suite 200
Topeka, Kansas 66603-3840
Phone: 785-232-9828
Fax: 785-232-9886
E-mail Address: Melody_Brannon@fd.org

## CERTIFICATE OF SERVICE

    I hereby certify that on October 26, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the Special Master and all parties, including Movant Parties and Interested Parties in the case.

                                           s/ Melody Brannon
                                           Melody Brannon