# In the United States District Court
# for the District of Kansas

**United States of America**,

                Plaintiff,

v.

                Case No. **16-cr-20032-JAR-02**

**Karl Carter,**

                Defendant.

## Motion to Admit Exhibits

The Court held an evidentiary hearing on October 2 through October 12, 2018. Just before, and then throughout the hearing, the Government produced a volume of material responsive to the Special Master's subpoena duces tecum. Because of the late production and the volume, we asked to supplement the record with additional exhibits unearthed in the SDT materials. All exhibits originate with the USAO. With each, we also briefly explain relevancy.

**Exhibit 706**

This exhibit is an email from USAO Litigation Hold Coordinator Emily Metzger to Special Master David Cohen on March 13, 2017, listing each USAO employee who "believe they have or may have information responsive

to the litigation hold." This establishes the universe of material that should have been produced in response to the Special Master's subpoena.

**Exhibit 707**

This exhibit, an email from AUSA Trent Krug to a defense attorney, demonstrates that as of at least April 1 of 2016, Mr. Krug was on notice that requests to CCA for jail phone calls could capture attorney-client communications.

**Exhibit 708**

This exhibit, an email from former AUSA Erin Tomasic on September 5, 2016, establishes that law enforcement agents could log directly onto the USAO's computer system to access recorded jail telephone calls that had been saved or downloaded to the USAO system.

**Exhibit 709**

This exhibit is a party admission that Ms. Tomasic directed Agent Stokes to locate attorney-client video recordings.

**Exhibit 710**

This exhibit, an email exchange between AUSA Flannigan and others, is relevant to help the Court resolve conflicting testimony concerning the USAO's decision to interpret the Court's clawback order as limited to the Black case.

**Exhibit 711**

This exhibit, an email exchange between the USAO and Securus counsel Josh Martin, establishes that Mr. Oakley, Ms. Tomasic, and others lacked basic information how CCA's telephone privatization system in late October of 2016.

**Exhibit 712**

This exhibit, a March 27, 2017 email from Ms. Tomasic to Ms. Metzger, demonstrates that Ms. Tomasic had no uniform system of obtaining jail phone calls or documenting her requests for jail phone calls.

**Exhibit 713**

This exhibit, an edited version of a government pleading in this case, corrects the proposed statement "no one acting on behalf of the government viewed any video recordings of attorney-client meetings" by pointing out that "Jeff Stokes did view recordings from DVR 6".

**Exhibit 714**

This exhibits that the USAO could obtain video recordings, not just phone calls, from CCA through an informal request to the Marshal.

## Conclusion

The exhibits are attached for this Court's review. We ask the Court to admit each exhibit as relevant to determining the issues pending before the Court.

3

Respectfully submitted,


s/ Melody Brannon
MELODY BRANNON #17612
Federal Public Defender
for the District of Kansas
117 SW 6th Avenue, Suite 200
Topeka, Kansas 66603-3840
Phone: 785-232-9828
Fax: 785-232-9886
E-mail Address: Melody_Brannon@fd.org

4

5

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the Special Master and all parties, including Movant Parties and Interested Parties in the case.

                                        s/ Melody Brannon
                                        Melody Brannon