On Fri, Apr 1, 2016 at 4:43 PM, Krug, Trent (USAKS) <Trent.Krug@usdoj.gov> wrote:
Lance,

As a follow-up to our conversation Wednesday (3/30/16), I wanted to confirm the government has rejected the March 17, 2016 offer to a 21 U.S.C. 843 offense. As such, the government's extended counter-offer is as follows:

Mr. Vargas-Ponciano could enter a guilty plea to an Information, which would charge a conspiracy involving less than 500 grams of methamphetamine (in violation of 21 U.S.C. 841(a)(1), (b)(1)(C), and 18 U.S.C. 2). As we believe the beginning BOL is 24 [at criminal history category II], the guideline range starts at 57-71 months. After acceptance of responsibility, the resulting total offense level is 21 with a range of 41-51 months' imprisonment. We could fashion the plea under an 11(c)(1)(C) agreement to 41 months' imprisonment (low-end). If you could advise whether your client is amenable to these terms, prior to April 12, 2016, I would be most appreciative. If I have inaccurately stated the offer's terms, please contact me at (913) 551-6533.

Additionally, Mark Thomason alerted me to an issue we'll need to discuss. The government requested, and obtained, co-defendant Garcia-Velasquez's phone calls from the Atchison Detention facility. Inadvertently, the facility captured several calls between Garcia-Velasquez and Mark's office. Those calls were disseminated to both Mark and you in Round 6. During our next conversation, I'd like to address how to remedy the discovery situation.

Thank you and have a great weekend,

Trent



DEFENDANT'S EXHIBIT 707
16-20032-02-JAR