| | |
|---|---|
| **From:** | Tomasic, Erin (USAKS) |
| **To:** | Herron Henry; john.seubert@usss.dhs.gov; jeff.stokes@kbi.state.ks.us; Glen.Virden@kbi.state.ks.us |
| **Cc:** | Oakley, Chris (USAKS); Boyd, Pauletta (USAKS) |
| **Subject:** | RE: Reply |
| **Date:** | Monday, September 5, 2016 1:57:06 PM |
| **Attachments:** | FPD Reply Doc. 130-1.pdf |

Let's see if they will go through.

**From:** Herron Henry [mailto:Henry.Herron@ci.irs.gov]
**Sent:** Monday, September 05, 2016 1:56 PM
**To:** Tomasic, Erin (USAKS) <etomasic@usa.doj.gov>; john.seubert@usss.dhs.gov; jeff.stokes@kbi.state.ks.us; Glen.Virden@kbi.state.ks.us
**Cc:** Oakley, Chris (USAKS) <COakley@usa.doj.gov>; Boyd, Pauletta (USAKS) <PBoyd@usa.doj.gov>
**Subject:** RE: Reply

FYI: I received the 52 page motion but not the attachments. I'm not saying I need the attachments – just letting you know I didn't receive them.

Henry

**From:** Tomasic, Erin (USAKS) [mailto:Erin.Tomasic@usdoj.gov]
**Sent:** Monday, September 05, 2016 10:16 AM
**To:** JOHN SEUBERT (KCM); Herron Henry; 'jeff.stokes@kbi.state.ks.us'; Glen Virden
**Cc:** Oakley, Chris (USAKS); Boyd, Pauletta (USAKS)
**Subject:** Reply

Super Agents:
Please find attached the 53 page reply filed by the FPD. In the factual basis, they include representations made at a hearing in Ashley Huff's case suggesting that the government was listening to attorney-client calls. I will need you to find the relevant portion of various telephone calls and transcribe it and mark the times for Pauletta to make a disc to admit at the *Black* hearing set for Wednesday at 1:30.

As most of you know, there are a series of calls between Huff and her mom/mom's male friend discussing her belief that Sessions (her attorney) was ineffective. John has already found two of those calls and has them on a disc. But there are more calls stating that Huff MET with her attorney and now she okay with keeping him. There is also a call that says something to the effect "he hates the government as much as I do."

I need all of those calls and any call confirming Huff knows the government is recording and monitoring her calls. I believe she said something about that psycho Tomasic is listening in.

I would also like John or Jeff, whoever listened to Dertinger's calls to be able to testify about the call you pointed me to some time ago where Huff says Sessions conducted a "background check" of Tomasic. Obviously we cannot listen to that call again since the Court has those calls.

DEFENDANT'S EXHIBIT 708
16-20032-02-JAR

At the hearing on Wednesday, please be prepared to testify.  Someone will prep you for testimony on Tuesday.   I will be out of the office on Tuesday from 10:15-12:00 at the Western District.  Chris has a hearing sometime on Tuesday.

==I don't know if it will be more efficient to have you log on the system and access Huff's calls via our network or if you should bring your own computers and have Pauletta burn you each a copy of Huff's calls.  Huff's calls are made under her own PIN and Alicia Ramirez-Medina's PIN.  John – please assign everyone a date range to review to streamline the process.==