| | |
|---|---|
| **From:** | Tomasic, Erin (USAKS) |
| **To:** | JOHN SEUBERT (KCM) |
| **Subject:** | FW: US v. Lorenzo Black et al. (District of Kansas Case No. 16-20032-JAR) |
| **Date:** | Tuesday, November 8, 2016 3:18:46 PM |

Erin S. Tomasic

Special Assistant U.S. Attorney

District of Kansas

500 State Avenue, Suite 360

Kansas City, KS  66101

**From:** Tomasic, Erin (USAKS)
**Sent:** Wednesday, October 26, 2016 3:51 PM
**To:** 'Josh Martin' <joshuamartin@securustechnologies.com>
**Cc:** Oakley, Chris (USAKS) <COakley@usa.doj.gov>; JOHN SEUBERT (KCM) <john.seubert@usss.dhs.gov>
**Subject:** RE: US v. Lorenzo Black et al. (District of Kansas Case No. 16-20032-JAR)

Josh:
The information is very helpful.  Thank you for following up.

Kind regards,
Erin

Erin S. Tomasic

Special Assistant U.S. Attorney

District of Kansas

500 State Avenue, Suite 360

Kansas City, KS  66101

**From:** Josh Martin [mailto:joshuamartin@securustechnologies.com]
**Sent:** Wednesday, October 26, 2016 3:11 PM
**To:** Tomasic, Erin (USAKS) <etomasic@usa.doj.gov>
**Cc:** Oakley, Chris (USAKS) <COakley@usa.doj.gov>; JOHN SEUBERT (KCM) <john.seubert@usss.dhs.gov>
**Subject:** RE: US v. Lorenzo Black et al. (District of Kansas Case No. 16-20032-JAR)

Erin – To follow up on our conversation, I'm told that CCA Leavenworth blocks numbers either at the facility (i.e., master) or call-platform site level, and not by individual inmates. FYI that there are three site separate site levels (Leavenworth Default; Leavenworth County; and Leavenworth MD-DOC Inmates). A number blocked at the facility level would be blocked at all sites. A number not blocked at the facility level but blocked at, for example, Leavenworth Default, would not automatically be blocked at the other two sites.

DEFENDANT'S EXHIBIT
711
16-20032-02-JAR

I hope this is helpful. Please let me know if you have any additional questions or would like to discuss.

Thanks,
Josh

---

Joshua Martin
Senior Corporate Counsel
Securus Technologies, Inc.
14651 Dallas Parkway, 6th Floor
Dallas, Texas 75254

phone: (972) 277-0335
email: joshuamartin@securustechnologies.com

**From:** Tomasic, Erin (USAKS) [mailto:Erin.Tomasic@usdoj.gov]
**Sent:** Monday, October 24, 2016 12:46 PM
**To:** Josh Martin
**Cc:** Oakley, Chris (USAKS); JOHN SEUBERT (KCM)
**Subject:** RE: US v. Lorenzo Black et al. (District of Kansas Case No. 16-20032-JAR)

Josh:
The agent and I will be reachable at a different number today at 4:00 for our conference call.  Please call 816-426-4320.

Thank you,
Erin

Erin S. Tomasic
Special Assistant U.S. Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, KS  66101

**From:** Josh Martin [mailto:joshuamartin@securustechnologies.com]
**Sent:** Tuesday, October 18, 2016 12:53 PM
**To:** Tomasic, Erin (USAKS) <etomasic@usa.doj.gov>
**Cc:** Oakley, Chris (USAKS) <COakley@usa.doj.gov>; JOHN SEUBERT (KCM) <john.seubert@usss.dhs.gov>
**Subject:** RE: US v. Lorenzo Black et al. (District of Kansas Case No. 16-20032-JAR)

Erin – I can't find a time this week where both my VP of Applications and me are free. I'm back in the office on Monday and we are both free from 10:00-11:00, and then again from 12:00-1:00. Please let me know if either of these times work for you.

Thanks much,
Josh

Joshua Martin
Senior Corporate Counsel
Securus Technologies, Inc.
14651 Dallas Parkway, 6th Floor
Dallas, Texas 75254

phone: (972) 277-0335
email: joshuamartin@securustechnologies.com

**From:** Tomasic, Erin (USAKS) [mailto:Erin.Tomasic@usdoj.gov]
**Sent:** Tuesday, October 18, 2016 10:05 AM
**To:** Josh Martin
**Cc:** Oakley, Chris (USAKS); JOHN SEUBERT (KCM)
**Subject:** RE: US v. Lorenzo Black et al. (District of Kansas Case No. 16-20032-JAR)

Thank you for the update.

Erin

Erin S. Tomasic
Special Assistant U.S. Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, KS  66101

**From:** Josh Martin [mailto:joshuamartin@securustechnologies.com]
**Sent:** Tuesday, October 18, 2016 10:01 AM
**To:** Tomasic, Erin (USAKS) <etomasic@usa.doj.gov>
**Cc:** Oakley, Chris (USAKS) <COakley@usa.doj.gov>; JOHN SEUBERT (KCM) <john.seubert@usss.dhs.gov>
**Subject:** RE: US v. Lorenzo Black et al. (District of Kansas Case No. 16-20032-JAR)

Good morning, Erin. I think I have the right person identified, but I'm waiting to speak with him to confirm. Once I do, I'll circulate some times for a call later this week. I am hoping for tomorrow, but can't be sure yet.

Thanks much,
Josh

Joshua Martin
Senior Corporate Counsel
Securus Technologies, Inc.
14651 Dallas Parkway, 6th Floor
Dallas, Texas 75254

phone: (972) 277-0335
email: joshuamartin@securustechnologies.com

**From:** Tomasic, Erin (USAKS) [mailto:Erin.Tomasic@usdoj.gov]
**Sent:** Tuesday, October 11, 2016 4:57 PM
**To:** Josh Martin
**Cc:** Oakley, Chris (USAKS); JOHN SEUBERT (KCM)
**Subject:** RE: US v. Lorenzo Black et al. (District of Kansas Case No. 16-20032-JAR)

Mr. Martin:

Let's set the phone call for 10:00 am on Monday, October 17th. My direct line is 913-551-6526.

Thank you,
Erin

Erin S. Tomasic
Special Assistant U.S. Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, KS  66101

**From:** Josh Martin [mailto:joshuamartin@securustechnologies.com]
**Sent:** Tuesday, October 11, 2016 11:47 AM
**To:** Tomasic, Erin (USAKS) <etomasic@usa.doj.gov>
**Subject:** Re: US v. Lorenzo Black et al. (District of Kansas Case No. 16-20032-JAR)

SUSA Tomasic - Yes, I would be happy to speak on the 17th. Please let me know a time that works for you.

Thanks,
Josh

On Oct 11, 2016 11:25 AM, "Tomasic, Erin (USAKS)" <Erin.Tomasic@usdoj.gov> wrote:

> Mr. Martin:
>
> I am in receipt of your letter regarding a subpoena that was issued to Securus Technologies in *United States v. Black et al*. (District of Kansas case number 16-20032-JAR).  In determining how to move forward with this matter, we believe it would be beneficial to discuss the nature of the information sought by the subpoena.  Are you available to discuss this matter at any time on Monday, October 17, 2016?
>
> Thank you,
>
> Erin Tomasic

Erin S. Tomasic

Special Assistant U.S. Attorney

District of Kansas

500 State Avenue, Suite 360

Kansas City, KS  66101

Click here to report this email as spam.