| | |
|---|---|
| **From:** | Metzger, Emily (USAKS) |
| **To:** | Tomasic, Erin (USAKS) |
| **Subject:** | RE: CCA Call Request Forms |
| **Date:** | Monday, March 27, 2017 11:08:34 AM |

Thanks!

**From:** Tomasic, Erin (USAKS)
**Sent:** Monday, March 27, 2017 9:36 AM
**To:** Metzger, Emily (USAKS) <EMetzger@usa.doj.gov>; Barnett, Debra (USAKS) 1 <DBarnett1@usa.doj.gov>; Rask, Scott (USAKS) <SRask@usa.doj.gov>
**Subject:** CCA Call Request Forms

Emily/Deb/Scott:
I previously asked Deb for additional time to respond to the Special Master's request for the CCA inmate call forms. Bonnie Kaiser already provided a number of my CCA inmate call request forms to Deb. I looked through my files, but I do not find any additional CCA call forms.

Based on my review, it is clear I did not make a uniform practice of keeping those forms in my case files. In some instances, the original form may have been delivered to the USMS. In other instances, the agent may have requested the calls. Everything I have responsive of the Special Master's request has already been provided by Bonnie.

Thanks,
Erin

Erin S. Tomasic
Special Assistant U.S. Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, KS  66101



DEFENDANT'S EXHIBIT 712
16-20032-02-JAR