**RE: ADDITIONAL VIDEO RECORDINGS**
**From:** Metzger, Emily (USAKS)
**To:** Barnett, Debra (USAKS) 1
**Date:** Tue, Aug 23, 2016 6:41 PM ET

Deb,

Perhaps Erin should e-mail the court (and copy defense counsel) and inform the court that she was informed today by the USM that, in reviewing material collected by a now retired former DUSM, several discs containing CCA surveillance footage was located. She could also state that the discs were not burned from the USAO video recordings obtained pursuant to the grand jury subpoena and the USAO is unaware of the contents of the discs, but the labels do not suggest that they depict attorney-client meeting rooms. Then she could just ask the court if the court wants them submitted to the court or retained by the USM. I have no other suggestions unless the USM just makes inquiry to the Court directly and not through us.

Emily

**From:** Tomasic, Erin (USAKS)
**Sent:** Tuesday, August 23, 2016 3:23 PM
**To:** Barnett, Debra (USAKS) 1; Metzger, Emily (USAKS)
**Cc:** Rask, Scott (USAKS); Oakley, Chris (USAKS); Flannigan, Kim (USAKS); Beall, Thomas (USAKS) 1; Slinkard, Duston (USAKS)
**Subject:** ADDITIONAL VIDEO RECORDINGS

All:

Agents just went through retired USMS Senior Inspector Cahill's documents, notes, etc. maintained as part of his involvement in the Black case. They encountered several burned discs containing surveillance footage. None of the footage (based on the label of the disc) contains depictions of atty-client meeting rooms. The footage was not burned from the USAO video recordings obtained in response to the subpoena. Rather, it appears as though the footage was obtained directly from CCA in response to informal requests from Cahill. Should I (or someone else) email the Court and defense counsel and turn the footage over immediately? Or should this issue be handled in a different manner?

**From:** Barnett, Debra (USAKS) 1
**Sent:** Tuesday, August 23, 2016 1:52 PM
**To:** Metzger, Emily (USAKS)
**Cc:** Rask, Scott (USAKS); Oakley, Chris (USAKS); Flannigan, Kim (USAKS); Tomasic, Erin (USAKS); Beall, Thomas (USAKS) 1; Slinkard, Duston (USAKS)
**Subject:** Re: Special Master briefing

I don't know that I want to try and discuss specifically what we are willing to agree to with regard to the video recordings because I am without a computer today til four so typing is an issue. I will keep it simple but direct.

On Aug 23, 2016, at 12:03 PM, Metzger, Emily (USAKS) <EMetzger@usa.doj.gov> wrote:

> I agree with this and the prior comments made (sorry I am catching up). I cannot think what else we could possibly agree that the Special Master would do at this point, but, it would be worth seeing (and fair) to see what she has in mind.
>
> **From:** Rask, Scott (USAKS)
> **Sent:** Tuesday, August 23, 2016 11:03 AM
> **To:** Oakley, Chris (USAKS); Barnett, Debra (USAKS) 1; Flannigan, Kim (USAKS); Metzger, Emily (USAKS); Tomasic, Erin (USAKS); Beall, Thomas (USAKS) 1; Slinkard, Duston (USAKS)
> **Subject:** RE: Special Master briefing
>
> Deb:
>
> It may be helpful and instructive to ask Melody to send you specifically what she has in mind for a scope beyond the video review. To that end, it may be beneficial to let her know that we intend to ask the Court/Special Master to excise the video of the attorney meeting rooms and not even engage in a privilege review unless a potential exculpatory claim arises in the future with respect to certain or specific visits in those rooms.
>
> Scott
>
> **From:** Oakley, Chris (USAKS)
> **Sent:** Tuesday, August 23, 2016 10:27 AM
> **To:** Barnett, Debra (USAKS) 1; Flannigan, Kim (USAKS); Metzger, Emily (USAKS); Tomasic, Erin (USAKS); Rask, Scott (USAKS); Beall, Thomas (USAKS) 1; Slinkard, Duston (USAKS)
> **Subject:** RE: Special Master briefing
>
> I don't think we agree to anything beyond our suggestions in the response we will file today.
>
> **From:** Barnett, Debra (USAKS) 1
> **Sent:** Tuesday, August 23, 2016 10:12 AM
> **To:** Flannigan, Kim (USAKS); Metzger, Emily (USAKS); Oakley, Chris (USAKS); Tomasic, Erin (USAKS); Rask, Scott (USAKS); Beall, Thomas (USAKS) 1; Slinkard, Duston (USAKS)
> **Subject:** FW: Special Master briefing
>
> Suggestions on responses?
>
> **From:** Melody Brannon [mailto:Melody_Brannon@fd.org]
> **Sent:** Tuesday, August 23, 2016 10:00 AM
> **To:** Barnett, Debra (USAKS) 1
> **Cc:** Kirk Redmond; Slinkard, Duston (USAKS); Laura Shaneyfelt
> **Subject:** Special Master briefing
>
> Deb,
>
> Please call today if there is anything about the proposed special master order/ briefing that we can discuss. We understand your overall opposition to the inquiry beyond the video footage, but in the event the Court is inclined to go beyond that, and there is a specific area that you believe should be part of a broader inquiry, we may be able to work that into our proposal.
>
> I'll be available until about 3:00.
>
> Thanks,



DEFENDANT'S EXHIBIT
**714**
16-20032-02-JAR