## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                                        Case No. 16-20032-02-JAR

KARL CARTER,

      Defendant.

## ORDER

On October 1, 2018, former-Assistant United States Attorney Tanya Treadway was

granted electronic filing privileges for the limited purpose of filing a pro se Motion to Quash

Subpoena sought by the Federal Public Defender ("FPD") for the evidentiary hearing in this case

that began on October 2, 2018.[1]  The Court denied Treadway's motion,[2] and she subsequently

testified at the hearing on October 11, 2018.  On October 15, 2018, Treadway filed a pro se

Motion to Supplement Record,[3] which she amended on October 16, 2018.[4]  At the request of the

FPD and the Government, the Court immediately sealed Treadway's pro se filings.  This matter

is now before the Court on the FPD's Sealed Motion to Strike Pleadings (Doc. 656).  The

Government takes no position on the FPD's request.

The Court has reviewed the parties' submissions, and for good cause shown, grants the

FPD's motion to strike.  Treadway is a non-party who has not sought to intervene in this action,

---

[1]Doc. 627.

[2]Doc. 630.

[3]Doc. 650.

[4]Doc. 653

and has improperly used her limited electronic-filing privileges in this case by filing pleadings without seeking leave to intervene.

**IT IS THEREFORE ORDERED BY THE COURT** that the FPD's Sealed Motion to Strike Pleadings (Doc. 656) is **granted**.  Treadway's Motions to Supplement Record (Docs. 650 and 653) are stricken from the record.  The Clerk shall remove Treadway's electronic-filing privileges in this case.

**IT IS SO ORDERED.**

Dated: November 5, 2018

                                        S/ Julie A. Robinson
                                        JULIE A. ROBINSON
                                        CHIEF UNITED STATES DISTRICT JUDGE