TRULINCS 02866081 - AKERS, MONTGOMERY CARL - Unit: MAR-I-A

-----------------------------------------------------------------------------------------

FROM: 02866081
TO: CMU
SUBJECT: ***Request to Staff*** AKERS, MONTGOMERY, Reg# 02866081, MAR-I-A
DATE: 10/01/2018 06:13:49 PM

F I L E D

NOV 13 2018

TIMOTHY M. O'BRIEN CLERK
By_____Deputy

To: UNITED STATES OF AMERICA V LORENZO BLACK, ET AL.
Inmate Work Assignment: ORDERLY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
                    Plaintiff,

vs.                                                    Case No. 16-20032-JAR

LORENZO BLACK, et al.,                                 NOTICE OF JOINDER
                    Defendants.

    Comes now the interested party, MONTGOMERY CARL AKERS, IN PRO SE, with his NOTICE OF JOINDER pursuant to Federal Rules of Civil Procedure Rule 21 and in so doing avers the following in support thereof:

    1. On July 17, 2018 the Honorable Julie A. Robinson, Chief United States District Judge, For The District of Kansas, ordered that any defendant that was housed in the CORE CIVIC detention facilities within the State and District of Kansas that has/had prospective relief due them in the form of a Sixth Amendment post-conviction violations that the Federal Public Defender would be appointed to represent such a person before this Court.

    2. On September 24, 2018 Montgomery Carl Akers made telephone contact with the Federal Public Defender in Kansas City, Kansas. Montgomery Carl Akers(hereafter referred to as "the interested party" which will be abbreviated "IP") spoke to what appeared to him to be a receptionist or assistant answering the phones. The IP explained his background and evidence he has that coincides with the order of Judge-Robinson in that the IP has material evidence of numerous Sixth Amendment violations where CORE CIVIC, AUSA-KIM I. FLANNIGAN, U.S. DISTRICT JUDGE-KATHRYN H. VRATIL, FBI SPECIAL AGENT JAMES KESZEI, who were/are involved in the theft of his mail with CORE CIVIC employees and the recording of his attorney visits and calls while he was a pre-trial detainee at the CORE CIVIC, LEAVENWORTH DETENTION FACILITY, LEAVENWORTH, KANSAS, from August, 2004, until December, 2006.

    3. The IP was not given the name of the individual at the Public Defender's Office that would handle his matter. He was only told to "sit back and wait for us to contact you." Subsequently, the IP discovered that AUSA-Kim I. Flannigan and staff members of the Federal Bureau of Prisons were contacting potential attorneys that the IP has contacted in this regard for representation telling the respective attorneys not represent the IP. There is no question that this conduct was also perpetrated upon the Office of the Federal Public Defender. AUSA-Flannigan is the main culprit in said regard. The IP is currently incarcerated in the FBOP in what's known as the "Communications Management Unit" in Marion, Illinois. The CMU staff, in conjunction with a BOP "legal advisor" by the name of KATHERINE SIEREVELD, work in conjunction with AUSA-Flannigan to dissuade anyone from assisting the IP in any way.

TRULINCS 02866081 - AKERS, MONTGOMERY CARL - Unit: MAR-I-A

-----------------------------------------------------------------------------------------

FROM: 02866081
TO: CMU
SUBJECT: ***Request to Staff*** AKERS, MONTGOMERY, Reg# 02866081, MAR-I-A
DATE: 10/02/2018 07:21:24 AM

To: PAGE#2
Inmate Work Assignment: ORDERLY

4. Prior to the involvement of Legal Advisor-Siereveld and employees of the Federal Bureau of Prisons staff of the Leavenworth Detention Facility were carrying out the same agenda as a result of the scheme and plan instituted by AUSA-Flannigan in order to illegally confiscate the personal property of the IP, namely any negotiable instruments or otherwise. Flannigan also used the CCA/CORE CIVIC employees to obtain personal information from the IP's mail sent to him at the detention facility in Leavenworth, Kansas, to contact and threaten any person who would assist or help the IP.

The IP now files his narrative of material facts under the PENALTY OF PERJURY PURSUANT TO 28 U.S.C. S. 1746 as follows:

I, the interested party, Montgomery Carl Akers, IN PRO SE, hereby submits the following facts based upon the ORDER of the Honorable Julie A. Robinson's which affect his protected rights and are directly involved with the issues before the Court in her Honor's ruling of July 17, 2018 on said matter. Beginning in June, 2000, AUSA-Flannigan(KNOWN BY MANY DIFFERENT NAMES)(AT THIS TIME WAS KNOWN AS KIM MARIE BERGER) caused that my personal property to be taken without my consent from the U.S. Mail that was sent to me at 100 Highway Terrace, Leavenworth, Kansas, 66048 without legal process (warrant/order of a judge) and continued to do so until up and including August of 2007. Flannigan utilized CCA/CORE CIVIC staff employees to undertake these illegal acts, again, without my consent, knowledge, or permission, along with recording my attorney visits and legal calls.
On or about January 17, 2017, I became aware that a package had been delivered in my name to a former residence/post-office box that I utilized during the times I was a pre-trail detainee at the Leavenworth Detention Facility in Kansas fro August, 2004, until December, 2006. Inside the Air Bill Box were contents that included (2) checks totaling $25,000 along with what appear to be email printouts between U.S. District Judge Kathryn H. Vratil and Flannigan(then known as "Berger") which illustrate a collusion to confiscate the IP's personal property in Phoenix, Arizona, along with the assistance of Special Agent James Keszei, of the Federal Bureau of Investigation, Kansas City, Missouri Field Office. None of the subjects mentioned here have jurisdiction over any process in Arizona. After an exhaustive investigation it has been determined that the package mailed to my former residence on Indian School Road in Phoenix, Arizona, was mailed from CORE CIVIC in Leavenworth, Kansas. Further investigation has revealed that the package was mailed as a result of the Special master, Mr. Cohen, bearing down on the Leavenworth Detention Facility archives to find what was being stored in the facility. Apparently the check contents have been kept, secretly, all this time, by Flannigan and company at the Leavenworth Detention Facility so that they IP could not gain access or the use of these funds. As well, Flannigan has perpetrated fraud upon the court in case no. 04-20089-KHV-1, U.S.A. v. Akers stating that I didn't have any funds and was lying to the Court which was also co-signed by Judge-Kathryn H. Vratil without valid reasoning. Sine the January, 2017 revelation of the acts and actions of AUSA-Flannigan and company, Flannigan has continued to use the FBOP Communications Management Unit staff KATHY S. HILL, GARY BURGESS, KATHRYN SIEREVELD, and "Analysts" of what's known as the "Counter Terrorism Unit" in Martinsburg, W. Virginia to run interference in my ability to retain counsel to prosecute this matter. It is my belief that Flannigan has contact the Federal Public Defender in Kansas and dissuaded them to not assist me. I base my information on a sworn affidavit of Michael Kips who overhead a conversation involving Flannigan to said affect which I will provide to the Court. I know that the CTU staff have contacted every lawyer I contact in order to dissuade them to not assist me. I will be filing a separate pleading in that regard along with Mr. Kips sworn statement.
WHEREFORE, the IP MONTGOMERY CARL AKERS hereby moves this Honorable Court for JOINDER pursuant to FRCP-21.
Dated: October 02, 2018                                    Respectfully submitted,

                                                           MONTGOMERY CARL AKERS

TRULINCS 02866081 - AKERS, MONTGOMERY CARL - Unit: MAR-I-A

------------------------------------------------------------------------------------------------

FROM: 02866081
TO: CMU
SUBJECT: ***Request to Staff*** AKERS, MONTGOMERY, Reg# 02866081, MAR-I-A
DATE: 11/01/2018 01:26:32 PM

To: REVISED CERTIFICATE OF SERVICE-16-20032-JAR
Inmate Work Assignment: orderly-Supreme Commander

REVISED CERTIFICATE OF SERVICE

On October 03, 2018, I had originally mailed the attached MOTION FOR JOINDER to the Clerk of the U.S. District Court,
District of Kansas. I became aware thereafter that staff of the "Communications management Unit "at the U.S. Penitentiary,
Marion, Illinois, were not mailing my "legal mail" and social mail in the act of obstruction of justice in my ability to bring to this
Courts attention the criminal misconduct of U.S. District Judge Kathryn H. Vratil and Assistant united States Attorney, Kim I
Flannigan. The staff responsible for this obstruction are: Unit Manager-Stacey Byram, Case manager-Gary Burgess, and
Intelligence Research Specialist-Kathy S. Hill, and staff memebers of the USP-Marion mailroom. These staff have collectively
furthered an agenda to criminally interfere with my ability to bring my evidence to this court in regard to case no. 16-20032-JAR,
United States v. Lorenzo Black, et al., which information is sworn to and ascribed in the attached motion for joinder.

I, the undersigned, hereby replace a copy of the original motion, mailed October 03, 2018, in the U.S. Mail, postage prepaid, to
all parties in this litigation this 7th. day of November, 2018.

S/
MONTGOMERY CARL AKERS

*INTERESTED PARTY, IN PRO SE*
*ADDRESS: #02866-081, P.O. Box 1000*
*Marion, IL. 62959*