TRULINCS 02866081 - AKERS, MONTGOMERY CARL - Unit: MAR-I-A

---

FROM: 02866081
TO: CMU
SUBJECT: ***Request to Staff*** AKERS, MONTGOMERY, Reg# 02866081, MAR-I-A
DATE: 10/01/2018 06:13:49 PM

**FILED**

NOV 13 2018

TIMOTHY M. O'BRIEN CLERK
By_____ Deputy

To: UNITED STATES OF AMERICA V LORENZO BLACK, ET AL.
Inmate Work Assignment: ORDERLY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
        Plaintiff,

vs.                                                           Case No. 16-20032-JAR

LORENZO BLACK, et al.,                                        NOTICE OF JOINDER
        Defendants.

    Comes now the interested party, MONTGOMERY CARL AKERS, IN PRO SE, with his NOTICE OF JOINDER pursuant to Federal Rules of Civil Procedure Rule 21 and in so doing avers the following in support thereof:

    1. On July 17, 2018 the Honorable Julie A. Robinson, Chief United States District Judge, For The District of Kansas, ordered that any defendant that was housed in the CORE CIVIC detention facilities within the State and District of Kansas that has/had prospective relief due them in the form of a Sixth Amendment post-conviction violations that the Federal Public Defender would be appointed to represent such a person before this Court.

    2. On September 24, 2018 Montgomery Carl Akers made telephone contact with the Federal Public Defender in Kansas City, Kansas. Montgomery Carl Akers(hereafter referred to as "the interested party" which will be abbreviated "IP") spoke to what appeared to him to be a receptionist or assistant answering the phones. The IP explained his background and evidence he has that coincides with the order of Judge-Robinson in that the IP has material evidence of numerous Sixth Amendment violations where CORE CIVIC, AUSA-KIM I. FLANNIGAN, U.S. DISTRICT JUDGE-KATHRYN H. VRATIL, FBI SPECIAL AGENT JAMES KESZEI, who were/are involved in the theft of his mail with CORE CIVIC employees and the recording of his attorney visits and calls while he was a pre-trial detainee at the CORE CIVIC, LEAVENWORTH DETENTION FACILITY, LEAVENWORTH, KANSAS, from August, 2004, until December, 2006.

    3. The IP was not given the name of the individual at the Public Defender's Office that would handle his matter. He was only told to "sit back and wait for us to contact you." Subsequently, the IP discovered that AUSA-Kim I. Flannigan and staff members of the Federal Bureau of Prisons were contacting potential attorneys that the IP has contacted in this regard for representation telling the respective attorneys not represent the IP. There is no question that this conduct was also perpetrated upon the Office of the Federal Public Defender. AUSA-Flannigan is the main culprit in said regard. The IP is currently incarcerated in the FBOP in what's known as the "Communications Management Unit" in Marion, Illinois. The CMU staff, in conjunction with a BOP "legal advisor" by the name of KATHERINE SIEREVELD, work in conjunction with AUSA-Flannigan to dissuade anyone from assisting the IP in any way.

TRULINCS 02866081 - AKERS, MONTGOMERY CARL - Unit: MAR-I-A

---

FROM: 02866081
TO: CMU
SUBJECT: ***Request to Staff*** AKERS, MONTGOMERY, Reg# 02866081, MAR-I-A
DATE: 10/02/2018 07:21:24 AM

To: PAGE#2
Inmate Work Assignment: ORDERLY

4. Prior to the involvement of Legal Advisor-Siereveld and employees of the Federal Bureau of Prisons staff of the Leavenworth Detention Facility were carrying out the same agenda as a result of the scheme and plan instituted by AUSA-Flannigan in order to illegally confiscate the personal property of the IP, namely any negotiable instruments or otherwise. Flannigan also used the CCA/CORE CIVIC employees to obtain personal information from the IP's mail sent to him at the detention facility in Leavenworth, Kansas, to contact and threaten any person who would assist or help the IP.

The IP now files his narrative of material facts under the PENALTY OF PERJURY PURSUANT TO 28 U.S.C. S. 1746 as follows:

I, the interested party, Montgomery Carl Akers, IN PRO SE, hereby submits the following facts based upon the ORDER of the Honorable Julie A. Robinson's which affect his protected rights and are directly involved with the issues before the Court in her Honor's ruling of July 17, 2018 on said matter. Beginning in June, 2000, AUSA-Flannigan(KNOWN BY MANY DIFFERENT NAMES)(AT THIS TIME WAS KNOWN AS KIM MARIE BERGER) caused that my personal property to be taken without my consent from the U.S. Mail that was sent to me at 100 Highway Terrace, Leavenworth, Kansas, 66048 without legal process (warrant/order of a judge) and continued to do so until up and including August of 2007. Flannigan utilized CCA/CORE CIVIC staff employees to undertake these illegal acts, again, without my consent, knowledge, or permission, along with recording my attorney visits and legal calls.
On or about January 17, 2017, I became aware that a package had been delivered in my name to a former residence/post-office box that I utilized during the times I was a pre-trail detainee at the Leavenworth Detention Facility in Kansas fro August, 2004, until December, 2006. Inside the Air Bill Box were contents that included (2) checks totaling $25,000 along with what appear to be email printouts between U.S. District Judge Kathryn H. Vratil and Flannigan(then known as "Berger") which illustrate a collusion to confiscate the IP's personal property in Phoenix, Arizona, along with the assistance of Special Agent James Keszei, of the Federal Bureau of Investigation, Kansas City, Missouri Field Office. None of the subjects mentioned here have jurisdiction over any process in Arizona. After an exhaustive investigation it has been determined that the package mailed to my former residence on Indian School Road in Phoenix, Arizona, was mailed from CORE CIVIC in Leavenworth, Kansas. Further investigation has revealed that the package was mailed as a result of the Special master, Mr. Cohen, bearing down on the Leavenworth Detention Facility archives to find what was being stored in the facility. Apparently the check contents have been kept, secretly, all this time, by Flannigan and company at the Leavenworth Detention Facility so that they IP could not gain access or the use of these funds. As well, Flannigan has perpetrated fraud upon the court in case no. 04-20089-KHV-1, U.S.A. v. Akers stating that I didn't have any funds and was lying to the Court which was also co-signed by Judge-Kathryn H. Vratil without valid reasoning. Sine the January, 2017 revelation of the acts and actions of AUSA-Flannigan and company, Flannigan has continued to use the FBOP Communications Management Unit staff KATHY S. HILL, GARY BURGESS, KATHRYN SIEREVELD, and "Analysts" of what's known as the "Counter Terrorism Unit" in Martinsburg, W. Virginia to run interference in my ability to retain counsel to prosecute this matter. It is my belief that Flannigan has contact the Federal Public Defender in Kansas and dissuaded them to not assist me. I base my information on a sworn affidavit of Michael Kips who overhead a conversation involving Flannigan to said affect which I will provide to the Court. I know that the CTU staff have contacted every lawyer I contact in order to dissuade them to not assist me. I will be filing a separate pleading in that regard along with Mr. Kips sworn statement.
WHEREFORE, the IP MONTGOMERY CARL AKERS hereby moves this Honorable Court for JOINDER pursuant to FRCP-21.
Dated:  October 02, 2018                                       Respectfully submitted,

                                                               MONTGOMERY CARL AKERS

TRULINCS 02866081 - AKERS, MONTGOMERY CARL - Unit: MAR-I-A

---

FROM: 02866081
TO: CMU
SUBJECT: ***Request to Staff*** AKERS, MONTGOMERY, Reg# 02866081, MAR-I-A
DATE: 11/01/2018 01:26:32 PM

To: REVISED CERTIFICATE OF SERVICE-16-20032-JAR
Inmate Work Assignment: orderly-Supreme Commander

REVISED CERTIFICATE OF SERVICE

On October 03, 2018, I had originally mailed the attached MOTION FOR JOINDER to the Clerk of the U.S. District Court, District of Kansas. I became aware thereafter that staff of the "Communications management Unit "at the U.S. Penitentiary, Marion, Illinois, were not mailing my "legal mail" and social mail in the act of obstruction of justice in my ability to bring to this Courts attention the criminal misconduct of U.S. District Judge Kathryn H. Vratil and Assistant united States Attorney, Kim I Flannigan. The staff responsible for this obstruction are: Unit Manager-Stacey Byram, Case manager-Gary Burgess, and Intelligence Research Specialist-Kathy S. Hill, and staff memebers of the USP-Marion mailroom. These staff have collectively furthered an agenda to criminally interfere with my ability to bring my evidence to this court in regard to case no. 16-20032-JAR, United States v. Lorenzo Black, et al., which information is sworn to and ascribed in the attached motion for joinder.

I, the undersigned, hereby replace a copy of the original motion, mailed October 03, 2018, in the U.S. Mail, postage prepaid, to all parties in this litigation this 7th. day of November, 2018.

S/
MONTGOMERY CARL AKERS
INTERESTED PARTY, IN PRO SE
ADDRESS: #02866-087, P.O. Box 1000
Marion, IL. 62959

TRULINCS 02866081 - AKERS, MONTGOMERY CARL - Unit: MAR-I-A

---

FROM: 02866081
TO: CMU
SUBJECT: ***Request to Staff*** AKERS, MONTGOMERY, Reg# 02866081, MAR-I-A
DATE: 11/01/2018 01:57:02 PM

To: MOTION TO SHOW CAUSE/MOTION FOR EVIDENTIARY HEARIN
Inmate Work Assignment: orderly-Supreme Commander

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
    Plaintiff,

Case No.16-20032-JAR

vs.

LORENZO BLACK, ET AL.,
    Defendants.

MOTION FOR ORDER TO SHOW CAUSE
AND FOR EVIDENTIARY HEARING

    Comes now the interested party, MONTGOMERY CARL AKERS, IN PRO SE, with his MOTION FOR ORDER TO SHOW CAUSE AND FOR EVIDENTIARY HEARING and in so doing avers the following in support thereof:

    1. On October 03, 2018 the INTERESTED PARTY, MONTGOMERY CARL AKERS, IN PRO SE(hereafter referred to as the "IP")caused to be filed his MOTION FOR JOINDER in the above entitled matter with the Clerk of the U.S. District Court, District of Kansas. A copy of the original motion is attached to this motion as EXHIBIT AND collaterally filed, for the second time, by depositing the same in the "prison mailbox" for delivery in the U.S. Mail, to the Clerk of the District Court in Kansas.

    2. On October 30, 2018, the IP was notified, via U.S. Mail, that his MOTION FOR JOINDER was not filed in the District Court of Kansas as the Clerk never received a copy of said motion for joinder. See EXHIBIT#2(Letter from Deputy Clerk Heather Wilkerson.) The IP has filed what is known as an "administrative remedy" with staff of the Communications management Unit" at his place of confinement, U.S. Penitentiary, Marion, Illinois, outlining the fact that his motion for joinder, sent to this court, was never mailed.

    3. As usual, staff members deny not sending the letter in question containing the motion for joinder on October 03, 2018. Coincidentally, the IP was notified by the Supreme Court of the United States that his motion for extension of time in a related matter was also not received by their court which was mailed on September 05, 2018. 1.See EXHIBIT#3(letter from clerks of the Supreme Court of the United States stating they have not received my motion for extension of time filed September 05, 2018).

    4. The IP has been told that the staff of the Communications Management Unit have been directed by a Bureau of Prisons staff member who holds the position of "legal advisor "by the name of KATHERINE N. SIEREVELD, that IRS-Kathy Hill is not to mail any mail of the IP going to the Kansas Court in regard to the above captioned case in this matter. IRS-Hill is the person responsible for sending and receiving the mail of the prisoners in the Communication Management Unit. The IP has also discovered that the legal advisor-Siereveld has routine contact with AUSA-Kim I Flannigan who is orchestrating the obstruction of justice concerning the mail of the IP, but specifically his mail going to the Supreme Court of the United States and any mail the IP attempts to send to this court in order to present his evidence of criminal misconduct on the part of U.S. District Judge, Kathryn H. Vratil, and AUSA-Kim I Flannigan.

    5. The IP MONTGOMERY CARL AKERS has a constitutional right to access this court and to bring his evidence and information to the attention of the Honorable Julie A. Robinson in this matter. The government personnel, listed above, are violating the IP's constitutional rights and laws of the United States in the process of obstructing justice by theft and mismanagement of the U.S. Mail. WHEREFORE, the Interested Party, MONTGOMERY CARL AKERS, IN PRO SE, moves for an ORDER TO SHOW CAUSE as to the government personnel in this matter who are obstructing the ability of the IP to access this court and an evidentiary hearing thereafter.

Dated: November 01, 2018      Respectfully submitted,

Montgomery Carl Akers, IN PRO SE

# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF KANSAS

TIMOTHY M. O'BRIEN
CLERK
INGRID CAMPBELL
CHIEF DEPUTY CLERK

259 ROBERT J. DOLE
COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KANSAS 66101
(913) 735-2200

Kansas City, Kansas

October 30, 2018

204 U.S. COURTHOUSE
401 N. MARKET
WICHITA, KANSAS 67202
(316) 315-4200

490 U.S. COURTHOUSE
444 S.E. QUINCY
TOPEKA, KANSAS 66683
(785) 338-5400

Mr. Akers,

We have received a letter inquiring about a filing you have sent regarding a Notice of Joinder in case 16-20032-JAR. As of today we have not received a Notice to be filed on your behalf. If you are still wanting this to be filed, you will need to mail another Notice in to our office.

Sincerely,

s/Heather Wilkerson
Deputy Clerk

SUPREME COURT OF THE UNITED STATES
OFFICE OF THE CLERK
WASHINGTON, DC  20543-0001

October 24, 2018

Montgomery Carl Akers
#02866-081
USP Marion
PO Box 1000
Marion, IL 62959

    RE: Akers v. United States
        USCA 10 No. 17-3146

Dear Mr. Akers:

   The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case was postmarked October 3, 2018 and received October 12, 2018.  The application is returned for the following reason(s):

The application is out-of-time.  The date of the lower court judgment or order denying a timely petition for rehearing was .  Therefore the application for an extension of time was due on or before .  Rules 13.1, 30.1 and 30.2.  When the time to file a petition for a writ of certiorari in a civil case has expired (including any habeas action), the Court no longer has the power to review the petition or to consider an application for an extension of time to file the petition.

                                    Sincerely,
                                    Scott S. Harris, Clerk
                                    By:
                                    Jacob C. Travers
                                    (202) 479-3039

Enclosures

October 05, 2018

RECEIVED
OCT 12 2018
OFFICE OF THE CLERK
SUPREME COURT, U.S.

Clerk Office
Supreme Court of the United States
1 First Street NE
Washington, D.C. 20543

RE: Motion for Extension of Time in Case No. 17-7146, USCA-10, U.S.A. v. Akers

Dear Clerk,

On September 05, 2018, I sent a motion to your office moving for an extension of time to file my petition for certiorari in the above captioned matter.

I asked for up to and including November 10, 2018 to file my cert. petition. I have not heard from your office as to receipt or a ruling on my motion as of today's date. Please inform me if you received my motion.

Respectfully,

Nanty Akers

Address: #02866-081
P.O. Box 1000
Marion, IL. 62959

CERTIFICATE OF SERVICE

I, the undersigned, hereby place my Motion for Order to Show Cause and for Evidentiary Hearing in the "Prison Mailbox" by depositing the same with CMU-Marion Staff, Kathy S. Hill, for delivery in the U.S. Mail, postage prepaid, to all parties to this litigation on February 07, 2018, with Exhibits #1, 2, 3.

s/ [signature]

Montgomery Carl Akers
Interested Party

TRULINCS 02866081 - AKERS, MONTGOMERY CARL - Unit: MAR-I-A

----

FROM: 02866081
TO: CMU
SUBJECT: ***Request to Staff*** AKERS, MONTGOMERY, Reg# 02866081, MAR-I-A
DATE: 11/01/2018 05:54:37 PM

To: BRIEF IN SUPPORT/CASE NO.16-20032-JAR
Inmate Work Assignment: orderly-Supreme Commander

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,                    Case No. 16-20032-JAR
             Plaintiff,

vs.

LORENZO BLACK, ET AL.,
             Defendants.

INTERESTED PARTY MONTGOMERY CARL AKERS'
BRIEF IN SUPPORT OF MOTION TO SHOW CAUSE
AND FOR EVIDENTIARY HEARING

   Interested Party MONTGOMERY CARL AKERS, IN PRO SE, files the following BRIEF IN SUPPORT OF HIS MOTION TO SHOW CAUSE AND FOR EVIDENTIARY HEARING AND/OR FEDERAL BUREAU OF INVESTIGATION REFERRAL OR ANY OTHER REMEDY THE COURT SEES FIT TO ORDER as follows:

BACKGROUND

On October 03, 2018 the Interested Party, Montgomery Carl Akers,(hereafter referred to "IP") caused to be filed a NOTICE OF JOINDER in the United States District Court appurtenant to the above captioned case number in this matter. The IP did so via U.S. Mail, postage prepaid, by placing the same in the "Prison Mailbox" with staff of the "Communications Management Unit" at the United States Penitentiary, Marion, Illinois.
On or about October 19, 2018 when the IP did not receive an answer from the Court the IP inquired of the CMU staff as to if the NOTICE OF JOINDER was actually mailed out when he turned it into staff on October 03, 2018. The IP received a written response from Case manager, Gary Burgess, that said NOTICE OF JOINDER has been mailed the next day(October 04, 2018).
On Or about October 20, 2018 the IP learned that his motion was not delivered to the Court. The IP was told the "legal advisor", KATHERINE SIEREVELD, had instructed the "Intelligence Research Specialist", KATHY S. HILL, to not mail the NOTICE OF JOINDER submitted for mailing by the IP. The IP further gathered that Siereveld instructed that no mail would be mailed out that the IP submitted if it was being sent to the U.S. District Court, District of Kansas, if it was "going to Judge-Robinson's Court regarding AUSA-Flannigan and U.S. District Judge, Kathryn H. Vratil."
On or about October 22, 2018 the IP caused to be filed an administrative remedy(BP-8"informal resolution")with unit staff and handed the same to Case Manager, Gary Burgess, concerning this matter. Mr. Burgess, once again, claimed that my Notice of Joinder was mailed and did not address the portion about the involvement of legal advisor-Siereveld. Thereafter, I filed another administrative remedy concerning Katherine Siereveld and her discriminatory agenda that involves AUSA-Kim I. Flannigan and Judge-Vratil. That administrative remedy is now pending.
On or about October 27, 2018 the IP caused to be sent his letter to the Clerk of the U.S. District Court of Kansas asking if his NOTICE OF JOINDER was actually received by the Office of The Clerk. On October 30, 2018, the IP received a letter from Deputy Clerk, Heather Wilkerson, stating that in fact the NOTICE OF JOINDER was not received or filed in the court.

The IP has been continuously involved in case no.04-20089-KHV-1, United States v. Montgomery Carl Akers, District of Kansas, since June of 2000. At all times Kim I Flannigan(known by several middle and last names in this time period)was/has been the prosecutor who handled/handles this case.

TRULINCS 02866081 - AKERS, MONTGOMERY CARL - Unit: MAR-I-A

---

FROM: 02866081
TO: CMU
SUBJECT: ***Request to Staff*** AKERS, MONTGOMERY, Reg# 02866081, MAR-I-A
DATE: 11/03/2018 11:45:11 AM

To: PAGE#2/BRIEF IN SUPPORT
Inmate Work Assignment: orderly-Supreme Commander

The IP hereby files his brief recitation of the conditions of his confinement and incidences of interference with his ability to access this court. The IP is presently serving a 327 1/2 month sentence that was handed down in case no. 04-20089-KHV-1, United States v. Montgomery Carl Akers, in the United States District Court, District of Kansas, by Judge Kathryn H. Vratil on November 21, 2006. At the time of the Defendant's sentencing in the above entitled case the Defendant was a pre-trial detainee in the custody of the U.S. Marshal Service, District of Kansas.
On December 05, 2006, the Defendant-IP-Akers was transferred into the custody of the Attorney General and housed in Oklahoma City, Oklahoma, until February 07, 2007 when the IP was transferred to the U.S. Penitentiary, ADX-Maximum Facility in Florence, Colorado. On November 29, 2010, the IP was transferred to his present place of confinement the "Communications Management Unit" at U.S. Penitentiary, Marion, Illinois, where he remains. In the time frames stated above AUSA-Kim I Flannigan had/has routine contact with staff members of these facilities to obstruct, confiscate, and otherwise interfere with the IP's ability to meaningfully and lawfully communicate with the outside world. The acts and action's of AUSA-Flannigan include stealing and confiscating negotiable instruments without legal process, contacting family and friends and attorneys who either support, communicate, or attempt to represent the IP in his matters before the court or his personal interests in the community of a legitimate nature.
Beginning November 29, 2010, but before, AUSA-Flannigan cultivated a relationship with a person by the name of KATHERINE N. SIEREVELD, a Federal Bureau of Prisons staff member who holds the position of "Legal Advisor." Prior to the IP's transfer from the ADX-Maximum facility in Colorado to the Communications Management Unit in Illinois, Flannigan had began a communication with Siereveld who was just hired out of law school to be the legal advisor to the "Counter Terrorism Unit "which is/was then located at Martinsburg, W. Virginia. The "CTU" is ran by the Correctional Services Division located in Washington, D.C.. Siereveld was contact by Flannigan after Flannigan had made contact with the then "Chief of the Counter Terrorism Unit", Leslie S. Smith, as to an "update" on the IP. Smith introduced Flannigan to Siereveld because they were both of the Jewish faith. Flannigan then began to explain to Siereveld the nature of what her intentions were as to the IP. Flannigan enlisted the "services" of Siereveld because of their Jewish camaraderie and the fact that she had a "personal axe to grind" with the IP which she referred to as a "goyim." 1. Siereveld then agreed and confederated with Flannigan to "do whatever it takes to ensure that Akers goes nowhere in whatever it is he does or attempts to do." Over these years there have been countless incidences of Siereveld's and Flannigan's misconduct that is about to be addressed in civil rights filings and filings that will be resurrected in this district as well as in Nevada and Washington, D.C.
On or about October 03, 2018 the IP caused to be filed a NOTICE OF JOINDER in this court via placing the same in the U.S. Postal Service, in the "prison mailbox", postage prepaid, to the Clerk of the United States District Court, District of Kansas, Kansas City division. In sum, the IP discovered that the staff of the CMU did not mail this NOTICE OF JOINDER at the request of Katherine Siereveld. Siereveld made it known to the staff of the CMU that they were not to mail any process to the Kansas court that anything to do with case no.16-20032-JAR, United States v. Lorenzo Black, et al., unless she gave the o.k. to do so. Siereveld is not a law enforcement agent nor is she an Assistant United States Attorney or a judge. She doesn't have the legal ability to obstruct the IP's ability to access this court.

1._____
a "goyim" is a low-life cattle or dirty person in Jewish culture generally relegated to persons of the non-jewish or gentile creed.

TRULINCS 02866081 - AKERS, MONTGOMERY CARL - Unit: MAR-I-A

---

FROM: 02866081
TO: CMU
SUBJECT: ***Request to Staff*** AKERS, MONTGOMERY, Reg# 02866081, MAR-I-A
DATE: 11/03/2018 02:33:58 PM

To: PAGE#3/BRIEF IN SUPPORT
Inmate Work Assignment: orderly-Supreme Commander

The IP has the right to bring his evidence to the Court of the Honorable Julie Robinson for consideration. Neither Katherine Siereveld or AUSA-Flannigan have any lawful or constitutional authority (or power(s) of the court) to interfere with the IP's ability to bring his evidence of criminal misconduct forward to Judge-Robinson's Court. Siereveld has long ago deluded herself into believing she has the power to do this kind of thing that she clearly does not have. Siereveld believes she can get AUSA-Flannigan and Judge-Vratil "to back her play" when she engages in this kind of nefarious conduct. In turn, Siereveld instructs staff of the CMU: Ms. Byram, Mr. Burgess, and Ms. Hill to do the bidding she wants done, flexing her muscles in the sense that nothing will happen to these staff in the process. The Warden of the U.S. Penitentiary, Marion, William True(False) (and his subordinate staff) are then instructed to provide a "service" to Flannigan by undertaking these criminal and wrongful actions described above in conjunction with Katherine Siereveld's "legal counsel."

WHEREFORE, the Interested Party, MONTGOMERY CARL AKERS, IN PRO SE, moves for an ORDER TO SHOW CAUSE UPON THE WARDEN OF THE UNITED STATES PENITENTIARY, MARION, ILLINOIS, TO SHOW CAUSE AS TO HIS STAFF: KATHERINE N. SIEREVELD, STACEY BYRAM, GARY BURGESS, KATHY HILL, C/O-WEISEL(MAILROOM SUPERVISOR) AS TO HOW THEY SUPPORT THEIR ACTIONS IN INVOLVING THEMSELVES IN THE OBSTRUCTION OF JUSTICE, NAMELY MAIL INTERFERENCE OF THE INTERESTED PARTY, MONTGOMERY CARL AKERS, WITH HIS ABILITY TO ACCESS THE UNITED STATES DISTRICT COURT, DISTRICT OF KANSAS, CASE NO. 16-20032-JAR, UNITED STATES V. LORENZO BLACK, et al., and to answer to the discriminatory animus in the use of the Jewish religion/faith as a basis to interfere with the meaningful and lawful legal communications of the Interested Party, Montgomery Akers, sent to the United States District Court, For The District of Kansas, in case no. 16-20032-JAR, United States v. Lorenzo Black, et al., in doing so to obstruct justice and the ability of the IP to petition the court in his behalf. AND; FOR AN EVIDENTIARY HEARING ON THIS MATTER ONCE THE BRIEFING IS COMPLETED TO PROVIDE FURTHER CORROBORATING WITNESS TESTIMONY UNDER SUBPOENA UPON RELEVANT PARTIES.

Dated: November 03, 2018                     Respectfully submitted,

                                             MONTGOMERY CARL AKERS
                                             INTERESTED PARTY
                                             ADDRESS: #02866-081, P.O. BOX 1000
                                             MARION, IL. 62959

CERTIFICATE OF SERVICE

I, the undersigned, hereby place my attached BRIEF IN SUPPORT in the "Prison Mailbox" for delivery in the U.S. Mail, postage prepaid, this 7th. day of November, 2018, to all parties to this litigation by handing the same to CMU staff for delivery forthwith.
S/
MONTGOMERY CARL AKERS