*(Revised 5/93)* **CLERK'S COURTROOM MINUTE SHEET - WITNESS LIST**

**CASE NO: 16-20032-02-JAR**

| WITNESSES FOR Special Master | | WITNESSES FOR Defendant | |
|---|---|---|---|
| Date / Name | Sworn | Date / Name | Sworn |
| 11/16/2018 | | | ( ) |
| David Steeby | ( x ) | | ( ) |
| Tom Beall | ( x ) | | ( ) |
| Emily Metzger | ( x ) | | ( ) |
| David Cohen - rebuttal | ( x ) | | ( ) |