# In the United States District Court for the District of Kansas

**United States of America**,
        Plaintiff,

v.                                                      Case No. **16-cr-20032-JAR-02**

**Karl Carter,**
        Defendant.

## Order for Production of Documents and Objects Pursuant to Fed. R. Crim. P. 17(b) and (c)

The Federal Public Defender for the District of Kansas seeks a subpoena duces tecum under Rules 17(b) and (c) of the Federal Rules of Criminal Procedure, and a records-custodian affidavit under Rule 902(11) of the Federal Rules of Evidence. Based on the motion, this Court finds good cause to issue the subpoena and order the affidavit. This Court further finds that the accused is financially unable to pay the costs and fees associated with the subpoena.

The clerk shall therefore issue the subpoena detailed below. The United States shall pay the costs and fees associated with the subpoena.

Name of person or entity to be subpoenaed:

   Warden Linda Thomas
   Corrections Corporation of America/CoreCivic
   100 Highway Terrace
   Leavenworth, Kansas 66048

Documents and objects to be produced:

1. The attorney calendar and the visitor log for 3/16/16;

2. The attorney calendar for 3/18/16; and

3. The visitor log for 5/8/16.

Deadline and place for production:

   On or before **December 7, 2018**, to the Federal Public Defender's Office, 117 S.W. 6th Street, Suite 200, Topeka, Kansas, 66603.

The subpoena shall further direct the custodian of the subpoenaed records to execute an affidavit that complies with Federal Rule of Evidence 902(11). The affidavit may be drafted by the Federal Public Defender and attached to the subpoena for the records custodian to complete.

   IT IS SO ORDERED.

Dated: November 27, 2018

                                     S/ Julie A. Robinson
                                    JULIE A. ROBINSON
                                    CHIEF UNITED STATES DISTRICT JUDGE