# In the United States District Court
# for the District of Kansas

**United States of America**,

                Plaintiff,

v.

                                        Case No. **16-cr-20032-JAR-02**

**Karl Carter,**

                Defendant.

## Motion for Hearing

The Federal Public Defender asks the Court to schedule a hearing on its Motion for Discovery (Doc. 572) on December 14, 2018, at 1:30 p.m.

At the hearing held in this case on October 2, 2018, the Court agreed to hold this motion for discovery at the parties' request while they attempted to resolve the matter by agreement. The motion was filed August 20, 2018, and although progress has been made, the parties have not yet been able to resolve the matter. As this motion involves time-sensitive material, the Federal Public Defender's Office respectfully requests a hearing on this motion as soon as possible.

For these reasons, the Federal Public Defender's Office asks the Court to set a hearing on its Motion for Discovery (Doc. 572) for **December 14, 2018, at 1:30 p.m.**

Respectfully submitted,

s/ Melody Brannon
MELODY BRANNON #17612
Federal Public Defender
for the District of Kansas
117 SW 6th Avenue, Suite 200
Topeka, Kansas 66603-3840
Phone: 785-232-9828
Fax: 785-232-9886
E-mail Address: Melody_Brannon@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the Special Master and all parties, including Movant Parties and Interested Parties in the case.

                              s/ Melody Brannon
                              Melody Brannon