**CLERK'S COURTROOM MOTIONS/MISCELLANEOUS MINUTE SHEET**
**CASE NO. 16-20032-JAR**

**APPEARANCES:**

| | |
|---|---|
| UNITED STATES OF AMERICA, | US Attorney Stephen McAllister |
| | AUSA Steve Clymer *(By telephone)* |
| | AUSA   Duston Slinkard |
| Plaintiff | |
| v. | |
| KARL CARTER (02) – waived appearance | Def. Atty:   David Guastello |

*************************************************************************
FEDERAL PUBLIC DEFENDER           Attys:  Melody Brannon
*(MOVANT)*                                               Kirk Redmond

*************************************************************************

| JUDGE: | Julie A. Robinson | DATE: | 12/14/2018 |
|---|---|---|---|
| DEPUTY CLERK: | Bonnie Wiest | REPORTER: | Kelli Stewart |
| INTERPRETER: | | PRETRIAL/PROBATION: | |

# EVIDENTIARY HEARING

This case comes on before the Court on the Federal Public Defender's Motion for Discovery (Doc. 572).  The government appears by its counsel, Duston Slinkard and Steve Clymer.  The FPD appears by Melody Brannon and Kirk Redmond.  Defendant Carter waives appearance and appears by his counsel, David Guastello.

The Court hears statements from counsel.  Pursuant to the specific findings set forth in full on the record, the Court **GRANTS** the Federal Public Defender's motion and will issue an order setting deadlines.