# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 16-20032-02-JAR** |
| **KARL CARTER,** | |
| **Defendant.** | |

## <u>ORDER REGARDING RECORDED PHONE CALLS</u>

The Federal Public Defender's Motion for Discovery (Doc. 572) related to recorded attorney-client phone calls comes before the Court for hearing on December 14, 2018.  The Government responded (Doc. 587).  Defendant Karl Carter waives his appearance and appears by counsel David J. Guastello.  The Federal Public Defender ("FPD") appears by FPD Melody Brannon and FAFPD Kirk Redmond.  The Government appears in person by United States Attorney Stephen McAllister, FAUSA Duston Slinkard, and Department of Justice Attorney Steven Clymer, who appears by telephone.

The parties informed the Court of their progress in resolving the matter by agreement. The parties presented a ten-page spreadsheet, which they characterized as a work-in-progress. The spreadsheet includes the names of more than 100 inmates at CCA-Leavenworth ("CCA"), to date, whom the FPD's ongoing investigation has revealed may have made calls to their attorneys that were recorded.  The United States Attorney's Office ("USAO") is in the process of investigating whose calls have been obtained by the Government, though they are not conceding that the calls they obtained include attorney-client calls.  The parties have proposed a process for

production of recorded calls and derivative information still in the possession of the USAO, which the Court adopts in this Order:

By **January 7, 2019**, the USAO will identify as many of these cases as possible, relying on a FPD-generated list of defendants whose calls were accessed while housed at CCA, which was the subject of testimony by AFPD Rich Federico and Securus Counsel Josh Martin at the October 2018 hearing before this Court.  Those recordings and derivative evidence will be surrendered to the Court, along with a written log of the recorded calls.  A full copy will be provided to the FPD or to conflict counsel of record.  The Government will also provide a written attestation that all copies of the recorded calls and derivative material have been identified (including those disseminated outside the USAO) and destroyed.

By **January 28, 2019**, the USAO will complete its investigation to identify recorded CCA calls and derivative information in its possession, relying on disinterested entities to search for materials that have not been volunteered or otherwise identified.  If more calls and derivative material are discovered, the FPD will be notified and the same procedure as described above will be employed.

**IT IS SO ORDERED.**

Dated: December 14, 2018

S/ Julie A. Robinson
JULIE A. ROBINSON
CHIEF UNITED STATES DISTRICT JUDGE

2