# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | Case No. 16-CR-20032-JAR |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Government's Correction to Notice** |
| ) | **of Receipt of Information** |
| **KARL CARTER,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

    The United States of America, by and through its counsel of record, Assistant United States Attorney Steven Clymer, appointed as Special Attorney pursuant to 28 U.S.C. § 515 to represent the United States in connection with Phase III of the Special Master Investigation, hereby corrects Docket #709, its notice to the Court of its receipt of information.

    At page 2 of Docket #709, the government identifies Emily Metzger as "First Assistant United States Attorney." At the time of the August 2019 meeting in Topeka, Ms. Metzger was Chief of the Civil Division, but not the First Assistant United States Attorney. In addition, Kim Flannigan was Kansas City Criminal Coordinator, Scott Rask was a line AUSA, and AUSA Slinkard was the Topeka Criminal Coordinator.

////

////

////

////

Further, there was testimony from Erin Tomasic identifying the attendees at the meeting, including then-United States Attorney Thomas Beall.  R.T. 521.

Respectfully submitted this 8th day of January, 2019.

Steven D. Clymer
Assistant United States Attorney
Special Attorney for the United States
NDNY Bar Roll # 509281

United States Attorney's Office
Northern District of New York
900 Federal Building
100 South Clinton Street
Syracuse, NY 13261
(v) 315-448-0672
(f) 315-448-0658

**Certificate of Service**

I hereby certify that on the 8th day of January, 2019, the foregoing was electronically filed with the clerk of the court for the District of Kansas using the CM/ECF system, which will send a notice of electronic filing to all counsel.

    *S/Deanna Lieberman*
    Deanna Lieberman
    Paralegal Specialist
    United States Attorney's Office
    Northern District of New York