IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**KARL CARTER**, )<br>)<br>Defendant. ) | Case No. 16-20032-02-JAR |

## MOTION FOR EXTENSION OF TIME

COMES NOW the United States of America, by and through Steven D. Clymer, Special Attorney, Stephen R. McAllister, United States Attorney for the District of Kansas, and Duston J. Slinkard, First Assistant United States Attorney, and moves the Court for an extension of the January 28, 2019 deadline for the U.S. Attorney's Office to complete its efforts to identify possible CCA calls and derivative information for the list of defendants provided to it by the Federal Public Defender. In support of its motion, the government offers the following:

1. Under the Court's order, Doc. 705, the government has until January 28, 2019 to complete its efforts to identify possible CCA calls and derivative information for the list of defendants provided to it by the Federal Public Defender. There have been no previous extensions of this deadline.

2. While the government has made substantial steps towards of completion of the investigation, its efforts have been somewhat hampered by issues resulting from a lapse in appropriations from December 21, 2018 through January 25, 2019. Moreover, one individual with considerable involvement with the process has been unavailable due to a medical-related absence since January 17, 2019.

3. Accordingly the government has not, through diligence, been able to complete its review and needs additional time, to and including February 14, 2019, to coordinate the results to date and identify and complete remaining steps.

4. The undersigned counsel has conferred with the Federal Public Defender regarding the requested extension, and the Federal Public Defender indicated that she had no objection to it being granted.

WHEREFORE, the United States respectfully requests that the Court enter an order extending the deadline for it to complete its efforts to identify possible CCA calls and derivative information for the list of defendants provided to it by the Federal Public Defender from January 28, 2019, until and including February 14, 2019.

        Respectfully submitted,

        s/Duston J. Slinkard
        Duston J. Slinkard, #21294
        First Assistant United States Attorney
        444 SE Quincy Street, Room 290
        Topeka, KS 66683
        Phone: (785) 295-2850
        Fax: (785) 295-2853
        duston.slinkard@usdoj.gov

.

CERTIFICATE OF SERVICE

      I hereby certify that on this 28th day of January 2019, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send a notice of the electronic filing to all counsel of record, and provided copies of the sealed document by Internet email addressed to:

| | |
|---|---|
| Alleen C. VanBebber<br>VanBebber Law Firm, LLC<br>alleenv@aol.com<br>Counsel for Special Master David Cohen | Melody J. Brannon<br>Federal Public Defender<br>melody_brannon@fd.org |
| David J. Guastello<br>The Guastello Law Firm, LLC<br>david@guastellolaw.com<br>Counsel for Defendant Carter | Kirk C. Redmond<br>First Assistant Federal Public Defender<br>kirk_redmond@fd.org |
| | Branden A. Bell<br>Assistant Federal Public Defender<br>branden_bell@fd.org |
| | Richard Federico<br>Assistant Federal Public Defender<br>rich_federico@fd.org |

      s/Duston J. Slinkard
      Duston J. Slinkard, #21294
      First Assistant United States Attorney