IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>LORENZO BLACK, )<br>)<br>Defendant. )<br>_____) | Case No. 16-20032-01-JAR |

**O R D E R**

Defendant in the above matter asks the Court to terminate his supervised release. The Probation Office and Government do not oppose Defendant's request. The Court notes that Defendant is compliant with the terms of her release.

**THEREFORE**, pursuant to 18 U.S.C. § 3583(e)(1), the Court grant's Defendant's Motion for Early Termination from Supervised Release (Doc. 722), and terminates the remaining term of his supervised release. Defendant is discharged.

IT IS SO ORDERED.

Dated: February 1, 2019

                                                             S/ Julie A. Robinson
                                                             JULIE A. ROBINSON
                                                             UNITED STATES DISTRICT JUDGE