In the United States District Court
for the District of Kansas

**United States of America**,
                    Plaintiff,

v.
                                        Case No. **16-cr-20032-JAR-02**

**Karl Carter,**
                    Defendant.

## Motion to Extend Deadline

The Federal Public Defender asks this Court to reinstate the original deadline for filing proposed findings of fact and conclusions of law, extending the current March 1, 2019 deadline to March 21, 2019. Neither counsel for Mr. Carter nor the government oppose this request.

On November 21, 2018, this Court entered a Final Production Order setting production deadlines for the government and a corresponding deadline for the parties to file proposed findings of fact and conclusions of law.[1] The government produced nothing by the deadline. Noting the lack of

---

[1] D.E. 690.

response, the Court accelerated the proposed findings/conclusions filing deadline to March 1, 2019.[2]

Then, on February 5, 2019, the government "voluntarily" produced 390 documents in response to the Special Master's subpoena duces tecum. Without the opportunity to examine relevant witnesses, much of this material lacked context or obvious meaning; it took some time to digest and analyze. Also, on February 14, 2019, the government produced more information related to recorded calls and derivative material in USAO possession; the FPD has not yet received that material.[3] This additional work was not contemplated when the Court accelerated the deadline.

For these reasons, we ask the Court to reinstate the original deadline of March 21, 2019 to file proposed findings of fact and conclusions of law.

Respectfully submitted,

s/ Melody Brannon
MELODY BRANNON #17612
Federal Public Defender
for the District of Kansas
117 SW 6th Avenue, Suite 200
Topeka, Kansas 66603-3840
Phone: 785-232-9828
Fax: 785-232-9886
E-mail Address: Melody_Brannon@fd.org

---

[2] D.E. 713 at 64.
[3] D.E. 717.

## CERTIFICATE OF SERVICE

 I certify that on February 15, 2019, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the Special Master and all parties, including Movant Parties and Interested Parties.

            s/ Melody Brannon
            Melody Brannon