## In the United States District Court
## for the District of Kansas

---

**United States of America**,

                        Plaintiff,

v.

                                    Case No. **16-cr-20032-JAR-02**

**Karl Carter,**

                        Defendant.

---

## Joint Status Report on Phone Discovery

---

The Federal Public Defender and the USAO jointly report to the Court the status of the USAO phone call production.  In August 2016, the FPD notified the Court of its belief that the USAO had recordings of attorney-client communications, and the FPD asked for return of that property, both because it was attorney-client communication and FPD work product.[1]

As of August 2018, the USAO had produced phone calls only in a few cases.[2] The FPD moved for production of all recorded attorney-client calls in the USAO possession.[3] The Court granted the motion and ordered the USAO

---

[1] D.E. 85 at 2; D.E. 102 (8.10.16 Order).
[2] See, e.g., *United States v. Brenda Wood,* 14-cr-20065-JAR; Def. Exh. 571 (AUSA Wamble letter documenting the return of attorney-client phone calls to the FPD); *United States v. Juan Herrera-Zamora,* 14-cr-20049-CM.
[3] D.E. 572 (listing seven categories of information).

to surrender the requested material to the Court, with a copy provided to the FPD and assurance that all other copies had been destroyed.

To facilitate the review, the FPD provided a narrowed list of about 100 D.Kan. defendants still in custody (and therefore priority), whose calls included attorney-client calls and had been accessed on the Securus platform at the CCA / CoreCivic Leavenworth facility,[4] often corresponding to a contemporaneous written request from the USAO. Although there were delays, the USAO provided the first set of recorded calls and derivative data to the Court on January 7 and 11, 2019, as agreed, and the FPD obtained copies.[5] On February 14, 2019, the USAO supplemented that production, in the same manner.

The FPD has now provided the USAO with the names of the remaining individuals whose cases should be reviewed for USAO possession of recordings of attorney-client calls. This list of about 380 names are all D. Kan. defendants, many who are no longer in custody but are still on supervision, subject to revocation. Some may rightly pursue collateral relief. And some may face new charges. Regardless of the status, the FPD contends the USAO should not remain in possession of attorney-client call recordings

---

[4] D.E. 705 Order, 12.14.18.
[5] The January production included about 96 CDs or thumb drives containing audio files, and less than 100 pages of documents; the February production included 5 DVDs/CDs and two thumb drives.

or any information derived therefrom. These calls are covered by the original defense motion[6] and the Court's Order.[7]

The parties acknowledge that review of these 380 names will require more time and resources. Accordingly, after discussion, the parties agree that within sixty (60) days of the filing of this report, the USAO will conduct preliminary examination of the list of 380 names and a proposed timeline to identify, collect, and produce to the Court any recorded inmate calls of the named individuals, and any derivative information containing any potential attorney-client communications of those individuals, and to certify that it no longer has copies or access to such materials. The parties further agree that while this procedure in ongoing, if the FPD identifies any individual from the list of the 380 for an expedited review, the USAO will prioritize its review with respect to that individual.

The FPD contends that until this request is satisfied, the FPD motion for return of property under Federal Rule of Criminal Procedure 41(g) has not been resolved.

---

[6] D.E. 572.
[7] D.E. 705.

Respectfully submitted:


 s/ Melody Brannon
Melody Brannon #17612
Federal Public Defender
for the District of Kansas
117 SW 6th Avenue, Suite 200
Topeka, Kansas 66603-3840
Phone: (785) 232-9828
E-mail: Melody_Brannon@fd.org


 s/ Duston Slinkard
Duston Slinkard, #21294
First Assistant United States
Attorney
444 S.E. Quincy
Topeka, KS 66683
Phone: 785-295-2850
Fax: 785-295-2853
Email: duston.slinkard@usdoj.org