# CCA Call Information
# Provided to Court
# (Updated 02/14/2019)

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|------|---------|------|-------|------------------------------|
| Alvarez, Joshua (Olea-Monarez) | 14-20096-JAR | Zabel, Brown, Capwell, Gurney, Tomasic, Wood | No | |
| Bauman, Chad (Los Dahda) | 12-20083--22-KHV | Barnett, Brown, Maag, Capwell, Guerney, Morehead | No | |



DEFENDANT'S
EXHIBIT
**715A**
16-20032-02-JAR

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|------|---------|------|-------|----------------------------|
| Benton, Wayne | 15-20075-CM | Morehead, Brown, Wood | No | |
| Blackburn, Stephen (McDowell) | 09-20133-12-JWL | D. Smith, Rask, Maag, Gurney, Flannigan, Allman | No | |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|------|---------|------|-------|------------------------------|
| Blakney, Martez | 15-20086-CM | Brown, Capwell, Morehead, A. Smith | No | |
| Brown, Vernon (Perez-Alcala) | 12-20066-KHV | Morehead, Brown, Maag, Zabel, Gurney, Capwell | no | 8/22/13 Request for CCA Calls |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|------|---------|------|-------|------------------------------|
| Cartwright, James | 16-20033-CM | Catania, A. Smith | No | |
| Catrell, Ronald | 11-20125-CM | Oakley, Brown, Gurney | Yes/FRC Request | |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|---|---|---|---|---|
| Catrell, Ronald | 13-20102-CM | Oakley | Yes/FRC Request | |
| Chirinos, Juan (Friend) | 12-20112-CM | Krug, Maag, Brown, Gurney | No | |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|------|---------|------|-------|------------------------------|
| Dillow, Stephen | 14-20028-CM | Zabel, Oakley, Tomasic, Brown, Capwell | Yes | email |
| Faulkner, Lee (Ole-Monarez) | 14-20096-JAR | Zabel, Tomasic, Brown, Capwell, Gurney, Sommer, Wood | No | |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|------|---------|------|-------|------------------------------|
| Garciga, Lazaro (Perez-Alcala) | 12-20066-KHV | Morehead, Maag, Zabel, Brown, Capwell, Gurney | No | |
| Hernandez-Hernandez, Jose Luis | 14-20101-JAR | Oakley | No | |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|------|---------|------|-------|-----------------------------|
| Hurtado, Nicholas (Gerardo-Montenegro) | 15-20032-CM | Ward, Brown, Capwell, Gurney | No | |
| Lamas, Rogelio (Brumback) | 12-20119-CM | Rask, Wilhoft, Brown, Gurney | No | |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|------|---------|------|-------|-----------------------------|
| Leonard, Kyser (Henderson) | 13-20065-CM | Tomasic, Capwell, Gurney | No | |
| Lopez-Lopez, Migel (Rodriguez-Rodriguez) | 15-20008-JAR | Zabel, Tomasic, Brown, Capwell | No | |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|------|---------|------|-------|-----------------------------|
| Lougee, David (Anderson) | 14-20068-CM | Morehead, Ward, Patton, Sommer, Gurney | No | Following to be emailed to court:  mixed number call report from CCA |
| McDowell, Gladstone | 09-20133-JWL | Flannigan, Allman, Gurney, Maag, Rask, D. Smith | No | |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|------|---------|------|-------|----------------------------|
| McPeters, Douglas | 15-20071-CM | Flannigan | No | |
| Mebane, Darus (Wright) | 16-20041-JAR | Oakley, Brown, Capwell, Clymer, Davids, Kavanaugh, | Recused | |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|------|---------|------|-------|------------------------------|
| Mendez-Razo, Luis (Equigua) | 11-20115-CM | Zabel | No/FRC Requested | |
| Mitchell, William D | 13-20051-CM | Capwell, Tomasic, Zabel | Yes | 1 flash drive<br>2 Discovery Ltrs.,<br>Discovery Email;<br>18 pages of reports;<br>2 CCA Records Summary Report |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|------|---------|------|-------|----------------------------|
| Mumford, Cortez | 15-20069-JAR | Morehead, A. Smith | No | |
| Muth, Dacco | 14-20063-JAR | Gurney, Tomasic | No | |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|------|---------|------|-------|-----------------------------|
| Olea-Monarez, Vicencio | 14-20096-JAR | Zabel, Tomasic, Brown, Capwell, Gurney, Sommer, Wood | Yes | 1 flash drive |
| Orr, Christian Robert | 16-20009-CM | Hunt, Morehead | No | |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|------|---------|------|-------|------------------------------|
| Ortega-Flores, Luis (Perez-Alcala) | 12-20066-KHV | Morehead, Maag, Zabel, Brown, Capwell, Gurney | Yes | 4 dvds; |
| Pavone, Shawn | 09-20142-JWL | Zabel | No/FRC requested | |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|---|---|---|---|---|
| Pavone, Shawn (Haupt) | 15-20019-JAR | Catania, Brown, Capwell, Wood | No | |
| Phillips, Scott | 14-20001-KHV | Krug | No | |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|---|---|---|---|---|
| Piggie, Frenklyn | 10-20145-CM | Morehead, Gurney | No | |
| Robinson, Sarah (Florez-Navaerro) | 15-20089-CM 20077-02-CM | 15- Morehead, Wood | No | |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|------|---------|------|-------|----------------------------|
| Shutts, Shawn | 14-20014-JAR | Catania, Gurney, Brown, Capwell, Tomasic, Ward | No | |
| Smith, Juvon (Perez-Alcala) | 12-20066-KHV | Morehead, Maag, Gurney, Brown, Capwell, Zabel | No | |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|------|---------|------|-------|------------------------------|
| Soriano, Tino (Kingsley) | 12-20072-CM | Catania | No | |
| Spaeth, Matthew (Anderson) | 14-20068-CM | Morehead, Gurney, Patton, Sommer, Ward | No | CCA Call request 11/17/14 for 11/3/14 arrest |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|------|---------|------|-------|----------------------------|
| Stewart, Arlie | 14-20054-JAR | Catania, Tomasic, Gurney | No | |
| Tanner, Donta | 16-20043-CM | Morehead, A. Smith | no | |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|------|---------|------|-------|------------------------------|
| Tatum, Ataven (Perez-Alcala) | 12-20066-29-KHV | Brown, Capwell, Gurney, Maag, Morehead, Zabel | No | |
| Valdez, Hector (Olea-Monarez) | 14-20096-JAR | Zabel, Brown, Capwell, Gurney, Sommer, Tomasic, Zabel, Wood | No | |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|------|---------|------|-------|------------------------------|
| Vincent, Thomas (Bagley) | 03-20003-CM | Flannigan, Maag, Brown, | No/FRC Requested | |
| Williamson, Brett | 13-20011-KHV | Flannigan | Yes<br>Yes | 1/7/2019 - 1 DVD/CD;<br>Subp to USMS;<br>emails;<br>2 DVDs Marked as Exh<br>2 Jail Trans marked as Exh<br><br>2/14/2019 - Add'l  DVD and 3 rpts |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|------|---------|------|-------|-----------------------------|
| Wilson, Timothy | 11-20120-CM | Catania | No/FRC requested | |
| Wilson, Timothy (Garrod) | 07-20072-JWL | Catania, Maag | No/FRC requested | |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|------|---------|------|-------|------------------------------|
| Wilson, Timothy (Hernandez) | 15-20081-CM | Ward, Brown, Capwell, Gurney | No | |
| Wright, Eric | 09-20117-KHV | Krug | Yes | 2 Discovery Letters; List of discovery items; CCA Call Report 7/25/16-8/15/16; Photo copy of DVD |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|------|---------|------|-------|----------------------------|
| Yan, Wengui (Zhang) | 13-20134-CM | Rask, Resler, D. Smith, Walczewski, Williams | No | |

| | |
|---|---|
| Def. Exh. 715B-001 | Index of Documents in Def. Exh. 715B |
| Def. Exh. 715B-002 | List of attorney-client calls distributed in discovery in USA v. Black |
| Def. Exh. 715B-003 | MultiDef_12/12/16 email from Rask/Oakley re recordings provided to Probation |
| Def. Exh. 715B-004 | Burres_3/14/16 email request for calls from USMS |
| Def. Exh. 715B-005 | Cattrell_5/23/13 email request for calls from USMS/FBI |
| Def. Exh. 715B-006 | Cattrell_6/19/13 USMS request form from FBI |
| Def. Exh. 715B-007 | Cattrell_6/19/13 email from USMS regarding call request |
| Def. Exh. 715B-008 | Cattrell_7/29/13 email request for calls from USMS/FBI |
| Def. Exh. 715B-009 | Clifton_8/27/14 receipt of calls from USMS-Erin Tomasic |
| Def. Exh. 715B-010 | Felix-Gamez_7/29/15 email documentation of request from DHS |
| Def. Exh. 715B-011 | Forbes_10/29/13 email re calls from Oakley |
| Def. Exh. 715B-012 | Forbes_6/30/14 email from Chris Oakley |
| Def. Exh. 715B-013 | Forbes_11/10/14 email request for calls from IRS |
| Def. Exh. 715B-014 | Forbes_3/9/15 email request for calls from USMS |
| Def. Exh. 715B-015 | Forbes_4/6/15 email request for calls from IRS |
| Def. Exh. 715B-016 | Forbes_ 4/30/15 email request for calls from USMS |
| Def. Exh. 715B-017 | Giannukos_5/5/15 USMS request form from USMS |
| Def. Exh. 715B-018 | Giannukos_5/14/15 email from USMS |
| Def. Exh. 715B-019 | Griffin_5/9/14 email request from USMS for AUSA |
| Def. Exh. 715B-020 | Griffin_5/11/15 email request from USMS |
| Def. Exh. 715B-021 | Huff_10/16/15 email request for calls by USMS |
| Def. Exh. 715B-022 | Huff_1/7/16 USMS request form from Erin Tomasic |
| Def. Exh. 715B-023 | Hurtado_5/13/16 email request for calls USMS |
| Def. Exh. 715B-024 | Johnson_7/17/15 email chain requesting calls |
| Def. Exh. 715B-025 | Johnson_8/21/15 email from Kimberly Hanika re subpoena for phone records |
| Def. Exh. 715B-026 | Kleppin_5/25/16 email confirming response to call request from Kimberly Hanika |
| Def. Exh. 715B-027 | Leonard_11/22/13 email request from Erin Tomasic |
| Def. Exh. 715B-028 | Mays_12/10/13 email request for calls from Sheri Catania |
| Def. Exh. 715B-029 | Mozingo_1/27/14 USMS request form from Terra Morehead |
| Def. Exh. 715B-030 | Muth_9/12/14 email request for calls from ATF |
| Def. Exh. 715B-031 | Olea-Monarez_5/4/16 email request for calls from USMS |
| Def. Exh. 715B-032 | Phommaseng_4/8/15 email request for calls Lawrence PD/USAO |
| Def. Exh. 715B-033 | Phommaseng_4/9/15 email from USMS |
| Def. Exh. 715B-034 | Phommaseng_5/11/15 email from USMS |
| Def. Exh. 715B-035 | Phommaseng_5/18/15 receipt for calls signed by Sheri Catania |
| Def. Exh. 715B-036 | Rapp_ 7/14/14 email for calls from USAO |
| Def. Exh. 715B-037 | Rapp_10/20/15 email from USMS |
| Def. Exh. 715B-038 | Rapp_12/8/15 email from USMS |
| Def. Exh. 715B-039 | Rapp_1/12/16 receipt for Erin Tomasic |
| Def. Exh. 715B-040 | Rapp_1/28/16 email from USMS |
| Def. Exh. 715B-041 | Rapp_2/11/16 email/USMS request form from Erin Tomasic |
| Def. Exh. 715B-042 | Reulet_6/7/16 email from USMS |
| Def. Exh. 715B-043 | Reulet_6/20/16 email request for calls Kyle Twaddle |



DEFENDANT'S EXHIBIT
715B
16-20032-02-JAR

| Def. Exh. 715B-044 | Rippey_5/4/15 email request for calls from USMS |
| Def. Exh. 715B-045 | Sneed_9/24/13 email request for calls from USMS |
| Def. Exh. 715B-046 | Sneed_10/22/13 email from USMS |
| Def. Exh. 715B-047 | Tatum_1/13/14 USMS Form from Terra Morehead |
| Def. Exh. 715B-048 | Thompson_11/22/13 email request for calls from USMS |
| Def. Exh. 715B-049 | Thompson_4/28/14 email request for calls from USMS |
| Def. Exh. 715B-050 | Tillman_7/19/13 subpoena for calls from Erin Tomasic |
| Def. Exh. 715B-051 | Tillman_10/10/13 email request for calls from USMS |
| Def. Exh. 715B-052 | Wallace_3/14/16 request for calls from USMS |
| Def. Exh. 715B-053 | Warren_12/26/13 USMS request form from ATF |
| Def. Exh. 715B-054 | Warren_10/21/14 email regarding calls from USMS/USAO |
| Def. Exh. 715B-055 | Warren_12/20/16 email call request from USAO |

| Inmate Name | Call Time | Dialed Number | Attorney Name |
|---|---|---|---|
| MARK FLAAEN | 3/7/14 3:03 PM | 8162833535 | Angela Hasty |
| MARK FLAAEN | 5/7/14 5:06 PM | 8162833535 | Angela Hasty |
| MARK FLAAEN | 5/7/14 5:23 PM | 8162833535 | Angela Hasty |
| MARK FLAAEN | 7/23/14 2:07 PM | 8162833535 | Angela Hasty |
| MARK FLAAEN | 7/24/14 1:35 PM | 8162833535 | Angela Hasty |
| MARK FLAAEN | 9/5/14 9:37 AM | 8162833535 | Angela Hasty |
| MARK FLAAEN | 10/21/14 10:50 AM | 8162833535 | Angela Hasty |
| MARK FLAAEN | 11/24/14 2:19 PM | 8162833535 | Angela Hasty |
| MARK FLAAEN | 1/22/15 9:36 AM | 8162833535 | Angela Hasty |
| MARK FLAAEN | 1/22/15 4:40 PM | 8162833535 | Angela Hasty |
| MARK FLAAEN | 2/19/15 9:51 AM | 8162833535 | Angela Hasty |
| MARK FLAAEN | 4/2/15 9:13 AM | 8162833535 | Angela Hasty |
| MARK FLAAEN | 5/7/15 11:22 AM | 8162833535 | Angela Hasty |
| MARK FLAAEN | 6/3/15 1:44 PM | 8162833535 | Angela Hasty |
| MARK FLAAEN | 6/3/15 2:01 PM | 8162833535 | Angela Hasty |
| FRENKLYN PIGGIE | 8/25/15 2:20 PM | 3162655511 | Ariagno, Kerns, Mank and White, LLC |
| FRENKLYN PIGGIE | 8/26/15 1:41 PM | 3162655511 | Ariagno, Kerns, Mank and White, LLC |
| MATTHEW SPAETH | 4/12/16 4:54 PM | 9136529800 | Bath & Edmonds |
| MATTHEW SPAETH | 4/13/16 2:49 PM | 9136529800 | Bath & Edmonds |
| MATTHEW SPAETH | 5/3/16 4:36 PM | 9136529800 | Bath & Edmonds |
| SCOTT PARKER | 10/24/14 1:52 PM | 8162927076 | Brian Palmer |
| SCOTT PARKER | 7/25/14 1:11 PM | 8162927000 | Brown & Ruprecht PC |
| SCOTT PARKER | 7/31/14 11:05 AM | 8162927000 | Brown & Ruprecht PC |
| SCOTT PARKER | 8/11/14 10:20 AM | 8162927000 | Brown & Ruprecht PC |
| SCOTT PARKER | 8/19/14 10:50 AM | 8162927000 | Brown & Ruprecht PC |
| SCOTT PARKER | 8/19/14 2:08 PM | 8162927000 | Brown & Ruprecht PC |
| SCOTT PARKER | 8/27/14 11:09 AM | 8162927000 | Brown & Ruprecht PC |
| SCOTT PARKER | 9/10/14 10:19 AM | 8162927000 | Brown & Ruprecht PC |
| SCOTT PARKER | 9/25/14 2:25 PM | 8162927000 | Brown & Ruprecht PC |
| SCOTT PARKER | 9/30/14 1:25 PM | 8162927000 | Brown & Ruprecht PC |
| SCOTT PARKER | 10/3/14 10:27 AM | 8162927000 | Brown & Ruprecht PC |
| SCOTT PARKER | 10/13/14 1:26 PM | 8162927000 | Brown & Ruprecht PC |
| SCOTT PARKER | 10/13/14 1:27 PM | 8162927000 | Brown & Ruprecht PC |

| SCOTT PARKER | 11/11/14 1:48 PM | 8162927000 | Brown & Ruprecht PC |
|---|---|---|---|
| SCOTT PARKER | 11/17/14 11:31 AM | 8162927000 | Brown & Ruprecht PC |
| SCOTT PARKER | 12/8/14 1:36 PM | 8162927000 | Brown & Ruprecht PC |
| SCOTT PARKER | 12/8/14 1:39 PM | 8162927000 | Brown & Ruprecht PC |
| SCOTT PARKER | 12/10/14 1:17 PM | 8162927000 | Brown & Ruprecht PC |
| SCOTT PARKER | 12/18/14 2:15 PM | 8162927000 | Brown & Ruprecht PC |
| SCOTT PARKER | 12/19/14 1:50 PM | 8162927000 | Brown & Ruprecht PC |
| SCOTT PARKER | 1/2/15 11:00 AM | 8162927000 | Brown & Ruprecht PC |
| SCOTT PARKER | 1/2/15 3:02 PM | 8162927000 | Brown & Ruprecht PC |
| SCOTT PARKER | 1/26/15 2:32 PM | 8162927000 | Brown & Ruprecht PC |
| SCOTT PARKER | 2/12/15 3:06 PM | 8162927000 | Brown & Ruprecht PC |
| SCOTT PARKER | 2/27/15 2:38 PM | 8162927000 | Brown & Ruprecht PC |
| SCOTT PARKER | 3/20/15 3:09 PM | 8162927000 | Brown & Ruprecht PC |
| SCOTT PARKER | 3/23/15 10:52 AM | 8162927000 | Brown & Ruprecht PC |
| SCOTT PARKER | 4/13/15 10:46 AM | 8162927000 | Brown & Ruprecht PC |
| FRENKLYN PIGGIE | 9/24/15 9:45 AM | 8162927000 | Brown & Ruprecht PC |
| FRENKLYN PIGGIE | 9/25/15 9:35 AM | 8162927000 | Brown & Ruprecht PC |
| VIROK WEBB | 10/13/14 10:34 AM | 8162927000 | Brown & Ruprecht PC |
| VIROK WEBB | 10/22/14 3:12 PM | 8162927000 | Brown & Ruprecht PC |
| SHAWN SHUTTS | 9/8/15 3:13 PM | 9139486680 | Christian Webb |
| SHAWN SHUTTS | 12/4/15 10:16 AM | 9139486680 | Christian Webb |
| WALTER SORRELLS | 5/26/16 2:56 PM | 8162130384 | Christine Blegen |
| TONY MEYER | 6/26/14 1:09 PM | 8165240404 | Dana Altieri |
| TONY MEYER | 6/26/14 4:40 PM | 8165240404 | Dana Altieri |
| TONY MEYER | 7/24/14 3:09 PM | 8165240404 | Dana Altieri |
| TONY MEYER | 9/24/14 2:54 PM | 8165240404 | Dana Altieri |
| TONY MEYER | 9/30/14 9:51 AM | 8165240404 | Dana Altieri |
| TONY MEYER | 10/6/14 2:55 PM | 8165240404 | Dana Altieri |
| TONY MEYER | 10/24/14 2:19 PM | 8165240404 | Dana Altieri |
| TONY MEYER | 11/12/14 11:41 AM | 8165240404 | Dana Altieri |
| TONY MEYER | 12/4/14 2:57 PM | 8165240404 | Dana Altieri |
| TONY MEYER | 12/4/14 4:47 PM | 8165240404 | Dana Altieri |
| TONY MEYER | 12/5/14 2:50 PM | 8165240404 | Dana Altieri |
| TONY MEYER | 12/9/14 1:55 PM | 8165240404 | Dana Altieri |

| | | | |
|---|---|---|---|
| TONY MEYER | 12/10/14 2:02 PM | 8165240404 | Dana Altieri |
| TONY MEYER | 12/15/14 1:41 PM | 8165240404 | Dana Altieri |
| TONY MEYER | 1/2/15 4:42 PM | 8165240404 | Dana Altieri |
| TONY MEYER | 1/16/15 1:39 PM | 8165240404 | Dana Altieri |
| TONY MEYER | 2/11/15 2:58 PM | 8165240404 | Dana Altieri |
| TONY MEYER | 5/7/15 1:42 PM | 8165240404 | Dana Altieri |
| TONY MEYER | 7/6/15 2:52 PM | 8165240404 | Dana Altieri |
| TONY MEYER | 7/16/15 11:29 AM | 8165240404 | Dana Altieri |
| TONY MEYER | 8/7/15 1:50 PM | 8165240404 | Dana Altieri |
| TONY MEYER | 8/20/15 2:26 PM | 8165240404 | Dana Altieri |
| TONY MEYER | 9/17/15 2:29 PM | 8165240404 | Dana Altieri |
| TONY MEYER | 9/18/15 11:30 AM | 8165240404 | Dana Altieri |
| TONY MEYER | 9/18/15 1:09 PM | 8165240404 | Dana Altieri |
| TONY MEYER | 10/1/15 11:44 AM | 8165240404 | Dana Altieri |
| TONY MEYER | 11/16/15 10:52 AM | 8165240404 | Dana Altieri |
| TONY MEYER | 11/30/15 1:27 PM | 8165240404 | Dana Altieri |
| TONY MEYER | 2/10/16 2:45 PM | 8165240404 | Dana Altieri |
| TONY MEYER | 2/29/16 2:34 PM | 8165240404 | Dana Altieri |
| KARL CARTER | 4/15/16 10:16 AM | 8162560835 | David J Guastello |
| KARL CARTER | 4/15/16 10:32 AM | 8162560835 | David J Guastello |
| JEFFERY ROARK | 11/15/15 4:50 PM | 8162560835 | David J Guastello |
| IAN RANSDELL | 8/17/15 11:39 AM | 8165317100 | David Johnson |
| SHAWN PAVONE | 11/30/15 2:20 PM | 3143595690 | Edward Fehlig |
| EARNEST CRAWFORD | 3/18/16 1:19 PM | 9139489490 | Erickson Scherff Attorney LLC |
| NICHOLAS HURTADO | 4/25/16 2:57 PM | 7853310300 | Fagan, Emert & Davis LLC |
| CHRISTOPHER PERRYMAN | 11/3/15 5:20 PM | 8162218989 | Gaddy Weis LLC |
| CHRISTOPHER PERRYMAN | 11/5/15 1:25 PM | 8162218989 | Gaddy Weis LLC |
| CHRISTOPHER PERRYMAN | 11/9/15 10:20 AM | 8162218989 | Gaddy Weis LLC |
| CHRISTOPHER PERRYMAN | 11/11/15 1:53 PM | 8162218989 | Gaddy Weis LLC |
| CHRISTOPHER PERRYMAN | 11/12/15 4:46 PM | 8162218989 | Gaddy Weis LLC |
| CHRISTOPHER PERRYMAN | 11/13/15 1:15 PM | 8162218989 | Gaddy Weis LLC |
| CHRISTOPHER PERRYMAN | 11/17/15 1:40 PM | 8162218989 | Gaddy Weis LLC |
| CHRISTOPHER PERRYMAN | 11/30/15 2:08 PM | 8162218989 | Gaddy Weis LLC |
| CHRISTOPHER PERRYMAN | 12/3/15 1:50 PM | 8162218989 | Gaddy Weis LLC |

| | | | |
|---|---|---|---|
| CHRISTOPHER PERRYMAN | 12/3/15 2:39 PM | 8162218989 | Gaddy Weis LLC |
| CHRISTOPHER PERRYMAN | 12/4/15 2:44 PM | 8162218989 | Gaddy Weis LLC |
| SHAWN SHUTTS | 2/3/16 9:28 AM | 9139486682 | Garretson & Toth, LLC |
| SHAWN SHUTTS | 2/17/16 2:14 PM | 9139486682 | Garretson & Toth, LLC |
| SHAWN SHUTTS | 2/18/16 4:52 PM | 9139486682 | Garretson & Toth, LLC |
| SHAWN SHUTTS | 3/3/16 9:45 AM | 9139486682 | Garretson & Toth, LLC |
| SHAWN SHUTTS | 3/7/16 4:40 PM | 9139486682 | Garretson & Toth, LLC |
| KARL CARTER | 8/10/15 2:28 PM | 8167394538 | J. Johnston |
| KARL CARTER | 9/17/15 9:26 AM | 8167394538 | J. Johnston |
| KARL CARTER | 9/18/15 6:16 PM | 8167394538 | J. Johnston |
| KARL CARTER | 10/1/15 3:10 PM | 8167394538 | J. Johnston |
| KARL CARTER | 3/17/16 10:51 AM | 8167394538 | J. Johnston |
| RICHARD DERTINGER | 3/2/16 10:09 AM | 9139489311 | Jacquelyn E Rokusek |
| VIROK WEBB | 8/31/11 4:37 PM | 9132381281 | Jacquelyn E Rokusek |
| VIROK WEBB | 8/31/11 4:38 PM | 9132381281 | Jacquelyn E Rokusek |
| VIROK WEBB | 9/16/11 5:30 PM | 9132381281 | Jacquelyn E Rokusek |
| VIROK WEBB | 5/6/13 1:47 PM | 9139489311 | Jacquelyn E Rokusek |
| VIROK WEBB | 9/24/13 10:15 AM | 9139489311 | Jacquelyn E Rokusek |
| VIROK WEBB | 3/6/14 4:40 PM | 9139489311 | Jacquelyn E Rokusek |
| VIROK WEBB | 3/13/14 1:55 PM | 9139489311 | Jacquelyn E Rokusek |
| VIROK WEBB | 3/13/14 4:31 PM | 9139489311 | Jacquelyn E Rokusek |
| VIROK WEBB | 3/24/14 1:02 PM | 9139489311 | Jacquelyn E Rokusek |
| VIROK WEBB | 3/26/14 4:31 PM | 9139489311 | Jacquelyn E Rokusek |
| ARLIE STEWART | 11/10/15 2:35 PM | 9134887100 | James Spies |
| MARK FLAAEN | 9/16/15 9:57 AM | 8165258200 | John Osgood |
| MARK FLAAEN | 9/16/15 3:02 PM | 8165258200 | John Osgood |
| MARK FLAAEN | 9/28/15 1:11 PM | 8165258200 | John Osgood |
| FRENKLYN PIGGIE | 9/16/15 9:23 AM | 8165258200 | John Osgood |
| LAMAR STEELE | 10/24/14 1:22 PM | 7852343272 | Joseph Hollander & Craft, LLC |
| LAMAR STEELE | 1/21/15 1:58 PM | 7852343272 | Joseph Hollander & Craft, LLC |
| LAMAR STEELE | 6/15/15 10:16 AM | 7852343272 | Joseph Hollander & Craft, LLC |
| LAMAR STEELE | 9/30/15 1:05 PM | 7852343272 | Joseph Hollander & Craft, LLC |
| LAMAR STEELE | 10/7/15 10:52 AM | 7852343272 | Joseph Hollander & Craft, LLC |
| LAMAR STEELE | 10/13/15 10:54 AM | 7852343272 | Joseph Hollander & Craft, LLC |

| | | | |
|---|---|---|---|
| LAMAR STEELE | 10/27/15 2:44 PM | 7852343272 | Joseph Hollander & Craft, LLC |
| LAMAR STEELE | 11/5/15 10:23 AM | 7852343272 | Joseph Hollander & Craft, LLC |
| LAMAR STEELE | 11/9/15 10:47 AM | 7852343272 | Joseph Hollander & Craft, LLC |
| LAMAR STEELE | 11/9/15 10:58 AM | 7852343272 | Joseph Hollander & Craft, LLC |
| LAMAR STEELE | 11/9/15 11:04 AM | 7852343272 | Joseph Hollander & Craft, LLC |
| LAMAR STEELE | 11/17/15 2:37 PM | 7852343272 | Joseph Hollander & Craft, LLC |
| LAMAR STEELE | 11/18/15 2:25 PM | 7852343272 | Joseph Hollander & Craft, LLC |
| LAMAR STEELE | 12/3/15 1:32 PM | 7852343272 | Joseph Hollander & Craft, LLC |
| LAMAR STEELE | 12/3/15 2:05 PM | 7852343272 | Joseph Hollander & Craft, LLC |
| LAMAR STEELE | 12/9/15 11:38 AM | 7852343272 | Joseph Hollander & Craft, LLC |
| LAMAR STEELE | 12/9/15 2:29 PM | 7852343272 | Joseph Hollander & Craft, LLC |
| LAMAR STEELE | 1/11/16 9:06 AM | 7852343272 | Joseph Hollander & Craft, LLC |
| LAMAR STEELE | 1/12/16 10:37 AM | 7852343272 | Joseph Hollander & Craft, LLC |
| LAMAR STEELE | 1/18/16 10:32 AM | 7852343272 | Joseph Hollander & Craft, LLC |
| LAMAR STEELE | 2/4/16 2:38 PM | 7852343272 | Joseph Hollander & Craft, LLC |
| LAMAR STEELE | 2/17/16 8:32 AM | 7852343272 | Joseph Hollander & Craft, LLC |
| LAMAR STEELE | 2/17/16 10:03 AM | 7852343272 | Joseph Hollander & Craft, LLC |
| LAMAR STEELE | 2/17/16 10:58 AM | 7852343272 | Joseph Hollander & Craft, LLC |
| LAMAR STEELE | 2/18/16 11:18 AM | 7852343272 | Joseph Hollander & Craft, LLC |
| LAMAR STEELE | 2/29/16 9:45 AM | 7852343272 | Joseph Hollander & Craft, LLC |
| LAMAR STEELE | 3/8/16 8:50 AM | 7852343272 | Joseph Hollander & Craft, LLC |
| LAMAR STEELE | 3/9/16 9:51 AM | 7852343272 | Joseph Hollander & Craft, LLC |
| LAMAR STEELE | 3/16/16 8:44 AM | 7852343272 | Joseph Hollander & Craft, LLC |
| LAMAR STEELE | 3/17/16 10:13 AM | 7852343272 | Joseph Hollander & Craft, LLC |
| LAMAR STEELE | 3/21/16 2:12 PM | 7852343272 | Joseph Hollander & Craft, LLC |
| LAMAR STEELE | 3/24/16 11:27 AM | 7852343272 | Joseph Hollander & Craft, LLC |
| LAMAR STEELE | 3/28/16 2:02 PM | 7852343272 | Joseph Hollander & Craft, LLC |
| LAMAR STEELE | 3/29/16 9:31 AM | 7852343272 | Joseph Hollander & Craft, LLC |
| LAMAR STEELE | 3/29/16 10:35 AM | 7852343272 | Joseph Hollander & Craft, LLC |
| LAMAR STEELE | 3/29/16 1:50 PM | 7852343272 | Joseph Hollander & Craft, LLC |
| LAMAR STEELE | 3/30/16 9:11 AM | 7852343272 | Joseph Hollander & Craft, LLC |
| LAMAR STEELE | 3/31/16 10:56 AM | 7852343272 | Joseph Hollander & Craft, LLC |
| LAMAR STEELE | 4/11/16 8:37 AM | 7852343272 | Joseph Hollander & Craft, LLC |
| LAMAR STEELE | 4/12/16 1:41 PM | 7852343272 | Joseph Hollander & Craft, LLC |

| LAMAR STEELE | 4/15/16 4:41 PM | 7852343272 | Joseph Hollander & Craft, LLC |
| LAMAR STEELE | 4/21/16 1:53 PM | 7852343272 | Joseph Hollander & Craft, LLC |
| LAMAR STEELE | 5/6/16 8:39 AM | 7852343272 | Joseph Hollander & Craft, LLC |
| CHARLES STEELE | 3/16/16 2:49 PM | 9135516943 | Kansas Federal Public Defender Office |
| DAVID LOUGEE | 9/1/15 11:35 AM | 8165475625 | Lisa Nouri |
| AMBER HOPKINS | 5/27/15 5:31 PM | 8162298787 | Mark Thomason |
| AMBER HOPKINS | 6/8/15 2:26 PM | 8162298787 | Mark Thomason |
| AMBER HOPKINS | 6/11/15 2:43 PM | 8162298787 | Mark Thomason |
| AMBER HOPKINS | 8/19/15 9:06 PM | 8162298787 | Mark Thomason |
| AMBER HOPKINS | 10/5/15 3:11 PM | 8162298787 | Mark Thomason |
| AMBER HOPKINS | 11/17/15 5:16 PM | 8162298787 | Mark Thomason |
| AMBER HOPKINS | 12/30/15 1:46 PM | 8162298787 | Mark Thomason |
| AMBER HOPKINS | 12/30/15 2:12 PM | 8162298787 | Mark Thomason |
| AMBER HOPKINS | 1/12/16 2:58 PM | 8162298787 | Mark Thomason |
| AMBER HOPKINS | 1/19/16 4:33 PM | 8162298787 | Mark Thomason |
| AMBER HOPKINS | 5/11/16 2:49 PM | 8162298787 | Mark Thomason |
| JEFFERY ROARK | 7/21/15 10:49 AM | 8162298787 | Mark Thomason |
| JEFFERY ROARK | 12/14/15 1:12 PM | 8162298686 | Mark A Thomason |
| JEFFERY ROARK | 12/15/15 2:57 PM | 8162298686 | Mark A Thomason |
| JEFFERY ROARK | 12/30/15 2:35 PM | 8162298686 | Mark A Thomason |
| JEFFERY ROARK | 1/8/16 1:38 PM | 8162298686 | Mark A Thomason |
| ANDRE WALLACE | 5/20/16 10:47 AM | 8162298686 | Mark A Thomason |
| ANDRE WALLACE | 1/26/16 1:02 PM | 8162298787 | Mark Thomason |
| MATTHEW SPAETH | 7/8/15 11:36 AM | 9139629800 | R. Bruce Kips |
| MATTHEW SPAETH | 8/4/15 11:05 AM | 9139629800 | R. Bruce Kips |
| MATTHEW SPAETH | 8/12/15 11:02 AM | 9139629800 | R. Bruce Kips |
| MATTHEW SPAETH | 8/19/15 2:48 PM | 9139629800 | R. Bruce Kips |
| MARCUS ROBERSON | 10/5/12 1:12 PM | 8163632795 | Rebecca Woodman |
| RICARDO PLASENCIO | 11/6/14 8:30 AM | 7858458500 | Richard Benson |
| GREGORY RAPP | 12/4/15 9:41 AM | 8165218249 | Rick Johnson |
| GREGORY RAPP | 2/1/16 9:01 AM | 8165218249 | Rick Johnson |
| GREGORY RAPP | 6/1/15 9:50 AM | 8165218249 | Rick Johnson |
| GREGORY RAPP | 6/10/15 10:10 AM | 8165218249 | Rick Johnson |
| GREGORY RAPP | 7/6/15 9:41 AM | 8165218249 | Rick Johnson |

| | | | |
|---|---|---|---|
| GREGORY RAPP | 7/17/15 9:42 AM | 8165218249 | Rick Johnson |
| GREGORY RAPP | 8/19/15 9:52 AM | 8165218249 | Rick Johnson |
| GREGORY RAPP | 8/19/15 10:03 AM | 8165218249 | Rick Johnson |
| GREGORY RAPP | 4/4/16 11:42 AM | 8165218249 | Rick Johnson |
| GREGORY RAPP | 4/13/16 5:25 PM | 8165218249 | Rick Johnson |
| GREGORY RAPP | 5/12/16 9:51 AM | 8165218249 | Rick Johnson |
| FRENKLYN PIGGIE | 9/11/15 9:18 AM | 7852351650 | Rork Law Office |
| ASHLEY HUFF | 12/10/15 4:45 PM | 8163095147 | William T Session |
| JAMES CALDWELL | 5/21/15 2:36 PM | 8162216400 | Yonke Law |
| JAMES CALDWELL | 5/21/15 2:43 PM | 8162216400 | Yonke Law |
| JAMES CALDWELL | 6/1/15 2:07 PM | 8162216400 | Yonke Law |
| JAMES CALDWELL | 6/2/15 10:57 AM | 8162216400 | Yonke Law |
| JAMES CALDWELL | 6/3/15 11:10 AM | 8162216400 | Yonke Law |
| JAMES CALDWELL | 6/4/15 2:13 PM | 8162216400 | Yonke Law |
| JAMES CALDWELL | 6/11/15 2:50 PM | 8162216400 | Yonke Law |
| JAMES CALDWELL | 6/15/15 10:29 AM | 8162216400 | Yonke Law |
| JAMES CALDWELL | 6/15/15 1:30 PM | 8162216400 | Yonke Law |
| JAMES CALDWELL | 7/13/15 10:07 AM | 8162216400 | Yonke Law |
| JAMES CALDWELL | 7/20/15 1:41 PM | 8162216400 | Yonke Law |
| JAMES CALDWELL | 8/12/15 11:09 AM | 8162216400 | Yonke Law |
| JAMES CALDWELL | 8/19/15 10:05 AM | 8162216400 | Yonke Law |
| JAMES CALDWELL | 2/16/16 11:21 AM | 8162216400 | Yonke Law |
| JAMES CALDWELL | 3/14/16 10:54 AM | 8162216400 | Yonke Law |
| JAMES CALDWELL | 3/24/16 1:18 PM | 8162216400 | Yonke Law |
| JAMES CALDWELL | 5/5/16 1:35 PM | 8162216400 | Yonke Law |
| JAMES CALDWELL | 6/13/16 11:20 AM | 8162216400 | Yonke Law |

**Metzger, Emily (USAKS)**

| | |
|---|---|
| **From:** | Rask, Scott (USAKS) |
| **Sent:** | Monday, December 12, 2016 11:15 AM |
| **To:** | Oakley, Chris (USAKS); Barnett, Debra (USAKS) 1; Slinkard, Duston (USAKS) |
| **Cc:** | Metzger, Emily (USAKS); Beall, Thomas (USAKS) 1 |
| **Subject:** | RE: Special Master - US v. Black et al |

Deb:

Thumb Drives

In all likelihood, these are thumb drives that Sandie Kistler prepared for U.S. Probation. The password should be the following, with the last digit being the number zero.

KansasUSA0

If that password does not work, then it would be the following with the last digit again being the number zero.

K@nsasUSA0

Based on Sandie's email communications with U.S. Probation Officer Michelle Caples, we think the drives may include CCA calls for inmates Battagler, Burres, Bowers, Crawford, Carter, Finley, Flaaen, Harris-Edwards, Haupt, Hurtado, Krites, Neal, Pavone, and Perryman. These drives should include calls that were duplicates of the thumb drives that came from our office because Sandie was simply copying the data from our cloud discovery folder onto these thumb drives for U.S. Probation.

DVDs

Other than inserting each disc into a player and checking its properties or looking at the "play bar," there is probably no documentation about the amount of footage on each disc. That is not the type of information most agents will note when they have received potential evidence.

Let us know if there is anything else we may provide.

Scott

**From:** Oakley, Chris (USAKS)
**Sent:** Monday, December 12, 2016 8:49 AM
**To:** Rask, Scott (USAKS) <SRask@usa.doj.gov>; Barnett, Debra (USAKS) 1 <DBarnett1@usa.doj.gov>; Slinkard, Duston (USAKS) <DSlinkard@usa.doj.gov>
**Cc:** Metzger, Emily (USAKS) <EMetzger@usa.doj.gov>; Beall, Thomas (USAKS) 1 <TBeall1@usa.doj.gov>
**Subject:** RE: Special Master - US v. Black et al

I have the same understanding as Scott.

**From:** Rask, Scott (USAKS)
**Sent:** Saturday, December 10, 2016 3:32 PM
**To:** Barnett, Debra (USAKS) 1 <DBarnett1@usa.doj.gov>; Oakley, Chris (USAKS) <COakley@usa.doj.gov>; Slinkard, Duston (USAKS) <DSlinkard@usa.doj.gov>

1

**715B-003**

**From:**      Cahill, Matthew (USMS)
**Subject:**   phone call request
**To:**        Lajiness, Kennith
**Cc:**         Kinney, Deborah; Cook, Patricia (USMS)
**Sent:**      March 14, 2016 3:54 PM (UTC-06:00)

**\*\*\* This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. \*\*\***

Ken, this is a big one so whenever you can get it let me know. Thanks

All calls October 1, 2015 to the present for following inmates:

Karl Carter

Mark Flaaen

Scott Parker

Kevin Finley

Stephen Rowlette

Robert Burres

Richart Dertinger

Gregory Rapp

Lamar Steele

Charles Steele

Frank White

Tony Meyer

William Shannon

Andre Wallace

David Lougee

Matthew D. Cahill
Senior Inspector
United States Marshals Service
District of Kansas
Sex Offender Investigations Branch
(w) 913-551-6727
(f) 913-551-6535
(c) 913-526-3853

715B-004

Document ID: 0.7.3244.275297
Current tags:
    ECA - SPECIAL MASTER MARCH 2017 : SPECIAL MASTER MARCH 2017;

| | |
|---|---|
| From: | Hoffer, Roland (USMS) <roland.hoffer@usdoj.gov> |
| To: | Collins, Matthew </o=ccaexchange/ou=first administrative group/cn=recipients/cn=coll7443> |
| Cc: | |
| Bcc: | |
| Subject: | FW: Re: |
| Date: | Mon Jul 29 2013 16:06:44 CDT |
| Attachments: | |

Matt,

See below request.

Please send down once u get it.


Thanks


R/H.


Roland B. Hoffer, CIDUSM

United States Marshals Service

500 State Avenue Ste. G22

Kansas City, Kansas 66101

MAIN: 913-551-6727

CELL: 913-526-4534

DESK: 913-551-6952

Roland.hoffer@usdoj.gov


From: Spee, Amanda J. [mailto:Amanda.Spee@ic.fbi.gov]
Sent: Monday, July 29, 2013 4:03 PM
To: Hoffer, Roland (USMS)
Subject: RE: Re:

Can I get an updated CD of Catrell's CCA calls, please?

Thanks!

Date: 7/29/2013

Name: SA Amanda J. Spee

Contact: Amanda.spee@ic.fbi.gov, 816.805.3689

Agency: FBI

Dates of requested recording: 06/19/2013 – present

Inmate Name: Ronald Catrell

Register Number: ?

Specific Reason for Request: Ongoing investigation

From: Spee, Amanda J.
Sent: Thursday, May 23, 2013 3:29 PM
To: Hoffer, Roland (USMS)
Subject: RE: Re:

Thank you!!

Date: 5/23/13

Name: SA Amanda J. Spee

Contact: Amanda.spee@ic.fbi.gov, 816.805.3689

Agency: FBI

Dates of requested recording: March 11, 2013 – present

Inmate Name: Ronald Catrell

Register Number: ?

Specific Reason for Request: Ongoing investigation

From: Hoffer, Roland (USMS) [mailto:Roland.Hoffer@usdoj.gov]
Sent: Thursday, May 23, 2013 3:23 PM
To: Spee, Amanda J.
Subject: Re: Re:


If u email me the specifics, I can fill it out for u.


From: Spee, Amanda J. [mailto:Amanda.Spee@ic.fbi.gov]
Sent: Thursday, May 23, 2013 03:14 PM
To: Hoffer, Roland (USMS)
Subject: RE: Re:


We work in the dark ages and don't believe in scanners around here, but I will track one down and
email the form back to you.


From: Hoffer, Roland (USMS) [mailto:Roland.Hoffer@usdoj.gov]
Sent: Thursday, May 23, 2013 2:08 PM
To: Spee, Amanda J.
Subject: Re:


It's the USMS number. If u don't have it, I can add it. Easier to email it back to me if u can. Our fax
works when it wants to.

From: Spee, Amanda J. [mailto:Amanda.Spee@ic.fbi.gov]
Sent: Thursday, May 23, 2013 02:02 PM
To: Hoffer, Roland (USMS)
Subject: RE:

Brett,


What is the registration number I should use on this form?  Is that a number I should have?


Also, do you have a fax number I could send the form to?


Thanks!

Amanda

# UNITED STATES MARSHALS SERVICE
## DISTRICT OF KANSAS

REQUEST FOR CCA RECORDED (PHONE) CONVERSATIONS

DATE: 6/19/13

NAME (REQUESTER): Amanda Spee

CONTACT INFO – PHONE AND EMAIL: amanda.spee@ic.fbi.gov
816-805-3689

AGENCY: FBI

DATES OF REQUESTED RECORDINGS: 5/24/13 → Present

INMATE NAME: Ronald Cotrell

REGISTER NUMBER: 21618-031

SPECIFIC REASON FOR REQUEST: Ongoing investigation
Case monitoring

NOTE: ATTORNEY/CLIENT CONVERSATIONS WILL NOT BE INCLUDED
IN THESE RECORDINGS

715B-006

**From:**     Hoffer, Roland (USMS)(Roland.Hoffer@usdoj.gov)
**To:**         Collins, Matthew
**CC:**
**BCC:**
**Subject:**   FW: Catrell
**Sent:**     06/19/2013 01:09:19 PM -0500 (CDT)
**Attachments:**cca calls request 6.19.13.pdf;

---

Matt,
Here's another one.
Thanks
R/H
Roland B. Hoffer, CIDUSM
United States Marshals Service
500 State Avenue Ste. G22
Kansas City, Kansas 66101
MAIN: 913-551-6727
CELL: 913-526-4534
DESK: 913-551-6952
Roland.hoffer@usdoj.gov

715B-007

**From:**    Hoffer, Roland (USMS)(Roland.Hoffer@usdoj.gov)
**To:**    Collins, Matthew
**CC:**
**BCC:**
**Subject:**    FW: Re:
**Sent:**    07/29/2013 04:06:44 PM -0500 (CDT)
**Attachments:**

Matt,
See below request.
Please send down once u get it.
Thanks
R/H.

Roland B. Hoffer, CIDUSM
United States Marshals Service
500 State Avenue Ste. G22
Kansas City, Kansas 66101
MAIN: 913-551-6727
CELL: 913-526-4534
DESK: 913-551-6952
Roland.hoffer@usdoj.gov

From: Spee, Amanda J. [mailto:Amanda.Spee@ic.fbi.gov]
Sent: Monday, July 29, 2013 4:03 PM
To: Hoffer, Roland (USMS)
Subject: RE: Re:
Can I get an updated CD of Catrell's CCA calls, please?
Thanks!
Date: 7/29/2013
Name: SA Amanda J. Spee
Contact: Amanda.spee@ic.fbi.gov, 816.805.3689
Agency: FBI
Dates of requested recording: 06/19/2013 - present
Inmate Name: Ronald Catrell
Register Number: ?
Specific Reason for Request: Ongoing investigation

From: Spee, Amanda J.
Sent: Thursday, May 23, 2013 3:29 PM
To: Hoffer, Roland (USMS)
Subject: RE: Re:
Thank you!!
Date: 5/23/13
Name: SA Amanda J. Spee
Contact: Amanda.spee@ic.fbi.gov, 816.805.3689
Agency: FBI
Dates of requested recording: March 11, 2013 - present
Inmate Name: Ronald Catrell
Register Number: ?
Specific Reason for Request: Ongoing investigation

From: Hoffer, Roland (USMS) [mailto:Roland.Hoffer@usdoj.gov]
Sent: Thursday, May 23, 2013 3:23 PM
To: Spee, Amanda J.

**715B-008**

Subject: Re: Re:
If u email me the specifics, I can fill it out for u.

From: Spee, Amanda J. [mailto:Amanda.Spee@ic.fbi.gov]
Sent: Thursday, May 23, 2013 03:14 PM
To: Hoffer, Roland (USMS)
Subject: RE: Re:
We work in the dark ages and don't believe in scanners around here, but I will track one down and email the form back to you.

From: Hoffer, Roland (USMS) [mailto:Roland.Hoffer@usdoj.gov]
Sent: Thursday, May 23, 2013 2:08 PM
To: Spee, Amanda J.
Subject: Re:
It's the USMS number. If u don't have it, I can add it. Easier to email it back to me if u can. Our fax works when it wants to.

From: Spee, Amanda J. [mailto:Amanda.Spee@ic.fbi.gov]
Sent: Thursday, May 23, 2013 02:02 PM
To: Hoffer, Roland (USMS)
Subject: RE:
Brett,
What is the registration number I should use on this form? Is that a number I should have?
Also, do you have a fax number I could send the form to?
Thanks!
Amanda
816.805.3689

From: Hoffer, Roland (USMS) [mailto:Roland.Hoffer@usdoj.gov]
Sent: Thursday, May 16, 2013 2:55 PM
To: Wamble, Jabari (USAKS); Spee, Amanda J.; Oakley, Chris (USAKS); McCracken, Sheri (USAKS); Morehead, Terra (USAKS); Det. Mike McAtee (mcatee@lkpd.org); McCue, Timothy J. (DEA-US); Herron Henry (Henry.Herron@ci.irs.gov)
Subject: FW:
ALL,
Attached is a form that is now required per our CDUSM for requesting phone calls from CCA or other facilities we utilize.
Please fill this out and get it back to me on the individuals you've been requesting phone calls on ASAP.
As it stands now, you'll most likely have to submit this every time you need phone calls.
SORRY.
R/H
Roland B. Hoffer, CIDUSM
United States Marshals Service
500 State Avenue Ste. G22
Kansas City, Kansas 66101
MAIN: 913-551-6727
CELL: 913-526-4534
DESK: 913-551-6952
Roland.hoffer@usdoj.gov
:



**CCA**®

America's Leader in Partnership Corrections

## Leavenworth Detention Center

100 Highway Terrace
Leavenworth, Kansas 66048
Phone: 913-727-3246
FAX: 913-727-2231

I  _RB Hoffman LCC (Sm)_ acknowledge that I have

received **2** pages of documents and **1** CDs from

CCA Leavenworth Detention Center in regards to a subpoena on

Inmate(s) **Clifton, Julie#24462031**

These documents were provided to me by **Wayne Hall**

on __8/21/14__.

_____
Signature

__8/27/14__
Date

Document ID: 0.7.3244.591685
Current tags:
    ECA - SPECIAL MASTER MARCH 2017 : SPECIAL MASTER MARCH 2017;

| | |
|---|---|
| From: | Gaines, Bradley M <bradley.m.gaines@ice.dhs.gov> |
| To: | Hundley, Dane </o=ccaexchange/ou=first administrative group/cn=recipients/cn=hund4394> |
| Cc: | |
| Bcc: | |
| Subject: | RE: PHONE CALLS |
| Date: | Wed Jul 29 2015 15:00:02 CDT |
| Attachments: | |

*** This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. ***

————

STG Hundley,

I was out of the office earlier this week.  I have been unable to download the recorded telephone calls.  The email states the download is only available for 24 hours.  Could you resend the link?

Thank you.

Bradley M. Gaines II

U.S. Department of Homeland Security

Homeland Security Investigations

Assistant Special Agent in Charge Kansas City

Office: (816) 802-8574

Cell: (816) 582-1267

Fax: (816) 584-1976

Email: bradley.m.gaines@ice.dhs.gov

From: Hundley, Dane [mailto:Dane.Hundley@cca.com]
Sent: Monday, July 27, 2015 11:21 AM

715B-010

To: Gaines, Bradley M
Subject: PHONE CALLS


Be advised,


Those requested calls on inmat felix-gamez, ricardo are on their way to your email. Just a heads up.


STG Coordinator Dane Hundley

Leavenworth Detention Center

100 Highway Terrace

Leavenworth, KS 66048

(913) 680-6852



See how CCA is making a difference



_____

(i) This e-mail and any files transmitted with it are confidential and intended solely for the use of the intended recipient(s). If you have received this e-mail in error, please notify the sender immediately and delete this e-mail and any associated files from your system. (ii) Views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of Corrections Corporation of America. (iii) The recipient should check this e-mail and any attachments for the presence of viruses. The company accepts no liability for errors or omissions caused by e-mail transmission or any damage caused by any virus transmitted by or with this e-mail. This email has been scanned for content and viruses by the McAfee Email Security System.

**From:**     Hoffer, Roland (USMS)(Roland.Hoffer@usdoj.gov)
**To:**          Hall, Wayne
**CC:**
**BCC:**
**Subject:**   Re: FORBES
**Sent:**     10/29/2013 06:17:13 PM -0500 (CDT)
**Attachments:**

Thanks

**From**: Hall, Wayne [mailto:Wayne.Hall@cca.com]
**Sent**: Tuesday, October 29, 2013 02:39 PM
**To**: Hoffer, Roland (USMS)
**Subject**: RE: FORBES

Mr. Hoffer,
I will look into this and get the requested information to your offices. Let me know if you need anything else.
Thanks,
Wayne Hall
Computer Support Assistant
CCA Leavenworth Detention Center
100 Highway Terrace, Leavenworth, Kansas 66048
(913) 680-6888 (w)
Wayne.Hall@cca.com
**LOGO-30th-small**

**From:** Hoffer, Roland (USMS) [mailto:Roland.Hoffer@usdoj.gov]
**Sent:** Tuesday, October 29, 2013 12:44 PM
**To:** Hall, Wayne
**Subject:** FW: FORBES
Wayne,
Read the below.
If possible, can you provide?
Thanks
R/H
**Roland B. Hoffer, CIDUSM**
United States Marshals Service
500 State Avenue Ste. G22
Kansas City, Kansas 66101
MAIN: 913-551-6727
CELL: 913-526-4534
DESK: 913-551-6952
Roland.hoffer@usdoj.gov

**From:** Herron Henry [mailto:Henry.Herron@ci.irs.gov]
**Sent:** Tuesday, October 29, 2013 12:00 PM
**To:** Hoffer, Roland (USMS)
**Cc:** Oakley, Chris (USAKS); Wamble, Jabari (USAKS); Micky.rantz@kbi.state.ks.us; Kent.Leiker@jocogov.org; CConn@hudoig.gov
**Subject:** RE: FORBES
Brett,
The CCA disciplinary reports for FORBES show that she again has been caught using stolen PIN's (stolen from other inmates) to make phone calls.

715B-011

Specifically, the reports states that on February 18, 2013 FORBES made a call to her husband Brian at 816-501-6746 using PIN 22261-031 belonging to inmate JANAYA STEWART.
Can I get the CCA Audio for this call and any other calls FORBES has made using PIN's belonging to other inmates? We are having a hearing next Monday and may need to play those audios in court.
Thanks
Henry

**From:** Hoffer, Roland (USMS) [mailto:Roland.Hoffer@usdoj.gov]
**Sent:** Friday, October 11, 2013 4:00 PM
**To:** Herron Henry
**Subject:** FORBES
Henry,
I received the hard copies of the disciplinary reports on FORBES.
They'll be downstairs on my desk.
R/H
**Roland B. Hoffer, CIDUSM**
United States Marshals Service
500 State Avenue Ste. G22
Kansas City, Kansas 66101
MAIN: 913-551-6727
CELL: 913-526-4534
DESK: 913-551-6952
Roland.hoffer@usdoj.gov


See how CCA is making a difference


(i) This e-mail and any files transmitted with it are confidential and intended solely for the use of the intended recipient(s). If you have received this e-mail in error, please notify the sender immediately and delete this e-mail and any associated files from your system. (ii) Views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of Corrections Corporation of America. (iii) The recipient should check this e-mail and any attachments for the presence of viruses. The company accepts no liability for errors or omissions caused by e-mail transmission or any damage caused by any virus transmitted by or with this e-mail. This email has been scanned for content and viruses by the McAfee Email Security System

Document ID: 0.7.3244.224558
Current tags:
    ECA - SPECIAL MASTER MARCH 2017 : SPECIAL MASTER MARCH 2017;

From:           Hoffer, Roland (USMS)
                <roland.hoffer@usdoj.gov>
To:             Collins, Matthew
                </o=ccaexchange/ou=first administrative
                group/cn=recipients/cn=coll7443>
Cc:
Bcc:
Subject:        Fw: Forbes
Date:           Wed Jul 02 2014 07:58:34 CDT
Attachments:

Matt, see the below. Can you backtrack and check into this? Thanks. R/H.

Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.
  Original Message
From: Herron Henry <Henry.Herron@ci.irs.gov>
Sent: Wednesday, July 2, 2014 12:06 AM
To: Hoffer, Roland (USMS)
Subject: RE: Forbes


Well, we have her on tape during a phone call from CCA claiming that she was abused by CCA
guards.  So any information we can get regarding her receiving medical treatment while at CCA is
would be great.

Thanks
Henry

-----Original Message-----
From: Hoffer, Roland (USMS) [mailto:Roland.Hoffer@usdoj.gov]
Sent: Tuesday, July 01, 2014 11:51 PM
To: Herron Henry
Subject: Re: Forbes

No problem. You need anything else? I can check to see if there's anything internal.

Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.
  Original Message
From: Herron Henry
Sent: Tuesday, July 1, 2014 11:47 PM
To: Hoffer, Roland (USMS)
Subject: Re: Forbes


Thanks!

----- Original Message -----
From: Hoffer, Roland (USMS) [mailto:Roland.Hoffer@usdoj.gov]
Sent: Tuesday, July 01, 2014 11:45 PM
To: Herron Henry

Subject: Fw: Forbes

FYI
Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.
  Original Message
From: Graham, Mindy <Mindy.Graham@cca.com>
Sent: Tuesday, July 1, 2014 7:06 AM
To: Hoffer, Roland (USMS)
Subject: RE: Forbes


No we never took her to the hospital

-----Original Message-----
From: Hoffer, Roland (USMS) [mailto:Roland.Hoffer@usdoj.gov]
Sent: Tuesday, July 01, 2014 1:11 AM
To: Graham, Mindy
Subject: Fw: Forbes


Mindy, can u assist w/this?
Thank u.

R/H
Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.
From: Herron Henry <Henry.Herron@ci.irs.gov>
Sent: Monday, June 30, 2014 11:50 AM
To: Hoffer, Roland (USMS)
Cc: Oakley, Chris (USAKS); Wamble, Jabari (USAKS)
Subject: RE: Forbes


Brett, AUSA Oakley and I are trying to determine if CCA Inmate Mendy Forbes was ever hospitalized
for suicide attempts while in custody at CCA.  Do you know how we can get that information?

Thanks
Henry
913-207-1021

From: Oakley, Chris (USAKS) [mailto:Chris.Oakley@usdoj.gov]
Sent: Monday, June 30, 2014 11:29 AM
To: Herron Henry
Cc: Wamble, Jabari (USAKS)
Subject: Forbes

Henry:

Can you check with CCA and see if they have a record of taking Forbes to the hospital due to a suicide
attempt?

Chris Oakley
Assistant U.S. Attorney
District of Kansas
500 State Ave.
Kansas City, KS  66101

913-551-6730

See how CCA is making a difference<http://cca.com/start>

(i) This e-mail and any files transmitted with it are confidential and intended solely for the use of the intended recipient(s). If you have received this e-mail in error, please notify the sender immediately and delete this e-mail and any associated files from your system. (ii) Views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of Corrections Corporation of America. (iii) The recipient should check this e-mail and any attachments for the presence of viruses. The company accepts no liability for errors or omissions caused by e-mail transmission or any damage caused by any virus transmitted by or with this e-mail. This email has been scanned for content and viruses by the McAfee Email Security System

**From:**      Hoffer, Roland (USMS)
**Subject:**   Fw: CCA Phone calls
**To:**        Hall, Wayne
**Sent:**      November 10, 2014 8:19 AM (UTC-07:00)

Wayne, Can u provide? Thanks. R/H

Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.
From: Herron Henry <Henry.Herron@ci.irs.gov>
Sent: Monday, November 10, 2014 12:31 AM
To: Hoffer, Roland (USMS)
Subject: CCA Phone calls


Brett, we are getting reading to go to court on Mendy Forbes soon and I was wondering if it is possible to get one final disk of all the CCA phone calls made by Forbes including the ones she made using other inmates PIN.

The names of some of the other inmates she used to make phone calls include:

Linzzy Malone
Amber Dieckhoff
Michael Loveland
Janaya Stewart


Forbes was in custody from August 2012 to November 2013.

Thanks
Henry
913-207-1021

**715B-013**

Document ID: 0.7.3244.195853
Current tags:
ECA - SPECIAL MASTER MARCH 2017 : SPECIAL MASTER MARCH 2017;

| From: | Hoffer, Roland (USMS) <roland.hoffer@usdoj.gov> |
|---|---|
| To: | Hall, Wayne </o=ccaexchange/ou=first administrative group/cn=recipients/cn=hall2831> |
| Cc: | Kinney, Deborah </o=ccaexchange/ou=first administrative group/cn=recipients/cn=dkinney> |
| Bcc: | |
| Subject: | FW: Forbes Phone Calls |
| Date: | Mon Mar 09 2015 13:29:39 CDT |
| Attachments: | |

See below request.


Thanks


R/H


Roland B. Hoffer, CIDUSM

United States Marshals Service

500 State Avenue Ste. G22

Kansas City, Kansas 66101

MAIN: 913-551-6727

CELL: 913-526-4534

DESK: 913-551-6952

Roland.hoffer@usdoj.gov



Can we get Forbes' CCA phone calls from 02/23/2015 through 03/09/2015 (the last two weeks)?


We will be needing to get her calls on a weekly basis since it appears she wants to go to trial.

715B-014

**From:**     Hoffer, Roland (USMS)(Roland.Hoffer@usdoj.gov)
**To:**       Hall, Wayne; Hundley, Dane; Kinney, Deborah
**CC:**
**BCC:**
**Subject:**  Fw: Forbes CCA phone calls
**Sent:**     04/06/2015 09:44:48 AM -0500 (CDT)
**Attachments:**

---

See below. Please send down when ready. Thanks. R/H.

Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.
From: Herron Henry <Henry.Herron@ci.irs.gov>
Sent: Monday, April 6, 2015 9:43 AM
To: Hoffer, Roland (USMS)
Subject: Forbes CCA phone calls


Brett, can we get Forbes' phone calls from March 22nd through today?

Thanks
Henry

**From:**       Hoffer, Roland (USMS)
**Subject:**    Re: Forbes, Mendy
**To:**         Hundley, Dane
**Sent:**       April 30, 2015 10:43 PM (UTC-06:00)

Yes please until she's gone.

Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.
From: Hundley, Dane
Sent: Thursday, April 30, 2015 11:22 AM
To: Hoffer, Roland (USMS)
Subject: Forbes, Mendy

Good morning sir,

      I am getting ready to do the weekly phone calls for inmate Forbes, Mendy and wanted to re-affirm that you were still wanting her phone calls even though she had been sentenced already. Just let me know. It doesn't matter either way. Thanks!

STG Coordinator Dane Hundley
Leavenworth Detention Center
100 Highway Terrace
Leavenworth, KS 66048
(913) 680-6852

See how CCA is making a difference<http://cca.com/start>

(i) This e-mail and any files transmitted with it are confidential and intended solely for the use of the intended recipient(s). If you have received this e-mail in error, please notify the sender immediately and delete this e-mail and any associated files from your system. (ii) Views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of Corrections Corporation of America. (iii) The recipient should check this e-mail and any attachments for the presence of viruses. The company accepts no liability for errors or omissions caused by e-mail transmission or any damage caused by any virus transmitted by or with this e-mail. This email has been scanned for content and viruses by the McAfee Email Security System

# UNITED STATES MARSHALS SERVICE
## DISTRICT OF KANSAS

REQUEST FOR CCA RECORDED (PHONE) CONVERSATIONS

DATE: _5/5/15_

NAME (REQUESTER): _Chris Johnson_

CONTACT INFO – PHONE AND EMAIL _Chris.Johnson2@usdoj.gov_
_913-551-6936_

AGENCY: _USMS_

DATES OF REQUESTED RECORDINGS: _2/6/15 - present_

INMATE NAME: _Jay GIANNUKOS_
_#25044-031_

REGISTER NUMBER: _____

SPECIFIC REASON FOR REQUEST: _inmate possibly_
_contacting witness or_
_talking about his case._

NOTE: ATTORNEY/CLIENT CONVERSATIONS WILL NOT BE INCLUDED
IN THESE RECORDINGS

_Chris Johnson_

Document ID: 0.7.3244.290448
Current tags:
  ECA - SPECIAL MASTER MARCH 2017 : SPECIAL MASTER MARCH 2017;

| | |
|---|---|
| From: | Hoffer, Roland (USMS) <roland.hoffer@usdoj.gov> |
| To: | Hundley, Dane </o=ccaexchange/ou=first administrative group/cn=recipients/cn=hund4394>; Hall, Wayne </o=ccaexchange/ou=first administrative group/cn=recipients/cn=hall2831> |
| Cc: | |
| Bcc: | |
| Subject: | FW: Jay Giannukos CCA Calls |
| Date: | Thu May 14 2015 16:05:47 CDT |
| Attachments: | CCA phone call Request.pdf - Adobe Acrobat Pro.pdf |

*** This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. ***

―――

See below request.

Thanks

R/H

Roland B. Hoffer, CIDUSM
United States Marshals Service
500 State Avenue Ste. G22
Kansas City, Kansas 66101
MAIN: 913-551-6727
CELL: 913-526-4534
DESK: 913-551-6952
Roland.hoffer@usdoj.gov


Importance: High

**From:**      Hoffer, Roland (USMS)(Roland.Hoffer@usdoj.gov)
**To:**        Collins, Matthew
**CC:**        Daugherty, Kenneth
**BCC:**
**Subject:**   GRIFFIN 24219-031
**Sent:**      05/09/2014 09:30:43 AM -0500 (CDT)
**Attachments:**

---

Gentlemen,

I need phone calls on Griffin, Damon # 24219-031 from his arrival at CCA to current.

The AUSA needs them ASAP.

If possible, can you try and get them to me by COB today?

Sorry for the short notice, received it last night.

Thanks

R/H

**Roland B. Hoffer, CIDUSM**

United States Marshals Service

500 State Avenue Ste. G22

Kansas City, Kansas 66101

MAIN: 913-551-6727

CELL: 913-526-4534

DESK: 913-551-6952

Roland.hoffer@usdoj.gov

**From:**      Hoffer, Roland (USMS)(Roland.Hoffer@usdoj.gov)
**To:**        Hundley, Dane; Hall, Wayne
**CC:**
**BCC:**
**Subject:**   FW: CCA Telephone Call request
**Sent:**      05/11/2015 11:57:03 AM -0500 (CDT)
**Attachments:**

---

See below request.
Thanks
R/H
**Roland B. Hoffer, CIDUSM**
United States Marshals Service
500 State Avenue Ste. G22
Kansas City, Kansas 66101
MAIN: 913-551-6727
CELL: 913-526-4534
DESK: 913-551-6952
Roland.hoffer@usdoj.gov

_____

**Importance:** High
I would like to obtain all CCA calls from the following inmates in the Griffin et al case, 14-20014-01/12 KHV, from the time of their arrest to the present.
Damon Griffin
Petsamai Phommaseng
Faustino Soto

Document ID: 0.7.3244.105794
Current tags:
    ECA - SPECIAL MASTER MARCH 2017 : SPECIAL MASTER MARCH 2017;

| | |
|---|---|
| From: | Hoffer, Roland (USMS) <roland.hoffer@usdoj.gov> |
| To: | Hundley, Dane </o=ccaexchange/ou=first administrative group/cn=recipients/cn=hund4394>; Lajiness, Kennith </o=ccaexchange/ou=first administrative group/cn=recipients/cn=laji2980> |
| Cc: | |
| Bcc: | |
| Subject: | FW: CCA Calls |
| Date: | Fri Oct 16 2015 12:28:04 CDT |
| Attachments: | |

*** This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. ***

———

Guy's,

See below:

Need calls on them.

Send them down Monday.


Thanks


R/H


Roland B. Hoffer, DUSM

United States Marshals Service

500 State Avenue

Kansas City, KS. 66101

Main: 913-551-6727

Desk:  913-551-6952

Cell:  913-526-4534

Roland.hoffer@usdoj.gov

Richard Dertinger 09/23/15 to present

Ashley Huff 10/06/15 to present

# UNITED STATES MARSHALS SERVICE
## DISTRICT OF KANSAS

REQUEST FOR CCA RECORDED (PHONE) CONVERSATIONS

DATE: 1-7-16

NAME (REQUESTER): Erin Tomasic

CONTACT INFO – PHONE AND EMAIL: 913-551-6526 erin.tomasic@usdoj.gov

AGENCY: USAO / KBI - Jeff Stokes

DATES OF REQUESTED RECORDINGS: 10-16-15 to 1-7-16

INMATE NAME: Ashley Huff

REGISTER NUMBER:

SPECIFIC REASON FOR REQUEST: Trial Preparation

NOTE: ATTORNEY/CLIENT CONVERSATIONS WILL NOT BE INCLUDED IN THESE RECORDINGS

**From:**     Cahill, Matthew (USMS)(Matthew.Cahill@usdoj.gov)
**To:**       Bigelow, Wayne
**CC:**
**BCC:**
**Subject:**  Re: Lybarger Photo
**Sent:**     05/13/2016 11:15:53 AM -0500 (CDT)
**Attachments:**

___

*** This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. ***

Wayne, we also need inmate Nicolas Hurtado's calls from time he got to CCA until present and any reverse calls under other inmates pins he was using to call. Thanks again

On May 13, 2016, at 10:53 AM, Bigelow, Wayne <Wayne.Bigelow@cca.com<mailto:Wayne.Bigelow@cca.com>> wrote:

Let me know if you need anything else. Thanks, Wayne


See how CCA is making a difference<http://cca.com/start>




___

(i) This e-mail and any files transmitted with it are confidential and intended solely for the use of the intended recipient(s). If you have received this e-mail in error, please notify the sender immediately and delete this e-mail and any associated files from your system. (ii) Views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of Corrections Corporation of America. (iii) The recipient should check this e-mail and any attachments for the presence of viruses. The company accepts no liability for errors or omissions caused by e-mail transmission or any damage caused by any virus transmitted by or with this e-mail. This email has been scanned for content and viruses by the McAfee Email Security System.

<Lybarger.jpg>

Document ID: 0.7.3244.590880
Current tags:
    ECA - SPECIAL MASTER MARCH 2017 : SPECIAL MASTER MARCH 2017;

| | |
|---|---|
| From: | Hundley, Dane </o=ccaexchange/ou=first administrative group/cn=recipients/cn=hund4394> |
| To: | Hanika, Kimberly S <kimberly.s.hanika@usdoj.gov> |
| Cc: | |
| Bcc: | |
| Subject: | RE: PHONE CALLS |
| Date: | Tue Aug 04 2015 10:35:21 CDT |
| Attachments: | |

I believe Johnson may have had more phone calls so I copied them anyways and will be sending them to you shortly. You will receive an email containing these calls from Securus, our provider, and will have 24 hours access to the calls and to do with them what you need. After the 24 hours you will no longer have access. This is the quickest way of doing it though. So just burn them or do whatever you need in that time. The others you requested will follow with the exception of Love. He did not have any and I am checking on Brooks.

STG Coordinator Dane Hundley

Leavenworth Detention Center

100 Highway Terrace

Leavenworth, KS 66048

(913) 680-6852

From: Hanika, Kimberly S [mailto:Kimberly.S.Hanika@usdoj.gov]
Sent: Tuesday, August 04, 2015 9:36 AM
To: Hundley, Dane
Subject: RE: PHONE CALLS

*** This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. ***

——

Hold off on Johnson's; my supervisor took the disc off my desk to listen to. Just let me know on the others please. You can email me the link. Thanks again

715B-024

From: Hundley, Dane [mailto:Dane.Hundley@cca.com]
Sent: Tuesday, August 04, 2015 9:25 AM
To: Hanika, Kimberly S
Subject: RE: PHONE CALLS


I will start on those for you later this morning. Would you like those emailed to you or physical disks
sent? I am wondering maybe those were not sent because those guys did not have any calls made. I
will make sure and check and if there are any phone calls I will be sure to get them to you. Sorry for
that.


STG Coordinator Dane Hundley

Leavenworth Detention Center

100 Highway Terrace

Leavenworth, KS 66048

(913) 680-6852


From: Hanika, Kimberly S [mailto:Kimberly.S.Hanika@usdoj.gov]
Sent: Tuesday, August 04, 2015 9:15 AM
To: Hundley, Dane
Subject: RE: PHONE CALLS


*** This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from
unknown senders or unexpected email. ***

—————

I received CDs with phone calls from some of the individuals I requested but doesn't look like I received
phone calls for Booker JOHNSON, Huey LOVE and Frederic BROOKS.  Wondering if I could get those
please?


From: Hundley, Dane [mailto:Dane.Hundley@cca.com]
Sent: Friday, July 17, 2015 10:25 AM
To: Hanika, Kimberly S
Subject: RE: PHONE CALLS


Sounds great. It looks like I can have it done Monday afternoon for you.

STG Coordinator Dane Hundley

Leavenworth Detention Center

100 Highway Terrace

Leavenworth, KS 66048

(913) 680-6852

From: Hanika, Kimberly S [mailto:Kimberly.S.Hanika@usdoj.gov]
Sent: Friday, July 17, 2015 9:43 AM
To: Hundley, Dane
Subject: RE: PHONE CALLS

*** This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. ***

_____

Yes those are the names…correct spelling is Christopher McMillon…they should have all arrived on the 10th  and if I can get phone calls until the 16th that would be fantastic.  You can send them with the next bus that comes to Topeka Fed Building or I believe last time I had access on line.  If I can get those as soon as you area able to get those out that would be great

From: Hundley, Dane [mailto:Dane.Hundley@cca.com]
Sent: Friday, July 17, 2015 6:23 AM
To: Hanika, Kimberly S
Subject: PHONE CALLS

Good morning,

I just wanted to touch base with you in regards to the phone calls that you are requesting. When did you need the telephone numbers by and I wanted to make sure that we had both the same names on our lists.

-      Booker Johnson #15012031

-      Quinton Warner #25291031

-      Huey Love #07727045

-        Marc Yates #14029031

-        Fredric Brooks #14134031

-        Brannon Smith #25292031

-        Christopher McMollon #147366031

I was just double checking the names were all there and are between 7/10/15 – 7/16/15. Thanks and have a great day!


STG Coordinator Dane Hundley

Leavenworth Detention Center

100 Highway Terrace

Leavenworth, KS 66048

(913) 680-6852



See how CCA is making a difference


———

(i) This e-mail and any files transmitted with it are confidential and intended solely for the use of the intended recipient(s). If you have received this e-mail in error, please notify the sender immediately and delete this e-mail and any associated files from your system. (ii) Views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of Corrections Corporation of America. (iii) The recipient should check this e-mail and any attachments for the presence of viruses. The company accepts no liability for errors or omissions caused by e-mail transmission or any damage caused by any virus transmitted by or with this e-mail. This email has been scanned for content and viruses by the McAfee Email Security System.


———

(i) This e-mail and any files transmitted with it are confidential and intended solely for the use of the intended recipient(s). If you have received this e-mail in error, please notify the sender immediately and delete this e-mail and any associated files from your system. (ii) Views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of Corrections Corporation of America. (iii) The recipient should check this e-mail and any attachments for the presence of viruses. The company accepts no liability for errors or omissions caused by e-mail transmission or any damage caused by any virus transmitted by or with this e-mail. This email has been scanned for content and viruses by the McAfee Email Security System.


———

Document ID: 0.7.3244.589119
Current tags:
    ECA - SPECIAL MASTER MARCH 2017 : SPECIAL MASTER MARCH 2017;

| | |
|---|---|
| From: | Hanika, Kimberly S <kimberly.s.hanika@usdoj.gov> |
| To: | Hundley, Dane </o=ccaexchange/ou=first administrative group/cn=recipients/cn=hund4394> |
| Cc: | |
| Bcc: | |
| Subject: | new subpoena headed your way |
| Date: | Fri Aug 21 2015 12:09:31 CDT |
| Attachments: | |

*** This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. ***

———

Just wanted to give you a heads up that I faxed a new subpoena to you for Booker JOHNSON's recent phone calls but I also included his financial records in the subpoena.  Is there a cap on how much money can be placed on their books?  That's all done on-line and with a credit card?

Thanks again for all your help!

**From:**      Hanika, Kimberly S(Kimberly.S.Hanika@usdoj.gov)
**To:**        Bigelow, Wayne
**CC:**
**BCC:**
**Subject:**   Re: Kleppin, Chad #28028031 Calls
**Sent:**      05/25/2016 01:49:39 PM -0500 (CDT)
**Attachments:**

---

*** This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. ***

Thank you!

Sent from my iPhone

On May 25, 2016, at 12:14 PM, Bigelow, Wayne <Wayne.Bigelow@cca.com<mailto:Wayne.Bigelow@cca.com>> wrote:

As you requested Phone calls May2,2016 to May 24, 2016. Thanks,Wayne


See how CCA is making a difference<http://cca.com/start>


_____
(i) This e-mail and any files transmitted with it are confidential and intended solely for the use of the intended recipient(s). If you have received this e-mail in error, please notify the sender immediately and delete this e-mail and any associated files from your system. (ii) Views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of Corrections Corporation of America. (iii) The recipient should check this e-mail and any attachments for the presence of viruses. The company accepts no liability for errors or omissions caused by e-mail transmission or any damage caused by any virus transmitted by or with this e-mail. This email has been scanned for content and viruses by the McAfee Email Security System.

**From:**      Hoffer, Roland (USMS)(Roland.Hoffer@usdoj.gov)
**To:**        Collins, Matthew
**CC:**
**BCC:**
**Subject:**   RE: Jail Calls/Correspondence (13-20065-CM)
**Sent:**      11/22/2013 01:30:57 PM -0600 (CST)
**Attachments:**

That would be great, thanks.
**Roland B. Hoffer, CIDUSM**
United States Marshals Service
500 State Avenue Ste. G22
Kansas City, Kansas 66101
MAIN: 913-551-6727
CELL: 913-526-4534
DESK: 913-551-6952
Roland.hoffer@usdoj.gov

**From:** Collins, Matthew [mailto:Matthew.Collins@cca.com]
**Sent:** Friday, November 22, 2013 1:24 PM
**To:** Hoffer, Roland (USMS)
**Subject:** RE: Jail Calls/Correspondence (13-20065-CM)
I wont be able to provide mail for those dates but I can get the calls, visitation records and emergency contacts for the two.
If you want their mail from this point forward I can have the mailroom make copies of their mail.
Thanks,
Matt

**From:** Hoffer, Roland (USMS) [mailto:Roland.Hoffer@usdoj.gov]
**Sent:** Friday, November 22, 2013 11:03 AM
**To:** Collins, Matthew
**Subject:** Fw: Jail Calls/Correspondence (13-20065-CM)
Matt, can u provide the below request? Thanks. R/H.

**From:** Tomasic, Erin (USAKS) [mailto:Erin.Tomasic@usdoj.gov]
**Sent:** Friday, November 22, 2013 10:53 AM
**To:** Hoffer, Roland (USMS)
**Subject:** Jail Calls/Correspondence (13-20065-CM)

Brett:

Could I get a complete workup - incoming, outgoing mail, calls, contacts for Charles Henderson, Jr. and Kyser Leonard between 8/23/13 and 11/22/13? I would GREATLY appreciate it!

Thanks so much,

Erin

Erin S. Tomasic

Special Assistant United States Attorney

500 State Avenue

Kansas City, KS 66101

913-551-6730

Erin.Tomasic@usdoj.gov


See how CCA is making a difference


(i) This e-mail and any files transmitted with it are confidential and intended solely for the use of the intended recipient(s). If you have received this e-mail in error, please notify the sender immediately and delete this e-mail and any associated files from your system. (ii) Views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of Corrections Corporation of America. (iii) The recipient should check this e-mail and any attachments for the presence of viruses. The company accepts no liability for errors or omissions caused by e-mail transmission or any damage caused by any virus transmitted by or with this e-mail. This email has been scanned for content and viruses by the McAfee Email Security System

**From:**      Seeling, Scott (USMS)
**Subject:**   Re: Jail Calls
**To:**        Collins, Matthew
**Sent:**      December 18, 2013 9:02 AM (UTC-07:00)

No problem

Scott Seeling
Supervisory Deputy U.S. Marshal
Western District of Missouri
(816) 918-5016

----- Original Message -----
From: Collins, Matthew [mailto:Matthew.Collins@cca.com]
Sent: Wednesday, December 18, 2013 10:01 AM
To: Seeling, Scott (USMS)
Subject: RE: Jail Calls

Scott - The calls will be sent with the noon trip to WMO today.  Sorry for the mix up.

-----Original Message-----
From: Seeling, Scott (USMS) [mailto:Scott.Seeling@usdoj.gov]
Sent: Thursday, December 12, 2013 2:29 PM
To: Collins, Matthew
Subject: Fw: Jail Calls

Sgt Collins,

I got the calls this morning but I need Dec 4 2012 to Dec 9 2013 for the below listed folks. Is that possible? Thanks.

Scott Seeling
Supervisory Deputy U.S. Marshal
Western District of Missouri
(816) 918-5016

----- Original Message -----
From: Daneff, Joseph M [mailto:Joseph.Daneff@kcpd.org]
Sent: Tuesday, December 10, 2013 11:21 AM
To: VanMeter, Shane (USMS); Seeling, Scott (USMS)
Cc: Williams, Ryan J. (FBI)
Subject: Jail Calls

Fellas,
We are conducting trial prep for Operation Broken Bone. As part of trial prep, AUSA Sheri McCracken has requested that we obtain jail calls for the following defendants from December 4, 2012 through December 9, 2013:
Damian Mays
Verdell Mays
Christopher Holliday
Christopher Craig
Rahmann Easley

I believe all of the defendants are housed at CCA.

Detective Joseph Daneff
KCMO Police Department
Career Criminal Section
816.719.8381


See how CCA is making a difference<http://ccastart.com/intro/>


(i) This e-mail and any files transmitted with it are confidential
and intended solely for the use of the intended recipient(s). If
you have received this e-mail in error, please notify the sender
immediately and delete this e-mail and any associated files from
your system. (ii) Views or opinions presented in this e-mail are
solely those of the author and do not necessarily represent those
of Corrections Corporation of America. (iii) The recipient should
check this e-mail and any attachments for the presence of viruses.
The company accepts no liability for errors or omissions caused by
e-mail transmission or any damage caused by any virus transmitted
by or with this e-mail. This email has been scanned for content and
viruses by the McAfee Email Security System

# UNITED STATES MARSHALS SERVICE
## DISTRICT OF KANSAS

REQUEST FOR CCA RECORDED (PHONE) CONVERSATIONS

Date:                                            1/27/2014

Agent Name & Agency:                             Chris Allen

Agent Phone Number & Email:                      ATF

Inmate Name & Register Number:                   Troyton Mozingo

Case Information:                                12-20016

Dates of Requested Recordings:                   12/23/2012-1/27/2014

Specific Reason for Request:                     Investigation

Please Provide Recordings by:                    1/29/2014

Requesting AUSA:                                 Terra Morehead

Contact Info for AUSA:                           913-551-6730


NOTE: ATTORNEY/CLIENT CONVERSATIONS WILL NOT BE INCLUDED IN THESE RECORDINGS

done 1/28/14

715B-029

**From:** Hoffer, Roland (USMS)
**Subject:** FW: CCA call request
**To:** Hall, Wayne
**Sent:** September 12, 2014 1:18 PM (UTC-06:00)

Wayne,
Can you provide please?

Thanks for all your efforts to date.

Thanks

R/H

**Roland B. Hoffer, CIDUSM**
United States Marshals Service
500 State Avenue Ste. G22
Kansas City, Kansas 66101
MAIN: 913-551-6727
CELL: 913-526-4534
DESK: 913-551-6952
Roland.hoffer@usdoj.gov

---

**From:** William.D.Johnson@usdoj.gov [mailto:William.D.Johnson@usdoj.gov]
**Sent:** Friday, September 12, 2014 1:23 PM
**To:** Hoffer, Roland (USMS)
**Subject:** CCA call request

Could you please request phone calls on the following two guys at CCA for me:

WHITTINGTON, Timothy

MUTH, Dacco

From the date they arrived there at CCA to present,

Thanks,

Bill



William Johnson, ATF TFO
Kansas City Division Group I
Office: 816.410.4988

715B-030

Cell: 816.719.4532

**From:**       Hoffer, Roland (USMS)(Roland.Hoffer@usdoj.gov)
**To:**         Lajiness, Kennith
**CC:**
**BCC:**
**Subject:**    RE: CALLS
**Sent:**       05/04/2016 11:46:02 AM -0500 (CDT)
**Attachments:**

---

*** This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. ***

---

Thank u
Roland B. Hoffer, DUSM
United States Marshals Service
500 State Avenue
Kansas City, KS. 66101
Main: 913-551-6727
Desk: 913-551-6952
Cell: 913-526-4534
Roland.hoffer@usdoj.gov

From: Lajiness, Kennith [mailto:Kennith.Lajiness@cca.com]
Sent: Wednesday, May 04, 2016 11:39 AM
To: Hoffer, Roland (USMS); Kinney, Deborah
Subject: RE: CALLS
Task Completed. The media is on the way to you right now.

From: Hoffer, Roland (USMS) [mailto:Roland.Hoffer@usdoj.gov]
Sent: Wednesday, May 04, 2016 10:01 AM
To: Lajiness, Kennith <Kennith.Lajiness@cca.com>; Kinney, Deborah <Deborah.Kinney@cca.com>
Subject: CALLS

*** This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. ***

---

Please send me the calls on the below:
OLEA-MONAREZ # 24658-031
From 04/15/2016 to current
Thank u
R/H
Roland B. Hoffer, DUSM
United States Marshals Service
500 State Avenue
Kansas City, KS. 66101
Main: 913-551-6727
Desk: 913-551-6952
Cell: 913-526-4534
Roland.hoffer@usdoj.gov

See how CCA is making a difference

---

(i) This e-mail and any files transmitted with it are confidential and intended solely for the use of the intended recipient(s). If you have received this e-mail in error, please notify the sender immediately and delete this e-mail and any associated files from your system. (ii) Views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of Corrections Corporation of America. (iii) The recipient should check this e-mail and any attachments for the presence of viruses. The company accepts no liability for errors or omissions caused by e-mail transmission or any damage caused by any virus transmitted by or with this e-mail. This email has been scanned for content and viruses by the McAfee Email Security System.

| | |
|---|---|
| **From:** | Mike McAtee |
| **To:** | Hoffer, Roland (USMS) |
| **Cc:** | McCracken, Sheri (USAKS); Tomasic, Erin (USAKS) |
| **Subject:** | CCA phone calls |
| **Date:** | Wednesday, April 8, 2015 11:11:17 PM |

Hey Brother:

Can you make copies of Petsamai PHOMMASENG's CCA calls. From the time he went into custody until present. We think he may be having contact with his co-defendant.

Thanks
Be safe and win.
McAtee

Detective Mike McAtee
LKPD 11th, 1991
Lawrence Police Department
4820 Bob Billings Parkway
Lawrence, Kansas 66049
Desk Phone: 785-830-7428
mcatee@lkpd.org
mike.mcatee@leo.gov (secure)

**715B-032**

**From:**        Hoffer, Roland (USMS)
**Subject:**     Re: CCA phone calls
**To:**          Hundley, Dane
**Sent:**        April 9, 2015 9:04 AM (UTC-06:00)

Thank u.

Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.
From: Hundley, Dane
Sent: Thursday, April 9, 2015 9:24 AM
To: Hoffer, Roland (USMS)
Subject: RE: CCA phone calls

This will get sent with the afternoon transportation.

STG Coordinator Dane Hundley
Leavenworth Detention Center
100 Highway Terrace
Leavenworth, KS 66048
(913) 680-6852

From: Hoffer, Roland (USMS) [mailto:Roland.Hoffer@usdoj.gov]
Sent: Thursday, April 09, 2015 9:02 AM
To: Hall, Wayne; Hundley, Dane
Cc: Kinney, Deborah
Subject: FW: CCA phone calls

See below request.
Thanks

R/H

Roland B. Hoffer, CIDUSM
United States Marshals Service
500 State Avenue Ste. G22
Kansas City, Kansas 66101
MAIN: 913-551-6727
CELL: 913-526-4534
DESK: 913-551-6952
Roland.hoffer@usdoj.gov<mailto:Roland.hoffer@usdoj.gov>

Can you make copies of Petsamai PHOMMASENG's CCA calls.  From the time he went into
custody until present.  We think he may be having contact with his co-defendant.

See how CCA is making a difference<http://cca.com/start>

(i) This e-mail and any files transmitted with it are confidential and intended solely for the use of

the intended recipient(s). If you have received this e-mail in error, please notify the sender immediately and delete this e-mail and any associated files from your system. (ii) Views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of Corrections Corporation of America. (iii) The recipient should check this e-mail and any attachments for the presence of viruses. The company accepts no liability for errors or omissions caused by e-mail transmission or any damage caused by any virus transmitted by or with this e-mail. This email has been scanned for content and viruses by the McAfee Email Security System

**From:**     Hoffer, Roland (USMS)(Roland.Hoffer@usdoj.gov)
**To:**     Hundley, Dane; Hall, Wayne
**CC:**
**BCC:**
**Subject:**     FW: CCA Telephone Call request
**Sent:**     05/11/2015 11:57:03 AM -0500 (CDT)
**Attachments:**

---

See below request.
Thanks
R/H
**Roland B. Hoffer, CIDUSM**
United States Marshals Service
500 State Avenue Ste. G22
Kansas City, Kansas 66101
MAIN: 913-551-6727
CELL: 913-526-4534
DESK: 913-551-6952
Roland.hoffer@usdoj.gov

_____

**Importance:** High
I would like to obtain all CCA calls from the following inmates in the Griffin et al case, 14-20014-01/12 KHV, from the time of their arrest to the present.
Damon Griffin
Petsamai Phommaseng
Faustino Soto

Receipts - CCA calls.pdf for Printed Item: 2279 ( Attachment 1 of 1)



**America's Leader in Partnership Corrections**

**Leavenworth Detention Center**
100 Highway Terrace
Leavenworth, Kansas 66048
Phone: 913-727-3246
FAX: 913-727-2231

I _Sheri Catasia_ acknowledge that I have

Received **10** pages of documents and **1** CDs from

CCA Leavenworth Detention Center in regards to a subpoena on

Inmate(s) **PHOMMASENG, PETSAMI #25061031**

These documents were provided to me by Dane Hundley

on ___05/012/2015___

_____
**Signature**

5-18-15
**Date**

715B-035

**From:**      Jeff Stokes
**Subject:**   Re: CCA subpoena for calls
**To:**        Collins, Matthew
**Sent:**      July 14, 2014 1:39 PM (UTC-06:00)

Thanks so much!!

Sent from my iPhone

On Jul 14, 2014, at 2:29 PM, "Collins, Matthew" <Matthew.Collins@cca.com> wrote:

> They are ready now.  They will be a the receptionists desk.
>
> ---
>
> **From:** Jeff Stokes [mailto:Jeff.Stokes@KBI.STATE.KS.US]
> **Sent:** Monday, July 14, 2014 2:28 PM
> **To:** Collins, Matthew
> **Subject:** Re: CCA subpoena for calls
>
> Can you let me know when they are ready to be picked up and one of our agents from Leavenworth will come over. Thanks for all of your help.
>
> Sent from my iPhone
>
> On Jul 14, 2014, at 1:56 PM, "Collins, Matthew" <Matthew.Collins@cca.com> wrote:
>
>> No problem, they will be ready later this afternoon.
>>
>> ---
>>
>> **From:** Tomasic, Erin (USAKS) [mailto:Erin.Tomasic@usdoj.gov]
>> **Sent:** Monday, July 14, 2014 1:54 PM
>> **To:** Collins, Matthew; Kaiser, Bonnie (USAKS) [Contractor]
>> **Cc:** jeff.stokes@kbi.state.ks.us
>> **Subject:** RE: CCA subpoena for calls
>>
>> Absolutely!  Thanks for finding those!
>>
>> Erin
>>
>> ---
>>
>> **From:** Collins, Matthew [mailto:Matthew.Collins@cca.com]
>> **Sent:** Monday, July 14, 2014 1:53 PM
>> **To:** Kaiser, Bonnie (USAKS) [Contractor]
>> **Cc:** Tomasic, Erin (USAKS); jeff.stokes@kbi.state.ks.us
>> **Subject:** RE: CCA subpoena for calls
>>
>> He did not make any telephone calls using his pin number.  I searched a telephone number that was under his emergency contacts and he made ten telephone calls using two other inmates pin numbers.  The number he called was (913)6363-2585. Would you like these calls?
>>
>> ---
>>
>> **From:** Kaiser, Bonnie (USAKS) [Contractor] [mailto:Bonnie.Kaiser@usdoj.gov]
>> **Sent:** Monday, July 14, 2014 1:41 PM
>> **To:** Collins, Matthew
>> **Cc:** Tomasic, Erin (USAKS); jeff.stokes@kbi.state.ks.us

**Subject:** CCA subpoena for calls

Sgt. Collins,

Attached please find a subpoena requesting phone calls regarding CCA inmate Gregory Rapp.
If possible, Special Agent Jeff Stokes of the KBI (cc'd) would like to pick up the calls tomorrow to prepare for the hearing on July 16th.
Please advise Agent Stokes if/when he may pick them up.  Agent Stokes' #: 785-738-8298.
If you need anything further from our office, please advise.


Thank you,

Bonnie Kaiser
[Contractor], Legal Assistant
U.S. Attorney's Office, District of Kansas
500 State Avenue, Suite 360
Kansas City, KS 66101
Ph: 913-551-6749
Bonnie.Kaiser@usdoj.gov




See how CCA is making a difference


(i) This e-mail and any files transmitted with it are confidential and intended solely for the use of the intended recipient(s). If you have received this e-mail in error, please notify the sender immediately and delete this e-mail and any associated files from your system. (ii) Views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of Corrections Corporation of America. (iii) The recipient should check this e-mail and any attachments for the presence of viruses. The company accepts no liability for errors or omissions caused by e-mail transmission or any damage caused by any virus transmitted by or with this e-mail. This email has been scanned for content and viruses by the McAfee Email Security System

This email transmission and any attachments are for the exclusive use of the intended recipient(s) to whom addressed and may contain information that is confidential, privileged or exempt from public disclosure and which is the sole property of the Kansas Bureau of Investigation. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient or believe you received this communication in error, please contact the sender at (785) 296-8200; permanently delete this message from your system, without first forwarding or replying to it; and destroy and delete any and all copies or printouts of this

email and any attachments thereto.

**From:**     Hoffer, Roland (USMS)(Roland.Hoffer@usdoj.gov)
**To:**        Lajiness, Kennith
**CC:**        Hundley, Dane; Kinney, Deborah
**BCC:**
**Subject:**   RE: Rapp CCA Calls
**Sent:**      10/20/2015 01:16:47 PM -0500 (CDT)
**Attachments:**

---

**\*\*\* This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. \*\*\***

---

Thank you.
Roland B. Hoffer, DUSM
United States Marshals Service
500 State Avenue
Kansas City, KS. 66101
Main: 913-551-6727
Desk: 913-551-6952
Cell: 913-526-4534
Roland.hoffer@usdoj.gov

**From:** Lajiness, Kennith [mailto:Kennith.Lajiness@cca.com]
**Sent:** Tuesday, October 20, 2015 1:06 PM
**To:** Hoffer, Roland (USMS)
**Cc:** Hundley, Dane; Kinney, Deborah
**Subject:** RE: Rapp CCA Calls

Task Completed. Is waiting in transportation for delivery.

**From:** Hoffer, Roland (USMS) [mailto:Roland.Hoffer@usdoj.gov]
**Sent:** Tuesday, October 20, 2015 12:27 PM
**To:** Hundley, Dane <Dane.Hundley@cca.com>; Lajiness, Kennith <Kennith.Lajiness@cca.com>
**Cc:** Kinney, Deborah <Deborah.Kinney@cca.com>
**Subject:** FW: Rapp CCA Calls

**\*\*\* This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. \*\*\***

---

See below request.
Send down when ready.
Roland B. Hoffer, DUSM
United States Marshals Service
500 State Avenue
Kansas City, KS. 66101
Main: 913-551-6727
Desk: 913-551-6952
Cell: 913-526-4534
Roland.hoffer@usdoj.gov

Can I get Greg Rapp CCA calls from 07/24/2015 to present?

**715B-037**

See how CCA is making a difference

---

(i) This e-mail and any files transmitted with it are confidential and intended solely for the use of the intended recipient(s). If you have received this e-mail in error, please notify the sender immediately and delete this e-mail and any associated files from your system. (ii) Views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of Corrections Corporation of America. (iii) The recipient should check this e-mail and any attachments for the presence of viruses. The company accepts no liability for errors or omissions caused by e-mail transmission or any damage caused by any virus transmitted by or with this e-mail. This email has been scanned for content and viruses by the McAfee Email Security System.

**From:**        Moore Jr, Roger
**Subject:**     FW: Phone Calls
**To:**          Lajiness, Kennith; Kinney, Deborah; Easter, Larry; Korth, Christine
**Cc:**          'Cook, Patricia (USMS)'
**Sent:**        December 8, 2015 2:51 PM (UTC-07:00)

Mr. Lajiness and Mr. Easter Mrs. Korth
Below are some items that Mrs. Cook needs us to obtain for her.  Can we ensure we have this ready to go by the weeks end?.

Roger D. Moore, Jr.  CCM
Chief of Security
CCA Leavenworth Detention Center
W (913) 680-6803
C (913) 775-3397

---

**From:** Cook, Patricia (USMS) [mailto:Patricia.Cook@usdoj.gov]
**Sent:** Tuesday, December 08, 2015 2:04 PM
**To:** Moore Jr, Roger <Roger.MooreJr@cca.com>
**Subject:** Phone Calls

*** This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. ***

---

Chief,

Can you please send me a disk of phone conversations for both Richard Dertinger #25014-031 and Gregory Rapp #24534-031.  I need their phone records from September 24 – current.  Also, we need a copy of both inmates funds, commissary, etc.

Please send this sealed to myself or Matthew Cahill.

Thank you,
Pat

Patricia Cook
Contract Oversight Specialist
United States Marshals Service
District of Kansas
P 913-551-6951
F 913-551-6535
C 913-832-6290

See how CCA is making a difference



America's Leader in Partnership Corrections

**Leavenworth Detention Center**
100 Highway Terrace
Leavenworth, Kansas 66048
Phone: 913-727-3246
FAX: 913-727-2231

Rapp /Dertinger/
Hess

I _Erin Tomsic_____ acknowledge that I have

Received 7 pages of documents and <u>1</u> CDs from

CCA Leavenworth Detention Center in regards to a subpoena on

Inmate(s)

These documents were provided to me by Wayne Bigelow
on _Jan 11, 2016___

_____
Signature

___1-12-16____
Date

715B-039

| From: | Cook, Patricia (USMS) |
|---|---|
| Subject: | RE: Phone records |
| To: | Lajiness, Kennith |
| Sent: | January 29, 2016 10:29 AM (UTC-07:00) |

**\*\*\* This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. \*\*\***

Thank you

**From:** Lajiness, Kennith [mailto:Kennith.Lajiness@cca.com]
**Sent:** Friday, January 29, 2016 8:37 AM
**To:** Cook, Patricia (USMS)
**Cc:** Kinney, Deborah
**Subject:** RE: Phone records

Task completed. Media will be sent with transportation.

**From:** Cook, Patricia (USMS) [mailto:Patricia.Cook@usdoj.gov]
**Sent:** Thursday, January 28, 2016 4:34 PM
**To:** Lajiness, Kennith <Kennith.Lajiness@cca.com>
**Subject:** Phone records

**\*\*\* This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. \*\*\***

Roberson (15124031)

Phone calls/records the last week that he was at the facility

Gregory Rapp

Phone calls/records from the last week

Thank you,
Pat

See how CCA is making a difference

(i) This e-mail and any files transmitted with it are confidential and intended solely for the use of the intended recipient(s). If you have received this e-mail in error, please notify the sender immediately and delete this e-mail and any associated files from your system. (ii) Views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of Corrections Corporation of America. (iii) The recipient should check this e-mail and any attachments for the presence of viruses. The company accepts no liability for errors or omissions caused by e-mail transmission or any damage caused by any virus transmitted by or with this e-mail. This email has been scanned for content and viruses by the McAfee Email Security System.

Document ID: 0.7.3244.149782
Current tags:
   ECA - SPECIAL MASTER MARCH 2017 : SPECIAL MASTER MARCH 2017;
   ECA - REQUEST : REQUEST;

| | |
|---|---|
| From: | Hoffer, Roland (USMS) <roland.hoffer@usdoj.gov> |
| To: | Lajiness, Kennith </o=ccaexchange/ou=first administrative group/cn=recipients/cn=laji2980>; Kinney, Deborah </o=ccaexchange/ou=first administrative group/cn=recipients/cn=dkinney> |
| Cc: | |
| Bcc: | |
| Subject: | FW: Requests for CCA Recorded Phone Conversations |
| Date: | Thu Feb 11 2016 14:20:55 CST |
| Attachments: | CCA calls request.pdf |

*** This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. ***

———

Roland B. Hoffer, DUSM
United States Marshals Service
500 State Avenue
Kansas City, KS. 66101
Main: 913-551-6727
Desk:  913-551-6952
Cell:  913-526-4534
Roland.hoffer@usdoj.gov

715B-041

CCA calls request.pdf for Printed Item: 3093 ( Attachment 1 of 1)

# UNITED STATES MARSHALS SERVICE
## DISTRICT OF KANSAS

REQUEST FOR CCA RECORDED (PHONE) CONVERSATIONS

DATE: _2-11-16_

NAME (REQUESTER): _Erin Tomasic_

CONTACT INFO – PHONE AND EMAIL _913-551-6526_
_erin-tomasic@usdoj.g..._

AGENCY: _USAO /KBI_

DATES OF REQUESTED RECORDINGS: _1-8-16 to 2-11-16_

INMATE NAME: _Gregory Rapp_

REGISTER NUMBER: _____

SPECIFIC REASON FOR REQUEST: _Preparing for trial_

NOTE: ATTORNEY/CLIENT CONVERSATIONS WILL NOT BE INCLUDED
IN THESE RECORDINGS

**From:**       Lajiness, Kennith
**Subject:**    RE: Topeka prisoner Michelle Reulett 24423-031
**To:**         Kinney, Deborah; Bigelow, Wayne
**Cc:**         'Troy.Schuster@usdoj.gov'; 'Fitzpatrick, Brendan F.'; Moore Jr, Roger
**Sent:**       June 8, 2016 4:48 AM (UTC-06:00)

Good Morning,
This was completed yesterday. There were some delays do to circumstances beyond our control. Securus condensed two circuits and our workstations were offline for a period of time. At the request of Agent Fitzpatrick, the recordings were sent to him via a link, followed up with the appropriate PDF file. If this did not come through for some reason I would be more than happy to burn the image myself and send it with our transportation staff.

---

**From:** Kinney, Deborah
**Sent:** Tuesday, June 07, 2016 3:54 PM
**To:** Bigelow, Wayne <Wayne.Bigelow@cca.com>; Lajiness, Kennith <Kennith.Lajiness@cca.com>
**Subject:** FW: Topeka prisoner Michelle Reulett 24423-031
**Importance:** High

Could you please take care of this and send it


**Deborah Kinney**
**Investigations Manager**
**100 Hwy Terrace**
**Leavenworth, Kansas 66048**
**Office:    913-680-6889**
**Fax:      913-680-6898**
**Cell:      913-775-2773**
**Speed dial #66889**
**deborah.kinney@cca.com**
**Integrity, Respect, Loyalty, Trust**
**A way of life**

---

**From:** Schuster, Troy (USMS) [mailto:Troy.Schuster@usdoj.gov]
**Sent:** Tuesday, June 07, 2016 10:48 AM
**To:** Moore Jr, Roger <Roger.MooreJr@cca.com>; Dill, Leslie <Leslie.Dill@cca.com>
**Cc:** Kinney, Deborah <Deborah.Kinney@cca.com>
**Subject:** Topeka prisoner Michelle Reulett 24423-031

*** This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. ***

---

The U.S. Attorney's office has asked for me to follow up on the status of  phone recording history on the above prisoner.  They are looking for her phone logs and recordings since her arrival at your facility.  They informed they have served at least one subpoena (If not more) but have not received anything yet.

Can you let me know the status or if you have received such a request?.  If no request received can you please use this email to begin the process of providing that information.  It could be delivered here to myself.  Thanks.

See how CCA is making a difference

**From:**      Twaddle, Kyle W(Kyle.W.Twaddle@usdoj.gov)
**To:**        Bigelow, Wayne
**CC:**
**BCC:**
**Subject:**   Admin Subpoena; M. Reulet
**Sent:**      06/20/2016 10:27:31 AM -0500 (CDT)
**Attachments:**

---

**\*\*\* This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. \*\*\***

---

Sir,

I recently faxed over another Admin Subpoena for inmate; Michelle Reulet's phone calls. The date range on this recent request is 06/13/16 - present. Thanks for your help, call or email with questions!

Thank you,

Kyle

KYLE TWADDLE | TASK FORCE OFFICER | DRUG ENFORCEMENT ADMINISTRATION | KANSAS CITY DISTRICT OFFICE

KYLE.W.TWADDLE@USDOJ.GOV | CELL: (913)201-3147 | OFFICE: (913)951-4122

715B-043

**From:**        Hoffer, Roland (USMS)
**Subject:**     RE: Chrystal Rippey
**To:**          Hundley, Dane
**Sent:**        May 6, 2015 11:09 AM (UTC-06:00)

Thank u.

R/H

**Roland B. Hoffer, CIDUSM**
United States Marshals Service
500 State Avenue Ste. G22
Kansas City, Kansas 66101
MAIN: 913-551-6727
CELL: 913-526-4534
DESK: 913-551-6952
Roland.hoffer@usdoj.gov

---

**From:** Hundley, Dane [mailto:Dane.Hundley@cca.com]
**Sent:** Wednesday, May 06, 2015 11:21 AM
**To:** Hoffer, Roland (USMS)
**Subject:** RE: Chrystal Rippey

Sorry for the delay, I have been tasked out this week. It is in route to you with this afternoon court run. Let me know if you need anything else.

**STG Coordinator Dane Hundley**
**Leavenworth Detention Center**
**100 Highway Terrace**
**Leavenworth, KS 66048**
**(913) 680-6852**

---

**From:** Hoffer, Roland (USMS) [mailto:Roland.Hoffer@usdoj.gov]
**Sent:** Monday, May 04, 2015 8:52 AM
**To:** Hall, Wayne; Hundley, Dane
**Subject:** FW: Chrystal Rippey

Guy's,
See below.
If possible, need phone calls on her.

Thanks

R/H

**Roland B. Hoffer, CIDUSM**
United States Marshals Service
500 State Avenue Ste. G22
Kansas City, Kansas 66101
MAIN: 913-551-6727
CELL: 913-526-4534
DESK: 913-551-6952

715B-044

Roland.hoffer@usdoj.gov

Could we please get CCA records for inmate Chrystal M. Rippey, 14-20019.  I don't know how long CCA keeps them, but if they have the last year it would be helpful.

See how CCA is making a difference

(i) This e-mail and any files transmitted with it are confidential and intended solely for the use of the intended recipient(s). If you have received this e-mail in error, please notify the sender immediately and delete this e-mail and any associated files from your system. (ii) Views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of Corrections Corporation of America. (iii) The recipient should check this e-mail and any attachments for the presence of viruses. The company accepts no liability for errors or omissions caused by e-mail transmission or any damage caused by any virus transmitted by or with this e-mail. This email has been scanned for content and viruses by the McAfee Email Security System

**From:**        Hall, Wayne
**Subject:**     RE: phone calls
**To:**          'Schuster, Troy (USMS)'
**Sent:**        September 24, 2013 8:38 AM (UTC-06:00)

I will take care of this for you.

Wayne Hall
Computer Support Assistant
CCA Leavenworth Detention Center
100 Highway Terrace, Leavenworth, Kansas 66048
(913) 680-6888 (w)
Wayne.Hall@cca.com



---

**From:** Schuster, Troy (USMS) [mailto:Troy.Schuster@usdoj.gov]
**Sent:** Tuesday, September 24, 2013 9:37 AM
**To:** Hall, Wayne
**Subject:** FW: phone calls

Hey Wayne can you check on this for us??   Will have an FBI agent near there over next two days and can pick up if available.   Thanks.

---

**From:** Schuster, Troy (USMS)
**Sent:** Tuesday, September 24, 2013 9:33 AM
**To:** Matthew.Collins@cca.com
**Subject:** phone calls

Shawn Sneed  23677-031

Johnson, Corey  14599-031

Can you let me know if there are any new phone calls available for these two???    Thanks.


See how CCA is making a difference

Document ID: 0.7.3244.194117
Current tags:
    ECA - SPECIAL MASTER MARCH 2017 : SPECIAL MASTER MARCH 2017;
    ECA - REQUEST : REQUEST;

| | |
|---|---|
| From: | Collins, Matthew </o=ccaexchange/ou=first administrative group/cn=recipients/cn=coll7443> |
| To: | Schuster, Troy (USMS) <troy.schuster@usdoj.gov> |
| Cc: | Johnston, Isaac </o=ccaexchange/ou=first administrative group/cn=recipients/cn=ijohnston>; Akers, Daniel </o=ccaexchange/ou=first administrative group/cn=recipients/cn=dakers>; Daugherty, Kenneth </o=ccaexchange/ou=first administrative group/cn=recipients/cn=kdaugherty>; Smith, Jeremaine </o=ccaexchange/ou=first administrative group/cn=recipients/cn=smit3856>; Kinney, Deborah </o=ccaexchange/ou=first administrative group/cn=recipients/cn=dkinney>; Hall, Wayne </o=ccaexchange/ou=first administrative group/cn=recipients/cn=hall2831> |
| Bcc: | |
| Subject: | RE: Phone call request |
| Date: | Wed Oct 23 2013 08:46:57 CDT |
| Attachments: | |

Good morning,

I will add these two to the list and send them weekly.  You should have received telephone call recordings on Johnson and Sneed with yesterdays afternoon(10/22/2013) courts.  Please let me no if you did not.

Also wanted to check on a inmate that arrived on 10/18/2013 from USMS Topeka.  Quartez Norwood #66789112.  On his USM-129 he is a 357 Crips member.  His tattoos affiliate him with 62 Harvard Park Brims (Bloods) out of Los Angeles.  He was validated as a Blood in California.   I just wanted to double check and find out if he was associating with 357's in Topeka for business purposes or if it was on there by mistake.

Thanks.

From: Schuster, Troy (USMS) [mailto:Troy.Schuster@usdoj.gov]
Sent: Tuesday, October 22, 2013 4:37 PM
To: Collins, Matthew
Subject: Phone call request

Jakeem Coopwood  23831-031

Lashon Stewart       23830-031

THESE TWO ARRIVED AT YOUR FACILITY TODAY FROM THE USMS TOPEKA.

Can you keep track of their phone calls until further notice and send over with transport??

Rminder we are stillinterested in

Corey JOHNSON  14599-031

Shawn SNEED      23677-031

THANKS

# UNITED STATES MARSHALS SERVICE
## DISTRICT OF KANSAS

REQUEST FOR CCA RECORDED (PHONE) CONVERSATIONS

Date:                                              January 13, 2014

Agent Name & Agency:                               Nate Doleshal, KCKPD

Agent Phone Number & Email:                        ndoleshal@kckpd.org

Inmate Name & Register Number:                     Ataven Tatum, 22144-031

                                                   *12- 20066-29-CM-JPO*

Case Information:                                  Perez-Alcala

Dates of Requested Recordings:                     12/6/2013 to present

Specific Reason for Request:            *← Officer Safety issue —*

Please Provide Recordings by:                      1/17/2014

Requesting AUSA:                                   Terra D. Morehead

Contact Info for AUSA:                             913-551-6730


NOTE:  ATTORNEY/CLIENT CONVERSATIONS WILL NOT BE INCLUDED IN THESE RECORDINGS

715B-047

**From:**      Schuster, Troy (USMS)(Troy.Schuster@usdoj.gov)
**To:**        Collins, Matthew
**CC:**
**BCC:**
**Subject:**   Anthony Thompson 15318-031
**Sent:**      11/22/2013 10:24:20 AM -0600 (CST)
**Attachments:**

One more phone record request.
Looking for call list from 8-13-2013 and recorded calls this prisoner has made up to present.
AS ALWAYS EXCLUDING ANY PRISONER ATTORNEY CALLS
Thanks

715B-048

Document ID: 0.7.3244.240627
Current tags:
    ECA - SPECIAL MASTER MARCH 2017 : SPECIAL MASTER MARCH 2017;

| | |
|---|---|
| From: | Collins, Matthew </o=ccaexchange/ou=first administrative group/cn=recipients/cn=coll7443> |
| To: | Schuster, Troy (USMS) <troy.schuster@usdoj.gov> |
| Cc: | |
| Bcc: | |
| Subject: | RE: Anthony Thompson  15318-031 |
| Date: | Mon Apr 28 2014 14:03:10 CDT |
| Attachments: | |

Troy—I search his telephone records and he only had made 16 telephone calls.  So I searched the numbers he had called and had 111 on that report.  So I will send those calls to you.  I am pretty sure that it was him making those telephone calls.


From: Schuster, Troy (USMS) [mailto:Troy.Schuster@usdoj.gov]
Sent: Monday, April 28, 2014 11:10 AM
To: Collins, Matthew
Subject: Anthony Thompson 15318-031


Could I get his phone calls from 11-15-2013 to current at your convenience.  Thanks as always.


See how CCA is making a difference

715B-049

AO 89  (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
## District of Kansas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Terry D. Tillman | ) | Case No.   13-20070-04-CM |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Sgt. Matthew Collins
CCA

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Robert J. Dole United States Courthouse 500 State Avenue Kansas City, Kansas 66101 | Courtroom No.: | 463 |
|---|---|---|---|
| | | Date and Time: | August 12, 2013 @ 9:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

All recordings of telephone calls to and from Terry D. Tillman, reg number unknown at CCA from June 6, 2013 through present

Personal appearance will not be necessary if the above requested documents are provided to the case agent, TFO Patrick Greeno (ATF) prior to 7/26/13.

Date:   07/19/2013

*TIMOTHY M. O'BRIEN*
*CLERK OF COURT*

s/Mike Mort
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*     United States of America                          , who requests this subpoena, are:

Erin S. Tomasic, SAUSA
500 State Ave. Suite 360
Kansas City, KS 66101
913-551-6730
Erin.Tomasic@usdoj.gov

715B-050

**From:** Hoffer, Roland (USMS)
**Subject:** INFO
**To:** Daugherty, Kenneth
**Cc:** Collins, Matthew; Hall, Wayne
**Sent:** October 10, 2013 2:14 PM (UTC-06:00)

Chief,
I've got a lengthy request for you:
I need the following information on the below listed Inmates:

JACKSON, Jeffrey #10288-031
FREEMAN, Derrick #23249-031
FREEMAN, Joe #23238-031
TILLMAN, Terry #23246-031

Copies of Visitation Log since arrival @ CCA:
Phone calls since arrival @ CCA:

On JACKSON & TILLMAN, I need copies of all incoming/outgoing mail, including envelopes too, if possible.

Does CCA have audio recording in the visitation rooms?

I realize this will take a bit, if you can get me anything by tomorrow, great.
Or if it's easier to send it all down next Tuesday or so.

Thanks

R/H

**Roland B. Hoffer, CIDUSM**
United States Marshals Service
500 State Avenue Ste. G22
Kansas City, Kansas 66101
MAIN: 913-551-6727
CELL: 913-526-4534
DESK: 913-551-6952
Roland.hoffer@usdoj.gov

715B-051

**From:** Cahill, Matthew (USMS)
**Subject:** phone call request
**To:** Lajiness, Kennith
**Cc:** Kinney, Deborah; Cook, Patricia (USMS)
**Sent:** March 14, 2016 3:54 PM (UTC-06:00)

*** This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. ***

Ken, this is a big one so whenever you can get it let me know. Thanks

All calls October 1,2015 to the present for following inmates:

Karl Carter

Mark Flaaen

Scott Parker

Kevin Finley

Stephen Rowlette

Robert Burres

Richart Dertinger

Gregory Rapp

Lamar Steele

Charles Steele

Frank White

Tony Meyer

William Shannon

Andre Wallace

David Lougee

Matthew D. Cahill
Senior Inspector
United States Marshals Service
District of Kansas
Sex Offender Investigations Branch
(w) 913-551-6727
(f) 913-551-6535
(c) 913-526-3853

715B-052

CCA call req - Warren.pdf for Printed Item: 754 ( Attachment 2 of 2)

# UNITED STATES MARSHALS SERVICE
## DISTRICT OF KANSAS

REQUEST FOR CCA RECORDED (PHONE) CONVERSATIONS

DATE: _12/26/13_

NAME (REQUESTER): _Bill Johnson_

CONTACT INFO – PHONE AND EMAIL _wjohnson@kckpd.org_

AGENCY: _ATF_

DATES OF REQUESTED RECORDINGS: _Oct 1, 2013 - Present_

INMATE NAME: _Arrick Warren_

REGISTER NUMBER: _____

SPECIFIC REASON FOR REQUEST: _Ongoing Investigation_

NOTE:  ATTORNEY/CLIENT CONVERSATIONS WILL NOT BE INCLUDED IN THESE RECORDINGS

715B-053

Document ID: 0.7.3244.146665
Current tags:
  ECA - SPECIAL MASTER MARCH 2017 : SPECIAL MASTER MARCH 2017;
  ECA - REQUEST : REQUEST;

| | |
|---|---|
| From: | Hoffer, Roland (USMS) <roland.hoffer@usdoj.gov> |
| To: | Hall, Wayne </o=ccaexchange/ou=first administrative group/cn=recipients/cn=hall2831>; Kinney, Deborah </o=ccaexchange/ou=first administrative group/cn=recipients/cn=dkinney> |
| Cc: | |
| Bcc: | |
| Subject: | Fw: CCA call request - Rush please |
| Date: | Tue Oct 21 2014 17:36:06 CDT |
| Attachments: | CCA call request A. Warren.pdf |

Fyi if u would please.
Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.
  Original Message
From: Kaiser, Bonnie (USAKS) [Contractor] <Bonnie.Kaiser@usdoj.gov>
Sent: Tuesday, October 21, 2014 4:31 PM
To: Hoffer, Roland (USMS)
Cc: Tomasic, Erin (USAKS)
Subject: CCA call request - Rush please

Hi Brett,

Erin would like to put a rush on this one.  If possible, she would like to receive them tomorrow afternoon to review for a Friday hearing.

Thank you!

Bonnie Kaiser
[Contractor], Legal Assistant
U.S. Attorney's Office, District of Kansas
500 State Avenue, Suite 360
Kansas City, KS 66101
Ph:  913-551-6749
Bonnie.Kaiser@usdoj.gov

CCA call request A. Warren.pdf for Printed Item: 1547 ( Attachment 1 of 1)

# UNITED STATES MARSHALS SERVICE
## DISTRICT OF KANSAS

### REQUEST FOR CCA RECORDED (PHONE) CONVERSATIONS

DATE: _10-21-14_

NAME (REQUESTER): _Erin Tomasic_

CONTACT INFO – PHONE AND EMAIL _erin.tomasic@usdoj.gov_
_551-6526_

AGENCY: _USAO_

DATES OF REQUESTED RECORDINGS: _9-29-14 to 10-21-14_

INMATE NAME: _Arick Warren_

REGISTER NUMBER: _____

SPECIFIC REASON FOR REQUEST: _Ongoing Investigation_

NOTE:  ATTORNEY/CLIENT CONVERSATIONS WILL NOT BE INCLUDED
IN THESE RECORDINGS

| | |
|---|---|
| **From:** | Kaiser, Bonnie (USAKS) |
| **To:** | Hoffer, Roland (USMS) |
| **Cc:** | Tomasic, Erin (USAKS) |
| **Bcc:** | Kaiser, Bonnie (USAKS) |
| **Subject:** | CCA call request - Rush please |
| **Date:** | Tuesday, December 20, 2016 9:25:43 AM |
| **Attachments:** | CCA call request A, Warren.pdf |

<<CCA call request A. Warren.pdf>> Hi Brett,

Erin would like to put a rush on this one.  If possible, she would like to receive them tomorrow afternoon to review for a Friday hearing.

Thank you!

Bonnie Kaiser
[Contractor], Legal Assistant
U.S. Attorney's Office, District of Kansas
500 State Avenue, Suite 360
Kansas City, KS 66101
Ph:  913-551-6749
Bonnie.Kaiser@usdoj.gov

715B-055

| Name | Case No | AUSA | CCA Calls Obtained in CCA Invest. | CCA Calls Obtained Otherwise by, through, or known to USAO | Calls & Materials Submitted to Court | Notes | Materials Produced to Court: Exh. 715 & 715A | Additional Materials Not Listed by Govt.* *The Government notes in column G that it provided the Court with calls and materials in 8/2016. The Government did not create or maintain an index or inventory of the derivative data that was provided at that time, nor did it provide the FPD with a copy of those documents. Because we are unable to verify whether documents dated prior to 8/2016 were given to the court by the Government, we have included these documents in column I. |
|---|---|---|---|---|---|---|---|---|
| Alvarez, Joshua | 14-20096-JAR | Zabel, Brown, Capwell, Gurney, Tomasic, Wood | No | No | | | | |
| Bauman, Chad | 12-20083--22-KHV | Barnett, Brown, Maag, Capwell, Guerney, Morehead | No | No | | | | |
| Benton, Wayne | 15-20075-CM | Morehead, Brown, Wood | No | No | | | | |
| Blackburn, Stephen | 09-20133-12-JWL | D. Smith, Rask, Maag, Gurney, Flannigan, Allman | No | No | | | | |
| Blakney, Martez | 15-20086-CM | Brown, Capwell, Morehead, A. Smith | No | No | Pre-charging calls from WyCo Jail Rec'd | | |
| Booker, John Booker | 15-40030-CM | Mattivi, Corlett, Maag, Magnone, Parecki, D. Smith | No | See note | Calls obtained by Mark Thomason post-plea, not by government | | |
| Brown, Vernon | 12-20066-KHV | Morehead, Brown, Maag, Zabel, Gurney, Capwell | No | See note | A call request form was found, but no evidence of calls being received was found | 8/22/13 Request for CCA Calls | |
| Burres, Robert | 14-40023-DDC | Hendershot, Gurney, Slinkard, Sommer | Yes | No | CCA Invest. calls and materials given to the Court in 08/2016 | | 3/14/16 email request for calls from USMS (Def. Exh. 715B-004); 3/28/16 subpoena requesting calls from Erin Tomasic (Def. Exh. 606-060); 12/12/16 email regarding calls from Scott Rask (Def. Exh. 715B-003) |
| Cartwright, James | 16-20033-CM | Catania, A. Smith | Yes | No | CCA Invest. calls and materials given to the Court in 08/2016 | | |
| Catrell, Ronald | 11-20125-CM   13-20102-CM | Oakley, Brown, Gurney | No | Yes, see note | E-mail shows calls rec'd but no calls found. Files requested from Federal Records Center | | 5/23/13 email request for calls from USMS/FBI (Def. Exh. 715B-005); 6/19/13 USMS request form from FBI (Def. Exh. 715B-006); 6/19/13 email from USMS regarding call request (Def. Exh. 715B-007); 7/29/13 email request for calls from USMS/FBI (Def. Exh. 715B-008) |
| Chirinos, Juan | 12-20112-CM | Krug, Maag, Brown, Gurney | No | No | | | |
| Clark, Enoch | 14-20130-02-JAR | Morehead, Sommer, Wood | Yes | Yes | 1/7/2019 | CCA Invest. calls and materials given to the Court in 08/2016 | 1 CD; 1 DVD | 10/20/15 USMS request form from Terra Morehead (Def. Exh. 603-051); 1/29/16 USMS request form from Terra Morehead (Def. Exh. 603-056) |
| Clifton, Julie | 14-20014-02-KHV | Brown, Capwell, Catania, Gurney, Tomasic, Ward | No | Yes | 1/7/2019 | | 1 DVD | 8/21/14 USMS request form from Erin Tomasic (Def. Exh. 606-032); 8/27/14 receipt of calls from USMS/Erin Tomasic (Def. Exh. 715B-009); 9/9/14 email requesting calls from Sheri Catania (Def. Exh. 600-003) |
| Collins, Charles E. II | 13-40095-JAR | Hough | No | No | | | | |
| Contreras, Milton | 15-mj-08037 | Flannigan | No | No | First Appearance on out of District Case; disregard per FPD | | |



DEFENDANT'S EXHIBIT
715C
16-20032-02-JAR

| Name | Case No. | Attorneys | | | Date | Notes | Media | Documentation |
|---|---|---|---|---|---|---|---|---|
| Davis, Henry | 13-40115-02-JAR | Brown, Maag | No | No | | | | |
| Dillow, Stephen | 14-20028-CM | Zabel, Oakley, Tomasic, Brown, Capwell | No | Yes | | E-mail shows calls rec'd but no calls found. | email | 5/8/14 USMS request form from Erin Tomasic (Def. Exh. 606-028) |
| Dixon, Dalevon | 14-20130-JAR | Morehead, Sommer, Wood | No | Yes | 1/7/2019 | | 2 DVDs; court exh. return receipt | 10/20/15 USMS request form from Terra Morehead (Def. Exh. 603-502) |
| Ewing, Robert Benjamin Isaac | 13-40005-JAR | Slinkard, Hendershot, Wood | No | No | | | | |
| Faulkner, Lee | 14-20096-JAR | Zabel, Tomasic, Brown, Capwell, Gurney, Sommer, Wood | No | No | | | | |
| Felix-Gamez, Ricardo | 15-20042-CM | Ward, Brown, Capwell, Gurney | No | Yes | 1/7/2019 | | | 7/29/15 email documentation of request from Department of Homeland Security (Def. Exh. 715B-010) |
| Fitzpatrick, Vashawn | 10-40085-RDR   12-40089-JAR | Hendershot, Gurney | No | No | | | | |
| Fondren, Kevin | 14-20011-02-KHV | Brown, Maag, Morehead | No | Yes | 1/7/2019 | | 1 CD | 5/22/14 USMS request form from Terra Morehead (Def. Exh. 603-026); 6/17/14 USMS request form from Terra Morehead (Def. Exh. 603-027) |
| Forbes, Mendy | 13-20041-KHV | Gurney, Oakley, Wamble | No | Yes | 1/7/2019 | | Email; 30 CD/DVDs Group Flash Drive | 10/29/13 email regarding calls from Oakley (Def. Exh. 715B-011); 6/30/14 email from Chris Oakley (Def. Exh. 715B-012); 11/10/14 email request for calls from IRS (Def. Exh. 715B-013); 2/24/15 email request for calls from IRS (Def. Exh. 604-001 & 607-011); 3/9/15 email request for calls from USMS (Def. Exh. 715B-014); 4/6/15 email request for calls from IRS (Def. Exh. 715B-015); 4/30/15 email request for calls from USMS (Def. Exh. 715B- 016) |
| Read-Forbes, Mendy | 12-20099-KHV | Gurney, Oakley, Wamble, Wilson | No | Yes | 1/7/2019 | | Combined with Forbes Envelope | SAME AS ABOVE |
| Garciga, Lazaro | 12-20066-KHV | Morehead, Maag, Zabel, Brown, Capwell, Gurney | No | No | | | | |
| Giannukos, Jay | 15-20016-CM | Gurney, Morehead | No | Yes | 1/7/2019 | | 4 DVDs; CCA Acknowledgment | 5/5/15 USMS request form from USMS (Def. Exh. 715B-017); 5/14/15 email from USMS (Def. Exh. 715B-018); 5/14/15 USMS request form from Terra Morehead (Def. Exh. 603-034); 7/7/15 USMS request form from Terra Morehead (Def. Exh. 603-036); 7/20/15 USMS request for from Terra Morehead (Def. Exh. 603-040) |
| Griffin, Damon | 14-20014-KHV | Brown, Capwell, Catania, Gurney, Tomasic, Ward | No | Yes | 1/7/2019 | | 2 DVDs; ----- 4 CD/DVDs; initial CCA Disciplinary Rpt; ----- 1 DVD; Group Flash Drive | 1/29/14 USMS request from from Erin Tomasic (Def. Exh. 606-021); 3/3/14 USMS request from from Erin Tomasic (Def. Exh. 606-022); 5/9/14 email request from USMS for AUSA (Def. Exh. 715B-019); 8/21/14 USMS request from from Erin Tomasic (Def. Exh. 606-031); 9/9/14 email request from Sheri Catania (Def. Exh. 600-003); 5/11/15 email requst from USMS (Def. Exh. 715B-020); 5/18/15 email receipt for Sheri Catania (Def. Exh. 600-009) |
| Harssfell, Tyrssverd | 14-20134-CM | Morehead, Brown, Wood | No | Yes | 1/7/2019 | | 1 DVD/CD | 5/5/2015 USMS request form from Terra Morehead (Def. Exh. 603-032) |
| Hayes , Dominic N. | 12-20016-CM | Brown, Gurney, Maag, Morehead | No | Yes | 1/7/2019 | | 1 CD | 1/27/14 USMS request form from Terra Morehead (Def. Exh. 603-021) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Hernandez-Hernandez, Jose Luis | 14-20101-JAR | Oakley | No | No | | | |
| Hohn, Steven | 12-20003-03-CM | Gurney, Morehead | No | Yes | 1/7/2019 | 3 DVD/CDs (1 marked as exh. & 2 broken) | 5/24/13 subpoena for calls by Terra Morehead (Def. Exh. 603-001) |
| Huff, Ashley (Rapp) | 14-20067-CM | Scott Rask | Yes | | | 1 CD; Email; 1 DVD | 10/16/15 email request for calls by USMS (Def. Exh. 715B-021); List of attorney-client calls distributed in discovery in *USA v. Black* (Def. Exh. 715B-002); 1/7/16 USMS request form from Erin Tomasic (Def. Exh. 715B-022); 1/12/16 receipt for Erin Tomasic (Def. Exh. 715B-039) |
| Hurtado, Nicholas | 15-20032-CM | Ward, Brown, Capwell, Gurney | No | No | | | Attorney-client calls distributed in discovery in *USA v. Black* (Def. Exh. 449); 5/13/16 email request for calls USMS (Def. Exh. 715B-023) |
| Huske, Roy | 14-40037-EFM | Slinkard, Maag, Wood | No | No | | | |
| Irvin, Tony (Anthony) | 13-20070-05-CM | Capwell, Gurney, Krug, Zabel | No | Yes | 1/7/2019 | 1 CD | 7/19/13 subpoena for calls from Erin Tomasic (Def. Exh. 606-010); Erin Tomasic email (Def. Exh. 606-006); 1/6/13 USMS request form by Erin Tomasic (Def. Exh. 606-002) |
| Johnson, Booker | 15-40064-DDC | Maag, Wood | No | No | | | 7/17/15 email chain requesting calls (Def. Exh. 715B-024); 8/21/15 email from Kimberly Hanika regarding subpoena for phone records (Def. Exh. 715B-025) |
| Kearn, Jonathan | 13-40057-JAR | Kenney | No | No | Only detained 3 days pre-deten. hrg and then post-sentencing | | |
| Kleppin, Chad | 16-40031-DDC | Slinkard, Jacobs, A. Smith | No | No | DEA found Admin. Subpoena for calls, but did not find any calls. | | 5/25/16 email confirming response to call request from Kimberly Hanika (Def. Exh. 715B-026) |
| Knox, Jemel | 14-20022-JAR    15-20103-JAR | Morehead, Sommer, Gurney, Brown | Yes | Yes | 1/7/2019 | CCA Invest. calls and materials given to the Court in 08/2016 | 4 DVD/CDs | 9/26/14 USMS request form from Terra Morehead (Def. Exh. 603-029); 8/21/15 USMS request form from Terra Morehead (Def. Exh. 603-041); 8/24/15 USMS request form from Terra Morehead (Def. Exh. 603-042); 9/9/15 USMS request form from Terra Morehead (Def. Exh. 603-043); 10/15/15 email requesting calls from USMS (Def. Exh. 603-004 & 603-005) |
| Lamas, Rogelio | 12-20119-CM | Rask, Wilhoft, Brown, Gurney | No | No | Gov't received partial Call Log from FPD in 2255 hearing in 2017 | | |
| Lawton, Quentin | 16-40036-DDC | Maag | No | Yes | 1/7/2019 | USMS obtained calls on their own as part of investigation | 2 DVD/CDs; CCA ltr. Re: Calls; USMS field Rpt.; GJ Subpoena for LV Det.Center | |
| Leonard, Kyser | 13-20065-CM | Tomasic, Capwell, Gurney | No | No | | | 11/22/13 email request from Erin Tomasic (Def. Exh. 715B-027) |
| Lopez-Lopez, Migel | 15-20008-JAR | Zabel, Tomasic, Brown, Capwell | No | No | Only calls were for def. & Daniel Rivera from Wyco Jail 1-23-15 - 1/25/15 | | |
| Lougee, David | 14-20068-CM | Morehead, Ward, Patton, Sommer, Gurney | Yes | No, See note | CCA Invest. Calls and materials given to Court in 08/2016. May be in calls for co-def True. | Following to be emailed to court: mixed number call report from CCA | List of attorney-client calls distributed in discovery in *USA v. Black* (Def. Exh. 715B-002); 3/14/16 email request for calls from USMS (Def. Exh. 606-052); 3/28/16 subpoena for calls from Erin Tomasic (Def. Exh. 606-060) |
| Mays, Damian | 12-20141-KHV | Catania, Alford, Krug, Maag, Brown, Grissom, Gurney | No | Yes | 1/7/2019 | 1 DVD | 12/10/13 email request for calls from Sheri Catania (Def. Exh. 715B-028) |

| Name | Case No. | Attorneys | | | | | |
|---|---|---|---|---|---|---|---|
| McCall, Johnnie | 10-40005-JAR  13-40018-DDC | Hendershot, Maag, Brown, Wood | No | No | | | |
| McCarty, John | 14-40129-DDC  14-40121-DDC | Hough, Brown, Capwell, Wood | No | No | | | |
| McDowell, Gladstone | 09-20133-JWL | Flannigan, Allman, Gurney, Maag, Rask, D. Smith | No | No | | | |
| McPeters, Douglas | 15-20071-CM | Flannigan | No | No | | | |
| Mebane, Darus | 16-20041-JAR | Oakley, Brown, Capwell, Clymer, Davids, Kavanaugh, | No | No | D. Kan recused. Handled by WDMO | | |
| Mendez-Razo, Luis | 11-20115-CM | Zabel | No | No | File has been requested from Federal Records Center | | |
| Miller, Bradley | 13-40025-JAR | Gurney, Mattivi, Maag, Treadway | No | No | | | |
| Mitchell, William D | 13-20051-CM | Capwell, Tomasic, Zabel | No | Yes | 2/14/2019 | | 1 flash drive 2 Discovery Ltrs.; Discovery Email; 18 pages of reports; 2 CCA Records Summary Report | 12/18/13 USMS request form from Erin Tomasic (Def. Exh. 606-016); 12/18/13 email from USAO (Def. Exh. 606-015); 4/2/14 USMS request form from Erin Tomasic (Def. Exh. 606-026); 4/2/14 email from USAO (Def. Exh. 606-025) |
| Molina, Adan | 09-40041-DDC | Hough, Brown, Capwell, Wood | No | No | | | |
| Mozingo, Troyton | 12-20016-02-CM | Brown, Gurney, Maag, Morehead | No | Yes | 1/7/2019 | 1 CD | 1/27/14 USMS request form from Terra Morehead (Def. Exh. 715B-029) |
| Mumford, Cortez | 15-20069-JAR | Morehead, A. Smith | No | No | | | |
| Muth, Dacco | 14-20063-JAR | Gurney, Tomasic | No | No | | | 9/12/14 email request for calls from ATF (Def. Exh. 715B-030) |
| Olea-Monarez, Vicencio | 14-20096-JAR | Zabel, Tomasic, Brown, Capwell, Gurney, Sommer, Wood | No | Yes | 2/14/2019 | 1 flash drive | 10/10/14 USMS request form from Erin Tomasic (Def. Exh. 606-037); 5/4/16 email request for calls from USMS (Def. Exh. 715B-031) |
| Orr, Christian Robert | 16-20009-CM | Hunt, Morehead | No | No | | | |
| Ortega-Flores, Luis | 12-20066-KHV | Morehead, Maag, Zabel, Brown, Capwell, Gurney | No | Yes | 2/14/2019 | May be duplicates of callsgiven to Court in 12-20069-KHV | 4 dvds | |
| Ortega-Flores, Luis | 12-20069-KHV | Catania, Gurney | No | Yes | 1/7/2019 | 2 CDs | |
| Pavone, Shawn | 09-20142-JWL | Zabel | Yes | No | CCA Invest. calls and materials given to the Court in 08/2016. File requested from Fed. Records Ctr | | List of attorney-client calls distributed in discovery in *USA v. Black* (Def. Exh. 715B-002); 12/12/16 email from Scott Rask (Def. Exh. 715B-003) |

| Pavone, Shawn | 15-20019-JAR | Catania, Brown, Capwell, Wood | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016 | | SAME AS ABOVE |
| Phillips, Scott | 14-20001-KHV | Krug | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016 | | |
| Phommaseng, Petsami | 14-20014-13-JAR 15-20006-JAR 15-20020-JAR | Catania, Tomasic, Ward Capwell, Brown, Gurney, Sommer, Wood | No | Yes | 1/7/2019 | | 1 DVD; Group Flash Drive | 4/8/15 email request for calls Lawrence PD/USAO (Def. Exh. 715B-032); 4/9/15 email from USMS (Def. Exh. 715B-033); 5/11/15 email from USMS (Def. Exh. 715B-034); 5/18/15 receipt for calls signed by Sheri Catania (Def. Exh. 715B-035) |
| Picanso | Topeka/TJT | | | Yes | | | Group Flash Drive | |
| Piggie, Frenklyn | 10-20145-CM | Morehead, Gurney | No | No | | On SRV in DKAN w/ new drug case in WDMO, so possibly WDMO obtained | | List of attorney-client calls distributed in discovery in *USA v. Black* (Def. Exh. 715B-002) |
| Rapp, Gregory | 14-20067-CM | Rask, Brown, Flannigan, Tomasic, Wood | Yes | Yes | 1/7/2019 | CCA Invest. calls and materials given to the Court in 08/2016.Co-d Huff's calls also to Court 1/7/19 | | 7/14/14 subpoena for calls from Erin Tomasic (Def. Exh. 606-029); 7/14/14 email for calls from USAO (Def. Exh. 715B-036); 7/22/14 USMS request form from Erin Tomasic (Def. Exh. 606-030); 8/21/14 USMS request form from Erin Tomasic (Def. Exh. 606-033); 8/21/14 email from USMS; 12/5/14 USMS request form from Erin Tomasic (Def. Exh. 606-040); 5/28/15 USMS request form from Erin Tomasic (Def. Exh. 606-044); List of attorney-client calls distributed in discovery in *USA v. Black* (Def. Exh. 715B-002); 6/2/15 receipt for Erin Tomasic (Def. Exh. 606-046); 7/23/15 USMS request form from Erin Tomasic (Def. Exh. 606-047); 10/20/15 email from USMS (Def. Exh. 715B-037); 12/8/15 email from USMS (Def. Exh. 715B-038); 1/7/16 USMS request form from Erin Tomasic (Def. Exh. 606-050); 1/12/16 receipt for Erin Tomasic (Def. Exh. 715B-039); 1/28/16 email from USMS (Def. Exh. 715B-040); 2/11/16 email/USMS request form from Erin Tomasic (Def. Exh. 715B-041); 3/14/16 email from USMS (Def. Exh. 606-052); 3/28/16 subpoena by Erin Tomasic (Def. Exh. 606-061) |
| Reulet, Michelle | 14-40005-03-DDC | Gurney, Maag, Mattivi, A. Smith, Treadway | No | Yes | 1/7/2019 | | Emails; Adm. Subpoena; 11 CD/DVDs; | 6/7/16 email from USMS (Def. Exh. 715B-042); 6/20/16 email request for calls Kyle Twaddle (Def. Exh. 715B-043) |
| Rippey, Chrystal | 14-20019-KHV 18-20057-DDC | Oakley, Wamble | No | Yes, see note | | No calls found; e-mail suggests calls obtained and turned over in discovery to Tom Bartee | | 5/4/15 email request for calls from USMS (Def. Exh. 715B-044) |
| Roark, Jeffery | 15-20042-CM | Ward, Brown, Capwell, Gurney | No | Yes | 1/7/2019 | | See Felix-Gamez Env. | Attorney-client calls distributed in discovery in *USA v. Black* (Def. Exh. 449) |
| Roberson, Marcus | 06-40066-JAR 11-40078-JAR | Coody, Maag, Zabel, Brown, Mattivi, Warner, | No | No | | Investigated in CCA ring but was at BOP by time of investigation | | List of attorney-client calls distributed in discovery in *USA v. Black* (Def. Exh. 715B-002) |
| Robertson, Antonio | See note | Tomasic | No | Yes | 1/7/2019 | While in on WDMo Case# 13-cr-00084 re: Herrera-Zamora | 1 DVD | 11/20/14 USMS request form from Erin Tomasic (Def. Exh. 606-039) |
| Robinson, Robert | 14-20059-JAR 16-20013-JAR | Flannigan, Wamble, Brown, Capwell | No | Yes | 1/7/2019 | | Group Flash Drive; 1 DVD; | 8/22/14 email from Jabari Wamble (Def. Exh. 607-003); 11/13/14 email from Jabari Wamble (Def. Exh. 607-008); 7/17/14 email from Jabari Wamble (Def. Exh. 607-003) |
| Robinson, Sarah | 15-20089-CM 15-20077-02-CM | Morehead, Wood | No | No | | USMS may have obtained in investigating new crimes at CCA | | |

| Name | Case No. | Attorneys | | | Date | | | |
|---|---|---|---|---|---|---|---|---|
| Rockers, Tracy | 12-20003-CM | Morehead, Gurney | No | Yes | 1/7/2019 | | 1 DVD | |
| Sanders, Brenda | 16-40004-DDC | Jacobs, Mattivi, A. Smith | No | No | | | | |
| Shutts, Shawn | 14-20014-JAR | Catania, Gurney, Brown, Capwell, Tomasic, Ward | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016 | | List of attorney-client calls distributed in discovery in *USA v. Black* (Def. Exh. 715B-002) |
| Simons, Lawrence M. | 09-10032-JTM  13-10080-JTM | Metzger | No | No | | | | |
| Sloan, Clark | 13-40025-02-JAR | Gurney, Maag, Mattivi, Treadway | No | No | | | | |
| Smith, Juvon | 12-20066-KHV | Morehead, Maag, Gurney, Brown, Capwell, Zabel | No | No | | FPD obtained and admitted call detail report in 2255 hearing | | |
| Sneed, Shawn | 13-40112-JAR  13-40123-02-JAR | Maag | No | Yes | 1/7/2019 | | 1 Flash Drive | 9/24/13 email request for calls from USMS (Def. Exh. 715B-045); 10/22/13 email from USMS (Def. Exh. 715B-046) |
| Soriano, Tino | 12-20072-CM | Catania | No | No | | | | |
| Soto-Areola, Nicholas | 04-40016-JAR | Hendershot | No | No | | | | |
| Soto-Camargo, Paola | 14-40128-DDC | Hough, Brown, Capwell, Wood | No | No | | | | |
| Spaeth, Matthew | 14-20068-CM | Morehead, Gurney, Patton, Sommer, Ward | Yes | See note | | A call request form was found, but no evidence of calls being received | CCA Call request 11/17/14 for 11/3/14 arrest | Attorney-client calls distributed in discovery in *USA v. Black* (Def. Exh. 449) |
| Steele, Charles | 14-40077-DDC | Brown, Capwell, Maag, Wood | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016 | | 3/14/16 email from USMS (Def. Exh. 606-052); List of attorney-client calls distributed in discovery in *USA v. Black*  (Def. Exh. 715B-002); 3/28/16 subpoena for calls from Erin Tomasic (Def. Exh. 606-060) |
| Stewart, Arlie | 14-20054-JAR | Catania, Tomasic, Gurney | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016 | | 3/28/16 subpoena for calls from Erin Tomasic (Def. Exh. 606-060); List of attorney-client calls distributed in discovery in *USA v. Black*  (Def. Exh. 715B-002) |
| Stewart, Janaya | 12-40044-DDC | Hendershot, Brown, Slinkard | No | No | | | | |
| Tanner, Donta | 16-40043-CM | Morehead, A. Smith | No | No | | | | |
| Tatum, Ataven | 12-20066-29-KHV | Brown, Capwell, Gurney, Maag, Morehead, Zabel | No | No | | | | 1/13/14 USMS form from Terra Morehead (Def. Exh. 715B-047) |
| Thompson, Anthony | 13-40060-10-DDC | Gurney, Maag, Mattivi | No | No | | | | 11/22/13 email request for calls from USMS (Def. Exh. 715B-048); 4/28/14 email request for calls from USMS (Def. Exh. 715B-049) |
| Tillman, Terry | 13-20070-04-CM | Capwell, Gurney, Krug, Tomasic, Zabel | No | Yes | 1/7/2019 | | 2 CD/DVDs | 1/6/13 USMS request form from ATF (Def. Exh. 606-002); 7/19/13 subpoena for calls from Erin Tomasic (Def. Exh. 715B-050); 10/10/13 email request for calls from USMS (Def. Exh. 715B-051) |

| Name | Case Number | Attorneys | Col4 | Col5 | Date | Notes | Media | Documents |
|---|---|---|---|---|---|---|---|---|
| True, David | 14-20068-03-CM | Gurney, Morehead, Patton, Sommer, Ward | No | Yes | 1/7/2019 | Call report shows four dial out numbers checked and may have included Co-d Lougee | 10 DVD/CDs; Ltr from Bell Acknowledging Receipt of Calls | 7/7/15 USMS request form from Terra Morehead (Def. Exh. 603-037) |
| Valdez, Hector | 14-20096-JAR | Zabel, Brown, Capwell, Gurney, Sommer, Tomasic, Zabel, Wood | No | No | | | | |
| Villa-Valencia, Luis | 16-20008-CM | Krug, Gurney | No | Yes | 1/7/2019 | | 1 CD; email for calls; Call Transcript | |
| Vincent, Thomas | 03-20003-CM | Flannigan, Maag, Brown, | No | No | | File has been requested from Federal Records Center | | |
| Wakol, Gregory | 14-40146-EFM | Maag, Wood | No | No | | | | |
| Wallace, Andre | 16-40008-DDC | Slinkard, A. Smith | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016 | | Attorney-client calls distributed in discovery in *USA v. Black* (Def. Exh. 449); 3/14/16 request for calls from USMS (Def. Exh. 715B-052); 3/28/16 subpoena for calls from Erin Tomasic (Def. Exh. 606-060) |
| Warren, Arrick | 13-20081-CM | Tomasic, Warner, Zabel | No | Yes | 1/7/2019 | | 1 DVD | 12/26/13 USMS request form from ATF (Def. Exh. 715B-053); 10/21/14 USMS request form from Erin Tomasic (Def. Exh. 606-036); 10/21/14 email regarding calls from USMS/USAO (Def. Exh. 715B-054); 12/20/16 email call request from USAO (Def. Exh. 715B-055) |
| Webb, Virock | 11-40078-JAR | Maag, Brown, Mattivi, Warner, | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016 | | Attorney-client calls distributed in discovery in *USA v. Black* (Def. Exh. 449) |
| Williams, Anthony Davon | 14-40094-DDC | Hough | No | No | | | | |
| Williamson, Brett | 13-20011-KHV | Flannigan | No | Yes | 1/7/2019 | Additonal disc of calls and three derivative reports given to the Court 2/14/2019 | 1/7/2019 - 1 DVD/CD, Subpoena to USMS; emails; 2 DVDs Marked as Exhibits; 2 Jail Transcripts marked as exhibits  2/14/2019 - Add'l DVD and 3 reports  Group Flash Drive | 11/22/13 email from USMS (Def. Exh. 601-002) ; 1/21/14 USMS request form from Kim Flannigan (Def. Exh. 601-005) |
| Wilson, Timothy | 07-20072-JWL | Catania, Maag | No | No | | File has been requested from Federal Records Center | | |
| Wilson, Timothy | 11-20120-CM | Catania | No | No | | File has been requested from Federal Records Center | | |
| Wilson, Timothy | 15-20081-CM | Ward, Brown, Capwell, Gurney | No | No | | | | |
| Woods, James Justin | 11-40046-JWL | Slinkard, Maag | No | No | | | | |

| Wright, Eric | 09-20117-KHV | Krug | No | Yes, see note | | No calls found, but found photo copy of call disc believed to have been given to defense | 2 Discovery Letters; List of discovery items; CCA Call Report 7/25/16-8/15/16; Photo copy of DVD | |
|---|---|---|---|---|---|---|---|---|
| Yan, Wengui | 13-20134-CM | Rask, Resler, D. Smith, Walczewski, Williams | No | No | | | | |

**Oakley, Chris (USAKS)**

| | |
|---|---|
| **From:** | Herron Henry <Henry.Herron@ci.irs.gov> |
| **Sent:** | Thursday, March 09, 2017 9:02 AM |
| **To:** | Oakley, Chris (USAKS) |
| **Subject:** | FW: Jail Calls |

Per our conversation.

---

**From:** Oakley, Chris (USAKS) [mailto:Chris.Oakley@usdoj.gov]
**Sent:** Friday, August 17, 2012 2:31 PM
**To:** Herron Henry; 'Kent.Leiker@jocogov.org'; CConn@hudoig.gov; Micky Rantz
**Cc:** Wamble, Jabari (USAKS)
**Subject:** Jail Calls

I have the jail calls, and have been listening to a few (there's some good stuff). One thing we need to be cognizant of is respecting her attorney-client privilege rights. There is one phone call that I've found to Kurt Kerns' office. I stopped listening immediately after the receptionist answered the phone and identified herself. Since we don't know what attorneys, in addition to Kerns (who is not representing her), she called, we can't "block" those numbers from the calls that CCA gives us. Any conversation with any attorney she consults with, even if she doesn't ultimately hire that attorney, is subject to the privilege.

Chris Oakley
Assistant U.S. Attorney
District of Kansas
500 State Ave.
Kansas City, KS 66101
913-551-6730



DEFENDANT'S EXHIBIT
716
16-20032-02-JAR

## DECLARATION OF KURT P. KERNS

I, Kurt P. Kerns, hereby state as follows under the penalty of perjury:

1. I am an attorney licensed in Kansas and in the District of Kansas. I have been in practice since 1991 and during that time my practice has primarily been criminal defense. I represent clients in both federal and state courts. In some cases I am appointed; in some I am retained.

2. I have been on the CJA Panel for many years.

3. My primary office phone number is 316-265-5511. This was also my primary office number in 2012.

4. Incarcerated individuals sometimes call my office, at the above number, seeking legal advice. These calls, even though I have not been appointed or retained to represent the person, are confidential and privileged.

5. I have recently been provided information showing that Mendy Forbes, a defendant in a federal criminal case in Kansas City, Kansas, called my office on August 8, 2012 and August 13, 2012. I do not recall speaking with Ms. Forbes, although it is entirely possible that I spoke with her and just do not remember the phone conversation. I was never retained nor appointed to represent Ms. Forbes.

6. Neither Chris Oakley nor anyone from the United States Attorney's Office ever notified me that they possessed recorded phone calls between my office and Mendy Forbes. Nor did anyone in law enforcement ever notify me about these recordings. The first I learned of the recorded calls was in February 2019, when I was notified by the Kansas Federal Public Defender Office

DEFENDANT'S EXHIBIT
717
16-20032-02-JAR

7.  Had I been told that such calls were in the possession of the USAO, I would have requested either that they immediately destroy the recordings or that they turn the recordings over to me. I also believe that if I had been notified that calls to my office had been recorded, that I would have taken steps to find out whether there was some action I could take to make certain any future calls from CCA to my office were not recorded.

I hereby swear under penalty of perjury that the foregoing statements in this Declaration are true and accurate.

2 - 10 - 19
_____                              _____
Date                                         Kurt P. Kerns

# UNITED STATES MARSHALS SERVICE
## DISTRICT OF KANSAS

REQUEST FOR CCA RECORDED (PHONE) CONVERSATIONS

DATE: 3/31/16

NAME (REQUESTER): AUSA Trent Krug

CONTACT INFO – PHONE AND EMAIL

913-551-6730

Trent.Krug@usdoj.gov

AGENCY: USA

DATES OF REQUESTED RECORDINGS: 2/23/16-4/1/2016

INMATE NAME: Luis Villa-Valencia

REGISTER NUMBER: 27915-031

SPECIFIC REASON FOR REQUEST: Discovery/Investigation

NOTE: ATTORNEY/CLIENT CONVERSATIONS WILL NOT BE INCLUDED IN THESE RECORDINGS



DEFENDANT'S
EXHIBIT
**718**
16-20032-02-JAR

| From: | Hoffer, Roland (USMS) |
|---|---|
| To: | Kistler, Sandie (USAKS) |
| Subject: | Re: CCA Call Requests |
| Date: | Thursday, March 31, 2016 2:50:51 PM |

Will do

Roland Hoffer
DUSM

> On Mar 31, 2016, at 2:40 PM, Kistler, Sandie (USAKS) <Sandie.Kistler@usdoj.gov> wrote:
>
> Attached are several requests. Could you please order these for me?
>
> Thanks,
> Sandie
>
> <CCA Call Requests.pdf>

10.63.0.21-5333c5ef0a3f00154031409321f3c683

UM CALLS UF. UM GIVES UF A CELL PHONE CODE. THE CODE IS 1999. UM WILL CALL UF LATER AFTER SHE CHARGES THE CELL PHONE SO SHE CAN GIVE HIM SOME CONTACT INFO. CALL ENDS.

10.62.0.21-33e8d2a70a3e00157c2a2201052b19e4

UM#1 CALLS UM #2. THEY TALK ABOUT NON-PERTINENT THINGS. UM #1 TELLS UM #2 THAT HE IS FACING 10 YEARS, UM #2 TELLS UM #1 TO SAY "THE SAME THING" WHEN HE IS ASKED ABOUT THE CASE. THEY DISCUSS OTHER NON-PERTINENT ISSUES. CALL ENDS.

10.61.0.21-8f69216e0a3d00156c2d2fb6bfe47203

UM CALLS UF. UM MENTIONS SOMETHING ABOUT TRANSPORTING SOME PHONES, HE TELLS UF TO DISCONECT ALL THE PHONES AND THAT THEY CAN TURN THEM ON LATER. CALL ENDS.

10.61.0.21-53fc937c0a3d00156c2d2fb6d32d44b8

UM CALLS UF. CHILD GETS ON THE PHONE. THEY TALK ABOUT NON-PERTINENT THINGS. UF GETS BACK ON THE PHONE AND TELLS UM THAT THE PHONE PASSWORD IS NOT 1999. UM GETS FRUSTRATED AND TELLS HER TO TRY 1800. UF TELLS HIM IT DIDN'T WORK. UM TELLS UF HE DOES REMEMBER PASSWORD AND THAT HE WILL TRY TO REMEMBER IT OVERNIGHT. CALL ENDS.

10.61.0.21-5d808c170a3d00156c2d2fb67d976950

UM CALLS UF. CHILD GETS ON THE PHONE. UF GETS BACK ON PHONE, SHE ASKS UM IF HE REMEMBERED THE PIN NUMBER. UM TELLS HER IT MIGHT BE 3500. SHE WILL TRY THE PASSWORD LATER. CALL ENDS.

10.64.0.21-2f7f7f150a4000157f5f11660ae9e755

UM CALLS UF. THEY DISCUSS NON-PERTINENT THINGS. CHILD GETS ON THE PHONE. UF TELLS UM THAT A "LUIS" WANTS TO KILL HIM BECAUSE HE MOLESTED "JACKY" WHEN SHE WAS 16 YEARS OLD. UF TELLS UM THAT THERE IS EVIDENCE TO PROVE THESE STATEMENTS. A GUY NAMED "GUERO" IS AN EYE WITNESS WHEN THE 16 YEAR OLD SNEAKED OUT TO SEE UM. THEY KEEP DISCUSSING THIS ISSUE. CALL ENDS.

10.65.0.21-5ccf52b20a410015228637c319a8664d
ATTORNEY/CLIENT CALL

10.66.0.21-397564b50a42001517e6878b8504814f

UM CALLS UF. UF TELLS UM THAT ATTONEY SAID IT'S VERY IMPORTANT THAT HE
NOT TO TALK TO OSCAR. ATTORNEY SAID THE GOVERNMENT HAS A RECORDED
STATEMENT UM GAVE PREVIOUSLY. UM TALKS ABOUT THE POSSIBILITY OF
COOPERATING AND PROVING THAT HE HAD A LEGITIMATE JOB. THEY DISCUSS
OTHER NON-PERTINENT ISSUES. CALL ENDS.

10.67.0.21-7c4cfdd90a43001571780051 7cb6dc3b

UM #1 CALLS UM #2. THEY DISCUSS NON-PERTINENT ISSUES ABOUT THE
ATTORNEY AND THE CASE. UM #2 TELLS UM #1 TO TALK TO OSCAR OR HIS
ATTORNEY SO HE CAN TELL THE TRUTH. UM#2 TELLS UM#1 THAT HE IS PAYING
FOR OSCAR'S MISTAKES, THEY MENTION THAT OSCAR IS FACING LIFE IN PRISON.
CALL ENDS.

10.67.0.21-bf6fdac80a43001571780051e5bdc0c7

UM #1 CALLS UM #2. THEY TALK ABOUT NON-PERTINENT ISSUES. DURING
CONVERSATION UM #2 MENTIONS SOMETHING ABOUT A COOKOUT AT SOME
RIVER AFTER HOLY WEEK. UM #2 MENTIONS SOME OTHER GUYS FROM THE
PARTY HE TALKS ABOUT ENRIQUE, PAYO AND HIS SON-IN-LAW, THEY WERE
WASTED AND PAYO'S SON-IN-LAW WHO RECENTLY GOT A BRAND NEW 9MM
WAS TRYING TO SHOOT IT. UM #1 TELLS UM #2 NOT TO TALK ABOUT THOSE
KINDS OF THINGS OVER THE PHONE, THEY QUICKLY CHANGE THE SUBJECT AND
TALK ABOUT NON-PERTINENT THINGS. CALL ENDS.

10.65.0.21-441576860a410015228637c349170a85

UM #1 CALLS UM #2. UM #2 SAID HE IS GOING TO DO A JOB. UM #1 TALKS ABOUT
HIRING A PRIVATE INVESTIGATOR TO GATHER EVIDENCE ON HIS BEHALF
BECAUSE HE IS FACING A MINIMUM OF 10 YEARS. UM#1 IS 100% CERTAIN THAT
THEY WON'T FIND ANY EVIDENCE OR VIDEOS OF HIM DOING ANY OF "THAT".
CALL ENDS.

| | |
|---|---|
| **From:** | Duston Slinkard |
| **To:** | Melody Brannon |
| **Cc:** | Jennifer Wilson |
| **Subject:** | RE: US v. Black phone discovery |
| **Date:** | Monday, February 11, 2019 4:16:04 PM |

Melody,

After checking with the Trent Krug, who was the AUSA on the case, what you describe as notes in the document you sent are translation summaries provided by Sara Gardner. I asked Trent to check, and dased upon discovery dissemination letters, Villa-Valencia's calls, from which these summaries were prepared, were distributed to defense counsel in the case in Round 2 of discovery on April 11, 2016, and these summaries were distributed in Round 4 of discovery on May 3, 2016.

Thank you,
Duston J. Slinkard, FAUSA
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853

---

**From:** Melody Brannon <Melody_Brannon@fd.org>
**Sent:** Tuesday, February 05, 2019 9:36 AM
**To:** Slinkard, Duston (USAKS) <DSlinkard@usa.doj.gov>
**Cc:** Jennifer Wilson <Jennifer_Wilson@fd.org>
**Subject:** US v. Black phone discovery

Duston,

The first pages of this document appear to be notes from someone who was reviewing CCA calls in Villa-Valencia. Do you know, or would you please find out, the provenance of those notes?

Thanks.

Melody Brannon
Federal Public Defender
District of Kansas
117 S.W. 6th Street, Suite 200
Topeka, Kansas 66603
785.232.9828
785.246.6012

## In the United States District Court
## for the District of Kansas

---

**United States of America**,

 Plaintiff,

v.

 Case No. **16-cr-20032-JAR-02**

**Karl Carter,**

 Defendant.

---

## Stipulation of the Parties

---

The FPD, by and through Melody Brannon, and the USAO, by and through FAUSA Duston Slinkard, stipulate that the following facts are true and correct, and ask the Court to accept the stipulation as true and correct:

1.  The USAO provided the documents marked for admission as Defense Exhibit 718 in January 2019 in response to the defense motion for phone discovery, D.E. 572 and this Court's corresponding Order, D.E. 705.

2.  AUSA Trent Krug requested CCA to produce recorded calls made by defendant Luis Villa-Valencia, who was charged in case number 16-cr-20008-CM-7 (Exh. 718, pp. 1 & 2).

DEFENDANT'S
EXHIBIT

**718A**

16-20032-02-JAR

3. Mr. Villa-Valencia was a Spanish speaker, and AUSA Krug asked Sara Gardner of Interpreters, Inc., to review and summarize the calls for him.

4. Gardner listened to and interpreted some of the calls; portions of her notes report one "attorney/client call," without elaboration. (Exh. 718, pp. 3 &4).

Dated this 14th day of February, 2019.


Stipulated:


 s/ Melody Brannon
Melody Brannon #17612
Federal Public Defender
for the District of Kansas
117 SW 6th Avenue, Suite 200
Topeka, Kansas 66603-3840
Phone: (785) 232-9828
E-mail: Melody_Brannon@fd.org


 s/ Duston Slinkard
Duston Slinkard, #21294
First Assistant United States Attorney
444 S.E. Quincy
Topeka, KS 66683
Phone: 785-295-2850
Fax: 785-295-2853
Email: duston.slinkard@usdoj.org

# U.S. DEPARTMENT OF JUSTICE/DRUG ENFORCEMENT ADMINISTRATION
# SUBPOENA

In the matter of the investigation of
Case No: IE-12-2203
Subpoena No. IE-16-764060

**TO:** CCA
AT: COS Roger Moore Jr.
100 Highway Terrace Lansing, KS

**PHONE:** 9136806852
**FAX:** 9137272231

**GREETING:** By the service of this subpoena upon you by TFO Kyle Twaddle who is authorized to serve it, you are hereby commanded and required to appear before TFO Twaddle, an officer of the Drug Enforcement Administration to give testimony and to bring with you and produce for examination the following books, records, and papers at the time and place hereinafter set forth:

Pursuant to a lawful investigation of violations of the Controlled Substances Act, 21 U.S.C & 801 et seq., you are to provide all information in your possession regarding telephone calls made to approved telephone numbers listed on inmate MICHELLE REULET approved telephone list, for the period of July 6th, 2016 to present. This request includes the actual recorded content of those telephone calls and the date, time and duration of each call. Additionally, you are to provide copies of any physical mail addressed to/from inmate MICHELLE REULET, with the exception of privileged legal correspondence, for the period of July 6th, 2016 to present.

Please do not disclose the existence of this request or investigation for an indefinite time period. Any such disclosure could impede the criminal investigation being conducted and interfere with the enforcement of the Controlled Substances Act.

Please direct questions concerning this subpoena and/or responses to TFO Kyle Twaddle, 913-951-4122.

Place and time for appearance: At 7600 College Blvd Suite 100 Overland Park KS 66210 United States on the 29th day of July, 2016 at 09:00 AM. In lieu of personal appearance, please email records to Kyle.W.Twaddle@usdoj.gov.

Failure to comply with this subpoena will render you liable to proceedings in the district court of the United States to enforce obedience to the requirements of this subpoena, and to punish default or disobedience.

Issued under authority of Sec. 506 of the Comprehensive Drug
Abuse Prevention and Control Act of 1970, Public Law No. 91-513
(21 U.S.C. 876)
**ORIGINAL**

Signature _____
John F. Shannon
GS

Issued this 18th day of Jul 2016

FORM DEA-79

DEFENDANT'S
EXHIBIT
**719**
16-20032-02-JAR

# U.S. DEPARTMENT OF JUSTICE/DRUG ENFORCEMENT ADMINISTRATION
## SUBPOENA

In the matter of the investigation of
Case No: IE-12-2203
Subpoena No. IE-16-797526

**TO:** CCA
AT: 100 Highway Terrace Lansing, KS

**PHONE:** 9136806852
**FAX:** 9137272231

**GREETING:** By the service of this subpoena upon you by TFO Kyle Twaddle who is authorized to serve it, you are hereby commanded and required to appear before TFO Twaddle, an officer of the Drug Enforcement Administration to give testimony and to bring with you and produce for examination the following books, records, and papers at the time and place hereinafter set forth:

Pursuant to a lawful investigation of violations of the Controlled Substances Act, 21 U.S.C & 801 et seq., you are to provide all information in your possession regarding telephone calls made to approved telephone numbers listed on inmate MICHELLE REULET approved telephone list, for the period of July 24th, 2016 to present. This request includes the actual recorded content of those telephone calls and the date, time and duration of each call. Additionally, you are to provide copies of any physical mail addressed to/from inmate MICHELLE REULET, with the exception of privileged legal correspondence, for the period of July 24th, 2016 to present.

Please do not disclose the existence of this request or investigation for an indefinite time period. Any such disclosure could impede the criminal investigation being conducted and interfere with the enforcement of the Controlled Substances Act.

Please direct questions concerning this subpoena and/or responses to TFO Kyle Twaddle, 913-951-4122.

Place and time for appearance: At 7600 College Blvd Suite 100 Overland Park KS 66210 United States on the 12th day of August, 2016 at 09:00 AM. In lieu of personal appearance, please email records to Kyle.W.Twaddle@usdoj.gov.

Failure to comply with this subpoena will render you liable to proceedings in the district court of the United States to enforce obedience to the requirements of this subpoena, and to punish default or disobedience.

Issued under authority of Sec. 506 of the Comprehensive Drug
Abuse Prevention and Control Act of 1970, Public Law No. 91-513
(21 U.S.C. 876)
## ORIGINAL

Signature:

John F. Shannon
GS

Issued this 1st day of Aug 2016

FORM DEA-79



## America's Leader in Partnership Corrections

**Leavenworth Detention Center**
100 Highway Terrace
Leavenworth, Kansas 66048

**DATE: November 28, 2016**
**TO: US Attorney Jared S. Maag**

**SUBJECT: Subpoena Phone Records**
**Per your request the phone records for Inmate Lawton, Quentin #11887031 are enclosed excluding phone numbers 785-232-9828 and 785-246-6004. The records for numbers 785-506-1485 (2 calls), 707-419-2998 (No calls),785-969-1993 (1 call), 785-506-6340 (1 call) and 785-845-5880 (No calls) are 3 separate discs with call logs. If you have any questions please call or email. 913-680-6852 or** **wayne.bigelow@cca.com**. **Thanks, Wayne Bigelow**

I TOOK RECORDS
TO JEFF AT
USMS.

DEFENDANT'S
EXHIBIT
**720**
16-20032-02-JAR

AO 110  (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

### SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To:  LEAVENWORTH DETENTION CENTER; Attn: Sgt. Wayne Bigelow
100 Highway Terrace; Leavenworth, KS 66048                     2016R00285-001

**YOU ARE COMMANDED** to appear in this United States district court at the time, date and place shown below to testify before the court's grand jury.  When you arrive, you must remain at the cour⁺     e judge or a court officer allows you to leave.

Place:  United States Courthouse
444 SE Quincy                 *Topeka co⁻*
Topeka KS 66683-3589

You must also bring with you the following doc     *if not applicable)*:
PLEASE SEE ATTACHMENT. (PLEASE INCLUDE A COPY

PLEASE NOTE:  This subpoena is issued pursuant to a Federal Gra
issuance of this subpoena except to such officers and employees nece
such disclosure could impede the investigation being conducted and th

IN LIEU OF YOUR PERSONAL APPEARANCE before the Federal G
addressed:  Grand Jury Foreman; c/o Jared S. Maag, Assistant U.S. Attorn
above documents have not been received on or before December 14, 2016,
designated date and time to provide testimony concerning said documents.

Date:  November 21, 2016          *TIMOTH*
                                 *CLERK OF*

The name, address, e-mail, and telephone number of the United States attorney, o          ...es attorney, who requests this subpoena, are:
Jared S. Maag
444 SE Quincy, Rm 290
Topeka, KS  66683
785-295-2850

## ATTACHMENT

Quentin Lawton
11887-031

Please provide recordings of all telephone calls while in the custody of both USMS and BOP that occurred at CCA from 4/24/2016 – 11/17/2016.

In addition please include all phone recordings placed to the following numbers from 4/24/2016 – 5/10/2016:

      785-506-1485 ✓
      707-419-2998 ✓
      785-969-1993 ✓
      785-506-6340 ✓
      785-845-5880 ✓

**\*\*\* Excluding all calls to and from the following phone numbers 785-232-9828 and 785-246-6004.**

**Treadway, Tanya (USAKS)**

RE: Who at the DEA can get me an administrative subpena for CCA calls?

**From:** Treadway, Tanya (USAKS)
**To:** Smith, Erik (DEA) [Erik.Smith@usdoj.gov]; Schrock, John R. (DEA) [John.R.Schrock@usdoj.gov]
**Cc:** Hixson, Todd M. (DEA) [Todd.M.Hixson@usdoj.gov]; Hobbs, Roger E (DEA) [Roger.E.Hobbs@usdoj.gov]
**Date:** Wed, May 25, 2016 12:25 PM ET

It is an indicted case. The Court Case Number is 14-40005-03-DDC.

The Case # on the various interview reports, etc. is: IE-12-2203. It is an OCDETF case. Honey Badger.

The name is Michelle Reulet. I do not have inmate account #.

We will want all of her calls, except for calls with attorney, Melanie Morgan, whose # is (816) 471-6694 (office); (913) 707-1990 (cell)

Thank you! Let me know what else you need.

---

**From:** Smith, Erik [mailto:Erik.Smith@usdoj.gov]
**Sent:** Wednesday, May 25, 2016 11:13 AM
**To:** Schrock, John R. (DEA); Treadway, Tanya (USAKS)
**Cc:** Hixson, Todd M. (DEA); Hobbs, Roger E (DEA)
**Subject:** RE: Who at the DEA can get me an administrative subpena for CCA calls?

Tanya,

Todd Hixson is away from the office this morning; Mike Holder is on annual leave. Presuming the request for CCA calls is related to an ongoing DEA investigation, you can provide that case number along with the specifics of what name, number, inmate account, etc. you are requesting and I will task the Diversion Intel Analyst (Roger Hobbs, copied on this) to issue the subpoena.

If there is no existing DEA investigation, give me a call on my cell and we can establish the appropriate nexus and I'll have it issued under the applicable DEA General File.

*Erik Smith*
*Supervisory Special Agent*
*Kansas City District Office*
*913.951.4072 (desk)*
*913.593.3538 (cell)*

---

**From:** Schrock, John R.
**Sent:** Wednesday, May 25, 2016 10:54 AM
**To:** Treadway, Tanya (USAKS); Smith, Erik
**Subject:** RE: Who at the DEA can get me an administrative subpena for CCA calls?

Erik Smith cc on the email.

Please reply erik so I can verify we have a resource on this for USAO.

-------- Original Message --------

Subject: RE: Who at the DEA can get me an administrative subpena for CCA calls?

From: "Treadway, Tanya (USAKS)" <Tanya.Treadway@usdoj.gov>

Date: May 25, 2016, 11:48 AM

To: "Schrock, John R." <JRSchrock@DEA.USDOJ.GOV>

I sent him an email. Never heard back.

---

**From:** Schrock, John R. [mailto:John.R.Schrock@usdoj.gov]
**Sent:** Wednesday, May 25, 2016 10:18 AM
**To:** Treadway, Tanya (USAKS)
**Subject:** Re: Who at the DEA can get me an administrative subpena for CCA calls?

Told Hixson can assign it.

-------- Original Message --------

Subject: Who at the DEA can get me an administrative subpena for CCA calls?

From: "Treadway, Tanya (USAKS)" <Tanya.Treadway@usdoj.gov>

Date: May 25, 2016, 9:52 AM



To: "Schrock, John R." <JRSchrock@DEA.USDOJ.GOV>

Mike Holder is out until June 9th, and I need someone to jump on this immediately.

**Treadway, Tanya (USAKS)**

| | |
|---|---|
| **From:** | Fitzpatrick, Brendan F. <Brendan.F.Fitzpatrick@usdoj.gov> |
| **Sent:** | Wednesday, August 10, 2016 11:30 AM |
| **To:** | Treadway, Tanya (USAKS) |
| **Cc:** | Twaddle, Kyle W (DEA); Hixson, Michael T. (Todd) (DEA); Smotherman, Sean S. (DEA) |
| **Subject:** | Taint Agent/IE-12-2203 |

Tanya,

SA Sean Smotherman will be our taint agent for any future CCA phone calls we receive. We'll have him review the subpoena response before they are processed as evidence. Also, Kyle included language on the latest subpoena asking CCA to exclude the two numbers. Hopefully that takes care of any issues.

## Jason Diaz

| | |
|---|---|
| **From:** | Tomasic, Erin (USAKS) <Erin.Tomasic@usdoj.gov> |
| **Sent:** | Saturday, May 24, 2014 4:41 PM |
| **To:** | Zabel, David (USAKS) |
| **Cc:** | Jason Diaz |
| **Subject:** | Re: DILLOW |

I only turn them over if I'm gonna use them.   I think defense appreciates this BBC they feel obligated to listen to all if we disseminate them.

Sent from my iPhone

On May 23, 2014, at 11:37 AM, "Zabel, David (USAKS)" <DZabel@usa.doj.gov<mailto:DZabel@usa.doj.gov>> wrote:

Thanks Jason. Jeff did bring by the CDs.

Erin, given the phone calls don't have anything pertinent on them, Jason & I were discussing whether he should turn them over to us (I think the answer to that is probably "yes" - & we would disclose in discovery) and whether he should do a report concerning the calls.  Given there doesn't appear to be anything inculpatory or exculpatory I wasn't sure if a report was necessary but I defer to you given you have a lot more recent experience than I do w/ jail phone calls.

Jason, Erin & I are both out of town (I'm leaving now) until Tuesday but call my cell if anything comes up.

Thanks,
Dave

From: Jason Diaz [mailto:Jason.Diaz@KBI.STATE.KS.US]
Sent: Friday, May 23, 2014 10:54 AM
To: Zabel, David (USAKS)
Subject: DILLOW

If you don't have the CD yet, you will soon.  Stokes has it and will deliver it today.

I listened to every phone call in its entirety.   He is pretty careful and says several times to people not to say anything on the phone.  I will continue to review the calls as they come in through so we don't miss anything.

Let me know if you need anything else

SSA Jason Diaz
Kansas Bureau of Investigation
Southeast Kansas Drug Enforcement Task Force
821 N. Broadway
Pittsburg KS 66762
Cell – 620-282-2017
Jason.diaz@kbi.state.ks.us<mailto:Jason.diaz@kbi.state.ks.us>



DEFENDANT'S
EXHIBIT
**722**
16-20032-02-JAR

This email transmission and any attachments are for the exclusive use of the intended recipient(s) to whom addressed and may contain information that is confidential, privileged or exempt from public disclosure and which is the sole property of the Kansas Bureau of Investigation. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient or believe you received this communication in error, please contact the sender at (785) 296-8200; permanently delete this message from your system, without first forwarding or replying to it; and destroy and delete any and all copies or printouts of this email and any attachments thereto.

**From:**      Collins, Matthew
**Subject:**   RE: Griffin - CCA call request
**To:**        'Hoffer, Roland (USMS)'
**Sent:**      January 29, 2014 12:50 PM (UTC-07:00)
**Attached:**  Damon Griffin 24219031 callDetailReport.pdf, 785-248-4092 callDetailReport.pdf

Brett,

Attached are the only telephone calls he has attempted to call.  He has not completed any calls as of right now using the Securus inmate telephone system.  There is a possibility that during his classification in segregation that he was allowed one call using the Case Managers office telephone.  I am checking on that right now and will let you know as soon as I know.

Thanks,

Matt

---

**From:** Hoffer, Roland (USMS) [mailto:Roland.Hoffer@usdoj.gov]
**Sent:** Wednesday, January 29, 2014 12:59 PM
**To:** Collins, Matthew
**Subject:** Fw: Griffin - CCA call request

Matt, please read the request and expedite if possible. Thanks. R/H

---

**From**: Kaiser, Bonnie (USAKS) [Contractor] [mailto:Bonnie.Kaiser@usdoj.gov]
**Sent**: Wednesday, January 29, 2014 12:41 PM
**To**: Hoffer, Roland (USMS)
**Cc**: Tomasic, Erin (USAKS)
**Subject**: Griffin - CCA call request


<<CCA call request.pdf>>

Thank you.

Bonnie Kaiser

[Contractor], Legal Assistant

U.S. Attorney's Office, District of Kansas

500 State Avenue, Suite 360

Kansas City, KS 66101

Ph: 913-551-6749

Bonnie.Kaiser@usdoj.gov


See how CCA is making a difference


DEFENDANT'S
EXHIBIT
**723**
16-20032-02-JAR

# Kansas Federal Public Defender

www.ks.fd.org



Federal Public Defender Melody Brannon
First Assistant Federal Public Defender Kirk Redmond

Topeka Division Attorneys
Branden A. Bell
Rich Federico
Carl Folsom
Andrew McGowan
Paige A. Nichols
Kathryn D. Stevenson

January 16, 2019

_Delivered via email_
Stephen McAllister
U.S. Attorney
Stephen.McAllister@usdoj.gov

Duston Slinkard
Criminal Chief
Duston.Slinkard@usdoj.gov

Dear Counsel:

In the past, when the FPD filed a petition for § 2255 relief in an individual case related to the _Black/Carter_ investigation, I also sent a letter inviting the government to discuss an agreed resolution for that specific case. As the government has not accepted this invitation in any case, I don't intend to send a specific invitation with new filings or amendments. Instead, should the government be inclined to negotiate a resolution in any of these cases, please know we are ready and willing to discuss.

Let me know if you have any questions.

Thank you.

Respectfully,

_s/Melody Brannon_
Melody Brannon
Federal Public Defender



DEFENDANT'S
EXHIBIT
724
16-20032-02-JAR

Kansas City Division
500 State Ave, Room 201
Kansas City, Kansas 66101
Tel 913.551.6712
Fax 913.551.6562

Topeka Division
117 SW 6th Ave, Ste 200
Topeka, Kansas 66603
Tel 785.232.9828
Fax 785.232.9886

Wichita Division
301 N Main, Ste 850
Wichita, Kansas 67202
Tel 316.269.6445
Fax 316.269.6175