# EXHIBIT SHEET

Case No:    16-20032                               Special Master Additional Exhibits

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1207 | Email, 8/11/2016, Metzger to Barnett, Beall | | | x | |
| 1208 | Email, 10/29/2016, Metzger to Barnett, Beall | | | x | |
| 1209 | Email, 11/10/2016, Metzger to Barnett, et al | | | x | |
| 1210 | Email, 11/16/2016, Metzger to Barnett | | | x | |
| 1211 | Email, 11/22/2016, Barnett to Metzger/Beall | | | x | |
| 1212 | Email, 12/5/2016, Steeby to Metzger | | | x | |
| 1213 | Email, 12/7/2016, Metzger to Allman | | | x | |
| 1214 | Email, 12/20/2016, Rapstine to Metzger | | | x | |
| 1215 | Email, 2/28/2017, Rask to Metzger | | | x | |
| 1216 | Email, 5/19/2017, Metzger to AUSAs | | | x | |
| 1217 | Pages of USA P8-16.200.003 | | | x | |
| 1218 | Email, 5/19/2017, Metzger to Bonnie Curtin | | | x | |
| 1219 | Email, 5/19/2017, Metzger to AUSAs | | | x | |
| 1220 | Email, 5/19/2017, Metzger to Bonnie Curtin | | | x | |
| 1221 | Email, 5/19/2017, Metzger to S. Catania | | | x | |
| 1222 | Email, 5/19/2017, Metzger to R. Miller | | | x | |
| 1223 | Email, 5/22/2017, Metzger to Barnett | | | x | |
| 1224 | Email, 5/22/2017, Miller to C. Oakley | | | x | |
| 1225 | Email, 6/13/2017, Miller to Bonnie Curtin | | | x | |
| 1226 | Email, 5/22/2017, J. Moore to Steeby | | | x | |
| 1227 | Group emails, 6/5/2017, Metzger to R. Miller | | | x | |
| 1228 | Group exhibit, samples of Attachment 4 | | | x | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1229 | Email 6/24/2016, Rokusek-Tomasic | | | x | |
| 1230 | Email 6/22/2016, Tomasic-Flannigan | | | x | |
| 1231 | Email 8/8/2016, Boyd-Tomasic | | | x | |
| 1232 | Email 8/4/2016, Rask-Tomasic | | | x | |
| 1233 | Email 8/5/2016, Barnett-USAKS | | | x | |
| 1234 | Email 8/7/2016, Seubert-Barnett | | | x | |
| 1235 | Group emails 8/6/16, Barnett to KSD | | | x | |
| 1236 | Email 8/8/2016, Rask to AUSAs | | | x | |
| 1237 | Email 8/8/2016, Seubert-Flanigan | | | x | |
| 1238 | Email 8/8/2016, Rask-Oakley | | | x | |
| 1239 | Email 8/9/2016, Catania-AUSAs | | | x | |
| 1240 | Email 8/9/2016, Flannigan-Tomasic | | | x | |
| 1241 | Email 8/9/2016, Porter-Tomasic | | | x | |
| 1242 | Email 8/10/2016, Seubert-Barnett | | | x | |
| 1243 | Email 8/11/2016, Barnett-Flannigan | | | x | |
| 1244 | Email 8/15/2016, Tomasic-AUSAs | | | x | |
| 1245 | Email, 8/16/2016, Rask-Barnett | | | x | |
| 1246 | Email 8/19/2016, Rask-AUSAs | | | x | |
| 1247 | Email 8/19/2016, Capwell-Tomasic | | | x | |
| 1248 | Email 8/23/2016, Tomasic-AUSAs | | | x | |
| 1249 | Email 8/25/2016, Tomasic-Flannigan | | | x | |
| 1250 | Email 8/25/2016, Metzger-Tomasic | | | x | |
| 1251 | Email 8/26/2016, Metzger-Flannigan | | | x | |
| 1252 | Handwritten notes, D. Barnett 8/26/2016 | | | x | |
| 1253 | Handwritten notes, D. Barnett 8/29/2016 | | | x | |
| 1254 | Email 8/31/2016, Flannigan-Metzger | | | x | |
| 1255 | Group emails, 9/8/2016, Zabel-Tomasic | | | x | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1256 | Email 9/19/2016, Metzger-Barnett | | | x | |
| 1257 | Email 9/21/2016, Flannigan-Barnett | | | x | |
| 1258 | Email 9/25/2016, Beall-Hunt | | | x | |
| 1259 | Email 10/6/2016, Tomasic-Caples | | | x | |
| 1260 | Email 10/7/2016, Flannigan-USAKS | | | x | |
| 1261 | Email 10/13/2016, Tomasic-Flannigan | | | x | |
| 1262 | Email 10/20/2016, Ward-Tomasic | | | x | |
| 1263 | Email 10/27/2016, Flannigan-Rask | | | x | |
| 1264 | Email 10/31/2016, Boyd-Oakley | | | x | |
| 1265 | Email 11/6/2016, Metzger-Miller | | | x | |
| 1266 | Email 11/17/2016, Oakley-Barnett | | | x | |
| 1267 | Email 11/29/2016, Cohen-Metzger | | | x | |
| 1268 | Email 11/30/2016, Metzger-Cohen | | | x | |
| 1269 | Email 12/1/2016, Metzger-Beall | | | x | |
| 1270 | Email 12/5/2016, Metzger-Steeby | | | x | |
| 1271 | Email 12/9/2016, Metzger-Cohen | | | x | |
| 1272 | Email 12/12/2016, Steeby-Metzger | | | x | |
| 1273 | Email 12/13/2016, Metzger-Steeby | | | x | |
| 1274 | Email 12/14/2016, Steeby-Metzger | | | x | |
| 1275 | Email, 1/11/2017, McPherron-Metzger | | | x | |
| 1276 | Email, 1/13/2017, Steeby-Rask | | | x | |
| 1277 | Email, 1/9/2017, Metzger-Cohen | | | x | |
| 1278 | Email, 1/30/2017, Miller-USAKS | | | x | |
| 1279 | Email, 2/17/2017, Metzger-Steeby | | | x | |
| 1280 | Email 3/13/2017, Metzger-Flannigan | | | x | |
| 1281 | Email 2/24/2017, Flannigan-R. Johnson | | | x | |
| 1282 | Email 3/9/2017, Morehead-Catania | | | x | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1283 | Email 4/27/2017, Tomasic-Parker | | | x | |
| 1284 | Email 5/22/2017, Rask-Oakley | | | x | |
| 1285 | Email, 5/20/2017, Rask -Boyd | | | x | |
| 1286 | Email, 5/24/2017, Tomasic-KSD | | | x | |
| 1287 | Group emails 5/24/2017, Metzger-Smith | | | x | |
| 1288 | Email 5/18/2017, Metzger-Beall | | | x | |
| 1289 | Email 6/22/2017, Metzger-Barnett | | | x | |
| 1290 | Email 6/30/2017, Miller-Beall | | | x | |
| 1291 | Email 7/7/2017, Metzger-Cohen | | | x | |
| 1292 | Email 7/26/2017, Metzger-Steeby | | | x | |
| 1293 | Email 9/8/2017, Steeby-Rask | | | x | |
| 1294 | Email 10/2/2017, Metzger-Flannigan | | | x | |
| 1295 | Email 6/5/2018, Miller-JAR | | | x | |
| 1296 | Group emails 11/1/2017, Beall-Cohen | | | x | |
| 1297 | Email 2/1/2016, Grissom-USAKS | | | x | |
| 1298 | Email 9/24/2018 McAllister-VanBebber | | | x | |
| 1299 | Email 7/27/2018 Rosenstein-Cohen | | | x | |
| 1300 | Email and Procedures 12/1/2014 Maag-USAKS | | | x | |
| 1301 | Carter_Doc8 | | | x | |