In the United States District Court
for the District of Kansas

---

**United States of America**,

                Plaintiff,

v.

                                      Case No. **16-cr-20032-JAR-02**

**Karl Carter,**

                Defendant.

---

### Federal Public Defender's Exhibit List

---

The Federal Public Defender's Office submits the updated attached exhibit list through Defense Exhibit 724.

                                      Respectfully submitted,

                                      s/ Melody Brannon
                                      MELODY BRANNON #17612
                                      Federal Public Defender
                                      for the District of Kansas
                                      117 SW 6th Avenue, Suite 200
                                      Topeka, Kansas 66603-3840
                                      Phone: 785-232-9828
                                      Fax: 785-232-9886
                                      E-mail Address: Melody_Brannon@fd.org

2

## CERTIFICATE OF SERVICE

    I certify that on March 8, 2019, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the Special Master and all parties, including Movant Parties and Interested Parties .

                                  s/ Melody Brannon
                                  Melody Brannon