**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **Case No. 16-CR-20032-JAR** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Government's Unopposed Motion to** |
| | ) | **Unseal Exhibit** |
| **KARL CARTER,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

The United States of America, by and through its counsel of record, Assistant United States

Attorney Steven Clymer, appointed as Special Attorney pursuant to 28 U.S.C. § 515 to represent

the United States in connection with Phase III of the Special Master's Investigation, hereby moves,

without opposition, to unseal Exhibit 554, a transcript of an interview on March 21, 2018, of

interpreter Sarah Gardner.  It is not clear from the record whether this exhibit was under seal when

admitted during the evidentiary hearing.  The Federal Public Defender, the Special Master, and

counsel for defendant Carter each has informed government counsel that, if the document is indeed

under seal, they have no opposition to the Court granting this motion and unsealing Exhibit 554

////

////

////

////

to enable the parties to discuss its contents in their publicly-filed proposed findings of fact and

conclusions of law.


Respectfully submitted this 18th day of March, 2019.


Steven D. Clymer
Assistant United States Attorney
Special Attorney for the United States
NDNY Bar Roll # 509281

United States Attorney's Office
Northern District of New York
900 Federal Building
100 South Clinton Street
Syracuse, NY 13261
(v) 315-448-0672
(f) 315-448-0658

**Certificate of Service**

I hereby certify that on the 18th day of March, 2019, the foregoing was electronically filed with the clerk of the court for the District of Kansas using the CM/ECF system, which will send a notice of electronic filing to all counsel.

*S/Deanna Lieberman*
Deanna Lieberman
Paralegal Specialist
United States Attorney's Office
Northern District of New York