# In the United States District Court
# for the District of Kansas

---

**United States of America**,

                Plaintiff,

v.

                                  Case No. **16-cr-20032-JAR-02**

**Karl Carter,**

                Defendant.

---

## Motion to Unseal Exhibits

---

The Federal Public Defender asks this Court to unseal exhibit nos. 469, 475, 564, 1181, and 1198. Counsel for Mr. Carter, Government counsel, and counsel for the Special Master have no objections to this request.

For these reasons, we ask the Court to unseal exhibit nos. 469, 475, 564, 1181 and 1198.

                                  Respectfully submitted,

                                  s/ Melody Brannon
                                  MELODY BRANNON #17612
                                  Federal Public Defender
                                  for the District of Kansas
                                  117 SW 6th Avenue, Suite 200
                                  Topeka, Kansas 66603-3840
                                  Phone: 785-232-9828
                                  Fax: 785-232-9886
                                  E-mail Address: Melody_Brannon@fd.org

2

## CERTIFICATE OF SERVICE

I certify that on March 19, 2019, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the Special Master and all parties, including Movant Parties and Interested Parties.

                                               s/ Melody Brannon
                                               Melody Brannon