IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

KARL CARTER,

    Defendant.

Case No. 16-20032-2-JAR

## ORDER

Before the Court is the Government's Motion to Supplement the Record (Doc. 728), with the sworn declaration of Roger D. Moore, Jr., Chief of Security at CoreCivic, prepared in connection with the civil litigation involving CoreCivic, *Johnson v. CoreCivic*, No. 4:16-cv-0947-SRB, pending in the Western District of Missouri.  The Federal Public Defender ("FPD") has responded and opposes the motion, arguing (1) it is an unjustified motion to reconsider; (2) it is untimely; (3) it would deprive the FPD from challenging testimony through cross-examination and the Court from weighing the testimony's credibility; and (4) it is not based on personal knowledge, and thus should excluded under Fed. R. Evid. 602.  The Government filed a reply, addressing these arguments.

After fully considering the parties' submissions, the Court grants the Government's motion.  The motion does not ask the Court to reconsider its prior ruling.  While it is true that the Court's Final Production and Briefing Order, modified by the Memorandum and Order granting in part and denying in part the Government's motion to reconsider, did not provide for Government supplementation, the Government is seeking leave to submit the declaration, the appropriate procedural vehicle for filing a document that is not otherwise allowed as a matter of right.  For the same reason, the Court finds that the motion is timely.  It was filed on the same

day that the Special Master and FPD's supplemental exhibits were due.  Because the Government was not given the opportunity to supplement, there was no deadline in place for it to file this motion for leave.  The other parties were placed on notice of the Government's proposed supplemental declaration on the same date that their final exhibit submissions were due.  Finally, the Court finds that the remaining FPD arguments go to the weight and not the admissibility of this document.  As the Government acknowledges, Moore's personal knowledge and the FPD's and Special Master's inability to cross-examine may be considered by the Court when it reviews the evidence in advance of reaching its findings of fact and conclusions of law.  By granting the Government leave to file, the Court defers any consideration of the weight it may choose to give this evidence.

**IT IS THEREFORE ORDERED BY THE COURT** that the Government's Motion to Supplement the Record (Doc. 728) is **granted**.  The Government shall file the supplemental declaration forthwith.  The evidentiary record on the issues brought up for hearing on October 2, 3, 4, 9, 10, 11, 12, and November 16, 2018 is now closed.

**IT IS SO ORDERED.**

Dated: March 19, 2019

S/ Julie A. Robinson
JULIE A. ROBINSON
CHIEF UNITED STATES DISTRICT JUDGE