| | |
|---|---|
| **From:** | Slinkard, Duston (USAKS) |
| **To:** | Steeby, David (USAKS); Hooker, Tessa (USAKS) |
| **Cc:** | Miller, Randy (USAKS) 3; Clymer, Steven D. (USANYN) |
| **Subject:** | FW: Order to Preserve Evidence |
| **Date:** | Wednesday, August 15, 2018 2:31:00 PM |
| **Attachments:** | 569-Order to Preserve Evidence.pdf |

David & Tessa,

Please note the order's direction that we notify "any DOJ entity responsible for the maintenance and security of this information." We understand this to mean, for example, insuring that no currently archived e-mails age out, no currently preserved data is subject to routine purging, etc. I'm sure you have a much better idea than I do of who at DOJ needs to know about this, but please think about that an act as soon as possible to make them aware of the court's order.

Thank you,
Duston J. Slinkard, AUSA
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853

**From:** Slinkard, Duston (USAKS)
**Sent:** Wednesday, August 15, 2018 2:27 PM
**To:** USAKS-ALL <USAKS-ALL@usa.doj.gov>
**Cc:** Clymer, Steven D. (USANYN) <SClymer@usa.doj.gov>
**Subject:** Order to Preserve Evidence

The Court just entered its motion to preserve evidence in the Black / Carter case. **Everyone** receiving this message should review this order because it is very broad and not limited in either time or to any particular case or matter. It directs:

> The United States Department of Justice and USAO is ordered to preserve:
> (1) any recording of telephone calls made to or received by a person while they were detained in federal custody in the District of Kansas, and that was requested or obtained by the United States Attorney's Office for the District of Kansas (USAO) or its agents, and (2) any information related to these recordings, the content, or their procurement, including law enforcement agency reports, subpoenas, written requests, emails, or other documents containing a reference to the request, acquisition, review, or disposal of such recordings.

Further, it specifically orders the United States Department of Justice "to immediately notify every employee and agent of the contents of this order, including IT employees, the United States Marshal's Service, clerical staff, and any DOJ entity responsible for the maintenance and security of this information."

All previous litigation holds of which you have been informed remain in effect; however, at this time,

based on this order, everyone should review the attached order and immediately take any steps necessary to preserve any responsive material currently in his or her possession. We will separately take care of notifying investigative agencies, including the United States Marshals Service.

Thank you,
Duston J. Slinkard, AUSA
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853