| | |
|---|---|
| **From:** | Slinkard, Duston (USAKS) |
| **To:** | "david.stutheit@usss.dhs.gov"; "Trill, Gilbert S"; "Smith, Erik"; "Scott.G.O"Brien@usdoj.gov"; Jones, Darrin E. (KC) (FBI); "Beam, Craig (USMS)"; "Roediger, Lee"; "Andrew.Thornton@ci.irs.gov"; "Kirk.Thompson@KBI.STATE.KS.US" |
| **Cc:** | Clymer, Steven D. (USANYN); McAllister, Stephen (USAKS) |
| **Subject:** | Preservation Order from Chief Judge Robinson |
| **Date:** | Wednesday, August 15, 2018 3:35:00 PM |
| **Attachments:** | 569-Order to Preserve Evidence.pdf |

Folks,

Please see the attached preservation order entered earlier this afternoon by Chief Judge Robinson, District of Kansas, in the United States v. Black / Carter Matter. Many of you have probably heard about the ongoing litigation that involves an inquiry by a court-appointed special master into our office's obtaining video and telephone recordings of detained defendants at CCA. Several of your agencies were involved in the Black investigation, and several of your agencies, whether or not involved in that investigation, have been informed of past preservation requests, litigation holds, and preservation orders. Any and all of those remain in effect. However, today's order is very broad, not being limited in either time or to a particular case or matter, and requires by its terms that we notify agents who have been involved with obtaining inmate telephone calls as part of any investigation with our office.

As your agencies are those we can identify as being involved with investigations where inmate calls were, or likely were, obtained, we are notifying you of the order and requesting that you make it known to those within your ranks who may have, or have responsibility for maintaining, any responsive material. At this time, this is only a preservation order. It does not require that any materials be collected, identified, or produced. However, please review the order and distribute it within your agencies as you determine appropriate to give it effect.

Thank you,
Duston J. Slinkard, AUSA / Criminal Chief
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853