| | |
|---|---|
| **From:** | Slinkard, Duston (USAKS) |
| **To:** | Steeby, David (USAKS); Miller, Randy (USAKS) 3 |
| **Cc:** | McAllister, Stephen (USAKS); Clymer, Steven D. (USANYN) |
| **Subject:** | Oral Preservation Order |
| **Date:** | Friday, November 16, 2018 8:30:14 PM |

Gentlemen,

At the end of the hearing today, the judge orally ordered that she wants anything that has not previously been ordered preserved to be preserved. In her remarks she indicated this meant not only e-mail archives, but also that any information and materials related to the acquisition of recordings of inmate audio and video in any form, including but not limited to any hard copy materials, removable digital media, network files, network back up files, and basically any other type of information and materials.

I am not aware, nor from her remarks is the court, that this expands any previously ordered preservation, but she made very clear that her intent was that it her order to preserve be interpreted as broadly as possible. She indicated that she would follow it up with a written order next week and would look to us to suggest whatever language was needed to make it happen. Effectively she is indicated the burden to be on is to make sure that no related information is lost.

Early next week we will have to work on language to propose and may well find it necessary to get Mark and / Siobhan in direct communication with the special master.

However, in the interim, I am not aware of what if any additional steps are necessary above and beyond what we have previously done to achieve preservation pursuant to the court's oral order. However, frankly, I do not know what I don't know, so if either of you have any ideas of anything we have not currently have fully secured and preserved in the IT arena, locally or nationally, related to the acquisition of inmate audio and video recordings, including any information derived therefrom, please let Steve McAllister, Steve Clymer, and myself know, and please take all necessary steps to have any such preserved.

Sorry broad and vague nature of the direction, but effectively we have been ordered to ensure that anything that exists be preserved, and I cannot think how to better convey that requirement.

Thank you,
Duston

Sent from my iPhone