| | |
|---|---|
| **From:** | Slinkard, Duston (USAKS) |
| **To:** | "emily.metzger@usdoj.gov"; Steeby, David (USAKS); Miller, Randy (USAKS) 3 |
| **Cc:** | McAllister, Stephen (USAKS); Clymer, Steven D. (USANYN) |
| **Subject:** | Production order |
| **Date:** | Wednesday, November 21, 2018 1:21:00 PM |
| **Attachments:** | #690 - District Court"s Production Order.pdf |

The Court entered its production order, which is attached. The affirmative order language begins at page 8. Paragraph # 1 of the order language addresses preservation. Certainly we will be evaluating legal options, but that in no ways defers our obligation to ensure our preservation is in compliance with what the court has ordered. Accordingly, please review that section of the order and take any steps necessary to renew and if necessary, expand, any litigation hold procedures we already have in place. Randy & David, please make sure OCIO recives a copy of the order.

Thank you,
Duston J. Slinkard, FAUSA
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853