| | |
|---|---|
| **From:** | Slinkard, Duston (USAKS) |
| **To:** | USAKS-ALL |
| **Subject:** | Preservation of Information - This applies to everyone |
| **Date:** | Wednesday, November 21, 2018 4:35:40 PM |

Folks,

As Steve's e-mail last week indicated, the Court in the *Black* case informed the parties last Friday that she was going to enter an order addressing preservation and directing further production. The Court entered its order today. The order will be reviewed, and there will likely be further guidance in the coming days. In the interim, however, please retain all information of any nature until further notified.

In other words, in addition to the litigation hold currently in place, whether or not you personally had any information subject to that hold, you should now retain all documents presently exiting in hard copy and should not delete any electronic information from any data base or repository. Also, do not destroy any materials in case files at the time of closure (you may remove and segregate for later destruction any material that would normally be removed at the time of the case file closure). You may delete e-mails in your in mailbox as you normally would because those will be automatically retained in the Proofpoint archives; however, no other type of electronic file should be deleted at the present time.

We appreciate that many of you likely have no information that would be responsive to any production requests in the *Black* matter. However, owing to the broad an uncertain nature of the issues in that litigation, and in an abundance of caution, please preserve the information status quo with respect to all documents and materials until further guidance is received.

Thank you and please have a great and safe Thanksgiving,
Duston