6-19   Mtg w/ S.M.
How get what is needed?
  - Erin's letter creates complications + potential conflict issues

Adopt search terms
  - How about removing "Group 3" terms?

Still need to filter
  - Q of who will do it
    • Our office?
    • DOJ?
    • Another district?

Request for Info (Production/Interrogatories)
  - Looking for specific information that should get most of the data that is sought through email searching

Will need approval from EOUSA Director to "search" people's data under applicable USAP
  - Search done by IT staff at EOUSA

===

Black G.J. transcripts
  - Okay to disclose to S.M. or need order under 6(e)?

===

Ever get link to Securus platform & calls?

===

Remediation?
  - How broadly share policy of filtering?
  - Ability to explain process associated w/ filtering

DEFENDANT'S EXHIBIT 725
16-20032-02-JAR

- When were taint teams utilized?
- A taint team for phone calls?
  No

=

Clarify on ¶ 7 in S.M. appointment

=

Shared memo of interview w/ Erin & S.M. read it
- Did it, failed to disclose it, remorse

=

Securus has a messed-up system, b/c CCA doesn't employ it well or correctly
- Relying on a system not working rt.