**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| v. | Case No. 16-20032-JAR |
| **LORENZO BLACK,** <br> **KARL CARTER,** <br> **ANTHON AIONO,** <br> **ALICIA TACKETT, and** <br> **CATHERINE ROWLETTE** | |
| **Defendants.** | |

## ORDER

Pursuant to the Court's October 11, 2016 Appointment Order[1] of David R. Cohen as Special Master, the United States is ordered to pay the attached Summary Bill for Billing Period December, 2018 through March, 2019, in the total amount of $14,740.79, which this Court has approved after *in camera* reviewing a detailed an itemized billing. The Clerk of the Court is directed to make the check payable to David R. Cohen, within 20 days.

**IT IS SO ORDERED.**

Dated: April 2, 2019

S/ Julie A. Robinson
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 146

1



24400 Chagrin Blvd., Suite 300
Cleveland, Ohio 44122
Telephone: 216.831.0001
Facsimile: 866.357.3535
David@SpecialMaster.law

**Summary Billing Statement / Proposed Order**
**Billing Period: December, 2018 - March 29, 2019**

United States of America v. Lorenzo Black
US District Court
District of Kansas
16-CR-20032

| Item | Government total |
|---|---:|
| New Fees (DRC 8.7 hrs @ $600.00/hr.) | $5,220.00 |
| New Expenses *DRC* | $0.00 |
| New Expenses *VanBebber Law* | $9,275.00 |
| New Expenses *American Discovery* | $245.79 |
| **Total New Charges** | **$14,740.79** |
| Prior Balance | $34,134.63 |
| Payments – Thank You! | $34,134.63 |
| **Total Now Due** | **$14,740.79** |

s/Julie A. Robinson
_____
Judge Julie A. Robinson