# In the United States District Court
# for the District of Kansas

**United States of America**,
        Plaintiff,

v.                                      Case No. 16-20032-JAR

**Lorenzo Black, et al.**,
        Defendants.

## Notice of Withdrawal of Appearance

Branden A. Bell, Assistant Federal Public Defender, advises the Court that he is withdrawing as counsel for the Federal Public Defender's Office. Melody J. Brannon, Kirk C. Redmond and Richard Federico will continue as counsel of record for the FPD in the above-referenced matter.

Mr. Bell further requests that the Court direct the Clerk's Office to remove his name from the electronic notification list related to this case.

                                        Respectfully submitted,

                                        s/ Branden A. Bell
                                        Branden A. Bell, #22618
                                        Assistant Federal Public Defender
                                        117 SW 6th Avenue, Suite 200
                                        Topeka, KS 66603-3840
                                        Phone: 785-232-9828
                                        Fax: 785-232-9886
                                        Email: branden_bell@fd.org

## CERTIFICATE OF SERVICE

    I certify that on May 21, 2019, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all interested parties.

                                           s/ Branden A. Bell
                                           Branden A. Bell