XXXX TYWAN A.POOLE#25194-045

F.C.C. FORREST CITY

P.O.BOX 9000

Forrest City, Arkansas72336

870-630-6000

Defendant appearing pro se

**FILED**

AUG 12 2019

TIMOTHY M. O'BRIEN CLERK

By_____Deputy

UNITED STATES DISTRICT COURT

DISTRICT OF   KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) ( | Case No.   COMPLAINT - Rule 41 (g) RE:16-CR-20032-JAR/17-CV-02320-JAR |
| Plaintiff,   ) ( | NOTICE OF CHANGE OF ADDRESS |
| v.   ) ( | |
| TYWAN A. POOLE   ,   ) ( | UNDER CLERK FILING RULE 25(A)(2)(b) |
| Defendant.   ) ( | |

Please note  the new address of the undersigned Defendant,

effective immediately, which appears above. In relation to any court notification between JUNE 27,2019 to current., please FORWARD to litigant.

Dated:   AUGUST 5,2019

/s/ _____, Defendant
pro se

CERTIFICATE OF SERVICE

Pro Se litigant Mr.Poole request that any personnel be FORWARDED A copy of this document will be e-served on counsel for Plaintiff, by the CM/ECF system, when the herein is filed.

Dated: August 5, 2019

/s/ _____, Defendant
pro se