# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

                Plaintiff,

V.                                                  CASE NO. 16-20032-JAR

LORENZO BLACK, et al,

                Defendants.

## RECEIPT

Receipt is hereby acknowledged of ___Federal Public Defender's Office___
for _DVR Drives_____ in the above entitled case.

DVR Drives 1-6 (white boxes)
Two boxes of DVR Drive 6 (notes on boxes indicated they failed to load)
One box of DVR Drive 6

Dated at _Kansas City_____ this __16__ day of ___August___, _2019_.

_____
FEDERAL PUBLIC DEFENDER'S OFFICE