| Defendant | Case No. |
|---|---|
| Alston, Renard | 15-40074-DDC-1 |
| Alvarez, Joshua | 14-20096-JAR-5 |
| Alvarez, Juan Carlos | 14-20096-JAR-9 |
| Ayala-Garcia, Adrian | 16-40002-DDC-1 |
| Bailon-Valles, Manuel | 15-40056-CM-1 |
| Birdsong, Jerome | 15-20045-JAR-1 |
| Blakney, Martez | 15-20086-CM-1 |
| Cabral Torres, Fernando | 16-20031-CM-8 |
| Campa, Raymond | 14-40148-CM-1 |
| Campbell, Damien | 16-20011-JAR-1 |
| Carmargo-Simental, Tomasa | 14-40130-DDC-1 |
| Carrillo-Elias, Francisco | 16-4000.-DDC-1 |
| Casas-Tarim, Geraldo | 15-20038-JAR-1 |
| Catrell, Ronald | 11-20125-CM-1 |
| Chinchilla, Rosalio | 14-20096-JAR-3 |
| Clark, Antonio | 16-40022-CM-1 |
| Clark, Enoch | 14-20130-JAR-2 |
| Cleaver, Eugene | 16-40010-DDC-1 |
| Clifton, Julie | 14-20014-KHV-2 |
| Cloyd, Clifton | 14-20118-JAR-1 |
| Dehaven, Jonathan | 16-20041-JAR-1 |
| Dillow, Stephen | 14-20028-CM-1 |
| Dixon, Dalevon | 14-20130-JAR-1 |
| Enriquez, Antonio | 15-20061-JAR-5 |
| Faulkner, Lee | 14-20096-JAR-6 |
| Felix-Gamez, Ricardo | 15-20042-CM-2 |
| Fondren, Kevin | 14-20011-KHV-2 |
| Franco, Mario Alberto | 15-20061-JAR-8 |
| Galvan-Campos, Jesus | 14-20068-JAR-2 |
| Garcia-Velasquez, Jose | 15-20082-CM-1 |
| Garciga, Lazaro | 12-20066-KHV-45 |
| Gerardo-Montenegro, Luis | 15-20032-CM-1 |
| Gutierrez, Daniel | 16-40007-DDC-2 |
| Haupt, Charles | 15-20019-JAR-1 |
| Hernandez, John B. | 15-20081-CM-1 |
| Hernandez, John G. | 00-20154-JWL-1 |
| Hohn, Steven | 12-20003-CM-3 |
| Hollins (Shipp), Tarone | 15-20100-CM-1 |
| Hurtado, Nicholas | 15-20032-CM-2 |
| Irvin, Anthony | 13-20070-CM-5 |
| Jackson, Brian | 16-20030-CM-1 |
| Johnson, Booker | 15-40064-DDC-1 |
| Jones, Calvin | 14-20138-CM-1 |
| Jones, Tanya | 15-20091-JAR-1 |
| Jordan, Gary | 16-20022-JAR-2 |

| | |
|---|---|
| Kaba, Mamoudou | 15-20092-CM-1 |
| Krites, Phillip | 15-40078-DDC-1 |
| Lolar, Nicholas | 15-20012-CM-2 |
| Lopez-Garcia, Miguel | 13-20125-JAR-16 |
| Lougee, David | 14-20068-CM-5 |
| Marquez, Eladio | 15-20020-JAR-7 |
| McCambry, Ashawntus | 16-20003-CM-1 |
| McDaniel, Joshua L. | 15-20050-JAR-1 |
| McMillon, Christopher | 15-40064-DDC-5 |
| Mebane, Darus | 16-20041-JAR-3 |
| Meinert, Scott | 14-20035-CM-1 |
| Mitchell, William | 13-20051-CM-1 |
| Montes-Medina, Domingo | 15-20020-JAR-2 |
| Morris, Danille | 16-20022-JAR-3 |
| Mumford, Cortez | 15-20069-JAR-1 |
| Murphy, Michael | 14-20068-CM-9 |
| Neal, Jason Jeremy | 15-40005-DDC-1 |
| Nunez-Aguilar, Jose | 15-20061-JAR-1 |
| Odegbaro, Raquel | 16-20001-JAR-1 |
| Orduno-Ramirez, Omar | 14-20096-JAR-7 |
| | 14-20014-JAR-13 |
| | 15-20006-JAR-1 |
| Phomaseng, Petsamai | 15-20020-JAR-5 |
| Piggie, Frenklyn | 10-20145-CM-1 |
| Ponce-Serrano, Eduardo | 16-40006-DDC-1 |
| Ramirez, Miguel | 15-40059-CM-2 |
| Rapp, Gregory | 14-20067-CM-1 |
| Rios-Morales, Jose | 14-20117-JAR-2 |
| Roark, Jeffery | 15-20042-CM-1 |
| Robinson, Robert (2014 Case) | 14-20059-JAR-2 |
| Robinson, Robert (2016 Case) | 16-20013-JAR-1 |
| Rodriguez-Torres, Geradis | 15-20038-JAR-2 |
| Salgado-Romero, Ricardo | 14-40129-DDC-7 |
| Saysoff, Herbert Lee | 14-20096-JAR-10 |
| Schnegelsiepen, Dallas | 15-40082-DDC-1 |
| Shevlin, David | 15-20099-CM-1 |
| Shutts, Shawn | 14-20014-KHV-11 |
| Silva, Jessie Joe | 14-20071-JAR-3 |
| Silva-Cardona, Jose Luis | 14-20096-JAR-4 |
| Smith, Chad | 14-20014-KHV-9 |
| Sneed, Shawn | 13-40123-JAR-2 |
| Soriano, Jose | 15-20020-JAR-9 |
| Soto-Camargo, Nicholas | 14-40129-DDC-1 |
| Soto-Camargo, Paola | 14-40128-DDC-1 |
| Soto-Saldivar, Jorge | 15-40060-DDC-1 |
| Spaeth, Matthew | 14-20068-CM-6 |
| Steele, Charles | 14-40077-DDC-1 |

| | |
|---|---|
| Tabares-Aviles, Misael | 16-20015-JAR-5 |
| Tatum, Ataven | 12-20066-KHV-29 |
| Thurman, Jasen | 15-20091-JAR-2 |
| Tillman, Terry | 13-20070-CM-4 |
| Torres-Ayala, Jose | 16-20008-CM-5 |
| Valdez, Hector | 14-20096-JAR-8 |
| Vasquez-Montalvo, Juan | 15-40095-DDC-1 |
| Vazquez-Saenzpardo, Antonio | 16-20017-CM-2 |
| Vera, Jesus | 15-20061-JAR-6 |
| Villa-Valencia, Luis | 16-20008-CM-7 |
| Vincent, Thomas | 03-20003-CM-8 |
| Warren, Arrick | 13-20081-CM-1 |
| Webb, Virok | 11-40078-JAR-1 |
| White, Richard | 14-20014-KHV-7 |
| Wilson, Timothy | 15-20081-CM-2 |
| Wright, Brandon | 16-20041-JAR-2 |
| Younger, Quian | 16-40012-DDC-2 |
| Zamudio, Sergio | 16-20008-CM-3 |

**CJA Clients**

| | | |
|---|---|---|
| Middleton, Marryssa | 15-40018-DDC-2 | (Guastello) |

**Pro Se Clients**

| | |
|---|---|
| Avalos, Filiberto | 13-20026-CM-1 |
| Guadalajara, Jessica | 14-20097-JAR-1 |
| Perez-Madrigal, Julio | 16-20044-JAR-1 |
| Ramsey, Tyrone | 09-20046-CM-9 |
| Riccardi, James | 02-20060-JWL-1 |
| Rodriguez-Rodriguez, Ana | 15-20008-JAR-1 |
| Rowlette, Stephen Eugene | 13-20125-JAR-13 |
| Steele, Don Milton | 10-20037-JWL-1 |
| Wood, Brenda | 14-20065-JAR-1 |