# ATTACHMENT 1

Andre Wallace

Anthony Thompson

Arrick Warren

Brett Williamson

Bradley Miller

Chad Bauman

Charles Steele

Christian Orr

Clark Sloan

Donta Tanner

Dacco Muth

Damon Griffin

David True

Dominic Hayes

Enoch Clark

Eric Wright

Henry Davis

Jay Giannukos

Johnnie McCall

Julie Clifton

Kevin Fondren

Lawrence Simons

Martez Blakney

Mendy Forbes

Michelle Reulet

Quentin Lawton

Robert Burres

Roy Huske

Sarah Robinson

Shawn Sneed

Stephen Blackburn

Steven Hohn

Taven Tatum

Terry Tillman

Tony Irvin

Troyton Mozingo

William Mitchell