# ATTACHMENT 2

| | |
|---|---|
| **From:** | Melody Brannon |
| **To:** | Slinkard, Duston (USAKS) |
| **Cc:** | Clymer, Steven D. (USANYN); McAllister, Stephen (USAKS); Michele Oeberst; Kirk Redmond; Branden A Bell |
| **Subject:** | Motion for Discovery of Phone Call Requests |
| **Date:** | Monday, October 15, 2018 12:48:21 PM |

Duston,

In addition to the 38 names I sent earlier, please review these files for information related to requests for phone calls, per our discovery motion.
We intend to update our phone data report before the status conference, so if we could have this production completed before November 5, that would be very helpful. Thanks.

Alvarez, Joshua
Benton, Wayne
Booker, John
Brown, Vernon
Cartwright, James
Catrell, Ronald
Chirinos, Juan
Collins, Charles
Contreras, Milton
Dillow, Stephen
Dixon, Dalevon
Ewing, Robert
Faulkner, Lee
Felix-Gamez, Ricardo
Fitzpartick, Vashawn
Garciga, Lazaro
Harssfell, Tyrssverd
Hernandez-Hernandez, Jose
Hurtado, Nicholas
Johnson, Booker
Kearn, Jonathan
Kleppin, Chad
Knox, Jemel
Lamas, Rogelio
Leonard, Kyser
Lopez-Lopez, Migel
Lougee, David
Mays, Damian
McCarty, John
McDowell, Gladstone
McPeters, Douglas
Mebane, Darus
Mendez-Razo, Luis
Molina, Adan
Mumford, Cortez
Olea-Montarez, Vicencio
Ortega-Flores, Luis

Pavone, Shawn
Phillips, Scott
Phommaseng, Petsami
Pigge, Frenklyn
Rapp, Gregory
Rippey, Chrystal
Roark, Jeffery
Roberson, Marcus
Robertson, Antionio
Robinson, Robert
Rockers, Tracy
Sanders, Brenda
Shutts, Shawn
Smith, Juvon
Soriano, Tino
Soto-Areola, Nicolas
Soto-Camargo, Paula
Spaeth, Matthew
Stewart, Arlie
Stewart, Janaya
Valdez, Hector
Villa-Valencia, Luis
Vincent, Thomas
Wakol, Gregory
Webb, Virok
Williams, Anthony
Wilson, Timothy
Woods, James
Yan, Wengui