# ATTACHMENT 3

| | |
|---|---|
| **From:** | Slinkard, Duston (USAKS) |
| **To:** | Melody Brannon |
| **Cc:** | McAllister, Stephen (USAKS); Clymer, Steven D. (USANYN) |
| **Subject:** | Phone Discovery Project |
| **Date:** | Monday, November 12, 2018 3:23:00 PM |
| **Attachments:** | Inmate Calls Discovery Project.xlsx |

Melody,

Attached is the spreadsheet where I have been collating information. A couple of explanations:

1. All affirmative answers as firm, but I consider all negative answers to be tentative. By that I mean, the only way we know a negative answer is when we have not found any evidence that we obtained calls or knew about calls being obtained. As I continue to search, speak with agents, and the like, if I find evidence we did get something for which I had previously not been able to find anything, I will of course update and correct any nos' to yes's
2. To this stage I have been primarily focused on trying to identify the defendants for which we knew we had calls and identifying what we had, as opposed to collecting anything. For those case where did obtain calls, do have calls, do have calls detail reports, we are willing to get you copies of all such and can discuss how best to do that. That has just not been the initial focus.
3. This remains a work in progress, and due to conflicting time commitments some of my inquiries on your second batch of names went out recently and I have no obtained responses. As such, while I wanted to get this to you now, I will continue to update and hope to have more filled-in and to you before this week's hearing.

Thank you,
Duston J. Slinkard, FAUSA
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853

| Name | Case No | AUSA | Obtained in CCA Invest. | Obtained in Case by, through, or known to USAO | Have Request | Have Call Detail | Have Calls | Notes / Derivative Information |
|---|---|---|---|---|---|---|---|---|
| Alvarez, Joshua | 14-20096-JAR | Zabel, Brown, Capwell, Gurney, Tomasic, Wood | No | | | | | |
| Bauman, Chad | 12-20083--22-KHV | Barnett, Brown, Maag, Capwell, Guerney, Morehead | No | Yes | | | | Yes |
| Benton, Wayne | 15-20075-CM | Morehead, Brown, Wood | No | No | | | | |
| Blackburn, Stephen | 09-20133-12-JWL | D. Smith, Rask, Maag, Gurney, Flannigan, Allman | No | No | | | | |
| Blakney, Martez | 15-20086-CM | Brown, Capwell, Morehead, A. Smith | No | Wyco pre-charge | | | | |
| Booker, John Booker | 15-40030-CM | Mattivi, Corlett, Maag, Magnone, Parecki, D. Smith | No | Yes, but see note | No | No | No | Calls obtained by Mark Thomason post-plea, not by government |
| Brown, Vernon | 12-20066-KHV | Morehead, Brown, Maag, Zabel, Gurney, Capwell | No | Yes | Yes | | | |
| Burres, Robert | 14-40023-DDC | Hendershot, Gurney, Slinkard, Sommer | Yes | No | | | | Calls and materials from CCA Investigation given to the Court |
| Cartwright, James | 16-20033-CM | Catania, A. Smith | Yes | No | | | | Calls and materials from CCA Investigation given to the Court |
| Catrell, Ronald | 11-20125-CM | Oakley, Brown, Gurney | No | | | | | |

| Name | Case | Attorneys | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Catrell, Ronald | 13-20102-CM | Oakley | No | | | | | |
| Chirinos, Juan | 12-20112-CM | Krug, Maag, Brown, Gurney | No | | | | | |
| Clark, Enoch | 14-20130-02-JAR | Morehead, Sommer, Wood | Yes | Yes | Yes | Yes | Yes | Calls and materials from CCA Investigation given to the Court |
| Clifton, Julie | 14-20014-02-KHV | Brown, Capwell, Catania, Gurney, Tomasic, Ward | No | Yes | Yes | Yes | Yes | |
| Collins, Charles E. II | 13-40095-JAR | Hough | No | No | | | | |
| Contreras, Milton | 15-mj-08037 | Flannigan | No | | | | | |
| Davis, Henry | 13-40115-02-JAR | Brown, Maag | No | No | | | | |
| Dillow, Stephen | 14-20028-CM | Zabel, Oakley, Tomasic, Brown, Capwell | No | Yes | Yes | | | |
| Dixon, Dalevon | 14-20130-JAR | Morehead, Sommer, Wood | No | Yes | Yes | Yes | Yes | |
| Ewing, Robert Benjamin Isaac | 13-40005-JAR | Slinkard, Hendershot, Wood | No | No | | | | |
| Faulkner, Lee | 14-20096-JAR | Zabel, Tomasic, Brown, Capwell, Gurney, Sommer, Wood | No | | | | | |
| Felix-Gamez, Ricardo | 15-20042-CM | Ward, Brown, Capwell, Gurney | No | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Fitzpatrick, Vashawn | 10-40085-RDR  12-40089-JAR | Hendershot, Gurney | No | | | | | |
| Fondren, Kevin | 14-20011-02-KHV | Brown, Maag, Morehead | No | Yes | Yes | Yes | Yes | |
| Forbes, Mendy | 13-20041-KHV | Gurney, Oakley, Wamble | No | Yes | Yes, e-mails to USMS | Yes | Yes | Played at Sent. |
| Read-Forbes, Mendy | 12-20099-KHV | Gurney, Oakley, Wamble, Wilson | No | Yes | Yes, e-mails to USMS | Yes | Yes | Played at Sent. |
| Garciga, Lazaro | 12-20066-KHV | Morehead, Maag, Zabel, Brown, Capwell, Gurney | No | No | | | | |
| Giannukos, Jay | 15-20016-CM | Gurney, Morehead | No | Yes | Yes | Yes | Yes | |
| Griffin, Damon | 14-20014-KHV | Brown, Capwell, Catania, Gurney, Tomasic, Ward | No | Yes | Yes | Yes | Yes | |
| Harssfell, Tyrssverd | 14-20134-CM | Morehead, Brown, Wood | No | Yes | Yes | Yes | Yes | |
| Hayes, Dominic N. | 12-20016-CM | Brown, Gurney, Maag, Morehead | No | Yes | | | Yes | |
| Hernandez-Hernandez, Jose Luis | 14-20101-JAR | Oakley | No | | | | | |
| Hohn, Steven | 12-20003-03-CM | Gurney, Morehead | No | Yes | Yes, subpoena | Yes | Yes | |
| Hurtado, Nicholas | 15-20032-CM | Ward, Brown, Capwell, Gurney | No | | | | | |
| Huske, Roy | 14-40037-EFM | Slinkard, Maag, Wood | No | No | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Irvin, Tony (Anthony) | 13-20070-05-CM | Capwell, Gurney, Krug, Zabel | No | Yes | Yes | Yes | Yes | in disseminated discovery |
| Johnson, Booker | 15-40064-DDC | Maag, Wood | No | No | | | | |
| Kearn, Jonathan | 13-40057-JAR | Kenney | No | No | | | | Only detained 3 days pre-deten. hrg and then post-sentencing |
| Kleppin, Chad | 16-40031-DDC | Slinkard, Jacobs, A. Smith | No | No | Yes | No | No | DEA found Admin. Subpoena for calls, but did not find any calls. |
| Knox, Jemel | 14-20022-JAR   15-20103-JAR | Morehead, Sommer, Gurney, Brown | Yes | Yes | Yes | Yes | Yes | Calls and materials from CCA Investigation given to the Court |
| Lamas, Rogelio | 12-20119-CM | Rask, Wilhoft, Brown, Gurney | No | | | | | |
| Lawton, Quentin | 16-40036-DDC | Maag | No | Yes | None | Yes | Yes | USMS obtained calls on their own as part of investigation |
| Leonard, Kyser | 13-20065-CM | Tomasic, Capwell, Gurney | No | No | | | | |
| Lopez-Lopez, Migel | 15-20008-JAR | Zabel, Tomasic, Brown, Capwell | No | | | | | |
| Lougee, David | 14-20068-CM | Morehead, Ward, Patton, Sommer, Gurney | Yes | No | | | | Calls and materials from CCA Investigation given to the Court |
| Mays, Damian | 12-20141-KHV | Catania, Alford, Krug, Maag, Brown, Grissom, Gurney | No | Yes | No | Yes | Yes | |
| McCall, Johnnie | 10-40005-JAR   13-40018-DDC | Hendershot, Maag, Brown, Wood | No | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| McCarty, John | 14-40129-DDC   14-40121-DDC | Hough, Brown, Capwell, Wood | No | No | | | | |
| McDowell, Gladstone | 09-20133-JWL | Flannigan, Allman, Gurney, Maag, Rask, D. Smith | No | | | | | |
| McPeters, Douglas | 15-20071-CM | Flannigan | No | | | | | |
| Mebane, Darus | 16-20041-JAR | Oakley, Brown, Capwell, Clymer, Davids, Kavanaugh, | No | | | | | D. Kan recused. Handled by WDMO |
| Mendez-Razo, Luis | 11-20115-CM | Zabel | No | No | | | | |
| Miller, Bradley | 13-40025-JAR | Gurney, Mattivi, Maag, Treadway | No | | | | | |
| Mitchell, William D | 13-20051-CM | Capwell, Tomasic, Zabel | No | Yes | Yes | | | |
| Molina, Adan | 09-40041-DDC | Hough, Brown, Capwell, Wood | No | No | | | | |
| Mozingo, Troyton | 12-20016-02-CM | Brown, Gurney, Maag, Morehead | No | Yes | Yes, subpoena | Yes | Yes | |
| Mumford, Cortez | 15-20069-JAR | Morehead, A. Smith | No | No | | | | |
| Muth, Dacco | 14-20063-JAR | Gurney, Tomasic | No | No | | | | |

| Name | Case No. | Attorneys | | | | | | Notes |
|---|---|---|---|---|---|---|---|---|
| Olea-Monarez, Vicencio | 14-20096-JAR | Zabel, Tomasic, Brown, Capwell, Gurney, Sommer, Wood | No | Yes | Yes | | | |
| Orr, Christian Robert | 16-20009-CM | Hunt, Morehead | No | No | | | | |
| Ortega-Flores, Luis | 12-20066-KHV | Morehead, Maag, Zabel, Brown, Capwell, Gurney | No | Yes | | | | |
| Ortega-Flores, Luis | 12-20069-KHV | Catania, Gurney | No | No | | | | |
| Pavone, Shawn | 09-20142-JWL | Zabel | Yes | | | | | Calls and materials from CCA Investigation given to the Court |
| Pavone, Shawn | 15-20019-JAR | Catania, Brown, Capwell, Wood | Yes | No | | | | Calls and materials from CCA Investigation given to the Court |
| Phillips, Scott | 14-20001-KHV | Krug | Yes | | | | | Calls and materials from CCA Investigation given to the Court |
| Phommaseng, Petsami | 14-20014-13-JAR 15-20006-JAR 15-20020-JAR | Catania, Tomasic, Ward Capwell, Brown, Gurney, Sommer, Wood | No | Yes | Yes, Ex. 626 | Yes | Yes | |
| Piggie, Frenklyn | 10-20145-CM | Morehead, Gurney | No | No | | | | ON SRV in DKAN w/ new drug case in WDMO, so possibly WDMO |
| Rapp, Gregory | 14-20067-CM | Rask, Brown, Flannigan, Tomasic, Wood | Yes | Yes | Yes | Yes | Yes | Calls and materials from CCA Investigation given to the Court |
| Reulet, Michelle | 14-40005-03-DDC | Gurney, Maag, Mattivi, A. Smith, Treadway | No | Yes | Yes, Admin. Subpoenae | Yes | Yes | Notes, filings |
| Rippey, Chrystal | 14-20019-KHV 18-20057-DDC | Oakley, Wamble | No | | | | | |

| Roark, Jeffery | 15-20042-CM | Ward, Brown, Capwell, Gurney | No | | | | | |
| Roberson, Marcus | 06-40066-JAR  11-40078-JAR | Coody, Maag, Zabel, Brown, Mattivi, Warner, | No | No | | | | Suspected of organizing CCA ring but was at BOP by time of investigation |
| Robertson, Antonio | See note | Tomasic | No | Yes | Yes | | | While in on WDMo Case# 13-cr-00084 re: Herrera-Zamora |
| Robinson, Robert | 14-20059-JAR  16-20013-JAR | Flannigan, Wamble, Brown, Capwell | No | Yes | No | Yes | Yes | |
| Robinson, Sarah | 15-20089-CM  15-20077-02-CM | Morehead, Wood | No | No | | | | USMS may have been investigating new crimes at CCA |
| Rockers, Tracy | 12-20003-CM | Morehead, Gurney | No | Yes | | | Yes | |
| Sanders, Brenda | 16-40004-DDC | Jacobs, Mattivi, A. Smith | No | No | | | | |
| Shutts, Shawn | 14-20014-JAR | Catania, Gurney, Brown, Capwell, Tomasic, Ward | Yes | No | | | | Calls and materials from CCA Investigation given to the Court |
| Simons, Lawrence M. | 09-10032-JTM  13-10080-JTM | Metzger | No | Yes | By ATF from Jail | Probably | Yes | Used in pleadings & evid in court |
| Sloan, Clark | 13-40025-02-JAR | Gurney, Maag, Mattivi, Treadway | No | | | | | |
| Smith, Juvon | 12-20066-KHV | Morehead, Maag, Gurney, Brown, Capwell, Zabel | No | FPD did in 2255 | | From FPD from hrg | | |
| Sneed, Shawn | 13-40112-JAR | Maag | No | Yes | Oral - FBI to USMS | Yes | Yes | Yes |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Sneed, Shawn | 13-40123-02-JAR | Dustin Curry, Maag | No | Yes | Oral-FBI to USMS | Yes | Yes | Yes |
| Soriano, Tino | 12-20072-CM | Catania | No | No | | | | |
| Soto-Areola, Nicholas | 04-40016-JAR | Hendershot | No | | | | | |
| Soto-Camargo, Paola | 14-40128-DDC | Hough, Brown, Capwell, Wood | No | No | | | | |
| Spaeth, Matthew | 14-20068-CM | Morehead, Gurney, Patton, Sommer, Ward | Yes | No | | | | Calls and materials from CCA Investigation given to the Court |
| Steele, Charles | 14-40077-DDC | Brown, Capwell, Maag, Wood | Yes | No | | | | Calls and materials from CCA Investigation given to the Court |
| Stewart, Arlie | 14-20054-JAR | Catania, Tomasic, Gurney | Yes | No | | | | Calls and materials from CCA Investigation given to the Court |
| Stewart, Janaya | 12-40044-DDC | Hendershot, Brown, Slinkard | No | | | | | |
| Tanner, Donta | 16-20043-CM | Morehead, A. Smith | No | | | | | |
| Tatum, Ataven | 12-20066-29-KHV | Brown, Capwell, Gurney, Maag, Morehead, Zabel | No | | | | | |
| Thompson, Anthony | 13-40060-10-DDC | Gurney, Maag, Mattivi | No | No | No | No | No | |
| Tillman, Terry | 13-20070-04-CM | Capwell, Gurney, Krug, Tomasic, Zabel | No | Yes | Yes | Yes | Yes | |

| Name | Case | Attorneys | | | | | | |
|---|---|---|---|---|---|---|---|---|
| True, David | 14-20068-03-CM | Gurney, Morehead, Patton, Sommer, Ward | No | Yes | Yes | Yes | Yes | |
| Valdez, Hector | 14-20096-JAR | Zabel, Brown, Capwell, Gurney, Sommer, Tomasic, Zabel, Wood | No | No | | | | |
| Villa-Valencia, Luis | 16-20008-CM | Krug, Gurney | No | Yes | Yes | | | |
| Vincent, Thomas | 03-20003-CM | Flannigan, Maag, Brown, | No | | | | | |
| Wakol, Gregory | 14-40146-EFM | Maag, Wood | No | No | | | | |
| Wallace, Andre | 16-40008-DDC | Slinkard, A. Smith | Yes | No | | | | Calls and materials from CCA Investigation given to the Court |
| Warren, Arrick | 13-20081-CM | Tomasic, Warner, Zabel | No | Yes | Yes | | | |
| Webb, Virock | 11-40078-JAR | Maag, Brown, Mattivi, Warner, | Yes | No | | | | Calls and materials from CCA Investigation given to the Court |
| Williams, Anthony Davon | 14-40094-DDC | Hough | No | No | | | | |
| Williamson, Brett | 13-20011-KHV | Flannigan | No | Yes | Yes | Yes | Yes | Reports |
| Wilson, Timothy | 07-20072-JWL | Catania, Maag | No | No | | | | |
| Wilson, Timothy | 11-20120-CM | Catania | No | No | | | | |

| Name | Case Number | Attorneys | Col4 | Col5 | Col6 | Col7 | Col8 | Notes |
|---|---|---|---|---|---|---|---|---|
| Wilson, Timothy | 15-20081-CM | Ward, Brown, Capwell, Gurney | No | | | | | |
| Woods, James Justin | 11-40046-JWL | Slinkard, Maag | No | No | | | | |
| Wright, Eric | 09-20117-KHV | Krug | No | | | | | JoCO Pre-charge calls in investigative reports |
| Yan, Wengui | 13-20134-CM | Rask, Resler, D. Smith, Walczewski, Williams | No | Yes | | | | |