# ATTACHMENT 5

| | |
|---|---|
| **From:** | Slinkard, Duston (USAKS) |
| **To:** | "Melody Brannon"; McAllister, Stephen (USAKS); Clymer, Steven D. (USANYN) |
| **Cc:** | Kirk Redmond; Branden A Bell |
| **Subject:** | RE: Motion for Phone discovery |
| **Date:** | Wednesday, December 05, 2018 3:20:00 PM |
| **Attachments:** | Inmate Calls Discovery Project.xlsx |

Melody,

Attached is an updated spreadsheet containing all responses I have received that I had not previously included in any prior version. As before, all affirmative answers are based upon something concrete, and are therefore firm. Negative answers are based upon on us not yet finding any concrete positive evidence, so we consider them to be tentative and would certainly revise them if we found any such evidence.

Given the comments from the parties and Court at the November 16th hearing concerning the reliability of the government's efforts at production and the Court's subsequent production order, we do not intend to move forward further with this project at this time until we see the outcome of the motions before the Court concerning reconsideration of the production order and termination of the special master investigation.

Thank you,
Duston J. Slinkard, FAUSA
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853

**From:** Melody Brannon <Melody_Brannon@fd.org>
**Sent:** Thursday, November 29, 2018 3:48 PM
**To:** Slinkard, Duston (USAKS) <DSlinkard@usa.doj.gov>; McAllister, Stephen (USAKS) <SMcAllister@usa.doj.gov>; Clymer, Steven D. (USANYN) <SClymer@usa.doj.gov>
**Cc:** Kirk Redmond <Kirk_Redmond@fd.org>; Branden A Bell <Branden_Bell@fd.org>
**Subject:** Motion for Phone discovery

Duston,

Have you made more progress on the phone discovery?

Also, we need to figure out a procedure for the return of a-c material pretty quickly, especially since the evidence from Steeby is that material is still available to people in your office.

Thanks.

Melody Brannon
Federal Public Defender
District of Kansas
117 S.W. 6th Street, Suite 200
Topeka, Kansas 66603
785.232.9828
785.246.6012

| Name | Case No | AUSA | Obtained in CCA Invest. | Obtained in Case by, through, or known to USAO | Have Request | Have Call Detail | Have Calls | Notes / Derivative Information |
|---|---|---|---|---|---|---|---|---|
| Alvarez, Joshua | 14-20096-JAR | Zabel, Brown, Capwell, Gurney, Tomasic, Wood | No | No | | | | Nothing found, but calls on Olea-Monarez were to investigate possible threats to this def. |
| Bauman, Chad | 12-20083--22-KHV | Barnett, Brown, Maag, Capwell, Guerney, Morehead | No | Yes | | | | Yes |
| Benton, Wayne | 15-20075-CM | Morehead, Brown, Wood | No | No | | | | |
| Blackburn, Stephen | 09-20133-12-JWL | D. Smith, Rask, Maag, Gurney, Flannigan, Allman | No | No | | | | |
| Blakney, Martez | 15-20086-CM | Brown, Capwell, Morehead, A. Smith | No | Wyco pre-charge | | | | |
| Booker, John Booker | 15-40030-CM | Mattivi, Corlett, Maag, Magnone, Parecki, D. Smith | No | Yes, but see note | No | No | No | Calls obtained by Mark Thomason post-plea, not by government |
| Brown, Vernon | 12-20066-KHV | Morehead, Brown, Maag, Zabel, Gurney, Capwell | No | Yes | Yes | | | |
| Burres, Robert | 14-40023-DDC | Hendershot, Gurney, Slinkard, Sommer | Yes | No | | | | Calls and materials from CCA Investigation given to the Court |
| Cartwright, James | 16-20033-CM | Catania, A. Smith | Yes | No | | | | Calls and materials from CCA Investigation given to the Court |
| Catrell, Ronald | 11-20125-CM | Oakley, Brown, Gurney | No | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Catrell, Ronald | 13-20102-CM | Oakley | No | | | | | |
| Chirinos, Juan | 12-20112-CM | Krug, Maag, Brown, Gurney | No | No | | | | |
| Clark, Enoch | 14-20130-02-JAR | Morehead, Sommer, Wood | Yes | Yes | Yes | Yes | Yes | Calls and materials from CCA Investigation given to the Court |
| Clifton, Julie | 14-20014-02-KHV | Brown, Capwell, Catania, Gurney, Tomasic, Ward | No | Yes | Yes | Yes | Yes | |
| Collins, Charles E. II | 13-40095-JAR | Hough | No | No | | | | |
| Contreras, Milton | 15-mj-08037 | Flannigan | No | | | | | |
| Davis, Henry | 13-40115-02-JAR | Brown, Maag | No | No | | | | |
| Dillow, Stephen | 14-20028-CM | Zabel, Oakley, Tomasic, Brown, Capwell | No | Yes | Yes | | | |
| Dixon, Dalevon | 14-20130-JAR | Morehead, Sommer, Wood | No | Yes | Yes | Yes | Yes | |
| Ewing, Robert Benjamin Isaac | 13-40005-JAR | Slinkard, Hendershot, Wood | No | No | | | | |
| Faulkner, Lee | 14-20096-JAR | Zabel, Tomasic, Brown, Capwell, Gurney, Sommer, Wood | No | No | | | | |
| Felix-Gamez, Ricardo | 15-20042-CM | Ward, Brown, Capwell, Gurney | No | | | | | |

| Fitzpatrick, Vashawn | 10-40085-RDR 12-40089-JAR | Hendershot, Gurney | No | | | | | |
|---|---|---|---|---|---|---|---|---|
| Fondren, Kevin | 14-20011-02-KHV | Brown, Maag, Morehead | No | Yes | Yes | Yes | Yes | |
| Forbes, Mendy | 13-20041-KHV | Gurney, Oakley, Wamble | No | Yes | Yes, e-mails to USMS | Yes | Yes | Played at Sent. |
| Read-Forbes, Mendy | 12-20099-KHV | Gurney, Oakley, Wamble, Wilson | No | Yes | Yes, e-mails to USMS | Yes | Yes | Played at Sent. |
| Garciga, Lazaro | 12-20066-KHV | Morehead, Maag, Zabel, Brown, Capwell, Gurney | No | No | | | | |
| Giannukos, Jay | 15-20016-CM | Gurney, Morehead | No | Yes | Yes | Yes | Yes | |
| Griffin, Damon | 14-20014-KHV | Brown, Capwell, Catania, Gurney, Tomasic, Ward | No | Yes | Yes | Yes | Yes | |
| Harssfell, Tyrssverd | 14-20134-CM | Morehead, Brown, Wood | No | Yes | Yes | Yes | Yes | |
| Hayes, Dominic N. | 12-20016-CM | Brown, Gurney, Maag, Morehead | No | Yes | | | Yes | |
| Hernandez-Hernandez, Jose Luis | 14-20101-JAR | Oakley | No | | | | | |
| Hohn, Steven | 12-20003-03-CM | Gurney, Morehead | No | Yes | Yes, subpoena | Yes | Yes | |
| Hurtado, Nicholas | 15-20032-CM | Ward, Brown, Capwell, Gurney | No | | | | | |
| Huske, Roy | 14-40037-EFM | Slinkard, Maag, Wood | No | No | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Irvin, Tony (Anthony) | 13-20070-05-CM | Capwell, Gurney, Krug, Zabel | No | Yes | Yes | Yes | Yes | in disseminated discovery |
| Johnson, Booker | 15-40064-DDC | Maag, Wood | No | No | | | | |
| Kearn, Jonathan | 13-40057-JAR | Kenney | No | No | | | | Only detained 3 days pre-deten. hrg and then post-sentencing |
| Kleppin, Chad | 16-40031-DDC | Slinkard, Jacobs, A. Smith | No | No | Yes | No | No | DEA found Admin. Subpoena for calls, but did not find any calls. |
| Knox, Jemel | 14-20022-JAR  15-20103-JAR | Morehead, Sommer, Gurney, Brown | Yes | Yes | Yes | Yes | Yes | Calls and materials from CCA Investigation given to the Court |
| Lamas, Rogelio | 12-20119-CM | Rask, Wilhoft, Brown, Gurney | No | No | | | | We did receive partial Call Log from FPD in 2255 hearing in 2017 |
| Lawton, Quentin | 16-40036-DDC | Maag | No | Yes | None | Yes | Yes | USMS obtained calls on their own as part of investigation |
| Leonard, Kyser | 13-20065-CM | Tomasic, Capwell, Gurney | No | No | | | | |
| Lopez-Lopez, Migel | 15-20008-JAR | Zabel, Tomasic, Brown, Capwell | No | Yes, Wyco | | | | Only calls were for def. & Daniel Rivera from Wyco Jail 1-23-15 - 1/25/15 |
| Lougee, David | 14-20068-CM | Morehead, Ward, Patton, Sommer, Gurney | Yes | No | | | | Calls and materials from CCA Investigation given to the Court |
| Mays, Damian | 12-20141-KHV | Catania, Alford, Krug, Maag, Brown, Grissom, Gurney | No | Yes | No | Yes | Yes | |
| McCall, Johnnie | 10-40005-JAR  13-40018-DDC | Hendershot, Maag, Brown, Wood | No | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| McCarty, John | 14-40129-DDC  14-40121-DDC | Hough, Brown, Capwell, Wood | No | No | | | | |
| McDowell, Gladstone | 09-20133-JWL | Flannigan, Allman, Gurney, Maag, Rask, D. Smith | No | | | | | |
| McPeters, Douglas | 15-20071-CM | Flannigan | No | | | | | |
| Mebane, Darus | 16-20041-JAR | Oakley, Brown, Capwell, Clymer, Davids, Kavanaugh, | No | | | | | D. Kan recused. Handled by WDMO |
| Mendez-Razo, Luis | 11-20115-CM | Zabel | No | No | | | | |
| Miller, Bradley | 13-40025-JAR | Gurney, Mattivi, Maag, Treadway | No | | | | | |
| Mitchell, William D | 13-20051-CM | Capwell, Tomasic, Zabel | No | Yes | Yes | | | |
| Molina, Adan | 09-40041-DDC | Hough, Brown, Capwell, Wood | No | No | | | | |
| Mozingo, Troyton | 12-20016-02-CM | Brown, Gurney, Maag, Morehead | No | Yes | Yes, subpoena | Yes | Yes | |
| Mumford, Cortez | 15-20069-JAR | Morehead, A. Smith | No | No | | | | |
| Muth, Dacco | 14-20063-JAR | Gurney, Tomasic | No | No | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Olea-Monarez, Vicencio | 14-20096-JAR | Zabel, Tomasic, Brown, Capwell, Gurney, Sommer, Wood | No | Yes | Yes | | | |
| Orr, Christian Robert | 16-20009-CM | Hunt, Morehead | No | No | | | | |
| Ortega-Flores, Luis | 12-20066-KHV | Morehead, Maag, Zabel, Brown, Capwell, Gurney | No | Yes | | | | |
| Ortega-Flores, Luis | 12-20069-KHV | Catania, Gurney | No | No | | | | |
| Pavone, Shawn | 09-20142-JWL | Zabel | Yes | No | | | | Calls and materials from CCA Investigation given to the Court |
| Pavone, Shawn | 15-20019-JAR | Catania, Brown, Capwell, Wood | Yes | No | | | | Calls and materials from CCA Investigation given to the Court |
| Phillips, Scott | 14-20001-KHV | Krug | Yes | | | | | Calls and materials from CCA Investigation given to the Court |
| Phommaseng, Petsami | 14-20014-13-JAR 15-20006-JAR 15-20020-JAR | Catania, Tomasic, Ward Capwell, Brown, Gurney, Sommer, Wood | No | Yes | Yes, Ex. 626 | Yes | Yes | |
| Piggie, Frenklyn | 10-20145-CM | Morehead, Gurney | No | No | | | | ON SRV in DKAN w/ new drug case in WDMO, so possibly WDMO |
| Rapp, Gregory | 14-20067-CM | Rask, Brown, Flannigan, Tomasic, Wood | Yes | Yes | Yes | Yes | Yes | Calls and materials from CCA Investigation given to the Court |
| Reulet, Michelle | 14-40005-03-DDC | Gurney, Maag, Mattivi, A. Smith, Treadway | No | Yes | Yes, Admin. Subpoenae | Yes | Yes | Notes, filings |
| Rippey, Chrystal | 14-20019-KHV 18-20057-DDC | Oakley, Wamble | No | Yes | Yes, e-mails to USMS | No | No | Believed turned over in discovery to Tom Bartee |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Roark, Jeffery | 15-20042-CM | Ward, Brown, Capwell, Gurney | No | | | | | |
| Roberson, Marcus | 06-40066-JAR  11-40078-JAR | Coody, Maag, Zabel, Brown, Mattivi, Warner, | No | No | | | | Suspected of organizing CCA ring but was at BOP by time of investigation |
| Robertson, Antonio | See note | Tomasic | No | Yes | Yes | | | While in on WDMo Case# 13-cr-00084 re: Herrera-Zamora |
| Robinson, Robert | 14-20059-JAR  16-20013-JAR | Flannigan, Wamble, Brown, Capwell | No | Yes | No | Yes | Yes | |
| Robinson, Sarah | 15-20089-CM  15-20077-02-CM | Morehead, Wood | No | No | | | | USMS may have been investigating new crimes at CCA |
| Rockers, Tracy | 12-20003-CM | Morehead, Gurney | No | Yes | | | Yes | |
| Sanders, Brenda | 16-40004-DDC | Jacobs, Mattivi, A. Smith | No | No | | | | |
| Shutts, Shawn | 14-20014-JAR | Catania, Gurney, Brown, Capwell, Tomasic, Ward | Yes | No | | | | Calls and materials from CCA Investigation given to the Court |
| Simons, Lawrence M. | 09-10032-JTM  13-10080-JTM | Metzger | No | Yes | By ATF from Jail | Probably | Yes | Used in pleadings & evid in court |
| Sloan, Clark | 13-40025-02-JAR | Gurney, Maag, Mattivi, Treadway | No | | | | | |
| Smith, Juvon | 12-20066-KHV | Morehead, Maag, Gurney, Brown, Capwell, Zabel | No | FPD did in 2255 | | From FPD from hrg | | |
| Sneed, Shawn | 13-40112-JAR | Maag | No | Yes | Oral - FBI to USMS | Yes | Yes | Yes |

| Name | Case No. | Attorneys | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Sneed, Shawn | 13-40123-02-JAR | Dustin Curry, Maag | No | Yes | Oral-FBI to USMS | Yes | Yes | Yes |
| Soriano, Tino | 12-20072-CM | Catania | No | No | | | | |
| Soto-Areola, Nicholas | 04-40016-JAR | Hendershot | No | | | | | |
| Soto-Camargo, Paola | 14-40128-DDC | Hough, Brown, Capwell, Wood | No | No | | | | |
| Spaeth, Matthew | 14-20068-CM | Morehead, Gurney, Patton, Sommer, Ward | Yes | No | | | | Calls and materials from CCA Investigation given to the Court |
| Steele, Charles | 14-40077-DDC | Brown, Capwell, Maag, Wood | Yes | No | | | | Calls and materials from CCA Investigation given to the Court |
| Stewart, Arlie | 14-20054-JAR | Catania, Tomasic, Gurney | Yes | No | | | | Calls and materials from CCA Investigation given to the Court |
| Stewart, Janaya | 12-40044-DDC | Hendershot, Brown, Slinkard | No | | | | | |
| Tanner, Donta | 16-20043-CM | Morehead, A. Smith | No | | | | | |
| Tatum, Ataven | 12-20066-29-KHV | Brown, Capwell, Gurney, Maag, Morehead, Zabel | No | | | | | |
| Thompson, Anthony | 13-40060-10-DDC | Gurney, Maag, Mattivi | No | No | No | No | No | |
| Tillman, Terry | 13-20070-04-CM | Capwell, Gurney, Krug, Tomasic, Zabel | No | Yes | Yes | Yes | Yes | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| True, David | 14-20068-03-CM | Gurney, Morehead, Patton, Sommer, Ward | No | Yes | Yes | Yes | Yes | |
| Valdez, Hector | 14-20096-JAR | Zabel, Brown, Capwell, Gurney, Sommer, Tomasic, Zabel, Wood | No | No | No | | | |
| Villa-Valencia, Luis | 16-20008-CM | Krug, Gurney | No | Yes | Yes | ? | Yes | |
| Vincent, Thomas | 03-20003-CM | Flannigan, Maag, Brown, | No | | | | | |
| Wakol, Gregory | 14-40146-EFM | Maag, Wood | No | No | | | | |
| Wallace, Andre | 16-40008-DDC | Slinkard, A. Smith | Yes | No | | | | Calls and materials from CCA Investigation given to the Court |
| Warren, Arrick | 13-20081-CM | Tomasic, Warner, Zabel | No | Yes | Yes | | | |
| Webb, Virock | 11-40078-JAR | Maag, Brown, Mattivi, Warner, | Yes | No | | | | Calls and materials from CCA Investigation given to the Court |
| Williams, Anthony Davon | 14-40094-DDC | Hough | No | No | | | | |
| Williamson, Brett | 13-20011-KHV | Flannigan | No | Yes | Yes | Yes | Yes | Reports |
| Wilson, Timothy | 07-20072-JWL | Catania, Maag | No | No | | | | |
| Wilson, Timothy | 11-20120-CM | Catania | No | No | | | | |

| Name | Case | Attorneys | Col4 | Col5 | Col6 | Col7 | Col8 | Notes |
|---|---|---|---|---|---|---|---|---|
| Wilson, Timothy | 15-20081-CM | Ward, Brown, Capwell, Gurney | No | | | | | |
| Woods, James Justin | 11-40046-JWL | Slinkard, Maag | No | No | | | | |
| Wright, Eric | 09-20117-KHV | Krug | No | | | | | JoCO Pre-charge calls in investigative reports |
| Yan, Wengui | 13-20134-CM | Rask, Resler, D. Smith, Walczewski, Williams | No | Yes | | | | |