# ATTACHMENT 7

| | |
|---|---|
| **From:** | Slinkard, Duston (USAKS) |
| **To:** | "Melody Brannon"; McAllister, Stephen (USAKS); Clymer, Steven D. (USANYN) |
| **Cc:** | Kirk Redmond; Jennifer Wilson |
| **Subject:** | RE: Additional Disc of Calls |
| **Date:** | Monday, January 14, 2019 4:08:00 PM |

Fine with me.

Duston J. Slinkard, FAUSA
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853

---

**From:** Melody Brannon <Melody_Brannon@fd.org>
**Sent:** Monday, January 14, 2019 3:41 PM
**To:** Slinkard, Duston (USAKS) <DSlinkard@usa.doj.gov>; McAllister, Stephen (USAKS)
<SMcAllister@usa.doj.gov>; Clymer, Steven D. (USANYN) <SClymer@usa.doj.gov>
**Cc:** Kirk Redmond <Kirk_Redmond@fd.org>; Jennifer Wilson <Jennifer_Wilson@fd.org>
**Subject:** RE: Additional Disc of Calls

The last dated inventory was in the box. I'll just mark that one, and if we need to update later, we will.

Thanks for the information.

---

**From:** Duston Slinkard <Duston.Slinkard@usdoj.gov>
**Sent:** Monday, January 14, 2019 3:37 PM
**To:** Melody Brannon <Melody_Brannon@fd.org>; Stephen McAllister
<Stephen.McAllister@usdoj.gov>; Clymer, Steven D. (USANYN) <Steven.D.Clymer@usdoj.gov>
**Cc:** Kirk Redmond <Kirk_Redmond@fd.org>; Jennifer Wilson <Jennifer_Wilson@fd.org>
**Subject:** RE: Additional Disc of Calls

Melody,

I do not have any objection to admitting the inventory (as updated by Linda, when she brought up the follow-on disc referenced in the e-mail below) as an exhibit. I cannot say that we will not find more for defendants on the lists you provided. Our focus was to get the calls to the Court for the cases in which we had already identified having them by the 1/7/2019 deadline. We are still in process of searching to determine if we have calls for any of the other defendants to meet the 1/28/2019 deadline. If we find ourselves done in advance of that deadline, we'll not wait on it, but we're not done yet. Thanks, and thanks for the update.

Duston J. Slinkard, FAUSA

U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853

---

**From:** Melody Brannon <Melody_Brannon@fd.org>
**Sent:** Monday, January 14, 2019 3:24 PM
**To:** Slinkard, Duston (USAKS) <DSlinkard@usa.doj.gov>; McAllister, Stephen (USAKS)
<SMcAllister@usa.doj.gov>; Clymer, Steven D. (USANYN) <SClymer@usa.doj.gov>
**Cc:** Kirk Redmond <Kirk_Redmond@fd.org>; Jennifer Wilson <Jennifer_Wilson@fd.org>
**Subject:** FW: Additional Disc of Calls

Duston,

Do you have any objection to admitting your inventory as an exhibit? I think that's the best way to track the discovery motion.
Also, do you think this is everything from the lists we provided, or should we expect more?

We have everything copied and have returned the material to the Court.

Thanks.

---

**From:** Melody Brannon
**Sent:** Thursday, January 10, 2019 5:15 PM
**To:** Jennifer Wilson <Jennifer_Wilson@fd.org>
**Subject:** FW: Additional Disc of Calls

---

**From:** Duston Slinkard <Duston.Slinkard@usdoj.gov>
**Sent:** Thursday, January 10, 2019 4:54 PM
**To:** Bonnie Wiest <Bonnie_Wiest@ksd.uscourts.gov>
**Cc:** Smith, Linda (USAKS) 1 <Linda.Smith2@usdoj.gov>; Melody Brannon <Melody_Brannon@fd.org>
**Subject:** Additional Disc of Calls

We have one additional disc of calls for defendant Ashley Huff that Linda will bring to be added to the box before FPD starts their work at 9:00 a.m. in the morning. While Huff was not on the list provided by FPD, since she was also a defendant in the Rapp case, it seemed simplest to include her calls in the batch of materials. This disc contains calls from a file location we had identified, but not initially gotten communicated accurately to our IT Manager to download and delete. We will prepare a separate envelope for it and update the inventory.

Thank you,

Duston J. Slinkard, FAUSA
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853