# ATTACHMENT 8

| | |
|---|---|
| **From:** | Lauren Lowry |
| **To:** | Slinkard, Duston (USAKS); Melody Evans |
| **Cc:** | Jennifer Wilson; McAllister, Stephen (USAKS); Bonnie Wiest |
| **Subject:** | RE: US v. Black--phone recordings |
| **Date:** | Friday, January 18, 2019 11:31:01 AM |

Good morning,

Bonnie is out today, but I will work with her on this Tuesday and see that these items are kept with the others in the vault.

Thanks,
Lauren

**From:** Slinkard, Duston (USAKS) [mailto:Duston.Slinkard@usdoj.gov]
**Sent:** Thursday, January 17, 2019 3:12 PM
**To:** Melody Evans <melody_brannon@fd.org>
**Cc:** Lauren Lowry <Lauren_Lowry@ksd.uscourts.gov>; Jennifer Wilson <Jennifer_Wilson@fd.org>; McAllister, Stephen (USAKS) <Stephen.McAllister@usdoj.gov>
**Subject:** RE: US v. Black--phone recordings

Melody,

Attached are the documents you referenced as missing in your e-mail below. While none of these are actually of a type that they would need to be held by the Court, they are listed on the inventory as being in the Court's custody. Therefore, my thought is the simplest way to handle things, if you don't object and the Court is willing, would be for the Court to print this string of e-mail correspondence and the attached files, and place them attached together in the box. That way the inventory would be accurate, the record of what happened would be preserved, and your observation of the one Forbes disk that could not be copied would also be preserved.

Thank you,
Duston J. Slinkard, FAUSA
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853

**From:** Melody Brannon <Melody_Brannon@fd.org>
**Sent:** Wednesday, January 16, 2019 10:10 AM
**To:** Slinkard, Duston (USAKS) <DSlinkard@usa.doj.gov>
**Cc:** Lauren Lowry <Lauren_Lowry@ksd.uscourts.gov>; Jennifer Wilson <Jennifer_Wilson@fd.org>
**Subject:** US v. Black--phone recordings

Duston,

We copied the contents of the phone recordings and documents that you provided to the Court. From a comparison with the inventory sheet, we are missing the following:

| | |
|---|---|
| Dixon, Dalevon | "court exh. Return receipt" |
| Forbes, Mendy | Disk #30 (Search dates 12/17/2012-3/14/2013) |
| | **This disk is corrupt and would not copy** |
| Giannukos, Jay | "CCA Acknowledgment" |
| True, David | "Ltr from Bell Acknowledging Receipt of Calls" |
| Villa-Valencia, Luis | "email for calls" |

Thanks.

Melody Brannon
Federal Public Defender
District of Kansas
117 S.W. 6th Street, Suite 200
Topeka, Kansas 66603
785.232.9828
785.246.6012