# ATTACHMENT 9

| | |
|---|---|
| **From:** | Slinkard, Duston (USAKS) |
| **To:** | "Melody Brannon" |
| **Cc:** | Jennifer Wilson; McAllister, Stephen (USAKS); Bonnie Wiest |
| **Subject:** | RE: Black phone discovery |
| **Date:** | Thursday, February 07, 2019 3:46:00 PM |
| **Attachments:** | Forbes jail call email.pdf |

Melody,

Attached is the document you referenced as missing in your e-mail below. While this is not actually of a type that would need to be held by the Court, it is listed on the inventory as being in the Court's custody. Therefore, my thought is the simplest way to handle things, if you don't object and the Court is willing, would be for the Court to print this string of e-mail correspondence and the attached file, and place them attached together in the box with the other phone discovery materials. That way the inventory would be accurate, and the record of what happened would be preserved.

Thank you,
Duston J. Slinkard, FAUSA
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853

---

**From:** Melody Brannon <Melody_Brannon@fd.org>
**Sent:** Friday, February 01, 2019 12:45 PM
**To:** Slinkard, Duston (USAKS) <DSlinkard@usa.doj.gov>
**Cc:** Jennifer Wilson <Jennifer_Wilson@fd.org>
**Subject:** Black phone discovery

Duston,

We are still missing one document that is listed on your inventory. It is an email from the Forbes case.

Thanks,

Melody Brannon
Federal Public Defender
District of Kansas
117 S.W. 6th Street, Suite 200
Topeka, Kansas 66603
785.232.9828
785.246.6012