# ATTACHMENT 10

| | |
|---|---|
| **From:** | Slinkard, Duston (USAKS) |
| **To:** | "Melody Brannon" |
| **Subject:** | RE: phone call discovery: Lamar Steele |
| **Date:** | Tuesday, February 05, 2019 2:48:00 PM |
| **Attachments:** | RE Follow up on the phone discovery.msg |

Melody,

Jared handled the original prosecution of the Steeles. He did not think that any calls were obtained in their cases (Complaint on both 14-mj-5040 / Indictment for Lamar 14-40071 / Indictment for Charles 14-40077), and a review of the case materials does not show that any calls were sought or obtained.

As I mentioned previously, my understanding is that calls for both of the Steeles were obtained in the CCA Investigation, and that all that information was submitted to the Court in response to its August 2016 phone claw back order. As I communicated back on October 31, 2018 (attached), Lamar Steele was on the list of defendants for whom the agents indicated the special master filtered and returned certain calls to them.

Let me know if you need anything else on this one.

Thanks,

Duston J. Slinkard, FAUSA
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853

---

**From:** Slinkard, Duston (USAKS)
**Sent:** Monday, February 04, 2019 2:18 PM
**To:** Melody Brannon <Melody_Brannon@fd.org>
**Subject:** RE: phone call discovery: Lamar Steele

Let me check into Lamar Steele. My recollection is that his calls were obtained in the CCA investigation, and if so everything related to that would have gone to the court and special master pursuant to the August 2016 clawback order. But, I will check on whether we obtained calls on him in his own prosecution, and get back with you.

I had not considered your broader question, so I will think about that as well.

Thanks,
Duston

---

**From:** Melody Brannon <Melody_Brannon@fd.org>
**Sent:** Monday, February 04, 2019 11:42 AM

**To:** Slinkard, Duston (USAKS) <DSlinkard@usa.doj.gov>
**Cc:** Jennifer Wilson <Jennifer_Wilson@fd.org>
**Subject:** phone call discovery: Lamar Steele

Duston,

Previously, I provided a list of clients who were still in custody and whose attorney-client calls were accessed to facilitate discovery.
I have another request. Lamar Steele was out of custody and therefore not on our initial list. He is now back in custody on SRV and a new case and filed a pro se petition. Would you please check to see if you have any record of phone calls in your files? We did not go through the same process of identifying a-c calls for out-of-custody clients.

Which raises another topic—how do you want to proceed with identifying and returning calls from clients who are out of custody (and therefore not on our initial list)? We are not in a position to provide a narrowed list of these clients.

Melody Brannon
Federal Public Defender
District of Kansas
117 S.W. 6th Street, Suite 200
Topeka, Kansas 66603
785.232.9828
785.246.6012

| | |
|---|---|
| **From:** | Slinkard, Duston (USAKS) |
| **To:** | "Melody Brannon"; McAllister, Stephen (USAKS); Clymer, Steven D. (USANYN) |
| **Cc:** | David Guastello; Branden A Bell; Kirk Redmond; David R. Cohen (David@SpecialMaster.Law); alleenv@aol.com |
| **Subject:** | RE: Follow up on the phone discovery |
| **Date:** | Wednesday, October 31, 2018 2:20:00 PM |

Melody,

At this point, I cannot make any concrete assurances on Nov. 12th, but we will do our best to have as much to you as possible as quickly as we can. To that end, the following are persons from the lists you have provided for whom inmate calls were obtained as part of the CCA contraband investigation:

Cartwright, James
Knox, Jemel
Lougee, David
Pavone, Shawn
Phillips, Scott
Rapp, Gregory
Shutts, Shawn
Spaeth, Matthew
Stewart, Arlie
Webb, Virok
Andre Wallace
Charles Steele
Enoch Clark
Robert Burres

My understanding from the agents is that the calls, and derivative information therefrom, of the above obtained during the CCA contraband investigation were provided to the Court in response to the claw back order (Doc. 113) in August of 2016.

After the Special Master was appointed, he asked what calls the agents need to have filtered to continue the investigation, and then filtered and returned to the agents certain calls of the following individuals:

| | |
|---|---|
| Birdsong, Michael | Ramirez-Medina, FNU |
| Burgess, Jeremy | Ransom, Robert |
| Burress, Robert | Rayton, Jermaine |
| Carter, Karl | Roody, Lewis |
| Finley, Kevin | Rowlette, Stephen |
| Flaaen, Mark | Shea, Stephen |
| Hawkins, Eric | Steele, Lamar |
| Hopkins, Amber | Stewart, Arlie |
| Lougee, David | White, Frank |
| McDaniel, Benjamin | |

Meyer, Tony
Neal, Jason
Perryman, Christopher
Plascenio, Ricardo

The agents also requested back calls for detainees Lorenzo Black, Eric Harris, Jemal Knox, and Greg Rapp. However, as far as we can tell, no calls from these detainees were received.

As you and I discussed, the fact we know we obtained calls from the persons in the top group during the CCA investigation will not preclude our checking on whether calls of any of them were also obtained in their own prosecutions.

Thank you,
Duston J. Slinkard, FAUSA
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853

---

**From:** Melody Brannon <Melody_Brannon@fd.org>
**Sent:** Wednesday, October 31, 2018 9:15 AM
**To:** Slinkard, Duston (USAKS) <DSlinkard@usa.doj.gov>; McAllister, Stephen (USAKS) <SMcAllister@usa.doj.gov>; Clymer, Steven D. (USANYN) <SClymer@usa.doj.gov>
**Cc:** David Guastello <david@guastellolaw.com>; Branden A Bell <Branden_Bell@fd.org>; Kirk Redmond <Kirk_Redmond@fd.org>; David R. Cohen (David@SpecialMaster.Law) <David@SpecialMaster.Law>; alleenv@aol.com
**Subject:** Follow up on the phone discovery

Duston,

We have been talking about your process for identifying and producing phone discovery. We hope that can be completed by November 12. That will allow us time to review and determine if there are outstanding issues before the hearing on November 16.

Thanks.

Melody