# ATTACHMENT 11

| | |
|---|---|
| **From:** | Melody Brannon |
| **To:** | Slinkard, Duston (USAKS) |
| **Subject:** | RE: US v. Black phone discovery |
| **Date:** | Monday, February 11, 2019 8:49:57 PM |

Thanks, Duston.

**From:** Duston Slinkard <Duston.Slinkard@usdoj.gov>
**Sent:** Monday, February 11, 2019 4:16 PM
**To:** Melody Brannon <Melody_Brannon@fd.org>
**Cc:** Jennifer Wilson <Jennifer_Wilson@fd.org>
**Subject:** RE: US v. Black phone discovery

Melody,

After checking with the Trent Krug, who was the AUSA on the case, what you describe as notes in the document you sent are translation summaries provided by Sara Gardner. I asked Trent to check, and dased upon discovery dissemination letters, Villa-Valencia's calls, from which these summaries were prepared, were distributed to defense counsel in the case in Round 2 of discovery on April 11, 2016, and these summaries were distributed in Round 4 of discovery on May 3, 2016.

Thank you,

Duston J. Slinkard, FAUSA
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853

**From:** Melody Brannon <Melody_Brannon@fd.org>
**Sent:** Tuesday, February 05, 2019 9:36 AM
**To:** Slinkard, Duston (USAKS) <DSlinkard@usa.doj.gov>
**Cc:** Jennifer Wilson <Jennifer_Wilson@fd.org>
**Subject:** US v. Black phone discovery

Duston,

The first pages of this document appear to be notes from someone who was reviewing CCA calls in Villa-Valencia. Do you know, or would you please find out, the provenance of those notes?

Thanks.

Melody Brannon
Federal Public Defender
District of Kansas

117 S.W. 6th Street, Suite 200
Topeka, Kansas 66603
785.232.9828
785.246.6012