# ATTACHMENT 12

**From:** Slinkard, Duston (USAKS)
**To:** Melody Brannon
**Subject:** RE: Derivitive phone data: Brett Williamson
**Date:** Thursday, February 14, 2019 3:56:00 PM

A few docs, but not too much volume. There will likely be a doc or two for two or three defendants other than those I listed.

**From:** Melody Brannon <Melody_Brannon@fd.org>
**Sent:** Thursday, February 14, 2019 3:43 PM
**To:** Slinkard, Duston (USAKS) <DSlinkard@usa.doj.gov>
**Subject:** RE: Derivitive phone data: Brett Williamson

Are there any other docs, or just audio files?

**From:** Duston Slinkard <Duston.Slinkard@usdoj.gov>
**Sent:** Thursday, February 14, 2019 3:42 PM
**To:** Melody Brannon <Melody_Brannon@fd.org>
**Subject:** RE: Derivitive phone data: Brett Williamson

As best I can tell, there will be calls/materials for: William Mitchell, Olea-Monarez, Ortega Flores, and the add'l disk on Williamson. I talked to Lauren, and she was fine with doing it like last time and would have them available for your folks tomorrow.

**From:** Melody Brannon <Melody_Brannon@fd.org>
**Sent:** Thursday, February 14, 2019 3:31 PM
**To:** Slinkard, Duston (USAKS) <DSlinkard@usa.doj.gov>
**Subject:** RE: Derivitive phone data: Brett Williamson

Duston,

Since my deadline to submit exhibits is tomorrow, is this all that will be produced today? Is the disk of calls related to Williamson?

**From:** Duston Slinkard <Duston.Slinkard@usdoj.gov>
**Sent:** Thursday, February 14, 2019 2:25 PM
**To:** Melody Brannon <Melody_Brannon@fd.org>
**Cc:** Kirk Redmond <Kirk_Redmond@fd.org>; Jennifer Wilson <Jennifer_Wilson@fd.org>
**Subject:** RE: Derivitive phone data: Brett Williamson

Attached are the reports I received. Copies of these reports, as well as a disc of calls, will also be submitted to the court today. Thanks!

**From:** Melody Brannon <Melody_Brannon@fd.org>
**Sent:** Saturday, February 09, 2019 5:21 PM

**To:** Slinkard, Duston (USAKS) <DSlinkard@usa.doj.gov>
**Cc:** Kirk Redmond <Kirk_Redmond@fd.org>; Jennifer Wilson <Jennifer_Wilson@fd.org>
**Subject:** Derivitive phone data: Brett Williamson

I was going through the derivative material provided January 11, 2019. One case, Brett Willimason, includes an email from Scott Silfer to Kim Flannigan excerpting notes from his reports that include attorney-client calls. While I appreciate receiving the email, I think the reports themselves are derivative data from review of phone calls and those reports should be produced in their entirety. If you can include with your disclosure next Thursday, I would appreciate it.
Thanks.

Melody Brannon
Federal Public Defender
District of Kansas
117 S.W. 6th Street, Suite 200
Topeka, Kansas 66603
785.232.9828
785.246.6012