# ATTACHMENT 13

| | |
|---|---|
| **From:** | Slinkard, Duston (USAKS) |
| **To:** | Melody Brannon; Kirk Redmond |
| **Cc:** | Clymer, Steven D. (USANYN); McAllister, Stephen (USAKS); KSD_Robinson_Chambers@ksd.uscourts.gov; vanbebberlaw; David Guastello |
| **Subject:** | Updated Spreadsheet of Call Discovery Project |
| **Date:** | Thursday, February 14, 2019 9:21:00 PM |
| **Attachments:** | Inmate Calls Discovery Project 2-14-2019.xlsx<br>Materials to ct 2-14-19.pdf |

Melody,

Attached is an updated spreadsheet that provides data on the results of our effort to identify whether calls are obtained for the list of defendants you supplied to us. Where we have answered "yes," such answer is based upon evidence that was located. Where we have answered "no," such answer is based upon no affirmative evidence being found after review of the physical files and electronic records that exist for the relevant cases. In a limited number of cases, as noted on the spreadsheet, the physical files had already been sent to storage at the federal records center, have been requested back, and have not yet been received back. As you and I have discussed, if proper closing protocols were followed, no call related information should exist in files that were closed and sent to the federal records center. However, we will check the requested files when they are returned to be certain of their contents and update if anything further is located.

Also attached is an inventory of additional materials our office submitted to the custody of the Court earlier today. As was the process with the materials we submitted to the Court on January 7, 2019, we agree to you being able to obtain and duplicate the materials we submitted to the Court earlier today. As noted in that inventory, under the entry for David Lougee, there is a Call Detail Report that was obtained in the case in which he was a defendant for calls to four phone numbers dialed out from CCA. Lougee, as well as co-defendant David True and others, show on that report. I inadvertently took it with me when I left our Kansas City Office this afternoon, so it was not delivered to the Court. I will scan and email it to you and the Court tomorrow morning.

At this point, barring something found in the closed files we have requested back from the records center, or receipt of new information in response to inquiries we have already made, which we will pass along upon receipt, we believe we have completed our review with respect to the list of names you provided.

Please let me know if you have any questions.

Thank you,
Duston

| Name | Case No | AUSA | CCA Calls Obtained in CCA Invest. | CCA Calls Obtained Otherwise by, through, or known to USAO | Calls & Materials Submitted to Court | Notes |
|---|---|---|---|---|---|---|
| Alvarez, Joshua | 14-20096-JAR | Zabel, Brown, Capwell, Gurney, Tomasic, Wood | No | No | | |
| Bauman, Chad | 12-20083--22-KHV | Barnett, Brown, Maag, Capwell, Guerney, Morehead | No | No | | |
| Benton, Wayne | 15-20075-CM | Morehead, Brown, Wood | No | No | | |
| Blackburn, Stephen | 09-20133-12-JWL | D. Smith, Rask, Maag, Gurney, Flannigan, Allman | No | No | | |
| Blakney, Martez | 15-20086-CM | Brown, Capwell, Morehead, A. Smith | No | No | | Pre-charging calls from WyCo Jail Rec'd |
| Booker, John Booker | 15-40030-CM | Mattivi, Corlett, Maag, Magnone, Parecki, D. Smith | No | See note | | Calls obtained by Mark Thomason post-plea, not by government |
| Brown, Vernon | 12-20066-KHV | Morehead, Brown, Maag, Zabel, Gurney, Capwell | No | See note | | A call request form was found, but no evidence of calls being received was found |
| Burres, Robert | 14-40023-DDC | Hendershot, Gurney, Slinkard, Sommer | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016 |
| Cartwright, James | 16-20033-CM | Catania, A. Smith | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016 |
| Catrell, Ronald | 11-20125-CM  13-20102-CM | Oakley, Brown, Gurney | No | Yes, see note | | E-mail shows calls rec'd but no calls found. Files requested from Federal Records Center |

| | | | | | | |
|---|---|---|---|---|---|---|
| Chirinos, Juan | 12-20112-CM | Krug, Maag, Brown, Gurney | No | No | | |
| Clark, Enoch | 14-20130-02-JAR | Morehead, Sommer, Wood | Yes | Yes | 1/7/2019 | CCA Invest. calls and materials given to the Court in 08/2016 |
| Clifton, Julie | 14-20014-02-KHV | Brown, Capwell, Catania, Gurney, Tomasic, Ward | No | Yes | 1/7/2019 | |
| Collins, Charles E. II | 13-40095-JAR | Hough | No | No | | |
| Contreras, Milton | 15-mj-08037 | Flannigan | No | No | | First Appearance on out of District Case; disregard per FPD |
| Davis, Henry | 13-40115-02-JAR | Brown, Maag | No | No | | |
| Dillow, Stephen | 14-20028-CM | Zabel, Oakley, Tomasic, Brown, Capwell | No | Yes | | E-mail shows calls rec'd but no calls found. |
| Dixon, Dalevon | 14-20130-JAR | Morehead, Sommer, Wood | No | Yes | 1/7/2019 | |
| Ewing, Robert Benjamin Isaac | 13-40005-JAR | Slinkard, Hendershot, Wood | No | No | | |
| Faulkner, Lee | 14-20096-JAR | Zabel, Tomasic, Brown, Capwell, Gurney, Sommer, Wood | No | No | | |
| Felix-Gamez, Ricardo | 15-20042-CM | Ward, Brown, Capwell, Gurney | No | Yes | 1/7/2019 | |
| Fitzpatrick, Vashawn | 10-40085-RDR   12-40089-JAR | Hendershot, Gurney | No | No | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Fondren, Kevin | 14-20011-02-KHV | Brown, Maag, Morehead | No | Yes | 1/7/2019 | |
| Forbes, Mendy | 13-20041-KHV | Gurney, Oakley, Wamble | No | Yes | 1/7/2019 | |
| Read-Forbes, Mendy | 12-20099-KHV | Gurney, Oakley, Wamble, Wilson | No | Yes | 1/7/2019 | |
| Garciga, Lazaro | 12-20066-KHV | Morehead, Maag, Zabel, Brown, Capwell, Gurney | No | No | | |
| Giannukos, Jay | 15-20016-CM | Gurney, Morehead | No | Yes | 1/7/2019 | |
| Griffin, Damon | 14-20014-KHV | Brown, Capwell, Catania, Gurney, Tomasic, Ward | No | Yes | 1/7/2019 | |
| Harssfell, Tyrssverd | 14-20134-CM | Morehead, Brown, Wood | No | Yes | 1/7/2019 | |
| Hayes , Dominic N. | 12-20016-CM | Brown, Gurney, Maag, Morehead | No | Yes | 1/7/2019 | |
| Hernandez-Hernandez, Jose Luis | 14-20101-JAR | Oakley | No | No | | |
| Hohn, Steven | 12-20003-03-CM | Gurney, Morehead | No | Yes | 1/7/2019 | |
| Hurtado, Nicholas | 15-20032-CM | Ward, Brown, Capwell, Gurney | No | No | | |
| Huske, Roy | 14-40037-EFM | Slinkard, Maag, Wood | No | No | | |
| Irvin, Tony (Anthony) | 13-20070-05-CM | Capwell, Gurney, Krug, Zabel | No | Yes | 1/7/2019 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Johnson, Booker | 15-40064-DDC | Maag, Wood | No | No | | |
| Kearn, Jonathan | 13-40057-JAR | Kenney | No | No | | Only detained 3 days pre-deten. hrg and then post-sentencing |
| Kleppin, Chad | 16-40031-DDC | Slinkard, Jacobs, A. Smith | No | No | | DEA found Admin. Subpoena for calls, but did not find any calls. |
| Knox, Jemel | 14-20022-JAR    15-20103-JAR | Morehead, Sommer, Gurney, Brown | Yes | Yes | 1/7/2019 | CCA Invest. calls and materials given to the Court in 08/2016 |
| Lamas, Rogelio | 12-20119-CM | Rask, Wilhoft, Brown, Gurney | No | No | | Gov't received partial Call Log from FPD in 2255 hearing in 2017 |
| Lawton, Quentin | 16-40036-DDC | Maag | No | Yes | 1/7/2019 | USMS obtained calls on their own as part of investigation |
| Leonard, Kyser | 13-20065-CM | Tomasic, Capwell, Gurney | No | No | | |
| Lopez-Lopez, Migel | 15-20008-JAR | Zabel, Tomasic, Brown, Capwell | No | No | | Only calls were for def. & Daniel Rivera from Wyco Jail 1-23-15 - 1/25/15 |
| Lougee, David | 14-20068-CM | Morehead, Ward, Patton, Sommer, Gurney | Yes | No, See note | | CCA Invest. Calls and materials given to Court in 08/2016. May be in calls for co-def True. |
| Mays, Damian | 12-20141-KHV | Catania, Alford, Krug, Maag, Brown, Grissom, Gurney | No | Yes | 1/7/2019 | |
| McCall, Johnnie | 10-40005-JAR    13-40018-DDC | Hendershot, Maag, Brown, Wood | No | No | | |
| McCarty, John | 14-40129-DDC    14-40121-DDC | Hough, Brown, Capwell, Wood | No | No | | |

| | | | | | |
|---|---|---|---|---|---|
| McDowell, Gladstone | 09-20133-JWL | Flannigan, Allman, Gurney, Maag, Rask, D. Smith | No | No | |
| McPeters, Douglas | 15-20071-CM | Flannigan | No | No | |
| Mebane, Darus | 16-20041-JAR | Oakley, Brown, Capwell, Clymer, Davids, Kavanaugh, | No | No | D. Kan recused. Handled by WDMO |
| Mendez-Razo, Luis | 11-20115-CM | Zabel | No | No | File has been requested from Federal Records Center |
| Miller, Bradley | 13-40025-JAR | Gurney, Mattivi, Maag, Treadway | No | No | |
| Mitchell, William D | 13-20051-CM | Capwell, Tomasic, Zabel | No | Yes | 2/14/2019 |
| Molina, Adan | 09-40041-DDC | Hough, Brown, Capwell, Wood | No | No | |
| Mozingo, Troyton | 12-20016-02-CM | Brown, Gurney, Maag, Morehead | No | Yes | 1/7/2019 |
| Mumford, Cortez | 15-20069-JAR | Morehead, A. Smith | No | No | |
| Muth, Dacco | 14-20063-JAR | Gurney, Tomasic | No | No | |
| Olea-Monarez, Vicencio | 14-20096-JAR | Zabel, Tomasic, Brown, Capwell, Gurney, Sommer, Wood | No | Yes | 2/14/2019 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Orr, Christian Robert | 16-20009-CM | Hunt, Morehead | No | No | | |
| Ortega-Flores, Luis | 12-20066-KHV | Morehead, Maag, Zabel, Brown, Capwell, Gurney | No | Yes | 2/14/2019 | May be duplicates of callsgiven to Court in 12-20069-KHV |
| Ortega-Flores, Luis | 12-20069-KHV | Catania, Gurney | No | Yes | 1/7/2019 | |
| Pavone, Shawn | 09-20142-JWL | Zabel | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016. File requested from Fed. Records Ctr |
| Pavone, Shawn | 15-20019-JAR | Catania, Brown, Capwell, Wood | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016 |
| Phillips, Scott | 14-20001-KHV | Krug | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016 |
| Phommaseng, Petsami | 14-20014-13-JAR 15-20006-JAR 15-20020-JAR | Catania, Tomasic, Ward Capwell, Brown, Gurney, Sommer, Wood | No | Yes | 1/7/2019 | |
| Piggie, Frenklyn | 10-20145-CM | Morehead, Gurney | No | No | | On SRV in DKAN w/ new drug case in WDMO, so possibly WDMO obtained |
| Rapp, Gregory | 14-20067-CM | Rask, Brown, Flannigan, Tomasic, Wood | Yes | Yes | 1/7/2019 | CCA Invest. calls and materials given to the Court in 08/2016.Co-d Huff's calls also to Court 1/7/19 |
| Reulet, Michelle | 14-40005-03-DDC | Gurney, Maag, Mattivi, A. Smith, Treadway | No | Yes | 1/7/2019 | |
| Rippey, Chrystal | 14-20019-KHV   18-20057-DDC | Oakley, Wamble | No | Yes, see note | | No calls found; e-mail suggests calls obtained and turned over in discovery to Tom Bartee |
| Roark, Jeffery | 15-20042-CM | Ward, Brown, Capwell, Gurney | No | Yes | 1/7/2019 | |

| Roberson, Marcus | 06-40066-JAR    11-40078-JAR | Coody, Maag, Zabel, Brown, Mattivi, Warner, | No | No | | Investigated in CCA ring but was at BOP by time of investigation |
|---|---|---|---|---|---|---|
| Robertson, Antonio | See note | Tomasic | No | Yes | 1/7/2019 | While in on WDMo Case# 13-cr-00084 re: Herrera-Zamora |
| Robinson, Robert | 14-20059-JAR    16-20013-JAR | Flannigan, Wamble, Brown, Capwell | No | Yes | 1/7/2019 | |
| Robinson, Sarah | 15-20089-CM    15-20077-02-CM | Morehead, Wood | No | No | | USMS may have obtained in investigating new crimes at CCA |
| Rockers, Tracy | 12-20003-CM | Morehead, Gurney | No | Yes | 1/7/2019 | |
| Sanders, Brenda | 16-40004-DDC | Jacobs, Mattivi, A. Smith | No | No | | |
| Shutts, Shawn | 14-20014-JAR | Catania, Gurney, Brown, Capwell, Tomasic, Ward | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016 |
| Simons, Lawrence M. | 09-10032-JTM    13-10080-JTM | Metzger | No | No | | |
| Sloan, Clark | 13-40025-02-JAR | Gurney, Maag, Mattivi, Treadway | No | No | | |
| Smith, Juvon | 12-20066-KHV | Morehead, Maag, Gurney, Brown, Capwell, Zabel | No | No | | FPD obtained and admitted call detail report in 2255 hearing |
| Sneed, Shawn | 13-40112-JAR    13-40123-02-JAR | Maag | No | Yes | 1/7/2019 | |
| Soriano, Tino | 12-20072-CM | Catania | No | No | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Soto-Areola, Nicholas | 04-40016-JAR | Hendershot | No | No | | |
| Soto-Camargo, Paola | 14-40128-DDC | Hough, Brown, Capwell, Wood | No | No | | |
| Spaeth, Matthew | 14-20068-CM | Morehead, Gurney, Patton, Sommer, Ward | Yes | See note | | A call request form was found, but no evidence of calls being received |
| Steele, Charles | 14-40077-DDC | Brown, Capwell, Maag, Wood | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016 |
| Stewart, Arlie | 14-20054-JAR | Catania, Tomasic, Gurney | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016 |
| Stewart, Janaya | 12-40044-DDC | Hendershot, Brown, Slinkard | No | No | | |
| Tanner, Donta | 16-20043-CM | Morehead, A. Smith | No | No | | |
| Tatum, Ataven | 12-20066-29-KHV | Brown, Capwell, Gurney, Maag, Morehead, Zabel | No | No | | |
| Thompson, Anthony | 13-40060-10-DDC | Gurney, Maag, Mattivi | No | No | | |
| Tillman, Terry | 13-20070-04-CM | Capwell, Gurney, Krug, Tomasic, Zabel | No | Yes | 1/7/2019 | |
| True, David | 14-20068-03-CM | Gurney, Morehead, Patton, Sommer, Ward | No | Yes | 1/7/2019 | Call report shows four dial out numbers checked and may have included Co-d Lougee |
| Valdez, Hector | 14-20096-JAR | Zabel, Brown, Capwell, Gurney, Sommer, Tomasic, Zabel, Wood | No | No | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Villa-Valencia, Luis | 16-20008-CM | Krug, Gurney | No | Yes | 1/7/2019 | |
| Vincent, Thomas | 03-20003-CM | Flannigan, Maag, Brown, | No | No | | File has been requested from Federal Records Center |
| Wakol, Gregory | 14-40146-EFM | Maag, Wood | No | No | | |
| Wallace, Andre | 16-40008-DDC | Slinkard, A. Smith | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016 |
| Warren, Arrick | 13-20081-CM | Tomasic, Warner, Zabel | No | Yes | 1/7/2019 | |
| Webb, Virock | 11-40078-JAR | Maag, Brown, Mattivi, Warner, | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016 |
| Williams, Anthony Davon | 14-40094-DDC | Hough | No | No | | |
| Williamson, Brett | 13-20011-KHV | Flannigan | No | Yes | 1/7/2019 | Additonal disc of calls and three derivative reports given to the Court 2/14/2019 |
| Wilson, Timothy | 07-20072-JWL | Catania, Maag | No | No | | File has been requested from Federal Records Center |
| Wilson, Timothy | 11-20120-CM | Catania | No | No | | File has been requested from Federal Records Center |
| Wilson, Timothy | 15-20081-CM | Ward, Brown, Capwell, Gurney | No | No | | |
| Woods, James Justin | 11-40046-JWL | Slinkard, Maag | No | No | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Wright, Eric | 09-20117-KHV | Krug | No | Yes, see note | | No calls found, but found photo copy of call disc believed to have been given to defense |
| Yan, Wengui | 13-20134-CM | Rask, Resler, D. Smith, Walczewski, Williams | No | No | | |

## CCA Call Information
## Provided to Court
## (Updated 02/14/2019)

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|------|---------|------|-------|------------------------------|
| Alvarez, Joshua (Olea-Monarez) | 14-20096-JAR | Zabel, Brown, Capwell, Gurney, Tomasic, Wood | No | |
| Bauman, Chad (Los Dahda) | 12-20083--22-KHV | Barnett, Brown, Maag, Capwell, Guerney, Morehead | No | |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|------|---------|------|-------|----------------------------|
| Benton, Wayne | 15-20075-CM | Morehead, Brown, Wood | No | |
| Blackburn, Stephen (McDowell) | 09-20133-12-JWL | D. Smith, Rask, Maag, Gurney, Flannigan, Allman | No | |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|------|---------|------|-------|------------------------------|
| Blakney, Martez | 15-20086-CM | Brown, Capwell, Morehead, A. Smith | No | |
| Brown, Vernon (Perez-Alcala) | 12-20066-KHV | Morehead, Brown, Maag, Zabel, Gurney, Capwell | no | 8/22/13 Request for CCA Calls |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|------|---------|------|-------|------------------------------|
| Cartwright, James | 16-20033-CM | Catania, A. Smith | No | |
| Catrell, Ronald | 11-20125-CM | Oakley, Brown, Gurney | Yes/FRC Request | |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|------|---------|------|-------|-----------------------------|
| Catrell, Ronald | 13-20102-CM | Oakley | Yes/FRC Request | |
| Chirinos, Juan (Friend) | 12-20112-CM | Krug, Maag, Brown, Gurney | No | |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|------|---------|------|-------|------------------------------|
| Dillow, Stephen | 14-20028-CM | Zabel, Oakley, Tomasic, Brown, Capwell | Yes | email |
| Faulkner, Lee (Ole-Monarez) | 14-20096-JAR | Zabel, Tomasic, Brown, Capwell, Gurney, Sommer, Wood | No | |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|------|---------|------|-------|----------------------------|
| Garciga, Lazaro (Perez-Alcala) | 12-20066-KHV | Morehead, Maag, Zabel, Brown, Capwell, Gurney | No | |
| Hernandez-Hernandez, Jose Luis | 14-20101-JAR | Oakley | No | |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|------|---------|------|-------|------------------------------|
| Hurtado, Nicholas (Gerardo-Montenegro) | 15-20032-CM | Ward, Brown, Capwell, Gurney | No | |
| Lamas, Rogelio (Brumback) | 12-20119-CM | Rask, Wilhoft, Brown, Gurney | No | |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|---|---|---|---|---|
| Leonard, Kyser (Henderson) | 13-20065-CM | Tomasic, Capwell, Gurney | No | |
| Lopez-Lopez, Migel (Rodriguez-Rodriguez) | 15-20008-JAR | Zabel, Tomasic, Brown, Capwell | No | |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|---|---|---|---|---|
| Lougee, David (Anderson) | 14-20068-CM | Morehead, Ward, Patton, Sommer, Gurney | No | Following to be emailed to court:  mixed number call report from CCA |
| McDowell, Gladstone | 09-20133-JWL | Flannigan, Allman, Gurney, Maag, Rask, D. Smith | No | |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|------|---------|------|-------|------------------------------|
| McPeters, Douglas | 15-20071-CM | Flannigan | No | |
| Mebane, Darus (Wright) | 16-20041-JAR | Oakley, Brown, Capwell, Clymer, Davids, Kavanaugh, | Recused | |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|------|---------|------|-------|----------------------------|
| Mendez-Razo, Luis (Equigua) | 11-20115-CM | Zabel | No/FRC Requested | |
| Mitchell, William D | 13-20051-CM | Capwell, Tomasic, Zabel | Yes | 1 flash drive<br>2 Discovery Ltrs.,<br>Discovery Email;<br>18 pages of reports;<br>2 CCA Records Summary Report |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|------|---------|------|-------|------------------------------|
| Mumford, Cortez | 15-20069-JAR | Morehead, A. Smith | No | |
| Muth, Dacco | 14-20063-JAR | Gurney, Tomasic | No | |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|------|---------|------|-------|------------------------------|
| Olea-Monarez, Vicencio | 14-20096-JAR | Zabel, Tomasic, Brown, Capwell, Gurney, Sommer, Wood | Yes | 1 flash drive |
| Orr, Christian Robert | 16-20009-CM | Hunt, Morehead | No | |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|------|---------|------|-------|------------------------------|
| Ortega-Flores, Luis (Perez-Alcala) | 12-20066-KHV | Morehead, Maag, Zabel, Brown, Capwell, Gurney | Yes | 4 dvds; |
| Pavone, Shawn | 09-20142-JWL | Zabel | No/FRC requested | |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|------|---------|------|-------|-----------------------------|
| Pavone, Shawn (Haupt) | 15-20019-JAR | Catania, Brown, Capwell, Wood | No | |
| Phillips, Scott | 14-20001-KHV | Krug | No | |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|------|---------|------|-------|----------------------------|
| Piggie, Frenklyn | 10-20145-CM | Morehead, Gurney | No | |
| Robinson, Sarah (Florez-Navaerro) | 15-20089-CM 20077-02-CM | 15- Morehead, Wood | No | |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|------|---------|------|-------|------------------------------|
| Shutts, Shawn | 14-20014-JAR | Catania, Gurney, Brown, Capwell, Tomasic, Ward | No | |
| Smith, Juvon (Perez-Alcala) | 12-20066-KHV | Morehead, Maag, Gurney, Brown, Capwell, Zabel | No | |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|------|---------|------|-------|------------------------------|
| Soriano, Tino (Kingsley) | 12-20072-CM | Catania | No | |
| Spaeth, Matthew (Anderson) | 14-20068-CM | Morehead, Gurney, Patton, Sommer, Ward | No | CCA Call request 11/17/14 for 11/3/14 arrest |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|------|---------|------|-------|----------------------------|
| Stewart, Arlie | 14-20054-JAR | Catania, Tomasic, Gurney | No | |
| Tanner, Donta | 16-20043-CM | Morehead, A. Smith | no | |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|---|---|---|---|---|
| Tatum, Ataven (Perez-Alcala) | 12-20066-29-KHV | Brown, Capwell, Gurney, Maag, Morehead, Zabel | No | |
| Valdez, Hector (Olea-Monarez) | 14-20096-JAR | Zabel, Brown, Capwell, Gurney, Sommer, Tomasic, Zabel, Wood | No | |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|------|---------|------|-------|----------------------------|
| Vincent, Thomas (Bagley) | 03-20003-CM | Flannigan, Maag, Brown, | No/FRC Requested | |
| Williamson, Brett | 13-20011-KHV | Flannigan | Yes<br>Yes | 1/7/2019 - 1 DVD/CD;<br>Subp to USMS;<br>emails;<br>2 DVDs Marked as Exh<br>2 Jail Trans marked as Exh<br><br>2/14/2019 - Add'l  DVD and 3 rpts |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|------|---------|------|-------|-----------------------------|
| Wilson, Timothy | 11-20120-CM | Catania | No/FRC requested | |
| Wilson, Timothy (Garrod) | 07-20072-JWL | Catania, Maag | No/FRC requested | |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|------|---------|------|-------|------------------------------|
| Wilson, Timothy (Hernandez) | 15-20081-CM | Ward, Brown, Capwell, Gurney | No | |
| Wright, Eric | 09-20117-KHV | Krug | Yes | 2 Discovery Letters; List of discovery items; CCA Call Report 7/25/16-8/15/16; Photo copy of DVD |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|------|---------|------|-------|------------------------------|
| Yan, Wengui (Zhang) | 13-20134-CM | Rask, Resler, D. Smith, Walczewski, Williams | No | |