# ATTACHMENT 14

| | |
|---|---|
| **From:** | Slinkard, Duston (USAKS) |
| **To:** | Melody Brannon; "Kirk Redmond" |
| **Cc:** | Clymer, Steven D. (USANYN); McAllister, Stephen (USAKS); "KSD_Robinson_Chambers@ksd.uscourts.gov"; "vanbebberlaw"; "David Guastello"; Smith, Linda (USAKS) 1 |
| **Subject:** | RE: Updated Spreadsheet of Call Discovery Project |
| **Date:** | Friday, February 15, 2019 10:00:00 AM |
| **Attachments:** | Mixed Call Detail Report - True-Lougee.pdf |

All,

Attached please find the call detail report I indicated I would scan and submit this morning in my e-mail last evening. Bonnie or Lauren, if it could be printed and added to the materials submitted yesterday afternoon, I would very much appreciate it. It is already mentioned in the Inventory that was submitted with the materials yesterday.

Thank you,

Duston J. Slinkard, FAUSA
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853

**From:** Slinkard, Duston (USAKS)
**Sent:** Thursday, February 14, 2019 9:22 PM
**To:** Melody Brannon <Melody_Brannon@fd.org>; Kirk Redmond <Kirk_Redmond@fd.org>
**Cc:** Clymer, Steven D. (USANYN) <SClymer@usa.doj.gov>; McAllister, Stephen (USAKS) <SMcAllister@usa.doj.gov>; KSD_Robinson_Chambers@ksd.uscourts.gov; vanbebberlaw <vanbebberlaw@aol.com>; David Guastello <david@guastellolaw.com>
**Subject:** Updated Spreadsheet of Call Discovery Project

Melody,

Attached is an updated spreadsheet that provides data on the results of our effort to identify whether calls are obtained for the list of defendants you supplied to us. Where we have answered "yes," such answer is based upon evidence that was located. Where we have answered  "no," such answer is based upon no affirmative evidence being  found after review of the physical files and electronic records that exist for the relevant cases. In a limited number of cases, as noted on the spreadsheet, the physical files had already been sent to storage at the federal records center, have been requested back, and have not yet been received back. As you and I have discussed, if proper closing protocols were followed, no call related information should exist in files that were closed and sent to the federal records center. However, we will check the requested files when they are returned to be certain of their contents and update if anything further is located.

Also attached is an inventory of additional materials our office submitted to the custody of the Court earlier today. As was the process with the materials we submitted to the Court on January 7, 2019, we agree to you being able to obtain and duplicate the materials we submitted to the Court earlier

today. As noted in that inventory, under the entry for David Lougee, there is a Call Detail Report that was obtained in the case in which he was a defendant for calls to four phone numbers dialed out from CCA. Lougee, as well as co-defendant David True and others, show on that report. I inadvertently took it with me when I left our Kansas City Office this afternoon, so it was not delivered to the Court. I will scan and email it to you and the Court tomorrow morning.

At this point, barring something found in the closed files we have requested back from the records center, or receipt of new information in response to inquiries we have already made, which we will pass along upon receipt, we believe we have completed our review with respect to the list of names you provided.

Please let me know if you have any questions.

Thank you,
Duston