**ATTACHMENT 15**

| | |
|---|---|
| **From:** | Melody Brannon |
| **To:** | Slinkard, Duston (USAKS) |
| **Subject:** | RE: Dillow |
| **Date:** | Thursday, February 21, 2019 1:25:33 PM |

Thank you.

**From:** Duston Slinkard <Duston.Slinkard@usdoj.gov>
**Sent:** Thursday, February 21, 2019 1:21 PM
**To:** Melody Brannon <Melody_Brannon@fd.org>
**Cc:** Jennifer Wilson <Jennifer_Wilson@fd.org>; Katie Stevenson <Katie_Stevenson@fd.org>
**Subject:** RE: Dillow

We do not. The entry on my spreadsheet describes it. We know we received calls because of the e-mail; however, we did not find the calls in searching the case file or our computer network. We inquired with the agent, who did not had any calls but believed that there had been calls in the case, that the calls had not yielded any evidence, and that the calls had been given to our office.

**From:** Melody Brannon <Melody_Brannon@fd.org>
**Sent:** Thursday, February 21, 2019 10:33 AM
**To:** Slinkard, Duston (USAKS) <DSlinkard@usa.doj.gov>
**Cc:** Jennifer Wilson <Jennifer_Wilson@fd.org>; Katie Stevenson <Katie_Stevenson@fd.org>
**Subject:** Dillow

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|---|---|---|---|---|
| Dillow, Stephen | 14-20028-CM | Zabel, Oakley, Tomasic, Brown, Capwell | Yes | email |

Duston, question about this case. This is from your Feb. 14 inventory.
It confirms that there are calls, but then only an email was provided to the court. Do you know where the recorded calls are?

Melody Brannon
Federal Public Defender
District of Kansas
117 S.W. 6th Street, Suite 200
Topeka, Kansas 66603
785.232.9828
785.246.6012