# ATTACHMENT 16

| | |
|---|---|
| **From:** | Slinkard, Duston (USAKS) |
| **To:** | Melody Brannon; "Kirk Redmond" |
| **Cc:** | Clymer, Steven D. (USANYN); McAllister, Stephen (USAKS); "KSD_Robinson_Chambers@ksd.uscourts.gov"; "vanbebberlaw"; "David Guastello"; Smith, Linda (USAKS) 1 |
| **Subject:** | RE: Updated Spreadsheet of Call Discovery Project |
| **Date:** | Friday, March 01, 2019 3:35:00 PM |
| **Attachments:** | Yes Calls to ct 3-1-19.pdf |
| | Inmate Calls Discovery Project 3-1-2019.xlsx |

All,

As indicated in my e-mail sent at 9:22 p.m., on February 14, 2019, in a limited number of cases the physical files had already been sent to storage at the federal records center, and we had requested, but had not yet received, those files back as of February 14th.

Specifically, these were the files related to:
Ronald Catrell, in Case No. 11-20125-CM, for whom we knew based upon an e-mail that calls had been received, but for whom no calls had been located during our search;
Sean Pavone, in Case No. 09-20142-JWL, for whom no evidence was found of any calls having been received independent of those received in the CCA investigation;
Luis-Mendez-Razo, in Case No. 11-20115-CM, for whom no evidence was found of any calls having ever been received;
Thomas Vincent, in Case No. 03-20003-CM, for whom no evidence was found of any calls having ever been received; and
Timothy Wilson, in Case Nos. 07-20072-JWL and 11-20120-CM, for whom no evidence was found of any calls having ever been received.

We have now received and reviewed those files. Calls and materials were found for Ronald Catrell, and were submitted to the Court this afternoon. No calls or call-related materials were found for any of the other individuals.
Attached is an inventory of the additional materials our office submitted to the custody of the Court earlier today. As in the past, we have no objection to those materials being released by the Court to the FPD to be copied. Also attached is an updated spreadsheet, noting the receipt of files from the record center and the results of the review of those files.

At this point, no additional inquiries are outstanding, so we believe we have completed our review with respect to the list of names of in-custody individuals the FPD provided.

Please let me know if you have any questions.

Thank you,
Duston

Duston J. Slinkard, FAUSA
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690

Fax: (785) 295-2853

---

**From:** Slinkard, Duston (USAKS)
**Sent:** Friday, February 15, 2019 10:00 AM
**To:** Melody Brannon <Melody_Brannon@fd.org>; 'Kirk Redmond' <Kirk_Redmond@fd.org>
**Cc:** Clymer, Steven D. (USANYN) <SClymer@usa.doj.gov>; McAllister, Stephen (USAKS) <SMcAllister@usa.doj.gov>; 'KSD_Robinson_Chambers@ksd.uscourts.gov' <KSD_Robinson_Chambers@ksd.uscourts.gov>; 'vanbebberlaw' <vanbebberlaw@aol.com>; 'David Guastello' <david@guastellolaw.com>; Smith, Linda (USAKS) 1 <LSmith1@usa.doj.gov>
**Subject:** RE: Updated Spreadsheet of Call Discovery Project

All,

Attached please find the call detail report I indicated I would scan and submit this morning in my e-mail last evening. Bonnie or Lauren, if it could be printed and added to the materials submitted yesterday afternoon, I would very much appreciate it. It is already mentioned in the Inventory that was submitted with the materials yesterday.

Thank you,
Duston J. Slinkard, FAUSA
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853

---

**From:** Slinkard, Duston (USAKS)
**Sent:** Thursday, February 14, 2019 9:22 PM
**To:** Melody Brannon <Melody_Brannon@fd.org>; Kirk Redmond <Kirk_Redmond@fd.org>
**Cc:** Clymer, Steven D. (USANYN) <SClymer@usa.doj.gov>; McAllister, Stephen (USAKS) <SMcAllister@usa.doj.gov>; KSD_Robinson_Chambers@ksd.uscourts.gov; vanbebberlaw <vanbebberlaw@aol.com>; David Guastello <david@guastellolaw.com>
**Subject:** Updated Spreadsheet of Call Discovery Project

Melody,

Attached is an updated spreadsheet that provides data on the results of our effort to identify whether calls are obtained for the list of defendants you supplied to us. Where we have answered "yes," such answer is based upon evidence that was located. Where we have answered "no," such answer is based upon no affirmative evidence being found after review of the physical files and electronic records that exist for the relevant cases. In a limited number of cases, as noted on the spreadsheet, the physical files had already been sent to storage at the federal records center, have been requested back, and have not yet been received back. As you and I have discussed, if proper closing protocols were followed, no call related information should exist in files that were closed and sent to the federal records center. However, we will check the requested files when they are

returned to be certain of their contents and update if anything further is located.

Also attached is an inventory of additional materials our office submitted to the custody of the Court earlier today. As was the process with the materials we submitted to the Court on January 7, 2019, we agree to you being able to obtain and duplicate the materials we submitted to the Court earlier today. As noted in that inventory, under the entry for David Lougee, there is a Call Detail Report that was obtained in the case in which he was a defendant for calls to four phone numbers dialed out from CCA. Lougee, as well as co-defendant David True and others, show on that report. I inadvertently took it with me when I left our Kansas City Office this afternoon, so it was not delivered to the Court. I will scan and email it to you and the Court tomorrow morning.

At this point, barring something found in the closed files we have requested back from the records center, or receipt of new information in response to inquiries we have already made, which we will pass along upon receipt, we believe we have completed our review with respect to the list of names you provided.

Please let me know if you have any questions.

Thank you,
Duston

| Name | Case No | AUSA | CCA Calls Obtained in CCA Invest. | CCA Calls Obtained Otherwise by, through, or known to USAO | Calls & Materials Submitted to Court | Notes |
|---|---|---|---|---|---|---|
| Alvarez, Joshua | 14-20096-JAR | Zabel, Brown, Capwell, Gurney, Tomasic, Wood | No | No | | |
| Bauman, Chad | 12-20083--22-KHV | Barnett, Brown, Maag, Capwell, Guerney, Morehead | No | No | | |
| Benton, Wayne | 15-20075-CM | Morehead, Brown, Wood | No | No | | |
| Blackburn, Stephen | 09-20133-12-JWL | D. Smith, Rask, Maag, Gurney, Flannigan, Allman | No | No | | |
| Blakney, Martez | 15-20086-CM | Brown, Capwell, Morehead, A. Smith | No | No | | Pre-charging calls from WyCo Jail Rec'd |
| Booker, John Booker | 15-40030-CM | Mattivi, Corlett, Maag, Magnone, Parecki, D. Smith | No | See note | | Calls obtained by Mark Thomason post-plea, not by government |
| Brown, Vernon | 12-20066-KHV | Morehead, Brown, Maag, Zabel, Gurney, Capwell | No | See note | | A call request form was found, but no evidence of calls being received was found |
| Burres, Robert | 14-40023-DDC | Hendershot, Gurney, Slinkard, Sommer | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016 |
| Cartwright, James | 16-20033-CM | Catania, A. Smith | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Catrell, Ronald | 11-20125-CM | Oakley, Brown, Gurney | No | Yes, see note | 3/1/2019 | E-mail shows calls rec'd but no calls found. File requested from Federal Records Center. Calls found in returned file & submitted to the Court. |
| Catrell, Ronald | 13-20102-CM | Oakley, Brown, Gurney | No | No | | |
| Chirinos, Juan | 12-20112-CM | Krug, Maag, Brown, Gurney | No | No | | |
| Clark, Enoch | 14-20130-02-JAR | Morehead, Sommer, Wood | Yes | Yes | 1/7/2019 | CCA Invest. calls and materials given to the Court in 08/2016 |
| Clifton, Julie | 14-20014-02-KHV | Brown, Capwell, Catania, Gurney, Tomasic, Ward | No | Yes | 1/7/2019 | |
| Collins, Charles E. II | 13-40095-JAR | Hough | No | No | | |
| Contreras, Milton | 15-mj-08037 | Flannigan | No | No | | First Appearance on out of District Case; disregard per FPD |
| Davis, Henry | 13-40115-02-JAR | Brown, Maag | No | No | | |
| Dillow, Stephen | 14-20028-CM | Zabel, Oakley, Tomasic, Brown, Capwell | No | Yes | | E-mail shows calls rec'd but no calls found. |
| Dixon, Dalevon | 14-20130-JAR | Morehead, Sommer, Wood | No | Yes | 1/7/2019 | |
| Ewing, Robert Benjamin Isaac | 13-40005-JAR | Slinkard, Hendershot, Wood | No | No | | |

| Name | Case Number | Attorneys | | | |
|---|---|---|---|---|---|
| Faulkner, Lee | 14-20096-JAR | Zabel, Tomasic, Brown, Capwell, Gurney, Sommer, Wood | No | No | |
| Felix-Gamez, Ricardo | 15-20042-CM | Ward, Brown, Capwell, Gurney | No | Yes | 1/7/2019 |
| Fitzpatrick, Vashawn | 10-40085-RDR  12-40089-JAR | Hendershot, Gurney | No | No | |
| Fondren, Kevin | 14-20011-02-KHV | Brown, Maag, Morehead | No | Yes | 1/7/2019 |
| Forbes, Mendy | 13-20041-KHV | Gurney, Oakley, Wamble | No | Yes | 1/7/2019 |
| Read-Forbes, Mendy | 12-20099-KHV | Gurney, Oakley, Wamble, Wilson | No | Yes | 1/7/2019 |
| Garciga, Lazaro | 12-20066-KHV | Morehead, Maag, Zabel, Brown, Capwell, Gurney | No | No | |
| Giannukos, Jay | 15-20016-CM | Gurney, Morehead | No | Yes | 1/7/2019 |
| Griffin, Damon | 14-20014-KHV | Brown, Capwell, Catania, Gurney, Tomasic, Ward | No | Yes | 1/7/2019 |
| Harssfell, Tyrssverd | 14-20134-CM | Morehead, Brown, Wood | No | Yes | 1/7/2019 |
| Hayes, Dominic N. | 12-20016-CM | Brown, Gurney, Maag, Morehead | No | Yes | 1/7/2019 |
| Hernandez-Hernandez, Jose Luis | 14-20101-JAR | Oakley | No | No | |
| Hohn, Steven | 12-20003-03-CM | Gurney, Morehead | No | Yes | 1/7/2019 |

| Name | Case No. | Attorneys | | | | Notes |
|---|---|---|---|---|---|---|
| Hurtado, Nicholas | 15-20032-CM | Ward, Brown, Capwell, Gurney | No | No | | |
| Huske, Roy | 14-40037-EFM | Slinkard, Maag, Wood | No | No | | |
| Irvin, Tony (Anthony) | 13-20070-05-CM | Capwell, Gurney, Krug, Zabel | No | Yes | 1/7/2019 | |
| Johnson, Booker | 15-40064-DDC | Maag, Wood | No | No | | |
| Kearn, Jonathan | 13-40057-JAR | Kenney | No | No | | Only detained 3 days pre-deten. hrg and then post-sentencing |
| Kleppin, Chad | 16-40031-DDC | Slinkard, Jacobs, A. Smith | No | No | | DEA found Admin. Subpoena for calls, but did not find any calls. |
| Knox, Jemel | 14-20022-JAR  15-20103-JAR | Morehead, Sommer, Gurney, Brown | Yes | Yes | 1/7/2019 | CCA Invest. calls and materials given to the Court in 08/2016 |
| Lamas, Rogelio | 12-20119-CM | Rask, Wilhoft, Brown, Gurney | No | No | | Gov't received partial Call Log from FPD in 2255 hearing in 2017 |
| Lawton, Quentin | 16-40036-DDC | Maag | No | Yes | 1/7/2019 | USMS obtained calls on their own as part of investigation |
| Leonard, Kyser | 13-20065-CM | Tomasic, Capwell, Gurney | No | No | | |
| Lopez-Lopez, Migel | 15-20008-JAR | Zabel, Tomasic, Brown, Capwell | No | No | | Only calls were for def. & Daniel Rivera from Wyco Jail 1-23-15 - 1/25/15 |
| Lougee, David | 14-20068-CM | Morehead, Ward, Patton, Sommer, Gurney | Yes | No, See note | | CCA Invest. Calls and materials given to Court in 08/2016. May be in calls for co-def True. |

| Name | Case Number | Attorneys | | | | |
|---|---|---|---|---|---|---|
| Mays, Damian | 12-20141-KHV | Catania, Alford, Krug, Maag, Brown, Grissom, Gurney | No | Yes | 1/7/2019 | |
| McCall, Johnnie | 10-40005-JAR  13-40018-DDC | Hendershot, Maag, Brown, Wood | No | No | | |
| McCarty, John | 14-40129-DDC  14-40121-DDC | Hough, Brown, Capwell, Wood | No | No | | |
| McDowell, Gladstone | 09-20133-JWL | Flannigan, Allman, Gurney, Maag, Rask, D. Smith | No | No | | |
| McPeters, Douglas | 15-20071-CM | Flannigan | No | No | | |
| Mebane, Darus | 16-20041-JAR | Oakley, Brown, Capwell, Clymer, Davids, Kavanaugh, | No | No | | D. Kan recused. Handled by WDMO |
| Mendez-Razo, Luis | 11-20115-CM | Zabel | No | No | | File obtained from Federal Records Center -- no calls found. |
| Miller, Bradley | 13-40025-JAR | Gurney, Mattivi, Maag, Treadway | No | No | | |
| Mitchell, William D | 13-20051-CM | Capwell, Tomasic, Zabel | No | Yes | 2/14/2019 | |
| Molina, Adan | 09-40041-DDC | Hough, Brown, Capwell, Wood | No | No | | |
| Mozingo, Troyton | 12-20016-02-CM | Brown, Gurney, Maag, Morehead | No | Yes | 1/7/2019 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Mumford, Cortez | 15-20069-JAR | Morehead, A. Smith | No | No | | |
| Muth, Dacco | 14-20063-JAR | Gurney, Tomasic | No | No | | |
| Olea-Monarez, Vicencio | 14-20096-JAR | Zabel, Tomasic, Brown, Capwell, Gurney, Sommer, Wood | No | Yes | 2/14/2019 | |
| Orr, Christian Robert | 16-20009-CM | Hunt, Morehead | No | No | | |
| Ortega-Flores, Luis | 12-20066-KHV | Morehead, Maag, Zabel, Brown, Capwell, Gurney | No | Yes | 2/14/2019 | May be duplicates of calls given to Court in 12-20069-KHV |
| Ortega-Flores, Luis | 12-20069-KHV | Catania, Gurney | No | Yes | 1/7/2019 | |
| Pavone, Shawn | 09-20142-JWL | Zabel | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016. File obtained from Federal Records Center -- no calls found. |
| Pavone, Shawn | 15-20019-JAR | Catania, Brown, Capwell, Wood | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016 |
| Phillips, Scott | 14-20001-KHV | Krug | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016 |
| Phommaseng, Petsami | 14-20014-13-JAR 15-20006-JAR 15-20020-JAR | Catania, Tomasic, Ward Capwell, Brown, Gurney, Sommer, Wood | No | Yes | 1/7/2019 | |
| Piggie, Frenklyn | 10-20145-CM | Morehead, Gurney | No | No | | On SRV in DKAN w/ new drug case in WDMO, so possibly WDMO obtained |

| Name | Case No. | Associated Names | Col4 | Col5 | Date | Notes |
|---|---|---|---|---|---|---|
| Rapp, Gregory | 14-20067-CM | Rask, Brown, Flannigan, Tomasic, Wood | Yes | Yes | 1/7/2019 | CCA Invest. calls and materials given to the Court in 08/2016. Co-d Huff's calls also to Court 1/7/19 |
| Reulet, Michelle | 14-40005-03-DDC | Gurney, Maag, Mattivi, A. Smith, Treadway | No | Yes | 1/7/2019 | |
| Rippey, Chrystal | 14-20019-KHV  18-20057-DDC | Oakley, Wamble | No | Yes, see note | | No calls found; e-mail suggests calls obtained and turned over in discovery to Tom Bartee |
| Roark, Jeffery | 15-20042-CM | Ward, Brown, Capwell, Gurney | No | Yes | 1/7/2019 | |
| Roberson, Marcus | 06-40066-JAR  11-40078-JAR | Coody, Maag, Zabel, Brown, Mattivi, Warner, | No | No | | Investigated in CCA ring but was at BOP by time of investigation |
| Robertson, Antonio | See note | Tomasic | No | Yes | 1/7/2019 | While in on WDMo Case# 13-cr-00084 re: Herrera-Zamora |
| Robinson, Robert | 14-20059-JAR  16-20013-JAR | Flannigan, Wamble, Brown, Capwell | No | Yes | 1/7/2019 | |
| Robinson, Sarah | 15-20089-CM  15-20077-02-CM | Morehead, Wood | No | No | | USMS may have obtained in investigating new crimes at CCA |
| Rockers, Tracy | 12-20003-CM | Morehead, Gurney | No | Yes | 1/7/2019 | |
| Sanders, Brenda | 16-40004-DDC | Jacobs, Mattivi, A. Smith | No | No | | |
| Shutts, Shawn | 14-20014-JAR | Catania, Gurney, Brown, Capwell, Tomasic, Ward | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016 |
| Simons, Lawrence M. | 09-10032-JTM  13-10080-JTM | Metzger | No | No | | |

| Name | Case Number | Attorneys | Call Request Form | Calls Received | Date | Notes |
|---|---|---|---|---|---|---|
| Sloan, Clark | 13-40025-02-JAR | Gurney, Maag, Mattivi, Treadway | No | No | | |
| Smith, Juvon | 12-20066-KHV | Morehead, Maag, Gurney, Brown, Capwell, Zabel | No | No | | FPD obtained and admitted call detail report in 2255 hearing |
| Sneed, Shawn | 13-40112-JAR  13-40123-02-JAR | Maag | No | Yes | 1/7/2019 | |
| Soriano, Tino | 12-20072-CM | Catania | No | No | | |
| Soto-Areola, Nicholas | 04-40016-JAR | Hendershot | No | No | | |
| Soto-Camargo, Paola | 14-40128-DDC | Hough, Brown, Capwell, Wood | No | No | | |
| Spaeth, Matthew | 14-20068-CM | Morehead, Gurney, Patton, Sommer, Ward | Yes | See note | | A call request form was found, but no evidence of calls being received |
| Steele, Charles | 14-40077-DDC | Brown, Capwell, Maag, Wood | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016 |
| Stewart, Arlie | 14-20054-JAR | Catania, Tomasic, Gurney | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016 |
| Stewart, Janaya | 12-40044-DDC | Hendershot, Brown, Slinkard | No | No | | |
| Tanner, Donta | 16-20043-CM | Morehead, A. Smith | No | No | | |
| Tatum, Ataven | 12-20066-29-KHV | Brown, Capwell, Gurney, Maag, Morehead, Zabel | No | No | | |

| Name | Case | Attorneys | | | Date | Notes |
|---|---|---|---|---|---|---|
| Thompson, Anthony | 13-40060-10-DDC | Gurney, Maag, Mattivi | No | No | | |
| Tillman, Terry | 13-20070-04-CM | Capwell, Gurney, Krug, Tomasic, Zabel | No | Yes | 1/7/2019 | |
| True, David | 14-20068-03-CM | Gurney, Morehead, Patton, Sommer, Ward | No | Yes | 1/7/2019 | Call report shows four dial out numbers checked and may have included Co-d Lougee |
| Valdez, Hector | 14-20096-JAR | Zabel, Brown, Capwell, Gurney, Sommer, Tomasic, Zabel, Wood | No | No | | |
| Villa-Valencia, Luis | 16-20008-CM | Krug, Gurney | No | Yes | 1/7/2019 | |
| Vincent, Thomas | 03-20003-CM | Flannigan, Maag, Brown, | No | No | | File obtained from Federal Records Center -- no calls found. |
| Wakol, Gregory | 14-40146-EFM | Maag, Wood | No | No | | |
| Wallace, Andre | 16-40008-DDC | Slinkard, A. Smith | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016 |
| Warren, Arrick | 13-20081-CM | Tomasic, Warner, Zabel | No | Yes | 1/7/2019 | |
| Webb, Virock | 11-40078-JAR | Maag, Brown, Mattivi, Warner, | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016 |
| Williams, Anthony Davon | 14-40094-DDC | Hough | No | No | | |
| Williamson, Brett | 13-20011-KHV | Flannigan | No | Yes | 1/7/2019 | Additonal disc of calls and three derivative reports given to the Court 2/14/2019 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Wilson, Timothy | 07-20072-JWL | Catania, Maag | No | No | | File obtained from Federal Records Center -- no calls found. |
| Wilson, Timothy | 11-20120-CM | Catania | No | No | | File obtained from Federal Records Center -- no calls found. |
| Wilson, Timothy | 15-20081-CM | Ward, Brown, Capwell, Gurney | No | No | | |
| Woods, James Justin | 11-40046-JWL | Slinkard, Maag | No | No | | |
| Wright, Eric | 09-20117-KHV | Krug | No | Yes, see note | | No calls found, but found photo copy of call disc believed to have been given to defense |
| Yan, Wengui | 13-20134-CM | Rask, Resler, D. Smith, Walczewski, Williams | No | No | | |

# CCA Call Information
# Provided to Court
# (Updated 03/01/2019)

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|---|---|---|---|---|
| Catrell, Ronald | 11-20125-CM | Oakley, Brown, Gurney | Yes/FRC Request  File Received | 8 DVDs; 7 CCA Records Summary Reports |