# ATTACHMENT 17

| | |
|---|---|
| **From:** | Melody Brannon |
| **To:** | Slinkard, Duston (USAKS) |
| **Subject:** | RE: Updated Spreadsheet of Call Discovery Project |
| **Date:** | Friday, March 01, 2019 6:41:15 PM |

Let's try just us, and if it is still unclear I'll go to KC on Tuesday. Will that work?

---

**From:** Duston Slinkard <Duston.Slinkard@usdoj.gov>
**Sent:** Friday, March 1, 2019 5:07 PM
**To:** Melody Brannon <Melody_Brannon@fd.org>
**Subject:** RE: Updated Spreadsheet of Call Discovery Project

Sorry. All I was going to do was check and see if you planned to be in KC Monday or Tuesday. All Linda's hardcopies are there, so that may be where I can be the most effective. However, we can try to talk on Monday, when you have the stuff, and anything I can't answer I can't treat as homework and get you answered back on quickly.

Duston J. Slinkard, FAUSA
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853

---

**From:** Melody Brannon <Melody_Brannon@fd.org>
**Sent:** Friday, March 01, 2019 4:30 PM
**To:** Slinkard, Duston (USAKS) <DSlinkard@usa.doj.gov>
**Subject:** RE: Updated Spreadsheet of Call Discovery Project

It will be a while. I am stuck in a conference room in the worst part of San Diego for another two hours.

---

**From:** Duston Slinkard <Duston.Slinkard@usdoj.gov>
**Sent:** Friday, March 1, 2019 4:26 PM
**To:** Melody Brannon <Melody_Brannon@fd.org>
**Subject:** RE: Updated Spreadsheet of Call Discovery Project

Give me a call if you can.

Duston J. Slinkard, FAUSA
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853

**From:** Melody Brannon <Melody_Brannon@fd.org>
**Sent:** Friday, March 01, 2019 4:09 PM
**To:** Slinkard, Duston (USAKS) <DSlinkard@usa.doj.gov>
**Subject:** RE: Updated Spreadsheet of Call Discovery Project

Better offer—meet me in Lawrence Monday morning on your way to KC, I'll buy breakfast, early as you want. We can do this in 30 m., but I need the stuff in front of me.

**From:** Duston Slinkard <Duston.Slinkard@usdoj.gov>
**Sent:** Friday, March 1, 2019 3:51 PM
**To:** Melody Brannon <Melody_Brannon@fd.org>
**Subject:** RE: Updated Spreadsheet of Call Discovery Project

It depends on where you will be. Next week is among my worst. Monday and Tuesday I am in KC and basically involved in back to back civil AUSA interviews much of the time. Wednesday I am in Wichita and in back to back case reviews all day. Thursday and Friday aren't as bad, but that's late in the game. Let me know where you'll be when, and I'll see what times I can do.

Duston J. Slinkard, FAUSA
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853

**From:** Melody Brannon <Melody_Brannon@fd.org>
**Sent:** Friday, March 01, 2019 3:47 PM
**To:** Slinkard, Duston (USAKS) <DSlinkard@usa.doj.gov>
**Subject:** RE: Updated Spreadsheet of Call Discovery Project

Thanks, Duston. Do you have any time to sit down with me Monday? I still have some questions that I need to sort through before the exhibit deadline on March 7.

**From:** Duston Slinkard <Duston.Slinkard@usdoj.gov>
**Sent:** Friday, March 1, 2019 3:36 PM
**To:** Melody Brannon <Melody_Brannon@fd.org>; Kirk Redmond <Kirk_Redmond@fd.org>
**Cc:** Clymer, Steven D. (USANYN) <Steven.D.Clymer@usdoj.gov>; Stephen McAllister <Stephen.McAllister@usdoj.gov>; KSD_Robinson_Chambers@ksd.uscourts.gov; vanbebberlaw <vanbebberlaw@aol.com>; David Guastello <david@guastellolaw.com>; Smith, Linda (USAKS) 1 <Linda.Smith2@usdoj.gov>
**Subject:** RE: Updated Spreadsheet of Call Discovery Project

All,

As indicated in my e-mail sent at 9:22 p.m., on February 14, 2019, in a limited number of cases the physical files had already been sent to storage at the federal records center, and we had requested, but had not yet received, those files back as of February 14th.

Specifically, these were the files related to:
Ronald Catrell, in Case No. 11-20125-CM, for whom we knew based upon an e-mail that calls had been received, but for whom no calls had been located during our search;
Sean Pavone, in Case No. 09-20142-JWL, for whom no evidence was found of any calls having been received independent of those received in the CCA investigation;
Luis-Mendez-Razo, in Case No. 11-20115-CM, for whom no evidence was found of any calls having ever been received;
Thomas Vincent, in Case No. 03-20003-CM, for whom no evidence was found of any calls having ever been received; and
Timothy Wilson, in Case Nos. 07-20072-JWL and 11-20120-CM, for whom no evidence was found of any calls having ever been received.

We have now received and reviewed those files. Calls and materials were found for Ronald Catrell, and were submitted to the Court this afternoon. No calls or call-related materials were found for any of the other individuals.
Attached is an inventory of the additional materials our office submitted to the custody of the Court earlier today. As in the past, we have no objection to those materials being released by the Court to the FPD to be copied. Also attached is an updated spreadsheet, noting the receipt of files from the record center and the results of the review of those files.

At this point, no additional inquiries are outstanding, so we believe we have completed our review with respect to the list of names of in-custody individuals the FPD provided.

Please let me know if you have any questions.

Thank you,
Duston

Duston J. Slinkard, FAUSA
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853

---

**From:** Slinkard, Duston (USAKS)
**Sent:** Friday, February 15, 2019 10:00 AM
**To:** Melody Brannon <Melody_Brannon@fd.org>; 'Kirk Redmond' <Kirk_Redmond@fd.org>
**Cc:** Clymer, Steven D. (USANYN) <SClymer@usa.doj.gov>; McAllister, Stephen (USAKS)

<SMcAllister@usa.doj.gov>; 'KSD_Robinson_Chambers@ksd.uscourts.gov' <KSD_Robinson_Chambers@ksd.uscourts.gov>; 'vanbebberlaw' <vanbebberlaw@aol.com>; 'David Guastello' <david@guastellolaw.com>; Smith, Linda (USAKS) 1 <LSmith1@usa.doj.gov>
**Subject:** RE: Updated Spreadsheet of Call Discovery Project

All,

Attached please find the call detail report I indicated I would scan and submit this morning in my e-mail last evening. Bonnie or Lauren, if it could be printed and added to the materials submitted yesterday afternoon, I would very much appreciate it. It is already mentioned in the Inventory that was submitted with the materials yesterday.

Thank you,
Duston J. Slinkard, FAUSA
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853

---

**From:** Slinkard, Duston (USAKS)
**Sent:** Thursday, February 14, 2019 9:22 PM
**To:** Melody Brannon <Melody_Brannon@fd.org>; Kirk Redmond <Kirk_Redmond@fd.org>
**Cc:** Clymer, Steven D. (USANYN) <SClymer@usa.doj.gov>; McAllister, Stephen (USAKS) <SMcAllister@usa.doj.gov>; KSD_Robinson_Chambers@ksd.uscourts.gov; vanbebberlaw <vanbebberlaw@aol.com>; David Guastello <david@guastellolaw.com>
**Subject:** Updated Spreadsheet of Call Discovery Project

Melody,

Attached is an updated spreadsheet that provides data on the results of our effort to identify whether calls are obtained for the list of defendants you supplied to us. Where we have answered "yes," such answer is based upon evidence that was located. Where we have answered "no," such answer is based upon no affirmative evidence being found after review of the physical files and electronic records that exist for the relevant cases. In a limited number of cases, as noted on the spreadsheet, the physical files had already been sent to storage at the federal records center, have been requested back, and have not yet been received back. As you and I have discussed, if proper closing protocols were followed, no call related information should exist in files that were closed and sent to the federal records center. However, we will check the requested files when they are returned to be certain of their contents and update if anything further is located.

Also attached is an inventory of additional materials our office submitted to the custody of the Court earlier today. As was the process with the materials we submitted to the Court on January 7, 2019, we agree to you being able to obtain and duplicate the materials we submitted to the Court earlier today. As noted in that inventory, under the entry for David Lougee, there is a Call Detail Report that was obtained in the case in which he was a defendant for calls to four phone numbers dialed out

from CCA. Lougee, as well as co-defendant David True and others, show on that report. I inadvertently took it with me when I left our Kansas City Office this afternoon, so it was not delivered to the Court. I will scan and email it to you and the Court tomorrow morning.

At this point, barring something found in the closed files we have requested back from the records center, or receipt of new information in response to inquiries we have already made, which we will pass along upon receipt, we believe we have completed our review with respect to the list of names you provided.

Please let me know if you have any questions.

Thank you,
Duston