# ATTACHMENT 18

**From:** Slinkard, Duston (USAKS)
**To:** Smith, Linda (USAKS) 1
**Subject:** Fwd: follow up on our meeting this morning
**Date:** Monday, March 04, 2019 3:33:15 PM

---

Sent from my iPhone

Begin forwarded message:

> **From:** Melody Brannon <Melody_Brannon@fd.org>
> **Date:** March 4, 2019 at 10:10:40 AM CST
> **To:** Duston Slinkard <Duston.Slinkard@usdoj.gov>
> **Cc:** Jennifer Wilson <Jennifer_Wilson@fd.org>
> **Subject: follow up on our meeting this morning**
>
> Which CD/DVD/thumb drives were found as the original media in the file, and which were created as a copy of material found on the discovery (or other) drive?
>
> We do not have a copy of or index of any derivative material provided to the court in August 2016. If you have that, please provide.
>
> When you made a jump drive or CD, was it confined to audio files or were any written material like reports, requests, or other derivative data included?
>
> Were any indexes made of the hard media?
>
> Were all reports and derivative data provided on paper?
>
> Is there an inventory of all deleted/destroyed files from the servers? If not, can one be created?
>
> When files were deleted or destroyed off of the discovery drive, was there a check in place to determine whether the material on the hard media (CD/DVD) was the same?
>
> In the cases where there is information that calls were requested/accessed, but no calls were found, do you have a date that the file was closed in your office?
>
> If there is evidence of a request, but no evidence of the calls, can you determine whether those were deleted and by whom?

Melody Brannon
Federal Public Defender
District of Kansas
117 S.W. 6th Street, Suite 200
Topeka, Kansas 66603
785.232.9828
785.246.6012