# ATTACHMENT 20

| | |
|---|---|
| **From:** | Slinkard, Duston (USAKS) |
| **To:** | Melody Brannon |
| **Cc:** | McAllister, Stephen (USAKS); Clymer, Steven D. (USANYN) |
| **Subject:** | FW: CCA Investigation Phone Calls |
| **Date:** | Monday, March 11, 2019 1:08:00 PM |

Duston J. Slinkard, FAUSA
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853

**From:** JOHN SEUBERT (KCM) <john.seubert@usss.dhs.gov>
**Sent:** Monday, March 11, 2019 1:01 PM
**To:** Slinkard, Duston (USAKS) <DSlinkard@usa.doj.gov>
**Subject:** RE: CCA Investigation Phone Calls

Dustin, below is the list of IM names; this information was obtained via the CCA IM call logs maintained at the USAO-KCK. Because dates seem to be part of most assertions in filings, the date ranges below are base of the log as well and should represent the first/last calls we received.

| IM Name | Date Range of Calls |
|---|---|
| Battagler, Ryan | 07/24/15-05/30/16 |
| Bowers, Joshua | 01/15/15-11/04/15 |
| Burres, Robert | 11/03/14-06/20/16 |

   (A reverse search of known TNs called by Burres (785/250-5672; 785/304-7584) yielded hits for IMs Neal, Jason; Plasencio, Ricardo and Ransom, Robert)

| | |
|---|---|
| Caldwell, James | 01/14/14-06/25/16 |
| Carter, Karl | 06/28/14-04/19/16 |

   (A reverse search of a known TN called by Carter (816/446-0772) yielded hits for IMs Lougee, David; Neal, Jason; Rayton, Jermaine; Stewart, Arlie and White, Frank)

| | |
|---|---|
| Crawford, Earnest | 07/14/15-06/22/16 |
| Dertinger, Richard | 01/28/15-06/19/16 |
| Finley, Kevin | 02/13/13-03/15/16 |
| Flaaen, Mark | 01/01/14-06/24/16 |
| Harris-Edwards, Eric | 11/17/15-06/24/16 |
| Haupt, Charles | 03/10/15-05/17/16 |
| Hopkins, Amber | 05/22/15-06/20/16 |
| Hurtado, Nicholas | 10/06/15-05/24/16 |
| Krites, Phillip | 10/23/15-05/26/16 |
| Lougee, David | 09/09/14-05/16/16 |
| Meyer, Tony | 06/06/14-03/06/16 |
| Neal, Jason | 10/28/15-06/03/16 |
| Pavone, Shawn | 11/02/15-05/25/16 |

| | |
|---|---|
| Perryman, Christopher | 10/27/15-06/23/16 |
| Peters, Michael | 02/26/16-05/24/16 |
| Piggie, Frenklyn | 05/13/15-06/26/16 |
| Plasencio, Ricardo | 11/03/14-06/27/16 |
| Ransdell, Ian | 09/24/14-06/24/16 |
| Ransom, Robert | 04/28/15-02/04/16 |
| Rapp, Greg | 07/14/14-06/15/16 |
| Rayton, Jermaine | 05/09/14-03/17/16 |
| Roark, Jeffery | 04/27/15-06/21/16 |
| Roberson, Marcus | 03/15/12-12/06/15 |
| Rowlette, Stephen | 12/13/13-04/13/16 |

(A reverse search of known TNs called by Rowlette (816/252-1026; 913/702-6628 and 660/827-2381) yielded hits for IMs Birdsong, Michael; Hawkins, Eric; Meyer, Tony; Perryman, Christopher; Ransom, Robert; Shea, Stephen; Stewart, Arlie)

| | |
|---|---|
| Shannon, William | 02/08/16-04/05/16 |
| Shutts, Shawn | 04/17/15-05/05/16 |
| Sorrels, Walter | 08/14/13-06/15/16 |
| Spaeth, Matt | 11/04/14-05/15/16 |
| Steele, Charles | 03/07/16-02/21/16 |
| Steele, Lamar | 08/08/14-06/06/16 |
| Stewart, Arlie | 04/13/15-06/22/16 |
| Wallace, Andre | 01/20/16-05/23/16 |
| Webb, Virok | 08/30/11-10/15/15 |
| White, Frank | 10/01/15-06/11/16 |
| Younger, Quian | 03/07/16-05/26/16 |

John

---

**From:** Slinkard, Duston (USAKS) [mailto:Duston.Slinkard@usdoj.gov]
**Sent:** Thursday, March 07, 2019 4:02 PM
**To:** JOHN SEUBERT (KCM) <john.seubert@usss.dhs.gov>
**Subject:** CCA Investigation Phone Calls

John,

Do we have a list of all inmate names for whom jail calls were obtained during the CCA Investigation?

Thanks,
Duston


All e-mail to/from this account is subject to official review and is for official use only. Action may be taken in response to any inappropriate use of the Secret Service's e-mail system. This e-mail may contain information that is privileged, law enforcement sensitive, or subject to

other disclosure limitations. Such information is loaned to you and should not be further disseminated without the permission of the Secret Service. If you have received this e-mail in error, do not keep, use, disclose, or copy it; notify the sender immediately and delete it.