# ATTACHMENT 22

| | |
|---|---|
| **From:** | Melody Brannon |
| **To:** | Slinkard, Duston (USAKS); McAllister, Stephen (USAKS); Clymer, Steven D. (USANYN); David Guastello |
| **Cc:** | Kirk Redmond; Jennifer Wilson; alleenv@aol.com; David R. Cohen (David@SpecialMaster.Law); Lauren Lowry |
| **Subject:** | Re: Updated Spreadsheet of Call Discovery Project |
| **Date:** | Friday, February 15, 2019 11:16:39 AM |
| **Attachments:** | Duston - DKan NonCustody LIst - 2019-02-10.xlsx |

Thank you, Duston.

As we discussed, the first list was priority because we believed those folks were still in custody and we were moving forward on 2255 review. The next list (attached) contains about 380 names that remain outstanding. All D. Kan. customers, most were out of custody, or at least out of BOP custody, when we generated the list. (A few may be in district court still, and we will update you when and if we identify those cases.). All had CCA phone calls accessed, according to Securus records. It is a safe estimate that 97% of calls accessed were initiated by your office or agents. Also from our analysis, as Rich Federico explained, it is fair to expect between 25 and 30% of these cases include recorded attorney-client calls, regardless of whether the attorney took steps to privatize their numbers. A quick perusal of the defense attorney names confirms this—there will be attorney client calls in some of these cases. We highlighted the attorney names who had been recorded in the past, including all of the FPD attorneys. Your review should confirm this and identify those cases.

This requests is pursuant to our Rule 41(g) motion for return of property and within the scope of our August motion and the Court's subsequent Order for production. And it fulfills our obligation under *Ary* to notify you that we believe the USAO is currently in possession of attorney-client communications.

I understand that most of these cases are closed. But I also know that revocations are filed, collateral attacks arise, and investigations of the same person are revived. Certainly, in those instances, the USAO should not have ready access to attorney-client communication. Thus, under Rule 41(g), the calls and derivative evidence should be returned.

Please let me know if you intend to use the same procedure, a proposed timeline, and if you need more information.

I'd like to file a status report today. I'll run it by you first.

Thanks.

Melody

**From:** Duston Slinkard <Duston.Slinkard@usdoj.gov>

**Sent:** Thursday, February 14, 2019 9:22 PM
**To:** Melody Brannon <Melody_Brannon@fd.org>; Kirk Redmond <Kirk_Redmond@fd.org>
**Cc:** Clymer, Steven D. (USANYN) <Steven.D.Clymer@usdoj.gov>; Stephen McAllister <Stephen.McAllister@usdoj.gov>; KSD_Robinson_Chambers@ksd.uscourts.gov; vanbebberlaw <vanbebberlaw@aol.com>; David Guastello <david@guastellolaw.com>
**Subject:**

Melody,

Attached is an updated spreadsheet that provides data on the results of our effort to identify whether calls are obtained for the list of defendants you supplied to us. Where we have answered "yes," such answer is based upon evidence that was located. Where we have answered "no," such answer is based upon no affirmative evidence being found after review of the physical files and electronic records that exist for the relevant cases. In a limited number of cases, as noted on the spreadsheet, the physical files had already been sent to storage at the federal records center, have been requested back, and have not yet been received back. As you and I have discussed, if proper closing protocols were followed, no call related information should exist in files that were closed and sent to the federal records center. However, we will check the requested files when they are returned to be certain of their contents and update if anything further is located.

Also attached is an inventory of additional materials our office submitted to the custody of the Court earlier today. As was the process with the materials we submitted to the Court on January 7, 2019, we agree to you being able to obtain and duplicate the materials we submitted to the Court earlier today. As noted in that inventory, under the entry for David Lougee, there is a Call Detail Report that was obtained in the case in which he was a defendant for calls to four phone numbers dialed out from CCA. Lougee, as well as co-defendant David True and others, show on that report. I inadvertently took it with me when I left our Kansas City Office this afternoon, so it was not delivered to the Court. I will scan and email it to you and the Court tomorrow morning.

At this point, barring something found in the closed files we have requested back from the records center, or receipt of new information in response to inquiries we have already made, which we will pass along upon receipt, we believe we have completed our review with respect to the list of names you provided.

Please let me know if you have any questions.

Thank you,
Duston

| LAST NAME | KS CASE NO | JUDGE | DEF ATTY |
|---|---|---|---|
| AGUILERA | 2:15-20043 | JAR | Cornwell/Scherff/Weis |
| ANDERSON | 2:14-20068 | CM | FPD Hansmeier/Bennett Jr. |
| AVILA | 2:13-08087 | JPO | Toth |
| BANUELOS | 5:14-40153 | CM | Haney |
| BELL | 2:16-20008 | CM | Edmonds |
| BELL | 3:16-70044 | JPO | FPD Ramsey |
| BELLAMY | 2:17-20020 | CM | FPD Belancio |
| BERRY | 2:12-20083 | KHV | FPD Harvell/Laurans/Thomason/Burdick |
| BLACK | 2:16-20032 | JAR | Jenab |
| BOBADILLA-OLIVA | 2:16-20031 | CM | Martinez/Toth |
| BROWN | 3:11-70083 | JPO | FPD Odo/Bartee/Burdick |
| CLARK | 2:14-20114 | CM | FPD Bartee |
| CLARK | 3:07-07015 | JPO | N |
| CLARK | 5:08-40079 | DDC | FPD McGowan/Miller |
| CLAY | 2:03-20074 | KHV | FPD Magariel/DeHardt |
| COATS | 2:08-20068 | KHV | FPD Ramsey/Altieri |
| CONTRERAS | 2:11-20093 | CM | FPD Redmond |
| COPP | 2:11-20099 | KHV | FPD Morrison/Bartee |
| CORONA | 5:14-40009 | JTM | FPD Collazo/Strickland |
| CRAWFORD | 2:15-20055 | JAR | FPD Scherff/Redmond/Telthorst |
| CRUZ | 2:12-20066 | KHV | Telthorst |
| CURLEE | 5:11-40096 | JAR | FPD McGowan/Wurtz |
| DALE | 2:14-20003 | CM | FPD Cornwell/Magariel |
| DAVIS | 2:11-20024 | CM | FPD Loudon/Simon/Harris/Bartee |
| DeJesus | 2:10-20146 | CM | Altieri |
| DENNIS | 5:10-40003; 5:14-40024; 5:18-40033 | JAR; DDC | FPD McGowan/Trubey/Redmond/Thomason |
| DERTINGER | 2:14-20067 | JAR | Thompson/Rokusek |
| DIETZ | 2:17-06018 | GEB | Gradert |
| DILLARD | 5:12-40023 | DDC | FPD McGowan/Kjorlie/Wurtz |
| DIX | 5:13-40122 | JAR | Hoffman |
| DORAN | 2:12-20066 | KHV | Dill |
| DUARTE-TELLO | 2:16-20016 | CM | Lee |
| DUGAN | 5:12-40015 | JAR | FPD Wurtz |

| | | | | |
|---|---|---|---|---|
| DUNCAN | 2:03-08038 (transferred to WDTexas) | JPO | Phillips | |
| EDWARDS | 2:12-20015 | CM | Stone | |
| ELLIS | 2:03-20122 | KHV | Gyllenborg | |
| ELLIS | 2:05-20122 | JWL | FPD George/Weis/Duma/Harrison | |
| ELLIS | 2:11-20001 | KHV | FPD Ramsey/Magariel/Redmond | |
| ELLIS | 2:12-20066 | KHV | Osgood | |
| ELLIS | 3:11-70031 | JPO | FPD Burdick | |
| ESPINOZA | 2:13-20028 | KHV | FPD Burdick | |
| ESPINOZA | 2:14-20071 | JAR | Rokusek | |
| EVANS | 2:12-20021 | KHV | Morgan | |
| EVANS | B:08-09899 | KMH | Oleen | |
| EVERETT | 6:06-10084 | MLB | O'Hara | |
| FAGAN | 2:06-20150 | CM | FPD Dedmon/Redmond/Burdick | |
| FAGAN | 2:11-20057 | KHV | FPD Cornwell/Ramsey | |
| FERGUSON | 2:06-20069 | JWL | FPD Geiger/Brannon/Fowler/Telthorst | |
| FERGUSON | 2:14-20054 | JAR | Zigtema | |
| FIGURES | 2:08-20035 | JWL | FPD Harris | |
| FISHER | 5:14-40110; 5:13-40035; 5:12-40071 | JTM; JAR | FPD McGowan/Henry/DeHardt/McQuain | |
| FLORES | 2:13-20060 | KHV | FPD Redmond | |
| FLORES-AVILA | 2:12-20066 | KHV | Hall/Kessler | |
| FLORES-NAVARRO | 2:15-20077 | CM | Telthorst | |
| FLORES-SANCHEZ | 2:12-20069; 2:12-20066 | KHV | Gibson | |
| FLOYD | 5:12-40055 | DDC | FPD Folsom/Brannon/Strickland | |
| Fonseca | 2:10-20093 | CM | Lee/Baker/Jenab/Kingston | |
| FORD | 5:12-40039 | JAR | FPD McGowan/Brannon/Kessler | |
| FOSTER | 5:14-40014 | DDC | Vermillion/Robinson | |
| GARCIA | 2:08-20109 | CM | FPD Redmond/Wurtz/Bartee | |
| GARCIA | 6:96-10051 | JTM | O'Hara | |
| GARCIA-NIEVES | 2:16-20016 | CM | Guastello/Burton | |
| GARCIA-RODRIGUEZ | 5:15-40097 | DDC | FPD Folsom | |
| GAXIOLA | 5:06-40057 | JAR | Johnson | |

| Name | Case Number | Judge | Attorney |
|---|---|---|---|
| GOBA | 5:06-40048 | DDC | Joseph |
| GRAHAM | 2:11-20065 | KHV | **FPD** Redmond/Lewis |
| GRAYSON | 6:06-10269; 6:95-10048 | MLB: JTM | Robinson, Robert |
| GREEN | 2:12-20010 | CM | Cornwell/Brannon |
| GRIFFIN | 2:12-20158 | KHV | Jenab |
| GRIFFIN | 6:05-10027 | JTM | **FPD** Krier/Henderson/Redmond |
| GRISSOM | 2:15-20005 | JAR | Hart |
| GROSS | 5:15-40012 | CM | **FPD** McGowan/Bennett Jr./Fowler/Lemon |
| HALBIN | 2:12-20084 | CM | **FPD** Magariel/Lowry |
| HALL | 2:00-20029 | JWL | **FPD** Harris |
| HALL | 2:07-20089 | JWL | **FPD** Dedmon/Harris |
| HANDLEY | 2:07-20060 | JWL | **FPD** Ramsey/Harrison |
| HARGIS | 5:04-40069 | SAC | Trubey/Highland |
| Harris | 5:08-40048; 6:00-10123 | SAC; JTM | Hoffman; Gilman/Adams jr./ |
| HARRIS | 2:12-20066 | KHV | **FPD** Hart/Bartee |
| HEARD | 2:11-80043 (transferred to SDIowa) | CM | **FPD** Redmond |
| HICKS | 6:00-10079 | EFM | Orsi |
| HOLGUIN-GALLEGOS | 2:16-20016 | CM | Cowles/Calbi |
| HOLLIS | 5:11-40104 | DDC | Robinson, Robert |
| HOLT | 2:06-20048 | CM | **FPD** Edmonds/Bartee/Notestine/Burdick |
| HOLUB | 5:12-40008 | JAR | **FPD** McGowan/Vermillion |
| HOOK | 2:14-20024 | CM | **FPD** Redmond |
| HOPPENS | 5:13-40056; 5:11-40037; 5:07-40141 | DDC; SAC | **FPD** Joseph/Brannon/Wurtz |
| HOPPER | 5:12-40002; 5:06-40136 | JAR | **FPD** Redmond/Wurtz |
| HORTON | 3:08-07201 | DJW | N |
| HOWERTON | 5:12-40125 | JAR | **FPD** Redmond/Works |
| HUCKABY | 2:16-20116 | CM | **FPD** Burdick |
| HUDSON | 2:13-20063 | JWL | **FPD** Redmond/Brannon |
| HUDSON | 5:13-40117 | DDC | **FPD** Clark/Kerns/Ambrosio/Brannon |
| JACKSON | 2:14-20021; 2:11-20109 | KHV | **FPD** Redmond/Burdick |
| JACKSON | 6:94-10065 | MLB | Rathbun |
| JIMENEZ-DELATORRE | 2:16-20020 | JAR | **FPD** Bell/Hansmeier |

| Name | Case Number | Judge | Attorneys | |
|---|---|---|---|---|
| JOHNSON | 2:04-20049 | CM | **FPD** Miller/Brannon/Toth | |
| JOHNSON | 5:12-40090; 5:16-40027 | DDC | **FPD** McGowan/Brannon | |
| JONES | 6:16-10089; 5:02-40064 | EFM; JAR | Krier: **FPD** Brannon | |
| JONES | 3:09-07115 | DJW | **FPD** Burdick | |
| JONES | 6:00-10126 | WEB | **FPD** Henry | |
| JONES | 6:94-10099 | MLB | Gradert | |
| JUDD | 6:09-10061 | JTM | Henderson jr. | |
| KEEGAN | 5:12-40126 | JAR | **FPD** Brannon | |
| KELLEY | 2:13-20035 | CM | **FPD** Ramsey/Bartee/Burdick | |
| KENNON | 2:11-20129 | KHV | Lowry | |
| KILLOUGH | 6:12-10208; 6:07-10063 | JWB; MLB | Casey; **FPD** Freund | |
| KINGSLEY | 2:12-20072 | CM | Spies | |
| KITCHEN | 5:14-40012 | DDC | **FPD** Hall/Redmond.Trickland. | |
| KNAPP | 5:10-40086 | CM | **FPD** Trubey/Burdick | |
| KURTTI | 5:13-40091 | JAR | **FPD** McGowan/Strickland | |
| LAVALLEE | 2:16-20039 | CM | **FPD** Redmond/Ross | |
| LEAL | 2:12-20021 | KHV | Duma | |
| LEDFORD | 2:09-20119 | JWL | Glickman/Bennett Jr. | |
| LIMAS-CARMONA | 2:12-20066 | KHV | Gyllenborg/Moore | |
| LITTLEJOHN | 2:06-20136 | CM | Spies | |
| LLOYD | 2:09-20065 | CM | **FPD** Ramsey/Kips/Burdick | |
| LOPEZ | 5:13-40065 | DDC | Vinduska | |
| LOPEZ | 5:13-40065 | DDC | Hoffman/McEnulty | |
| LOPEZ | 6:16-06100 (Removed to D.Arizona) | GEB | Krier | |
| LOPEZ-DEHARO | 2:13-20125 | JAR | Cornwell/Jenab | |
| LOVELAND | 2:12-20072 | CM | **FPD** Redmond | |
| LOVGREN | 5:13-40087 | DDC | Herbert/Kerns/Irigonegaray | |
| LOZANO-LARA | 2:13-20009; 2:11-20084 | CM | **FPD** Burdick/Redmond | |
| LYNUM | 2:14-20004 | JAR | **FPD** Ramsey/Redmond/Burdick | |
| MADKINS | 5:13-40060 | DDC | **FPD** Bell/Pilate/Chappas Jr./Spies/Hess | |

| Name | Case Number | Judge | Attorneys |
|---|---|---|---|
| MARLIN | 2:12-20003 | CM | Spies |
| MARSHALL | 3:09-07206 | JPO | FPD Burdick |
| MARTIN | 2:06-20031; 2:16-20098 | CM | FPD Ramsey/Harrison/Brannon/Burdick/Sharma-Crawford. |
| MARTIN | 5:12-40112 | JAR | FPD McGowan |
| MARTINEZ | 2:14-20014 | KHV | Stone |
| MARTINEZ-BEJARANO | 2:12-20066 | KHV | LaSalle |
| MAYO | 2:12-20066 | KHV | FPD Magariel/Chapps Jr./Ross/D'Arcy |
| MCCONNELL | 2:07-20029 | JWL | FPD Ramsey/Brannon |
| MCCOY | 5:12-40009 | DDC | FPD Redmond/Brannon/Strickland/Lemon |
| MCCUISTON | 2:09-20137; 2:15-80135 | KHV | FPD McGowan/Ross |
| MCCUSKER | 2:12-20083 | KHV | Atwell/Vizzi/Serra/Umbehr/Belancio/Genego |
| MCLINN | 2:14-20098 | CM | FPD Ramsey/Hansmeier.Magariel |
| MCNARY | 14-20011 | KHV | Scherff |
| MEDINA | 16-20045 | JAR | FPD Ramsey |
| MENDOZA-MENDEZ | 2:12-20048 | CM | FPD Burdick |
| MICK | 2:12-20083 | KHV | Kerns/Dvorak |
| MILLER | 2:14-20023 | CM | N |
| Mills | 2:10-201057 | KHV | FPD Redmond |
| MITCHELL | 2:11-20069 | KHV | Lee |
| MITCHELL | 2:12-20141 | KHV | Jenab |
| MITCHELL | 2:13-20097 | CM | FPD Ramsey/Francis/Ross/Duma/Burdick |
| MITCHELL | 5:13-40055 | JAR | Rokusek |
| MOFFAT | 5:13-40092 | JAR | Johnson/Klein |
| MOJICA-CRUZ | 5:11-40057 | JAR | FPD Pilate/Spies/Strickland |
| MONTOYA-VALENZUELA | 2:14-20049; 2:14-08078 | CM;TJJ | Toth |
| MOORE | 2:08-20028 | CM | West/Bath |
| MOORE | 2:16-20112 (Venue changed) | CM | McGroder/Fisher/Garrett |
| MORENO | 5:13-40145 | DDC | FPD Redmond |
| MORGAN | 2:04-20016 | CM | FPD Ross/Harrison/Brannon/Dunn/ |

| Name | Case | Judge | Attorneys | |
|---|---|---|---|---|
| MURPHY | 2:03-20003 | CM | **FPD** Redmond/Neal/Thomason/Bartee/Burdick | |
| NAJAR-ESPERIQUETA | 2:05-20055 | KHV | **FPD** Telthorst/Burdick | |
| NEIGHBOR | 2:08-20105 | CM | Pilate/Hart/Pincus/Johnston/Bennett Jr. | |
| NELSON | 2:15-20080; 2:10-20107 | JAR | **FPD** Hansmeier/Burdick | |
| NELSON | 5:15-40086 | DDC | Babbit | |
| NICKERSON | 2:16-20040 | CM | **FPD** Magariel/Redmond/Ross | |
| NORWOOD | 5:11-40094 | DDC | **FPD** McGowan/Wurtz | |
| OROZCO | 2:15-20074 | JAR | **FPD** Campbell/Campbell Jr./Burdick | |
| ORTEGA-SAUCEDO | 2:11-20050 | KHV | **FPD** Redmond | |
| PABLO-SOLIS | 2:12-20061 | CM | **FPD** Bartee | |
| PANTOJA-JUAREZ | 5:12-40077 | JAR | **FPD** Wurtz | |
| PATRICIO | 2:12-20026 | CM | **FPD** Ross/Bartee | |
| PEARSON | 2:10-20122 | JWL | **FPD** Ross/Harris | |
| PENNINGTON | 5:11-40046 | JWL | **FPD** McGowan/Stone | |
| PEOPLES | 5:12-40135 | JAR | **FPD** McGowan | |
| PEREZ-GERARDO | 5:11-40047 | DDC | Schmidt | |
| PHILLIPS | 6:11-06093 (transferred to WD MO) | KMH | Gilman | |
| PLASENCIO | 5:14-40124 | DDC | Benson/Haney | |
| POLLARD | 2:12-20083 | KHV | Scherff | |
| POWELL | 2:13-20025 | CM | **FPD** Redmond | |
| PRINCE | 2:98-20005 | KHV | **FPD** Hansmeier/Kelly/Harris/Sherman/Bartee | |
| PURUCKER | 5:13-40093 | JAR | **FPD** Strickland | |
| RAHMAN | 5:13-40055 | JAR | **FPD** Brannon/Strickland | |
| RAMIREZ | 5:15-40059 | CM | Sandage | |
| RANDALL | 2:05-20061 | JWL | Schweiker/Schmidt | |
| RAY | 2:12-20084 | CM | Thomason | |
| RECTOR | 2:12-20083 | KHV | Epps Jr. | |
| REED | 2:12-20018; 6:98010027 | CM; MLB | **FPD** Bartee; Schoenhofer | |
| REED | 5:17-05008 (removed to SDNY) | KGS | **FPD** Folsom | |
| RHOINEY | 5:15-40086 | DDC | Thomason | |
| RICE | 2:07-20037 | CM | **FPD** Dedmon/Redmond/Harrison/Wurtz/Burdick | |

| Name | Case No. | Judge | Attorneys |
|---|---|---|---|
| RICHARDSON | 2:99-20081 | CM | **FPD** Redmond/Ross/Brannon/Harris |
| RIFE | 2:11-20033 | CM | Calbi |
| RILEY | 6:14-10055 | MLB | Henderson Jr. |
| ROBINSON | 2:12-20057 | KHV | **FPD** Ramsey/Ross/Bartee |
| ROCHA | 2:12-20039 | KHV | **FPD** Cornwell/Kerns/Ross |
| ROMERO | 2:12-20083 | KHV | **FPD** Jenab/Burdick |
| ROWLETTE | 2:16-20032 | JAR | Jackson |
| SAEMISCH | 2:16-08107 (removed to D. Mass) | TJJ | N |
| SANDERS | 3:07-07051 | DJW | **FPD** Brannon |
| Sanders | 2:10-20034 | CM | **FPD** Burdick |
| SANFORD | 2:09-20128 | KHV | **FPD** Ross/Bartee/Burdick |
| SANTOS-VALDERAMA | 2:13-20125 | JAR | Weis/Nigro Jr. |
| SCHUSTER | 5:13-40048 | JAR | Walsh/Clark/Fowler/Bath Jr. |
| SCIMECA | 2:12-20084 | CM | Humphrey/Kerns/Bortnick |
| SCOTT | 2:12-20066 | KHV | Hasty/O'Connor |
| SERAFIN | 5:13-40106 | JAR | **FPD** McGowan |
| SERNAS | 2:15-80036 | CM | **FPD** Ramsey |
| SHELDON | 2:12-20125 | KHV | **FPD** Thomason/Bartee |
| SHERLEY | 2:12-20072 | CM | **FPD** Magariel/Jenab |
| SHERRILL | 5:11-40027 | DDC | **FPD** Folsom/Magariel/Bennett Jr. |
| SINGLETON | 2:15-20011 | JWL | **FPD** D.Bell/Redmond |
| SKINNER | 2:13-80122 | CM | **FPD** Hansmeier/Bartee |
| SMILEY | 2:11-20063 | CM | **FPD** Ramsey/Ross/Bartee |
| SMITH | 6:97-10071 | WEB | Falk/Edelberg |
| SMITH | 2:05-20104; 6:97-10043 | KHV; JTM | Dedmon/Millsap |
| SMITH | 2:12-20022 | KHV | **FPD** Ramsey |
| SMITH | 2:14-20013 | CM | **FPD** Ramsey |
| SMITH | 2:14-20047 | JAR | **FPD** Ramsey/Campbell/Burdick |
| SMITH | 5:09-05054 | KGS | N |
| SMITH | 5:12-40051 | JAR | Wurtz |
| SMITH | 5:13-40007; 5:13-40039 | JAR | **FPD** Strickland |

| | | | | |
|---|---|---|---|---|
| SMITH | 5:15-40064 | DDC | Campbell | |
| SMITH | 6:05-10219 | MLB | Gilman | |
| SMITH | 6:06-10112 | WEB | **FPD** Henry | |
| SMITH | 6:12-10208; 6:98-10081 | JWB; JTM | Adams Jr./Kerns/Ariagno | |
| SMITH | 6:13-10061 | EFM | Henderson Jr. | |
| SMULL | 5:14-40081 | DDC | **FPD** Folsom/Redmond/Haney | |
| SODERLING | 2:12-20083 | KHV | Angles | |
| SOTO | 5:10-40082 | DDC | **FPD** Lowry/Trubey/Brannon | |
| SOTO-MERAZ | 5:09-40035 | JAR | Joseph | |
| SRADER | 2:09-20083 | CM | Jarmer/Owens/Trussell/Eye/Gyllenborg/Burdick/Bath | |
| STEGALL | 2:12-20083 | KHV | Hasty/O'Connor | |
| STEINERT | 5:13-40041 | JAR | Noel | |
| TAMEZ | 2:16-20005 | JAR | **FPD** Morris/Bartee | |
| TAYLOR | 2:06-20087 | KHV | **FPD** Magariel/Harris | |
| TAYLOR | 6:15-10058: 6:15-10058 | JTM | **FPD** Maughan/Freund | |
| THOMPSON | 5:14-40004 | DDC | **FPD** McGowan | |
| TIMM | 2:14-20014 | KHV | Robinson | |
| TOLBERT | 5:15-40053 | DDC | **FPD** McGowan/Seiden | |
| TORRES | 6:02-10074; 2:97-20034; 06:07-10166; 5:94-40024 | MLB; RDR | White/Gradert | |
| TORRES | 5:14-40015 | JWL | Jackson | |
| TORRES-AYALA | 2:16-20008 | CM | Babbit | |
| TORRES-GARCIA | 2:08-20106; 2:14-20132 | KHV; JAR | Thomason; **FPD** Ramsey/Fehlig | |
| TORRES-GONZALEZ | 2:15-20038 | JAR | Toth | |
| TROTTER | 6:12-10137 | JTM | Pratt | |
| TYREE | 5:13-40112 | JAR | Spies | |
| URIARTE | 2:15-20043 | JAR | **FPD** Hart/Redmond/Bartee/Bath | |
| VAKA | 2:16-20008 | CM | Naseem | |
| VALASCO-VEYRO | 2:12-20039 | KHV | Stone/Naseem | |
| VALDIVIA | 5:13-40094 | DDC | **FPD** McGowan/Bell | |
| VASQUEZ-SIQUEROIS | 2:07-20107 | JWL | Hall | |
| VELAZQUEZ | 5:07-40019 | JAR | **FPD** Bell/Trubey/Wurtz | |
| VETAW | 5:11-40107; 5:05-40050 | DDC | **FPD** Folsom/Brannon/Bartee/Kessler | |
| VICE | 5:15-20044 | CM | **FPD** Bartee | |

| Name | Case | Judge | Attorneys | |
|---|---|---|---|---|
| WALKER | 2:04-20063 | JWL | **FPD** Dedmon/Jenab/Redmond/Harrison/Brannon/Biebighauser/Fowler | |
| WALTON | 2:15-08218 | DJW | **FPD** Hansmeier/Burdick | |
| WARD | 5:13-40066 | DDC | Rokusek | |
| WASHINGTON | 2:09-20146 | KHV | **FPD** Bell/Spies/Redmond/Harris/Burdick | |
| WEBB | 2:04-20148 | CM | Scherff/Lowry | |
| WEBB | 2:04-20152 | KHV | Telthorst | |
| WELLS | 3:16-70043 | TJJ | **FPD** Bartee | |
| WESTON | 2:13-20030 | KHV | **FPD** Bell/Redmond/Nichols/Burdick | |
| WHITTAKER | 6:10-10166 | JTM | Adams Jr. | |
| WILBURN | 2:13-08203 (moved to CDCal) | DJW | N | |
| WILLIAMS | 6:12-10202; 2:01-20150 | EFM; CM | Henderson Jr.; **FPD** Harris | |
| WILLIAMS | 2:03-20147; 2:93-20072; 2:09-20133; 2:92-20035; 6:02-10117 | KHV; JWL | **FPD** Williams/Brannon/Harris/Hall/Holliday; Telthorst | |
| WILLIAMS | 2:10-20101 | CM | **FPD** Kelly/Rokusek/Caskey/Caprice/Harris/Edmonds/Burton | |
| WILLIAMS | 2:11-20030 | KHV | **FPD** Harris | |
| WILLIAMS | 5:11-40022 | JAR | **FPD** Highland/Bartee/Burdick | |
| WILLIAMS | 5:15-40079 | DDC | **FPD** Folsom | |
| WILLIAMS | 6:99-10039 | JTM | Gradert | |
| WILLIAMS | B:11-90860 | KGG | Clark | |
| WILLMING | 2:12-20083 | KHV | **FPD** Snider/Vernon/Ross/Lemon | |
| WILSON | 2:07-20005 | CM | **FPB** Harrison/Harris | |
| WILSON | 2:10-20114 | CM | Spies/Fowler | |
| WILSON | 2:12-20138 | CM | Clarke | |
| WILSON | 2:17-20017 | CM | **FPD** Ross | |
| WINEGAR | 2:09-20149 | JWL | **FPD** Hansmeier/Ross/Telthorst | |
| WOMACK | 5:16-40014 | DDC | Vermillion | |
| WRIGHT | 2:00-20125 | JWL | **FPD** Ramsey/Morris | |

| Name | Case | Judge | Attorneys | |
|---|---|---|---|---|
| WYCHE | 5:11-40106 | JAR | **FPD** Trubey/Brannon | |
| ZERR | 2:11-20097 | KHV | **FPD** Schweiker/Kinnamon Brannon | |
| ABERCROMBIE | 2:08-20023 | JWL | **FPD**/Burdick/Harris | |
| ADAME-SAENZ | 2:12-20150 | CM | **FPD** Burdick | |
| ALARCON | 2:12-20083 | KHV | Thomason | |
| ALCORN | 2:13-20099 | CM | **FPD** Bartee/Burdick | |
| ALLEN | 5:15-40015 | CM | **FPD** McGowan/Folsom | |
| ALLEN | 6:04-10245 | JTM | White/Mank | |
| ALVAREZ | 2:12-20030 | KHV | **FPD** Burdick | |
| AMUNDSEN | 5:11-40088 | JAR | **FPD** McGowan/Bartee | |
| ANDERSON | 5:12-40004 | JAR | Shepherd | |
| ASHCRAFT | 5:12-40006 | DDC | Chappas Jr. | |
| ASHLEY | 2:12-20103 | KHV | **FPD** Bell/Clarke | |
| BAGBY | 2:16-20105 | CM | **FPD** Ramsey | |
| BARAJAS | 2:13-20121;2:16-20055 | CM | **FPD** Redmond/Ramsey/Ross | |
| Barefield | 5:09-40069 | SAC | **FPD** McGowan/Bennett Jr. | |
| BARKER | 2:17-20059; 2:16-20010;02:07-20017 | JAR; KHV | **FPD** Burdick/Harrison | |
| BELCHER | 2:15-20051 | JAR | **FPD** Bartee | |
| BIVENS | 2:12-20015 | CM | Dodge/Kerns | |
| BLACKWELL | 5:09-40047 | DDC | **FPD** Folsom/Brannon/Strickland | |
| BLUBAUGH | 6:10-10178 | JTM | Pratt/Griffith/Robison | |
| BOWSER | 5:08-40082 | JAR | **FPD** Redmond | |
| BOYLES | 5:12-40127 | DDC | **FPD** Folsom/Berger/Redmond/Strickland/Johnson | |
| BRAY | 2:14-20020 | CM | Spies | |
| BROWN | 2:08-20170 | JWL | **FPD** Harrison/Wurtz/Bartee | |
| BROWN | 2:12-20083 | KHV | **FPD** Folsom/Campbell/Leiker | |
| BROWN | 2:13-20092 | CM | **FPD** Rokusek/Bartee | |
| BROWN | 5:08-40036 | SAC | Savage | |
| BRYANT | 2:12-20141 | KHV | Scherff | |
| BUCHANAN | 5:07-40029 | DDC | **FPD** Folsom/Berger/Savage/Henry | |
| BURGESS | 2:08-20062 | CM | **FPD** Harris/Bartee | |
| CALVIN | 2:12-20006 | KHV | **FPD** Rokusek/Duma/Burdick | |

| Name | Case | Judge | Attorneys | |
|---|---|---|---|---|
| CANNON | 2:07-20138 | RDR | **FPD** McCauley/Redmond/Wurtz | |
| CARLSON | 2:12-20095 | JWL | **FPD** Redmond/Fowler/Bartee/Bath | |
| CARTER | 2:16-20032 | JAR | Gustello | |
| CECIL | 2:06-20074 | CM | Lowry | |
| CERVANTES | 5:14-40129; 5:14-40116 | DDC | Joseph/Ambrosio | |
| CHAPMAN | 5:06-40032 | JAR | Trubey | |
| CHAUDHRY | 2:14-20045 | JAR | **FPD** West/Bartee | |
| CHAVEZ | 2:12-20039 | KHV | **FPD** Schmidt/Fowler/Henry | |
| CORNEJO | 2:14-20137 | CM | **FPD** Ramsey/Redmond/Ross/Clarke | |
| FLOREZ | 2:06-20045 | KHV | **FPD** Ramsey/Dehardt/Bartee | |
| FREEMAN | 2:13-20070 | CM | Thomason | |
| FULTON | 2:10-20002 | KHV | **FPD** Harris/Bartee | |
| GARCIA | 2:16-20008 | CM | Abella/Weis/Clarke | |
| GARRETT | 2:04-20039 | CM | **FPD** Ramsey/Redmond.Brady/Bartee | |
| GIGGER | 5:13-40054 | JAR | Morgan | |
| GILKEY | 2:10-20115 | JWL | **FPD** Ross/Nichols/D'Arcy/Bartee | |
| GUDINO-VALENCIA | 2:12-20153 | CM | **FPD** Redmond/Kips | |
| GUEVARA-GUEVARA | 2:16-20017 | CM | **FPD** Bartee | |
| HARLIN | 2:14-20090 | CM | **FPD** Ramsey/Hansmeier/Burdick | |
| HEARD | 2:14-20130 | JAR | Kips | |
| HEATHER | 2:14-20135 | CM | **FPD** Burdick | |
| HERRERA-ZAMORA | 2:14-20049 | CM | **FPD** Bell/Cornwell/Moran/Ramsey/Rokusek/Redmond/Brannon/Federico/Rivera | |
| HUFF | 2:14-20067; 2:14-20141 | CM/JAR | Session | |
| JACKSON | 2:09-20013 | KHV | **FPD** Ramsey/Magariel/Burdick | |

| Name | Case | Judge | Attorney |
|---|---|---|---|
| JACKSON | 2:13-20070 | CM | Clarke |
| JONES | 2:12-20141 | KHV | **FPD** Bell/Palmer/Calbi |
| KENT | 5:15-40048, 5:18-40056 | DDC | **FPD** Bell/Folsom/Redmond/Hall |
| LEE-SPEIGHT | 5:10-40035 | SAC | **FPD** Redmond/Jackson/Bartee/Lemon |
| MARTINEZ | 5:14-40120 | EFM | Schweiker/Weis |
| MEZA | 6:10-10079 | JTM | Gradert |
| MITCHELL | 6:04-10062 | MLB | Henderson |
| MULLEN | 2:14-20135 | CM | Scherff |
| ROBERSON | 2:11-20021 | CM | **FPD** Magariel/Redmond |
| ROCHA-TAPIA | 2:15-20037 | JAR | **FPD** Vernon/Bartee |
| STEELE | 5:14-40071 | DDC | Joseph |
| TIMLEY | 2:15-20041 | JAR | **FPD** Ramsey |
| VIVEROS | 2:16-20031 | CM | Schweiker |
| WADE | 5:18-40029 | DDC | **FPD** McGowan/Ross |
| WHITE | 2:04-20026 | KHV | **FPD** George/Brannon/Harris/O'Neil |
| WILLIAMSON | 2:14-20059 | JAR | **FPD** Burdick |
| WILLS | 2:03-20148 | JWL | **FPD** Bell/Cornwell/Redmond/Brannon/Bartee/Sharma-Crawford |
| WOOD | 2:14-20065 | JAR | **FPD** Brannon/Bartee/Cox |
| GARCIA | 6:94-10048; 6:10-10021 | MLB | Woodring; Penner |
| ROSS | 5:10-40038; 6:08-10181 | JAR; MLB | Pope; Gradert |
| CRABLE | 5:12-40038; 5:16-40101 | JAR; DDC | Babbit; **FPD** Folsom/Thomason |
| CUNNINGHAM | 2:12-20141 | KHV | Weis |
| FIERRO-DE CARLOS | 2:12-20066 | KHV | Haney |
| HERNANDEZ-HERNANDEZ | 2:14-20101 | JAR | **FPD** Bartee |
| HURST | 2:12-20083 | KHV | Fowler/Langston |
| Jones | 2:07-20064 | KHV | **FPD** Ramsey/Kelly/Redmond/Bailey |
| STEWART | 5:12-40044 | DDC | **FPD** Bell/Folsom/Jackson |
| YAN | 2:13-20134 | CM | Hepperly/Robb |
| BROWN | 2:13-20018 | CM | **FPD** Bartee |

| Name | Case # | Judge | Attorneys |
|---|---|---|---|
| ROBERTSON | 2:07-20153 | KHV | **FPD** Bell/Cornwell/Stone/Harrison/Nichols/Campbell |
| BANKS | 5:13-40060 | DDC | Jenab/Strickland/Haney |
| DODDS | 2:03-20112 | KHV | Edmonds |
| CAMPBELL | 2:16-20011 | JAR | **FPD** Campbell/Ramsey/Lee/Duma/Redmond/Brannon |
| IVORY | 5:13-40060 | DDC | Morris/Toth |
| WATTREE | 2:15-20010 | CM | **FPD** Hart/Redmond/Bartee/Burdick |
| MARTINEZ | 5:13-40024 | JAR | **FPD** McGowan/Morgan |
| WHEELER | 5:17-40037 | DDC | **FPD** McGowan/Redmond |
| ELLIS | 2:12-20066; 2:06-20180 | KHV | Joseph/DeHardt/Ramana/Bennett Jr./Harris |
| BENIMON | 2:12-20115 | KHV | **FPD** Bell/Bartee/Burdick |
| COLLINS | 5:13-40095; 2:04-20153 | JAR; KHV | Hoffman; Fowler/Bath |
| ARMAY | 5:16-40024 | DDC | **FPD** Bell/Jackson/Burdick |
| JORDAN | 2:13-08210 (removed to D.Ok). | JPO | **FPD** Redmond |
| SCOTT | 5:15-40010; 5:17-40115 | DDC | **FPD** Folsom |
| TOWNER | 5:14-40112 | CM | **FPD** McGowan/Kips |
| Mitchell | 5:17-40053; 6:16-10112 | CM; EFM | Scherff; **FPD** Henry |
| MEDINA-LAVEAGA | 16-20114 | JAR | Leiker, McDonnell |
| WILSON | 5:08-40039 | DDC | **FPD** McGowan/Folsom/Chappas jr./Federico |
| VILLANUEVA-DIAZ | 2:16-20031 | CM | Naseem |