# Non Custody CCA Calls Inquiry Query
# Calls/Requests/Summaries/Acknowledgements
# Provided to Court 05/15/2019
# (Kansas City Only)

**ATTACHMENT 24**

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT | Files Copied to Media and Deleted |
|---|---|---|---|---|---|---|
| WALKER | Shavar | 2:04-20063 | Morehead | NO | n/a | |
| LITTLEJOHN | Charles | 2:06-20136 | Morehead | NO | n/a | |
| HANDLEY | Charles | 2:07-20060 | Morehead | NO | CCA Subpoena | |
| SANFORD | Robert | 2:09-20128 | Morehead, Wamble | NO | n/a | |
| WINEGAR | Kelly | 2:09-20149 | Gurney, Morehead | YES | CD Containing Calls<br>CCA Records Summary Report | |
| WASHINGTON | Julius | 2:09-20146 | Gurney, Morehead | NO | n/a | |
| PEARSON | Wendell | 2:10-20122 | Morehead | NO | n/a | |
| ELLIS, Jr. | George W. | 2:11-20001 | Flannigan, Gurney, Morehead | NO | n/a | |
| ROBERSON | Donnell H. | 2:11-20021 | Brown, Flannigan, Gurney, Maag, Morehead | NO | n/a | |
| MITCHELL (see Stephen Bagley et al) | Sylvester | 2:11-20069 | Brown, Gurney, Maag, Morehead | NO | n/a | |
| PATRICIO | Francisco | 2:12-20026 | Gurney, Krug | NO | n/a | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT | Files Copied to Media and Deleted |
|---|---|---|---|---|---|---|
| WILSON (See King et al) | Benjamin | 2:12-20138 | Gurney, Krug | NO | n/a | |
| GUDINO-VALENCIA (See Genesis D. Villarreal) | Juan Carlos | 2:12-20153 | Brown, Krug, Maag | YES | CCA Calls Copied to Thumb Drive<br>CCA Records Summary Report<br>4/4/14 Discovery Ltr<br>CCA Subpoena | 05/09/2019 by D. Steeby |
| WESTON, Jr. | Bernard | 2:13-20030 | Morehead, Oakley | NO | n/a | |
| HUDSON | John | 2:13-20063 | Flannigan, Hunt, Rask | NO | n/a | |
| MITCHELL | Arthur D. | 2:13-20097 | Gurney, Patton, Tomasic, Ward | NO | n/a | |
| BROWN | Adrian L. | 2:13-20092 | Oakley | NO | n/a | |
| LYNUM | Stephen | 2:14-20004 | Flannigan | NO | n/a | |
| DALE | Jamarr R. | 2:14-20003 | Flannigan | NO | n/a | |
| SMITH | Clarence | 2:14-20047 | Flannigan | NO | n/a | |
| SINGLETON | Jeffery | 2:15-20011 | Morehead | NO | n/a | |
| SERNAS | Daniel | 2:15-80036 | Flannigan | NO | n/a | |
| MEDINA | Melissa | 2:16-20045 | Oakley | NO | n/a | |
| SAEMISCH | Christopher | 2:16-08107 (removed to D. Mass) | Flannigan | NO | n/a | |
| BAGBY, Jr. | Kevin G. | 2:16-20105 | Morehead, Zabel | NO | n/a | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT | Files Copied to Media and Deleted |
|---|---|---|---|---|---|---|
| WILSON | Deaundre | 2:17-20017 | Wamble | NO | n/a | |