# Non Custody CCA Calls Inquiry Query
## Calls/Requests/Summaries/Acknowledgements
## Provided to Court 05/15/2019
## (Topeka Only)

**ATTACHMENT 25**

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT | Files Copied to Media and Deleted |
|---|---|---|---|---|---|---|
| LEE-SPEIGHT | Dion | 5:10-40035 | Brown, Gurney, Slinkard | NO | | |
| PEREZ-GERARDO | Fermin | 5:11-40047 | Brown, Gurney, Maag, Slinkard | NO | | |
| PENNINGTON | Shamar | 5:11-40046 | Maag, Slinkard | NO | | |
| CRABLE | Audley | 5:12-40038; 5:16-40101 | Gurney, Hendershot, Maag | NO | | |
| LOPEZ, Adrienne | Adrienne | 5:13-40065 | Mattivi | YES | CCA Calls Copied to Thumb Drive | 05/09/2019 by D. Steeby |
| LOPEZ, Angela Marie | Angela | 5:13-40065 | Mattivi | YES | CCA Calls Copied to Thumb Drive | 05/09/2019 by D. Steeby |
| IVORY | Johnny | 5:13-40060 | Gurney, Maag, Mattivi | NO | | |
| MADKINS | Martye | 5:13-40060 | Gurney, Maag, Mattivi | NO | | |
| BANKS | Albert Dewayne | 5:13-40060 | Gurney, Maag, Mattivi | NO | | |
| PURUCKER | James | 5:13-40093 | Gurney, Hathaway, Slinkard | NO | | |
| NELSON | Shannon | 5:15-40086 | Hathaway, Jacobs, Kenney, Wilson | YES | CCA Calls Copied to Flash Drive | 05/09/2019 by D. Steeby |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT | Files Copied to Media and Deleted |
|---|---|---|---|---|---|---|
| RHOINEY | Andre | 5:15-40086 | Hathaway, Jacobs, Kenney, Wilson | YES | CCA Calls Copied to Flash Drive | 05/09/2019 by D. Steeby |
| STEELE | Lamar | 5:14-40071 | Maag | NO | | |
| SCOTT | Tremain | 5:15-40010; 5:17-40115 | Maag, Wood | NO | | |
| GROSS | William | 5:15-40012 | Slinkard | NO | | |
| SMITH | Brannon | 5:15-40064 | Brown, Capwell, Maag, Slinkard, Wood | NO | | |
| TOLBERT | Brian | 5:15-40053 | Slinkard | NO | | |
| KENT | Thomas | 5:15-40048, 5:18-40056 | Gurney, Slinkard, Sommer | NO | | |
| WHEELER | Jaiquan Jahai | 5:17-40037 | Hatfield, Maag, A. Smith | YES | CCA Calls Copied to Thumb Drive | 05/09/2019 by D. Steeby |
| Mitchell | Michael David | 5:17-40053; 6:16-10112 | Gurney, Kenney, Hatfield, A. Smith, Treaster | NO | | |
| WADE | Kenneth Lee | 5:18-40029 | Hatfield, Maag, A. Smith | NO | | |