## Non Custody CCA Calls Inquiry Query
## Calls/Requests/Summaries/Acknowledgements
## Provided to Court 07/11/2019
## (Kansas City Only)

**ATTACHMENT 26**

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT | Files Copied to Media and Deleted |
|---|---|---|---|---|---|---|
| BELLAMY | Storm | 2:17-20020 | Ward | NO | n/a | n/a |
| BROWN (See Los Dahda et al) | Sadie Jolynn | 2:12-20083 | Barnett, Brown, Capwell, Gurney, Maag, Morehead, Rask, Warner | YES | 1 DVD CCA Calls 1/1/14-4/8/14; CCA Recs Sum Rpt. 1/3/14-2/19/14; Email sending Req for CCA Call to USMS; Req CCA Call 12/26/14-Present | n/a |
| CAMPBELL | Damien D. | 2:16-20011 | Brown, Capwell, Ward | NO | n/a | n/a |
| HUCKABY | Joshua | 2:16-20116 | Wamble | NO | n/a | n/a |
| HUFF (See Rapp et al) | Ashley | 2:14-20067; 2:14-20141 | Brown, Capwell, Flannigan, Rask, Tomasic, Wood | n/a | previously provided on 1/7/19 & 1/11/19 | |
| JACKSON | Brandon | 2:09-20013 | Morehead | YES | 1 DVD CCA Calls; CCA Rec Sum Rpt 10/15/15-10/19/15; Req for CCA calls 10/14/15-present; Req for CCA calls 10/19/2015-10/23/2015; Req for CCA calls 10/19/15 to current; Memo to Tim Burdick giving CCA calls and telephone logs; Emails ref CCA calls | n/a |
| LLOYD | Lorenzo | 2:09-20065 | Morehead | NO | n/a | n/a |
| MOORE | James | 2:16-20112 (Venue changed) | Rask | NO | n/a | n/a |
| NAJAR-ESPERIQUETA | Adalberto | 2:05-20055 | Hunt, Krug | NO | n/a | n/a |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT | Files Copied to Media and Deleted |
|---|---|---|---|---|---|---|
| PRINCE | Brian C. | 2:98-20005 | Brown, Flannigan, Maag, Patton | NO | n/a | n/a |
| SKINNER | John Lee | 2:13-80122 | Flannigan | NO | n/a | n/a |
| TAMEZ | Pedro Jesus | 2:16-20005 | Ward | NO | n/a | n/a |