# ATTACHMENT 27

| | |
|---|---|
| **From:** | Slinkard, Duston (USAKS) |
| **To:** | Melody Brannon; Kirk Redmond |
| **Cc:** | McAllister, Stephen (USAKS) |
| **Subject:** | Update on the Second List |
| **Date:** | Thursday, July 11, 2019 5:28:00 PM |
| **Attachments:** | Schuster_1.pdf |
| | Gigger_1.pdf |

---

As you saw from the e-mail I sent the Court a few minutes ago, we submitted some additional materials to the Court for the Second List, as well, as some additional material for Robert Robinson, from the First List, which we found in looking through files for his co-defendant on the Second List.

So overall, here is where things stand on the Second List, by location.

**Topeka:**
Review of all the names of Topeka Cases has been completed with respect to reviewing discovery on our system and any calls and materials found during this review have been downloaded and deleted from our system and submitted to the Court. The one hiccup here, as we discussed in our last face-to-face meeting, is that when we submitted those materials on May 15, 2019, Linda failed to include on her inventory what was submitted for Michael Shuster and Don Alvin Womack. We know that the materials submitted for Shuster was one call transcript in pdf form, and that nothing else was located and submitted to the Court for him. We do not know what we submitted for Womack, and because it was deleted from our system we have no way to check. I mentioned this to Kirk a while back, and he asked me to send an e-mail with Womack's name so that he could have your staff review the copy you made of the materials we gave the Court on 5/15/2019 to look for Womack. I cannot find that I sent such an e-mail before, so I am including Womack's name now.

With respect to physical files for individuals with Topeka cases, all have now been reviewed that were here, except for a few voluminous conspiracy cases, which should be completed shortly.

We also brought files back from the Federal Record Center for all Topeka cases on the list that had been sentenced in and after 2010 and have completed the review of those files. No calls were found, however, we did find correspondence in two of those record center files that reference jail calls – the files for Michael Shuster and Steven Michael Gigger. The correspondence is nothing that would need to disgorged or submitted to the Court, so I have scanned it, separated for each individual, and attached it to this e-mail for you.

So with respect to the Topeka cases, all that remains is completion of the physical review of the materials for a few voluminous conspiracy cases, which I expect to be completed shortly.

**Wichita:**
I plan to be in Wichita next week, and plan to meet with the legal assistant I have had working on the project there to double check things, but I am told that they have gotten through the review of both materials on the system and all the physical files present in the office for the individuals with Wichita cases. I have directed them to order back any files from the Federal Record center for any such individuals sentenced in and after 2010, so that those files can be reviewed. Accordingly, subject to what I see when I can be there in person, it sounds like we are very close to completing the list there

as well.

**Kansas City**:

The review of materials on the system and physically present in the office is continuing. Given that we are down a legal assistant there and have another out for an extended period due to a death in her immediate family, Linda Smith has been spread pretty thin for some time now, but she continues to prioritize work on the list and seems to be getting through it. The materials she submitted to day are for individuals for whom the review is complete, and I believe we will have another batch next week. So you are aware, to try to avoid confusion I have directed her to fully complete the review for all cases for a particular individual on the list, before submitting anything for that individual, and also to complete the review of the materials on site before ordering back cases from the Federal Record Center. I do not have a firm date estimate on completion in Kansas City, but it is being prioritized. I don't feel comfortable trying to make a specific time estimate right now, but I hope to be able to do so soon, and do not think it will be that much longer.

Thanks,
Duston J. Slinkard
First Assistant U.S. Attorney
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853