# Non Custody CCA Calls Inquiry Query
## Calls/Requests/Summaries/Acknowledgements
## Provided to Court 07/23/2019
## (Kansas City Only)

**ATTACHMENT 28**

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT | Files Copied to Media and Deleted |
|---|---|---|---|---|---|---|
| AVILA (See Jimy Flores et al) | Camerina | 2:13-08087 | Catania | NO | FBI Report 4/4/2013 Re: CCA Calls; FBI Report 5/3/2013 Re: Correctional telephone analysis | |
| BLACK (See Karl Carter et al) | Lorenzo | 2:16-20032 | Barnett, Gurney, Oakley, Slinkard, Tomasic, Clymer | n/a | n/a | |
| CARTER | Karl | 2:16-20032 | Barnett, Clymer, Gurney, Oakley, Slinkard, Tomasic | n/a | n/a | |
| DUNCAN | Robert | 2:03-08038 (transferred to WDTexas) | Patton | NO | n/a | |
| ELLIS (See John Tidwell et al) | Johnathan C. F. | 2:03-20122 | Morehead | NO | n/a | |
| ESPINOZA | Rene, A. | 2:13-20028 | Flannigan, Morehead | NO | n/a | |
| FERGUSON (See Marques A. Devoe, et al) | Jermell | 2:06-20069 | Gray, Patton, Zabel | NO | n/a | |
| FLORES | Jimy | 2:13-20060 | Catania | NO | FBI Report 4/4/2013 Re: CCA Calls; FBI Report 5/3/2013 Re: Correctional telephone analysis | |
| FLOREZ (See Norman Smith et al) | Salvador | 2:06-20045 | Morehead | YES | 1 DVD CCA Calls CCA Call Detail Rpt 9/30/14-10/13/14; 1 DVD CCA Calls; CCA Rec Sum Rpt 10/14/14-11/23/14; Request for CCA Calls 10/14/14-present; | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT | Files Copied to Media and Deleted |
|---|---|---|---|---|---|---|
| GILKEY | Herman | 2:10-20115 | Gurney, Oakley | NO | n/a | |
| GRIFFIN (See James New et al) | Nicholas | 2:12-20158 | Catania, Gurney, Maag | NO | n/a | |
| HALL | Donald | 2:07-20089 | D. Smith | NO | n/a | |
| HARLIN, Jr. | Damon | 2:14-20090 | Morehead, Sommer, Wood | YES | CCA Ack 2 cds 5/22/15;<br>Req CCA Rec Calls 5/17/15;<br>ATF Summary Rpt Re: Monitored Phone Calls at CCA;<br>DVD Disk 1 CCA Calls 11/24/14-5/22/15;<br>DVD Disk 2 CCA Calls 11/24/14-5/22/15;<br>Emails ref CCA to Che Ramsey;<br>Emails ref cca to Pat Greeno; | |
| HEATHER | Cody | 2:14-20135 | Morehead | NO | n/a | |
| JIMENEZ-DELATORRE | Jose Juvenal | 2:16-20020 | Oakley | NO | n/a | |
| KELLEY | Wesley | 2:13-20035 | Morehead, Patton | NO | n/a | |
| LAVALLEE | Ashley | 2:16-20039 | Oakley | NO | n/a | |
| MEDINA-LAVEAGA (See Roberto Jacobo-Mendez et al) | Christian Amin | 2:16-20114 | Hatfield, Hunt | NO | n/a | |
| MULLEN (See Heather et al) | Britney Larae | 2:14-20135 | Morehead | NO | n/a | |
| NICKERSON | Jeffrey W. | 2:16-20040 | Oakley | NO | n/a | |
| ROWLETTE (See Karl Carter et al) | Catherine | 2:16-20032 | Barnett, Clymer, Gurney, Oakley, Slinkard, Tomasic | n/a | n/a | |
| SMITH | Terrence | 2:12-20022 | Flannigan | NO | n/a | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT | Files Copied to Media and Deleted |
|---|---|---|---|---|---|---|
| TIMLEY | Alonzo | 2:15-20041 | Morehead, Sommer, Wamble | YES | 1 DVD CCA Calls 5/22/15-7/9/15;<br>Req CCA Calls 7/10/15;<br>CCA Call Detail Rpt 5/22/15-7/9/15; | |
| VICE | Brian Laurence | 2:15-20044 | Gurney, Oakley | NO | n/a | |
| WHITE, Jr. | Franklin P. | 2:04-20026 | Hunt, Rask | NO | n/a | |
| WILLIAMSON, et al | Dale | 2:14-20059 | Flannigan, Wamble | YES | DVD Calls 8/19/14;<br>DVD Calls 7/17/14;<br>DVD Calls 6/16/14;<br>DVD Calls 8/20/14 & RecSumRpt 8/20/14;<br>DVD Calls 8/20/14 & RecSumRpt 10/5/14;<br>Ack 11/25/14;<br>RecSumRpt 6/17/14;<br>RecSumRpt 7/17/14;<br>RecSumRpt 8/19/14 | |
| WILSON<br>(See Robert Kieser et al | Christopher Michael | 2:07-20005 | Rask | NO | n/a | |