**ATTACHMENT 29**

| | |
|---|---|
| **From:** | Slinkard, Duston (USAKS) |
| **To:** | Melody Brannon; Kirk Redmond |
| **Cc:** | Smith, Linda (USAKS) 1 |
| **Subject:** | FW: Ft LV cases with CCA Call inquiry |
| **Date:** | Monday, July 29, 2019 2:40:00 PM |
| **Attachments:** | docket sheets.pdf |

Mel & Kirk,

By way of general update, at this point we are through the lists for Topeka and Wichita, and will have another batch of 18 or more Kansas City cases to the Court this week, likely Wednesday. At this point, most (working to make sure it's all before so stating) of the computer network review is complete for Kansas City case. Many of the remaining defendants to be looked for Kansas City at are either related and in cases which have very voluminous physical materials to go through, or will not be able to be completed until we pull cases back from the record center (we are planning to do that at one time after we have finished going through everything physically present in the office).

The list below, except for the last one, is of Kansas City defendants for whom we have found the matters were petty offenses and handled through the docket at Ft. Leavenworth. These are not handled by AUSAs and do not normally have any sort of file inside our office, so I wanted to see what your thought was as to what was necessary for these. The docket sheets for them are attached.

Similarly, the last item is a first appearance on an out of district case that is apparently still sealed. We have not found that we have any file and would have to try to get it unsealed to find out any more about it. I wanted to ask you first as I recall on a previous out of district first appearance (Milton Contreras on the in-custody list) you had told us to just disregard.

So please let me know your thoughts on what is needed for the defendants listed below.

Thanks,
Duston J. Slinkard
First Assistant U.S. Attorney
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853

---

**From:** Smith, Linda (USAKS) 1 <LSmith1@usa.doj.gov>
**Sent:** Friday, July 26, 2019 4:29 PM
**To:** Slinkard, Duston (USAKS) <DSlinkard@usa.doj.gov>
**Subject:** Ft LV cases with CCA Call inquiry

Duston,

Here are the cases I mentioned to you, there ended up being several + the last one is the sealed case so I have no idea what the deal is on it. I have attached the court docket sheets.

Defendant:  Timothy S. Ellis
AUSA:  James Flanagan Fr. LV
Court #:  3:11-70031
Def. Atty:  FPD Burdick
No entry in CaseView
07/18/2011 Petty Offense Judgment
10/05/2011 order granting addl time pay fine (Last action)

Defendant: Matthew J. Clark
AUSA:  Joshua Kellcy (Ft. Leavenworth)
Court #: 3:07-07015
Def. Atty:  N
Magistrate Case - 1/10/2007 dismissed no further action

Defendant:  Charles B. Jones
AUSA:  Justin C. Barnes   (Ft Leavenworth)
Court #:  3:09-07115
Def. Atty:  FPD Burdick
No entry in CaseView
Magistrate Case
06/19/2009 Judgment
08/20/2009 order granting add time pay fine (Last action)

Defendant:  Michael S. Sanders
AUSA:  Joshua Kellcy (Ft. Leavenworth)
Court #:  3:07-07051
Def. Atty:  FPD Brannon
No entry in CaseView
03/14/2007 Petty Offense Judgment
05/10/2007 satisfaction of assessment (last action)

Defendant:  David W. Bell
AUSA:  Alexander M. Langan (Ft. Leavenworth)
Court # 3:16-70044
Def Atty:  FPD Ramsey
No entry in CaseView
12/14/2016 – Defferal of Prosecution
07/12/2017 dismissed (Last action)

Defendant:  Danny L. Brown
AUSA:  Hessmiller, Morman (Ft. Leavenworth)
Court #:  3:11-70083
Def atty:  FPD Odo/Bartee/Burdick
No entry in CaseView

04/11/2012 sent
09/12/2013 revo
06/26/2014 revo
07/08/2014 Amended Judgment

Defendant Steven L. Marshall
AUSA:  Justin C. Barnes (Ft Leavenworth)
Court #:  3:09-07206
Def atty:  FPD Burdick
No entry in CaseView
10/14/2009 Judgment

Defendant Steven E. Wells
AUSA:  William A. Obringer (Ft Leavenworth)
Court #:  3:16-70043
Def atty:  FPD Bartee
No entry in CaseView
08/17/2016 judgment

Defendant:  Charles E. Williams
AUSA:  Bryan Goldberg (DOJ SAUSA); Annemarie Vasquez (Staff Judge Avocate; Ft. Riley)
Court #:   11-90860
Def atty:  Clark
No entry in CaseView
03/01/2012 sent
03/14/2013 revo

Defendant Robert E. Horton
AUSA:  Justin C. Barnes (Ft Leavenworth)
Court #:  3:08-07201
Def atty:  N
No entry in CaseView
12/10/2008 petty offense judgment
01/09/2009 Satisfaction of Assessment

Defendant:  Jordan
AUSA:  ?
Court #:  0213-08210 removed to D.OK   (SEALED CASE)
Def atty:  ?
No entry in CaseView
?????


Linda

*Linda R. Smith*
USA Secretary/Sprvsy. Legal Assistant
District of Kansas
500 State Ave., Suite 360
Kansas City, KS  66101
E-mail:  Linda.smith2@usdoj.gov
Tele:  913-551-6747