# Non Custody CCA Calls Inquiry Query
# Calls/Requests/Summaries/Acknowledgements
# Provided to Court 08/02/2019
# (Kansas City Only)

**ATTACHMENT 30**

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT | Files Copied to Media and Deleted |
|---|---|---|---|---|---|---|
| ADAME-SAENZ | Carlos | 2:12-20150 | Rask, Wilhoft (KSAG) | NO | n/a | |
| ALCORN (See Mario King et al) | Justin S. | 2:13-20099 | Brown, Krug, Maag, Warner | NO | n/a | |
| BELCHER | Gerett | 2:15-20051 | Hatfield, Morehead, Sommer | NO | n/a | |
| BOBADILLA-OLIVA (See Danny Paulo Gomez-Herrera et al) | Nohemy | 2:16-20031 | Capwell, Morehead, Rask, Ward, Wood | YES | DVD CCA Calls 03/22/2016-05/10/2016; CCA Record Summary Report 03/23/2016-05/10/2016; DVD CCA Calls 03/22/2016-05/10/2016; CCA Record Summary Report 03/23/2016-05/10/2016; Email 5/10/2016 indicating request for cca calls attached. | |
| BROWN | Terrence | 2:08-20170 | Parker, Zabel | NO | 3/17/09 Discovery Letter to defendant counsel referencing CD of phone calls. It is believed these calls were Wyandotte County Jail Calls, but no calls were located to confirm due to the age of the case. | |
| CLAY | Eric | 2:03-20074 | Catania | NO | n/a No action since 11/28/2005, except for 9/23/2016 order terminating SR, therefore file will not be requested from FRC | |
| COATS | Kyle | 2:08-20068 | Morehead | NO | 10/23/2008 Discovery letter to Dana Altieri referencing recorded phone calls which are believed to be county jail calls. No calls located. | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT | Files Copied to Media and Deleted |
|---|---|---|---|---|---|---|
| EVANS | Valerie | 2:12-20021 | Brown, Maag, Rask, Wilhoft (KsAG) | NO | n/a | |
| GRISSOM (See Jonathan Luis Martin) | Charles Bradley | 2:15-20005 2:14-20107 | Catania, Tomasic | NO | 04/09/2015 email to Defendant's Counsel Hart referencing jail calls, believed to be Franklin or Anderson County Jail. Calls not located | |
| GUEVARA-GUEVARA | Fernando | 2:16-20017 | Brown, Capwell, Rask, A. Smith, Ward | YES | 1 CD CCA Calls 2/12/16-3/22/16; CCA Records Summary Report 03/03/16-03/21/2016; 08/08/16 Discovery Letter Referencing CCA Calls and Summary; 1 Media containing 2 duplicate sets of CCA Calls removed from Drive. | DS - 08/01/2019 |
| HALL, Jr. | Charlie | 2:00-20029 | Patton | NO | n/a FRC 2013 - No action in case since 11/28/2005, therefore the file will not be requested from FRC | |
| Jones | Durell | 2:07-20064 | Rask | NO | n/a | |
| KENNON (See Lee Hill el al) | Enoch | 2:11-20129 | Brown, Gurney, Maag, Morehead | NO | Email to cca with subpoena for cca calls 12/12/11 through confinement | |
| LEAL (See Valerie Evans et al) | David Jr. | 2:12-20021 | Brown, Maag, Rask, Wilhoft (KsAG) | NO | n/a | |
| MARTIN | Kevin L. | 2:06-20031; 2:16-20098 | Patton, Ward, A. Smith | NO | n/a | |
| MOORE | Robert | 2:08-20028 | Morehead | NO | n/a | |
| POWELL | Alex E. | 2:13-20025 | Krug, Patton, | NO | n/a | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT | Files Copied to Media and Deleted |
|---|---|---|---|---|---|---|
| RIFE (See Juan Dedios Figueroa-Mijares et al) | Ronald | 2:11-20033 | Gurney, Rask, Wilhoft (KSAG) | NO | n/a | |
| ROBERTSON | Antonio | 2:07-20153 | Brown, Capwell, Morehead | NO | n/a | |
| ROBINSON | Delvon | 2:12-20057 | Gurney, Hunt, Rask | NO | n/a | |
| TAYLOR | Antonio | 2:06-20087 | Catania | NO | n/a<br>No action since 2007, therefore file will not be requested from FRC | |
| VASQUEZ-SIQUEROIS | Sara | 2:07-20107 | Gurney, Zabel | NO | n/a | |
| VILLANUEVA-DIAZ (See Danny Paulo Gomez-Herrera et al) | Rogelio | 2:16-20031 | Capwell, Morehead, Rask, Ward, Wood | NO | n/a | |
| VIVEROS (See Danny Paulo Gomez-Herrera et al) | Nancy | 2:16-20031 | Brown, Capwell, Morehead, Rask, Ward, Wood | YES | DVD CCA Calls 03/22/2016-present;<br>CCA Record Summary Report 03/28/2016-05/11/2016;<br>Email 5/10/2016 indicating request for cca calls attached. | |
| WALTON | Cameron Jermaine | 2:15-08218 | Krug | NO | n/a | |