**ATTACHMENT 31**

| | |
|---|---|
| **From:** | Slinkard, Duston (USAKS) |
| **To:** | Melody Brannon; Kirk Redmond |
| **Cc:** | McAllister, Stephen (USAKS); Smith, Linda (USAKS) 1; Bramhall, Angela (USAKS) |
| **Subject:** | Update on 2nd List - Final Anticipated Topeka Materials |
| **Date:** | Tuesday, August 27, 2019 10:54:00 AM |
| **Attachments:** | Cervantes,Martinez,Plasencio_1.pdf<br>Mojica-Cruz, Marcos_1.pdf |

Mel & Kirk,

IN working on the status report the Court has ordered, I realized that I had not yet sent you the attached materials. They are correspondence located during the review of the physical files for a few of the larger voluminous conspiracy cases. This was the last part of the project with respect to the Topeka cases, so the attached represent the final materials I anticipate having in any of the Topeka cases.

What we found was 1) correspondence related to a co-defendant of Roberto Cervantes, Javier Martinez, and Ricardo Plasencio, and 2) correspondence related to Marcos Mojica-Cruz. The correspondence is nothing that would need to disgorged or submitted to the Court, so I have scanned it into two files, separated as described, and attached the files to this e-mail. Please let me know if you have any questions or issues with the files.

Thank you,
Duston J. Slinkard
First Assistant U.S. Attorney
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853