# Non Custody CCA Calls Inquiry
# Status Report
# Provided to Court 08/27/2019
# (Wichita Only)

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CLOUD SEARCH | CCA CALLS | DATE PROVIDED TO COURT | MATERIALS PRODUCED TO COURT | FILES COPIED TO MEDIA AND DELETED |
|---|---|---|---|---|---|---|---|---|
| **Completed** | | Total: 3 | | | | | | |
| JONES | Kevin | 6:16-10089; 5:02-40064 | Metzger, Brown | No Folder | NO CCA | 08/27/2019 | n/a | |
| Mitchell | Michael David Wichita Case - Michael F. | 5:17-40053; 6:16-10112 | Gurney, Kenney, Hatfield, A. Smith, Treaster | NO; Wichita case - No Folder | Wichita case - NO; NO | 05/14/2019 05/15/2019 | n/a | |
| TAYLOR | Robert | 6:15-10058 | Lind | No Folder | NO CCA | 08/27/2019 | n/a | |
| **FRC File Reviewed/NO CCA** | | Total: 3 | | | | | | |
| SMITH | Michael | 6:13-10061 | Lind | No Folder | NO CCA | 08/27/2019 | n/a | |
| TROTTER | Justin | 6:12-10137 | Barnett | No Folder | NO CCA | 08/27/2019 | n/a | |
| WHITTAKER | Dustin | 6:10-10166 | Lind | No Folder | NO CCA | 08/27/2019 | n/a | |
| **FRC Last Action Prior to 2010, Not requested** | | Total: 25 | | | | | | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CLOUD SEARCH | CCA CALLS | DATE PROVIDED TO COURT | MATERIALS PRODUCED TO COURT | FILES COPIED TO MEDIA AND DELETED |
|---|---|---|---|---|---|---|---|---|
| ALLEN | John | 6:04-10245 | Lind | No Folder | NO CCA | 08/27/2019 | n/a | |
| EVERETT | James | 6:06-10084 | Watson | No Folder | NO CCA | 08/27/2019 | n/a | |
| GARCIA-RANJEL | Eduardo | 6:96-10051 | Christensen | No Folder | NO CCA | 08/27/2019 | n/a | |
| GRAYSON | Anthony | 6:06-10269; 6:95-10048 | Barnett, Gurney, Welch | No Folder; No Folder | NO CCA | 08/27/2019 | n/a | |
| GRIFFIN | Danny | 6:05-10027 | Anderson, Watson | No Folder | NO CCA | 08/27/2019 | n/a | |
| Harris | Charles | 5:08-40048; 6:00-10123 | Hendershot, Hunting, Maag, Slinkard, Watson | NO CCA NO CCA | NO CCA NO Folder | 08/27/2019 | n/a | |
| HICKS | John | 6:00-10079 | Furst | No Folder | NO CCA | 08/27/2019 | n/a | |
| JONES | John | 6:00-10126 | Watson | No Folder | NO CCA | 08/27/2019 | n/a | |
| JONES | Linda, Troy, Trice (?) | 6:94-10099 | Christensen | No Folder | NO CCA | 08/27/2019 | n/a | |
| JUDD | Matthew | 6:09-10061 | Curzydlo, Welch | No Folder | NO CCA | 08/27/2019 | n/a | |
| KILLOUGH | Robert | 6:12-10208; 6:07-10063 | Lind, Hart, Oakley | No folder in Wichita; No folder in KC | NO CCA | 08/27/2019 | n/a | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CLOUD SEARCH | CCA CALLS | DATE PROVIDED TO COURT | MATERIALS PRODUCED TO COURT | FILES COPIED TO MEDIA AND DELETED |
|---|---|---|---|---|---|---|---|---|
| MEZA-Garcia | Erick | 6:10-10079 | Anderson | No Folder | NO CCA | 08/27/2019 | n/a | |
| MITCHELL | Brian | 6:04-10062 | Barnett, Hart, Watson | No Folder | NO CCA | 08/27/2019 | n/a | |
| REED, Jr. | Eric A. | 2:12-20018; 6:98-10027 | Hunt, Welch | NO Folder; Wichita case - No Folder | NO CCA | | n/a | |
| RILEY | Curtis | 6:14-10055 | A. Smith | No Folder | NO CCA | 08/27/2019 | n/a | |
| ROSS | John Frederick; John Alvin for Wichita case | 5:10-40038; 6:08-10181 | Gurney, Kenney, Barnett, Furst, Watson | NO; Wichita case - No Folder | NO CCA | 08/27/2019 | n/a | |
| SMITH | Adam | 6:05-10219 | Barnett, Gurney | No Folder | NO CCA | 08/27/2019 | n/a | |
| SMITH | Carl E. | 6:97-10043 | Christensen, Rask, Wilson, Zabel, Cassell | NO Folder | NO CCA | 08/27/2019 | n/a | |
| SMITH | Donald | 6:12-10208; 6:98-10081 | Lind, Barnett | No Folder; No Folder | NO CCA | 08/27/2019 | n/a | |
| SMITH | James | 6:06-10112 | Treaster | No Folder | NO CCA | 08/27/2019 | n/a | |
| SMITH | Robert | 6:97-10071 | Watson | No Folder | NO CCA | 08/27/2019 | n/a | |
| TORRES | Jose | 6:02-10074; 2:97-20034; 6:07-10166; 5:94-40024 | Anderson, Watson, Patton, Shernuk | Wichita case - No Folder | Wichita case - NO | 08/27/2019 | n/a | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CLOUD SEARCH | CCA CALLS | DATE PROVIDED TO COURT | MATERIALS PRODUCED TO COURT | FILES COPIED TO MEDIA AND DELETED |
|---|---|---|---|---|---|---|---|---|
| WILLIAMS | Andre | 6:99-10039 | Anderson, Watson | No Folder | NO CCA | 08/27/2019 | n/a | |
| WILLIAMS | Christopher | 6:12-10202; 2:01-20150 | M. Jacobs, Flannigan | Wichita case - No Folder NO Folder - KC | Wichita case - NO | 08/27/2019 | n/a KC - not requesting from FRC as all actions prior to 2008 | |
| WILLIAMS (See Double "D") | Michael B. | 6:02-10117 | Catania, Allman, Flannigan, Gurney, Maag, Rask, D. Smith, Patton, Furst | NO Folder; | NO | 08/27/2019 | n/a | |
| **Mag Case No File** | | Total: 3 | | | | | | |
| DIETZ | Robert | 6:17-06018 | Metzger | No Folder | NO CCA | 08/27/2019 | n/a This was a Rule 5 IA on a defendant who was arrested in KS on an ED PA case & returned to ED PA after his IA. No file was ever made. | |
| LOPEZ | Luis | 6:16-06100 | Treaster | No Folder | | 08/27/2019 | n/a | |
| PHILLIPS | Cody | 6:11-06093 (returned to SD MO) | Furst | No Folder | NO CCA | 08/27/2019 | n/a | |
| **No File Located** | | Total: 3 | | | | | | |
| BLUBAUGH | Charlotte or Thomas ?? | 6:10-10178 | Gurney, Hathaway, Kenney, Wilson | No Folder | NO CCA | 08/27/2019 | n/a | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CLOUD SEARCH | CCA CALLS | DATE PROVIDED TO COURT | MATERIALS PRODUCED TO COURT | FILES COPIED TO MEDIA AND DELETED |
|---|---|---|---|---|---|---|---|---|
| GARCIA | Pedro | 6:94-10048; 6:10-10021 | Anderson, Chad Sublet | No Folder; No folder | NO CCA | 08/27/2019 | n/a | |
| JACKSON | Jason | 6:94-10065 | Christensen | No Folder | NO CCA | 08/27/2019 | n/a | |

Total: 37

8/27/2019   4:00 PM