# Non Custody CCA Calls Inquiry
## Status Report
## Provided to Court 08/27/2019
## (Kansas City Only)

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CLOUD SEARCH | CCA CALLS | DATE PROVIDED TO COURT | MATERIALS PRODUCED TO COURT | FILES COPIED TO MEDIA AND DELETED |
|---|---|---|---|---|---|---|---|---|
| **Completed** | | Total: 83 | | | | | | |
| ADAME-SAENZ | Carlos | 2:12-20150 | Rask, Wilhoft (KSAG) | NO Folder | NO CCA | 08/02/2019 | n/a | |
| ALCORN (See Mario King et al) | Justin S. | 2:13-20099 | Brown, Krug, Maag, Warner | NO CCA | NO CCA | 08/02/2019 | n/a | |
| AVILA (See Jimy Flores et al) | Camerina | 2:13-08087 | Catania | NO CCA | NO CCA | 07/23/2019 | FBI Report 4/4/2013 Re: CCA Calls; FBI Report 5/3/2013 Re: Correctional telephone analysis | |
| BAGBY, Jr. | Kevin G. | 2:16-20105 | Morehead, Zabel | NO CCA | NO CCA | 05/15/2019 | n/a | |
| BELCHER | Gerett | 2:15-20051 | Hatfield, Morehead, Sommer | NO CCA | NO CCA | 08/02/2019 | n/a | |
| BELLAMY | Storm | 2:17-20020 | Ward | NO CCA | NO CCA | 07/11/2019 | n/a | n/a |
| BOBADILLA-OLIVA (See Danny Paulo Gomez-Herrera et al) | Nohemy | 2:16-20031 | Capwell, Morehead, Rask, Ward, Wood | NO CCA | YES CCA | 08/02/2019 | DVD CCA Calls 03/22/2016-05/10/2016; CCA Record Summary Report 03/23/2016-05/10/2016; DVD CCA Calls 03/22/2016-05/10/2016; CCA Record Summary Report 03/23/2016-05/10/2016; Email 5/10/2016 indicating request for cca calls attached. | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CLOUD SEARCH | CCA CALLS | DATE PROVIDED TO COURT | MATERIALS PRODUCED TO COURT | FILES COPIED TO MEDIA AND DELETED |
|---|---|---|---|---|---|---|---|---|
| BROWN | Adrian L. | 2:13-20092 | Oakley | NO CCA | NO CCA | 05/15/2019 | n/a | |
| BROWN | Terrence | 2:08-20170 | Parker, Zabel | NO Folder | NO CCA | 08/02/2019 | 3/17/09 Discovery Letter to defendant counsel referencing CD of phone calls. It is believed these calls were Wyandotte County Jail Calls, but no calls were located to confirm due to the age of the case. | |
| BROWN (See Los Dahda et al) | Sadie Jolynn | 2:12-20083 | Barnett, Brown, Capwell, Gurney, Maag, Morehead, Rask, Warner | NO Folder | YES CCA | 07/11/2019 | 1 DVD CCA Calls 1/1/14-4/8/14; CCA Recs Sum Rpt. 1/3/14-2/19/14; Email sending Req for CCA Call to USMS; Req CCA Call 12/26/14-Present | n/a |
| CAMPBELL | Damien D. | 2:16-20011 | Brown, Capwell, Ward | NO CCA | NO CCA | 07/11/2019 | n/a | n/a |
| COATS | Kyle | 2:08-20068 | Morehead | NO Folder | NO CCA | 08/02/2019 | 10/23/2008 Discovery letter to Dana Altieri referencing recorded phone calls which are believed to be county jail calls. No calls located. | |
| DALE | Jamarr R. | 2:14-20003 | Flannigan | NO CCA | NO CCA | 05/15/2019 | n/a | |
| DUNCAN | Robert | 2:03-08038 (transferred to WDTexas) | Patton | NO Folder | NO CCA | 07/23/2019 | n/a | |
| ELLIS (See John Tidwell et al) | Johnathan C. F. | 2:03-20122 | Morehead | NO Folder | NO CCA | 07/23/2019 | n/a | |
| ELLIS, Jr. | George W. | 2:11-20001 | Flannigan, Gurney, Morehead | NO CCA | NO CCA | 05/15/2019 | n/a | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CLOUD SEARCH | CCA CALLS | DATE PROVIDED TO COURT | MATERIALS PRODUCED TO COURT | FILES COPIED TO MEDIA AND DELETED |
|---|---|---|---|---|---|---|---|---|
| ESPINOZA | Rene, A. | 2:13-20028 | Flannigan, Morehead | NO CCA | NO CCA | 07/23/2019 | n/a | |
| EVANS | Valerie | 2:12-20021 | Brown, Maag, Rask, Wilhoft (KsAG) | NO Folder | NO CCA | 08/02/2019 | n/a | |
| FERGUSON (See Marques A. Devoe, et al) | Jermell | 2:06-20069 | Gray, Patton, Zabel | No Folder | NO CCA | 07/23/2019 | n/a | |
| FLORES | Jimy | 2:13-20060 | Catania | NO CCA | NO CCA | 07/23/2019 | FBI Report 4/4/2013 Re:  CCA Calls; FBI Report 5/3/2013  Re: Correctional telephone analysis | |
| FLOREZ (See Norman Smith et al) | Salvador | 2:06-20045 | Morehead | NO Folder | YES CCA | 07/23/2019 | 1 DVD CCA Calls CCA Call Detail Rpt 9/30/14-10/13/14; 1 DVD CCA Calls; CCA Rec Sum Rpt 10/14/14-11/23/14; Request for CCA Calls 10/14/14-present; | |
| GILKEY | Herman | 2:10-20115 | Gurney, Oakley | NO Folder | NO CCA | 07/23/2019 | n/a | |
| GRIFFIN (See James New et al) | Nicholas | 2:12-20158 | Catania, Gurney, Maag | NO CCA | NO CCA | 07/23/2019 | n/a | |
| GRISSOM (See Jonathan Luis Martin) | Charles Bradley | 2:15-20005 2:14-20107 | Catania, Tomasic | NO CCA | NO CCA | 08/02/2019 | 04/09/2015 email to Defendant's Counsel Hart referencing jail calls, believed to be Franklin or Anderson County Jail.  Calls not located | |
| GUDINO-VALENCIA (See Genesis D. Villarreal) | Juan Carlos | 2:12-20153 | Brown, Krug, Maag | NO Folder | YES CCA | 05/15/2019 | CCA Calls Copied to Thumb Drive CCA Records Summary Report 4/4/14 Discovery Ltr CCA Subpoena | 05/09/2019 by D. Steeby |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CLOUD SEARCH | CCA CALLS | DATE PROVIDED TO COURT | MATERIALS PRODUCED TO COURT | FILES COPIED TO MEDIA AND DELETED |
|---|---|---|---|---|---|---|---|---|
| GUEVARA-GUEVARA | Fernando | 2:16-20017 | Brown, Capwell, Rask, A. Smith, Ward | YES CCA | YES CCA | 08/02/2019 | 1 CD CCA Calls 2/12/16-3/22/16; CCA Records Summary Report 03/03/16-03/21/2016; 08/08/16 Discovery Letter Referencing CCA Calls and Summary; 1 Media containing 2 duplicate sets of CCA Calls removed from Drive. | DS - 08/01/2019 |
| HALL | Donald | 2:07-20089 | D. Smith | NO Folder | NO CCA | 07/23/2019 | n/a | |
| HANDLEY | Charles | 2:07-20060 | Morehead | NO Folder | NO CCA | 05/15/2019 | CCA Subpoena | |
| HARLIN, Jr. | Damon | 2:14-20090 | Morehead, Sommer, Wood | NO CCA | YES CCA | 07/23/2019 | CCA Ack 2 cds 5/22/15; Req CCA Rec Calls 5/17/15; ATF Summary Rpt Re: Monitored Phone Calls at CCA; DVD Disk 1 CCA Calls 11/24/14-5/22/15 DVD Disk 2 CCA Calls 11/24/14-5/22/15; Emails ref CCA to Che Ramsey; Emails ref cca to Pat Greeno; | |
| HEATHER | Cody | 2:14-20135 | Morehead | NO CCA | NO CCA | 07/23/2019 | n/a | |
| HUCKABY | Joshua | 2:16-20116 | Wamble | NO CCA | NO CCA | 07/11/2019 | n/a | n/a |
| HUDSON | John | 2:13-20063 | Flannigan, Hunt, Rask | NO Folder | NO CCA | 05/15/2019 | n/a | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CLOUD SEARCH | CCA CALLS | DATE PROVIDED TO COURT | MATERIALS PRODUCED TO COURT | FILES COPIED TO MEDIA AND DELETED |
|---|---|---|---|---|---|---|---|---|
| JACKSON | Brandon | 2:09-20013 | Morehead | NO Folder | YES CCA | 07/11/2019 | 1 DVD CCA Calls<br>CCA Rec Sum Rpt 10/15/15-10/19/15;<br>Req for CCA calls 10/14/15-present;<br>Req for CCA calls 10/19/2015-10/23/2015;<br>Req for CCA calls 10/19/15 to current;<br>Memo to Tim Burdick giving CCA calls and telephone logs;<br>Emails ref CCA calls | n/a |
| JIMENEZ-DELATORRE | Jose Juvenal | 2:16-20020 | Oakley | NO CCA | NO CCA | 07/23/2019 | n/a | |
| Jones | Durell | 2:07-20064 | Rask | NO Folder | NO CCA | 08/02/2019 | n/a | |
| KELLEY | Wesley | 2:13-20035 | Morehead, Patton | NO Folder | NO CCA | 07/23/2019 | n/a | |
| KENNON (See Lee Hill el al) | Enoch | 2:11-20129 | Brown, Gurney, Maag, Morehead | NO Folder | NO CCA | 08/02/2019 | Email to cca with subpoena for cca calls 12/12/11 through confinement | |
| LAVALLEE | Ashley | 2:16-20039 | Oakley | NO CCA | NO CCA | 07/23/2019 | n/a | |
| LEAL (See Valerie Evans et al) | David Jr. | 2:12-20021 | Brown, Maag, Rask, Wilhoft (KsAG) | No Folder | NO CCA | 08/02/2019 | n/a | |
| LITTLEJOHN | Charles | 2:06-20136 | Morehead | NO Folder | NO CCA | 05/15/2019 | n/a | |
| LLOYD | Lorenzo | 2:09-20065 | Morehead | NO Folder | NO CCA | 07/11/2019 | n/a | n/a |
| LYNUM | Stephen | 2:14-20004 | Flannigan | NO CCA | NO CCA | 05/15/2019 | n/a | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CLOUD SEARCH | CCA CALLS | DATE PROVIDED TO COURT | MATERIALS PRODUCED TO COURT | FILES COPIED TO MEDIA AND DELETED |
|---|---|---|---|---|---|---|---|---|
| MARTIN | Kevin L. | 2:06-20031; 2:16-20098 | Patton, Ward, A. Smith | NO CCA | NO CCA | 08/02/2019 | n/a | |
| MEDINA | Melissa | 2:16-20045 | Oakley | NO CCA | NO CCA | 05/15/2019 | n/a | |
| MEDINA-LAVEAGA (See Roberto Jacobo-Mendez et al) | Christian Amin | 2:16-20114 | Hatfield, Hunt | NO CCA | NO CCA | | n/a | |
| MITCHELL | Arthur D. | 2:13-20097 | Gurney, Patton, Tomasic, Ward | NO CCA | NO CCA | 05/15/2019 | n/a | |
| MITCHELL (see Stephen Bagley et al) | Sylvester | 2:11-20069 | Brown, Gurney, Maag, Morehead | NO CCA | NO CCA | 05/15/2019 | n/a | |
| MOORE | James | 2:16-20112 (Venue changed) | Rask | NO Folder | NO CCA | 07/11/2019 | n/a | n/a |
| MOORE | Robert | 2:08-20028 | Morehead | NO Folder | NO CCA | 08/02/2019 | n/a | |
| MULLEN (See Heather et al) | Britney Larae | 2:14-20135 | Morehead | NO CCA | NO CCA | 07/23/2019 | n/a | |
| NAJAR-ESPERIQUETA | Adalberto | 2:05-20055 | Hunt, Krug | NO CCA | NO CCA | 07/11/2019 | n/a | n/a |
| NICKERSON | Jeffrey W. | 2:16-20040 | Oakley | NO CCA | NO CCA | 07/23/2019 | n/a | |
| PATRICIO | Francisco | 2:12-20026 | Gurney, Krug | No Folder | NO CCA | 05/15/2019 | n/a | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CLOUD SEARCH | CCA CALLS | DATE PROVIDED TO COURT | MATERIALS PRODUCED TO COURT | FILES COPIED TO MEDIA AND DELETED |
|---|---|---|---|---|---|---|---|---|
| PEARSON | Wendell | 2:10-20122 | Morehead | NO Folder | NO CCA | 05/15/2019 | n/a | |
| POWELL | Alex E. | 2:13-20025 | Krug, Patton, Fowler | NO CCA | NO CCA | 08/02/2019 | n/a | |
| PRINCE | Brian C. | 2:98-20005 | Brown, Flannigan, Maag, Patton | No Folder | NO CCA | 07/11/2019 | n/a | n/a |
| RIFE (See Juan Dedios Figueroa-Mijares et al) | Ronald | 2:11-20033 | Gurney, Rask, Wilhoft (KSAG) | NO Folder | NO CCA | 08/02/2019 | n/a | |
| ROBERSON | Donnell H. | 2:11-20021 | Brown, Flannigan, Gurney, Maag, Morehead | NO Folder | NO CCA | 05/15/2019 | n/a | |
| ROBERTSON | Antonio | 2:07-20153 | Brown, Capwell, Morehead | NO Folder | NO CCA | 08/02/2019 | n/a | |
| ROBINSON | Delvon | 2:12-20057 | Gurney, Hunt, Rask | NO Folder | NO CCA | 08/02/2019 | n/a | |
| SAEMISCH | Christopher | 2:16-08107 (removed to D. Mass) | Flannigan | NO Folder | NO CCA | 05/15/2019 | n/a | |
| SANFORD | Robert | 2:09-20128 | Morehead, Wamble | NO Folder | NO CCA | 05/15/2019 | n/a | |
| SERNAS | Daniel | 2:15-80036 | Flannigan | NO Folder | NO CCA | 05/15/2019 | n/a | |
| SINGLETON | Jeffery | 2:15-20011 | Morehead | No CCA | NO CCA | 05/15/2019 | n/a | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CLOUD SEARCH | CCA CALLS | DATE PROVIDED TO COURT | MATERIALS PRODUCED TO COURT | FILES COPIED TO MEDIA AND DELETED |
|---|---|---|---|---|---|---|---|---|
| SKINNER | John Lee | 2:13-80122 | Flannigan | NO Folder | NO CCA | 07/11/2019 | n/a | n/a |
| SMITH | Clarence | 2:14-20047 | Flannigan | NO CCA | NO CCA | 05/15/2019 | n/a | |
| SMITH | Terrence | 2:12-20022 | Flannigan | NO CCA | NO CCA | 07/23/2019 | n/a | |
| TAMEZ | Pedro Jesus | 2:16-20005 | Ward | NO CCA | NO CCA | 07/11/2019 | n/a | n/a |
| TIMLEY | Alonzo | 2:15-20041 | Morehead, Sommer, Wamble | NO CCA | YES CCA | 07/23/2019 | 1 DVD CCA Calls 5/22/15-7/9/15; Req CCA Calls 7/10/15; CCA Call Detail Rpt 5/22/15-7/9/15; | |
| VASQUEZ-SIQUEROIS | Sara | 2:07-20107 | Gurney, Zabel | NO Folder | NO CCA | 08/02/2019 | n/a | |
| VICE | Brian Laurence | 2:15-20044 | Gurney, Oakley | NO CCA | NO CCA | 07/23/2019 | n/a | |
| VILLANUEVA-DIAZ (See Danny Paulo Gomez-Herrera et al) | Rogelio | 2:16-20031 | Capwell, Morehead, Rask, Ward, Wood | NO CCA | NO CCA | 08/02/2019 | n/a | |
| VIVEROS (See Danny Paulo Gomez-Herrera et al) | Nancy | 2:16-20031 | Brown, Capwell, Morehead, Rask, Ward, Wood | NO CCA | YES CCA | 08/02/2019 | DVD CCA Calls 03/22/2016-present; CCA Record Summary Report 03/28/2016-05/11/2016; Email 5/10/2016 indicating request for cca calls attached. | |
| WALKER | Shavar | 2:04-20063 | Morehead | NO Folder | NO CCA | 05/15/2019 | n/a | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CLOUD SEARCH | CCA CALLS | DATE PROVIDED TO COURT | MATERIALS PRODUCED TO COURT | FILES COPIED TO MEDIA AND DELETED |
|---|---|---|---|---|---|---|---|---|
| WALTON | Cameron Jermaine | 2:15-08218 | Krug | NO CCA | NO CCA | 08/02/2019 | n/a | |
| WASHINGTON | Julius | 2:09-20146 | Gurney, Morehead | NO Folder | NO CCA | 05/15/2019 | n/a | |
| WESTON, Jr. | Bernard | 2:13-20030 | Morehead, Oakley | NO Folder | NO CCA | 05/15/2019 | n/a | |
| WHITE, Jr. | Franklin P. | 2:04-20026 | Hunt, Rask | NO Folder | NO CCA | 07/23/2019 | n/a | |
| WILLIAMSON, et al | Dale | 2:14-20059 | Flannigan, Wamble | NO CCA | YES CCA | 07/23/2019 | DVD Calls 8/19/14; DVD Calls 7/17/14; DVD Calls 6/16/14; DVD Calls 8/20/14 & RecSumRpt 8/20/14; DVD Calls 8/20/14 & RecSumRpt 10/5/14; Ack 11/25/14; RecSumRpt 6/17/14; RecSumRpt 7/17/14; RecSumRpt 8/19/14 | |
| WILSON | Deaundre | 2:17-20017 | Wamble | NO CCA | NO CCA | 05/15/2019 | n/a | |
| WILSON (See King et al) | Benjamin | 2:12-20138 | Gurney, Krug | NO Folder | NO CCA | 05/15/2019 | n/a | |
| WILSON (See Robert Kieser et al | Christopher Michael | 2:07-20005 | Rask | NO Folder | NO CCA | 07/23/2019 | n/a | |
| WINEGAR | Kelly | 2:09-20149 | Gurney, Morehead | NO Folder | YES CCA | 05/15/2019 | CD Containing Calls CCA Records Summary Report | |

**Completed**
**FRC/No Action after 2009**    Total: 3

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CLOUD SEARCH | CCA CALLS | DATE PROVIDED TO COURT | MATERIALS PRODUCED TO COURT | FILES COPIED TO MEDIA AND DELETED |
|---|---|---|---|---|---|---|---|---|
| CLAY | Eric | 2:03-20074 | Catania | NO Folder | NO CCA | 08/02/2019 | n/a No action since 11/28/2005,except for 9/23/2016 order terminating SR, therefore file will not be requested from FRC | |
| HALL, Jr. | Charlie | 2:00-20029 | Patton | No Folder | NO CCA | 08/02/2019 | n/a FRC 2013 - No action in case since 11/28/2005, therefore the file will not be requested from FRC | |
| TAYLOR | Antonio | 2:06-20087 | Catania | NO Folder | NO CCA | 08/02/2019 | n/a No action since 2007, therefore file will not be requested from FRC | |

**Completed**
**Previously provided**    Total: 6

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CLOUD SEARCH | CCA CALLS | DATE PROVIDED TO COURT | MATERIALS PRODUCED TO COURT | FILES COPIED TO MEDIA AND DELETED |
|---|---|---|---|---|---|---|---|---|
| BLACK (See Karl Carter et al) | Lorenzo | 2:16-20032 | Barnett, Gurney, Oakley, Slinkard, Tomasic, Clymer | n/a | n/a | 07/23/2019 All CCA Calls and material were turned over in 08/2016 which were Black related. | n/a | |
| CARTER | Karl | 2:16-20032 | Barnett, Clymer, Gurney, Oakley, Slinkard, Tomasic | n/a | n/a | 07/23/2019 All CCA Calls and material were turned over in 08/2016 which were Black related. | n/a | |
| HERNANDEZ-HERNANDEZ | Jose Luis | 2:14-20101 | Oakley | NO Folder | NO CCA | 02/14/2019 | n/a Previously provided to the court on 2/14/2019 in First Round of CCA calls | |
| HUFF (See Rapp et al) | Ashley | 2:14-20067; 2:14-20141 | Brown, Capwell, Flannigan, Rask, Tomasic, Wood | n/a | n/a | previously provided on1/7/19 & 1/11/19 | previously provided on1/7/19 & 1/11/19 | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CLOUD SEARCH | CCA CALLS | DATE PROVIDED TO COURT | MATERIALS PRODUCED TO COURT | FILES COPIED TO MEDIA AND DELETED |
|---|---|---|---|---|---|---|---|---|
| ROWLETTE (See Karl Carter et al) | Catherine | 2:16-20032 | Barnett, Clymer, Gurney, Oakley, Slinkard, Tomasic | n/a | n/a | All CCA Calls and material were turned over in 08/2016 which were Black related. | n/a | |
| WOOD (See Packel et al) | Brenda | 2:14-20065 | Capwell, A. Smith, Wamble | CCA Call Info | INFO | | All related CCA information provided to court | |
| **FRC/requested** | | Total: 45 | | | | | | |
| ABERCROMBIE | Gregory E. | 2:08-20023 | Hare, Hunt | NO Folder | | | | |
| ALVAREZ | DaJuan | 2:12-20030 | Gurney, Morehead | NO Folder | | | | |
| BARAJAS | Anthony | 2:13-20121; 2:16-20055 | Gurney, Zabel, Rask | NO CCA | | | | |
| BENIMON, II | James C. | 2:12-20115 | Flannigan | NO Folder | | | | |
| BRAY | Carl M. | 2:14-20020 2:07-20016 | Gurney, Morehead, Sommer | NO CCA | | | | |
| BROWN | Shanga | 2:13-20018 | D. Smith | NO CCA | | | | |
| BURGESS | Channing | 2:08-20062 | Flannigan | NO Folder | | | | |
| CANNON | Courtney McGee | 2:07-20138 | Rask, Slinkard | NO Folder | | | | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CLOUD SEARCH | CCA CALLS | DATE PROVIDED TO COURT | MATERIALS PRODUCED TO COURT | FILES COPIED TO MEDIA AND DELETED |
|---|---|---|---|---|---|---|---|---|
| CARLSON | Jeff | 2:12-20095 | Brown, Gurney, Maag, Morehead | NO Folder | | | | |
| CECIL | Sean | 2:06-20074 | Morehead | NO Folder | | | | |
| CLARK | Stephen L. | 2:14-20114 2:10-80017 | Flannigan; Trent | NO CCA NO CCA | NO CCA | | | |
| CONTRERAS | Roberto | 2:11-20093 | Wamble | NO Folder | | | | |
| COPP (See Mounir Elmarrakchi, et al) | Courtney | 2:11-20099 | Catania | NO Folder | | | | |
| DeJesus | Preston | 2:10-20146 | Morehead, Wilson | NO Folder | | | | |
| ELLIS | Kansas | 2:05-20122 | Morehead | NO Folder | | | | |
| FAGAN | Joseph | 2:06-20150 | Morehead, Patton, Rask | NO folder | | | | |
| FAGAN | Patrick | 2:11-20057 | Gurney, Morehead | NO Folder | | | | |
| Fonseca | Scott | 2:10-20093 | Gurney, Morehead | NO Folder | | | | |
| FULTON | Christopher | 2:10-20002 | Gurney, Morehead | NO Folder | | | | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CLOUD SEARCH | CCA CALLS | DATE PROVIDED TO COURT | MATERIALS PRODUCED TO COURT | FILES COPIED TO MEDIA AND DELETED |
|---|---|---|---|---|---|---|---|---|
| GARCIA | William | 2:08-20109 | Morehead | NO Folder | | | | |
| GRAHAM (See Marcus Edwards et al) | Charles | 2:11-20065 | Brown, Gurney, Maag, Morehead, Wamble | NO Folder | | | | |
| GREEN | Brandon | 2:12-20010 | Morehead | NO Folder | | | | |
| HEARD | Kevin Thomas | 2:11-80043 (transferred to SDIowa) | Morehead, Rask | NO Folder | | | | |
| HOOK | Jarred | 2:14-20024 | Wamble | NO Folder | | | | |
| JOHNSON (See Chavoris Neal et al) | Marion Bruce | 2:04-20049 | Rask | NO Folder | | | | |
| LOZANO-LARA | Luis | 2:13-20009; 2:11-20084 | Wamble | NO Folder | | | | |
| MCCONNELL | Jason C. | 2:07-20029 | Morehead | NO Folder | | | | |
| MCCUISTON | Eric | 2:09-20137; 2:15-80135 | Hunt, Flannigan | NO Folder | | | | |
| MENDOZA-MENDEZ | Macrino | 2:12-20048 | Rask | NO Folder | | | | |
| Mills | Steven | 2:10-20157 | Rask | NO Folder | | | | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CLOUD SEARCH | CCA CALLS | DATE PROVIDED TO COURT | MATERIALS PRODUCED TO COURT | FILES COPIED TO MEDIA AND DELETED |
|---|---|---|---|---|---|---|---|---|
| MORGAN | Lamar | 2:04-20016 | Hunt | NO Folder | | | | |
| ORTEGA-SAUCEDO | Ricardo | 2:11-20050 | Rask | NO Folder | | | | |
| PABLO-SOLIS | Pedro | 2:12-20061 | Alford | NO Folder | | | | |
| RANDALL | Ronald E. | 2:05-20061 | D. Smith | NO Folder | | | | |
| REED, Jr. | Eric A. | 2:12-20018; 6:98-10027 | Hunt, Welch | NO Folder; Wichita case - No Folder | NO CCA | | n/a | |
| RICE | Adam | 2:07-20037 | Morehead | NO Folder | | | | |
| RICHARDSON | Warren | 2:99-20081 | Anderson, Patton, Ward | NO Folder | | | | |
| SHELDON | William | 2:12-20125 | Flannigan, Wamble | NO Folder | | | | |
| SMILEY | Brett | 2:11-20063 | Grissom, Hunt, Tomasic | NO Folder | | | | |
| SMITH, Sr. | Ronnell | 2:14-20013 | Tomasic | NO Folder | | | | |
| WATTREE | Michael | 2:15-20010 2:07-20151 | Morehead, Oakley | NO CCA | NO CCA | | | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CLOUD SEARCH | CCA CALLS | DATE PROVIDED TO COURT | MATERIALS PRODUCED TO COURT | FILES COPIED TO MEDIA AND DELETED |
|---|---|---|---|---|---|---|---|---|
| WEBB | Cedric Alexander | 2:04-20148 | Rask | NO Folder | | | | |
| WILLIAMS | Cameron | 2:11-20030 | Patton | NO Folder | | | | |
| WILSON (See Brandon Floyd et al) | Wesley | 2:10-20114 | Morehead | NO Folder | | | | |
| WRIGHT | Rodney E. | 2:00-20125 | Flannigan, Fowler | NO Folder | | | | |

**FRC/unlocated**          **Total:** 8

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CLOUD SEARCH | CCA CALLS | DATE PROVIDED TO COURT | MATERIALS PRODUCED TO COURT | FILES COPIED TO MEDIA AND DELETED |
|---|---|---|---|---|---|---|---|---|
| BARKER | Ryan | 2:17-20059; 2:16-20010; 2:13-20039; 2:07-20017 | Morehead, Patton, Wamble | NO CCA | NO CCA | | | |
| DODDS | Larry | 2:03-20112 | Morehead | NO Folder | NO CCA | | n/a FRC Destruction Date 05/10/2014 | |
| SMITH | Carl Dean; Wichita case - Carl E. | 2:05-20104; 6:97-10043 | Christensen, Rask, Wilson, Zabel, Cassell | NO Folder; Wichita case - No Folder | Wichita Case - NO | | n/a FRC File destruction date 2016 | |
| WEBB | Dennis | 2:04-20152 | Flannigan | NO Folder | | | | |
| WILBURN | Lancelot Joshua | 2:13-08203 (moved to CDCal) | Warner, smith D | NO Folder | | | | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CLOUD SEARCH | CCA CALLS | DATE PROVIDED TO COURT | MATERIALS PRODUCED TO COURT | FILES COPIED TO MEDIA AND DELETED |
|---|---|---|---|---|---|---|---|---|
| WILLIAMS (See Double "D") | Michael; Wichita case - Michael B. | 2:03-20147; 2:93-20072; 2:09-20133; 2:92-20035; 6:02-10117 | Catania, Allman, Flannigan, Gurney, Maag, Rask, D. Smith, Patton, Furst | NO Folder; Wichita case - No folder | Wichita case - NO | | n/a | |
| WILLS | Antonio | 2:03-20148 | Catania | NO Folder | | | | |
| ZERR | Thomas | 2:11-20097 | Maag, Warner, Wilson | NO Folder | | | | |
| **Pending Review** | | **Total:** 60 | | | | | | |
| AGUILERA (See Urate, Domingo et al) (See KC Don) | Oscar | 2:15-20043 | Gurney, Krug | YES CCA | YES CCA | | | |
| ALARCON (See Los Dahda et al) | Phillip Villlereal | 2:12-20083 | Barnett, Brown, Capwell, Gurney, Maag, Morehead, Rask, Warner | NO Folder | | | | |
| BELL (See Hector Cortez-Morales et al) (See KC Don) | Jason | 2:16-20008 | Gurney, Krug | YES CCA | YES CCA | | | |
| BERRY (See Los Dahda et al) | Michael J. | 2:12-20083 | Barnett, Brown, Capwell, Gurney, Maag, Morehead, Rask, Warner | NO Folder | | | | |
| CHAUDHRY | Sajjad | 2:14-20045 | Gurney, Oakley, Tomasic | YES CCA | YES CCA | | | |
| CHAVEZ, Sr. et al | Ramon? Doug? Tammie? | 2:12-20039 | Gurney, Morehead, Sommer | NO Folder | | | | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CLOUD SEARCH | CCA CALLS | DATE PROVIDED TO COURT | MATERIALS PRODUCED TO COURT | FILES COPIED TO MEDIA AND DELETED |
|---|---|---|---|---|---|---|---|---|
| DERTINGER (See Rapp et al) | Richard | 2:14-20067 | Brown, Capwell, Flannigan, Rask, Tomasic, Wood | NO CCA | | | | |
| DORAN (See Perez-Alcala et al) | John | 2:12-20066 | Brown, Capwell, Gurney, Morehead, Maag, Zabel | NO CCA | | | | |
| DUARTE-TELLO (See Aaron Nunez) | Juan | 2:16-20016 | Gurney, Hunt, Rask, Ward | NO CCA | | | | |
| ELLIS (See Perez-Alcala et al) | Marvin Lee | 2:12-20066; 2:06-20180 | Brown, Capwell, Gurney, Maag, Morehead, Zabel | NO CCA | | | | |
| ELLIS (See Perez-Alcala et al) | Theoplis | 2:12-20066 | Brown, Capwell, Gurney, Morehead, Maag, Zabel | NO CCA | | | | |
| Felipe-CRUZ (See Perez-Alcala et al) | Luis | 2:12-20066 | Brown, Capwell, Gurney, Morehead, Maag, Zabel | NO Folder | | | | |
| FERGUSON (See Stewart et al) | Sherry | 2:14-20054 | Catania, Gurney, Tomasic | NO CCA | | | | |
| FIERRO-DE CARLOS (See Perez-Alcala et al) | Adriana | 2:12-20066 | Brown, Capwell, Gurney, Maag, Morehead, Zabel | NO CCA | | | | |
| FLORES-AVILA (See Perez-Alcala et al) | Gerardo | 2:12-20066 | Brown, Capwell, Gurney, Morehead, Maag, Zabel | NO CCA | | | | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CLOUD SEARCH | CCA CALLS | DATE PROVIDED TO COURT | MATERIALS PRODUCED TO COURT | FILES COPIED TO MEDIA AND DELETED |
|---|---|---|---|---|---|---|---|---|
| FLORES-SANCHEZ (See Perez-Alcala et al) | Victor Hugo | 2:12-20069; 2:12-20066 | Catania, Brown, Capwell, Gurney, Morehead, Maag, Zabel | NO CCA | | | | |
| FREEMAN (See Freemen et al) | Joe | 2:13-20070 | Brown, Capwell, Gurney, Krug, Tomasic, Zabel | YES CCA | YES CCA | | | |
| GARCIA, Jr. (See Hector Cortez-Morales) (See KC Don) | Gabino | 2:16-20008 | Gurney, Krug | YES CCA | YES CCA | | | |
| GARCIA-NIEVES (See Aaron Nunez) | Alejandro | 2:16-20016 | Gurney, Hatfield, Hunt, Rask, Ward | NO Folder | | | | |
| GARRETT (See Moore et al) | Joe | 2:04-20039 | Flannigan, Patton | YES CCA | YES CCA | | | |
| HALBIN (See James Webb et al) | Eric | 2:12-20084 | Krug, Sommer | NO CCA | | | | |
| HARRIS (See Perez-Alcala et al) | Thomas | 2:12-20066 | Brown, Capwell, Gurney, Morehead, Maag, Zabel | NO CCA | | | | |
| HEARD (See Dixon et al) | Dwone Cassanova | 2:14-20130 | Morehead, Sommer, Wood | NO CCA | | | | |
| HERRERA-ZAMORA, et al | Juan Antonio | 2:14-20049 | Rask, Tomasic, Zabel | YES CCA | | | | |
| HOLGUIN-GALLEGOS (See Aaron Nunez) | Diana Aurora | 2:16-20016 | Gurney, Hatfield, Hunt, Rask, Ward | No Folder | | | | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CLOUD SEARCH | CCA CALLS | DATE PROVIDED TO COURT | MATERIALS PRODUCED TO COURT | FILES COPIED TO MEDIA AND DELETED |
|---|---|---|---|---|---|---|---|---|
| HOLT (see Don Marcus Gibler) | John Burke | 2:06-20048 | Rask | NO Folder | | | | |
| HURST (See Los Dahda) | Amos Moses | 2:12-20083 | Barnett, Brown, Capwell, Gurney, Maag, Morehead, Rask, Warner | NO Folder | | | | |
| LEDFORD (See Alfredo Mariscal) | Tyson | 2:09-20119 | Catania, Gurney, Patton | NO Folder | | | | |
| LIMAS-CARMONA (See Perez-Alcala et al) | Javier | 2:12-20066 | Brown, Capwell, Gurney, Maag, Morehead, Zabel | NO CCA | | | | |
| LOPEZ-DEHARO (See Eliser Lopez) | Manuel | 2:13-20125 | Brown, Capwell, Gurney, Hunt, Tomasic | NO CCA | | | | |
| MARLIN (See Robert Baitey et al) | Danny | 2:12-20003 | Brown, Capwell, Gurney, Morehead | NO CCA | | | | |
| MARTINEZ (See Griffin et al) | Anthony | 2:14-20014 | Brown, Capwell, Catania, Gurney, Tomasic, Ward | NO CCA | | | | |
| MARTINEZ-BEJARANO (See Perez-Alcala et al) | Hiram | 2:12-20066 | Brown, Capwell, Gurney, Maag, Morehead, Zabel | NO CCA | | | | |
| MAYO (See Perez-Alcala et al) | Ralph | 2:12-20066 | Brown, Capwell, Gurney, Maag, Morehead, Zabel | NO CCA | | | | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CLOUD SEARCH | CCA CALLS | DATE PROVIDED TO COURT | MATERIALS PRODUCED TO COURT | FILES COPIED TO MEDIA AND DELETED |
|---|---|---|---|---|---|---|---|---|
| MCCUSKER (See Los Dahda) | Henry | 2:12-20083 | Barnett, Brown, Capwell, Gurney, Maag, Morehead, Rask, Warner | NO Folder | | | | |
| MCLINN | Edward | 2:14-20098 | Capwell, Morehead | CCA Calls | YES CCA | | | |
| MCNARY, et al | Alissia D. | 2:14-20011 | Brown, Maag, Morehead | NO CCA | | | | |
| MICK (See Los Dahda) | Damien J. | 2:12-20083 | Barnett, Brown, Capwell, Gurney, Maag, Morehead, Rask, Warner | NO Folder | | | | |
| MONTOYA-VALENZUELA (See Herrera-Zamora et al) | Jose Guadalupe | 2:14-20049; 2:14-08078 | Catinia, Tomasic | YES CCA | | | | |
| MURPHY (See Darryl Bagley et al) | Charles | 2:03-20003 | Brown, Flannigan, Maag | NO Folder | | | | |
| NEIGHBORS Guy Neighbors, et al | Guy or Carrie Marie? | 2:08-20105 | Morehead, Oakley, Parker | NO CCA | | | | |
| POLLARD (See Los Dahda) | Chad William | 2:12-20083 | Barnett, Brown, Capwell, Gurney, Maag, Morehead, Rask, Warner | NO Folder | | | | |
| RAY (See James Webb et al) | Larry Lee | 2:12-20084 | Krug, Sommer | NO CCA | | | | |
| RECTOR (See Los Dahda) | Stephen Mallsion | 2:12-20083 | Barnett, Brown, Capwell, Gurney, Maag, Morehead, Rask, Warner | NO Folder | | | | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CLOUD SEARCH | CCA CALLS | DATE PROVIDED TO COURT | MATERIALS PRODUCED TO COURT | FILES COPIED TO MEDIA AND DELETED |
|---|---|---|---|---|---|---|---|---|
| ROCHA (See Chavez et al) | Homero | 2:12-20039 | Gurney, Morehead, Sommer | NO Folder | | | | |
| ROCHA-TAPIA (See KC Don) | Luis | 2:15-20037 | Krug | | | | | |
| ROMERO (See Los Dahda) | Mark Lee | 2:12-20083 | Barnett, Brown, Capwell, Gurney, Maag, Morehead, Rask, Warner | No Folder | | | | |
| SANTOS-VALDERAMA (See Lopez) | Alejandro | 2:13-20125 | Brown, Capwell, Gurney, Hunt, Tomasic | NO CCA | | | | |
| SCIMECA (See James Webb et al) | Phil | 2:12-20084 | Krug, Sommer | NO CCA | | | | |
| SCOTT (See Perez-Alcala et al) | Lucinda | 2:12-20066 | Brown, Capwell, Gurney, Maag, Morehead, Zabel | NO CCA | | | | |
| SODERLING (See Dahda et al) | James Micahel | 2:12-20083 | Barnett, Brown, Capwell, Gurney, Maag, Morehead, Rask, Warner | NO Folder | | | | |
| STEGALL (See Los Dahda) | Steven | 2:12-20083 | Barnett, Brown, Capwell, Gurney, Maag, Morehead, Rask, Warner | NO Folder | | | | |
| TIMM (See Griffin et al) | Leslie | 2:14-20014 | Brown, Capwell, Catania, Gurney, Tomasic, Ward | NO CCA | | | | |
| TORRES-AYALA (See Hector Cortez-Morales) (See KC Don) | Jose | 2:16-20008 | Gurney, Krug | YES CCA | | | | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CLOUD SEARCH | CCA CALLS | DATE PROVIDED TO COURT | MATERIALS PRODUCED TO COURT | FILES COPIED TO MEDIA AND DELETED |
|---|---|---|---|---|---|---|---|---|
| TORRES-GONZALEZ (Gerardo Casas-Tarim et al) | Edna | 2:15-20038 | Brown, Capwell, Krug | YES CCA | | | | |
| URIARTE (See KC Don) | Domingo | 2:15-20043 | Gurney, Krug | YES CCA | YES CCA | | | |
| VAKA (See Hector Cortez-Morales) (See KC Don) | Sean | 2:16-20008 | Gurney, Krug | YES CCA | YES CCA | | | |
| VALASCO-VEYRO (See Chavez et al | Jose | 2:12-20039 | Gurney, Morehead, Sommer | NO Folder | | | | |
| WILLMING (See Los Dahda) | Carey Lynn | 2:12-20083 | Barnett, Brown, Capwell, Gurney, Maag, Morehead, Rask, Warner | NO Folder | | | | |
| YAN (See Zhang et al) | Wengui | 2:13-20134 | Rask, D. Smith, Resler, Walczewski, Williams (DOJCRM) | NO CCA | | | | |

**Ready to Provide on 9/6/2019**    Total: **27**

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CLOUD SEARCH | CCA CALLS | DATE PROVIDED TO COURT | MATERIALS PRODUCED TO COURT | FILES COPIED TO MEDIA AND DELETED |
|---|---|---|---|---|---|---|---|---|
| ANDERSON | Leroy | 2:14-20068 | Brown, Capwell, Gurney, Morehead, Patton, Sommer, Ward | NO CCA | NO CCA | | n/a | |
| ASHLEY (See Tammy Redel et al) | Stacy | 2:12-20103 | Catania | YES CCA | YES CCA | | | |
| BIVENS (See Connie Edwards et al) | Brandi | 2:12-20015 | Catania, Gurney, Maag, Zabel | NO Folder | NO CCA | | n/a | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CLOUD SEARCH | CCA CALLS | DATE PROVIDED TO COURT | MATERIALS PRODUCED TO COURT | FILES COPIED TO MEDIA AND DELETED |
|---|---|---|---|---|---|---|---|---|
| BRYANT (See Gregory T. Moore et al) | Daniel | 2:12-20141 | Alford, Brown, Catania, Grissom, Gurney, Krug, Maag, | YES CCA | YES CCA | | | |
| CALVIN, III | Oscar | 2:12-20006 | Flannigan, Gurney | NO Folder | NO CCA | | n/a | |
| CORNEJO | Richard | 2:14-20137 | Gurney, Morehead, Sommer | NO Folder | NO CCA | | | |
| CRAWFORD | Earnest P. | 2:15-20055 2:15-20042 | Ward | NO CCA | NO CCA | | n/a | |
| CUNNINGHAM (See Gregory Moore et al) | Jacquel | 2:12-20141 | Alford, Brown, Catania, Grissom, Gurney, Krug, Maag, | YES CCA | YES CCA | | | |
| DAVIS | Eugene | 2:11-20024 | Gurney, Morehead, Hunt | NO Folder | NO CCA | | n/a | |
| EDWARDS (See Connie Edwards et al) | Florence | 2:12-20015 | Catania, Gurney, Maag, Zabel | NO Folder | NO CCA | | n/a | |
| ESPINOZA (See Valdez-Aguirre et al | Ramon | 2:14-20071 | Catania, Gurney, Ward | YES CCA | YES CCA | | | |
| FIGURES | Phillip | 2:08-20036 | Zabel | NO Folder | n/a | | n/a Def sent prior to 2010, not requesting file from FRC | |
| FLORES-NAVARRO | Cesar | 2:15-20077 | Morehead, Wood | NO CCA | NO CCA | | n/a | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CLOUD SEARCH | CCA CALLS | DATE PROVIDED TO COURT | MATERIALS PRODUCED TO COURT | FILES COPIED TO MEDIA AND DELETED |
|---|---|---|---|---|---|---|---|---|
| JACKSON | Durayle D. | 2:14-20021; 2:11-20109 | Gurney, Morehead, Sommer, Catania | NO CCA | NO CCA | | n/a | |
| JACKSON (See Freeman et al) | Jeffrey B. | 2:13-20070 | Brown, Capwell, Gurney, Krug, Tomasic, Zabel | YES CCA | | | | |
| JONES (See Gregory Moore et al) | Joshua | 2:12-20141 | Alford, Brown, Catania, Grissom, Gurney, Krug, Maag, | YES CCA | YES CCA | | | |
| JORDAN | Orlando | 2:13-08120 | Wamble | NO Folder | NO CCA | | n/a FPD - no longer requesting as Mag. Case arrest on Dist OK case and returned to Dist OK | |
| KINGSLEY | Leslie | 2:12-20072 | Catania | NO CCA | NO CCA | | n/a | |
| LOVELAND (See Leslie Kingsley et al) | Michael | 2:12-20072 | Catania | NO CCA | NO CCA | | n/a | |
| MILLER | Clifford L. | 2:14-20023 | Morehead | NO Folder | NO CCA | | n/a | |
| MITCHELL (See Gregory Moore et al) | Johnie | 2:12-20141 | Alford, Brown, Catania, Grissom, Gurney, Krug, Maag, | NO CCA | NO CCA | | n/a | |
| NELSON | Stephen M. | 2:15-20080; 2:10-20107 | Gurney, Ward, Krug | YES CCA NO Folder | YES CCA | | | |
| OROZCO | Gregory | 2:15-20074 | Capwell, Morehead | NO CCA | NO CCA | | | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CLOUD SEARCH | CCA CALLS | DATE PROVIDED TO COURT | MATERIALS PRODUCED TO COURT | FILES COPIED TO MEDIA AND DELETED |
|---|---|---|---|---|---|---|---|---|
| SHERLEY (See Leslie Kingsley et al) | Kristy | 2:12-20072 | Catania | NO CCA | NO CCA | | n/a | |
| SRADER | Nicholas | 2:09-20083 | Morehead | NO Folder | NO CCA | | n/a | |
| TORRES-GARCIA (See Carlos Guadalupe Beltran-Aguilar) | Jose | 2:08-20106; 2:14-20132 | Brown, Catania, Gurney, Maag, Patton, Wamble | NO CCA | NO CCA | | n/a | |
| WILLIAMS | Ronald | 2:10-20101 | Gurney, Morehead, Rask | NO Folder | NO CCA | | n/a | |

**Unable to Locate**    **Total:** 1

| Sanders | Roderick | 2:10-20034 | Gurney, Morehead | NO Folder | | | | |
|---|---|---|---|---|---|---|---|---|

**Total:** 233

8/27/2019        8:04 AM