**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
DISTRICT OF KANSAS

TIMOTHY M. O'BRIEN
CLERK OF COURT

INGRID A. CAMPBELL
CHIEF DEPUTY CLERK

259 U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KANSAS 66101
(913) 735-2200

204 U.S. COURTHOUSE
401 N. MARKET
WICHITA, KANSAS 67202
(316) 315-4200

490 U.S. COURTHOUSE
444 S.E. QUINCY
TOPEKA, KANSAS 66683
(785) 338-5400

Kansas City, Kansas

September 11, 2019

**SEE NOTICE OF ELECTRONIC FILING**

Pro Se Appellant Appeal

Re: USA v. Black et al
District Court Case No: 2:16-cr-20032-JAR
Notice of Appeal filed by: Interested Party, Tywan Poole
Fee Status: Not Paid.

  The following documents are for the parties in connection with the Notice of Appeal: Notice of Appeal and Copy of the Docket Sheet.

  If you have any questions, please contact the office of the Clerk of the U.S. Court of Appeals in Denver, Colorado at 303.844.3157.

            Sincerely,
            TIMOTHY M. O'BRIEN
            CLERK OF COURT

            By:
              s/ Hilary Onik
              Deputy Clerk

cc: Clerk, U.S. Court of Appeals
  (Notice of Appeal, Docket Sheet & Preliminary Record)