UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF KANSAS

TIMOTHY M. O'BRIEN
CLERK OF COURT

INGRID A. CAMPBELL
CHIEF DEPUTY CLERK

259 U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KANSAS 66101
(913) 735-2200

204 U.S. COURTHOUSE
401 N. MARKET
WICHITA, KANSAS 67202
(316) 315-4200

490 U.S. COURTHOUSE
444 S.E. QUINCY
TOPEKA, KANSAS 66683
(785) 338-5400

Kansas City, Kansas

September 16, 2019

**SEE NOTICE OF ELECTRONIC FILING**

Movant/Government Counsel Appeal

Re:  USA v. Black et al
District Court Case No:  2:16-cr-20032-JAR
Notice of Appeal filed by:  Movant, Terra Morehead
Fee Status:  Waived per 10CCA.

    The following documents are for the parties in connection with the Notice of Appeal: Notice of Appeal and Copy of the Docket Sheet.

    **MOVANT/GOVERNMENT** Counsel for the appellant is instructed to download the "**Initial Appeal Documents and Instructions**" for this appeal from www.ca10.uscourts.gov. Please follow the instructions for Transcript Order Form (for appellant only) and Docketing Statement (for appellant only) regarding counsel's responsibility for compliance.  For specific requirements concerning transcripts, records on appeal, briefs and appendices to briefs, please refer to the Federal Rules of Appellate Procedure and the Rules of the Tenth Circuit Court of Appeals. Rules of the Tenth Circuit are available at www.ca10.uscourts.gov.

    If you have any questions, please contact the office of the Clerk of the U.S. Court of Appeals in Denver, Colorado at 303.844.3157.

    Sincerely,
    TIMOTHY M. O'BRIEN
    CLERK OF COURT

    By:  s/ Charles Van Ness
         Deputy Clerk

cc: Clerk, U.S. Court of Appeals
    (Notice of Appeal, Docket Sheet & Preliminary Record)