## EXHIBIT C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
    *Plaintiff,*

**v.**                                           Case No. **16-20032-JAR**

**LORENZO BLACK, et al.,**
    *Defendants.*

## DECLARATION OF CHARLES E. ATWELL

I, Charles E. Atwell, declare and state the following in support of the Federal Public Defender's application for attorney fees.

1. I am an attorney with Foland, Wickens, Roper, Hofer & Crawford, P.C. in Kansas City, Missouri. I respectfully make this declaration in support of the Federal Public Defender's Application for Attorney Fees and Costs in conjunction with this Court's Finding of Facts and Conclusions of Law. Doc. 758.

2. I have been an attorney for more than 40 years in the Kansas City, Missouri metropolitan area. I am admitted in the State of Missouri, the United States District Court for the District of Kansas, the United States District Court for the Western District of Missouri.

3. My practice has included 16 years as a Circuit Judge in Jackson County, Missouri; in that time I served as a special judge for both the

Missouri Court of Appeals, Western District and on the Missouri Supreme Court. I also served as an assistant prosecuting attorney for Jackson County, Missouri, and as an assistant United States Attorney for the Western District of Missouri. Since 2012, I have been of counsel with Foland Wickens where I work primarily as a mediator, arbitrator and discovery master. My practice also includes white collar criminal defense and I serve as an emeritus member of the CJA panels for the Western District of Missouri and Kansas.

4. As an attorney who practices primarily in the Kansas City-metropolitan area, including in the area of federal criminal defense, I am familiar with the range of hourly rates charged by skilled and successful attorneys in the community. I am familiar with the annual Missouri attorney billing rates information published in *Missouri Lawyers Weekly*.

5. Melody Brannon, Kirk Redmond, and Laura Shaneyfelt are experienced attorneys and are well-respected in the Kansas City legal community. I have known them professionally for several years. They have dedicated their practices to defending federal criminal defendants. I reviewed the Declaration that Erin Thompson prepared in support of the FPD's application for attorney fees in this case. The hourly rate of $325 per hour requested by Ms. Brannon, Mr. Redmond, and Ms. Shaneyfelt is a reasonable hourly rate and is consistent with hourly rates charged by federal criminal

defense attorneys with their experience and credentials in the Kansas City area.

6. Although I am not personally acquainted with Rich Federico and Branden Bell, I reviewed the Declaration of Erin Thompson that details their experience. I believe the $250 per hour rate claimed by them is an eminently reasonable hourly rate and consistent with rates charged by similarly experienced attorneys in the Kansas City area. In fact, I believe that the hourly rates for attorneys with their education, qualifications, and experience would be higher at my firm. In addition, I believe that the rate of $110 per hour is consistent with rates charged for litigation-related work by paralegals in the Kansas City area, and the rate of $100 per hour is consistent with rates charged by investigators in complex criminal matters in the Kansas City area.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.**

Executed on:  September 21, 2019

s/Charles E. Atwell
Charles E. Atwell