# BLEGEN LAW FIRM

## CRIMINAL DEFENSE

August 25, 2016

Mr. Tywan Poole
C/O CCA Leavenworth
100 Highway Terrace
Leavenworth, KS 66048

Dear Mr. Poole:

I am writing to let you know that on Monday of this week, the Government sought and received an extension of time through October 21, 2016 to respond to your amended 2255 motion. They have replaced David Barnes as the Assistant United States Attorney on the case based upon the claims of prosecutorial misconduct as he is now a potential witness. Justin Davids is the Assistant United States Attorney handling the case as we move forward. The stated basis for the continuance request was the need to obtain a new affidavit from Laine Cardarella.

I am also aware the you filed a motion late last week asking that I be removed as your attorney for failing to protect you from being recorded at CCA. I would like to assure you that no attorneys were aware that legal visits at CCA were being recorded. This was brought to our attention by the Federal Public Defender's Office around August 5, 2016. We were advised to suspend all legal visits at CCA while the matter of recording was investigated. An Order was entered yesterday in the United States District Court for the Western District of Missouri prohibiting CCA from recording legal visits in any manner.

I regret that this situation at CCA, of which I was unaware during my two meetings with you earlier this summer, apparently caused you to lose faith in my ability to represent you in this matter. I do not intend to oppose your motion and will simply wait for a decision from the Court on your motion. In the meantime, I will continue to advise you of any actions taken in the case and remain available should you have any questions for me.

Best Regards,

Christine M. Blegen



# BLEGEN LAW FIRM

July 27, 2017

Tywan Poole, #25194-045
CCA Leavenworth Detention Center
100 Highway Terrace
Leavenworth, KS 66048

    Re: Pending Motion

Dear Mr. Poole:

    Upon receipt of your faxed letter, I sent an email to Judge Gaitan's courtroom deputy alerting her to the length of time your motions have been pending. I was assured that the judge was aware of the pending motions and that an Order would be issued soon.

    This morning an Order was issued setting a hearing on the initial claim of failure to file a notice of appeal. A copy of the motion is enclosed for your review. The Order denied a hearing on the additional claims.

    The Order provisionally denied your motion to have me removed as your attorney. That said, I am unsure as to whether you wish to meet with me prior to the hearing. The hearing was set for August 9th at 1:00 p.m., but I am out of town that day. I have filed a motion (copy enclosed) asking to have the hearing moved back to the following week. If you wish to meet with me, please send a letter or fax a letter to my attention.

    Sincerely,

    Christine M. Blegen

Encl.

PO BOX 344
LEE'S SUMMIT, MO 64063

(816) 213-038