ATTACHMENT- E

Print Date: 08/30/2016  9:30:15AM

LEAVENWORTH DETENTION CENTER

DAILY VISITATION LOG BY INMATE

From: 2/29/16   To: 8/30/16

Inmate:  POOLE, TYWAN ALFREEDIE

Agency #: 25194045     CCA #:  2234397

| VISITOR NAME | START TIME | END TIME | VISIT LENGTH | OFFICIAL VISIT |
|---|---|---|---|---|
| BLEGEN, CHRISTINE MICHELLE - ATTORNEY | 6/24/16  2:02PM | 6/24/16  7:05PM | 5:03 | Y |
| BLEGEN, CHRISTINE MICHELLE - ATTORNEY | 7/11/16  4:46PM | 7/11/16  6:52PM | 2:06 | Y |

TOTAL OFFICIAL VISITORS THIS DATE RANGE:      2

TOTAL NON-OFFICIAL VISITORS THIS DATE RANGE:      0

TOTAL VISITORS THIS DATE RANGE:      2

Daily Visitation Log