ATTACHMENT 1

# Non Custody CCA Calls Inquiry Query
# Calls/Requests/Summaries/Acknowledgements
# Provided to Court 09/05/2019
# (Kansas City Only)

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT | Files Copied to Media and Deleted |
|---|---|---|---|---|---|---|
| ANDERSON | Leroy | 2:14-20068 | Brown, Capwell, Gurney, Morehead, Patton, Sommer, Ward | NO CCA | n/a | |
| ASHLEY (See Tammy Redel et al) | Stacy | 2:12-20103 | Catania | YES CCA | 1 Media Containing folders of cca calls copied and deleted from the Cloud; Disc Ltrs.: 9/4/13; 7/5/13; 6/28/13; 6/28/13; 07/22/13; Email referencing CCA Call to Bell; CCA Call Detail Report 04/15/2013-06/06/2013 (Bates # 330-333 & Bates # 337-340; CCA Records Summary Report 06/29/2013-07/16/2013 (Bates # 364); CCA Detail Report 9/14/12-4/15/13; KBI Report Referencing CCA calls 334-336 | Copied to Media and Deleted on 08/02/2019 by David Steeby |
| BELL | David W. | 3:16-70044 2: | Alexander M. Langan (Ft. Leavenworth) | NO CCA | n/a<br>FPD - no longer requesting as Mag. Case | |
| BIVENS (See Connie Edwards et al) | Brandi | 2:12-20015 | Catania, Gurney, Maag, Zabel | NO CCA | n/a | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT | Files Copied to Media and Deleted |
|---|---|---|---|---|---|---|
| BROWN | Danny L. | 3:11-70083<br>2: | Hessmiller, Morman (Ft. Leavenworth) | NO CCA | n/a<br>FPD - no longer requesting as Mag. Case | |
| BRYANT<br>(See Gregory T. Moore et al) | Daniel | 2:12-20141 | Alford, Brown, Catania, Grissom, Gurney, Krug, Maag, | YES CCA | 1 Media Containing folders of cca calls copied and deleted from the Cloud;<br>2 Discovery letters referencing cca calls;<br>FBI 302 ref CCA calls | Copied to Media and Deleted on 09/04/2019 by David Steeby |
| CALVIN, III | Oscar | 2:12-20006 | Flannigan, Gurney | NO CCA | n/a | |
| CLARK | Matthew J. | 3:07-07015<br>2: | Joshua Kellcy (Ft. Leavenworth) | NO CCA | n/a<br>FPD - no longer requesting as Mag. Case | |
| CORNEJO | Richard | 2:14-20137 | Gurney, Morehead, Sommer | NO CCA | Discovery Letter 05/15/2015 referencing phone calls;<br>USMS Request CCA Call throughout confinement;<br>Email Referencing Calls | |
| CRAWFORD | Earnest P. | 2:15-20055<br>2:15-20042 | Ward | NO CCA | n/a | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT | Files Copied to Media and Deleted |
|---|---|---|---|---|---|---|
| CUNNINGHAM (See Gregory Moore et al) | Jacquel | 2:12-20141 | Alford, Brown, Catania, Grissom, Gurney, Krug, Maag, | YES CCA | 1 Media Containing folders of cca calls copied and deleted from the Cloud; 1 Email Referencing cca calls; 2 Discovery Letters Referencing CCA Calls; FBI 302 Referencing CCA Calls | Copied to Media and Deleted on 09/04/2019 by David Steeby |
| DAVIS | Eugene | 2:11-20024 | Gurney, Morehead, Hunt | NO CCA | n/a | |
| EDWARDS (See Connie Edwards et al) | Florence | 2:12-20015 | Catania, Gurney, Maag, Zabel | NO CCA | n/a | |
| ELLIS | Timothy S. | 3:11-700312: | James Flanagan Fr. LV | NO CCA | n/a FPD - no longer requesting as Mag. Case | |
| ESPINOZA (See Valdez-Aguirre et al) | Ramon | 2:14-20071 | Catania, Gurney, Ward | YES CCA | 1 Media copied & deleted from Cloud; 1 DVD CCA Calls; CCA Ack. for Docs. & 1 cd; Disc. Ltr. dated 6/12/15 Re: CCA calls & summary rpt.; CCA Call Summary Rpt. 9/9/14-6/7/15 (Bates # 3228-3235; 2 FBI 302 Rpts. Re: cca calls (Bates # 3294 & 3953 | Copied to Media and Deleted on 09/04/2019 by David Steeby |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT | Files Copied to Media and Deleted |
|---|---|---|---|---|---|---|
| EVANS | Michael | B:08-09899 2: | Graham, Von Kliem, Rush, Vazquez | NO CCA | n/a<br>FPD - no longer requesting as Mag. Case | |
| FERGUSON (See Stewart et al) | Sherry | 2:14-20054 | Catania, Gurney, Tomasic | NO CCA | n/a | |
| FIGURES | Phillip | 2:08-20036 | Zabel | n/a | n/a<br>Def sent prior to 2010, not requesting file from FRC | |
| FLORES-NAVARRO | Cesar | 2:15-20077 | Morehead, Wood | NO CCA | n/a | |
| HEARD (See Dixon et al) | Dwone Cassanova | 2:14-20130 | Morehead, Sommer, Wood | YES CCA | 1 CD CCA Calls;<br>USMS CCA Call Request;<br>CCA Call Detail Report | |
| HERNANDEZ-HERNANDEZ | Jose Luis | 2:14-20101 | Oakley | NO CCA | n/a<br>Previously provided to the court on 2/14/2019 in First Round of CCA calls | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT | Files Copied to Media and Deleted |
|---|---|---|---|---|---|---|
| HORTON | Robert E. | 3:08-07201<br>2: | Justin C. Barnes<br>(Ft Leavenworth) | NO CCA | n/a<br>FPD - no longer requesting as Mag. Case | |
| JACKSON | Durayle D. | 2:14-20021;<br>2:11-20109 | Gurney, Morehead, Sommer, Catania | NO CCA | n/a | |
| JONES | Charles B. | 3:09-07115<br>2: | Justin C. Barnes<br>(Ft Leavenworth) | NO CCA | n/a<br>FPD - no longer requesting as Mag. Case | |
| JONES<br>(See Gregory Moore et al) | Joshua | 2:12-20141 | Alford, Brown, Catania, Grissom, Gurney, Krug, Maag, | YES CCA | 1 Media Containing folders of cca calls copied and deleted from the Cloud;<br>1 email Referencing CCA Calls;<br>2 Discovery Letters Referencing CCA Calls;<br>FBI 302 Referencing CCA calls | Copied to Media and Deleted on 09/04/2019 by David Steeby |
| JORDAN | Orlando | 2:13-08120 | Wamble | NO CCA | n/a<br>FPD - no longer requesting as Mag. Case arrest on Dist OK case and returned to Dist OK | |
| KINGSLEY | Leslie | 2:12-20072 | Catania | NO CCA | n/a | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT | Files Copied to Media and Deleted |
|---|---|---|---|---|---|---|
| LEDFORD (See Alfredo Mariscal) | Tyson | 2:09-20119 | Catania, Gurney, Patton | NO CCA | n/a | |
| LOVELAND (See Leslie Kingsley et al) | Michael | 2:12-20072 | Catania | NO CCA | n/a | |
| MARLIN (See Robert Baitey et al) | Danny | 2:12-20003 | Brown, Capwell, Gurney, Morehead | NO CCA | n/a | |
| MARSHALL | Steven L. | 3:09-07206 2: | Justin C. Barnes (Ft Leavenworth) | NO CCA | n/a<br>FPD - no longer requesting as Mag. Case | |
| MCNARY, et al | Alissia D. | 2:14-20011 | Brown, Maag, Morehead | NO CCA | n/a | |
| MITCHELL (See Gregory Moore et al) | Johnie | 2:12-20141 | Alford, Brown, Catania, Grissom, Gurney, Krug, Maag, | NO CCA | 2 Discovery Letters Referencing CCA Calls | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT | Files Copied to Media and Deleted |
|---|---|---|---|---|---|---|
| OROZCO | Gregory | 2:15-20074 | Capwell, Morehead | NO CCA | Email between TM and Campbell referencing CCA calls;<br>Doc. 143 Def. Resp. w/Attachment | |
| Redel<br>(Co Defendant Stacy Ashley)<br>Not on List, but including with Co-Defendant submission) | Tammy | 2:12-20103 | Catania | YES CCA | Disc Ltrs. 9/4/13; 7/5/13; 6/28/13; 6/28/13; 07/22/13;<br>Email ref CCA Call to Bell;<br>CCA Call Detail Report 04/18/2013-02/13/2013; | Copied to Media and Deleted on 08/02/2019 by David Steeby |
| SANDERS | Michael S. | 3:07-070512: | Joshua Kellcy (Ft. Leavenworth) | NO CCA | n/a<br>FPD - no longer requesting as Mag. Case | |
| SHERLEY<br>(See Leslie Kingsley et al) | Kristy | 2:12-20072 | Catania | NO CCA | n/a | |
| SRADER | Nicholas | 2:09-20083 | Morehead | NO CCA | n/a | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT | Files Copied to Media and Deleted |
|---|---|---|---|---|---|---|
| TORRES-GARCIA (See Carlos Guadalupe Beltran-Aguilar) | Jose | 2:08-20106; 2:14-20132 | Brown, Catania, Gurney, Maag, Patton, Wamble | NO CCA | n/a | |
| WELLS | Steven E. | 3:16-70043 2: | William A. Obringer (Ft Leavenworth) | NO CCA | n/a<br>FPD - no longer requesting as Mag. Case | |
| WILLIAMS | Ronald | 2:10-20101 | Gurney, Morehead, Rask | NO CCA | n/a | |
| WILLIAMS | Charles E. | B:11-90860 2: | Bryan Goldberg (DOJ SAUSA); Annemarie Vasquez (Staff Judge Avocate; Ft. Riley) | NO CCA | n/a<br>FPD - no longer requesting as Mag. Case | |