**ATTACHMENT 2**

| | |
|---|---|
| **From:** | Slinkard, Duston (USAKS) |
| **To:** | Melody J. Brannon; Kirk Redmond; Bonnie_Wiest@ksd.uscourts.gov |
| **Subject:** | Fwd: Additional Materials related to FPD"s Second (Out of Custody) List |
| **Date:** | Friday, September 06, 2019 1:55:02 PM |
| **Attachments:** | 09-05-2019 KC CCA Non-Custody Call Info Provided to Court.pdf<br>ATT00001.htm |

Attached is the report included with yesterday's delivery of material to the Court.

Thank you,
Duston

Sent from my iPad

Begin forwarded message:

> **From:** "Smith, Linda (USAKS) 1" <LSmith1@usa.doj.gov>
> **Date:** September 5, 2019 at 4:18:18 PM CDT
> **To:** "Slinkard, Duston (USAKS)" <DSlinkard@usa.doj.gov>
> **Cc:** "Clymer, Steven D. (USANYN)" <SClymer@usa.doj.gov>, "McAllister, Stephen (USAKS)" <SMcAllister@usa.doj.gov>
> **Subject: Additional Materials related to FPD's Second (Out of Custody) List**
>
> Duston,
>
> The report and material for the court regarding the 2nd CCA Call List of non-custody inquiries has been taken to the court.
> I am attaching a copy of the report. Thanks.
>
> Linda