ATTACHMENT 3

# Additional Material - Custody CCA Calls Inquiry
## Calls/Requests/Summaries/Acknowledgements
## Provided to Court 10/01/2019
## (Kansas City Only)

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT | |
|---|---|---|---|---|---|---|
| | | | | | **Files Copied to Media and Deleted** | |
| ORTEGA-FLORES (See Perez-Alcala et al) | LUIS | 2:12-20066<br><br>n/a | Brown, Capwell, Gurney, Maag, Morehead, Zabel | YES CCA | Listed on 9/30/19 Report, but not provided:<br><br>Disc. Ltr 1/4/13;<br>ICE Report referencing CCA Calls;<br>CCA Records Summary Rpt;<br>1 Flash drive containing perez case doc from Ostrando including Ortega-Flores and Flores-Sanchez CCA Calls | Listed on 9/30/19 Report, but items not included. This defendant was on the 1st in custody list, and original material was provided 2/14/19. The below material being provided is additional items:<br><br>ICE Report referencing CCA Calls;<br>CCA Records Summary Rpt;<br>email;<br>Discovery Letters;<br>CD Containing CCA Calls;<br>1 Flash drive containing perez case doc from Ostrando including Ortega-Flores and Flores-Sanchez CCA Calls<br><br>*Flash drive mentioned was submitted with co defendant Flores-Sanchez on 9/30/2019 |