| | |
|---|---|
| From: | Slinkard, Duston (USAKS) |
| To: | Bonnie Wiest; "Lauren Lowry" |
| Cc: | Melody Brannon; Kirk Redmond; Clymer, Steven D. (USANYN); McAllister, Stephen (USAKS); Capwell, Carrie (USAKS); Smith, Linda (USAKS) 1 |
| Subject: | RE: CCA reports |
| Date: | Tuesday, October 01, 2019 4:19:00 PM |
| Attachments: | 10-01-2019 1st addl KC CCA Custody Call Info Provided to Court.pdf |
| | 10-01-2019 Amended KC 2nd list CCA Non-Custody Call.pdf |

All,

This message updates the one from last evening. Today, Linda Smith delivered to chambers additional materials for Ortega-Flores, from the Phase 1, in-custody, list, and the additional materials downloaded and deleted from our discovery drive for Edward McLinn, from the Phase 2 non-custody, list referenced in yesterday's e-mail below. These represent the last of the materials of which we are aware from our review of both lists. If any materials are later found that were overlooked, or we locate any files we have previously been unable to find despite searching, we will supplement, but no further materials are anticipated.

When she delivered the materials today, she also delivered hard copies of the attached inventory reports.

1. A further custody call information inventory report, which covers the material provided for Ortega-Flores from the Phase 1, in-custody, list, and

2. A 10/1/2019 amended version of the 9/30/2019 non-custody inventory report, which:
   a. removes Ortega-Flores, as he was originally erroneously included, but was in fact a Phase 1, in-custody, individual,
   b. removes Ledford, as he was erroneously included on this report, but had actually been covered by the 9/5/2019 non-custody inventory report, and
   c. updated the materials provided for Edward McLinn to reflect the additional material downloaded from, and then deleted from, our discovery drives.

Please note, as most of you are aware, we are obligated to encrypt media that goes outside our space. For the "credit card" flash drives used for material downloaded and deleted, we have tried to use a consistent encryption password: Encrypt3d!

However, some of the materials given to the Court are discs that were created at the time discovery was originally provided in the various cases, and they will have different passwords. Here are the common passwords based upon the different types of encryption used:

McAfee Encryption:  K@nsasUSA0   (0 is zero),
Check Point:  KansasUSA0  (0 is zero),

If anyone has any difficulty accessing an encrypted disc, he or she is welcome to contact Linda Smith in our Kansas City office for any assistance with opening and encouraged to do so before making repeated unsuccessful tries and risking being locked out of the media.

Again, I intend to prepare and file a supplemental status report, summarizing activities since our last 8/27/2019 status report, which will be accompanied by an overall inventory listing for the Phase 2, non-custody, list.

Thank you,
Duston J. Slinkard
First Assistant U.S. Attorney
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853

---

**From:** Bonnie Wiest <Bonnie_Wiest@ksd.uscourts.gov>
**Sent:** Tuesday, October 01, 2019 8:29 AM
**To:** Slinkard, Duston (USAKS) <DSlinkard@usa.doj.gov>
**Subject:** RE: CCA reports

Thanks Duston.

---

**From:** Slinkard, Duston (USAKS) <Duston.Slinkard@usdoj.gov>
**Sent:** Monday, September 30, 2019 6:02 PM
**To:** Bonnie Wiest <Bonnie_Wiest@ksd.uscourts.gov>; Lauren Lowry <Lauren_Lowry@ksd.uscourts.gov>
**Cc:** Melody Brannon <Melody_Brannon@fd.org>; Kirk Redmond <Kirk_Redmond@fd.org>; Clymer, Steven D. (USANYN) <Steven.D.Clymer@usdoj.gov>; McAllister, Stephen (USAKS) <Stephen.McAllister@usdoj.gov>; Carrie.Capwell_usdoj.gov <Carrie.Capwell@usdoj.gov>; Smith, Linda (USAKS) 1 <Linda.Smith2@usdoj.gov>
**Subject:** CCA reports

Attached please find inventory reports that correspond to the materials I delivered to Bonnie in chambers at the end of the day today. The large report goes with the box of materials for individuals from the Phase 2, non-custody, list, and the other report goes with the single envelope I delivered containing additional material for Ricardo Felix-Gamez, an individual from the Phase 1, custody, list.

With these materials, we believe we have completed review and production with respect to the both the Phase 1, custody, and Phase 2, non-custody, lists provided by FPD, with one exception: While we delivered materials for Edward McLinn, from the Phase 2, non-custody, list in the box today, we did not have the necessary personnel available to download and delete the copies of some of those materials from our discovery drive. Accordingly, we will have those materials downloaded and deleted as soon as possible, and deliver them to the Court.

I intend to prepare and file a supplemental status report summarizing activities since our last, 8/27/2019, status report.

Thank you,
Duston