# Non Custody CCA Calls Inquiry
## Calls/Requests/Summaries/Acknowledgements
## Provided to Court 10/10/2019
## (Kansas City Only)

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT |
|---|---|---|---|---|---|
| | | **Files Copied to Media and Deleted** | | | |
| ALVAREZ | DaJuan | 2:12-20030 | Gurney, Morehead | NO CCA | 10/10/2019 - File Received from FRC No CCA Information |
| | | n/a | | | 09/30/2019 - Reported with this NOTE: Files unable to be located, but computer checked with no information found |