AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Kansas

| | |
|---|---|
| United States of America | ) |
| *Plaintiff* | ) |
| v. | ) |
| Lorenzo Black, et al. | ) |
| *Defendant* | ) |

Case No.    16-20032-JAR

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Public Defender's Office, Movant                                                    .

Date:    10/31/2019

s/ Lydia Krebs
*Attorney's signature*

Lydia Krebs, #22673
*Printed name and bar number*

117 SW 6th Avenue, Suite 200
Topeka, KS 66603

*Address*

lydia_krebs@fd.org
*E-mail address*

(785) 232-9828
*Telephone number*

(785) 232-9886
*FAX number*