IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 16-20032-02-JAR |
| ) | |
| **KARL CARTER**, ) | |
| ) | |
| Defendant. ) | |

## ORDER TO UNSEAL CERTAIN EXHIBITS

This matter comes before the Court on the unopposed motion of the United States of America to unseal Exhibit Numbers 544, 545, 546, and 547, which were offered by the Federal Public Defender and admitted by the Court under seal during the hearing in this matter in October and November 2018.

The Federal Public Defender has no objection to the motion.

The Court has reviewed the instant motion and, being fully-advised in the premises, hereby ORDERS that Exhibit Numbers 544, 545, 546, and 547, offered and admitted under seal during the hearing in this matter in October and November 2018, are hereby unsealed.

Dated: November 5, 2019

                                        S/ Julie A. Robinson
                                        JULIE A. ROBINSON
                                        CHIEF UNITED STATES DISTRICT JUDGE