IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA**,　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　Plaintiff,　　　　　)
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)　　Case No. 16-20032-02-JAR
　　　　　　　　　　　　　　　　　　)
**KARL CARTER**,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　Defendant.　　　　　)

## SUPPLEMENTAL STATUS REPORT OF RECORDED TELEPHONE CALL DISCOVERY

COMES NOW the United States of America, by and through Steven D. Clymer, Special Attorney, Stephen R. McAllister, United States Attorney for the District of Kansas, and Duston J. Slinkard, First Assistant United States Attorney, and provides the Court with the following report on the status of production of recorded telephone call discovery related to the Federal Public Defender ("FPD")'s Motion for Discovery (Doc. 572) and the Court's Order thereupon (Doc. 705):

1. This report supplements the government's Status Report of Recorded Telephone Call Discovery filed August 27, 2019 (Doc. 764) and Supplemental Status Report of Recorded Discovery filed on October 10, 2019 (Doc. 787).

2. Since the filing of the government's Supplemental Status Report of Recorded Discovery filed on October 10, 2019 (Doc. 787), the government located additional materials believed to be responsive to the FPD's Phone Discovery Motion for three matters: USA v. Rapp et al., USA v. Guy Neighbors, and USA v. Williamson. These materials were not originally located because they had been stored apart from the case files in each of these matters. It is not

known whether and to what extent these additional materials may be duplicative of earlier disclosure made in these three matters.

3. On November 8, 2019, the government brought the additional materials to the attention of the Court and the FPD by e-mail, describing the nature of the materials and the circumstances of their being found, and made arrangements to deliver them to the Court. *See* Attachment 1.

4. Later on November 8, 2019, the materials were delivered to the Court, accompanied by inventory reports for each of the three matters (Attachments 2 (Rapp), 3 (Neighbors), and 4 (Williamson)), which were also later e-mailed to the Court and the FPD (Attachment 5).

5. Because prior disclosure had been made in each of these matters previously, the disclosure of these additional materials does not change the totals with respect to individuals for whom materials were found and disclosed previously reported to the Court.

Respectfully submitted,

s/Duston J. Slinkard
Duston J. Slinkard, #21294
First Assistant United States Attorney
444 SE Quincy Street, Room 290
Topeka, KS 66683
Phone: (785) 295-2850
Fax: (785) 295-2853
duston.slinkard@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on 14th day of November, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the counsel of record in this case.

s/Duston J. Slinkard
Duston J. Slinkard
First Assistant United States Attorney