| | |
|---|---|
| **From:** | Slinkard, Duston (USAKS) |
| **To:** | Bonnie Wiest; Lauren Lowry |
| **Cc:** | Melody Brannon; Kirk Redmond; Clymer, Steven D. (USANYN); McAllister, Stephen (USAKS); Smith, Linda (USAKS) 1 |
| **Subject:** | Additional Materials Regarding CCA Phone Discovery Project |
| **Date:** | Friday, November 8, 2019 11:32:00 AM |

Bonnie and Lauren,

We have located some additional materials that we believe are responsive to the FPD's Phone Discovery Motion. These materials were not originally located because they had been stored apart from the case files in each of these matters as I will describe below. I understand that Bonnie is planning to leave at 2:30 today, so Linda Smith will contact Bonnie and make arrangements to deliver these to her before 2:30. When she delivers them they will have accompanying inventory reports, and we will also send out those inventory reports electronically. I will also file a brief status report on these materials.

Here are the matters and a general description of what I understand to be the materials:

USA v. Rapp et al. – There are both calls and other materials, which may be duplicative of earlier production. Some of these were found to have been saved separately in preparation for use in Court, and the remainder were found amongst effects from former SAUSA Tomasic's office at the time of her departure, which had been secured since that time in the KCK USAO vault and inadvertently not previously reviewed.

USA v. Guy Neighbors – This is a cd/dvd that appears similar to others previously disclosed which contained calls, and may be duplicative of earlier production. This disc one appears to have just gotten separated from the others during the review of the file and missed when the others were submitted earlier.

USA v. Williamson – These are materials only, which may be duplicative of materials already produced. These were found in a separate portion of the case file that had been separated for use in responding to 2255 litigation when the remainder of the case file was reviewed.

Thank you,
Duston J. Slinkard
First Assistant U.S. Attorney
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853