# Additional Material - CCA Calls Non-Custody Inquiry
# Calls/Requests/Summaries/Acknowledgements
# Provided to Court 11/08/2019
# (Kansas City Only)

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT |
|---|---|---|---|---|---|
| | | **Files Copied to Media and Deleted** | | | |
| NEIGHBORS (See Neighbors et al) | Guy | 2:08-20105; 2:07-20124; 2:07-20073; 2:06-20171<br><br>n/a | Morehead, Oakley, Parker | YES CCA | 09/30/2019 Provided:<br><br>CD calls 5/20/09-7/20/09<br>CD calls 5/20/09-6/30/09;<br>CD Calls 7/27/09;<br>CD Calls 7/20/09-7/27/09;<br>CD calls 5/20/09-7/14/09 (Exh 10A);<br>Fax Cover and Subp for CCA Calls 7/27/09-8/5/09; |
| | | | | | Fax Cover and Subp for cca calls 5/20/09-current;<br>Fax Cover & Subp cca calls 5/20/09-6/30/09;<br>LPD Invest. Rpt. Review CCA Calls;<br>3/13/14 Disc Ltr with list;<br>9/10/09 Ltr ref CCA calls;<br>emails ref cca calls;<br>hand note review of material from Gary Hart;<br>-----<br>11/08/2019: Additional Items Provided:<br><br>CD calls 5/20/09-7/20/09<br>CD calls 5/20/09-6/30/09;<br>CD Calls 7/27/09;<br>CD Calls 7/20/09-7/27/09;<br>CD calls 5/20/09-7/14/09 |