# Additional CCA Custody Call Information Provided to Court (11/08/2019)

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|---|---|---|---|---|
| Williamson, Brett | 13-20011-KHV | Flannigan | Yes<br>Yes | 1/7/2019 Provided:<br><br>1 DVD/CD;<br>Subp to USMS;<br><br>11/08/2019 Provided Additional Information:<br><br>Defendants Exh. 601;<br>Subpoena to Testify at Trial Hoffer with Email Attaching Subpoena and USMS Request;<br>USMS Request;<br>Subpoena to Testify at Trial Collins;<br>USMS Request;<br>2 Report 7s Jail Phone Call Recordings of Suspect Bates # 00100-00104;<br>Report 5 Jail Recordings Marked Draft;<br>Transcript of Jail Call Gov't Exh. 23a;<br>Discovery Letters |