ATTACHMENT 3

| Name | Case No | AUSA | CCA Calls Obtained in CCA Invest. | CCA Calls Obtained Otherwise by, through, or known to USAO | Calls & Materials Submitted to Court | Notes |
|---|---|---|---|---|---|---|
| Alvarez, Joshua | 14-20096-JAR | Zabel, Brown, Capwell, Gurney, Tomasic, Wood | No | No | | |
| Bauman, Chad | 12-20083--22-KHV | Barnett, Brown, Maag, Capwell, Guerney, Morehead | No | No | | |
| Benton, Wayne | 15-20075-CM | Morehead, Brown, Wood | No | No | | |
| Blackburn, Stephen | 09-20133-12-JWL | D. Smith, Rask, Maag, Gurney, Flannigan, Allman | No | No | | |
| Blakney, Martez | 15-20086-CM | Brown, Capwell, Morehead, A. Smith | No | No | | Pre-charging calls from WyCo Jail Rec'd |
| Booker, John Booker | 15-40030-CM | Mattivi, Corlett, Maag, Magnone, Parecki, D. Smith | No | See note | | Calls obtained by Mark Thomason post-plea, not by government |
| Brown, Vernon | 12-20066-KHV | Morehead, Brown, Maag, Zabel, Gurney, Capwell | No | See note | | A call request form was found, but no evidence of calls being received was found |
| Burres, Robert | 14-40023-DDC | Hendershot, Gurney, Slinkard, Sommer | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016 |
| Cartwright, James | 16-20033-CM | Catania, A. Smith | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016 |

| Name | Case | Attorneys | Col4 | Col5 | Date | Notes |
|---|---|---|---|---|---|---|
| Catrell, Ronald | 11-20125-CM | Oakley, Brown, Gurney | No | Yes, see note | 3/1/2019 | E-mail shows calls rec'd but no calls found. File requested from Federal Records Center. Calls found in returned file & submitted to the Court. |
| Catrell, Ronald | 13-20102-CM | Oakley, Brown, Gurney | No | No | | |
| Chirinos, Juan | 12-20112-CM | Krug, Maag, Brown, Gurney | No | No | | |
| Clark, Enoch | 14-20130-02-JAR | Morehead, Sommer, Wood | Yes | Yes | 1/7/2019 | CCA Invest. calls and materials given to the Court in 08/2016 |
| Clifton, Julie | 14-20014-02-KHV | Brown, Capwell, Catania, Gurney, Tomasic, Ward | No | Yes | 1/7/2019 | |
| Collins, Charles E. II | 13-40095-JAR | Hough | No | No | | |
| Contreras, Milton | 15-mj-08037 | Flannigan | No | No | | First Appearance on out of District Case; disregard per FPD |
| Davis, Henry | 13-40115-02-JAR | Brown, Maag | No | No | | |
| Dillow, Stephen | 14-20028-CM | Zabel, Oakley, Tomasic, Brown, Capwell | No | Yes | | E-mail shows calls rec'd but no calls found. |
| Dixon, Dalevon | 14-20130-JAR | Morehead, Sommer, Wood | No | Yes | 1/7/2019 | |
| Ewing, Robert Benjamin Isaac | 13-40005-JAR | Slinkard, Hendershot, Wood | No | No | | |

| Name | Case | Attorneys | | | Date |
|---|---|---|---|---|---|
| Faulkner, Lee | 14-20096-JAR | Zabel, Tomasic, Brown, Capwell, Gurney, Sommer, Wood | No | No | |
| Felix-Gamez, Ricardo | 15-20042-CM | Ward, Brown, Capwell, Gurney | No | Yes | 1/7/2019 |
| Fitzpatrick, Vashawn | 10-40085-RDR   12-40089-JAR | Hendershot, Gurney | No | No | |
| Fondren, Kevin | 14-20011-02-KHV | Brown, Maag, Morehead | No | Yes | 1/7/2019 |
| Forbes, Mendy | 13-20041-KHV | Gurney, Oakley, Wamble | No | Yes | 1/7/2019 |
| Read-Forbes, Mendy | 12-20099-KHV | Gurney, Oakley, Wamble, Wilson | No | Yes | 1/7/2019 |
| Garciga, Lazaro | 12-20066-KHV | Morehead, Maag, Zabel, Brown, Capwell, Gurney | No | No | |
| Giannukos, Jay | 15-20016-CM | Gurney, Morehead | No | Yes | 1/7/2019 |
| Griffin, Damon | 14-20014-KHV | Brown, Capwell, Catania, Gurney, Tomasic, Ward | No | Yes | 1/7/2019 |
| Harssfell, Tyrssverd | 14-20134-CM | Morehead, Brown, Wood | No | Yes | 1/7/2019 |
| Hayes , Dominic N. | 12-20016-CM | Brown, Gurney, Maag, Morehead | No | Yes | 1/7/2019 |
| Hernandez-Hernandez, Jose Luis | 14-20101-JAR | Oakley | No | No | |
| Hohn, Steven | 12-20003-03-CM | Gurney, Morehead | No | Yes | 1/7/2019 |

| Hurtado, Nicholas | 15-20032-CM | Ward, Brown, Capwell, Gurney | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016 |
| --- | --- | --- | --- | --- | --- | --- |
| Huske, Roy | 14-40037-EFM | Slinkard, Maag, Wood | No | No | | |
| Irvin, Tony (Anthony) | 13-20070-05-CM | Capwell, Gurney, Krug, Zabel | No | Yes | 1/7/2019 | |
| Johnson, Booker | 15-40064-DDC | Maag, Wood | No | No | | |
| Kearn, Jonathan | 13-40057-JAR | Kenney | No | No | | Only detained 3 days pre-deten. hrg and then post-sentencing |
| Kleppin, Chad | 16-40031-DDC | Slinkard, Jacobs, A. Smith | No | No | | DEA found Admin. Subpoena for calls, but did not find any calls. |
| Knox, Jemel | 14-20022-JAR   15-20103-JAR | Morehead, Sommer, Gurney, Brown | Yes | Yes | 1/7/2019 | CCA Invest. calls and materials given to the Court in 08/2016 |
| Lamas, Rogelio | 12-20119-CM | Rask, Wilhoft, Brown, Gurney | No | No | | Gov't received partial Call Log from FPD in 2255 hearing in 2017 |
| Lawton, Quentin | 16-40036-DDC | Maag | No | Yes | 1/7/2019 | USMS obtained calls on their own as part of investigation |
| Leonard, Kyser | 13-20065-CM | Tomasic, Capwell, Gurney | No | No | | |
| Lopez-Lopez, Migel | 15-20008-JAR | Zabel, Tomasic, Brown, Capwell | No | No | | Only calls were for def. & Daniel Rivera from Wyco Jail 1-23-15 - 1/25/15 |
| Lougee, David | 14-20068-CM | Morehead, Ward, Patton, Sommer, Gurney | Yes | No, See note | | CCA Invest. Calls and materials given to Court in 08/2016. May be in calls for co-def True. |

| Name | Case No. | Attorneys | | | Date | Notes |
|---|---|---|---|---|---|---|
| Mays, Damian | 12-20141-KHV | Catania, Alford, Krug, Maag, Brown, Grissom, Gurney | No | Yes | 1/7/2019 | |
| McCall, Johnnie | 10-40005-JAR  13-40018-DDC | Hendershot, Maag, Brown, Wood | No | No | | |
| McCarty, John | 14-40129-DDC  14-40121-DDC | Hough, Brown, Capwell, Wood | No | No | | |
| McDowell, Gladstone | 09-20133-JWL | Flannigan, Allman, Gurney, Maag, Rask, D. Smith | No | No | | |
| McPeters, Douglas | 15-20071-CM | Flannigan | No | No | | |
| Mebane, Darus | 16-20041-JAR | Oakley, Brown, Capwell, Clymer, Davids, Kavanaugh, | No | No | | D. Kan recused. Handled by WDMO |
| Mendez-Razo, Luis | 11-20115-CM | Zabel | No | No | | File obtained from Federal Records Center -- no calls found. |
| Miller, Bradley | 13-40025-JAR | Gurney, Mattivi, Maag, Treadway | No | No | | |
| Mitchell, William D | 13-20051-CM | Capwell, Tomasic, Zabel | No | Yes | 2/14/2019 | |
| Molina, Adan | 09-40041-DDC | Hough, Brown, Capwell, Wood | No | No | | |
| Mozingo, Troyton | 12-20016-02-CM | Brown, Gurney, Maag, Morehead | No | Yes | 1/7/2019 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Mumford, Cortez | 15-20069-JAR | Morehead, A. Smith | No | No | | |
| Muth, Dacco | 14-20063-JAR | Gurney, Tomasic | No | No | | |
| Olea-Monarez, Vicencio | 14-20096-JAR | Zabel, Tomasic, Brown, Capwell, Gurney, Sommer, Wood | No | Yes | 2/14/2019 | |
| Orr, Christian Robert | 16-20009-CM | Hunt, Morehead | No | No | | |
| Ortega-Flores, Luis | 12-20066-KHV | Morehead, Maag, Zabel, Brown, Capwell, Gurney | No | Yes | 2/14/2019 | May be duplicates of calls given to Court in 12-20069-KHV |
| Ortega-Flores, Luis | 12-20069-KHV | Catania, Gurney | No | Yes | 1/7/2019 | |
| Pavone, Shawn | 09-20142-JWL | Zabel | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016. File obtained from Federal Records Center -- no calls found. |
| Pavone, Shawn | 15-20019-JAR | Catania, Brown, Capwell, Wood | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016 |
| Phillips, Scott | 14-20001-KHV | Krug | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016 |
| Phommaseng, Petsami | 14-20014-13-JAR 15-20006-JAR 15-20020-JAR | Catania, Tomasic, Ward Capwell, Brown, Gurney, Sommer, Wood | No | Yes | 1/7/2019 | |
| Piggie, Frenklyn | 10-20145-CM | Morehead, Gurney | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016; on SRV in DKAN w/ new drug case in WDMO, so possibly WDMO |

| Name | Case | Co-defendants | Col4 | Col5 | Date | Notes |
|---|---|---|---|---|---|---|
| Rapp, Gregory | 14-20067-CM | Rask, Brown, Flannigan, Tomasic, Wood | Yes | Yes | 1/7/2019 | CCA Invest. calls and materials given to the Court in 08/2016. Co-d Huff's calls also to Court 1/7/19 |
| Reulet, Michelle | 14-40005-03-DDC | Gurney, Maag, Mattivi, A. Smith, Treadway | No | Yes | 1/7/2019 | |
| Rippey, Chrystal | 14-20019-KHV  18-20057-DDC | Oakley, Wamble | No | Yes, see note | | No calls found; e-mail suggests calls obtained and turned over in discovery to Tom Bartee |
| Roark, Jeffery | 15-20042-CM | Ward, Brown, Capwell, Gurney | No | Yes | 1/7/2019 | |
| Roberson, Marcus | 06-40066-JAR  11-40078-JAR | Coody, Maag, Zabel, Brown, Mattivi, Warner, | No | No | | Investigated in CCA ring but was at BOP by time of investigation |
| Robertson, Antonio | See note | Tomasic | No | Yes | 1/7/2019 | While in on WDMo Case# 13-cr-00084 re: Herrera-Zamora |
| Robinson, Robert | 14-20059-JAR  16-20013-JAR | Flannigan, Wamble, Brown, Capwell | No | Yes | 1/7/2019 & 7/11/2019 | Add'l calls & materials found during review of FPD's 2nd List submitted to Court on 7/11/2019 |
| Robinson, Sarah | 15-20089-CM  15-20077-02-CM | Morehead, Wood | No | No | | USMS may have obtained in investigating new crimes at CCA |
| Rockers, Tracy | 12-20003-CM | Morehead, Gurney | No | Yes | 1/7/2019 | |
| Sanders, Brenda | 16-40004-DDC | Jacobs, Mattivi, A. Smith | No | No | | |
| Shutts, Shawn | 14-20014-JAR | Catania, Gurney, Brown, Capwell, Tomasic, Ward | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016 |
| Simons, Lawrence M. | 09-10032-JTM  13-10080-JTM | Metzger | No | No | | |

| Name | Case | Attorneys | | | | Note |
|---|---|---|---|---|---|---|
| Sloan, Clark | 13-40025-02-JAR | Gurney, Maag, Mattivi, Treadway | No | No | | |
| Smith, Juvon | 12-20066-KHV | Morehead, Maag, Gurney, Brown, Capwell, Zabel | No | No | | FPD obtained and admitted call detail report in 2255 hearing |
| Sneed, Shawn | 13-40112-JAR 13-40123-02-JAR | Maag | No | Yes | 1/7/2019 | |
| Soriano, Tino | 12-20072-CM | Catania | No | No | | |
| Soto-Areola, Nicholas | 04-40016-JAR | Hendershot | No | No | | |
| Soto-Camargo, Paola | 14-40128-DDC | Hough, Brown, Capwell, Wood | No | No | | |
| Spaeth, Matthew | 14-20068-CM | Morehead, Gurney, Patton, Sommer, Ward | Yes | See note | | A call request form was found, but no evidence of calls being received |
| Steele, Charles | 14-40077-DDC | Brown, Capwell, Maag, Wood | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016 |
| Stewart, Arlie | 14-20054-JAR | Catania, Tomasic, Gurney | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016 |
| Stewart, Janaya | 12-40044-DDC | Hendershot, Brown, Slinkard | No | No | | |
| Tanner, Donta | 16-20043-CM | Morehead, A. Smith | No | No | | |
| Tatum, Ataven | 12-20066-29-KHV | Brown, Capwell, Gurney, Maag, Morehead, Zabel | No | No | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Thompson, Anthony | 13-40060-10-DDC | Gurney, Maag, Mattivi | No | No | | |
| Tillman, Terry | 13-20070-04-CM | Capwell, Gurney, Krug, Tomasic, Zabel | No | Yes | 1/7/2019 | |
| True, David | 14-20068-03-CM | Gurney, Morehead, Patton, Sommer, Ward | No | Yes | 1/7/2019 | Call report shows four dial out numbers checked and may have included Co-d Lougee |
| Valdez, Hector | 14-20096-JAR | Zabel, Brown, Capwell, Gurney, Sommer, Tomasic, Zabel, Wood | No | No | | |
| Villa-Valencia, Luis | 16-20008-CM | Krug, Gurney | No | Yes | 1/7/2019 | |
| Vincent, Thomas | 03-20003-CM | Flannigan, Maag, Brown, | No | No | | File obtained from Federal Records Center -- no calls found. |
| Wakol, Gregory | 14-40146-EFM | Maag, Wood | No | No | | |
| Wallace, Andre | 16-40008-DDC | Slinkard, A. Smith | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016 |
| Warren, Arrick | 13-20081-CM | Tomasic, Warner, Zabel | No | Yes | 1/7/2019 | |
| Webb, Virock | 11-40078-JAR | Maag, Brown, Mattivi, Warner, | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016 |
| Williams, Anthony Davon | 14-40094-DDC | Hough | No | No | | |
| Williamson, Brett | 13-20011-KHV | Flannigan | No | Yes | 1/7/2019 | Additonal disc of calls and three derivative reports given to the Court 2/14/2019 |

| Wilson, Timothy | 07-20072-JWL | Catania, Maag | No | No | | File obtained from Federal Records Center -- no calls found. |
| --- | --- | --- | --- | --- | --- | --- |
| Wilson, Timothy | 11-20120-CM | Catania | No | No | | File obtained from Federal Records Center -- no calls found. |
| Wilson, Timothy | 15-20081-CM | Ward, Brown, Capwell, Gurney | No | No | | |
| Woods, James Justin | 11-40046-JWL | Slinkard, Maag | No | No | | |
| Wright, Eric | 09-20117-KHV | Krug | No | Yes, see note | | No calls found, but found photo copy of call disc believed to have been given to defense |
| Yan, Wengui | 13-20134-CM | Rask, Resler, D. Smith, Walczewski, Williams | No | No | | |