ATTACHMENT 4

| | |
|---|---|
| **From:** | Shannon, John F. |
| **To:** | Slinkard, Duston (USAKS) |
| **Cc:** | Lenartowicz, David F. (DEA) |
| **Subject:** | FW: Question regarding Jail Calls in USA v. Booker Johnson et al. |
| **Date:** | Wednesday, December 4, 2019 11:55:27 AM |
| **Attachments:** | 2015-08-06-Johnson-email string-rqt by USAO investigator.pdf |
| | 2015-08-25-Johnson-email rqt by USAO.pdf |

Hey Duston,

With regards to the JOHNSON CCA calls I don't have anything to add other than If there is nothing in evidence or memorialized in a DEA-6, my guess is Kim found no evidentiary value.

John

**From:** Lenartowicz, David F. <DFLenartowicz@DEA.USDOJ.GOV>
**Sent:** Friday, November 22, 2019 8:40 AM
**To:** Shannon, John F. <JFShannon@dea.usdoj.gov>; Slinkard, Duston (USAKS) <Duston.Slinkard@usdoj.gov>
**Cc:** Smith, Erik <EXSmith@DEA.USDOJ.GOV>
**Subject:** FW: Question regarding Jail Calls in USA v. Booker Johnson et al.

John, in reference to the below email (IE-15-0025 JOHNSON, Booker) please review the two attached emails strings from TFO Hanika and respond to AUSA Slinkard's three questions in the second paragraph.

Duston, John Shannon was the Group Supervisor for the Topeka office during the time frame documented in the attached emails and is in the best position to address your questions. I did not report to the Topeka Office until Nov 2015. I conducted a review of the electronic case file for IE-15-0025 and to the best of my knowledge I did not find any non-drug exhibits being held as evidence by DEA from CCA (recorded jail call recordings) or any investigative action or evidence generated as a result of any jail call reviews.

A review of the subpoena log documented that three subpoenas were issued to CCA during the time frame of the attached emails. I attached a copy of the three subpoenas for your records.

Let me know if you need anything further.

Regards,

Dave

**From:** Slinkard, Duston (USAKS) <Duston.Slinkard@usdoj.gov>
**Sent:** Thursday, November 21, 2019 4:13 PM
**To:** Lenartowicz, David F. <DFLenartowicz@DEA.USDOJ.GOV>
**Cc:** Maag, Jared (USAKS) <Jared.Maag@usdoj.gov>
**Subject:** Question regarding Jail Calls in USA v. Booker Johnson et al.

Dave,

Attached are copies of the two e-mails I brought down in person. Just to confirm. These were provided to me by the federal public defender, who presumably received them from the Court's special master in the Black / Carter case. Prior to her giving them to me today, I was not aware of them and, as one of the prosecutors on the case do not believe I was ever aware that inmate calls were obtained for Booker Johnson, or any of his co-defendants. I re-confirmed with the other case prosecutor, Jared Maag, and he also did not know that inmate calls had been obtained.

When I came to see you earlier, I asked you to see what information remained in DEA's possession regarding the Booker Johnson case to see if there were 1) any jail call recordings, 2) any materials

that contained information derived from jail call recordings, or 3) any information or materials that shed any light on jail call recordings being obtained in the case.

A few minutes ago, while I was in the process of drafting this e-mail, you stopped by my office and told me that you had reviewed the materials that remained in DEA's possession and did not find any jail call recordings, reports or materials that contained information derived from jail call recordings, or reports or materials that concerned jail calls in the case in anyway. Therefore, please respond to this message either confirming or correcting my understanding of your review and its results so I will have a record of our conversations on the matter.

Thank you for your quick response on looking into this matter.

Thank you,

Duston J. Slinkard
First Assistant U.S. Attorney
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853