IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | No.   16-20032-02-JAR |
| | ) | |
| KARL CARTER, | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

COMES NOW the Plaintiff, United States of America, and hereby gives notice of its intent to appeal the District Court's order entered on the docket on January 28, 2020.  (Doc. 805.)  This notice is timely under Fed. R. App. P. 4(b)(1)(B)(i),

s/  *James A. Brown*
James A. Brown
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that this document was electronically filed on February 27, 2020, with the Clerk of the Court by using the CM/ECF system, which will send a copy of the Notice of Docket Activity to all ECF system participants as of the time of the filing, including to the defendant's counsel of record.

s/  *James A. Brown*
James A. Brown
Assistant United States Attorney