**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
DISTRICT OF KANSAS

| | | |
|---|---|---|
| TIMOTHY M. O'BRIEN<br>CLERK OF COURT<br><br>INGRID A. CAMPBELL<br>CHIEF DEPUTY CLERK<br><br>259 U.S. COURTHOUSE<br>500 STATE AVENUE<br>KANSAS CITY, KANSAS 66101<br>(913) 735-2200 | Kansas City, Kansas<br><br>February 28, 2020 | 204 U.S. COURTHOUSE<br>401 N. MARKET<br>WICHITA, KANSAS 67202<br>(316) 315-4200<br><br>490 U.S. COURTHOUSE<br>444 S.E. QUINCY<br>TOPEKA, KANSAS 66683<br>(785) 338-5400 |

**SEE NOTICE OF ELECTRONIC FILING**

Objector/Government Attorney in their Individual Capacity

Re: USA v Black et al
District Court Case No: 16-20032-JAR
Notice of Appeal filed by: Objector, Dave Zabel
Fee Status: Waived, per 10CCA - Government Attorney in their Individual Capacity

The following documents are for the parties in connection with the Notice of Appeal: Notice of Appeal and Copy of the Docket Sheet.

**OBJECTOR/GOVERNMENT** Counsel for the appellant is instructed to download the "**Initial Appeal Documents and Instructions**" for this appeal from www.ca10.uscourts.gov. In addition, counsel will need to download the "Designation of Record" form from the 10th Circuit web site. Please follow the instructions for Transcript Order Form (for appellant only) and Docketing Statement (for appellant only) regarding counsel's responsibility for compliance. For specific requirements concerning transcripts, records on appeal, briefs and appendices to briefs, please refer to the Federal Rules of Appellate Procedure and the Rules of the Tenth Circuit Court of Appeals. Rules of the Tenth Circuit are available at www.ca10.uscourts.gov.

If you have any questions, please contact the office of the Clerk of the U.S. Court of Appeals in Denver, Colorado at 303.844.3157.

Sincerely,
TIMOTHY M. O'BRIEN
CLERK OF COURT

By: s/Heather Wilkerson
Deputy Clerk

cc: Clerk, U.S. Court of Appeals
(Notice of Appeal, Docket Sheet & Preliminary Record)