

FILED
MAR 13 2020
TIMOTHY M. O'BRIEN CLERK
By_____Deputy

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA

                    Plaintiff,

V.                                          CASE NO. 16-20032-JAR

LORENZO BLACK, ET AL

                    Defendants

## RECEIPT

Receipt is hereby acknowledged of ~~the US Government and~~ KBI for  see below   in the above entitled case.

~~KBI Encrypted copy of Hard Drive HARCFL099983 and HARCFL099984~~
KBI Decrypted copy of Hard drive HARCFL099987 and HARCFL099988

Dated at  Kansas City   this _____ day of   March  ,  2020 .

_Frank Papish_, AD KBI