FILED
United States Court of Appeals
Tenth Circuit

March 31, 2020

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KARL CARTER,

    Defendant.

------------------------------

SCOTT C. RASK,

    Objector - Appellant,

v.

FEDERAL PUBLIC DEFENDER,

    Movant - Appellee.

No. 20-3041
(D.C. No. 2:16-CR-20032-JAR-2)
(D. Kan.)

_____

**ORDER**
_____

This matter is before the court on the parties' *Stipulation of Voluntary Dismissal Pursuant to Federal Rule of Appellate Procedure 42(b)*. The stipulation is construed as a motion for voluntary dismissal, and, so construed, the motion is granted. *See* 10th Cir. R.

27.5(A)(9); Fed. R. App. P. Rule 42(b).

A copy of this order shall stand as and for the mandate of the court.

>Entered for the Court
>CHRISTOPHER M. WOLPERT, Clerk
>
>*[signature]*
>
>by: Lindy Lucero Schaible
>    Counsel to the Clerk