# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF KANSAS

www.ksd.uscourts.gov

TIMOTHY M. O'BRIEN
CLERK
INGRID CAMPBELL
CHIEF DEPUTY CLERK
259 ROBERT J. DOLE U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KANSAS 66101
(913) 735-2200

Kansas City, Kansas

April 10, 2020

204 U.S. COURTHOUSE
401 N. MARKET
WICHITA, KANSAS 67202
(316) 315-4200

490 U.S. COURTHOUSE
444 S.E. QUINCY
TOPEKA, KANSAS 66683
(785) 338-5400

Clerk, U.S. Court of Appeals
 for the Tenth Circuit

USA v Black et al
District Court Case 16-20032-JAR
Circuit Appeal No: 20-3042

Dear Clerk,

Please be advised that the record is complete for the purposes of appeal.

_____   The transcript was filed this date.

_____   A transcript is not necessary for this appeal.

  X    The necessary transcript is all ready on file in the U.S. District Court.

_____   The necessary transcript was ordered previously in appeal #_____.

Sincerely,

TIMOTHY M. O'BRIEN

By:    s/ Yolanda Marzett
          Deputy Clerk

cc: Counsel of Record (**SEE NOTICE OF ELECTRONIC FILING**)