# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                          CASE NO. 16-20032-JAR

LORENZO BLACK, ET AL

                    Defendants

## RECEIPT

Receipt is hereby acknowledged of    Federal Public Defender    for  see below  in the above entitled case.

Two thumb Drives (Envelope 6) of all CCA calls

Dated at  Kansas City  this  20  day of  April ,  2020 .

                                                           *[signature]*

                                                          Federal Public Defender