# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA

                    Plaintiff,

V.                                            CASE NO. 16-20032-JAR

LORENZO BLACK, ET AL

                    Defendants

## RECEIPT

Receipt is hereby acknowledged of _____ the Federal Public Defender's office _____ for _see below_____ in the above entitled case.

Envelope 8 (stored in vault in Clerk's office) containing 4 thumb drives of all CCA calls.

Dated at _Kansas City_____ this _29_ day of _____April_____, _2020_.

_____
Federal Public Defender's office