IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 16-20032-02-JAR |
| ) | |
| **KARL CARTER**, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO UNSEAL TRANSCRIPT**

COMES NOW the United States of America, by and through Steven D. Clymer, Special Attorney, Stephen R. McAllister, United States Attorney for the District of Kansas, and Duston J. Slinkard, First Assistant United States Attorney, and moves the Court to unseal the sealed portions of the transcript for the session of the motion hearing conducted in this matter on May 15, 2018. Doc 482. Three portions of the transcript, pages 223-24, 240-46, and 249-51, corresponding to sidebar conferences, are understood by the government to remain under seal. The government asks the Court to lift the seal so that the entirety of the day's transcript may be available for use without restriction.

The Federal Public Defender and C.J.A. Counsel Guastello were contacted regarding the instant motion and indicated that they would take no position.

WHEREFORE, the United States respectfully requests that the Court enter an order unsealing the sealed portions of the transcript for the session of the motion hearing conducted in this matter on May 15, 2018. Doc 482.

Respectfully submitted,

s/Duston J. Slinkard
Duston J. Slinkard, #21294
First Assistant United States Attorney
444 SE Quincy Street, Room 290
Topeka, KS 66683
Phone: (785) 295-2850
Fax: (785) 295-2853
duston.slinkard@usdoj.gov

CERTIFICATE OF SERVICE

     I hereby certify that on this 15th day of May 2020, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send a notice of the electronic filing to all counsel of record.

s/Duston J. Slinkard
Duston J. Slinkard, #21294
First Assistant United States Attorney