IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 16-20032-02-JAR |
| ) | |
| **KARL CARTER**, ) | |
| ) | |
| Defendant. ) | |

## ORDER TO UNSEAL TRANSCRIPT

This matter comes before the Court on the motion of the United States of America to unseal the sealed portions of the transcript for the session of the motion hearing conducted in this matter on May 15, 2018 (Doc 482). Doc. 843.

The Federal Public Defender and counsel for defendant Carter take no position on the motion.

The Court has reviewed the instant motion and, being fully-advised in the premises, hereby ORDERS that the sealed portions of the transcript for the session of the motion hearing conducted in this matter on May 15, 2018 (Doc 482) are hereby unsealed.

IT IS SO ORDERED.

Dated: May 19, 2020

                                               S/ Julie A. Robinson
                                              JULIE A. ROBINSON
                                              CHIEF UNITED STATES DISTRICT JUDGE