IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 16-20032-02-JAR |
| ) | |
| **KARL CARTER**, ) | |
| ) | |
| Defendant. ) | |

## SUPPLEMENTAL STATUS REPORT OF RECORDED TELEPHONE CALL DISCOVERY

COMES NOW the United States of America, by and through Steven D. Clymer, Special Attorney, Stephen R. McAllister, United States Attorney for the District of Kansas, and Duston J. Slinkard, First Assistant United States Attorney, and provides the Court with the following report on the status of production of recorded telephone call discovery related to the Federal Public Defender ("FPD")'s Motion for Discovery (Doc. 572) and the Court's Order thereupon (Doc. 705):

1. This report supplements the government's Status Report of Recorded Telephone Call Discovery filed August 27, 2019 (Doc. 764) and Supplemental Status Reports of Recorded Discovery filed on October 10, 2019 (Doc. 787), November 14, 2019 (Doc. 799), February 14, 2020 (Doc. 806).

2. Since the filing of the government's last Supplemental Status Report of Recorded Discovery on February 14, 2020 (Doc. 806), the government located additional materials believed to be responsive to the FPD's Phone Discovery Motion and provided those materials to the Court and the FPD as follows:

a. On June 22, 2020, the government delivered materials to the Court, which were accompanied by inventory reports and later obtained and copied by the FPD for the following individuals:

    1) With respect to the FPD's first, in-custody, list – Ronald Cattrell and William Mitchell. *See* Attachment 1.

    2) With respect to the FPD's second, non-custody, list – Oscar Aguilera, Luis Rocha-Tapia, Edna Torres-Gonzalez, and Domingo Uriarte. *See* Attachment 2.

b. On July 6, 2020, the government delivered materials to the Court, which were accompanied by inventories and later obtained and copied by the FPD for the following individuals:

    1) With respect to the FPD's first, in-custody, list – Steven Hohn, Tracy Rockers, and Luis Villa-Valencia. *See* Attachment 3.

    2) With respect to the FPD's second, non-custody, list – Jason Bell, Victor Hugo Flores-Sanchez, Joe Freeman, and Jeffrey B. Jackson. *See* Attachment 4.

c. On July 6, 2020, the government also delivered materials to the Court for Shawn Sneed from the FPD's first, in-custody, list. These materials had been located and copied for production during the physical file review for discovery in the Black-related 2255 matter, 19-2491-JAR-JPO. The copies were provided to the FPD in the government's discovery disclosure on July 1, 2020, and the originals were delivered to the Court on July 6, 2020. *See* Attachments 5 and 6.

3. Because prior disclosure had been made in each of the foregoing matters previously, the disclosure of these additional materials does not change the totals with respect to individuals for whom materials were found and disclosed previously reported to the Court.

> Respectfully submitted,
>
> s/Duston J. Slinkard
> Duston J. Slinkard, #21294
> First Assistant United States Attorney
> 444 SE Quincy Street, Room 290
> Topeka, KS 66683
> Phone: (785) 295-2850
> Fax: (785) 295-2853
> duston.slinkard@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on 18th day of August, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the counsel of record in this case.

> s/Duston J. Slinkard
> Duston J. Slinkard
> First Assistant United States Attorney