# Attachment 1

## Additional CCA Custody Call Information Provided to Court (06/19/2020)

| Name | Case No | AUSA | Materials Produced to Court |
|---|---|---|---|
| Catrell, Ronald | 11-20125-CM | Oakley, Brown, Gurney | 1 CD Containing CCA Calls Labeled - Additional Discovery 6/11/13<br><br>1 CD Containing CCA Calls Labeled Ronald Catrell #21618031 8/9/12-9/7/12 |

| Name | Case No | AUSA | Materials Produced to Court |
|---|---|---|---|
| Mitchell, William D | 13-20051-CM | Capwell, Tomasic, Zabel | 1 DVD labeled<br>Williams Mitchell<br>12/18/2013-3/31/2014<br><br>1 CD labeled<br>William Mitchell<br>5/9/2013-6/18/2013<br><br>1 CD labeled<br>William Mitchell<br>CCA Calls Disc 9<br><br>1 Media Containing CCA calls copied from Cloud and Deleted by TH on 06/19/2020 |