# Additional Material - CCA Calls Non-Custody Inquiry
# Calls/Requests/Summaries/Acknowledgements
# Provided to Court 06/19/2020
# (Kansas City Only)

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT |
|---|---|---|---|---|---|
| AGUILERA (See Urate, Domingo et al) (See KC Don) | Oscar | 2:15-20043 | Gurney, Krug | YES CCA | 1 Media Aguilera CCA Calls; Summary Report; Request for CCA Calls; Also See Media in Uriarte which contains Aguilerea CCA Calls. |
| ROCHA-TAPIA (See KC Don) | Luis | 2:15-20037 | Krug | YES CCA | 1 Media - CCA Calls Rocha-Tapia; Summary Report |
| TORRES-GONZALEZ (Gerardo Casas-Tarim et al) (See KC Don) | Edna | 2:15-20038 | Brown, Capwell, Krug | YES CCA | 1 Media - CCA Calls Torres-Gonzalez; 1 Media - CCA.wav Edna Torres-Gonzalez; Summary Report |
| URIARTE (See KC Don) | Domingo | 2:15-20043 | Gurney, Krug | YES CCA | 1 Media Domingo Uriarte CCA Calls 4/29/15-7/17/15; 1 Media Uriarte CCA Calls Also contains CCA Calls for Aguilera; Summary Report |