Attachment 3

## Additional CCA Custody Call Information (Set 1)
## Provided to Court
## (07/6/2020)

| Name | Case No | AUSA | Materials Produced to Court |
|---|---|---|---|
| Hohn, Steven (Baitey) | 12-20003-03-CM | Gurney, Morehead | 2 media (1 original and 1 copy) containing CCA calls Steven Hohn 02-01-2012-02/20/2012 |
| Rockers, Tracy (Baitey) | 12-20003-CM | Morehead, Gurney | 2 media (1 original and 1 copy) containing CCA calls Tracy Rockers 02-03-2012-02/20/2012 |

| Name | Case No | AUSA | Materials Produced to Court |
|---|---|---|---|
| Villa-Valencia, Luis (Cortez-Morales) | 16-20008-CM | Krug, Gurney | 2 media (1 original and 1 copy) containing CCA calls Louis Villa-Valencia 02-26-2016-03/30/2016<br><br>(SEE DVD from Bell et al Set 2) |