# Additional Material - CCA Calls Non-Custody Inquiry - Set 2
## Calls/Requests/Summaries/Acknowledgements
## Provided to Court 07/06/2020
## (Kansas City Only)

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT |
|---|---|---|---|---|---|
| BELL (See Hector Cortez-Morales et al) (See KC Don) | Jason | 2:16-20008 | Gurney, Krug | | 2 media (1 original and 1 copy) containing CCA Calls for: Bell 02/26-28/2016 Cruz 03/30-31/2016 Garcia 02/26-28/2016 Sierra 02/26-28/2016 Vaka 02/26-27/2016 Villa-Valencia 02/26/2016-03/30/2016 Zamudio 02/26/2016-03-31-2016 |
| FLORES-SANCHEZ (See Perez-Alcala et al) | Victor Hugo | 2:12-20069; 2:12-20066 | Catania, Brown, Capwell, Gurney, Morehead, Maag, Zabel | | 2 media containing CCA Calls for: Victor Flores-Sanchez 05/27/2012-07/09/2012 |
| FREEMAN (See Freemen et al) | Joe | 2:13-20070 | Brown, Capwell, Gurney, Krug, Tomasic, Zabel | | 5 media containing CCA Calls for: Joe Freeman 11/01/2013-12/19/2013 06/06/2013-Present 06/06/2013-Present 06/07/2013-12/28/2013 2 CCA Calls |
| JACKSON (See Freeman et al) | Jeffrey B. | 2:13-20070 | Brown, Capwell, Gurney, Krug, Tomasic, Zabel | | media containing CCA Calls for: Jeffrey Jackson 07/24/2013-10/11/2013 06/07/2013-07/24/2013 |