| | | |
|---|---|---|
| **From:** | Capwell, Carrie (USAKS) | **ATTACHMENT 2** |
| **To:** | Slinkard, Duston (USAKS) | |
| **Cc:** | Smith, Linda (USAKS) 1 | |
| **Subject:** | FW: Are you in the office today? | |
| **Date:** | Friday, October 30, 2020 10:44:34 AM | |

Duston,

Do you want to send email to the court re: the Mendy Forbes calls and then Linda can deliver? (on her last day!!!)

Carrie

---

**From:** Steeby, David (USAKS) <DSteeby@usa.doj.gov>
**Sent:** Friday, October 30, 2020 9:16 AM
**To:** Smith, Linda (USAKS) 1 <LSmith1@usa.doj.gov>
**Cc:** Capwell, Carrie (USAKS) <ccapwell@usa.doj.gov>
**Subject:** RE: Are you in the office today?

The Jail Phone Calls folder has been deleted.

---

**From:** Smith, Linda (USAKS) 1 <LSmith1@usa.doj.gov>
**Sent:** Friday, October 30, 2020 9:07 AM
**To:** Capwell, Carrie (USAKS) <ccapwell@usa.doj.gov>; Steeby, David (USAKS) <DSteeby@usa.doj.gov>
**Subject:** RE: Are you in the office today?

David

We are ready for you to delete these items from the computer. Please let me know when it has been deleted. If you have any questions let me know. Thanks

Linda

**Folder Compare**

Page 1 of 1

Folder Compare
Produced: 10/29/2020 10:24:29 AM

Mode: All
Base folder: U:\KansasCity\Shared\Discovery\Oakley\Forbes_Oakley\Forbes Brian_Oakley\Brian Forbes Discovery\Jail Phone calls

| Name | Size | Modified | Name | Size | Modified |
|---|---|---|---|---|---|
| CCA | | 4/17/2013 1:56:55 PM | | | |
| Dec 17 2012 through March 14 2013 | | 4/17/2013 1:55:47 PM | | | |
| Disc 11 | | 4/17/2013 1:56:04 PM | | | |
| Disc 12 | | 4/17/2013 1:56:15 PM | | | |
| Disc 13 | | 4/17/2013 1:56:19 PM | | | |
| Disc 14 | | 4/17/2013 1:56:25 PM | | | |
| Disc 15 | | 4/17/2013 1:56:36 PM | | | |
| Jan 1 2013 through March 20 2013 | | 4/17/2013 1:56:42 PM | | | |
| March 20 through March 26 2013 | | 4/17/2013 1:56:42 PM | | | |
| Nov 6 through Dec 17 2012 | | 4/17/2013 1:56:55 PM | | | |
| Oct 3 through Nov 6 2012 | | 4/17/2013 1:57:07 PM | | | |
| Leavenworth County Jail | 16,598,754 | 4/17/2013 1:57:09 PM | | | |

**From:** Capwell, Carrie (USAKS) <ccapwell@usa.doj.gov>
**Sent:** Thursday, October 29, 2020 2:57 PM
**To:** Steeby, David (USAKS) <DSteeby@usa.doj.gov>; Smith, Linda (USAKS) 1 <LSmith1@usa.doj.gov>
**Subject:** RE: Are you in the office today?

Linda,
In case this helps . . .

**From:** Steeby, David (USAKS) <DSteeby@usa.doj.gov>
**Sent:** Thursday, October 29, 2020 2:55 PM
**To:** Smith, Linda (USAKS) 1 <LSmith1@usa.doj.gov>
**Cc:** Capwell, Carrie (USAKS) <ccapwell@usa.doj.gov>
**Subject:** RE: Are you in the office today?

Yes, just let me know exactly what folders you need deleted and I can take care of it from anywhere.

**From:** Smith, Linda (USAKS) 1 <LSmith1@usa.doj.gov>
**Sent:** Thursday, October 29, 2020 2:55 PM
**To:** Steeby, David (USAKS) <DSteeby@usa.doj.gov>
**Cc:** Capwell, Carrie (USAKS) <ccapwell@usa.doj.gov>
**Subject:** RE: Are you in the office today?

If I copy some folders to a flash drive can you then delete them from the system as previously done on the CCA Black Calls?

Linda

**From:** Steeby, David (USAKS) <DSteeby@usa.doj.gov>
**Sent:** Thursday, October 29, 2020 2:46 PM
**To:** Smith, Linda (USAKS) 1 <LSmith1@usa.doj.gov>
**Subject:** RE: Are you in the office today?

Working in Topeka today.

**From:** Smith, Linda (USAKS) 1 <LSmith1@usa.doj.gov>
**Sent:** Thursday, October 29, 2020 12:49 PM
**To:** Steeby, David (USAKS) <DSteeby@usa.doj.gov>
**Subject:** Are you in the office today?

Linda

*Linda R. Smith*
USA Secretary/Sprvsy. Legal Assistant
District of Kansas
500 State Ave., Suite 360
Kansas City, KS  66101
E-mail:  Linda.smith2@usdoj.gov
Tele:  913-551-6747