ATTACHMENT 3

| | |
|---|---|
| **From:** | Smith, Linda (USAKS) 1 |
| **To:** | Slinkard, Duston (USAKS) |
| **Subject:** | FW: Additional Materials Subject to the FPD"s Motion for Discovery (Doc. 572) and the Court's Order (Doc. 705) in Black |
| **Date:** | Friday, October 30, 2020 12:06:12 PM |

Duston,

The Envelope was delivered to Bonnie Wiest in Judge Robinson's Chambers.  Thanks.

Linda

**From:** Bonnie Wiest <Bonnie_Wiest@ksd.uscourts.gov>
**Sent:** Friday, October 30, 2020 11:14 AM
**To:** Slinkard, Duston (USAKS) <DSlinkard@usa.doj.gov>; Lauren Lowry <Lauren_Lowry@ksd.uscourts.gov>
**Cc:** Melody Brannon <Melody_Brannon@fd.org>; Kirk Redmond <Kirk_Redmond@fd.org>; Lydia Krebs <Lydia_Krebs@fd.org>; Clymer, Steven D. (USANYN) <SClymer@usa.doj.gov>; McAllister, Stephen (USAKS) <SMcAllister@usa.doj.gov>; Capwell, Carrie (USAKS) <ccapwell@usa.doj.gov>; Smith, Linda (USAKS) 1 <LSmith1@usa.doj.gov>
**Subject:** RE: Additional Materials Subject to the FPD's Motion for Discovery (Doc. 572) and the Court's Order (Doc. 705) in Black

Thank you Duston for the birthday wish.  I will be here until noon so if Linda would like to come up this morning, that would be great.  If not, our law clerk, Joy Merklen, will be here this afternoon.

**From:** Slinkard, Duston (USAKS) <Duston.Slinkard@usdoj.gov>
**Sent:** Friday, October 30, 2020 11:12 AM
**To:** Bonnie Wiest <Bonnie_Wiest@ksd.uscourts.gov>; Lauren Lowry <Lauren_Lowry@ksd.uscourts.gov>
**Cc:** Melody Brannon <Melody_Brannon@fd.org>; Kirk Redmond <Kirk_Redmond@fd.org>; Lydia Krebs <Lydia_Krebs@fd.org>; Clymer, Steven D. (USANYN) <Steven.D.Clymer@usdoj.gov>; McAllister, Stephen (USAKS) <Stephen.McAllister@usdoj.gov>; carrie.capwell_usdoj.gov <Carrie.Capwell@usdoj.gov>; Smith, Linda (USAKS) 1 <Linda.Smith2@usdoj.gov>
**Subject:** Additional Materials Subject to the FPD's Motion for Discovery (Doc. 572) and the Court's Order (Doc. 705) in Black

**CAUTION - EXTERNAL:**

Bonnie and Lauren,

First of all, Happy Birthday, Bonnie!

Second, We have some additional materials ready to deliver to the Court related to the FPD's phone call discovery motion in Black. Linda has them ready to deliver, with the usual inventory report (a copy is attached), and I will subsequently file a supplemental status report. All of these materials concern Mendy Read-Forbes from the FPD's first list, and as near as we can tell they are likely duplicative of materials already provided to the Court. As has been the practice in the past, we have no objection to the FPD obtaining these materials from the Court to duplicate them. Will anyone be available to take delivery today?

Thank you,
Duston J. Slinkard
First Assistant U.S. Attorney
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.