# Additional CCA Custody Call Information (Set 1)
# Provided to Court
# (10/30/2020)

| Name | Case No | AUSA | Materials Produced to Court |
|---|---|---|---|
| Forbes, Mendy | 13-20041-KHV | | 1 Media containing CCA Jail Calls and LV Jail Calls copied from Computer and deleted |