IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 16-20032-01-03-JAR |
| LORENZO BLACK and ) ATHON AIONO, ) | |
| Defendants. ) | |

## FINAL ORDER OF FORFEITURE

Before the Court is the United States' Motion for a Final Order of Forfeiture. (Doc. 849).

For good cause shown, the Court grants the United States' Motion for a Final Order of Forfeiture. (Doc. 849).

WHEREAS, on June 1, 2017, this Court entered separate Preliminary Orders of Forfeiture regarding Lorenzo Black and Anthon Aiono that forfeited the following property, subject to third party claims:

- A. $2,400.00 in United States currency;
- B. $2,790.00 in United States currency; and
- C. A Silver 2004 Dodge Neon, VIN# 1B3ES56C64D527099.

WHEREAS, notice was published on an official government internet website, www.forfeiture.gov, for at least thirty consecutive days, beginning on August 22, 2018, of the United States' intent to dispose of the property in accordance with the law, and, further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the property;

WHEREAS, notice of forfeiture was sent to those known to the United States who might have an interest in the forfeited property; and,

WHEREAS, it appears from the record that no petitions or claims, contested or otherwise, have been filed;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. All right, title and interest to the property described above is hereby condemned, forfeited to, and vested in the United States of America, and shall be disposed of according to law.

2. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

**IT IS SO ORDERED.**

Dated: November 13, 2020

                                        S/ Julie A. Robinson  
                                        JULIE A. ROBINSON  
                                        CHIEF UNITED STATES DISTRICT JUDGE