UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert  
Clerk of Court

Jane K. Castro  
Chief Deputy Clerk

May 26, 2021

Mr. Timothy M. O'Brien  
United States District Court for the District of Kansas  
Office of the Clerk  
500 State Avenue, Room 259  
Robert J. Dole U.S. Courthouse  
Kansas City, KS 66101

**RE:** 20-3042, United States v. Carter  
Dist/Ag docket: 2:16-CR-20032-JAR-2

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's May 4, 2021 judgment takes effect this date.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert  
Clerk of Court

cc: Melody Brannon  
James A. Brown  
William A. Glaser  
Paige Nichols

CMW/sls