IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 16-20032-02-JAR |
| **KARL CARTER**, | ) ) ) |
| Defendant. | ) ) |

## SUPPLEMENTAL STATUS REPORT OF RECORDED TELEPHONE CALL DISCOVERY

COMES NOW the United States of America, by and through Steven D. Clymer, Special Attorney, and Duston J. Slinkard, Acting United States Attorney for the District of Kansas, and provides the Court with the following report on the status of production of recorded telephone call discovery related to the Federal Public Defender ("FPD")'s Motion for Discovery (Doc. 572) and the Court's Order thereupon (Doc. 705):

1. This report supplements the government's Status Report of Recorded Telephone Call Discovery filed August 27, 2019 (Doc. 764) and Supplemental Status Reports of Recorded Discovery filed on October 10, 2019 (Doc. 787), November 14, 2019 (Doc. 799), February 14, 2020 (Doc. 806), August 18, 2020 (Doc. 846), and October 30, 2020 (Doc. 848).

2. Since the filing of the government's last Supplemental Status Report of Recorded Discovery on October 30, 2020 (Doc. 848), the government located additional materials believed to be responsive to the FPD's Phone Discovery Motion.

3. Specifically, on July 1, 2021, while preparing for the upcoming evidentiary hearing on the 28 U.S.C. § 2255 petition filed in *Steven M. Hohn v. United States*, Case No. 19-2082-JAR-

JPO,[1] Criminal Chief Carrie N. Capwell spoke with DEA Task Force Officer and Johnson County Sheriff's Office Deputy Christopher Farkes to obtain documentation relating to Petitioner Hohn's jail calls, including copies of the administrative subpoenas used to obtain Petitioner Hohn's jail calls while he was incarcerated at Corrections Corporation of America ("CCA") in Leavenworth, Kansas (now "CoreCivic").

4. Later on July 1, 2021, Officer Farkes sent Criminal Chief Capwell the documentation he was able to locate, including the administrative subpoenas and related reports, as well as a log of the evidence currently held by the DEA in connection with *United States v. Robert Baitey et al.*, Case No. 12-20003-JWL, in which Petitioner Hohn was defendant #3 (Attachment 1). After reviewing the evidence log, Criminal Chief Capwell identified four exhibits that appeared to be recordings of jail calls for two individuals listed on the FPD's first, in-custody list: Petitioner Hohn, DEA Exhibits N-2 and N-8, and Tracy Rockers, defendant #5 in the *Baitey* prosecution, DEA Exhibits N-6 and N-9.

5. Criminal Chief Capwell notified the undersigned, and it was determined the four exhibits, which appeared likely to be duplicates of items already disgorged to the Court and provided to the FPD in connection with FPD's Motion for Discovery (Doc. 572) and the Court's Order thereupon (Doc. 705),[2] should be obtained and disgorged to the Court as soon as possible. Criminal Chief Capwell requested that Officer Farkes remove the four exhibits from the DEA vault and deliver them to the USAO on July 2, 2021.

---

[1] The associated criminal prosecution is *United States v. Steven M. Hohn,* Case No. 12-20003-03-JAR. Hohn's petition is also included in *In re: CCA Recordings 2255 Litigation*, Case No. 19-2491-JAR-JPO.

[2] *See* Status Report of Recorded Telephone Call Discovery (Doc. 764) at ¶ 11.d. and Attachment 6, detailing delivery of items for Hohn and Rockers on January 7, 2019, and Supplemental Status Report of Recorded Telephone Call Discovery (Doc. 846) at ¶ 2.b.1. and Attachment 3, detailing delivery of items for Hohn and Rockers on July 6, 2020.

6. On the morning on July 2, 2021, Officer Farkes delivered the four exhibits, which remained sealed in evidence envelopes with signed seals bearing the dates of March 1, 2012 (DEA Exhibits N-2 and N-6), and April 25, 2012 (DEA Exhibits N-8 and N-9), to Criminal Chief Capwell, who signed a Form DEA-12 receipt for the exhibits. Along with the four sealed exhibits, Officer Farkes brought four one-page printouts, one per exhibit, reflecting each of the exhibits' status and history in the DEA evidence tracking system (Attachments 2-5).

7. The undersigned then called the Court's chambers to determine if anyone was available to take delivery, following up with an e-mail to the Court's staff and Mr. Hohn's counsel describing the materials to be delivered and requesting a time for delivery (Attachment 6). Delivery was arranged, and the four sealed exhibits, along with copies of the Form DEA-12 receipt and the four DEA Evidence Tracking System printouts were delivered to the Court just after 1:30 p.m. on July 2, 2021 (Attachment 7). At the time of the delivery, the Court's law clerk signed the Form DEA-12 receipt for the exhibits, retaining a copy of the signed form (Attachment 8).

8. Because prior disclosure had been made with respect to both Mr. Hohn and Ms. Rockers, the disclosure of these additional materials does not change the total of individuals for whom materials were found and disclosed previously reported to the Court.

    Respectfully submitted,

    s/Duston J. Slinkard
    Duston J. Slinkard, #21294
    Acting United States Attorney
    444 SE Quincy Street, Room 290
    Topeka, KS 66683
    Phone: (785) 295-2850
    Fax: (785) 295-2853
    duston.slinkard@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on 6th day of July 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the counsel of record in this case.

                                                s/Duston J. Slinkard
                                                Duston J. Slinkard
                                                Acting United States Attorney