U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 2

| 1. Program Code | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| | ☐ | | | |

| 5. By: C.S Farkes, TFO | | | 6. File Title |
|---|---|---|---|
| At: Kansas City DO | ☐ | | BAITEY, Robert |
| | ☐ | | |
| | ☐ | | |
| 7. ☐ Closed ☐ Requested Action Completed | ☐ | | 8. Date Prepared |
| ☐ Action Requested By: | | | 01-29-2012 |

9. Other Officers:

10. Report Re: Acquisition of Non-Drug Exhibit N-1 on January 26, 2012

## DETAILS

1. On January 25, 2012, TFO Farkes faxed a copy of Administrative Subpoena #IE-12-300657 to Sgt. Matt Collins of the Leavenworth, Kansas Corrections Corporation of America (CCA) Detention Facility. The subpoena requested digital copies of all telephone calls placed by Robert Marvin BAITEY III from December 20, 2011 thru January 25, 2012 as well as supporting documentation.

2. On January 26, 2012, TFO Farkes responded to CCA and acquired a compact disk containing BAITEY's telephone calls along with supporting documentation as requested in the subpoena from Sgt. Collins. The requested materials were identified as Non-Drug Exhibit N-1.

3. TFO Farkes transported exhibit N-1 to the DEA Kansas City District Office (KCDO) where TFO Farkes secured N-1.

4. On January 29, 2012, TFO Farkes processed Non-Drug Exhibit N-1 as evidence as witnessed by SA Kline. TFO Farkes then again secured N-1 within the KCDO.

5. On January 30, 2012, TFO Farkes relinquished custody of N-1 to the Non-Drug Evidence Custodian for safekeeping.

| 11. Distribution: | 12. Signature (Agent) | 13. Date |
|---|---|---|
| Division | | 01-29-2012 |
| | Christopher S Farkes, TFO | |
| District | 14. Approved (Name and Title) | 15. Date |
| Other | /s/ John R Schrock, GS | 02-01-2012 |

| DEA Form    - 6 | **DEA SENSITIVE** |
|---|---|
| (Jul. 1996) | **Drug Enforcement Administration** |

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION | 1. File No. ███████ | 2. G-DEP Identifier ████ |
|---|---|---|
| *(Continuation)* | 3. File Title BAITEY, Robert | |
| 4. Page 2 of 2 | | |
| 5. Program Code ███████ | 6. Date Prepared 01-29-2012 | |

## CUSTODY OF EVIDENCE

**Non-Drug Exhibit N-1** – a compact disk with recorded inmate telephone calls placed by Robert Marvin BAITEY III and paper documentation supporting the telephone call records – Non-Drug Exhibit N-1 was acquired by TFO Farkes on January 26, 2012 pursuant to DEA Administrative Subpoena #IE-12-300657 issued on January 25, 2012 and served on Sgt. Matt Collins of Corrections Corporation of America located in Leavenworth, Kansas.  TFO Farkes maintained care, custody and control of N-1 and transported N-1 to the DEA KCDO.  TFO Farkes secured N-1 within the KCDO until January 29, 2012 at which time TFO Farkes processed N-1 as evidence as witnessed by SA Kline. TFO Farkes again secured N-1 within the KCDO until January 30, 2012 at which time TFO Farkes relinquished custody of N-1 to the Non-Drug Evidence Custodian for safekeeping.

## INDEXING

1. **BAITEY, Robert Marvin III** – ███████████ ; REMARKS: No new information for NADDIS at this time.

DEA Form      - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION | | Page 1 of 5 | |
|---|---|---|---|
| 1. Program Code ▓▓▓▓ | 2. Cross     Related Files     File ☐ ☐ ☐ ☐ ☐ | 3. File No. ▓▓▓▓▓ | 4. G-DEP Identifier ▓▓▓▓ |
| 5. By: C.S Farkes, TFO     At: Kansas City DO | | 6. File Title BAITEY, Robert | |
| 7. ☐ Closed  ☐ Requested Action Completed      ☐ Action Requested By: | | 8. Date Prepared 03-01-2012 | |
| 9. Other Officers: Johnson County (Kansas) Sheriff's Deputy P. Williams | | | |
| 10. Report Re: Acquisition of Non-Drug Exhibits N-2 thru N-6 on March 1, 2012 | | | |

SYNOPSIS

On March 1, 2012, pursuant to DEA Administrative Subpoena #IE-12-383463, TFO Farkes acquired Non-Drug Exhibits N-2 thru N-6.

DETAILS

1. On February 17, 2012, TFO Farkes served DEA Administrative Subpoena #IE-12-383463 on Corrections Corporation of America located at 100 Highway Terrace, Leavenworth, Kansas requesting the inmate telephone records and supporting documentation for Robert BAITEY III, Tracy ROCKERS, Steven HOHN, Ronnie MORELAN and Michael QUICK. At the request of CCA-Leavenworth Sgt. Matt Collins, initial service was made via fax.

2. On February 21, 2012, Johnson County Sheriff's Office Deputy Perry Williams responded to CCA-Leavenworth and took custody of the requested data which included one compact disk and one set of paper documentation for each of the five subjects.

3. Deputy Williams maintained care, custody and control of the items in accordance with JCSO policy and procedure until March 1, 2012.    On

| 11.  Distribution:      Division      District      Other | 12. Signature (Agent)      Christopher S Farkes, TFO | 13. Date 03-01-2012 |
|---|---|---|
| | 14. Approved (Name and Title)      /s/ John R Schrock, GS | 15. Date 03-07-2012 |

DEA Form    - 6
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No. ▮▮▮ | 2. G-DEP Identifier ▮▮▮ |
|---|---|---|
| | 3. File Title BAITEY, Robert | |

4.
Page  2  of  5

| 5. Program Code ▮▮▮ | 6. Date Prepared 03-01-2012 |
|---|---|

that date, Deputy Williams transported the items to the KCDO where he
relinquished custody of the items to TFO Farkes.

4. TFO Farkes took custody of one compact disk containing telephone
calls placed by HOHN while in CCA-Leavenworth custody along with
supporting documentation.  This item was subsequently identified as
Non-Drug Exhibit N-2.

5. TFO Farkes took custody of one compact disk containing telephone
calls placed by QUICK while in CCA-Leavenworth custody along with
supporting documentation.  This item was subsequently identified as
Non-Drug Exhibit N-3.

6. TFO Farkes took custody of one compact disk containing telephone
calls placed by BAITEY while in CCA-Leavenworth custody along with
supporting documentation.  This item was subsequently identified as
Non-Drug Exhibit N-4.

7. TFO Farkes took custody of one compact disk containing telephone
calls placed by MORELAN while in CCA-Leavenworth custody along with
supporting documentation.  This item was subsequently identified as
Non-Drug Exhibit N-5.

8. TFO Farkes took custody of one compact disk containing telephone
calls placed by ROCKERS while in CCA-Leavenworth custody along with
supporting documentation.  This item was subsequently identified as
Non-Drug Exhibit N-6.

9. TFO Farkes processed Non-Drug Exhibits N-2 thru N-6 as witnessed by
Deputy Williams.  TFO Farkes maintained care, custody and control of
Non-Drug Exhibits N-2 thru N-6 and secured the exhibits within the
KCDO.  On March 6, 2012, TFO Farkes relinquished custody of Non-Drug
Exhibits N-2 thru N-6 to the custody of the Non-Drug Evidence
Custodian for safekeeping.

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No. [REDACTED] | 2. G-DEP Identifier [REDACTED] |
|---|---|---|
| | 3. File Title BAITEY, Robert | |
| 4. Page 3 of 5 | | |
| 5. Program Code [REDACTED] | 6. Date Prepared 03-01-2012 | |

## CUSTODY OF EVIDENCE

**Non-Drug Exhibit N-2** – a compact disk with recorded inmate telephone calls placed by Steven HOHN and paper documentation supporting the telephone call records – Non-Drug Exhibit N-2 was acquired by TFO Farkes on March 1, 2012 pursuant to DEA Administrative Subpoena #IE-12-383463 issued on February 17, 2012 and served on Sgt. Matt Collins of Corrections Corporation of America located in Leavenworth, Kansas. Deputy Williams of the Johnson County, Kansas Sheriff's Office had originally received N-2 from CCA-Leavenworth Sgt. Collins on February 21, 2012 and had maintained custody of N-2 in accordance with JCSO policy and procedures until March 1, 2012 at which time Deputy Williams relinquished custody of N-2 to TFO Farkes at the KCDO. On March 1, 2012, TFO Farkes processed N-2 as evidence as witnessed by Deputy Williams. TFO Farkes secured N-2 within the KCDO until March 6, 2012 at which time TFO Farkes relinquished custody of N-2 to the Non-Drug Evidence Custodian for safekeeping.

**Non-Drug Exhibit N-3** – a compact disk with recorded inmate telephone calls placed by Michael QUICK and paper documentation supporting the telephone call records – Non-Drug Exhibit N-3 was acquired by TFO Farkes on March 1, 2012 pursuant to DEA Administrative Subpoena #IE-12-383463 issued on February 17, 2012 and served on Sgt. Matt Collins of Corrections Corporation of America located in Leavenworth, Kansas. Deputy Williams of the Johnson County, Kansas Sheriff's Office had originally received N-3 from CCA-Leavenworth Sgt. Collins on February 21, 2012 and had maintained custody of N-3 in accordance with JCSO policy and procedures until March 1, 2012 at which time Deputy Williams relinquished custody of N-3 to TFO Farkes at the KCDO. On March 1, 2012, TFO Farkes processed N-3 as evidence as witnessed by Deputy Williams. TFO Farkes secured N-3 within the KCDO until March 6, 2012 at which time TFO Farkes relinquished custody of N-3 to the Non-Drug Evidence Custodian for safekeeping.

**Non-Drug Exhibit N-4** – a compact disk with recorded inmate telephone calls placed by Robert M. BAITEY III and paper documentation supporting the telephone call records – Non-Drug Exhibit N-4 was acquired by TFO Farkes on March 1, 2012 pursuant to DEA Administrative Subpoena #IE-12-383463

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION | 1. File No. ▮▮▮▮▮▮ | 2. G-DEP Identifier ▮▮▮▮ |
|---|---|---|
| *(Continuation)* | 3. File Title BAITEY, Robert | |
| 4. Page 4 of 5 | | |
| 5. Program Code ▮▮▮▮ | 6. Date Prepared 03-01-2012 | |

issued on February 17, 2012 and served on Sgt. Matt Collins of Corrections
Corporation of America located in Leavenworth, Kansas. Deputy Williams of
the Johnson County, Kansas Sheriff's Office had originally received N-4
from CCA-Leavenworth Sgt. Collins on February 21, 2012 and had maintained
custody of N-4 in accordance with JCSO policy and procedures until March
1, 2012 at which time Deputy Williams relinquished custody of N-4 to TFO
Farkes at the KCDO. On March 1, 2012, TFO Farkes processed N-4 as evidence
as witnessed by Deputy Williams. TFO Farkes secured N-4 within the KCDO
until March 6, 2012 at which time TFO Farkes relinquished custody of N-4
to the Non-Drug Evidence Custodian for safekeeping.

**Non-Drug Exhibit N-5** – a compact disk with recorded inmate telephone calls
placed by Ronnie MORELAN and paper documentation supporting the telephone
call records – Non-Drug Exhibit N-5 was acquired by TFO Farkes on March 1,
2012 pursuant to DEA Administrative Subpoena #IE-12-383463 issued on
February 17, 2012 and served on Sgt. Matt Collins of Corrections
Corporation of America located in Leavenworth, Kansas. Deputy Williams of
the Johnson County, Kansas Sheriff's Office had originally received N-5
from CCA-Leavenworth Sgt. Collins on February 21, 2012 and had maintained
custody of N-5 in accordance with JCSO policy and procedures until March
1, 2012 at which time Deputy Williams relinquished custody of N-5 to TFO
Farkes at the KCDO. On March 1, 2012, TFO Farkes processed N-5 as evidence
as witnessed by Deputy Williams. TFO Farkes secured N-5 within the KCDO
until March 6, 2012 at which time TFO Farkes relinquished custody of N-5
to the Non-Drug Evidence Custodian for safekeeping.

**Non-Drug Exhibit N-6** – a compact disk with recorded inmate telephone calls
placed by Tracy ROCKERS and paper documentation supporting the telephone
call records – Non-Drug Exhibit N-6 was acquired by TFO Farkes on March 1,
2012 pursuant to DEA Administrative Subpoena #IE-12-383463 issued on
February 17, 2012 and served on Sgt. Matt Collins of Corrections
Corporation of America located in Leavenworth, Kansas. Deputy Williams of
the Johnson County, Kansas Sheriff's Office had originally received N-6
from CCA-Leavenworth Sgt. Collins on February 21, 2012 and had maintained
custody of N-6 in accordance with JCSO policy and procedures until March
1, 2012 at which time Deputy Williams relinquished custody of N-6 to TFO
Farkes at the KCDO. On March 1, 2012, TFO Farkes processed N-6 as evidence
as witnessed by Deputy Williams. TFO Farkes secured N-6 within the KCDO

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION *(Continuation)* | 1. File No. ▮▮▮▮▮▮ | 2. G-DEP Identifier ▮▮▮▮ |
|---|---|---|
| | 3. File Title BAITEY, Robert | |

| 4. Page  5  of  5 | |
|---|---|
| 5. Program Code ▮▮▮▮▮ | 6. Date Prepared 03-01-2012 |

until March 6, 2012 at which time TFO Farkes relinquished custody of N-6 to the Non-Drug Evidence Custodian for safekeeping.


## INDEXING

1. **BAITEY, ROBERT M III** – ▮▮▮▮▮▮▮▮▮; REMARKS: No new information for NADDIS at this time.

2. **HOHN, Steven M** – ▮▮▮▮▮▮▮▮; REMARKS: No new information for NADDIS at this time.

3. **ROCKERS, Tracy Nicole** – ▮▮▮▮▮▮▮▮; REMARKS: No new information for NADDIS at this time.

4. **QUICK, Michael Curtis** – ▮▮▮▮▮▮▮▮; REMARKS: No new information for NADDIS at this time.

5. **MORELAN, Ronnie Dean** – ▮▮▮▮▮▮▮▮; REMARKS: No new information for NADDIS at this time.

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 4

| 1. Program Code | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: C.S Farkes, TFO  At: Kansas City DO | ☐ ☐ ☐ ☐ | | 6. File Title  BAITEY, Robert | |
| 7. ☐ Closed ☐ Requested Action Completed  ☐ Action Requested By: | ☐ ☐ | | 8. Date Prepared  04-26-2012 | |

9. Other Officers: TFO Justine Mielke; GS John Schrock

10. Report Re: Acquisition of Non-Drug Exhibits N-7, N-8 and N-9 on April 24, 2012

### SYNOPSIS

On April 23, 2012, pursuant to DEA Administrative Subpoena # IE-12-581627, TFO Farkes acquired Non-Drug Exhibits N-7 thru N-9.

### DETAILS

1. On April 23, 2012, TFO Farkes served DEA Administrative Subpoena #IE-12-581627 on Corrections Corporation of America located at 100 Highway Terrace, Leavenworth, Kansas requesting the inmate telephone records and supporting documentation for Tracy ROCKERS, Steven HOHN, and Michael QUICK. At the request of CCA-Leavenworth Sgt. Matt Collins, initial service was made via fax.

2. On April 24, 2012, Task Force Officers Farkes and Mielke responded to CCA-Leavenworth and took custody of the requested data which included one compact disk and one set of paper documentation for each of the three subjects.

3. TFO Farkes maintained care, custody and control of the items and transported the evidence to the DEA KCDO. On that date, TFO Farkes secured the items, later identified as Non-Drug Exhibits N-7, N-8 and

| 11. Distribution:  Division  District  Other | 12. Signature (Agent)  Christopher S Farkes, TFO | 13. Date  04-26-2012 |
|---|---|---|
| | 14. Approved (Name and Title)  /s/ John R Schrock, GS | 15. Date  04-26-2012 |

DEA Form    - 6
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION *(Continuation)* | 1. File No. ▇▇▇▇▇▇ | 2. G-DEP Identifier ▇▇▇▇ |
|---|---|---|
| 4.<br>**Page  2  of  4** | 3. File Title<br>BAITEY, Robert | |
| 5. Program Code ▇▇▇▇ | 6. Date Prepared<br>04-26-2012 | |

N-9 within a secure temporary non-drug locker, as witnessed by TFO Mielke, to which TFO Farkes retained the only key.

4. On April 25, 2012, TFO Farkes removed Non-Drug Exhibits N-7, N-8 and N-9 from the temporary non-drug locker, as witnessed by GS Schrock. TFO Farkes then processed Non-Drug Exhibits N-7, N-8 and N-9 as witnessed by TFO Mielke.  Non-Drug Exhibit N-7 consists of one compact disk containing telephone calls placed by QUICK while in CCA-Leavenworth custody along with supporting documentation.  Non-Drug Exhibit N-8 consists of one compact disk containing telephone calls placed by HOHN while in CCA-Leavenworth custody along with supporting documentation.  Non-Drug Exhibit N-9 consists of one compact disk containing telephone calls placed by ROCKERS while in CCA-Leavenworth custody along with supporting documentation.  TFO Farkes then again secured Non-Drug Exhibits N-7, N-8 and N-9 within the secure temporary non-drug locker as witnessed by TFO Mielke.

5. On April 26, 2012, TFO Farkes removed Non-Drug Exhibits N-7, N-8 and N-9 from the temporary non-drug locker, as witnessed by TFO Mielke. At that time, TFO Farkes relinquished custody of Non-Drug Exhibits N-7, N-8 and N-9 to the custody of the Non-Drug Evidence Custodian for safekeeping.

## CUSTODY OF EVIDENCE

**Non-Drug Exhibit N-7** – a compact disk with recorded inmate telephone calls placed by Michael QUICK and paper documentation supporting the telephone call records – Non-Drug Exhibit N-7 was acquired by TFO Farkes on April 24, 2012 pursuant to DEA Administrative Subpoena # IE-12-581627 issued on April 23, 2012 and served on Sgt. Matt Collins of Corrections Corporation

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| *(Continuation)* | 3. File Title<br>BAITEY, Robert | |
| 4.<br>Page   3   of   4 | | |
| 5. Program Code | 6. Date Prepared<br>04-26-2012 | |

of America located in Leavenworth, Kansas.  TFO Farkes took custody of N-7 from CCA-Leavenworth Sgt. Collins on April 24, 2012 as witnessed by TFO Mielke.    TFO  Farkes  maintained  care,  custody  and  control  of  N-7  and transported  N-7  to  the  KCDO.    TFO  Farkes  secured  N-7  within  a  secure temporary  non-drug  locker  as  witnessed  by  TFO  Mielke.  On  April  25,  2012, TFO  Farkes  removed  N-7  from  the  temporary  locker  as  witnessed  by  GS Schrock.   TFO  Farkes  then  processed  N-7  as  evidence  as  witnessed  by  TFO Mielke.     On  that  same  date,  TFO  Farkes  returned  N-7  to  the  secure temporary  non-drug  locker  as  witnessed  by  TFO  Mielke.  On  April  26,  2012, TFO  Farkes  removed  N-7  from  the  temporary  non-drug  locker  as  witnessed  by TFO  Mielke.    TFO  Farkes  then  relinquished  custody  of  N-7  to  the  Non-Drug Evidence Custodian for safekeeping.

**Non-Drug Exhibit N-8** – a compact disk with recorded inmate telephone calls placed  by  Steven  HOHN  and  paper  documentation  supporting  the  telephone call  records  –  Non-Drug  Exhibit  N-8  was  acquired  by  TFO  Farkes  on  April 24, 2012 pursuant to DEA Administrative Subpoena # ·IE-12-581627 issued on April  23,  2012  and  served  on  Sgt.  Matt  Collins  of  Corrections  Corporation of  America  located  in  Leavenworth,  Kansas.    TFO  Farkes  took  custody  of  N-8 from  CCA-Leavenworth  Sgt.  Collins  on  April  24,  2012  as  witnessed  by  TFO Mielke.    TFO  Farkes  maintained  care,  custody  and  control  of  N-8  and transported  N-8  to  the  KCDO.    TFO  Farkes  secured  N-8  within  a  secure temporary  non-drug  locker  as  witnessed  by  TFO  Mielke.  On  April  25,  2012, TFO  Farkes  removed  N-8  from  the  temporary  locker  as  witnessed  by  GS Schrock.   TFO  Farkes  then  processed  N-8  as  evidence  as  witnessed  by  TFO Mielke.     On  that  same  date,  TFO  Farkes  returned  N-8  to  the  secure temporary  non-drug  locker  as  witnessed  by  TFO  Mielke.  On  April  26,  2012, TFO  Farkes  removed  N-8  from  the  temporary  non-drug  locker  as  witnessed  by TFO  Mielke.    TFO  Farkes  then  relinquished  custody  of  N-8  to  the  Non-Drug Evidence Custodian for safekeeping.

**Non-Drug Exhibit N-9** – a compact disk with recorded inmate telephone calls placed  by  Tracy  ROCKERS  and  paper  documentation  supporting  the  telephone call  records  –  Non-Drug  Exhibit  N-9  was  acquired  by  TFO  Farkes  on  April

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| *(Continuation)* | ████████ | ████████ |
| | 3. File Title | |
| | BAITEY, Robert | |
| 4. Page 4 of 4 | | |
| 5. Program Code ████ | 6. Date Prepared 04-26-2012 | |

24, 2012 pursuant to DEA Administrative Subpoena # IE-12-581627 issued on April 23, 2012 and served on Sgt. Matt Collins of Corrections Corporation of America located in Leavenworth, Kansas. TFO Farkes took custody of N-9 from CCA-Leavenworth Sgt. Collins on April 24, 2012 as witnessed by TFO Mielke. TFO Farkes maintained care, custody and control of N-9 and transported N-9 to the KCDO. TFO Farkes secured N-9 within a secure temporary non-drug locker as witnessed by TFO Mielke. On April 25, 2012, TFO Farkes removed N-9 from the temporary locker as witnessed by GS Schrock. TFO Farkes then processed N-9 as evidence as witnessed by TFO Mielke. On that same date, TFO Farkes returned N-9 to the secure temporary non-drug locker as witnessed by TFO Mielke. On April 26, 2012, TFO Farkes removed N-9 from the temporary non-drug locker as witnessed by TFO Mielke. TFO Farkes then relinquished custody of N-9 to the Non-Drug Evidence Custodian for safekeeping.

## INDEXING

1. **BAITEY, ROBERT M III** — ████████████; REMARKS: No new information for NADDIS at this time.
2. **HOHN, Steven M** — ████████████; REMARKS: No new information for NADDIS at this time.
3. **ROCKERS, Tracy Nicole** — ████████████; REMARKS: No new information for NADDIS at this time.
4. **QUICK, Michael Curtis** — ████████████; REMARKS: No new information for NADDIS at this time.

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

# U.S. DEPARTMENT OF JUSTICE/DRUG ENFORCEMENT ADMINISTRATION
## SUBPOENA

In the matter of the investigation of
Case No:
Subpoena No. IE-12-300657

**TO:** CCA
Attn: Matt Collins                                    **PHONE:** 9137273246
AT: 100 Highway Terrace
Lansing, KS                                          **FAX:** 9137272231

**GREETING:** By the service of this subpoena upon you by TFO Christopher Farkes who is authorized to serve it, you are hereby commanded and required to appear before TFO Christopher Farkes, an officer of the Drug Enforcement Administration to give testimony and to bring with you and produce for examination the following books, records, and papers at the time and place hereinafter set forth:

Pursuant to a lawful investigation of violations of the Controlled Substances Act, 21 U.S.C & 801 et seq., you are to provide all information in your possession regarding telephone calls made to approved telephone numbers listed on inmate BAITEY, Robert Marvin III (ID#21613031) approved telephone list, for the period of December 20, 2011 thru date of compliance. This request includes date, time and duration of each call as well as the actual recorded content of those telephone calls.

We request that you also provide the approved calling list, visitor list, and financial transaction reports for inmate ID# 21613031.

Please do not disclose the existence of this request or investigation for an indefinite time period. Any such disclosure could impede the criminal investigation being conducted and interfere with the enforcement of the Controlled Substances Act.

Please direct questions concerning this subpoena and/or responses to TFO Christopher Farkes, 913-208-5991.

Place and time for appearance: At 7600 College Blvd Suite 100 on the 5th day of February, 2012 at 09:00 AM. In lieu of personal appearance, please email records to christopher.s.farkes@usdoj.gov or fax to 913-961-3684.

Failure to comply with this subpoena will render you liable to proceedings in the district court of the United States to enforce obedience to the requirements of this subpoena, and to punish default or disobedience.

Issued under authority of Sec. 506 of the Comprehensive Drug
Abuse Prevention and Control Act of 1970, Public Law No. 91-513
(21 U.S.C. 876)
## ORIGINAL

Signature: _____
John Schrock
GS

Issued this 25th day of Jan 2012

FORM DEA-79

## U.S. DEPARTMENT OF JUSTICE/DRUG ENFORCEMENT ADMINISTRATION
## SUBPOENA

In the matter of the investigation of
Case No: ▮▮▮▮▮
Subpoena No. IE-12-300657

**TO:** CCA
Attn: Matt Collins
AT: 100 Highway Terrace
Lansing, KS

**PHONE:** 9137273246

**FAX:** 9137272231

**GREETING:** By the service of this subpoena upon you by TFO Christopher Farkes who is authorized to serve it, you are hereby commanded and required to appear before TFO Christopher Farkes, an officer of the Drug Enforcement Administration to give testimony and to bring with you and produce for examination the following books, records, and papers at the time and place hereinafter set forth:

Pursuant to a lawful investigation of violations of the Controlled Substances Act, 21 U.S.C & 801 et seq., you are to provide all information in your possession regarding telephone calls made to approved telephone numbers listed on inmate BAITEY, Robert Marvin III (ID#21613031) approved telephone list, for the period of December 20, 2011 thru date of compliance. This request includes date, time and duration of each call as well as the actual recorded content of those telephone calls.

We request that you also provide the approved calling list, visitor list, and financial transaction reports for inmate ID# 21613031.

Please do not disclose the existence of this request or investigation for an indefinite time period. Any such disclosure could impede the criminal investigation being conducted and interfere with the enforcement of the Controlled Substances Act.

Please direct questions concerning this subpoena and/or responses to TFO Christopher Farkes, 913-208-5991.

Place and time for appearance: At 7600 College Blvd Suite 100 on the 5th day of February, 2012 at 09:00 AM. In lieu of personal appearance, please email records to christopher.s.farkes@usdoj.gov or fax to 913-961-3684.

Failure to comply with this subpoena will render you liable to proceedings in the district court of the United States to enforce obedience to the requirements of this subpoena, and to punish default or disobedience.

Issued under authority of Sec. 506 of the Comprehensive Drug
Abuse Prevention and Control Act of 1970, Public Law No. 91-513
(21 U.S.C. 876)
### ATTESTED COPY

Signature: _____

John Schrock
GS

Issued this 25th day of Jan 2012

FORM DEA-79

**Department of Justice**
**Drug Enforcement Administration**

**FAX Transmittal Sheet for DEA Sensitive Information Only**

<u>01/25/2012</u>
Transmission Date (mm/dd/yyyy)

Number of pages being Transmitted _____
(Including this transmittal sheet)

Subpoena Nbr. IE-12-300657  Case Nbr. ▮▮▮▮▮▮

**TO:** CCA
Attn: Matt Collins

ATTN: 100 Highway Terrace
Lansing, KS

**From:** Drug Enforcement Administration

ATTN: TFO Christopher Farkes
At: 7600 College Blvd Suite 100
Phone: 913-208-5991
Fax:913-961-3684

**Additional Comments**

**NOTICE: This is an official government communication that may contain privileged or sensitive information intended solely for the individual or entity to which it is addressed. Any review, retransmission, dissemination, or other use or action taken upon this information by persons or entities other than the intended recipient is prohibited. If you are not the intended recipient or believe you received this communication in error, please contact the sender immediately.**

Note: If you have any problems with this transmission (incorrect number of pages/poor quality), call the sender and request retransmission.

# U.S. DEPARTMENT OF JUSTICE/DRUG ENFORCEMENT ADMINISTRATION
## SUBPOENA

In the matter of the investigation of
Case No:
Subpoena No. IE-12-434399

**TO:** CCA
ATTN: Sgt. Collins
AT: 100 Highway Terrace
Lansing, KS

**PHONE:** 913-727-3246

**FAX:** 913-727-2231

**GREETING:** By the service of this subpoena upon you by TFO Christopher Farkes who is authorized to serve it, you are hereby commanded and required to appear before TFO Christopher Farkes, an officer of the Drug Enforcement Administration to give testimony and to bring with you and produce for examination the following books, records, and papers at the time and place hereinafter set forth:

Pursuant to a lawful investigation of violations of the Controlled Substances Act, 21 U.S.C & 801 et seq., you are to provide all information in your possession regarding telephone calls made to approved telephone numbers listed on inmate HOHN, Steven M. (USMS ID# 21695-031) approved telephone list, for the period of February 20, 2012 thru date of compliance. This request includes date, time and duration of each call as well as including the actual recorded content of those telephone calls.

We request that you also provide the approved calling list, visitor list, and financial transaction reports for inmate ID# 21695-031.

Please do not disclose the existence of this request or investigation for an indefinite time period. Any such disclosure could impede the criminal investigation being conducted and interfere with the enforcement of the Controlled Substances Act.

Please direct questions concerning this subpoena and/or responses to TFO Christopher Farkes, 913-208-5991.

Place and time for appearance: At 7600 College Blvd Suite 100 on the 17th day of March, 2012 at 09:00 AM. In lieu of personal appearance, please email records to christopher.s.farkes@usdoj.gov or fax to 913-951-3684.

Failure to comply with this subpoena will render you liable to proceedings in the district court of the United States to enforce obedience to the requirements of this subpoena, and to punish default or disobedience.

Issued under authority of Sec. 506 of the Comprehensive Drug
Abuse Prevention and Control Act of 1970, Public Law No. 91-513
(21 U.S.C. 876)
## ORIGINAL

Signature: _____

John Schrock
GS

Issued this 6th day of Mar 2012

FORM DEA-79

## U.S. DEPARTMENT OF JUSTICE/DRUG ENFORCEMENT ADMINISTRATION
## SUBPOENA

In the matter of the investigation of
Case No: ▮▮▮▮▮
Subpoena No. IE-12-434399

**TO:** CCA
ATTN: Sgt. Collins
AT: 100 Highway Terrace
Lansing, KS

**PHONE:** 913-727-3246

**FAX:** 913-727-2231

**GREETING:** By the service of this subpoena upon you by TFO Christopher Farkes who is authorized to serve it, you are hereby commanded and required to appear before TFO Christopher Farkes, an officer of the Drug Enforcement Administration to give testimony and to bring with you and produce for examination the following books, records, and papers at the time and place hereinafter set forth:

Pursuant to a lawful investigation of violations of the Controlled Substances Act, 21 U.S.C & 801 et seq., you are to provide all information in your possession regarding telephone calls made to approved telephone numbers listed on inmate HOHN, Steven M. (USMS ID# 21695-031) approved telephone list, for the period of February 20, 2012 thru date of compliance. This request includes date, time and duration of each call as well as including the actual recorded content of those telephone calls.

We request that you also provide the approved calling list, visitor list, and financial transaction reports for inmate ID# 21695-031.

Please do not disclose the existence of this request or investigation for an indefinite time period. Any such disclosure could impede the criminal investigation being conducted and interfere with the enforcement of the Controlled Substances Act.

Please direct questions concerning this subpoena and/or responses to TFO Christopher Farkes, 913-208-5991.

Place and time for appearance: At 7600 College Blvd Suite 100 on the 17th day of March, 2012 at 09:00 AM. In lieu of personal appearance, please email records to christopher.s.farkes@usdoj.gov or fax to 913-951-3684.

Failure to comply with this subpoena will render you liable to proceedings in the district court of the United States to enforce obedience to the requirements of this subpoena, and to punish default or disobedience.

Issued under authority of Sec. 506 of the Comprehensive Drug
Abuse Prevention and Control Act of 1970, Public Law No. 91-513
(21 U.S.C. 876)
## ATTESTED COPY

Signature: _____

John Schrock
GS

Issued this 6th day of Mar 2012

FORM DEA-79

**Department of Justice**
**Drug Enforcement Administration**

### FAX Transmittal Sheet for DEA Sensitive Information Only

---

03/06/2012
Transmission Date (mm/dd/yyyy)

Number of pages being Transmitted _____
(Including this transmittal sheet)

---

Subpoena Nbr. IE-12-434399  Case Nbr. ██████

---

**TO:** CCA
ATTN: Sgt. Collins

ATTN: 100 Highway Terrace
Lansing, KS

**From:** Drug Enforcement Administration

ATTN: TFO Christopher Farkes
At: 7600 College Blvd Suite 100
Phone: 913-208-5991
Fax:913-951-3684

---

**Additional Comments**

---

**NOTICE: This is an official government communication that may contain privileged or sensitive information intended solely for the individual or entity to which it is addressed. Any review, retransmission, dissemination, or other use or action taken upon this information by persons or entities other than the intended recipient is prohibited. If you are not the intended recipient or believe you received this communication in error, please contact the sender immediately.**

Note: If you have any problems with this transmission (incorrect number of pages/poor quality), call the sender and request retransmission.

## Case Log – Exhibits

| File No: | ███████ | File Title: | BAITEY, Robert | | | GDEP: | ███████ | |
|---|---|---|---|---|---|---|---|---|
| Location: | IF/IE/Group 45a | Case Type: | Divers on Case | Case Status: | Pending Federal Fug tives Delegated | Case Agent: | Ronald J Weisguth | |

| Ex# | Obtained | Description | Forms | Status | Location |
|---|---|---|---|---|---|
| 1 | 12-07-2011 | Crystal Meth ("ICE") | DEA7 DEA6 | | |
| 2 | 12-07-2011 | Crystal Meth ("ICE") | DEA7 DEA6 | | |
| 3 | 12-07-2011 | Crystal Meth ("ICE") | DEA7 DEA6 | | |
| 4 | 12-07-2011 | Crystal Meth ("ICE") | DEA7 DEA6 | | |
| 5 | 12-07-2011 | Crystal Meth ("ICE") | DEA7 DEA6 | | |
| 6 | 12-08-2011 | Crystal Meth ("ICE") | DEA7 DEA6 | | |
| 7 | 01-18-2012 | Crystal Meth ("ICE") | DEA7 DEA6 | | |
| 8 | 01-18-2012 | Crystal Meth ("ICE") | DEA7 DEA6 | | |
| N-1 | 01-26-2012 | CD containing recordings of inmate telephone calls regarding BAITEY, Robert Marvin III along with supporting paper documentation | DEA7A DEA6 | In Storage | Vault |
| N-2 | 03-01-2012 | CD containing recordings of inmate telephone calls regarding HOHN, Steven along with supporting paper documentation | DEA7A DEA6 | In Storage | Vault |
| N-3 | 03-01-2012 | CD containing recordings of inmate telephone calls regarding QUICK, Michael along with supporting paper documentation | DEA7A DEA6 | In Storage | Vault |
| N-4 | 03-01-2012 | CD containing recordings of inmate telephone calls regarding BAITEY, Robert Marvin III along with supporting paper documentation | DEA7A DEA6 | In Storage | Vault |
| N-5 | 03-01-2012 | CD containing recordings of inmate telephone calls regarding MORELAN, Ronnie along with supporting paper documentation | DEA7A DEA6 | In Storage | Vault |
| N-6 | 03-01-2012 | CD containing recordings of inmate telephone calls regarding ROCKERS, Tracy along with supporting paper documentation | DEA7A DEA6 | In Storage | Vault |
| N-7 | 04-24-2012 | compact disk containing audio recordings of inmate telephone calls along with supporting documentation for Michael QUICK | DEA7A DEA6 | In Storage | Vault |
| N-8 | 04-24-2012 | compact disk containing audio recordings of inmate telephone calls along with supporting documentation for Steven HOHN | DEA7A DEA6 | In Storage | Vault |
| N-9 | 04-24-2012 | compact disk containing audio recordings of inmate telephone calls along with supporting documentation for Tracy ROCKERS | DEA7A DEA6 | In Storage | Vault |
| N-10 | 04-27-2012 | Copies of Player transaction records from Ameristar Casino (Larry KELLY, Elsie KELLY and Gregory PRICE) | DEA7A DEA6 | In Storage | Vault |
| N-11 | 05-10-2012 | Player transaction history documentation from Ameristar Casino Kansas City LLC (David Green) | DEA7A DEA6 | In Storage | Vault |
| N-12 | 11-30-2011 | .45 caliber Hi-Point semi-automatic handgun | SSF DEA6 DEA6 | | |
| N-12 | 03-05-2015 | .45 caliber Hi-Point semi auto handgun (serial #X4180870) | DEA7A DEA6 | In Storage | Vault |
| N-12a | 03-05-2015 | 9 mm Smith & Wesson model 59 handgun (serial #A249291) | DEA7A DEA6 | In Storage | Vault |
| N-12b | 03-05-2015 | .22 caliber Hy-Hunter Frontier six shooter revolver (serial #18962) | DEA7A DEA6 | In Storage | Vault |
| N-12c | 03-05-2015 | 12 guage Sears Roebuck and company model 200 shotgun (serial #P177639) | DEA7A DEA6 | In Storage | Vault |
| N-13 | 03-30-2012 | 20 gauge Savage Springfield shotgun Model 67F | SSF DEA8 DEA6 | | |
| N-13 | 03-05-2015 | 20 GUAGE SAVAGE SPRINGFIELD SHOTGUN MODEL 67F (no serial numbers) | DEA7A DEA6 | In Storage | Vault |
| N-14 | 12-20-2011 | .45 caliber Essex semiautomatic handgun (Serial #58307) | SSF DEA6 DEA6 | | |
| N-14 | 03-05-2015 | .45 CAL Essex semi auto handgun (serial # 58307) | DEA7A DEA6 | In Storage | Vault |
| N-14a | 03-05-2015 | 22 Cal Arml Jager AR-15 style rifle (serial #8510) | DEA7A DEA6 | In Storage | Vault |
| N-15 | 12-23-2011 | .410 gauge Savage Arms Model 220a shotgun | SSF DEA6 DEA6 | | |
| N-15 | 03-05-2015 | .410 guage Savage Arms model 220a shotgun (no serial number) | DEA7A DEA6 | In Storage | Vault |
| N-15a | 03-05-2015 | .22 caliber Mossberg Model 42M-C Rifle, (no serial numbers) | DEA7A DEA6 | In Storage | Vault |
| N-15b | 03-05-2015 | 9 mm Springfield Model XD9 semi auto handgun (serial #US834162) identified as stolen | DEA7A DEA6 | In Storage | Vault |
| N-15c | 03-05-2015 | .22 caliber Ruger 10/22 rifle (serial #353-30851) identified as stolen | DEA7A DEA6 | In Storage | Vault |
| N-16 | 03-21-2012 | 9mm Ruger Model P95 semi-automatic handgun | SSF DEA6 | | |
| N-16 | 03-05-2015 | 9mm Ruger Model P95 semi auto handgun (316-90294) | DEA7A DEA6 | In Storage | Vault |
| N-17 | 03-05-2015 | Ammunition | DEA7A DEA6 | In Storage | Vault |
| N-35 | | Lease agreement | | Disposed | Destroyed |

Showing 1 to 38 of 38 entries

## U.S. DEPARTMENT OF JUSTICE/DRUG ENFORCEMENT ADMINISTRATION
## SUBPOENA

In the matter of the investigation of
Case No: ▓▓▓▓▓▓
Subpoena No. IE-12-581627

**TO:** CCA
ATTN: Sgt. Collins
AT: 100 Highway Terrace
Lansing, KS

**PHONE:** 913-727-3246

**FAX:** 913-727-2231

**GREETING:** By the service of this subpoena upon you by TFO Christopher Farkes who is authorized to serve it, you are hereby commanded and required to appear before TFO Christopher Farkes, an officer of the Drug Enforcement Administration to give testimony and to bring with you and produce for examination the following books, records, and papers at the time and place hereinafter set forth:

Pursuant to a lawful investigation of violations of the Controlled Substances Act, 21 U.S.C & 801 et seq., you are to provide all information in your possession regarding telephone calls made to approved telephone numbers listed on inmate(s) HOHN, Steven M. (USMS ID# 21695-031); ROCKERS, Tracy N. (USMS ID#21694-031); QUICK, Michael C.(USMS ID# 21696-031) approved telephone list, for the period of April 19, 2012 thru date of compliance. This request includes date, time and duration of each call as well as the actual recorded content of those telephone calls.

We request that you also provide the approved calling list, visitor list, and financial transaction reports for inmate(s) ID# 21695-031, 21694-031, 21696-031.

Please do not disclose the existence of this request or investigation for an indefinite time period. Any such disclosure could impede the criminal investigation being conducted and interfere with the enforcement of the Controlled Substances Act.

Please direct questions concerning this subpoena and/or responses to TFO Christopher Farkes, 913-208-5991.

Place and time for appearance: At 7600 College Blvd Suite 100 on the 4th day of May, 2012 at 09:00 AM. In lieu of personal appearance, please email records to christopher.s.farkes@usdoj.gov or fax to 913-951-3684.

Failure to comply with this subpoena will render you liable to proceedings in the district court of the United States to enforce obedience to the requirements of this subpoena, and to punish default or disobedience.

Issued under authority of Sec. 506 of the Comprehensive Drug
Abuse Prevention and Control Act of 1970, Public Law No. 91-513
(21 U.S.C. 876)
## ORIGINAL

Signature: _____

John Schrock
GS

Issued this 23rd day of Apr 2012

FORM DEA-79

## U.S. DEPARTMENT OF JUSTICE/DRUG ENFORCEMENT ADMINISTRATION
## SUBPOENA

In the matter of the investigation of
Case No: ████████
Subpoena No. IE-12-581627

**TO:** CCA
ATTN: Sgt. Collins
AT: 100 Highway Terrace
Lansing, KS

**PHONE:** 913-727-3246

**FAX:** 913-727-2231

**GREETING:** By the service of this subpoena upon you by TFO Christopher Farkes who is authorized to serve it, you are hereby commanded and required to appear before TFO Christopher Farkes, an officer of the Drug Enforcement Administration to give testimony and to bring with you and produce for examination the following books, records, and papers at the time and place hereinafter set forth:

Pursuant to a lawful investigation of violations of the Controlled Substances Act, 21 U.S.C & 801 et seq., you are to provide all information in your possession regarding telephone calls made to approved telephone numbers listed on inmate(s) HOHN, Steven M. (USMS ID# 21695-031); ROCKERS, Tracy N. (USMS ID#21694-031); QUICK, Michael C.(USMS ID# 21696-031) approved telephone list, for the period of April 19, 2012 thru date of compliance. This request includes date, time and duration of each call as well as the actual recorded content of those telephone calls.

We request that you also provide the approved calling list, visitor list, and financial transaction reports for inmate(s) ID# 21695-031, 21694-031, 21696-031.

Please do not disclose the existence of this request or investigation for an indefinite time period. Any such disclosure could impede the criminal investigation being conducted and interfere with the enforcement of the Controlled Substances Act.

Please direct questions concerning this subpoena and/or responses to TFO Christopher Farkes, 913-208-5991.

Place and time for appearance: At 7600 College Blvd Suite 100 on the 4th day of May, 2012 at 09:00 AM. In lieu of personal appearance, please email records to christopher.s.farkes@usdoj.gov or fax to 913-951-3684.

Failure to comply with this subpoena will render you liable to proceedings in the district court of the United States to enforce obedience to the requirements of this subpoena, and to punish default or disobedience.

Issued under authority of Sec. 506 of the Comprehensive Drug
Abuse Prevention and Control Act of 1970, Public Law No. 91-513
(21 U.S.C. 876)
## ATTESTED COPY

Signature: _____

John Schrock
GS

Issued this 23rd day of Apr 2012

FORM DEA-79

**Department of Justice**
**Drug Enforcement Administration**

**FAX Transmittal Sheet for DEA Sensitive Information Only**

04/23/2012
Transmission Date (mm/dd/yyyy)

Number of pages being Transmitted _____
(Including this transmittal sheet)

Subpoena Nbr. IE-12-581627  Case Nbr. ██████

**TO:** CCA
ATTN: Sgt. Collins

ATTN: 100 Highway Terrace
Lansing, KS

**From:** Drug Enforcement Administration

ATTN: TFO Christopher Farkes
At: 7600 College Blvd Suite 100
Phone: 913-208-5991
Fax:913-951-3684

**Additional Comments**

**NOTICE: This is an official government communication that may contain privileged or sensitive information intended solely for the individual or entity to which it is addressed. Any review, retransmission, dissemination, or other use or action taken upon this information by persons or entities other than the intended recipient is prohibited. If you are not the intended recipient or believe you received this communication in error, please contact the sender immediately.**

Note: If you have any problems with this transmission (incorrect number of pages/poor quality), call the sender and request retransmission.