## Exhibits - IE - KANSAS CITY, KS DISTRICT OFFICE (ASAC #3) (40)

### CASE

| | | |
|---|---|---|
| **Case Number:** ▇▇▇▇ | **Case Title:** BAITEY, Robert | **Seizure Date:** 03-01-2012 |
| **Division:** St. Louis Field Division | **Office:** KANSAS CITY, KS DISTRICT OFFICE (ASAC #3) (40) | **Group:** Group 45a |
| **Fugitive Case:** Yes | | |

### EXHIBIT

**Form Type:** 7A

**Exhibit Number:** N-6

**Exhibit Type:** Non Drug

**Current Status:** Checked Out

**Exhibit Value:** $0.00

**Is High Value:** No

**Exhibit Description:** CD containing recordings of inmate telephone calls regarding ROCKERS, Tracy along with supporting paper documentation

**Office:** KANSAS CITY, KS DISTRICT OFFICE (ASAC #3) (40)

**Location:** FY 2012

#### Exhibit History (2)

| Action | Date/Time | Office | Comment | Agent/TFO/DI | Witness | Custodian/Approver | Details |
|---|---|---|---|---|---|---|---|
| Checked Out | 7/2/2021 9:59:46 AM | IE | | Farkes, Christopher S | Lull, Kaylee D | Lull, Kaylee D | 🛈 |
| Added To Inventory | 3/6/2012 8:23:26 AM | IE | | Farkes, Christopher S | - | POmalley | 7A |

#### Case Attachments (0)