Attachment 4

# Exhibits - IE - KANSAS CITY, KS DISTRICT OFFICE (ASAC #3) (40)

## CASE

| | | |
|---|---|---|
| Case Number: ▮▮▮▮▮ | Case Title: BAITEY, Robert | Seizure Date: 04-24-2012 |
| Division: St. Louis Field Division | Office: KANSAS CITY, KS DISTRICT OFFICE (ASAC #3) (40) | Group: Group 45a |
| Fugitive Case: Yes | | |

## EXHIBIT

Form Type: 7A

Exhibit Number: N-8

Exhibit Type: Non Drug

Current Status: Checked Out

Exhibit Value: $0.00

Is High Value: No

Exhibit Description: compact disk containing audio recordings of inmate telephone calls along with supporting documentation for Steven HOHN

Office: KANSAS CITY, KS DISTRICT OFFICE (ASAC #3) (40)

Location: FY 2012

### Exhibit History (2)

| Action | Date/Time | Office | Comment | Agent/TFO/DI | Witness | Custodian/Approver | Details |
|---|---|---|---|---|---|---|---|
| Checked Out | 7/2/2021 9:59:46 AM | IE | | Farkes, Christopher S | Lull, Kaylee D | Lull, Kaylee D | |
| Added To Inventory | 4/26/2012 11:26:54 AM | IE | | Farkes, Christopher S | - | POmalley | 7A |

### Case Attachments (0)