# Exhibits - IE - KANSAS CITY, KS DISTRICT OFFICE (ASAC #3) (40)

## CASE

| | | |
|---|---|---|
| **Case Number:** ▓▓▓▓ | **Case Title:** BAITEY, Robert | **Seizure Date:** 04-24-2012 |
| **Division:** St. Louis Field Division | **Office:** KANSAS CITY, KS DISTRICT OFFICE (ASAC #3) (40) | **Group:** Group 45a |
| **Fugitive Case:** Yes | | |

## EXHIBIT

**Form Type:** 7A
**Exhibit Number:** N-9
**Exhibit Type:** Non Drug
**Current Status:** Checked Out
**Exhibit Value:** $0.00
**Is High Value:** No

**Exhibit Description:** compact disk containing audio recordings of inmate telephone calls along with supporting documentation for Tracy ROCKERS

**Office:** KANSAS CITY, KS DISTRICT OFFICE (ASAC #3) (40)
**Location:** FY 2012

### Exhibit History (2)

| Action | Date/Time | Office | Comment | Agent/TFO/DI | Witness | Custodian/Approver | Details |
|---|---|---|---|---|---|---|---|
| Checked Out | 7/2/2021 9:59:46 AM | IE | | Farkes, Christopher S | Lull, Kaylee D | Lull, Kaylee D | |
| Added To Inventory | 4/26/2012 11:27:51 AM | IE | | Farkes, Christopher S | - | POmalley | 7A |

### Case Attachments (0)