| | |
|---|---|
| **From:** | Slinkard, Duston (USAKS) |
| **To:** | Amy Seymour |
| **Cc:** | Melody Brannon; Bonnie Wiest; Lauren Lowry; Kirk Redmond; Lydia Krebs; Capwell, Carrie (USAKS); Brown, James (USAKS) 3; Clymer, Steven D. (USANYN) |
| **Subject:** | Re: USA v. Black / Carter, 16-20032-JAR - Additional Materials Responsive to Phone Discovery Project from FPD"s First, In-Custody, List |
| **Date:** | Friday, July 2, 2021 1:28:49 PM |

We are headed up. Thank you!

Duston J. Slinkard
Acting United States Attorney
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853

Sent from my iPhone

> On Jul 2, 2021, at 13:12, Amy Seymour <amy_seymour@ksd.uscourts.gov> wrote:
>
> Duston and Melody,
>
> I'm here and can accept delivery of the sealed material today as soon as you are ready to bring it up. Bonnie will be back on Tuesday and can facilitate any duplication that may be necessary next week. Thanks!
>
> Amy
>
> **From:** Melody Brannon <Melody_Brannon@fd.org>
> **Sent:** Friday, July 2, 2021 1:07 PM
> **To:** Duston Slinkard <Duston.Slinkard@usdoj.gov>; Bonnie Wiest <Bonnie_Wiest@ksd.uscourts.gov>; Amy Seymour <Amy_Seymour@ksd.uscourts.gov>; Lauren Lowry <Lauren_Lowry@ksd.uscourts.gov>
> **Cc:** Kirk Redmond <Kirk_Redmond@fd.org>; Lydia Krebs <Lydia_Krebs@fd.org>; carrie.capwell_usdoj.gov <Carrie.Capwell@usdoj.gov>; James Brown <James.Brown2@usdoj.gov>; Clymer, Steven D. (USANYN) <Steven.D.Clymer@usdoj.gov>
> **Subject:** RE: USA v. Black / Carter, 16-20032-JAR - Additional Materials Responsive to Phone Discovery Project from FPD's First, In-Custody, List
>
> Amy,

We agree that the government should immediately deliver the sealed material to the Court and that the government should file a supplemental status report. We ask for an opportunity to review the status report before determining how to proceed.

Thanks.

---

**From:** Slinkard, Duston (USAKS) <Duston.Slinkard@usdoj.gov>
**Sent:** Friday, July 2, 2021 11:46 AM
**To:** Bonnie Wiest <Bonnie_Wiest@ksd.uscourts.gov>; Amy Seymour <amy_seymour@ksd.uscourts.gov>; Lauren Lowry <Lauren_Lowry@ksd.uscourts.gov>
**Cc:** Melody Brannon <Melody_Brannon@fd.org>; Kirk Redmond <Kirk_Redmond@fd.org>; Lydia Krebs <Lydia_Krebs@fd.org>; Carrie Capwell <Carrie.Capwell@usdoj.gov>; James Brown <James.Brown2@usdoj.gov>; Clymer, Steven D. (USANYN) <Steven.D.Clymer@usdoj.gov>
**Subject:** USA v. Black / Carter, 16-20032-JAR - Additional Materials Responsive to Phone Discovery Project from FPD's First, In-Custody, List

Amy,

As I mentioned when I called earlier to determine if anyone was available today, we have additional materials that we believe to be responsive to the FPD's phone discovery project in Black related to deliver to the Court. Specifically, these materials are sealed exhibit envelopes containing discs and papers related to the prosecutions of Steven Hohn and Tracy Rockers, the government confirmed were still being held in evidence by the DEA yesterday and immediately requested be brought to us for delivery to the Court, as well as accompanying papers related to the custody of these exhibits, as listed below. In view of the FPD's assertion that these may contain privileged materials, we have elected to deliver the exhibits to the Court in this sealed condition. As in the past, we have no objection to the FPD obtaining all these materials from the Court and duplicating them, should they choose to do so. However, if the FPD does elect to unseal the exhibits for copying, the government would request either a set of copies of, or the opportunity to be present and copy for itself, any of the materials that are not privileged.

DEA Exhibit # N-2 – A clear evidence envelope, sealed, signed, and dated March 1, 2012, appearing to contain a single computer disc and paperwork, including a visible telephone Records Summary Report, relating to Steven Hohn

DEA Exhibit # N-6 – A clear evidence envelope, sealed, signed, and dated March 1, 2012, appearing to contain a single computer disc and paperwork including a visible telephone Records Summary Report, relating to Tracy Rockers

DEA Exhibit # N-8 – A clear evidence envelope, sealed, signed, and dated April 25, 2012, appearing to contain a single computer disc and paperwork including a visible telephone Records Summary Report, relating to Steven Hohn

DEA Exhibit # N-9 – A clear evidence envelope, sealed, signed, and dated April 25, 2012, appearing to contain a single computer disc and paperwork including a visible telephone Records Summary Report, relating to Tracy Rockers

Copy of a Form DEA-12 Receipt for Cash or Other items showing the transfer of the above four exhibits from the DEA "To AUSA for Court," on July 2, 2021.

Four pages of print outs, one related to each of the above four exhibits, reflecting their status and history in the DEA evidence tracking system. Based upon the DEA exhibit numbers, the government believes the discs to all be additional copies of discs already delivered to the Court previously during this project. We have these ready to deliver to the Court at your convenience. I will file a supplemental status report addressing this delivery.

Thank you,
Duston J. Slinkard
Acting United States Attorney
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853