## RECEIPT FOR CASH OR OTHER ITEMS

| TO: (Name, Title, Address (including ZIP CODE), if applicable) | CASE NO. | G-DEP |
|---|---|---|
| TFO Farkes | IG-12.2207 | |
| | FILE TITLE | |
| FROM CLAIMANT (IMPREST ONLY): NAME / LAST FOUR DIGITS OF SSN | Bailey, Robert | |
| GROUP | DATE | |
| DIVISION/DISTRICT OFFICE | CS NUMBER | |
| KCDO | CALENDAR YEAR CAP | |
| | LIFETIME CAP | |
| EXTENSION APPROVAL   APPROVER | Title (and printed name/date if not signed digitally) | |
| DATE EXTENDED THROUGH: | | |

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | N-2 | To Ada C. Ca__ |
| 1 | N-6 | / / / |
| 1 | N-8 | / / / |
| 1 | N-9 | / / / |

Received by Judge Robinson's chambers 7/2/2021 1:32 pm
Amy Seymour

| | First Level Approver | Title (and printed name/ date if not signed digitally) |
|---|---|---|
| | Second Level Approver, if any | Title (and printed name/ date if not signed digitally) |
| | Third Level Approver, if any | Title (and printed name/ date if not signed digitally) |
| | Additional Approver, if any | Title (and printed name/ date if not signed digitally) |

| RECEIVED BY (Signature) | NAME, TITLE and DATE |
|---|---|
| [signature] | Carrie Capwell, AUSA, 7/2/21 |
| WITNESSED BY (Signature) | NAME, TITLE and DATE |
| [signature] | Mikeal Long, TFO   07/02/2021 |

DOCUMENT NUMBER / FISCAL INFORMATION

FORM DEA-12 (Sept 2020)