| | |
|---|---|
| **From:** | Slinkard, Duston (USAKS) |
| **To:** | Steeby, David (USAKS) |
| **Cc:** | Capwell, Carrie (USAKS) |
| **Subject:** | FW: Call Information to be Downloaded and Deleted from the Discovery Folder on the Cloud |
| **Date:** | Tuesday, July 13, 2021 4:00:00 PM |

David,

If it is not part of your normal process, please take a screen shot of the directory tree before and after.

Thanks,
Duston J. Slinkard
Acting United States Attorney
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853

**From:** Slinkard, Duston (USAKS)
**Sent:** Tuesday, July 13, 2021 3:57 PM
**To:** Steeby, David (USAKS) <DSteeby@usa.doj.gov>
**Subject:** Call Information to be Downloaded and Deleted from the Discovery Folder on the Cloud

David,

Please download onto a flash drive and remove from the discovery cloud the folder "Jail Calls," and all its contents (link below) in the same manner that you have previously done for Linda for items to be surrendered to the Court. Please do this as soon as possible and deliver it to Carrie when you have done so.

U:\KansasCity\Shared\Discovery\Terra\Giannukos\Round 4\Jail Calls

Also, when you have a chance, if you have records of items previously identified to you for downloading and deleting by Linda, please look at those and let Carrie and I know if these calls were previously identified by Linda.

Thanks,
Duston J. Slinkard
Acting United States Attorney
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853