| | |
|---|---|
| **From:** | Bonnie Wiest |
| **To:** | Melody Brannon; Capwell, Carrie (USAKS); Lauren Lowry |
| **Cc:** | Kirk Redmond; Lydia Krebs; Slinkard, Duston (USAKS); Brown, James (USAKS) 3; Clymer, Steven D. (USANYN); Jennifer Wilson |
| **Subject:** | RE: USA v. Black/Carter, 16-20032-JAR - Additional Materials Responsive to Phone Discovery Project from FPD"s First, In-Custody List (defendant Giannukos) |
| **Date:** | Wednesday, July 14, 2021 12:45:15 PM |

Hi Melody, Carrie has delivered the flash drive and Jennifer is welcome to come up at any time today.
Bonnie

**From:** Melody Brannon <Melody_Brannon@fd.org>
**Sent:** Wednesday, July 14, 2021 12:28 PM
**To:** carrie.capwell_usdoj.gov <Carrie.Capwell@usdoj.gov>; Bonnie Wiest <Bonnie_Wiest@ksd.uscourts.gov>; Lauren Lowry <Lauren_Lowry@ksd.uscourts.gov>
**Cc:** Kirk Redmond <Kirk_Redmond@fd.org>; Lydia Krebs <Lydia_Krebs@fd.org>; Duston Slinkard <Duston.Slinkard@usdoj.gov>; James Brown <James.Brown2@usdoj.gov>; Clymer, Steven D. (USANYN) <Steven.D.Clymer@usdoj.gov>; Jennifer Wilson <Jennifer_Wilson@fd.org>
**Subject:** RE: USA v. Black/Carter, 16-20032-JAR - Additional Materials Responsive to Phone Discovery Project from FPD's First, In-Custody List (defendant Giannukos)

Please let us know when it has been delivered to chambers. Jennifer is available to make the FPD copy.
Thanks.

Melody

**From:** Capwell, Carrie (USAKS) <Carrie.Capwell@usdoj.gov>
**Sent:** Wednesday, July 14, 2021 12:20 PM
**To:** Bonnie Wiest <Bonnie_Wiest@ksd.uscourts.gov>; Lauren Lowry <Lauren_Lowry@ksd.uscourts.gov>
**Cc:** Melody Brannon <Melody_Brannon@fd.org>; Kirk Redmond <Kirk_Redmond@fd.org>; Lydia Krebs <Lydia_Krebs@fd.org>; Duston Slinkard <Duston.Slinkard@usdoj.gov>; James Brown <James.Brown2@usdoj.gov>; Clymer, Steven D. (USANYN) <Steven.D.Clymer@usdoj.gov>
**Subject:** USA v. Black/Carter, 16-20032-JAR - Additional Materials Responsive to Phone Discovery Project from FPD's First, In-Custody List (defendant Giannukos)

Bonnie and Lauren,

The government has a flash drive containing jail calls of defendant Jay Giannukos, which we believe to be responsive to the FPD's phone discovery project in *Black*, to deliver to the Court. As in the past, we have no objection to the FPD obtaining this flash drive from the Court and duplicating it, should they choose to do so. The password for the flash drive is **Encrypt3d!**

The flash drive is in a sealed "Personal and Confidential" envelope, which is how it was provided to me by our Systems Manager. The folders and files on the flash drive were downloaded onto the flash drive yesterday evening by our Systems Manager and removed from the USAO discovery drive.

We have the flash drive ready to deliver to the Court at your convenience. Duston will file a supplemental report addressing this delivery.

Thank you,
Carrie

Carrie N. Capwell
Chief, Criminal Division
U.S. Attorney's Office, District of Kansas
500 State Ave., Rm. 360
Kansas City, KS  66101
(913) 551-6908