IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Case No. 16-CR-20032-JAR |
| KARL CARTER, | ) ) ) |
| Defendant.[1] | ) ) |

**NOTICE OF GOVERNMENT'S OBJECTION TO THE
FEDERAL PUBLIC DEFENDER'S FILING IN CLOSED CASE**

On September 23, 2021, the Federal Public Defender (FPD) filed a Motion to Compel (Doc. 856) in this closed case. This case was closed on August 13, 2019, with the issuance of this Court's Findings of Fact and Conclusions of Law (Doc. 758), which dismissed the indictment against the last remaining defendant, Karl Carter. *See* Doc. 758 at 187. On January 28, 2020, in its "final ruling in this matter," Doc. 805 at 2, this Court denied FPD's Application for Attorneys' Fees and Litigation Expenses, *id.* at 13. Since then, the government appealed this Court's rulings, *see* Doc. 807, and the Tenth Circuit dismissed the appeal for lack of jurisdiction and prudential ripeness, *see United States v. Carter*, 995 F.3d 1222 (10th Cir. 2021). As this Court predicted, *see* Doc. 758 at 179-81, the litigation of the issues that dominated this case has moved on to the litigation of 28 U.S.C. § 2255 motions, *see In re: CCA Recordings 2255 Litigation*, 19-cv-2491-JAR-JPO (D. Kan.).

---

[1] The Federal Public Defender's Motion to Compel (Doc. 856) is captioned, United States of America, Plaintiff, v. Lorenzo Black, et al., Defendants. The government uses the caption, United States of America, Plaintiff, v. Karl Carter, Defendant, because that is the caption this Court used in its final orders (Docs. 758 and 805). The Court's August 13, 2019 Findings of Fact and Conclusions of Law (Doc. 758) noted that "the only remaining defendant in this matter is Defendant Karl Carter." Doc. 758 at 8 n.10. That order then dismissed the indictment against Defendant Carter with prejudice. *Id.* at 187. Now there are no defendants remaining in this matter.

Although this case is closed, the government files this notice to acknowledge and object to FPD's unusual filing. Because this case is closed, there are no remaining defendants, *see supra* n.1, and FPD has not attempted to establish any jurisdictional basis for the Court's authority to consider FPD's post-closure motion to compel, the government sees nothing left for the Court to do with respect to the FPD in this case.[2] If, however, the Court would like the government to file a response to FPD's motion, the government would be happy to do so and asks only that any response deadline be set no sooner than November 3, 2021, which is 14 days after the government's current deadline for filing proposed findings of fact and conclusions of law in Petitioner Steven M. Hohn's 28 U.S.C. § 2255 case, *Hohn v. United States*, No. 19-2082.[3]

Respectfully submitted,

s/ Duston J. Slinkard
Duston J. Slinkard, #21294
Acting United States Attorney
District of Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683-3592
Tel: (785) 295-2850
Fax: (785) 295-2853
duston.slinkard@usdoj.gov

---

[2] *See, e.g.*, *United States v. Garcia-Herrera*, 894 F.3d 1219, 1220 (10th Cir. 2018) (holding that the defendant, who relied on 18 U.S.C. § 3231 and 28 U.S.C. § 1331 as the bases for the district court's jurisdiction to grant his motion to compel the production of his attorney's file in his case, had "not met his burden of establishing that the district court had jurisdiction over his post-conviction motion to compel"); *United States v. Benitez*, 720 F. App'x 509, 510 (10th Cir. 2018) (unpublished) (affirming the district court's denial of defendant's post-judgment motion to compel his former attorney to furnish his criminal file because 18 U.S.C. § 3231's "grant of jurisdiction ended upon entry of the final judgment" and the defendant "failed to carry his burden" to "establish the district court's jurisdiction over his . . . motions to compel").

[3] The filing of this notice of the government's objection to FPD's filing in this closed case does not in any way waive or limit the arguments the government may raise in a response to FPD's motion if the government is required to file one.

s/ James A. Brown
James A. Brown #14254
Assistant United States Attorney
District of Kansas
444 SE Quincy Ave., Ste. 290
Topeka, KS  66683
Tel:  785-295-7683
Fax: (785) 295-2853
james.brown2@usdoj.gov

s/ Steven D. Clymer
Steven D. Clymer
Assistant United States Attorney
Special Attorney for the United States
NDNY Bar Roll #509281

United States Attorney's Office
Northern District of New York
900 Federal Building
100 South Clinton Street
Syracuse, NY 13261
(v) 315-448-0672
(f) 315-448-0658

Attorneys for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2021, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in the above-captioned case.

s/ Duston J. Slinkard