IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 16-20032-03-JAR |
| ) | |
| ANTHON AIONO ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION FOR THE RELEASE OF PROPERTY

COMES NOW the United States by and through Duston J. Slinkard, Acting United States Attorney for the District of Kansas, and Annette Gurney, Assistant United States Attorney, and respectfully moves this Court to enter an order releasing property to defendant Anthon Aiono and in support thereof represents to the Court the following:

1. As part of the investigation into this case, property of defendant Anthon Aiono was seized. This property was included in the forfeiture allegation of the Superseding Indictment (Doc. 213); however, it was not forfeited.

2. The property that is the subject of this motion is $400.00, $2,000.00, and a 2007 Pontiac G6, VIN: 1G2ZG58N674132140. This property is in the custody of the United States Secret Service (USSS).

3. The undersigned has been in contact with defendant's counsel about the return of this property and counsel has provided a completed ACH transfer form for the transmission of the funds and the contact information for the designated person who will pick up the car.

4. With this motion, the United States seeks authorization from the Court to release and return the property, pursuant to USSS's regular practices and procedures.

WHEREFORE, the United States respectfully moves this Court for an order directing the USSS to release the currency to the defendant and the vehicle to the designated recipient.

Respectfully submitted,

DUSTON J. SLINKARD
Acting United States Attorney
District of Kansas

 /s/ Annette Gurney
ANNETTE GURNEY #11602
Assistant U.S. Attorney
301 N. Main, Suite 1200
Wichita, Kansas 67202
316-269-6481
Fax (316)269-6484
Annette.gurney@usdoj.gov

**CERTIFICATION OF SERVICE**

I hereby certify that on November 9, 2021, 2021, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will electronically provide notice and copies to counsel of record.

 /s/ Annette Gurney
ANNETTE GURNEY
Assistant U.S. Attorney