IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16-20032-03-JAR |
| | ) | |
| ANTHON AIONO | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### ORDER AUTHORIZING THE RELEASE OF PROPERTY

Before the Court is the United States' motion which seeks authorization to release property seized from defendant Anthon Aiono that is currently in the custody of the United States Secret Service (USSS).

For good cause shown, the Court grants the United States' Motion for the Release of Property (Doc. 861).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the $400.00, $2,000.00, and 2007 Pontiac G6, VIN: 1G2ZG58N674132140 seized from defendant Aiono and in the custody of the USSS shall be released to the defendant or his designee pursuant to the regular procedures and practices of the USSS.

IT IS SO ORDERED.

Dated: <u>November 10, 2021</u>

                                                                                S/ Julie A. Robinson
                                                                                JULIE A. ROBINSON
                                                                                CHIEF UNITED STATES DISTRICT JUDGE