IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 16-20032-06-JAR |
| DAVID BISHOP, ) | |
| Defendant. ) | |

### ORDER AUTHORIZING THE RELEASE OF PROPERTY

Before the Court is the United States' motion which seeks authorization to release property seized from defendant David Bishop that is currently in the custody of the United States Secret Service (USSS).

For good cause shown, the Court grants the United States' Motion for the Release of Property (Doc. 863).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the is $3,175.00 and $11,076.00 in United States currency seized from defendant David Bishop and in the custody of the USSS shall be released to the defendant pursuant to the regular procedures and practices of the USSS.

IT IS SO ORDERED.

Dated: January 12, 2022

 S/ Julie A. Robinson
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE