# ATTACHMENT A

# Consolidated 2255 Case List
## (Kansas City/Topeka - Physical File Review)

7/1/2020    2:50 PM

| Defendant Name | Court # | Bates # | Media Included | Set 1 | Set 2 |
|---|---|---|---|---|---|
| Aguilera, Oscar | 20-CV-2027<br>15-CR-20043 | PHY FILE REV:<br>00000001-00000068<br>00000069-00000123 | no | | X |
| Alvarez, Joshua Thomas | 18-CV-2449<br>14-CR-20096 | PHY FILE REV:<br>00000124-00000128 | no | X | |
| Alvarez, Juan Carlos | 19-CV-2227<br>14-CR-20096 | PHY FILE REV:<br>00000129-00000131 | no | | |
| Ayala-Garcia, Adrian | 18-CV-4103<br>16-CR-40002 | PHY FILE REV:<br>00002606-00002608 | no | | |
| Bailon-Valles, Manuel | 18-CV-4100<br>15-CR-40056 | PHY FILE REV:<br>00002609-00002611 | no | | |
| Bell, Jason | 19-CV-2491<br>16-CR-20008 | PHY FILE REV:<br>00000132-00000192<br>00000193-00000328 | yes<br>4 media | | X |
| Birdsong, Jerome Richard II | 19-CV-2406<br>15-CR-20045 | PHY FILE REV:<br>00000329-00000558 | yes<br>2 Media | | |
| Blakney, Martez | 18-CV-2454<br>15-CR-20086 | PHY FILE REV:<br>00000559-00000573 | yes<br>1 media | X | |
| Bradley, Clarence | 20-CV-2002<br>16-CR-20014 | PHY FILE REV:<br>00000574-00000576 | no | | |

| Defendant Name | Court # | Bates # | Media Included | Set 1 | Set 2 |
|---|---|---|---|---|---|
| Brown, Vernon | 20-CV-2233<br>12-CR-20066 | PHY FILE REV:<br>00000577<br>00000578-00000594 | yes<br>6 media | X | |
| Cabral-Torres, Fernando | 19-CV-2298<br>16-CR-20031 | PHY FILE REV:<br>00000595-00000596<br>00000597-00000657 | no | | |
| Camargo-Simental, Tomasa | 18-CV-4122<br>14-CR-40130 | PHY FILE REV:<br>00002612-00002613 | no | | |
| Campbell, Damien D. | 18-CV-2414<br>16-CR-20011 | PHY FILE REV:<br>00000658-00000660 | no | | X |
| Carrillo-Elias, Francisco Javier | 18-CV-4086<br>16-CR-40003 | PHY FILE REV:<br>00002614-00002616 | no | | |
| Catrell, Ronald D. | 19-CV-2408<br>11-CR-20125 | PHY FILE REV:<br>00000661-00000705 | no | X | |
| Chinchilla, Rosalio | 19-CV-2392<br>14-CR-20096 | PHY FILE REV:<br>00000706-00000708 | no | | |
| Clark, Enoch | 19-CV-2410<br>14-CR-20130 | PHY FILE REV:<br>00000709-00000712 | no | X | |
| Clifton, Julie | 19-CV-2411<br>14-CR-20014 | PHY FILE REV:<br>00000713-00000724 | no | X | |
| Crawford, Earnest Preston III | 20-CV-2137<br>15-CR-20042 | PHY FILE REV:<br>00000725-00000726 | no | | X |

| Defendant Name | Court # | Bates # | Media Included | Set 1 | Set 2 |
|---|---|---|---|---|---|
| Dillow, Stephen D. | 18-CV-2458<br>14-CR-20028 | PHY FILE REV:<br>00000727-00000741<br>00000742-00000744 | no | X | |
| Dixon, Dalevon | 19-CV-2412<br>14-CR-20130 | PHY FILE REV:<br>00000745-00000753<br>00000754-00000776 | yes<br>2 media | X | |
| Faulkner, Lee Thomas | 18-CV-2452<br>14-CR-20096 | PHY FILE REV:<br>00000777-00000779 | no | X | |
| Felix-Gamez, Ricardo | 18-CV-2487<br>15-CR-20042 | PHY FILE REV:<br>00000780-00000789 | no | X | X |
| Franco, Mario Alberto | 18-CV-2415<br>15-CR-20061 | PHY FILE REV:<br>00000790-00000793 | no | | |
| Galvan-Campos, Jesus | 19-CV-2055<br>14-CR-20068 | PHY FILE REV:<br>00000794-00000802 | no | | |
| Garcia-Velasquez, Jose | 18-CV-2457<br>15-CR-20082 | PHY FILE REV:<br>00000803-00000852<br>00000853-00000860 | yes<br>3 media | | |
| Gerardo-Montenegro, Luis | 18-CV-2475<br>15-CR-20032 | PHY FILE REV:<br>00000861-00000862 | no | | |
| Griffin, Damon Douglas | 19-CV-2781<br>14-CR-20014 | PHY FILE REV:<br>00000863-00000895<br>00000896-00000906 | yes<br>4 media | X | |
| Gutierrez, Daniel | 18-CV-4102<br>16-CR-40007 | PHY FILE REV:<br>00002617-00002618 | no | | |

| Defendant Name | Court # | Bates # | Media Included | Set 1 | Set 2 |
|---|---|---|---|---|---|
| Harssfell, Tyrssverd | 19-CV-2722<br>14-CR-20134 | PHY FILE REV:<br>00000907-00000908 | no | X | |
| Haupt, Charles Leonhardt | 18-CV-2423<br>15-CR-20019 | PHY FILE REV:<br>00000909-00000921<br>00000922-00000927 | no | | |
| Hernandez, John G. | 18-CV-2436<br>00-CR-20154 | PHY FILE REV:<br>00000928-00000933 | no | | |
| Hohn, Steven M. | 19-CV-2082<br>12-CR-20003 | PHY FILE REV:<br>00000934-00000947<br>00000948-00000993 | no | X | |
| Hollins (Shipp), Tarone | 18-CV-2465<br>15-CR-20100 | PHY FILE REV:<br>00000994-00000997 | no | | |
| Hurtado, Nicholas Matthew | 18-CV-2463<br>15-CR-20032 | PHY FILE REV:<br>00000998-00000999 | no | X | |
| Irvin, Anthony L. | 19-CV-2046<br>13-CR-20070 | PHY FILE REV:<br>00001000-00001015<br>00001016-00001136 | yes<br>3 media | X | |
| Jackson, Brian K. | 18-CV-2434<br>16-CR-20030 | PHY FILE REV:<br>00001137-00001142 | no | | |
| Johnson, Booker Zachery III | 18-CV-4099<br>15-CR-40064 | PHY FILE REV:<br>00002619-00002620 | no | X | |
| Jones, Calvin C. | 18-CV-2554<br>14-CR-20138 | PHY FILE REV:<br>00001143-1160 | no | | |

| Defendant Name | Court # | Bates # | Media Included | Set 1 | Set 2 |
|---|---|---|---|---|---|
| Jones, Tanya | 18-CV-2254<br>15-CR-20091 | PHY FILE REV:<br>00001161-00001164 | no | | |
| Jordan, Gary | 19-CV-2015<br>16-CR-20022 | PHY FILE REV:<br>00001165-00001170 | no | | |
| Kaba, Mamoudou M. | 19-CV-2372<br>15-CR-20092 | PHY FILE REV:<br>00001171-00001184 | no | | |
| Krites, Phillip Scott | 18-CV-4096<br>15-CR-40078 | PHY FILE REV:<br>00002652-00002654 | no | | |
| Lolar, Nicholas | 19-CV-2393<br>15-CR-20012 | PHY FILE REV:<br>00001185-00001188 | no | | |
| Lougee, David J. | 19-CV-2226<br>14-CR-20068 | PHY FILE REV:<br>00001189-00001194<br>00001195-00001247 | yes<br>1 media | X | |
| Love, Gerren | 19-CV-2732<br>15-CR-20098 | PHY FILE REV:<br>00001248-00001249 | no | | |
| Marquez, Eladio | 18-CV-2484<br>15-CR-20020 | PHY FILE REV:<br>00001250-00001253 | no | | |
| McCambry, Ashawntus S. | 19-CV-2394<br>16-CR-20003 | PHY FILE REV:<br>00001254-00001268 | no | | |
| McDaniel, Joshua L. | 19-CV-2145<br>15-CR-20050 | PHY FILE REV:<br>00001269-00001285 | no | | |

| Defendant Name | Court # | Bates # | Media Included | Set 1 | Set 2 |
|---|---|---|---|---|---|
| McMillon, Christopher | 18-CV-4119<br>15-CR-40064 | PHY FILE REV:<br>00002676-00002677 | no | | |
| Meinert, Scott L. | 18-CV-2455<br>14-CR-20035 | PHY FILE REV:<br>00001286-00001295 | yes<br>1 media | | |
| Middleton, Marryssa | 19-CV-4013<br>15-40018 | PHY FILE REV:<br>00002678-00002680 | no | | |
| Mitchell, William D. | 17-CV-2380<br>13-CR-20051 | PHY FILE REV:<br>00001296-00001352<br>00001353-00001354 | yes<br>2 media | X | |
| Montes-Medina, Domingo | 18-CV-2464<br>15-CR-20020 | PHY FILE REV:<br>00001355-00001360<br>00001361-00001401 | yes<br>1 media | | |
| Morris, Danille | 18-CV-2378<br>16-CR-20022 | PHY FILE REV:<br>00001402-00001406 | no | | |
| Mumford, Cortez I. | 19-CV-2395<br>15-CR-20069 | PHY FILE REV:<br>00001407-00001409 | no | X | |
| Murphy, Michael W. | 19-CV-2365<br>14-CR-20068 | PHY FILE REV:<br>00001410-00001423 | no | | |
| Neal, Jason Jeremy | 19-CV-4062<br>15-CR-40005 | PHY FILE REV:<br>00002681-00002682 | no | | |
| Nunez-Aguilar, Jose Antonio | 18-CV-2503<br>15-CR-20061 | PHY FILE REV:<br>00001424-00001427 | no | | |

| Defendant Name | Court # | Bates # | Media Included | Set 1 | Set 2 |
|---|---|---|---|---|---|
| Odegbaro, Raquel | 18-CV-2416<br>16-CR-20001 | PHY FILE REV:<br>00001428-00001445 | no | | |
| Olea-Monarez, Vicencio | 20-CV-2051<br>14-CR-20096 | PHY FILE REV:<br>00001446-00001455 | no | X | |
| Orduno-Ramirez, Omar Francisco | 19-CV-2166<br>14-CR-20096 | PHY FILE REV:<br>00001456-00001458 | no | | |
| Ortega-Flores, Luis Anselmo | 20-CV-2125<br>12-CR-20066 | PHY FILE REV:<br>00001459-00001470 | no | X | |
| Phommaseng, Petsamai | 18-CV-2479<br>15-CR-20020 | PHY FILE REV:<br>00001543-00001547 | no | X | |
| Phommaseng, Petsamai | 18-CV-2477<br>14-CR-20014 | PHY FILE REV:<br>00001471-00001503 | no | X | |
| Phommaseng, Petsamai | 18-CV-2478<br>15-CR-20006 | PHY FILE REV:<br>00001504-00001542 | no | X | |
| Piggie, Frenklyn C. | 19-CV-2414<br>10-CR-20145 | PHY FILE REV:<br>00001548-00001551 | no | X | |
| Ponce-Serrano, Eduardo | 18-CV-4104<br>16-CR-40006 | PHY FILE REV:<br>00002683-00002685 | no | | |
| Ramirez, Miguel | 19-CV-4059<br>15-CR-40059 | PHY FILE REV:<br>00002686-00002687 | no | | X |

| Defendant Name | Court # | Bates # | Media Included | Set 1 | Set 2 |
|---|---|---|---|---|---|
| Rapp, Gregory | 18-CV-2117<br>14-CR-20067 | PHY FILE REV:<br>00001552-00002062<br>00002063-00002098 | no | X | |
| Redifer, Michael | 19-CV-2594<br>12-CR-20003 | PHY FILE REV:<br>00002099-00002113 | yes<br>2 media | | |
| Roark, Jeffrey Michael | 19-CV-2405<br>15-CR-20042 | PHY FILE REV:<br>00002114-00002116 | no | X | |
| Robinson, Robert | 18-CV-2461<br>16-CR-20013 | PHY FILE REV:<br>00002119-00002121 | no | X | |
| Robinson, Robert | 19-CV-2407<br>14-CR-20059 | PHY FILE REV:<br>00002117-00002118<br>00002122-00002124<br>00002125-00002127 | no | X | |
| Rodriguez-Torres, Geradis | 18-CV-2462<br>15-CR-20038 | PHY FILE REV:<br>00002128-00002240<br>00002241-00002309 | yes<br>4 media | | |
| Saysoff, Herbert Lee | 18-CV-2570<br>14-CR-20096 | PHY FILE REV:<br>00002310-00002312 | no | | |
| Shevlin, David | 18-CV-2501<br>15-CR-20099 | PHY FILE REV:<br>00002313-00002314 | no | | |
| Shutts, Shawn | 18-CV-2453<br>14-CR-20014 | PHY FILE REV:<br>00002315-00002329 | yes<br>1 media | X | |
| Silva, Jessie Joe | 19-CV-2396<br>14-CR-20071 | PHY FILE REV:<br>00002330-00002370<br>00002371-00002407 | yes<br>9 media | | |

| Defendant Name | Court # | Bates # | Media Included | Set 1 | Set 2 |
|---|---|---|---|---|---|
| Silva-Cardona, Jose Luis | 19-CV-2397<br>14-CR-20096 | PHY FILE REV:<br>00002408-00002417 | no | | |
| Smith, Jacob L. | 20-CV-2127<br>16-CR-20022 | PHY FILE REV:<br>00002418-00002422 | no | | |
| Sneed, Shawn Michael | 19-CV-4008<br>13-CR-40123 | PHY FILE REV:<br>00002688-00002731<br>00002621-00002651 | yes<br>27 media | X | |
| Soriano, Jose Marin | 18-CV-2435<br>15-CR-20020 | PHY FILE REV:<br>00002423-00002427 | no | | |
| Soto-Camargo, Nicholas Jr. | 18-CV-4097<br>14-CR-40129 | PHY FILE REV:<br>00002732<br>00002655-00002675 | yes<br>1 media | | |
| Soto-Camargo, Paola | 18-CV-4123<br>14-CR-40128 | PHY FILE REV:<br>00002733-00002734 | no | X | |
| Soto-Saldivar, Jorge Javier | 18-CV-4094<br>15-CR-40060 | PHY FILE REV:<br>00002735-00002737 | no | | |
| Spaeth, Matthew C. | 19-CV-2413<br>14-CR-20068 | PHY FILE REV:<br>00002428-00002477 | no | X | |
| Tabares-Aviles, Misael | 18-CV-2427<br>16-CR-20015 | PHY FILE REV:<br>00002478-00002479 | no | | |
| Tatum, Ataven | 19-CV-2409<br>12-CR-20066 | PHY FILE REV:<br>00002480 | no | X | |

| Defendant Name | Court # | Bates # | Media Included | Set 1 | Set 2 |
|---|---|---|---|---|---|
| Thurman, Jasen | 19-CV-2398<br>15-CR-20091 | PHY FILE REV: | | | |
| Tillman, Terry D. | 19-CV-2083<br>13-CR-20070 | PHY FILE REV:<br>00002481-00002500 | no | X | |
| Torres-Ayala, Jose | 19-CV-2399<br>16-CR-20008 | PHY FILE REV:<br>00002501 | no | | X |
| Valdez, Hector Javier | 19-CV-2254<br>14-CR-20096 | PHY FILE REV:<br>00002502-00002504 | no | X | |
| Vasquez-Montalvo, Juan Manuel | 18-CV-4101<br>15-CR-40095 | PHY FILE REV:<br>00002738-00002740 | no | | |
| Vazquez-Saenzpardo, Antonio Hesiquio | 18-CV-2417<br>16-CR-20017 | PHY FILE REV:<br>00002505-00002506<br>00002507-00002510 | no | | |
| Velasquez, Victor | 20-CV-2254<br>16-CR-20031 | PHY FILE REV:<br>00002511-00002520 | no | | |
| Vera, Jesus | 18-CV-2422<br>15-CR-20061 | PHY FILE REV:<br>00002521-00002524 | no | | |
| Villa-Valencia, Luis | 19-CV-2106<br>16-CR-20008 | PHY FILE REV:<br>00002525-00002540 | no | X | |
| Warren, Arrick M. | 19-CV-2220<br>13-CR-20081 | PHY FILE REV:<br>00002541-00002576 | no | X | |

| Defendant Name | Court # | Bates # | Media Included | Set 1 | Set 2 |
|---|---|---|---|---|---|
| Webb, Virok | 17-CV-4040<br>11-CR-40078 | PHY FILE REV:<br>00002741 | no | X | |
| White, Richard III | 18-CV-2459<br>14-CR-20014 | PHY FILE REV:<br>00002577-00002585 | no | | |
| Wilson, Timothy | 18-CV-2499<br>15-CR-20081 | PHY FILE REV:<br>00002586-00002588 | no | X | |
| Younger, Quian Demarc | 18-CV-4105<br>16-CR-40012 | PHY FILE REV:<br>00002742-00002744 | no | | |
| Zamudio, Sergio | 19-CV-2191<br>16-CR-20008 | PHY FILE REV:<br>00002589-00002605 | yes<br>1 media | | |