| | |
|---|---|
| **From:** | Melody Brannon |
| **To:** | Slinkard, Duston (USAKS) |
| **Cc:** | Kirk Redmond; McAllister, Stephen (USAKS); Clymer, Steven D. (USANYN) |
| **Subject:** | RE: Sur-reply |
| **Date:** | Friday, September 7, 2018 16:00:09 |

Thank you, Duston, we will get back to you on Monday.

---

**From:** Slinkard, Duston (USAKS) <Duston.Slinkard@usdoj.gov>
**Sent:** Friday, September 7, 2018 2:58 PM
**To:** Melody Brannon <Melody_Brannon@fd.org>
**Cc:** Kirk Redmond <Kirk_Redmond@fd.org>; McAllister, Stephen (USAKS) <Stephen.McAllister@usdoj.gov>; Clymer, Steven D. (USANYN) <Steven.D.Clymer@usdoj.gov>
**Subject:** RE: Sur-reply

Melody,

After investigation, I confirmed our case closing procedure is that after the appeal time runs in a case, unless there is further litigation ongoing, our physical files are processed for closing, which results in all discovery information being removed and either destroyed, most commonly, or returned to the investigating agency. All materials we ever have are supposed to only be copies with the originals of anything residing with the investigating agency. As we have moved more to providing discovery in electronic formats, while any electronically stored discovery is also subject to being purged at the time of case closing, as a practical matter there are certainly times when any electronically stored discovery is not purged unless and until someone thinks to do so or network storage space becomes an issue. Of course, in any given case discovery could have been held in any combination of physical or electronic storage, and some physical files may not have been closed and purged, either due to oversight, continued litigation, a litigation hold, or some other miscellaneous reason.

Accordingly, here is what we believe we could do as a process with respect to cases you identify for us where you seek information regarding pretrial detainee calls:

1. Direct the prosecutor(s) who handled the case to identify, collect, and transmit for review any information concerning pretrial detainee calls obtained for the specified defendant, including but not limited any call recordings themselves that remain in our possession;
2. Examine any physical files that remain in our possession for all defendants and cases that you identify;
3. Examine any discovery storage spaces on the network to locate and review any electronically stored discovery that remains in our possession for identified cases and to search relevant USAO servers for file types that indicate recordings, such as .wav files;
4. For any identified case or defendant where we do not information regarding and/or copies of recordings, contact the investigating agency to request any such information and/or recordings they have available;
5. Produce to you copies of any recordings of pretrial detainee calls developed as a result of the proceeding steps; and

6. Either produce to you any responsive information concerning pretrial detainee calls developed as result of the proceeding steps, or identify for you any responsive information being withheld, and the basis for such decision to withhold, so that you may evaluate the basis, discuss the matter with us, and ultimately litigate as you determine to necessary.

The steps, other than number 1, will be performed a DOJ employee not currently under subpoena in, or known to have had previously involvement with the events subject to litigation in, the Black / Carter matter, working the direction of Steve McAllister or myself. The only exception to the foregoing will be any technical assistance we find we have to have from our IT Systems Manager, David Steeby. If you have suggestions about other means by which we can conduct a search. Let me know.

Please let me know if you have questions.

Thank you,
Duston J. Slinkard, FAUSA
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853

---

**From:** Slinkard, Duston (USAKS)
**Sent:** Thursday, September 06, 2018 8:52 PM
**To:** Melody Brannon <Melody_Brannon@fd.org>
**Cc:** Kirk Redmond <Kirk_Redmond@fd.org>; McAllister, Stephen (USAKS) <SMcAllister@usa.doj.gov>; Clymer, Steven D. (USANYN) <SClymer@usa.doj.gov>
**Subject:** Re: Sur-reply

We have not, and would have no objection to sharing with him, or David Guastello, if they'd accept it under the same terms you did.

Sent from my iPhone

On Sep 6, 2018, at 8:49 PM, Melody Brannon <Melody_Brannon@fd.org> wrote:

> Duston,
>
> Have you shared this with the Special Master, or do you have an objection to doing so?
>
> Thanks,
>
> Melody
>
> ---
>
> **From:** Slinkard, Duston (USAKS) <Duston.Slinkard@usdoj.gov>
> **Sent:** Thursday, September 6, 2018 4:58 PM

**To:** Melody Brannon <Melody_Brannon@fd.org>
**Cc:** Kirk Redmond <Kirk_Redmond@fd.org>; McAllister, Stephen (USAKS) <Stephen.McAllister@usdoj.gov>; Clymer, Steven D. (USANYN) <Steven.D.Clymer@usdoj.gov>
**Subject:** RE: Sur-reply

Melody,

Thanks. Here is the computer response. I will try to get back to you with the proposed procedure on the phone call information tomorrow. If you have issues with the embedded attachment links or anything, please let me know.

Thanks,
Duston J. Slinkard, FAUSA
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853

---

**From:** Melody Brannon <Melody_Brannon@fd.org>
**Sent:** Thursday, September 06, 2018 3:32 PM
**To:** Slinkard, Duston (USAKS) <DSlinkard@usa.doj.gov>
**Cc:** Kirk Redmond <Kirk_Redmond@fd.org>; McAllister, Stephen (USAKS) <SMcAllister@usa.doj.gov>; Clymer, Steven D. (USANYN) <SClymer@usa.doj.gov>
**Subject:** RE: Sur-reply

Agreed.

---

**From:** Slinkard, Duston (USAKS) <Duston.Slinkard@usdoj.gov>
**Sent:** Thursday, September 6, 2018 3:29 PM
**To:** Melody Brannon <Melody_Brannon@fd.org>
**Cc:** Kirk Redmond <Kirk_Redmond@fd.org>; McAllister, Stephen (USAKS) <Stephen.McAllister@usdoj.gov>; Clymer, Steven D. (USANYN) <Steven.D.Clymer@usdoj.gov>
**Subject:** RE: Sur-reply

Melody,

I am in the process of finalizing the response to your computer disclosure motion and will have it ready to send you yet this afternoon. The form of the response will be a copy of your motion with annotated answers and links to attached supporting documents. Certain of the linked documents are internal policy documents related to the pc refresh project marked "Limited Official Use". Are you agreeable to not further disseminating the documents so marked beyond your office without first discussing

with us and, if necessary, allowing us to seek any protective order we might think necessary? Please let us know.

Thanks,
Duston J. Slinkard, FAUSA
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853

---

**From:** Melody Brannon <Melody_Brannon@fd.org>
**Sent:** Wednesday, September 05, 2018 1:45 PM
**To:** Slinkard, Duston (USAKS) <DSlinkard@usa.doj.gov>; Clymer, Steven D. (USANYN) <SClymer@usa.doj.gov>
**Cc:** Kirk Redmond <Kirk_Redmond@fd.org>; McAllister, Stephen (USAKS) <SMcAllister@usa.doj.gov>
**Subject:** RE: Sur-reply

You're a mensch.
If you don't mind checking in with us Friday for an update, I would appreciate it.

---

**From:** Slinkard, Duston (USAKS) <Duston.Slinkard@usdoj.gov>
**Sent:** Wednesday, September 5, 2018 1:43 PM
**To:** Melody Brannon <Melody_Brannon@fd.org>; Clymer, Steven D. (USANYN) <Steven.D.Clymer@usdoj.gov>
**Cc:** Kirk Redmond <Kirk_Redmond@fd.org>; McAllister, Stephen (USAKS) <Stephen.McAllister@usdoj.gov>
**Subject:** RE: Sur-reply

I am thinking this week on both issues: (1) a proposal for what we think we can do on the phone call information, and (2) a substantive response to information sought by your computer motion. I don't want to try to nail down a more specific time, because I have a ton of time conflicts and queries out, but these matters are certainly priority. Thanks!

Duston J. Slinkard, FAUSA
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853

---

**From:** Melody Brannon <Melody_Brannon@fd.org>
**Sent:** Wednesday, September 05, 2018 12:52 PM
**To:** Slinkard, Duston (USAKS) <DSlinkard@usa.doj.gov>; Clymer, Steven D. (USANYN)

<SClymer@usa.doj.gov>
**Cc:** Kirk Redmond <Kirk_Redmond@fd.org>; McAllister, Stephen (USAKS) <SMcAllister@usa.doj.gov>
**Subject:** RE: Sur-reply

Yeah, I filed/am filing a correction asking for it to be held in abeyance. I thought y'all were just going to continue the response date, so it took me by surprise. The errata is written, and I have it with my paralegal to file.

When do you think there will be a proposal, and do you intend to offer something on the computer discovery?

---

**From:** Slinkard, Duston (USAKS) <Duston.Slinkard@usdoj.gov>
**Sent:** Wednesday, September 5, 2018 12:40 PM
**To:** Melody Brannon <Melody_Brannon@fd.org>; Clymer, Steven D. (USANYN) <Steven.D.Clymer@usdoj.gov>
**Cc:** Kirk Redmond <Kirk_Redmond@fd.org>; McAllister, Stephen (USAKS) <Stephen.McAllister@usdoj.gov>
**Subject:** RE: Sur-reply

Melody,

I am drafting a proposal addressing what we can do to identify inmate-attorney calls in our possession beyond making inquiry of AUSAs. From our perspective, it is not at all a question of what we want to do, but very much about figuring out what we can do. However, in your reply, you asked the Court to proceed with a ruling on your discovery motion. We are not going to bid against ourselves by proposing something only to have the motion decided, so please let us and the court know: (1) do you want to continue to try to work this out without litigation, ask the court to hold the motion in abeyance (without prejudice to your motion), and later report to the court whether our talks are fruitful; or (2) do you want to go forward with a court ruling on the motion now? We can do either, and are certainly willing to keep working towards a mutually acceptable process, but first need for you to choose one or the other.

Shifting gears, we are also working on your computer motion and believe we can have substantive responsive information to you in the next day or so.

Thanks,
Duston J. Slinkard, FAUSA
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853

**From:** Melody Brannon <Melody_Brannon@fd.org>
**Sent:** Wednesday, September 05, 2018 10:53 AM
**To:** Clymer, Steven D. (USANYN) <SClymer@usa.doj.gov>; Slinkard, Duston (USAKS) <DSlinkard@usa.doj.gov>
**Cc:** Kirk Redmond <Kirk_Redmond@fd.org>
**Subject:** Sur-reply

I just read your sur-reply, and I agree that I should have acknowledged the negotiations. While they do appear to be stalled, I am willing to file a corrected version.

In the meantime, I have not had a response to the request for a review by means other than polling employees. If we have made progress in negotiations, please let me know.