**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 16-CR-20032-JAR** |
| | ) | |
| **KARL CARTER,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**GOVERNMENT'S SECOND MOTION FOR EXTENSION OF TIME
TO COMPLY WITH THE COURT'S ORDER GRANTING IN PART
THE FEDERAL PUBLIC DEFENDER'S MOTION TO COMPEL**

On April 11, 2022, this Court granted in part a Motion to Compel (Doc. 856) filed by the

Federal Public Defender (FPD).  Doc. 868.  This Court's order requires the government to

"search for and disgorge[e]" to this Court within 30 days any recordings of telephone calls

placed by certain defendants from Corrections Corporation of America (CCA, now CoreCivic),

along with any derivative information, that are in the possession of law enforcement agencies

that worked with the United States Attorney's Office (USAO).  *Id*. at 8.  The order is limited to

"cases where the USAO previously identified and surrendered CCA recordings to the Court that

resulted in § 2255 motions alleging Sixth Amendment claims regarding attorney-client

communications."  *Id*.

On May 6, 2022, the Court granted the government's unopposed motion for a 60-day

extension of time, until July 11, 2022, to comply with this Court's order.  Doc. 870 (text entry).

Since that time, the government finalized its list of defendants to whom the Court's April 11,

2022 order applies, provided the Court's order and guidance regarding compliance with the order

to the federal, state and local law enforcement agencies that investigated the defendants, and has

been coordinating with the agencies in anticipation of delivering materials to the Court by the July 11, 2022 deadline.

The government will have responsive materials to deliver to the Court on July 11. However, at least two law enforcement agencies have requested additional time to comply with the Court's order because some of their case files are stored out-of-state.  In addition, in order for the FBI to permanently delete digital materials from their system, they must follow particular procedures, including obtaining special permissions, which the FBI does not anticipate will be accomplished by the July 11 deadline.

For these reasons, which the government submits establish good cause, the government respectfully requests a second extension of time, to Friday, August 12, 2022, to fully comply with the Court's order.  On or before August 12, 2022, the government will provide the Court with the balance of the materials required to be produced by the Court's April 11, 2022 order.  Counsel for the government has consulted with the FPD, and the FPD takes no position on the government's request for an additional 32 days.

For all these reasons, the government respectfully requests an additional 32 days to comply with this Court's April 11, 2022 order (Doc. 868), up to and including August 12, 2022.

Respectfully submitted,

s/ Carrie N. Capwell
Carrie N. Capwell, #78677
First Assistant United States Attorney
District of Kansas
500 State Ave., Suite 360
Kansas City, KS 66101
Tel: (913) 551-6730
Fax: (913) 551-6541
carrie.capwell@usdoj.gov

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2022, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in the above-captioned case.

s/Carrie N. Capwell