| | |
|---|---|
| **From:** | Capwell, Carrie (USAKS) |
| **To:** | Lydia Krebs |
| **Cc:** | Melody Brannon; Kirk Redmond; Slinkard, Duston (USAKS); Brown, James (USAKS) 3; Clymer, Steven D. (USANYN) |
| **Subject:** | RE: [EXTERNAL] RE: Black/Carter - order on motion to compel |
| **Date:** | Friday, May 13, 2022 1:20:00 PM |
| **Attachments:** | 22-05-13 Draft Letter to Agencies re Compliance with 22-04-11 Order.pdf |

Lydia,

As you know, the Court granted the government's motion for an extension of time to July 11, 2022 to comply with the Court's order on the FPD's motion to compel. As of now, we intend to reach out to law enforcement agencies on **Wednesday, May 18**, so they may begin the process of searching for CCA jail calls and derivative materials. I'm circling back with you to see if you've reviewed our list of 21 defendants, whether you have any additions to our list, and what your thoughts are on the procedure for complying with the Court's order.

I'm attaching a draft of a letter we have prepared to send to each law enforcement agency that substantially participated in the federal investigation of the 21 defendants. As you'll see, the letter informs the agencies of the Court's order, requests that they complete all their searching by June 24, and provides applicable definitions and guidelines for searching.

Please let us know, prior to May 18, if you agree with our list of 21 defendants and the information and instructions we provide in the draft letter to agencies. If you need more time to evaluate our list of 21 defendants and/or the draft letter, please let us know how much longer you need. If, however, you do not intend to respond, then please let us know that, so that we can go ahead and send out the letter to the agencies on or before May 18.

We welcome any suggestions you have regarding the procedure, but we are particularly interested in knowing if you do <u>not</u> agree with the scope of the inquiry, as we have defined it. That is, 21 defendants and a search for CCA jail call recordings and derivative materials (as defined in the attached letter).

Thank you,
Carrie

**From:** Capwell, Carrie (USAKS)
**Sent:** Friday, April 29, 2022 12:58 PM

**To:** Lydia Krebs <Lydia_Krebs@fd.org>
**Cc:** Melody Brannon <Melody_Brannon@fd.org>; Kirk Redmond <Kirk_Redmond@fd.org>; Slinkard, Duston (USAKS) <DSlinkard@usa.doj.gov>; Brown, James (USAKS) 3 <JBrown3@usa.doj.gov>; Clymer, Steven D. (USANYN) <SClymer@usa.doj.gov>
**Subject:** Re: [EXTERNAL] RE: Black/Carter - order on motion to compel

Great, thanks very much Lydia.

Sent from my iPhone

> On Apr 29, 2022, at 1:15 PM, Lydia Krebs <Lydia_Krebs@fd.org> wrote:
>
> Carrie,
>
> We don't object to the government's request for a 60-day extension. We are discussing the rest of the government's request and will get back to you as soon as we can.
>
> Thank you,
>
> Lydia
>
> Lydia Krebs
> Assistant Federal Public Defender
> Office of the Federal Public Defender, District of Kansas
> 117 SW 6th Avenue
> Suite 200
> Topeka, Kansas 66603
> (785) 393-8711
> lydia_krebs@fd.org
> she/her/hers
>
> ---
>
> **From:** Capwell, Carrie (USAKS) <Carrie.Capwell@usdoj.gov>
> **Sent:** Thursday, April 28, 2022 11:18 PM
> **To:** Melody Brannon <Melody_Brannon@fd.org>
> **Cc:** Lydia Krebs <Lydia_Krebs@fd.org>; Kirk Redmond <Kirk_Redmond@fd.org>; Duston Slinkard <Duston.Slinkard@usdoj.gov>; James Brown <James.Brown2@usdoj.gov>; Clymer, Steven D. (USANYN) <Steven.D.Clymer@usdoj.gov>
> **Subject:** RE: Black/Carter - order on motion to compel
>
> Melody,

By Wednesday, May 4, the government intends to file a motion with the court requesting a 60-day extension of time to comply with the Court's order on your motion to compel. What is your position on our request? I have not heard back from you on my below email of 4/22/22, but I hope you are considering my request to attempt to work toward an agreement on the list of defendants, as well as a procedure for complying.

Thanks,
Carrie

---

**From:** Capwell, Carrie (USAKS)
**Sent:** Friday, April 22, 2022 1:56 PM
**To:** melody_brannon@fd.org
**Cc:** lydia_krebs@fd.org; kirk_redmond@fd.org; Slinkard, Duston (USAKS) <DSlinkard@usa.doj.gov>; Brown, James (USAKS) (JBrown3@usa.doj.gov) <JBrown3@usa.doj.gov>; Clymer, Steven D. (USANYN) <SClymer@usa.doj.gov>
**Subject:** Black/Carter - order on motion to compel

Melody,

The government intends to comply with Judge Robinson's order, subject to our ability to reach agreement with each other on a limited list of defendants and a procedure for complying. We will also need more than 30 days and would like your agreement on a longer time period.

In its M&O, the Court set out criteria to identify the cases in which the government must take steps to determine whether law enforcement agencies remain in possession of jail calls between a defendant and his/her attorney and to deliver such recordings and/or derivative information to the Court. Using the Court's criteria—"cases where the USAO has previously identified and surrendered CCA recordings to the Court that resulted in § 2255 motions alleging Sixth Amendment claims regarding attorney-client communications" (M&O at 8)—the government has identified 21 defendants.

Please review the attached list of 21 defendants and advise us whether you agree that this list is complete. If you think a defendant should be added to the list, please provide your reasoning. Once we

have agreed on the list of applicable defendants, we would like to discuss with you a procedure that will satisfy both parties. We would like to have your input, not only because we value your thoughts, but also because we would like to resolve this matter as efficiently as possible.

We did not include in the list cases which we resolved by agreement and/or where the Court granted the defendant's motion to voluntarily dismiss his § 2255 motion. These are: William Mitchell, Vernon Brown, and Luis Ortega-Flores.

Thank you,
Carrie

Carrie N. Capwell
First Assistant U.S. Attorney &
Chief, Criminal Division
U.S. Attorney's Office, District of Kansas
500 State Ave., Rm. 360
Kansas City, KS  66101
(913) 551-6908
carrie.capwell@usdoj.gov



# U.S. Department of Justice

**Duston J. Slinkard**
United States Attorney
District of Kansas

| | |
|---|---|
| Kansas City Office | Wichita Office |
| 500 State Avenue | 1200 Epic Center |
| Suite 360 | 301 N. Main |
| Kansas City, Kansas 66101-2433 | Wichita, Kansas 67202-4812 |
| | |
| TEL: (913) 551-6730 | Topeka Office |
| FAX: (913) 551-6541 | 444 SE Quincy |
| | Suite 290 |
| | Topeka, Kansas 66683-3592 |

<mark>Click or tap to enter a date.</mark>

*Sent electronically*

<mark>[Insert recipient names, titles, address blocks –high-level agency supervisor and agency counsel.]</mark>

  Re: **Compliance with court order requiring disgorgement of CCA telephone call recordings and derivative information with respect to certain defendants**

<mark>Dear [</mark><mark>]</mark>

  On April 11, 2022, the U.S. District Court for the District of Kansas entered an order that requires prompt action by your agency. The Court ordered that any recordings of telephone calls placed from Corrections Corporation of America, in Leavenworth, Kansas (CCA, now CoreCivic) by certain defendants, and any "derivative information," must be turned over to the Court. The order applies to CCA telephone call recordings and derivative information in the possession of law enforcement agencies that have worked with the U.S. Attorney's Office for the District of Kansas (USAO). A copy of the order is <mark>attached</mark>.

  **DEADLINE – June 24, 2022**

  The Order states that all CCA telephone call recordings and derivative material must be turned over to the Court by May 11, 2022. The government has obtained an extension of that deadline to July 11, 2022. For the USAO to have time to coordinate delivery of the items you locate to the Court, the USAO asks that you complete all searching for all defendants on the attached list and provide an inventory to the USAO, as described in more detail below, no later than **June 24, 2022**.

  **DEFENDANTS AND DEFINITIONS**

  <mark>Attached</mark> is a list of defendants for whom your agency is required to search for and turn over any ***CCA telephone call recordings*** and ***derivative information***.

Page 2

- *CCA telephone call recordings* are any recordings of any telephone calls one of the defendants listed in the attachment placed from CCA.

- *Derivative information* refers to any information related to CCA telephone call recordings, their content, or their procurement, including reports, subpoenas, written requests, emails, or other documents containing a reference to the request, acquisition, review, or disposal of such recordings.

**GUIDELINES FOR SEARCHING**

The USAO asks the agency to follow the guidelines set forth below in searching for CCA telephone call recordings and derivative information:

1. Searching for CCA telephone call recordings and derivative information requires searching for such items in the agency's evidence vault, paper files, electronic files and systems, paper and electronic archives, and anywhere else the agency might possess such items. Please be thorough in your searching.

2. As you search for CCA telephone call recordings and derivative information, do not review the materials any more than necessary to determine whether they constitute CCA telephone call recordings or derivative information. For instance, if you locate a disk of CCA jail calls, do not listen to the recordings.

3. If you find CCA telephone call recordings or derivative information for one or more of the defendants on the attached list, compile the items for each defendant separately and store them in a safe location until your search is complete.

4. If you have any doubt about whether an item is or contains a CCA telephone call recording or derivative information, err on the side of turning it over to the Court. If you have any questions about your obligations under the Court's April 11, 2022 order, please contact your agency counsel who is also receiving this letter.

5. When your search is complete, please e-mail an inventory of the items you found for each defendant to carrie.capwell@usdoj.gov. The inventory should include a general description of the items you intend to turn over to the Court. **Do not send any of the CCA telephone call recordings or derivative information itself.** Once First Assistant U.S. Attorney/Criminal Chief Capwell receives your inventory, she will coordinate with the Court regarding how materials will be delivered to the Court.

Sincerely,

[Signature block(s)]

Page 3

