

# U.S. Department of Justice

**Duston J. Slinkard**
United States Attorney
District of Kansas

| | |
|---|---|
| Kansas City Office<br>500 State Avenue<br>Suite 360<br>Kansas City, Kansas 66101-2433 | Wichita Office<br>1200 Epic Center<br>301 N. Main<br>Wichita, Kansas 67202-4812 |
| TEL:  (913) 551-6730<br>FAX:  (913) 551-6541 | Topeka Office<br>444 SE Quincy<br>Suite 290<br>Topeka, Kansas 66683-3592 |

July 11, 2022

**VIA HAND DELIVERY**

The Honorable Julie A. Robinson
United States Senior District Judge
United States District Court
500 State Avenue, Suite 511
Kansas City, KS  66101

    Re:    *United States v. Karl Carter*, 16-20032-JAR

Dear Judge Robinson,

    Pursuant to the Court's order (Doc. 868), dated April 11, 2022, in *United States v. Karl Carter*, 16-cr-20032-JAR, the government respectfully provides the Court with recorded CCA telephone calls and derivative materials as more fully described in the attached chart.  These materials were provided to the undersigned by four law enforcement agencies: the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF); the Federal Bureau of Investigation (FBI); the Department of Homeland Security, Homeland Security Investigations (DHS-HSI); and the Kansas Bureau of Investigation (KBI).  The agencies' materials include reports of investigation and other internal documents, which may contain sensitive information.  As directed by the Court's order, the government will file a supplemental report documenting the procedure by which it obtained and produced the enclosed materials.

    On July 7, 2022, Your Honor granted the government's request for additional time, until August 12, 2022, to submit the balance of any responsive materials to the Court.  The

Page 2

government anticipates that it will provide the Court with additional CCA telephone call recordings and derivative materials on or before that date.

Respectfully submitted,

CARRIE CAPWELL
Digitally signed by CARRIE CAPWELL
Date: 2022.07.11 09:48:01 -05'00'

Carrie N. Capwell
First Assistant U.S. Attorney &
Chief, Criminal Division
District of Kansas

Enclosures

cc:   Melody Brannon, Federal Public Defender (via email) (cover letter and chart)