A


# U.S. Department of Justice

## Duston J. Slinkard
United States Attorney
District of Kansas

| Kansas City Office | Wichita Office |
|---|---|
| 500 State Avenue | 1200 Epic Center |
| Suite 360 | 301 N. Main |
| Kansas City, Kansas 66101-2433 | Wichita, Kansas 67202-4812 |
| TEL:  (913) 551-6730 | Topeka Office |
| FAX:  (913) 551-6541 | 444 SE Quincy |
|  | Suite 290 |
|  | Topeka, Kansas 66683-3592 |

August 12, 2022

**VIA HAND DELIVERY**

The Honorable Julie A. Robinson
United States Senior District Judge
United States District Court
500 State Avenue, Suite 511
Kansas City, KS  66101

    Re:    *United States v. Karl Carter*, 16-20032-JAR

Dear Judge Robinson,

    Pursuant to the Court's order (Doc. 868), dated April 11, 2022, in *United States v. Karl Carter*, 16-cr-20032-JAR, the government respectfully provides the Court with recorded CCA telephone calls and derivative materials as more fully described in the enclosed chart.  These materials were provided to the United States Attorney's Office by two law enforcement agencies: the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and the Federal Bureau of Investigation (FBI).  The agencies' materials may contain sensitive information.  This is the government's second submission of materials pursuant to the Court's April 11, 2022 order; the government's first submission was on July 11, 2022.  As directed by the Court's order, the government will file a supplemental report documenting the procedure by which it obtained and produced the materials provided to the Court on July 11, 2022, and August 12, 2022.

    Respectfully submitted,

CARRIE CAPWELL
Digitally signed by CARRIE CAPWELL
Date: 2022.08.12 13:42:09 -05'00'

Carrie N. Capwell
First Assistant U.S. Attorney &
Chief, Criminal Division
District of Kansas

Page 2

Enclosures

cc:   Melody Brannon, Federal Public Defender (via email) (cover letter and chart)