Attachment 14

## August 12, 2022 Production to the Court
## by the United States Attorney's Office

Pursuant to Court Order (Doc. 868) in
*United States v. Karl Carter*, 16-cr-20032-JAR

| Defendant Name | D. Kan. Crim. Case No. | Materials Produced to the Court on 08/12/2022 by USAO | Agency Providing the Materials | Agency Case No. |
|---|---|---|---|---|
| Catrell, Ronald | 11-20125 | Eleven (11) 1-A envelopes, each containing a disk of jail call recordings and call log for the following dates:<br><br>- 8/9/12 – 9/7/12<br>- 9/6/12 – 9/25/12<br>- 9/25/12 - 10/9/12<br>- 10/10/12 – 10/29/12 (no call log)<br>- 10/30/12 – 11/20/12<br>- 11/21/12 – 12/15/12<br>- 12/17/12 – 1/13/13<br>- 1/14/13 – 3/12/13<br>- 3/11/13 - 5/24/13 (also includes call request form and handwritten notes)<br>- 5/24/13 – 6/19/13 (also includes call request form)<br>- 6/19/13 – 7/29/13<br><br>(Hand-delivered to Duston J. Slinkard, United States Attorney, on 08/04/22 by Erin Curtis, FBI Associate Division Counsel) | Federal Bureau of Investigation (FBI) | 318B-KC-93473 |
| Sneed, Shawn | 13-40123-JAR | Sixteen (16) 1-A envelopes, containing jail call recordings for the following dates:<br><br>- 9/11/13 | Federal Bureau of Investigation (FBI) | 192B-KC-3026160 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | (2 disks of Shawn Sneed jail calls, both dated 9/11/13)<br>• 9/11/13-9/12/13 (2 disks containing jail calls of Shawn Sneed and Delron Tyree)<br>• Multiple dates -- 5 disks containing jail calls of Shawn Sneed, dated: 9/17/13 – 9/25/13, 9/25/13 – 10/1/13, 9/31/13 [sic] – 10/15/13 (2 disks), 10/15/13 – 10/22/13, plus call log and miscellaneous handwritten notes<br>• 10/24/13 – 10/31/13<br>• 10/31/13 – 11/8/13<br>• 2 disks and call logs: 11/15/13 – 11/22/13, 11/22/13 – 12/11/13<br>• 12/13/13 – 1/8/14, with call log<br>• 1/9/14 – 1/21/14, with call log<br>• 1/22/14 – 2/3/14, with call log<br>• 2/4/14 – 2/10/14, with call log<br>• 2/10/14 – 2/19/14, with call log<br>• 2/19/14 – 3/3/14 (2 disks – jail calls of Sneed and co-defendant Corey Johnson, as well as call logs)<br>• 3/3/14 – 3/21/14, with call log |  |  |

| | | | | |
|---|---|---|---|---|
| | | - 3/20/14 – 4/25/14<br>- 4/23/14 – 5/22/14, with call log<br>- 5/22/14 – 6/26/14, with call log<br><br>(Hand-delivered to Duston J. Slinkard, United States Attorney, on 08/04/22 by Erin Curtis, FBI Associate Division Counsel) | | |
| Tillman, Terry | 13-20070 | Sealed envelope containing one (1) thumb drive and a document prepared by ATF Task Force Officer Ryan Fincher of the Kansas City, Kansas Police Department.<br><br>Note: TFO Fincher was unable to open the folders he placed onto the thumb drive; the USAO did not open the sealed envelope, so has not attempted to open any folders or files on the enclosed thumb drive.<br><br>(Hand-delivered to Carrie Capwell, USAO Criminal Chief, on July 18, 2022, by ATF TFO Ryan Fincher) | Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) | 779015-13-0148 |

3