IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, )  )   Plaintiff, )  ) v. )   Case No. 16-20032-02-JAR  ) **KARL CARTER**, )  )   Defendant. ) | |

### ORDER LIFTING PRESERVATION ORDERS

The matter comes before the Court on the motion of the government (Doc. 874) requesting the Court to enter an order lifting its preservation orders and directives in the instant case. The Federal Public Defender was contacted and takes no position on behalf of its clients.

The Court has reviewed the government's motion and being fully advised in the premises finds that the government's request is reasonable and should be granted.

**IT IS THEREFORE ORDERED** that the government's motion (Doc. 874) is hereby GRANTED.

**IT IS FURTHER ORDERED** the Court's previous preservation orders and directives in the above-captioned case, including but not limited to: the oral directives made during the September 7, 2016 hearing (Doc. 137), the preservation directives in the October 25, 2016 Discovery Conference Order (Doc. 155), the oral directives made during the October 28, 2016 discovery conference (Doc. 166), the oral directives made during the August 14, 2018 status conference (Doc. 568), the August 15, 2018 Order to Preserve Evidence (Doc. 569), the oral preservation order made during the November 16, 2018 evidentiary hearing (Doc. 689), and the preservation directives in the November 21, 2018 Final Production and Briefing Order (Doc. 690),

are hereby lifted and are no longer in effect. This Order does not apply to specific litigation holds in place for individual motions for relief under 28 U.S.C. § 2255 consolidated into *In re CCA Recordings 2255 Litigation*, No. 19-2491-JAR-JPO.

**IT IS SO ORDERED.**

Dated: January 4, 2023

S/ Julie A. Robinson
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE
